AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

David L. Landay

V.

**SUMMONS IN A CIVIL ACTION**

GMAC Commercial Credit LLC
GMAC Commercial Finance LLC

CASE NUMBER:

**04 11955 WGY**

TO: (Name and address of Defendant)

GMAC Commercial Credit LLC
c/o CT Corporation
101 Federal Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alan R. Hoffman, Esq.
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110-1800

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE   SEP 09 2004

## RETURN OF SERVICE

| | | | |
|---|---|---|---|
| Service of the Summons and Complaint was made by me (1) | | DATE | December 17, 2004 |
| NAME OF SERVER | BURTON M. MALKOFSKY | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to  Ms. Allison Liberto, Process Specialist for CT Corporation, Registered ~~Duly Authorized~~ Agent for the within-named   Defendant, GMAC Commercial Credit LLC.

Said service was made at:

101 Federal Street, Boston _____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| SERVICE FEE $ | 24.00 | Trips | 1B |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     December 17, 2004
                      Date

Signature of Server  *[signature: Burton M Malkofsky]*

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
    PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**            **One Devonshire Place**       Telephone # (617) 720-5733
**Massachusetts Constables since 1925**     **Boston, MA 02109**            Fax #         (617) 720-5737