UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID L. LANDAY )
        Plaintiff )
)
v. ) C.A. No. 04-11955-WGY
)
GMAC COMMERCIAL CREDIT, LLC )
GMAC COMMERCIAL FINANCE LLC )
        Defendants )

### ENTRY OF APPEARANCE

In connection with the above captioned action, please enter our appearance as counsel for

Defendants, GMAC Commercial Credit, LLC. and GMAC Commercial Finance LLC:

      **John A. Houlihan (B.B.O. No. 542038)**
      **Charles A. Ognibene (B.B.O. No. 377840)**
      **Mark B. Dubnoff (B.B.O. No. 637212)**
      Edwards & Angell, LLP
      101 Federal Street
      Boston, MA 02110
      Tel.: (617) 439-4444
      Fax: (617) 439-4170

      GMAC COMMERCIAL CREDIT, LLC
      GMAC COMMERCIAL FINANCE LLC
      By its attorneys,

Dated: January 3, 2005

      John A. Houlihan (B.B.O. No. 542038)
      Charles A. Ognibene (B.B.O. No. 377840)
      Mark B. Dubnoff (B.B.O. No. 637212)
      Edwards & Angell, LLP
      101 Federal Street
      Boston, MA 02110
      Tel.: (617) 439-4444
      Fax: (617) 439-4170

### CERTIFICATE OF SERVICE

I, John A. Houlihan, hereby certify that on the 3rd day of January, 2005, I mailed a copy of the foregoing document to Alan R. Hoffman, Lynch, Brewer, Hoffman & Fink, LLP, 101 Federal Street, 22nd Floor, Boston, MA 02110-1800.

      John A. Houlihan

BOS_472799_1/JHOULIHAN