UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID L. LANDAY )<br>               Plaintiff )<br>               )<br>v.                        )<br>               )<br>GMAC COMMERCIAL CREDIT, LLC )<br>GMAC COMMERCIAL FINANCE LLC )<br>             Defendants ) | C.A. No. 04-11955-WGY |

### ASSENTED TO MOTION TO EXTEND TIME

Defendants, GMAC Commercial Credit, LLC and GMAC Commercial Finance LLC move to extend the time within which they may answer or otherwise respond to the First Amended Complaint filed by Plaintiff, David L. Landay through January 27, 2005. In support of their Motion, Defendants state that the Plaintiff, by and through his counsel, assented to this Motion.

Dated: January 3, 2005

GMAC COMMERCIAL CREDIT, LLC
GMAC COMMERCIAL FINANCE LLC
By its attorneys,

John A. Houlihan (B.B.O. No. 542038)
Charles A. Ognibene (B.B.O. No. 377840)
Mark B. Dubnoff (B.B.O. No. 637212)
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
Tel.: (617) 439-4444
Fax: (617) 439-4170

### CERTIFICATE OF SERVICE

I, John A. Houlihan, hereby certify that on the 3rd day of January, 2005, I mailed a copy of the foregoing document to Alan R. Hoffman, Lynch, Brewer, Hoffman & Fink, LLP, 101 Federal Street, 22nd Floor, Boston, MA 02110-1800.

John A. Houlihan

BOS_472941_1/JHOULIHAN