# EXHIBIT 3



STANDBY LETTER OF CREDIT NO. 18122824
DATE OF ISSUE: SEPTEMBER 19, 2000

ISSUING BANK:
FLEET NATIONAL BANK
A MEMBER OF FLEET FINANCIAL GROUP
P. O. BOX 2197, MA ML SFTINT
BOSTON MA 02106-2197

APPLICANT:
DAVID L. LANDAY
85 EAST INDIA ROW
APT. #20 F
BOSTON, MA 02110

BENEFICIARY:
GMAC COMMERCIAL CREDIT LLC
1290 AVENUE OF THE AMERICAS
THIRD FLOOR
NEW YORK, NEW YORK 10104

AND

ATTN. LOAN AMINISTRATION DEPT.
MR. FRANK IMPERATO
SENIOR VICE PRESIDENT

AMOUNT/CURRENCY:
UP TO USD 4,100,000.00
UP TO FOUR MILLION ONE HUNDRED THOUSAN
AND 00/100'S US DOLLARS

DATE AND PLACE OF EXPIRY:
SEPTEMBER 15, 2003 AT OUR COUNTERS

WE HEREBY OPEN IN YOUR FAVOR OUR IRREVOCABLE LETTER OF CREDIT NO. 1S1228246
AT THE REQUEST OF DAVID L. LANDAY AND FOR THE ACCOUNT OF SENECA SPORTS, INC.
AND OR BROOKFIELD INTERNATIONAL, INC. JOINTLY AND SEVERALLY (THE"BORROWER"),
FOR ANY SUM OR SUMS NOT EXCEEDING A TOTAL OF 4,100,000.00 USD  (FOUR MILLION
ONE HUNDRED THOUSAND USD), AVAILABLE BY YOUR DRAFT(S) DRAWN ON US AT SIGHT.

DRAFTS MUST BE ACCOMPANIED BY A STATEMENT SIGNED BY ANY OFFICER OF GMAC
COMMERCIAL CREDIT LLC (GMAC), WHICH CONTAINS THE WORDING OF ANY STATEMENT #1
OR #2 OR #3 BELOW:

STATEMENT (1)                                              **GLAN 00663**

G. .TE
THE UNDERSIGNED, AN OFFICER OF GMAC COMMERCIAL CREDIT LLC ("GMAC"), HEREBY
CERTIFIES THAT THE AMOUNT OF THE DRAFT(S) ACCOMPANYING THIS STATEMENT IS OWED
OR WITH THE PASSAGE OF TIME MAY BE OWED BY SENE....

AN INTEGRAL PART OF LETTER OF CREDIT NUMBER: 1S1228246

TIONAL, INC. JOINTLY AND SEVERALLY TO GMAC AND HAS NOT BEEN PAID
E

ATEMENT (2)

JOTE
IE UNDERSIGNED, AN OFFICER OF GMAC COMMERCIAL CREDIT LLC ("GMAC"), HEREBY
ERTIFIES THAT THE AMOUNT OF THE DRAFT(S) ACCOMPANYING THIS STATEMENT COVERS
LL OR A PORTION OF AMOUNTS OWING BY SENECA SPORTS, INC. AND OR BROOKFIELD
ITERNATIONAL, INC. JOINTLY AND SEVERALLY ("BORROWER") AND PAID TO GMAC WHICH
AYMENT WAS MADE WITHIN 90 DAYS BEFORE THE BORROWER MADE A GENERAL ASSIGNMENT
OR THE BENEFIT OF CREDITORS OR A PETITION WAS FILED BY OR AGAINST THE
ORROWER UNDER THE UNITED STATES BANKRUPTCY CODE OR UNDER A SIMILAR STATE OR
EDERAL LAW RELATING TO BANKRUPTCY, REORGANIZATION OR OTHER RELIEF FOR
EBTORS.
IQUOTE

ATEMENT (3)

INTE
UNDERSIGNED, AN OFFICER OF GMAC COMMERCIAL CREDIT LLC ("GMAC"), HEREBY
ERTIFIES THAT GMAC HAS NOT RECEIVED WITHIN 60 DAYS PRIOR TO THE EXPIRATION
ATE (AS SUCH EXPIRATION DATE MAY BE EXTENDED  PURSUANT HERETO BY OR OTHERWISE)
THE LETTER OF CREDIT DESCRIBED BELOW, A RENEWAL AMENDMENT EXTENDING SUCH
TER OF CREDIT FOR AN ADDITIONAL ONE-YEAR PERIOD AND THAT THE AMOUNT OF THE
AFTS ACCOMPANYING THIS STATEMENT REPRESENTS ALL OR ANY PORTION OF AMOUNTS
ING OR WHICH THE PASSAGE OF TIME MAY BE OWING BY SENECA SPORTS, INC. AND OR
OOKFIELD INTERNATIONAL, INC. JOINTLY AND SEVERALLY (BORROWER) TO GMAC, WHICH
MAIN UNPAID. "LETTER OF CREDIT" MEANS THE LETTER OF CREDIT NO. 1S1228246
TED SEPTEMBER 19, 2000.
QUOTE

IIS LETTER OF CREDIT EXPIRES ON SEPTEMBER 15, 2003

AGREE THAT NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN,
CLUDING WITHOUT LIMITATION THE EXPIRATION DATE (AS SUCH EXPIRATION DATE MAY
EXTENDED  PURSUANT HERETO BY OR OTHERWISE) HEREOF, IN THE EVENT THAT ALL OR
RT OF THE AMOUNTS PAID BY SENECA SPORTS, INC. AND OR BROOKFIELD
TERNATIONAL, INC. JOINTLY AND SEVERALLY TO GMAC DURING THE PERIOD FROM THE
TE OF ISSUANCE THROUGH THE EXPIRATION DATE (AS SUCH EXPIRATION DATE MAY BE
TENDED  PURSUANT HERETO BY OR OTHERWISE) OF THIS LETTER OF CREDIT ARE
COVERED FROM GMAC AS A PREFERENCE OR FRAUDULENT TRANSFER UNDER TITLE 11 OF
E UNITED STATES CODE OR ANY OTHER APPLICABLE FEDERAL OR STATE LAW, THEN IN
CH EVENT, THIS LETTER OF CREDIT SHALL CONTINUE, OR ALTERNATIVELY SHALL BE
INSTATED, AND SHALL REMAIN IN FULL FORCE AND EFFECT.

TIPLE AND PARTIAL DRAWINGS ARE PERMITTED.

GLAN 00664

S AN INTEGRAL PART OF LETTER OF CREDIT NUMBER: 1S1228246

AMOUNT OF ANY DRAFT(S) DRAWN UNDER THIS LETTER OF CREDIT MUST BE ENDORSED
THE REVERSE SIDE HEREOF AND ALL DRAFTS MUST BE MARKED DRAWN UNDER FLEET
TIONAL BANK LETTER OF CREDIT NO. 1S1228246, DATED SEPTEMBER 19, 2000

E HEREBY AGREE WITH THE DRAWERS, ENDORSERS AND BONA FIDE HOLDERS OF DRAFTS
RAWN IN COMPLIANCE WITH THE TERMS OF THIS CREDIT, THAT THE SAME SHALL BE DULY
ONORED.

XCEPT AS OTHERWISE EXPRESSLY STATED HEREIN, THIS CREDIT IS ISSUED SUBJECT TO
HE UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS (1993 REVISION),
NTERNATIONAL CHAMBER OF COMMERCE PUBLICATION NO. 500. AND ENGAGES US IN
CCORDANCE WITH THE TERMS THEREOF, BUT ARTICLE 43(A) THEREOF SHALL NOT APPLY.

AUTHORIZED SIGNATURE

THIS DOCUMENT CONSISTS OF 3 PAGE(S).