UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID L. LANDAY )<br>  Plaintiff, )<br> )<br>v. )<br> )<br>GMAC COMMERCIAL CREDIT LLC )<br>and GMAC COMMERCIAL FINANCE )<br>LLC, )<br>  Defendants. )<br> ) | Civil Action No. 04-cv-11955-WGY |

## MOTION TO STRIKE PLAINTIFF'S JURY DEMAND

Defendant GMAC Commercial Finance LLC ("GMACCF"),[1] by and through its attorneys, hereby moves to strike the demand for a trial by jury made by Plaintiff David L. Landay ("Landay").  As set forth in a supporting memorandum, Landay has expressly waived his right to a jury trial on all claims raised in his First Amended Complaint.

                Respectfully submitted,

                GMAC COMMERCIAL FINANCE LLC

                /s/ Mark B. Dubnoff
                John A. Houlihan (BBO # 542038)
                Mark B. Dubnoff (BBO # 637212)
                Edwards & Angell, LLP
                101 Federal Street
                Boston, MA  02110
                (617) 439-4444

---

[1] The First Amended Complaint lists two separate defendants, GMAC Commercial Credit LLC, and GMAC Commercial Finance LLC, and includes both names in the caption.  In actuality, GMAC Commercial Finance LLC is the successor by merger of GMAC Commercial Credit LLC and GMAC Business Credit LLC.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned hereby certifies, pursuant to Local Rule 7.1(a)(2), that counsel for GMACCF has communicated with counsel for the Plaintiff and attempted in good faith to resolve the issues presented in this Motion to Strike Plaintiff's Jury Demand but was unable to do so.

/s/ Mark B. Dubnoff
Mark B. Dubnoff