UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11955-WGY

| | |
|---|---|
| DAVID L. LANDAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| GMAC COMMERCIAL CREDIT, LLC and GMAC COMMERCIAL FINANCE, LLC, | ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S (ASSENTED TO) MOTION TO EXTEND
TIME FOR RESPONSE TO MOTION TO STRIKE JURY DEMAND**

Now comes the Plaintiff, David L. Landay, and hereby moves to extend the time within which he may respond to the Defendants Motion to Strike Jury Demand through Friday, February 18, 2005. In support of this Motion, Plaintiff states that the Defendants, by and through their counsel, have assented to the allowance of this Motion.

Respectfully submitted,
DAVID L. LANDAY,
By his attorney,

/s/ Alan R. Hoffman
Alan R. Hoffman, BBO# 236860
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110
(617) 951-0800

Dated: February 9, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above-document was served upon the attorney of record for each other party by first class mail on February 9, 2005.

John A. Houlihan
Mark B. Dubnoff
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110

/s/ Alan R. Hoffman
Alan R. Hoffman