UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11955-WGY

| | |
|---|---|
| DAVID L. LANDAY, | ) |
|     Plaintiff, | ) |
| v. | ) |
| GMAC COMMERCIAL CREDIT, LLC and GMAC COMMERCIAL FINANCE, LLC, | ) |
|     Defendants. | ) |

**PLAINTIFF'S (ASSENTED TO) MOTION TO EXTEND
TIME FOR RESPONSE TO MOTION TO STRIKE JURY DEMAND**

Now comes the Plaintiff, David L. Landay, and hereby moves to extend the time within which he may respond to the Defendants Motion to Strike Jury Demand through Friday, March 4, 2005. In support of this Motion, Plaintiff states that the Defendants, by and through their counsel, have assented to the allowance of this Motion.

    Respectfully submitted,
    DAVID L. LANDAY,
    By his attorney,

    /s/ Alan R. Hoffman
    Alan R. Hoffman, BBO# 236860
    Lynch, Brewer, Hoffman & Fink, LLP
    101 Federal Street, 22nd Floor
    Boston, MA 02110
    (617) 951-0800

Dated: February 17, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above-document was served upon the attorney of record for each other party by first class mail on February 17, 2005.

    John A. Houlihan
    Mark B. Dubnoff
    Edwards & Angell, LLP
    101 Federal Street
    Boston, MA 02110

    /s/ Alan R. Hoffman
    Alan R. Hoffman

189845_1