UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID L. LANDAY, | ) |
|     Plaintiff, | ) |
| v. | ) C. A. NO. 04-CV-11955 WGY |
| GMAC COMMERCIAL CREDIT, LLC and GMAC COMMERCIAL FINANCE, LLC, | ) |
|     Defendants. | ) |

## RULE 16.1 JOINT STATEMENT

The parties respectfully submit this Joint Statement in accordance with this Court's Order dated February 3, 2005 and Local Rule 16.1(D).

**I.   PROPOSED PRE-TRIAL SCHEDULE**

The parties disagree as to what the pretrial schedule should be. The Plaintiff proposes the following schedule:

| | | |
|---|---|---|
| 1. | Amendments to pleadings due: | On or before July 31, 2005 |
| 2. | Fact discovery deadline: | On or before January 31, 2006 |
| 3. | Plaintiffs' expert report: | On or before February 28, 2006 |
| 4. | Defendant's expert report: | On or before March 31, 2006 |
| 5. | Close of expert discovery: | On or before April 30, 2006 |
| 6. | Dispositive Motions/Summary Judgment filed and served: | On or before April 30, 2006 |
| 7. | Final Pre-Trial Conference: | May, 2006 |
| 8. | Ready for Trial: | June, 2006 |

The Defendants propose the following schedule:

| | | |
|---|---|---|
| 1. | Motions to Amend Pleadings Due: | On or before June 1, 2005 |
| 2. | Fact Discovery Deadline: | On or before September 1, 2005 |
| 3. | Plaintiffs' expert report: | On or before September 30, 2005 |
| 4. | Defendant's expert report: | On or before November 1, 2005 |
| 5. | Close of expert discovery: | On or before December 1, 2005 |
| 6. | Dispositive Motions/Summary Judgment filed and served: | On or before December 30, 2005 |
| 7. | Final Pre-Trial Conference: | March, 2006 |
| 8. | Ready for Trial: | April, 2006 |

## II. CONTEMPLATED MOTIONS

The parties are discussing a possible joint motion to stay in light of a suit previously filed by the Defendants and currently pending between the same parties in the Supreme Court of the State of New York for New York County. If the parties are unable to agree on the terms of such a motion, or if this Court denies such motion, the Defendants anticipate moving to dismiss on the grounds, among others, that the applicable loan documents require any action brought by Landay to be adjudicated in New York; that the terms of the applicable loan documents on their face bar Landay's claims; and that even if the loan documents did not bar this action, this Court should abstain from exercising jurisdiction under the Colorado River doctrine. See Colorado River Water Conservation Dist. v. United States, 424 U.S. 800 (1976). The Plaintiff believes that such motions to dismiss do not have merit and intend to oppose them vigorously.

**III.    OTHER ELEMENTS**

    A.    The parties do not consent to a trial by a magistrate judge.

    B.    The Plaintiff's signed certification is attached herewith. The Defendants' signed certification has not yet been received and will be filed with the Court on or before the date of the Scheduling Conference.

    C.    The Plaintiff presented a written settlement proposal to the Defendants on February 25, 2005. The Defendants question the good faith basis for Plaintiff's settlement proposal based on the dramatic and substantive differences between it and an offer previously submitted by the Plaintiff to the Defendants' New York counsel. The Defendants are ready to explain the basis for this assertion but cannot do so without disclosing the substance of the alternate settlement proposals. The Plaintiff disagrees with the Defendants characterization of its proposal and asserts that it is inappropriate for the Defendants to either disclose or discuss the details of any prior settlement proposal.

    D.    The parties have discussed the possibility of alternative dispute resolution but have not agreed to pursue alternative dispute resolution at this time.

| | |
|---|---|
| Respectfully submitted,<br>DAVID L. LANDAY,<br>By his attorney, | Respectfully submitted,<br>GMAC COMMERCIAL<br>FINANCE LLC,<br>By their attorneys, |
| /s/ Alan R. Hoffman<br>Alan R. Hoffman, BBO# 236860<br>Lynch, Brewer, Hoffman & Fink, LLP<br>101 Federal Street, 22nd Floor<br>Boston, MA 02110<br>(617) 951-0800 | /s/ Mark B. Dubnoff<br>John A. Houlihan, BBO# 542038<br>Mark B. Dubnoff, BBO# 637212<br>Edwards & Angell, LLP<br>101 Federal Street<br>Boston, MA 02110<br>(617) 439-4444 |

Dated: March 1, 2005

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the above Plaintiff's Rule 16.1(D) Joint Statement has been served by first class mail upon the Defendants' attorney John A. Houlihan, Edwards & Angell, LLP, 101 Federal Street, Boston, Massachusetts, 02110 this 1st day of March.

/s/ Alan R. Hoffman
Alan R. Hoffman

190552_1