UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11955-WGY

| | |
|---|---|
| DAVID L. LANDAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GMAC COMMERCIAL CREDIT, LLC and | ) |
| GMAC COMMERCIAL FINANCE, LLC, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned, Alan R. Hoffman, attorney for David L. Landay, jointly certify that they have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and that they have considered the resolution of the litigation through the use of various alternative dispute resolution programs.

_____
Alan R. Hoffman, BBO# 236860
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110
(617) 951-0800

_____
David L. Landay

190321_1