UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID L. LANDAY )<br>Plaintiff, )<br> )<br>v. )<br> )<br>GMAC COMMERCIAL CREDIT LLC )<br>and GMAC COMMERCIAL FINANCE )<br>LLC, )<br>Defendants. )<br> ) | Civil Action No. 04-cv-11955-WGY |

### DEFENDANT GMAC COMMERCIAL FINANCE LLC'S[1]
### CERTIFICATION PURSUANT TO LOCAL RULE 16.1 (D)(3)

The undersigned hereby certify that counsel and a duly authorized representative of GMAC Commercial Finance, LLC have conferred (a) with a view to establishing a budget for the cost of conducting the full course, and various alternative courses, of the above-captioned litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

GMAC COMMERCIAL FINANCE
LLC

_____
By: Michael Bender, Divisional Counsel
GMAC Commercial Finance LLC

EDWARDS & ANGELL, LLP

_____
John A. Houlihan (BBO# 542038)
Mark B. Dubnoff (BBO No. 637212)
Edwards & Angell, LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 439-4444

---

[1] The First Amended Complaint lists two separate defendants, GMAC Commercial Credit LLC, and GMAC Commercial Finance LLC, and includes both names in the caption. In actuality, GMAC Commercial Finance LLC is the successor by merger of GMAC Commercial Credit LLC and GMAC Business Credit LLC.