UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11955-WGY

| | |
|---|---|
| DAVID L. LANDAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| GMAC COMMERCIAL CREDIT, LLC and GMAC COMMERCIAL FINANCE, LLC, | ) ) ) |
| Defendants. | ) ) |

### PLAINTIFF LANDAY'S RESPONSE TO DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S JURY DEMAND

Although Plaintiff David L. Landay ("Landay") disagrees with and contests the Defendants' characterizations of the operative documents and legal arguments set forth in their motion, Landay states that the motion is moot since he is filing herewith a waiver of his jury demand.

Respectfully submitted,
DAVID L. LANDAY,
By his attorney,


/s/ Alan R. Hoffman
Alan R. Hoffman, BBO# 236860
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110
(617) 951-0800

Dated:  March 3, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above-document was served upon the attorney of record for each other party by first class mail on March 3, 2005.

    John A. Houlihan
    Mark B. Dubnoff
    Edwards & Angell, LLP
    101 Federal Street
    Boston, MA 02110

    /s/ Alan R. Hoffman
    Alan R. Hoffman

190801_1