UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11955-WGY

| | |
|---|---|
| DAVID L. LANDAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| GMAC COMMERCIAL CREDIT, LLC and GMAC COMMERCIAL FINANCE, LLC, | ) ) ) |
| Defendants. | ) ) |

## PLAINTIFF, DAVID L. LANDAY'S WAIVER OF JURY DEMAND

Now comes the Plaintiff, David L. Landay ("Landay"), and hereby waives his demand for a jury trial as set forth in his Complaint and his First Amended Complaint. In this regard, Landay is content to have the case tried before the Court, jury-waived.

Respectfully submitted,
DAVID L. LANDAY,
By his attorney,

/s/ Alan R. Hoffman
Alan R. Hoffman, BBO# 236860
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110
(617) 951-0800

Dated: March 3, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above-document was served upon the attorney of record for each other party by first class mail on March 3, 2005.

    John A. Houlihan
    Mark B. Dubnoff
    Edwards & Angell, LLP
    101 Federal Street
    Boston, MA 02110

                          /s/ Alan R. Hoffman
                          Alan R. Hoffman

190802_1