UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID L. LANDAY )<br>        Plaintiff )<br>)<br>v. )<br>)<br>GMAC COMMERCIAL CREDIT, LLC )<br>GMAC COMMERCIAL FINANCE LLC )<br>        Defendants )| C.A. No. 04-11955-WGY |

### ENTRY OF APPEARANCE

In connection with the above captioned action, please enter our appearance as counsel for

Defendants, GMAC Commercial Credit, LLC. and GMAC Commercial Finance LLC:

**John A. Houlihan (B.B.O. No. 542038)**
**Charles A. Ognibene (B.B.O. No. 377840)**
**Mark B. Dubnoff (B.B.O. No. 637212)**
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
Tel.: (617) 439-4444
Fax: (617) 439-4170

GMAC COMMERCIAL CREDIT, LLC
GMAC COMMERCIAL FINANCE LLC
By its attorneys,

Dated: March 4, 2005

_____
John A. Houlihan (B.B.O. No. 542038)
Charles A. Ognibene (B.B.O. No. 377840)
Mark B. Dubnoff (B.B.O. No. 637212)
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
Tel.: (617) 439-4444
Fax: (617) 439-4170

### CERTIFICATE OF SERVICE

I, John A. Houlihan, hereby certify that on the 4th day of March, 2005, I mailed a copy of the foregoing document to Alan R. Hoffman, Lynch, Brewer, Hoffman & Fink, LLP, 101 Federal Street, 22nd Floor, Boston, MA 02110-1800.

_____
John A. Houlihan

BOS_472799_2/JHOULIHAN