UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID L. LANDAY )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>GMAC COMMERCIAL CREDIT LLC )<br>and GMAC COMMERCIAL FINANCE )<br>LLC, )<br>    Defendants. )<br> ) | Civil Action No. 04-cv-11955-WGY |

**DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to Fed. R. Civ. P. 12(c), defendant, GMAC Commercial Finance LLC ("GMACCF"),[1] moves for judgment on the pleadings, dismissing the plaintiff's amended complaint on the grounds that: (1) the contracts on which plaintiff bases this lawsuit require him to file all such claims in a New York court; (b) a New York court already ruled in favor of GMACCF and against Landay all but one of his claims, and that decision has preclusive effect in this case; (c) as the New York court correctly concluded, the contracts at issue contain express, enforceable waivers of nearly all of Landay's claims; and (d) to the extent there are any issues still pending in New York, this court should abstain from resolving them.

In support of its motion, GMACCF submits the accompanying memorandum of law.

---

[1] The First Amended Complaint lists two separate defendants, GMAC Commercial Credit LLC, and GMAC Commercial Finance LLC, and includes both names in the caption. In actuality, GMAC Commercial Finance LLC is the successor by merger of GMAC Commercial Credit LLC and GMAC Business Credit LLC.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned hereby certifies, pursuant to Local Rule 7.1(a)(2), that he has conferred with counsel for the plaintiff in a good faith attempt to resolve or narrow the issues in dispute, and that these efforts were not successful.

/s/ Mark B. Dubnoff
Mark B. Dubnoff

Respectfully submitted,
GMAC COMMERCIAL FINANCE LLC

DATED:  March 31, 2005

/s/ John A. Houlihan
/s/ Mark B. Dubnoff
John A. Houlihan (BBO # 542038)
Mark B. Dubnoff (BBO # 637212)
Edwards & Angell, LLP
101 Federal Street
Boston, MA  02110
(617) 439-4444