UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID L. LANDAY ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-cv-11955-WGY |
| ) | |
| GMAC COMMERCIAL CREDIT LLC ) | |
| and GMAC COMMERCIAL FINANCE ) | |
| LLC, ) | |
| Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local R. 7.3, Defendant GMAC Commercial Finance LLC ("GMACCF"),[1] discloses the following: GMACCF is a Delaware Limited Liability Company, whose sole owner is General Motors Acceptance Corporation, a wholly-owned subsidiary of General Motors Corporation. The following public companies own more than 10 percent of General Motors Corporation stock: State Street Bank & Trust Company and Capital Research and Management Company.

> Respectfully submitted,
> GMAC COMMERCIAL FINANCE LLC
>
> /s/ Mark B. Dubnoff
> John A. Houlihan (BBO # 542038)
> Mark B. Dubnoff (BBO # 637212)
> Edwards & Angell, LLP
> 101 Federal Street
> Boston, MA 02110
> (617) 439-4444

DATED: March 31, 2005

---

[1] The First Amended Complaint lists two separate defendants, GMAC Commercial Credit LLC, and GMAC Commercial Finance LLC, and includes both names in the caption. In actuality, GMAC Commercial Finance LLC is the successor by merger of GMAC Commercial Credit LLC and GMAC Business Credit LLC.