UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11955-WGY

| | |
|---|---|
| DAVID L. LANDAY, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>GMAC COMMERCIAL CREDIT, LLC and )<br>GMAC COMMERCIAL FINANCE, LLC, )<br>)<br>    Defendants. )<br>) | **PLAINTFF DAVID L. LANDAY'S ASSENTED TO MOTION FOR LEAVE TO FILE AN OVERLENGTH OPPOSITION MEMORANDUM** |

Now comes the Plaintiff, David L. Landay ("Landay") and moves this Honorable Court, pursuant to Local Rule 7.1(B)(4), for leave to file an Opposition to GMACCF's Motion for Judgment on the Pleadings in excess of the 20 page limit, but not to exceed 22 pages, for the reasons stated below:

    1)    The Motion for Judgment on the Pleadings raises a number of complex issues including interpretation of a forum selection clause, the res judicata and collateral estoppel effect of a parallel action in New York, and abstention under Colorado River Water Conservation Dist. v. United States, 424 U.S. 800, 817 (1976);

    2)    additionally, the facts underlying the causes of action contained in the Amended Complaint are complicated and extensive;

    3)    because of the above, Plaintiff requires more than 20 pages to address the issues raised by the Motion for Judgment on the Pleadings adequately; and

4) the attorney for GMACCF has assented to the allowance of this motion.

Therefore, the Plaintiff requests leave to file a Memorandum in Opposition to the Motion for Judgment on the Pleadings in excess of the 20 page limit, but not to exceed 22 pages.

Respectfully submitted,
DAVID L. LANDAY,
By his attorney,

/s/ Alan R. Hoffman
Alan R. Hoffman, BBO# 236860
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110
(617) 951-0800

Dated: April 19, 2005

Assented To By,
GMAC COMMERCIAL FINANCE LLC,

/s/ John A. Houlihan
John A. Houlihan BBO# 542038
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444

193128_1