# United States District Court
# District of Massachusetts

DAVID M. LANDAY,
            Plaintiff,

            v.                              CIVIL ACTION NO. 2004-11955-WGY

GMAC COMMERCIAL CREDIT,LLC.,
            Defendant.

## REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

On April 22, 2005,  I held the following ADR proceeding:

\_\_\_\_\_  EARLY NEUTRAL EVALUATION        \_\_X\_\_\_  MEDIATION

\_\_\_\_\_  MINI-TRIAL                      _____  SUMMARY JURY TRIAL

\_\_\_\_\_  SETTLEMENT CONFERENCE

Plaintiff's and defendant's counsel and the defendant were present.

[X]   The Court suggested a framework or process by which the parties could get the information necessary in order for a settlement to be considered. A Joint Status Report is to be sent to the mediator by cob 5/6/2005.


April 22, 2005                          *Robert B. Collings*
DATE                                    ROBERT B. COLLINGS
                                        United States Magistrate Judge

Copy to:    Chief Judge Young
            Amy Bressler Nee, Esquire,
            Counsel for all parties.