UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11955-WGY

| | |
|---|---|
| DAVID L. LANDAY,              )<br>                                              )<br>       Plaintiff,                      )<br>                                              )<br>v.                                           )<br>                                              )<br>GMAC COMMERCIAL CREDIT, LLC and )<br>GMAC COMMERCIAL FINANCE, LLC,  )<br>                                              )<br>       Defendants.              )<br>_____) | **LANDAY'S UNOPPOSED MOTION FOR LEAVE TO FILE SURREPLY MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

Now comes the Plaintiff, David L. Landay and moves this Honorable Court, pursuant to Local Rule 7.1(B)(3), for leave to file a Surreply Memorandum, a copy of which is attached as Exhibit A, in further opposition to GMACCF's Motion for Judgment on the Pleadings.

As reasons therefore, Landay states the following:

1. The instant motion is a dispositive motion, and the viability of the entire case has been placed in issue;

2. In its Reply Memorandum, GMACCF raises certain arguments which, in Landay's view, require a rebuttal; and

3. Counsel would intend to make the arguments set forth in the Surreply at oral argument next week, and it would further the interests of orderly proceedings, and the interests of justice if this Court had the opportunity to consider these arguments, and the authorities in support of same, prior to oral argument.

4.  GMACCF's attorney has indicated to the undersigned attorney that GMACCF does not oppose the allowance of this Motion.

>  Respectfully submitted,
>  DAVID L. LANDAY,
>  By his attorney,
>
>  /s/ Alan R. Hoffman
>  Alan R. Hoffman, BBO# 236860
>  Lynch, Brewer, Hoffman & Fink, LLP
>  101 Federal Street, 22nd Floor
>  Boston, MA 02110
>  (617) 951-0800

Dated:  May 13, 2005

## CERTIFICATE

I, Alan R. Hoffman, hereby certify that on this date I conferred with John Houlihan, attorney for GMACCF and that his associate Mark Dubnoff subsequently informed me by e-mail that the Defendants do not oppose the allowance of this Motion.

>  /s/ Alan R. Hoffman
>  Alan R. Hoffman

194467_1