# United States District Court
# District of Massachusetts

DAVID M. LANDAY,
    Plaintiff,

v.   CIVIL ACTION NO. 2004-11955-WGY

GMAC COMMERCIAL CREDIT, LLC.,
    Defendant.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

On April 22, 2005, I held the following ADR proceeding:

\_\_\_\_\_ EARLY NEUTRAL EVALUATION     __X__ MEDIATION

\_\_\_\_\_ MINI-TRIAL     \_\_\_\_\_ SUMMARY JURY TRIAL

\_\_\_\_\_ SETTLEMENT CONFERENCE

Plaintiff's and defendant's counsel and the defendant were present.

[X] The Court was NOT SETTLED and further efforts to settle the case at this time would not be productive. The case should be restored to the trial list.

<u>May 12, 2005</u>          *Robert B. Collings*
DATE          ROBERT B. COLLINGS
         United States Magistrate Judge

Copy to:     Chief Judge Young
            Amy Bressler Nee, Esquire,
            Counsel for all parties.