# Edwards & Angell LLP

101 Federal Street   Boston, MA 02110   617.439.4444   *fax* 617.439.4170

Mark B. Dubnoff
617.517.5533
Direct Fax: 888-325-9149
mdubnoff@edwardsangell.com

May 6, 2005

RECEIVED IN OFFICE OF
ROBERT B. COLLINGS
U.S. MAGISTRATE JUDGE

MAY 06 2005

UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS

**VIA MESSENGER**

Magistrate Judge Robert B. Collings
John Joseph Moakley U.S. Courthouse
One Courthouse Way - Suite 6420
Boston, MA 02210

Re:   **David L. Landay v. GMAC Commercial Credit, LLC et al.**
      **U.S.D.C. D. Ma. C.A. No. 04-11955-WGY**

Dear Magistrate Collings:

Per your request, I am writing to provide you with an update on settlement negotiations between the two parties. Unfortunately, I must inform you that the parties do not appear any closer to resolving their disputes today than they did two weeks ago during the mediation in your chambers. Notwithstanding this, my client and I would like to thank you for your efforts in trying to help the parties resolve their differences. At this time, we do not believe that further involvement from Your Honor would help close the remaining gaps between the parties.

Sincerely,

*Mark B. Dubnoff*

Mark B. Dubnoff

Enclosure
cc:   Alan R. Hoffman, Esq.
      Michael Bender, Esq.
      John A. Houlihan, Esq.

BOS_487836_1