UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11955-WGY

| | |
|---|---|
| DAVID L. LANDAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GMAC COMMERCIAL CREDIT, LLC and | ) |
| GMAC COMMERCIAL FINANCE, LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF LANDAY'S RESPONSE TO DEFENDANTS' EMERGENCY MOTION TO EXTEND THE DEADLINE FOR AMENDMENTS TO PLEADINGS**

Landay submits the following in response to GMACCF's motion:

1.  GMACCF implies that Landay has acted unreasonably in refusing to stipulate that the failure to amend in this case would not constitute a waiver of any of its rights in the New York action. In requesting such a stipulation, GMACCF was, in effect, asking Landay to give up rights without knowing whether he had any or to spend precious resources in conducting legal research to determine whether GMACCF's failure to move to amend would prejudice their claims in New York. Landay chose properly to do neither, and to let GMACCF do its own legal research to determine whether an amendment is necessary.

2.  Moreover, Landay agreed that he would not oppose a motion to extend the pleading deadline for ten days i.e., until July 11, 2005. The original Answer was filed in late January. GMACCF has had five months to decide whether a counterclaim

must or should be asserted. The additional ten days which Landay agreed to is more than ample for GMACCF to make an informed decision in this regard.

3.  GMACCF has sought and obtained from this Court an extremely narrow window for both expert and fact discovery. If GMACCF's motion is allowed and it is granted until August 1, 2005 to file a motion to amend <u>vel non</u>, all subsequent discovery and dispositive motion deadlines should be adjusted by one month. This is especially necessary since GMACCF by its counsel had indicated that it intends to file a <u>motion to stay</u> its obligation to respond to the paper discovery served on it.

Respectfully submitted,
DAVID L. LANDAY,
By his attorney,

/s/ Alan R. Hoffman
Alan R. Hoffman, BBO# 236860
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110
(617) 951-0800

Dated:  June 29, 2005

196693_1

2