UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID L. LANDAY<br>    Plaintiff,<br><br>v.<br><br>GMAC COMMERCIAL CREDIT LLC<br>and GMAC COMMERCIAL FINANCE<br>LLC,<br>    Defendants. | Civil Action No. 04-cv-11955-WGY |

## DEFENDANTS' MOTION TO AMEND ANSWER

Defendant GMAC Commercial Finance LLC ("GMACCF")[1] moves to amend its Answer to assert a counterclaim against Plaintiff David L. Landay ("Landay") for domestication of the judgment that GMACCF has received against Landay in New York state court.

As this Court knows, GMACCF sued Landay on theories of breach of contract and account stated in the Supreme Court for the State of New York, New York County, Index No. 602238/02 ("the New York Action"), and the New York Court granted partial summary judgment in favor of GMACCF. Landay then filed this action, in which he asserted claims that he had previously asserted as affirmative defenses and counterclaims in the New York Action. GMACCF moved to dismiss Landay's claims, pursuant to Fed. R. Civ. P. 12(c), and while the Court granted GMACCF's motion in part from the bench, it took GMACCF's arguments with regard to Counts 1, 2, 6 and part of 7 under advisement.

While its motion remains pending, GMACCF seeks to amend its Answer to assert a counterclaim based on domestication of the New York judgment. While there is no requirement

---

[1] GMAC Commercial Finance LLC is the successor by merger of GMAC Commercial Credit LLC and GMAC Business Credit LLC. In the interest of avoiding confusion, all three companies are referred to as GMACCF.

that GMACCF domesticate that judgment in this case as opposed to in a separate lawsuit, GMACCF is certainly permitted to bring a counterclaim here under Fed. R. Civ. P. 13(b). If this Court ultimately grants GMACCF's motion for judgment on the pleadings in its entirety and dismisses Landay's remaining claims, GMACCF would be willing to dismiss its domestication counterclaim without prejudice.

WHEREFORE, GMACCF respectfully requests that this Court grant its motion to Amend its Answer with a new pleading in the form attached hereto as Exhibit 1.

GMAC COMMERCIAL FINANCE LLC,
By its attorneys,

/s/ Mark B. Dubnoff
John A. Houlihan (BBO# 542038)
Mark B. Dubnoff (BBO# 637212)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444

DATED:   July 1, 2005

## LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned hereby certifies, pursuant to Local Rule 7.1(a)(2), that he has attempted to contact counsel for the plaintiff in a good faith attempt to obtain his assent to this motion, and that these efforts were not successful.

/s/ Mark B. Dubnoff
Mark B. Dubnoff