UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID L. LANDAY, ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION |
| ) | NO. 04-11955-WGY |
| v. ) | |
| ) | |
| GMAC COMMERCIAL CREDIT, LLC, and ) | |
| GMAC COMMERCIAL FINANCE, LLC, ) | |
| ) | |
| Defendants ) | |

ORDER

YOUNG, C.J.                                                July 22, 2005

A portion of the motion of the defendant GMAC Commercial Credit LLC ("GMACCF") for judgment on the pleadings, [Doc. No. 22], was taken under advisement by this Court on March 7, 2005. The Court has now considered the remaining issues.

In consideration thereof, it is hereby ORDERED that:

GMACCF's motion for judgment on the pleadings on the basis of res judicata is DENIED. Thus, Counts I (misrepresentation), II (usury), VI (violation of Landay's rights as a junior creditor), and VII (Chapter 93A) remain for trial.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　_William G. Young_
　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM G. YOUNG
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF JUDGE

40