UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DAVID L. LANDAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. NO. 04-CV-11955-WGY |
| | ) | |
| GMAC COMMERCIAL CREDIT, LLC and | ) | |
| GMAC COMMERCIAL FINANCE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO MODIFY CASE MANAGEMENT ORDER[1]

Plaintiff, David L. Landay ("Landay") and Defendant GMAC Commercial Finance LLC

("GMAC")[2] submit this Joint Motion to Modify the Case Management Order as follows:

1.     The deadline for the Plaintiff to produce his expert report(s), if any, would be

postponed from September 15, 2005, until October 6, 2005;

2.     The date by which the Plaintiff must make available any expert(s) for Defendant

to depose would be postponed from September 30, 2005, until October 15, 2005;

3.     The deadline for the Defendant to produce its expert report(s), if any, would be

postponed from October 11, 2005, until October 28, 2005.

4.     The discovery closure date would be postponed from October 28, 2005, until

November 11, 2005.

---

[1]     On March 21, the parties filed their second Rule 16.1 Joint Statement, which contained alternate proposals
for detailed pre-trial schedules. Two days later, this Court issued an electronic order stating that discovery would be
due on October 28, 2005, and dispositive motions would be due by November 23, 2005. These were the deadlines
proposed by the Defendant, so the parties have operated under the assumption that the remainder of the Defendant's
suggested timetable was adopted as well.

[2]     The First Amended Complaint lists two separate defendants, GMAC Commercial Credit LLC, and GMAC
Commercial Finance LLC, and includes both names in the caption. For the purposes of this Joint Motion, Landay
accepts GMAC's representation that it is the successor by merger of GMAC Commercial Credit LLC and GMAC
Business Credit LLC.

All other aspects of the schedule would remain the same, including the November 23

deadline for filing dispositive motions, the February 2006 final pre-trial conference, and a March

2006 trial readiness date.  The following table summarizes the changes.

| Event | Current Date | Proposed New Date |
|---|---|---|
| Plaintiff's expert report(s) due | September 15, 2005 | October 6, 2005 |
| Plaintiff's expert available for deposition | September 30, 2005 | October 15, 2005 |
| Defendant's expert report(s) due | October 11, 2005 | October 28, 2005 |
| Discovery closes | October 28, 2005 | November 11, 2005 |

By filing this motion, the parties jointly wish to resolve their pending disputes over the

current discovery schedule, as detailed in Plaintiff's emergency motions to modify the discovery

schedule (Docket No. 41), and to stay his obligation to serve an expert report until September 29,

2005 (Docket No. 43).  Plaintiff would withdraw both motions on the granting of this joint

motion.[3]


DAVID L. LANDAY,                          GMAC COMMERCIAL FINANCE LLC,
By his attorneys,                         By its attorneys,


/s/ Alan R. Hoffman                        /s/ Mark B. Dubnoff
Alan R. Hoffman (BBO # 236860)            John A. Houlihan (BBO# 542038)
LYNCH, BREWER, HOFFMAN & FINK,            Mark B. Dubnoff (BBO# 637212)
LLP                                       EDWARDS & ANGELL, LLP
101 Federal Street, 22nd Floor            101 Federal Street
Boston, MA 02110-1800                     Boston, MA  02110
(617) 951-0800                            (617) 439-4444


DATED: September 9, 2005.

---

[3]    Although the filing of this joint motion makes it unnecessary for GMACCF to respond to Landay's aforementioned "emergency" motions, GMACCF wishes to state for the record that it strongly objects to the characterizations about its discovery conduct that were contained in those motions.

2