# EXHIBIT 2

# LYNCH, BREWER, HOFFMAN & FINK, LLP

### ATTORNEYS AT LAW

OWEN B. LYNCH
EDWARD S. BREWER, JR.◆
ALAN R. HOFFMAN
PETER W. FINK°
PATRICK J. KINNEY, JR.
PHYLLIS ZELERMYER WALD
J. ALLEN HOLLAND, JR.
ANNE HOFFMAN
ELIZABETH A. ZELDIN◊
JOHN P. DENNIS△
DALE C. KERESTER
JENNIFER C. PLATT
CHRISTINE B. WHITMAN*◆
THOMAS J. CLEMENS
MYRNA M. ZAKARIAN
SUZANNE T. MANCUSO†
KARIN I. McEWEN†°

101 FEDERAL STREET, 22ND FLOOR
BOSTON, MASSACHUSETTS 02110-1800

———

TELEPHONE (617) 951-0800
FAX (617) 951-0811
http://www.lynchbrewer.com

* ALSO ADMITTED IN CT
*ALSO ADMITTED IN FL
△ ALSO ADMITTED IN ME
◊ALSO ADMITTED IN NH
† ALSO ADMITTED IN NJ
†ALSO ADMITTED IN NY
°ALSO ADMITTED IN SC

July 25, 2005

Via Hand Delivery

John A. Houlihan, Esq.
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110

> Re:  David L. Landay v. GMAC Commercial Credit, LLC, et al.
> United States District Court; Civil Action No. 04-CV-11955-WGY

Dear Mr. Houlihan:

I am writing in Alan's absence regarding the outstanding discovery in the above-referenced matter.

As you know you were served with Landay's First Request for Production of Documents on or about June 9, 2005, and Plaintiff David L. Landay's First Set of Interrogatories by hand on June 17, 2005. Although you filed a Motion for Stay of Discovery, such motion was not allowed until July 19, 2005, after your responses were due. By the Judge's order a stay was granted until after your Motion for Judgment on the Pleadings was ruled on. Inasmuch as the Judge ruled on that motion on July 22, 2005, the stay is no longer in effect, and your discovery responses are due.

Please serve your discovery responses immediately.

Please do not hesitate to contact me if you have any questions.

Very truly yours,

Anne Hoffman

AH/jlm/197726_1

cc:  David L. Landay

GMAC COM FIN / LANDAY
CORRESP. FILE