# **EXHIBIT 3**

# Edwards & Angell LLP

101 Federal Street   Boston, MA 02110   617.439.4444   fax 617.439.4170

Mark B. Dubnoff
617.517.5533
Direct Fax: 888.325.9149
mdubnoff@edwardsangell.com

July 26, 2005

Anne Hoffman, Esq.
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110-1800

Re:   <u>David L. Landay v. GMAC Commercial Credit, LLC et al.</u>
      Civil Action No. 04-11955-WGY

Dear Ms. Hoffman:

I have received a copy of the July 25, 2005 letter that you sent to John Houlihan regarding GMACCF's responses to David Landay's discovery requests. As an initial matter, I must disagree with your interpretation of when GMACCF's responses are due. Judge Young had stayed our discovery obligations until after he issued his ruling on the motion to dismiss. The ruling was issued last Friday, which means that we have until August 21 to respond.

Notwithstanding this, however, I will endeavor to get you GMACCF's responses and objections to Landay's document production requests by the end of this week. I also will work toward getting answers to Landay's interrogatories for you, but I note at the outset that Landay's interrogatories are facially objectionable in that they clearly exceed the limit of twenty-five interrogatories imposed by Fed. R. Civ. P. 33. Rather than simply objecting to all interrogatories after the twenty-fifth, I want to give you an opportunity to send me a revised set that comports with the Rules. Please let me know your intentions by the end of the week.

Sincerely,

Mark B. Dubnoff

cc:   John A. Houlihan, Esq.
      Alan R. Hoffman, Esq.

BOS_497903_1

Anne Hoffman, Esq.
July 26, 2005
Page 2


bcc: Michael Bender
　　　Hernando Azarcon
　　　Charles A. Ognibene
　　　Joshua W. Gardner