# **EXHIBIT 4**

# LYNCH, BREWER, HOFFMAN & FINK, LLP
## ATTORNEYS AT LAW

OWEN B. LYNCH
EDWARD S. BREWER, JR.◊
ALAN R. HOFFMAN
PETER W. FINK•
PATRICK J. KINNEY, JR.
PHYLLIS ZELERMYER WALD
J. ALLEN HOLLAND, JR.
ANNE HOFFMAN
ELIZABETH A. ZELDIN+
JOHN P. DENNIS△
DALE C. KERESTER
JENNIFER C. PLATT
CHRISTINE B. WHITMAN•●
THOMAS J. CLEMENS
MYRNA M. ZAKARIAN
SUZANNE T. MANCUSO†
KARIN I. McEWEN†•

101 FEDERAL STREET, 22ND FLOOR
BOSTON, MASSACHUSETTS 02110-1800

TELEPHONE (617) 951-0800
FAX (617) 951-0811
http://www.lynchbrewer.com

• ALSO ADMITTED IN CT
♦ ALSO ADMITTED IN FL
△ ALSO ADMITTED IN ME
◊ ALSO ADMITTED IN NH
▾ ALSO ADMITTED IN NJ
†ALSO ADMITTED IN NY
+ALSO ADMITTED IN SC

July 27, 2005

Mark B. Dubnoff, Esq.
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110

Re:  David L. Landay v. GMAC Commercial Credit, LLC, et al.
     United States District Court; Civil Action No. 04-CV-11955-WGY

Dear Mr. Dubnoff:

As I stated in my letter to Mr. Houlihan, your discovery responses were due prior to the granting of the Motion to Stay. Your client failed to object to the discovery within 30 days of service and therefore any objections are deemed waived pursuant to Fed. R. Civ. P. 33 (b)(4). Please endeavor to answer all interrogatories and provide your response to production of documents immediately.

Alan Hoffman will return to the office on Monday, August 1, 2005. Please call him then if you would like to discuss this further.

Very truly yours,

Anne Hoffman

AH/jlm/197857_1

cc:  David L. Landay
     Alan R. Hoffman, Esq.



RECEIVED
JUL 28 2005