# **EXHIBIT 5**

# Edwards & Angell LLP

101 Federal Street   Boston, MA 02110   617.439.4444   *fax* 617.439.4170

Mark B. Dubnoff
617.517.5533
Direct Fax: 888.325.9149
mdubnoff@edwardsangell.com

July 28, 2005

Anne Hoffman, Esq.
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110-1800

Re:  David L. Landay v. GMAC Commercial Credit, LLC et al.
     Civil Action No. 04-11955-WGY

Dear Ms. Hoffman:

I am writing with regard to your July 27, 2005 letter. I must respectfully disagree with its contents. Defendant GMACCF moved to stay discovery long before its responses were due, and the court granted this stay. All of GMACCF's objections are preserved and may be asserted in response to plaintiff's document production requests and interrogatories.

Since you did not respond to my invitation to amend plaintiff's interrogatories to have them comport with the numerical restrictions imposed by Fed. R. Civ. P. 33 and Local R. 26.1(C), GMACCF will respond only to the first twenty-five of those interrogatories.

Sincerely,

Mark B. Dubnoff

cc:  John A. Houlihan, Esq.
     Alan R. Hoffman, Esq.

BOS_498212_1

Anne Hoffman, Esq.
July 28, 2005
Page 2


bcc: Michael Bender
 Hernando Azarcon
 Charles A. Ognibene
 Joshua W. Gardner

BOS_498212_1