UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID L. LANDAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. NO. 04-CV-11955-WGY |
| ) | |
| GMAC COMMERCIAL CREDIT, LLC and ) | |
| GMAC COMMERCIAL FINANCE, LLC, ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO EXCEED PAGE LIMIT**

Defendant GMAC Commercial Finance LLC ("GMACCF") and Plaintiff David L. Landay ("Landay") submit this joint motion to exceed the page limit imposed by Local R. 7.1(B)(4), in connection with their upcoming summary judgment motions. More specifically, GMACCF and Landay jointly request that they be permitted to submit memoranda of up to thirty (30) pages, in support of their anticipated summary judgment filings.

Under the existing Case Management Order, the deadline for filing motions for summary judgment is November 23, 2005. GMACCF plans to seek summary judgment on each of Landay's surviving claims.[1] Those claims are for misrepresentation (Count I); usury in violation of Mass. Gen. Laws ch. 271, § 49 (Count II); violation of Landay's rights as a junior creditor (Count VI); and a violation of Mass. Gen. Laws ch. 93A, except insofar as that claim has been dismissed (Count VII). The facts underlying these disparate claims will require an unusually lengthy recitation in GMACCF's memorandum in order for the Court to understand the bases for

---

[1] Landay's Amended Complaint consisted of seven counts, but this Court granted in part GMACCF's Motion for Judgment on the Pleadings, dismissing Counts III, IV, and V, as well as that portion of Count VII that was based on Counts III, IV, and V.

GMACCF's legal arguments. In light of this, GMACCF will need more than the twenty-page limit contemplated by Local R. 7.1(B)(4) to fully state its case.

Landay, meanwhile, is contemplating filing a cross-motion for summary judgment with regard to his usury claim. If he were to combine such a motion with an opposition to GMACCF's motion for summary judgment, he clearly would need more than twenty (20) pages to fully state his case.

The parties jointly agree that it would be in the interests of justice to permit them to exceed the page limitation contemplated by the Local Rules, especially since this Court's eventual ruling on their contemplated motions could resolve the entire case.

WHEREFORE, GMACCF and Landay respectfully request that this Court grant their joint motion to exceed the page limit and allow them to file memoranda up to thirty (30) pages long in support of their summary judgment filings.

| | |
|---|---|
| DAVID L. LANDAY,<br>By his attorneys, | GMAC COMMERCIAL FINANCE LLC,<br>By its attorneys, |
| /s/ Alan R. Hoffman<br>Alan R. Hoffman (BBO # 236860)<br>LYNCH, BREWER, HOFFMAN & FINK, LLP<br>101 Federal Street, 22nd Floor<br>Boston, MA 02110-1800<br>(617) 951-0800 | /s/ Mark B. Dubnoff<br>John A. Houlihan (BBO# 542038)<br>Mark B. Dubnoff (BBO# 637212)<br>EDWARDS ANGELL PALMER & DODGE LLP<br>101 Federal Street<br>Boston, MA 02110<br>(617) 439-4444 |

Dated: November 14, 2005.

BOS_511256_1/MDUBNOFF