UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID L. LANDAY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GMAC COMMERCIAL CREDIT, LLC and )<br>GMAC COMMERCIAL FINANCE, LLC, )<br>)<br>Defendants. )<br>) | C. A. NO. 04-CV-11955-WGY |

## JOINT MOTION TO MODIFY SUMMARY JUDGMENT SCHEDULE

Plaintiff David L. Landay ("Landay") and Defendant GMAC Commercial Finance LLC ("GMACCF")[1] submit this joint motion to modify the summary judgment schedule as follows:

1. The current deadline of November 23, 2005, for filing principal summary judgment briefs shall remain the same. Both Landay and GMACCF plan to file motions for summary judgment on or before that date.

2. Instead of having only fourteen (14) days to file oppositions to summary judgment motions, as contemplated by Local Rule 7.1(B)(2), Landay and GMACCF shall have until December 14, which is twenty-one (21) days after November 23, to file their oppositions. Such an extension is particularly warranted here, since November 23 is the day before Thanksgiving.

3. Both parties shall be permitted to file reply briefs in support of their respective motions for summary judgment on or before December 23, 2005.

---

[1] The First Amended Complaint lists two separate defendants, GMAC Commercial Credit LLC, and GMAC Commercial Finance LLC, and includes both names in the caption. For the purposes of this Joint Motion, Landay accepts GMACCF's representation that it is the successor by merger of GMAC Commercial Credit LLC and GMAC Business Credit LLC.

WHEREFORE, Landay and GMACCF respectfully request that this Court grant their joint motion to modify the summary judgment schedule in the manner described above.

| | |
|---|---|
| DAVID L. LANDAY,<br>By his attorneys, | GMAC COMMERCIAL FINANCE LLC,<br>By its attorneys, |
| /s/ Alan R. Hoffman<br>Alan R. Hoffman (BBO # 236860)<br>LYNCH, BREWER, HOFFMAN & FINK, LLP<br>101 Federal Street, 22nd Floor<br>Boston, MA 02110-1800<br>(617) 951-0800 | /s/ Mark B. Dubnoff<br>John A. Houlihan (BBO# 542038)<br>Mark B. Dubnoff (BBO# 637212)<br>EDWARDS ANGELL PALMER & DODGE LLP<br>101 Federal Street<br>Boston, MA 02110<br>(617) 439-4444 |

Dated: November 15, 2005.