UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID L. LANDAY<br>　　Plaintiff,<br><br>　　　　v.<br><br>GMAC COMMERCIAL CREDIT LLC<br>and GMAC COMMERCIAL FINANCE<br>LLC,<br>　　Defendants. | )<br>)<br>)<br>)<br>)　Civil Action No. 04-cv-11955-WGY<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' MOTION TO STRIKE
## PLAINTIFF'S SUPPLEMENTAL EXPERT REPORT

Defendant GMAC Commercial Finance LLC ("GMAC CF")[1] moves to strike the First Supplement to Expert Witness Report of Keith D. Lowey, CPA (the "Supplemental Report") proffered by plaintiff David L. Landay ("Landay") on the grounds that it is untimely. Indeed, even though the Supplemental Report is based on information that was available to Lowey before he submitted his initial report on October 10, Landay did not submit the Supplemental Report until November 11, 2005, more than one month after the Court-imposed deadline for the submission of Landay's expert report, more than three weeks after GMAC CF deposed Lowey, and more than two weeks after GMAC CF presented its own rebuttal expert report. Further, allowing Landay to file a Supplemental Report out of time would unfairly prejudice GMAC CF. Accordingly, this Court should grant GMAC CF's motion to strike the Supplemental Report and preclude Landay from offering any of the opinions contained in the Supplemental Report as evidence at trial or in opposition to GMAC CF's motion for summary judgment.

---

[1] While the Amended Complaint names two defendants, GMAC Commercial Credit LLC and GMAC Commercial Finance LLC, GMAC Commercial Finance LLC is actually the successor by merger of GMAC Commercial Credit LLC and a third GMAC entity, GMAC Business Credit LLC.

In support of its motion to strike, GMAC CF submits the accompanying memorandum of law.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned hereby certifies, pursuant to Local Rule 7.1(a)(2), that he has conferred with counsel for the plaintiff in a good faith attempt to resolve or narrow the issues in dispute, and that these efforts were not successful.

/s/ Mark B. Dubnoff
Mark B. Dubnoff

DATED: November 23, 2005

Respectfully submitted,
GMAC COMMERCIAL FINANCE LLC

/s/ John A. Houlihan
/s/ Mark B. Dubnoff
John A. Houlihan (BBO # 542038)
Mark B. Dubnoff (BBO # 637212)
EDWARDS ANGELL PALMER & DODGE LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444

- 2 -    BOS_GMAC_Landay -- Motion to Strike Supplemental expert report.DOC/