UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11955-WGY

| | |
|---|---|
| DAVID L. LANDAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GMAC COMMERCIAL CREDIT, LLC and | ) |
| GMAC COMMERCIAL FINANCE, LLC, | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF DAVID L. LANDAY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

I, David L. Landay, hereby depose and say as follows:

1. I am the plaintiff in this case and a defendant in a case brought against me in the courts of New York by GMAC Commercial Credit, LLC ("GMAC") to collect on a personal guaranty which I provided to the lender in connection with the loan to Seneca Sports, Inc. ("Seneca").

2. Exhibit 1 to this Affidavit is a Client Ledger Account provided to Seneca by GMAC as of September 30, 2000, the month in which GMAC extended credit to Seneca. This document was discovered by me in August of 2005 during GMAC's document production of the Seneca business records which GMAC seized on October 22, 2001 and placed in a public storage facility in November of 2001. It is a business record of Seneca kept in the regular course of Seneca's business.

3. I am and was at all relevant times, a secured creditor of Seneca. In that regard, I have attached the pertinent documents.

4. Exhibit 2 to this Affidavit is a copy of a Security Agreement dated February 28, 1991 which gave me a security interest in Seneca's assets in connection with one of my initial loans to Seneca.

5. Exhibit 3 to this Affidavit is a copy of a certified copy of the Uniform Commercial Code filing which was made with the Secretary of State of Massachusetts in connection with this Security Agreement and loan. It is dated March 8, 1991.

6. Exhibit 4 to this Affidavit is a copy of a certified copy of the Uniform Commercial Code filing which was made in connection with my security interest and loans to Seneca. It is dated March 21, 1996.

7. Exhibit 5 to this Affidavit is a consolidated Note of Seneca payable to me in the amount of $3,450,000 which was executed on September 19, 2000 in connection with the GMAC closing.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS 21 DAY OF NOVEMBER, 2005.

_____
DAVID L. LANDAY

230604_1

2