**GMAC COMMERCIAL CREDIT LLC**

# Client Ledger Account

```
- - - C L I E N T - - -          -NO-       CROSS REF.TO A/C    - - - T Y P E - - -                              PAGE NO.      1
SENECA SPORTS INC T/O          1008-00         1024-00          COLLECTION                      RECEIVABLE ASSIGNED
                                                                CURRENCY - USD                           AMOUNT AV.DUE DATE
75 FORTUNE BLVD                AS OF DATE                                                             9,571,158  11-01-00
MILFORD, MA                    09-30-00
                                                                                          MONTH
                               ACCOUNT EXECUTIVE                                          09-00
                               FITZGERALD,P                                               08-00
       01757                                                                              07-00
                                                                        COLLS.NOT TRANSFERRED    17,476.35
                                                                                          06-00
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION TRANSACTIONS DR- CR | | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | .00 | | | .00 |
| 09-08-00 | | CASH ADVANCE | 140 | | | | | 1,420.25- | 1,420.25- |
| 09-12-00 | | MISC CHG/CR | 190 | | | | | 5,782.50- | 7,202.75- |
| 09-14-00 | | MISC CHG/CR | 190 | | | | | 4,590.78- | 11,793.53- |
| 09-15-00 | 091500 | SALES BT 007 | 100 | 1,521,394.64 | | 1,521,394.64 | | | 11,793.53- |
| 09-19-00 | 091900 | SALES BT 008 | 100 | 451,008.00 | | | | | |
| 09-19-00 | 091900 | SALES BT 009 | 100 | 2,813,176.34 | | | | | |
| 09-19-00 | 091900 | MISC CHG/CR | 190 | | 23,372.55- | 4,762,206.43 | | | 11,793.53- |
| 09-20-00 | | WIRE | 140 | | | | 3,931,584.00 | | |
| 09-20-00 | | WIRE | 140 | | | | 3,452,733.03 | | |
| 09-20-00 | | WIRE | 140 | | | | 1,774,020.00 | | 9,170,130.56 |
| 09-20-00 | | MISC CHG/CR | 190 | | 23,372.55- | | | | |
| 09-20-00 | | CHARGE BACK | 194 | 4,762,206.43 | | | | | |
| 09-21-00 | 091900 | SALES BT 008 | 100 | 451,008.00 | | | | | |
| 09-21-00 | 091500 | SALES BT 007 | 100 | 1,521,394.64 | | | | | |
| 09-21-00 | 091900 | SALES BT 009 | 100 | 2,813,176.34 | | | | | |
| 09-21-00 | | WIRE | 140 | | | | 463,712.00 | | 513,712.00- |
| 09-21-00 | | MISC CHG/CR | 191 | | | | 50,000.00 | | 550,399.35- |
| 09-21-00 | 092000 | MAT TRANSFER | 191 | | | | 38,887.35 | | |
| 09-21-00 | 092000 | WIRE | 140 | | | | | 9,170,130.56 | |
| 09-22-00 | | MISC CHG/CR | 190 | | | | 5,655.19- | | 538,605.82- |
| 09-25-00 | | MISC CHG/CR | 190 | | | | | | |
| 09-26-00 | | CHARGE BACK | 194 | 21,061.35 | | | | | |
| 09-27-00 | | WIRE | 140 | | | | | 11,793.53 | |
| 09-27-00 | | MISC CHG/CR | 190 | | | | 67,333.50 | | 544,261.01- |
| 09-27-00 | 090100 | MISC CHG/CR | 190 | | | | 346.00 | | 611,942.26- |
| 09-28-00 | | WIRE | 140 | | | | 1.75- | | 753,877.72- |
| BALANCE FORWARD | | | | | | 4,783,267.78 | 141,935.46- | | 753,877.72- |

CONTINUED ON NEXT PAGE

# GMAC Commercial Credit LLC

## Client Ledger Account

```
- - - C L I E N T - - -           -NO-      CROSS REF. TO A/C    - - - T Y P E - - -                              PAGE NO.    2
SENECA SPORTS INC T/O            1008-00         1024-00          COLLECTION                          RECEIVABLE  ASSIGNED
                                                                  CURRENCY - USD                                AMOUNT AV. DUE DATE
75 FORTUNE BLVD                  AS OF DATE                                              MONTH                9,571,158  11-01-00
MILFORD, MA                      09-30-00                                                09-00
                                                                                         08-00
                                 ACCOUNT EXECUTIVE                                       07-00
            01757                FITZGERALD,P                                            06-00

                                                                                 COLLS. NOT TRANSFERRED      17,476.35
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | - - - COLLECTION ACCOUNT - - - TRANSACTIONS DR-    CR | | BALANCE DR-  CR | - - - ADVANCE/MATURED FUNDS ACCOUNT - - - TRANSACTIONS DR-    CR | | BALANCE DR-  CR |
|---|---|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | | 4,783,267.78 | | | 753,877.72- |
| 09-29-00 | | WIRE | 140 | | 111,911.89- | 4,671,355.89 | 58,979.82- | | |
| 09-29-00 | 092900 | MISC CHG/CR | 190 | | | | | 31,108.28 | |
| 09-29-00 | | COLLECTIONS | 196 | | | | | | |
| 09-30-00 | | WIRE CHARGES | 185 | | | 4,671,355.89 | 105.00- | | 781,751.28- |
| 09-30-00 | | WIRE CHARGES | 185 | | | 4,671,355.89 | 50.00- | | 781,906.28- |
| 09-30-00 | | INT ON AVG BAL | 001 | | | | 1,886.67- | | 783,792.95- |
| MONTH END BALANCE | | | | | | 4,671,355.89 | 9,996,823.30- | | 783,792.95- |

```
                                AVG. BALANCE          RATE              AMOUNT

INTEREST ON AVERAGE ADVANCES    210,804.92- @       10.750 %         1,886.67-
```

FORM 1750

GMAC_LANDAY00356

**GMAC COMMERCIAL CREDIT LLC**

# Client Ledger Account

```
--- C L I E N T ---         -NO-      CROSS REF.TO A/C    --- T Y P E ---              PAGE NO.          3
SENECA SPORTS INC T/O      1008-00       1024-00          COLLECTION                   RECEIVABLE ASSIGNED
                                                          CURRENCY - USD               AMOUNT AV.DUE DATE
75 FORTUNE BLVD           AS OF DATE                                           MONTH   9,571,158  11-01-00
MILFORD, MA               09-30-00                                             09-00
                                                                               08-00
                          ACCOUNT EXECUTIVE                                    07-00
         01757            FITZGERALD,P                                         06-00

                                                                           COLLS.NOT TRANSFERRED    17,476.35

                                           MONTHLY SUMMARY
```

| TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | | BALANCE DR- CR |
|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | .00 | | | .00 |
| 100 TOTAL SALES | | 9,571,157.96 | 9,571,157.96 | | | |
| 140 TOTAL WIRES | | | | 9,934,060.60- | | 9,934,060.60- |
| 185 TOTAL BANK CHARGES | | | | 155.00- | | 9,934,215.60- |
| 190 TOTAL MISC. CHARGE/CREDIT | 46,745.10- | | 9,524,412.86 | 60,721.03- | 42,899.79 | 9,952,036.84- |
| 191 TOTAL MATURITY TRANSFERS | | | | | 9,170,130.56 | 781,906.28- |
| 194 TOTAL CHARGE BACKS | 4,741,145.08- | | 4,783,267.78 | | | |
| 196 TOTAL COLLECTIONS | 111,911.89- | | 4,671,355.89 | | | |
| 001 TOTAL INTEREST ON BALANCE | | | | 1,886.67- | | 783,792.95- |
| MONTH END BALANCE | | | 4,671,355.89 | | | 783,792.95- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS; IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

FORM 1750