Commonwealth of Massachusetts
William Francis Galvin, Secretary of the Commonwealth

A TRUE COPY ATTEST   WILLIAM FRANCIS GALVIN SECRETARY OF THE COMMONWEALTH   DATE 9/14/05   CLERK



1. Debtor(s) (Last Name First) and address(es):
Seneca Sports, Inc.
P.O. Box 719
Fortune Boulevard
Granite Park
Milford, MA 01757

2. Secured Party(ies) and address(es):
David L. Landay
85 East India Row
Apt. 20F
Boston, MA 02110

3. For Filing Officer (Date, Time, Number, and Filing Office):
013375
91013375

7. This financing statement covers the following types (or items) of property:

All assets of Debtor including without limitation the assets listed on Exhibit A.

Products of Collateral are also covered

SENECA SPORTS, INC.
By: _____
Signature(s) of Debtor (Or Assignor)

David L. Landay
Signature(s) of Secured Party (Or Assignee)

Filing Officer Copy — Alphabetical
STANDARD FORM — UNIFORM COMMERCIAL CODE  FORM UCC-1   Rev. Jan. 1980

Page: Case 1:04-cv-11955-WGY Document 50-5 Filed 11/23/2005 Page 2 of 2

Commonwealth of Massachusetts
William Francis Galvin, Secretary of the Commonwealth
Uniform Commercial Code

UNIFORM COMMERCIAL CODE - RECORD OF FILING
91013375
March 8, 1991
0:00 am

EXHIBIT A

013375

1.1. **Inventory.** All inventory of Debtor including without limitation all stock in trade and goods held for sale or lease of every description maintained in the conduct of the Debtor's business, whether now or hereafter existing or acquired (the "Inventory").

1.2. **Accounts, Accounts Receivable and Contract Rights.** All accounts, accounts receivable, and contract rights of Debtor, whether now or hereafter existing or acquired; all chattel paper and instruments, whether now or hereafter existing or acquired, evidencing any obligation to Debtor for payment for goods sold or leased or services rendered; all interest of the Debtor in any goods the sale or lease of which shall have given or shall give rise to any of the foregoing; and all proceeds of any of the foregoing ("Accounts, Accounts Receivable and Contract Rights").

1.3. **Equipment, Fixtures and Furniture.** All equipment, fixtures, vehicles and furniture of Debtor together with all accessions, additions, attachments, accessories, substitutions and replacements thereto together with all proceeds and products thereof and presently located at Fortune Boulevard, Granite Park, Milford, Massachusetts whether now or hereafter existing or acquired (the "Equipment, Fixtures and Furniture").

1.4. **General Intangibles.** All general intangibles of Debtor including, without limitation, goodwill, licenses, and permits of any type or description, and all patents, trademarks and trade names whether now or hereafter existing or acquired (the "General Intangibles").