Page:

Commonwealth of Massachusetts
William Francis Galvin, Secretary of the Commonwealth

UNIFORM COMMERCIAL CODE - RECORD OF FILING
96376864
March 21, 1996
12:11 pm

A TRUE COPY ATTEST WILLIAM FRANCIS GALVIN SECRETARY OF THE COMMONWEALTH DATE 9.14.05 CLERK

Signature(s) of Debtor(s) (Necessary only if item 8 is applicable). Signature(s) of Secured Party(ies)

(1) Filing Officer Copy – Alphabetical STANDARD FORM · FORM UCC-3

96 376864

| Debtor(s) (Last Name First) and address(es) | Secured Party(ies) and address(es) | For Filing Officer (Date, Time, Number, and Filing Office) |
|---|---|---|
| Seneca Sports, Inc.<br>P.O. Box 719<br>Fortune Boulevard<br>Granite Park<br>Milford, MA 01757 | David L. Landay<br>85 East India Row<br>Apt. 20F<br>Boston, MA 02110 | 30 MAR 2 PM 12:11<br>376864 |

This financing statement covers the following types (or items) of property:

All assets of Debtor including without limitation the assets listed on Exhibit A.

OVERSIZE - ON FILM

Secretary of State Massachusetts

☐ Products of Collateral are also covered.

Whichever is Applicable (See Instruction Number 9)

SENECA SPORTS, INC.

BY:

Signature(s) of Debtor (Or Assignor)

David L. Landay

Signature(s) of Secured Party (Or Assignee)

(1) Filing Officer Copy – Alphabetical
STANDARD FORM – UNIFORM COMMERCIAL CODE – FORM UCC-1 Rev. Jan. 1980

LAWYERS STATIONERY CO. INC.

376864

EXHIBIT A

1.1 Inventory. All inventory of Debtor including without limitation all stock in trade and goods, held for sale or lease of every description maintained in the conduct of the Debtor's business, whether now or hereafter existing or acquired (the "Inventory").

1.2. Accounts, Accounts Receivable and Contract Rights. All accounts, accounts receivable, and contract rights of Debtor, whether now or hereafter existing or acquired; all chattel paper and instruments, whether now or hereafter existing or acquired, evidencing any obligation to Debtor for payment for goods sold or leased or services rendered, all interest of the Debtor in any goods the sale or lease of which shall have given or shall give rise to any of the foregoing; and all proceeds of any of the foregoing ("Accounts, Accounts Receivable and Contract Rights").

1.3. Equipment, Fixtures and Furniture. All equipment, fixtures, vehicles and furniture of Debtor together with all accessions, additions, attachments, accessories, substitutions and replacements thereto together with all proceeds and products thereof and presently located at Fortune Boulevard, Granite Park, Milford, Massachusetts whether now or hereafter existing or acquired (the "Equipment, Fixtures and Furniture").

1.4. General Intangibles. All general intangibles of Debtor including without limitation, goodwill, licenses, and permits of any type or description, and all patents, trademarks and trade names whether now or hereafter existing or acquired (the "General Intangibles").