## PROMISSORY NOTE

$3,450,000.00                                              September 19, 2000

FOR VALUE RECEIVED, the undersigned, Seneca Sports, Inc., promises to pay to David L. Landay, or order, on demand, the sum of Three Million Four Hundred Fifty Thousand Dollars ($3,450,000.00) and to pay interest on the unpaid balance at a floating rate of interest equal to the rate of interest designated by the Bank of New York as the "Prime Rate." The interest rate applicable under this Note shall change on each day that the Prime Rate changes. Interest shall be payable monthly in arrears on the fifteenth day of each month commencing October 15, 2000 . The amount of any payment shall be applied first to interest then due and the balance thereof to principal.

The undersigned further agrees to pay all reasonable costs and expenses, including attorney's fees, for the collection of this note upon default.

At the option of the holder, this note shall become immediately due and payable upon the occurrence of any of the following events:

1. Default in the making of any payment hereunder remaining uncured for fifteen (15) days;

2. If the maker shall make an assignment for the benefit of creditors, or if a receiver of the maker's property shall be appointed, or if a petition in bankruptcy or other similar proceeding under any law for relief of debtors shall be filed by the maker, or against any such party and has not been dismissed within thirty (30) days of the filing thereof.

The maker and each and every endorser hereby:

1. Waives presentment, demand, protest and notices of every kind and description.

2. Waives any defenses based upon, and specifically assents to, any and all extensions and postponements of the time of payment and all other indulgences and forbearances which may be granted by the holder to the maker.

3. Agrees to any substitution, exchange, release, surrender or other delivery of any collateral held hereunder.

4. Agrees to be bound by all of the terms contained in this note. No delay or omission on the part of the holder in exercising any right hereunder shall operate as a waiver of such right or of any other right of such holder, nor shall any delay, omission or waiver on any one occasion be deemed a bar to or waiver of the same or any other right on any future occasion.

The maker reserves the right to prepay all or any portion of the amount of this note.

All rights and obligations hereunder shall be governed by the laws of the Commonwealth of

**GLAN 00644**

-2-

Massachusetts, and this note shall have the effect of a sealed instrument.

This note is being issued by Seneca Sports, Inc. in consolidation of and in complete substitution for those certain promissory notes in the aggregate principal amount equal to the face amount hereof (the "Former Notes"), and the payee by his acceptance and endorsement hereof agrees that no payment shall be made upon the Former Notes.

SENECA SPORTS, INC.

By: _____
David L. Landay, President and Treasurer


# 166102

GLAN 00645