# GMAC COMMERCIAL CREDIT LLC

September 19, 2000

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Office of the Attorney General
Criminal Division
The Commonwealth of Massachusetts
One Ashburton Place
Boston, Massachusetts 02108

    Re    Seneca Sports, Inc. ("Borrower"): Notification pursuant to Chapter 271, Section 49 of the Massachusetts General Laws (Criminal Usury Filing)

Ladies and Gentlemen

    In accordance with the requirements of G.L. c.271, § 49, on behalf of GMAC Commercial Credit LLC, a New York limited liability company (the "Lender") (the "Lenders"), its advisors, partners, directors, officers, employees and agents, you are hereby notified that the Lender intends to engage in a transaction or transactions with the Borrower pursuant to a Factoring Agreement dated as of September 19, 2000, which, but for the provisions of paragraph (d) of said Section 49, may be proscribed under the provisions of paragraph (a) of said Section. The address of the Lender is in care of GMAC Commercial Credit, LLC, 1290 Avenue of the Americas, New York, NY 10104, Attention. Frank Imperato

    In accordance with the provisions of paragraph (d) of said Section 49, the Lenders will maintain copies of any records of any transaction to which said Section 49 applies, which records will be made available to you for inspection upon request and contain (a) the name and address of the Borrower, (b) the amount borrowed, (c) the interest and expenses to be paid by the Borrower, (d) the date the loan is made, and (e) the date or dates on which any payment is due. Such copies will be maintained at GMAC Commercial Credit LLC, 151 Merrimac Street, 6th Floor, Boston, MA 02114

    Please acknowledge receipt of this notice by date stamping the enclosed copy of this letter and returning it to the undersigned in the enclosed self-addressed stamped envelope.

                            Very truly yours,
                            GMAC COMMERCIAL CREDIT LLC

                            By: _____
                                Senior Vice President

52741

GLAN 01165

| | |
|---|---|
| ● SENDER Complete items 1 and 2 when additional services are desired, and complete items 3 and 4. Put your address in the "RETURN TO" Space on the reverse side. Failure to do this will prevent this card from being returned to you. The return receipt fee will provide you the name of the person delivered to and the date of delivery. For additional fees the following services are available. Consult postmaster for fees and check box(es) for additional service(s) requested.<br>1. ☐ Show to whom delivered, date, and addressee's address (Extra charge)    2. ☐ Restricted Delivery (Extra charge) | |
| 3. Article Addressed to<br><br>Office of the Attorney General<br>Criminal Division<br>The Commonwealth of Massachusetts<br>One Ashburton Place<br>Boston, Massachusetts  02108 | 4. Article Number<br>P 416 266 241<br>Type of Service<br>☐ Registered   ☐ Insured<br>☒ Certified   ☐ COD<br>☐ Express Mail   ☒ Return Receipt for Merchandise<br>Always obtain signature of addressee or agent and DATE DELIVERED |
| 5. Signature — Addressee<br>X | 8. Addressee's Address (ONLY if requested and fee paid) |
| 6. Signature — Agent<br>X  *William J Coughlan*    SEP 22 2000 | |
| 7. Date | |

PS Form 3811, Apr. 1989     ★U.S.G.P.O 1989-238-815     DOMESTIC RETURN RECEIPT

---

PS Form 3800, June 1985     ☆U.S.G.P.O. 1989-234-555

P 416 266 241

RECEIPT FOR CERTIFIED MAIL
NO INSURANCE COVERAGE PROVIDED
NOT FOR INTERNATIONAL MAIL
(See Reverse)

Sent to: Office of the Attorney General — Criminal Division
Street and No: One Ashburton Place
P.O., State and ZIP Code: Boston, MA 02108

GLAN 01167