```
- - - C L I E N T - - -                  -NO-        CROSS REF.TO A/C              - - - T Y P E - - -                              RECEIVABLE   PAGE NO.   1
SENECA SPORTS INC T/O                    1008-00     1024-00                       COLLECTION                                                    ASSIGNED
                                                                                  CURRENCY - USD                                   AMOUNT AV.DUE DATE
75 FORTUNE BLVD                          AS OF DATE
MILFORD, MA                              10-31-01

         01757                           ACCOUNT EXECUTIVE                                                                MONTH
                                                                                                                         10-01
                                         FITZGERALD,P                                                                     09-01
                                                                                                                         08-01
                                                                                                                         07-01


                                                                                  COLLS.NOT TRANSFERRED

POSTING VALUE ASSIGNMENT OR   TRANS    - - - COLLECTION ACCOUNT - - -    - - - ADVANCE/MATURED FUNDS ACCOUNT - - -
DATE    DATE   REFERENCE       CODE          TRANSACTIONS       BALANCE          TRANSACTIONS          BALANCE
                                             DR-     CR       DR-    CR          DR-      CR         DR-    CR

OPENING MONTH BALANCE                                         4,012.74

MONTH END BALANCE                                            4,012.74                                          .00           .00

          THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
            UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS;
          IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.
```



Landay
4
AK  8.18.05

PENGAD 800-631-6989

**GLAN 01516**

```
- - -  C L I E N T  - - -                  -NO-                        - - - T Y P E - - -
SENECA SPORTS INC                          1024-00                     COLLECTION - USD
75 FORTUNE BLVD                                                        CURRENCY - USD
MILFORD MASS                               AS OF DATE
                                           10-31-01                    RECEIVABLE          PAGE NO.  1
        01757                                                                       AMOUNT ASSIGNED   AV.DUE DATE
                                           ACCOUNT EXECUTIVE           MONTH
                                                                       10-01   166,580   11-28-01
                                           FITZGERALD,P                09-01   503,780   11-05-01
                                                                       08-01   431,404   10-17-01
                                                                       07-01   202,970   09-18-01

                                           COLLS.NOT TRANSFERRED       17,468.96
```

| POSTING / VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | 1,629,788.21 | | 7,376,884.31- |
| 10-01-01 | 100101 SALES BT 294 | 100 | 12,119.03 | | | |
| 10-01-01 | CHARGE BACK | 194 | 2,325.98 | | | |
| 10-01-01 | COLLECTIONS | 196 | 22,264.59- | 1,619,968.63 | 22,264.59 | 7,354,619.72- |
| 10-02-01 | 100101 SALES BT 295 | 100 | 4,551.96 | | | |
| 10-02-01 | COLLECTIONS | 196 | 270,249.69- | 1,354,270.90 | 270,249.69 | 7,084,370.03- |
| 10-03-01 | 100201 SALES BT 296 | 100 | 737.72 | | | |
| 10-03-01 | CHARGE BACK | 194 | 8,848.61- | | | |
| 10-03-01 | COLLECTIONS | 196 | 3,515.41- | 1,342,644.60 | 3,515.41 | 7,080,854.62- |
| 10-04-01 | CHARGE BACK | 194 | 203.03 | | | |
| 10-04-01 | COLLECTIONS | 196 | 12,208.98- | 1,330,638.65 | 12,208.98 | 7,068,645.64- |
| 10-05-01 | CHARGE BACK | 194 | 436.80- | | | |
| 10-05-01 | COLLECTIONS | 196 | 7,233.37- | 1,322,968.48 | 7,233.37 | 7,061,412.27- |
| 10-09-01 | 100101 SALES BT 297 | 100 | 126,239.89 | | | |
| 10-09-01 | WIRE | 140 | 39,351.31- | | 2,400.00- | 7,024,460.96- |
| 10-09-01 | COLLECTIONS | 196 | 35,963.39 | 1,409,857.06 | 39,351.31 | |
| 10-10-01 | 100101 SALES BT 298 | 100 | 145,683.38- | | | |
| 10-10-01 | CHARGE BACK | 194 | 14,538.95- | | 14,538.95 | 7,009,922.01- |
| 10-10-01 | COLLECTIONS | 196 | 9,533.91 | 1,285,598.12 | | |
| 10-11-01 | 101001 SALES BT 299 | 100 | 66.40- | | | |
| 10-11-01 | CHARGE BACK | 194 | 681.89- | | 681.89 | |
| 10-11-01 | COLLECTIONS | 196 | 5,682.50- | 1,288,701.24 | 5,682.50 | 7,003,557.62- |
| 10-12-01 | COLLECTIONS | 196 | 1,312.87- | | | |
| 10-12-01 | CHARGE BACK | 194 | 13,152.00- | 1,274,236.37 | 13,152.00 | 6,990,405.62- |
| 10-15-01 | 101101 SALES BT 300 | 100 | 25,735.99 | | | |
| 10-15-01 | CHARGE BACK | 194 | 13,152.00 | | | |
| BALANCE FORWARD | | | | 1,313,124.36 | | 6,990,405.62- |

CONTINUED ON NEXT PAGE

GLAN 01517

```
- - - C L I E N T - - -                    - N O -
SENECA SPORTS INC                          1024-00

75 FORTUNE BLVE                            AS OF DATE
MILFORD MASS                               10-31-01

          01757                            ACCOUNT EXECUTIVE

                                           FITZGERALD, P
```

```
                                                    - - - T Y P E - - -
                                                    COLLECTION
                                                    CURRENCY - USD
```

| POSTING VALUE | ASSIGNMENT OR | TRANS | - - - COLLECTION ACCOUNT - - - | | ADVANCE/MATURED FUNDS ACCOUNT | | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| DATE DATE | REFERENCE | CODE | TRANSACTIONS DR- CR | BALANCE DR- CR | TRANSACTIONS DR- | CR | BALANCE DR- CR |
| BALANCE CARRIED FORWARD | | | | 1,313,124.36 | | | |
| 10-15-01 | COLLECTIONS | 196 | | 1,313,124.36 | | | |
| 10-16-01 101501 | SALES    BT 301 | 196 | 83,732.17- | 1,229,392.19 | | 83,732.17 | 6,990,405.62- |
| 10-16-01 | CHARGE BACK | 194 | 16,607.56 | | | | 6,906,673.45- |
| 10-16-01 | COLLECTIONS | 196 | 25,200.00- | | | | |
| 10-17-01 101501 | WIRE | 175 | 1,907.43- | | | | |
| 10-17-01 100101 | MISC CHG/CR | 190 | | 1,218,892.32 | | 1,907.43 | 6,904,766.02- |
| 10-17-01 | CHARGE BACK | 194 | 63,675.71- | | | 4,100,000.00 | |
| 10-17-01 | COLLECTIONS | 196 | 85,804.04- | | | 1,004,023.50 | |
| 10-18-01 101601 | SALES    BT 302 | 100 | 2,155.07 | 1,069,412.57 | | | |
| 10-18-01 101701 | WIRE | 175 | | | | 85,804.04 | 1,714,938.48- |
| 10-18-01 | CHARGE BACK | 194 | 39,679.00- | | | | |
| 10-18-01 | COLLECTIONS | 196 | 504.29- | 1,031,384.35 | | | |
| 10-19-01 101801 | SALES    BT 303 | 100 | 21,440.81 | | | 504.29 | 1,464,434.19- |
| 10-19-01 | COLLECTIONS | 196 | 7,183.34- | | | 250,000.00 | |
| 10-22-01 102201 | SALES    BT 305 | 100 | 11,520.00 | 1,045,641.82 | | | |
| 10-22-01 101901 | SALES    BT 304 | 100 | 26,214.76 | | | 7,183.34 | 1,457,250.85- |
| 10-22-01 100101 | MISC CHG/CR | 190 | | | 553.07- | | |
| 10-22-01 | COLLECTIONS | 196 | 30,292.73- | 1,053,083.85 | | 30,292.73 | 1,427,511.19- |
| 10-24-01 102401 | WIRE | 175 | 1,552.62- | 1,051,531.23 | | 1,552.62 | 1,425,958.57- |
| 10-24-01 | CHARGE BACK | 194 | 1,580.09- | | | 16,952.80 | |
| 10-24-01 | COLLECTIONS | 196 | 242.69- | 1,049,708.45 | | | |
| 10-25-01 100101 | OVERADV CHGE | 190 | | | 13,911.51- | | |
| 10-25-01 | COLLECTIONS | 196 | 178.16- | 1,049,530.29 | | 242.69 | 1,408,763.08- |
| 10-26-01 | CHARGE BACK | 194 | 10.40- | | | 178.16 | 1,422,496.43- |
| 10-26-01 | COLLECTIONS | 196 | 14,132.19- | 1,035,387.70 | | | |
| BALANCE FORWARD | | | | 1,035,387.70 | | 14,132.19 | 1,408,364.24- |
```

```
                                                    AMOUNT AV.DUE DATE
                                                    166,580   11-28-01
                                                    503,780   11-05-01
                                                    431,404   10-17-01
                                                    202,970   09-18-01
```

```
MONTH
10-01
09-01
08-01
07-01
```

```
COLLS.NOT TRANSFERRED          17,468.96
```

```
PAGE NO.  2
RECEIVABLE
ASSIGNED
```

```
CONTINUED ON NEXT PAGE
                                    1,408,364.24-
```

GLAN 01518

```
- - - C L I E N T - - -                    -NO-              - - - T Y P E - - -                              RECEIVABLE    PAGE NO.    3
SENECA SPORTS INC                          1024-00            COLLECTION - USD                                              ASSIGNED
75 FORTUNE BLVE                            AS OF DATE         CURRENCY - USD                         MONTH             AMOUNT AV.DUE DATE
MILFORD MASS                               10-31-01                                                 10-01          166,580  11-28-01
                                                                                                   09-01          503,780  11-05-01
        01757                              ACCOUNT EXECUTIVE                                         08-01          431,404  10-17-01
                                                                                                   07-01          202,970  09-18-01
                                           FITZGERALD,P

                                                                              COLLS.NOT TRANSFERRED              17,468.96

POSTING VALUE  ASSIGNMENT OR   TRANS    - - COLLECTION ACCOUNT - -      ADVANCE/MATURED FUNDS ACCOUNT - - -
DATE    DATE   REFERENCE       CODE     TRANSACTIONS      BALANCE         TRANSACTIONS                        BALANCE
                                        DR- CR           DR- CR          DR-                CR                DR- CR
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | 1,035,387.70 | | | |
| 10-29-01 | | WIRE | 140 | | | 40,346.69- | | 1,408,364.24- |
| 10-29-01 | | 100101 MIN COMM CHGE | 190 | | | 25,102.00- | | |
| 10-29-01 | | CHARGE BACK | 194 | 609.00 | | | | |
| 10-29-01 | | COLLECTIONS | 196 | 5,573.79- | | | | |
| 10-30-01 | | CASH ADVANCE | 140 | | | 16,115.00- | | |
| 10-30-01 | | 103001 WIRE | 175 | | 1,030,422.91 | | 5,573.79 | 1,468,239.14- |
| 10-30-01 | | 100101 MISC CHG/CR | 190 | | | 22.62- | | |
| 10-31-01 | | 103001 WIRE | 175 | | 1,030,422.91 | | 45,548.77 | 1,438,827.99- |
| 10-31-01 | | WIRE CHARGES | 185 | | | 30.00- | | |
| 10-31-01 | | WIRE RECEIPTS | 185 | | | 50.00- | 25,975.00 | |
| 10-31-01 | | D.A.B.  100800 | 185 | | | 274.97- | | |
| 10-31-01 | | CHARGE BACK | 194 | 434.80- | | | | |
| 10-31-01 | | INTEREST | 195 | | | 6.08- | | |
| 10-31-01 | | COMMISSN | 195 | | | 1,662.33- | | |
| 10-31-01 | | COLLECTIONS | 196 | 4,969.23- | 1,025,018.88 | | 4,969.23 | 1,409,907.14- |
| 10-31-01 | | INT ON AVG BAL | 001 | | | 27,063.11- | | |
| MONTH END BALANCE | | | | 604,769.33- | 1,025,018.88 | | | 1,436,970.25- |
| | | | | | | 127,537.38- | 6,067,451.44 | 1,436,970.25- |

```
                    AVG.BALANCE            RATE        AMOUNT
                    3,578,698.09- @        8.782 %     27,063.11-

INTEREST ON AVERAGE ADVANCES
```

GLAN 01519

--- CLIENT ---
SENECA SPORTS INC
75 FORTUNE BLVD
MILFORD MASS
01757

-NO-
1024-00
AS OF DATE
10-31-01

ACCOUNT EXECUTIVE
FITZGERALD, P

--- TYPE ---
COLLECTION
CURRENCY - USD

RECEIVABLE     PAGE NO.  4

| MONTH | AMOUNT | AV. DUE DATE |
|---|---|---|
| 10-01 | 166,580 | 11-28-01 |
| 09-01 | 503,780 | 11-05-01 |
| 08-01 | 431,404 | 10-17-01 |
| 07-01 | 202,970 | 09-18-01 |

COLLS. NOT TRANSFERRED     17,468.96

## MONTHLY SUMMARY

| | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | 1,629,788.21 | | 7,376,884.31- |
| TOTAL SALES | 100 | | | | |
| TOTAL WIRES | 140 | 292,820.09 | 1,922,608.30 | | |
| TOTAL CASH RECEIVED | 175 | | | | |
| TOTAL BANK CHARGES | 185 | | | 58,861.69- | |
| TOTAL MISC. CHARGE/CREDIT | 190 | | | 354.97- | 7,435,746.00- |
| TOTAL CHARGE BACKS | 194 | 272,638.05- | 1,649,970.25 | 4,438,476.57 | 2,997,269.43- |
| TOTAL MONTH-END CHARGES | 195 | | | 39,589.20- | 2,997,624.40- |
| TOTAL COLLECTIONS | 196 | 624,951.37- | 1,025,018.88 | 1,004,023.50 | 2,033,190.10- |
| | | | | 1,668.41- | 2,034,858.51- |
| | | | | 624,951.37 | 1,409,907.14- |
| TOTAL INTEREST ON BALANCE | 001 | | | 27,063.11- | 1,436,970.25- |
| MONTH END BALANCE | | | 1,025,018.88 | | 1,436,970.25- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS; IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01520

```
- - - C L I E N T - - -          -NO-      CROSS REF.TO A/C      - - - T Y P E - - -                          RECEIVABLE  PAGE NO.   1
SENECA SPORTS INC T/O            1008-00       1024-00           COLLECTION                                               ASSIGNED
                                                                 CURRENCY - USD                    MONTH         AMOUNT AV.DUE DATE
75 FORTUNE BLVD                  AS OF DATE                                                        11-01
MILFORD, MA                      11-30-01                                                          10-01
                                                                                                  09-01
        01757                    ACCOUNT EXECUTIVE                                                 08-01

                                 FITZGERALD,P

                                                                        COLLS.NOT TRANSFERRED

POSTING VALUE  ASSIGNMENT OR  TRANS - - - - COLLECTION ACCOUNT - - -   - - ADVANCE/MATURED FUNDS ACCOUNT - -
DATE    DATE   REFERENCE      CODE         TRANSACTIONS       BALANCE        TRANSACTIONS              BALANCE
                                           DR-   CR           DR-   CR       DR-              CR       DR-  CR

OPENING MONTH BALANCE                                       4,012.74                                                        .00

MONTH END BALANCE                                          4,012.74                          CR                            .00

        THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
             UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS;
             IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.
```

GLAN 01521

```
- - - C L I E N T - - -                    - - - T Y P E - - -                                          RECEIVABLE    PAGE NO.      1
SENECA SPORTS INC                          COLLECTION                                                   ASSIGNED
                                           CURRENCY - USD                                        MONTH  AMOUNT AV.DUE DATE
75 FORTUNE BLVE                                                                                  11-01  126,240  11-07-01
MILFORD MASS               -NO-                                                                  10-01  166,580  11-28-01
                           1024-00          AS OF DATE                                           09-01  503,780  11-05-01
            01757           11-30-01                                                             08-01  431,404  10-17-01

                           ACCOUNT EXECUTIVE

                           FITZGERALD, P

                                                                          COLLS. NOT TRANSFERRED        13,833.09

POSTING VALUE  ASSIGNMENT OR  TRANS   - - COLLECTION ACCOUNT - -     ADVANCE/MATURED FUNDS ACCOUNT
DATE    DATE   REFERENCE      CODE    TRANSACTIONS      BALANCE           TRANSACTIONS                        BALANCE
                                      DR-   CR          DR-  CR           DR-          CR                     DR-  CR

OPENING MONTH BALANCE                                  1,025,018.88
11-01-01  COLLECTIONS        196    8,280.54-          1,016,738.34                    8,280.54            1,436,970.25-
11-02-01  MISC CHG/CR        190                                         10,158.43-                       1,428,689.71-
11-02-01  MISC CHG/CR        196      807.40-          1,015,930.94                      807.40            1,438,040.74-
11-05-01  MISC CHG/CR        190
11-05-01  COLLECTIONS        196
11-06-01  WIRE               140                                            250.00-
11-06-01  RECEIPT            175    8,381.02-          1,007,549.92                    8,381.02            1,429,909.72-
11-06-01  WIRE        110901 175
11-06-01  COLLECTIONS        196                                         45,000.00-
11-07-01  MISC CHG/CR        196  126,524.93-            881,024.99                   44,816.40
11-07-01  MISC CHG/CR        190                                                       5,929.12
11-07-01  COLLECTIONS        196                                                    126,524.93
11-08-01  COLLECTIONS        196                         874,535.98         178.00-
11-09-01  COLLECTIONS        196    6,489.01-            868,709.14         157.50-     6,489.01           1,291,485.76-
11-09-01  MISC CHG/CR        196    5,826.84-                                           5,826.84           1,285,658.92-
11-09-01  MISC CHG/CR        190
11-13-01  COLLECTIONS        196                                           627.00-
11-13-01  WIRE        110901 175   45,115.69-            823,593.45         216.00-    45,115.69           1,241,386.23-
11-13-01  OVERADV CHGE 110101 190                                        6,933.72-                18,475.00
11-14-01  COLLECTIONS        196
11-15-01  COLLECTIONS        196  125,134.97-            698,458.48                  125,134.97            1,104,709.98-
11-15-01  COLLECTIONS        196   34,653.75-            663,804.73                   34,653.75            1,070,056.23-
11-16-01  COLLECTIONS        196       15.47-            642,327.05                       15.47
11-19-01  COLLECTIONS        196   21,462.21-            641,990.66                   21,462.21            1,048,578.55-
11-19-01  CHARGE BACK        194      336.39-                                            336.39            1,048,242.16-
11-19-01  COLLECTIONS        196      138.00
11-20-01  CASH ADVANCE       140   20,035.07-            622,093.59       10,763.00-   20,035.07           1,028,207.09-

BALANCE FORWARD                                          622,093.59                                       1,038,970.09-

                                                                                              CONTINUED ON NEXT PAGE
```

GLAN 01522

```
- - - C L I E N T - - -                    - - - T Y P E - - -
SENECA SPORTS INC                          COLLECTION
75 FORTUNE BLVE                            CURRENCY - USD
MILFORD MASS
                      -NO-
        01757         1024-00
                      AS OF DATE
                      11-30-01

                      ACCOUNT EXECUTIVE

                      FITZGERALD, P
```

RECEIVABLE     PAGE NO.   2
ASSIGNED

| MONTH | AMOUNT | AV.DUE DATE |
|-------|--------|-------------|
| 11-01 | 126,240 | 11-07-01 |
| 10-01 | 166,580 | 11-28-01 |
| 09-01 | 503,780 | 11-05-01 |
| 08-01 | 431,404 | 10-17-01 |

COLLS.NOT TRANSFERRED        13,833.09

| POSTING VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR-CR | BALANCE DR-CR | ADV/MATURED FUNDS TRANSACTIONS DR- | CR | MONTH | BALANCE DR-CR |
|---|---|---|---|---|---|---|---|---|
| | BALANCE CARRIED FORWARD | | | 622,093.59 | | | | |
| 11-20-01 | COLLECTIONS | 196 | 34.24- | 622,059.35 | | 34.24 | 11-01 | 1,038,970.09- |
| 11-21-01 | COLLECTIONS | 196 | 3,157.86- | 618,901.49 | | 3,157.86 | 10-01 | 1,038,935.85- |
| 11-26-01 | COLLECTIONS | 196 | 2,979.07- | 615,922.42 | | 2,979.07 | 09-01 | 1,035,777.99- |
| 11-27-01 100101 | SALES ET 297 | 100 | 126,239.89 | | | | 08-01 | 1,032,798.92- |
| 11-27-01 110101 | MISC CHG/CR | 190 | | | 1,392.53- | | | |
| 11-27-01 110101 | MISC CHG/CR | 190 | | | 120.00- | | | |
| 11-27-01 110101 | SLS CORR ET 297 | 199 | | | | | | |
| 11-28-01 | CHARGE BACK | 194 | 126,239.89- | 615,922.42 | | | | 1,034,311.45- |
| 11-28-01 | COLLECTIONS | 196 | 54,441.60- | | | | | |
| 11-30-01 113001 | RECEIPT | 175 | 20,818.92- | 540,661.90 | | 20,818.92 | | 1,013,492.53- |
| 11-30-01 113001 | RECEIPT | 175 | | | | 200.00 | | |
| 11-30-01 113001 | RECEIPT | 175 | | | | 700.00 | | |
| 11-30-01 | WIRE CHARGES | 185 | | | 15.00- | 700.00 | | |
| 11-30-01 | WIRE RECEIPTS | 185 | | | 20.00- | | | |
| 11-30-01 100800 | D.A.B. | 185 | | | 274.98- | | | |
| 11-30-01 110101 | MISC CHG/CR | 190 | | | 11.93- | | | |
| 11-30-01 | INTEREST | 195 | | | 2.91- | | | |
| 11-30-01 | COMMISSN | 195 | | | 835.44- | | | |
| 11-30-01 | COLLECTIONS | 196 | 12,092.07- | 528,569.83 | | 12,092.07 | | 1,000,960.72- |
| 11-30-01 | INT ON AVG BAL | 001 | | 528,569.83 | 8,095.98- | | | 1,009,056.70- |
| | MONTH END BALANCE | | 496,449.05- | 528,569.83 | 85,052.42- | 512,965.97 | | 1,009,056.70- |

```
                    AVG.BALANCE        RATE
                    1,163,493.27-@     8.350 %

INTEREST ON AVERAGE ADVANCES          AMOUNT
                                      8,095.98-
```

**GLAN 01523**

```
--- C L I E N T ---          -NO-                    --- T Y P E ---           RECEIVABLE    PAGE NO.  3
SENECA SPORTS INC            1024-00                 COLLECTION                              ASSIGNED
75 FORTUNE BLVE              AS OF DATE              CURRENCY - USD     MONTH   AMOUNT    AV.DUE DATE
MILFORD MASS                11-30-01                                   11-01   126,240   11-07-01
                                                                       10-01   166,580   11-28-01
  01757                     ACCOUNT EXECUTIVE                          09-01   503,780   11-05-01
                                                                       08-01   431,404   10-17-01
                            FITZGERALD,P

                                                    COLLS.NOT TRANSFERRED          13,833.09
```

MONTHLY SUMMARY

| TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|
| OPENING MONTH BALANCE | | 1,025,018.88 | | 1,436,970.25- |
| TOTAL WIRES              140 | | | | |
| TOTAL CASH RECEIVED      175 | | | 55,763.00- | 1,492,733.25- |
| TOTAL BANK CHARGES       185 | | | 70,820.52 CR | 1,421,912.73- |
| TOTAL MISC. CHARGE/CREDIT 190 | | | 309.98- | 1,422,222.71- |
| TOTAL CHARGE BACKS       194 | 54,303.60- | 970,715.28 | 20,045.11- | 1,422,267.82- |
| TOTAL MONTH-END CHARGES  195 | | | 838.35- | 1,443,106.17- |
| TOTAL COLLECTIONS        196 | 442,145.45- | 528,569.83 | 442,145.45 CR | 1,000,960.72- |
| TOTAL INTEREST ON BALANCE 001 | | | 8,095.98- | 1,009,056.70- |
| MONTH END BALANCE | | 528,569.83 | | 1,009,056.70- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01524

```
- - - C L I E N T  - - -                    -NO-      CROSS REF.TO A/C          - - - T Y P E  - - -                              RECEIVABLE   PAGE NO.    1
SENECA SPORTS INC T/O                      1008-00         1024-00             COLLECTION                                                     ASSIGNED
C/O JOHN CROWLEY                                                               CURRENCY - USD                                     AMOUNT AV.DUE DATE
GMACC COMMERCIAL CREDIT                   AS OF DATE
151 MERRIMAC ST 6TH FL                    12-31-01
BOSTON,MA.   02114
                                         ACCOUNT EXECUTIVE          OFFSET- 74666                             MONTH
                                                                                                              12-01
                                         FITZGERALD, P                                                        11-01
                                                                                                              10-01
                                                                                                              09-01

                                                                                          COLLS.NOT TRANSFERRED

POSTING  VALUE  ASSIGNMENT OR  TRANS    - - - COLLECTION ACCOUNT - - -   - - - ADVANCE/MATURED FUNDS ACCOUNT - - -
DATE     DATE   REFERENCE      CODE           TRANSACTIONS      BALANCE           TRANSACTIONS               BALANCE
                                              DR- CR            DR- CR            DR-                         DR- CR

                                                                                                 CR
OPENING MONTH BALANCE                                          4,012.74

MONTH END BALANCE                                             4,012.74                                                  .00

                                                                                                                       .00
        THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
             UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS;
             IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.
```

GLAN 01525

```
--- C L I E N T ---                    - N O -              - - - T Y P E - - -
SENECA SPORTS INC                      1024-00              COLLECTION
C/O JOHN CROWLEY                       AS OF DATE           CURRENCY - USD
GMACC COMMERCIAL CREDIT                12-31-01
151 MERRIMAC ST 6TH FL
BOSTON,MA.    02114                    ACCOUNT EXECUTIVE    OFFSET- 74666
                                       FITZGERALD,P
```

| | RECEIVABLE ASSIGNED | PAGE NO. 1 |
|---|---|---|
| | AMOUNT | AV.DUE DATE |
| | 126,240 | 11-07-01 |
| | 166,580 | 11-28-01 |
| | 503,780 | 11-05-01 |

COLLS.NOT TRANSFERRED   910.00

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION TRANSACTIONS DR-/CR | COLLECTION BALANCE DR-/CR | ADVANCE TRANSACTIONS DR- | MATURED FUNDS ACCOUNT CR | MONTH | BALANCE DR-/CR |
|---|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | 528,569.83 | | | | 1,009,056.70- |
| 12-03-01 | | WIRE | 140 | | | 7,140.00- | | | |
| 12-03-01 | 120601 | RECEIPT | 175 | | | | 38.29 | 12-01 | |
| 12-03-01 | 120601 | RECEIPT | 175 | | | | 171.00 | 11-01 | |
| 12-03-01 | 120601 | RECEIPT | 175 | | | | 736.00 | 11-01 | |
| 12-03-01 | 120601 | RECEIPT | 175 | | | | 2,500.00 | 10-01 | |
| 12-03-01 | 120601 | RECEIPT | 175 | | | | 2,500.00 | | |
| 12-03-01 | 120601 | RECEIPT | 175 | | | | 2,800.00 | | |
| 12-03-01 | 120601 | RECEIPT | 175 | | | | 77,000.00 | 09-01 | |
| 12-03-01 | | COLLECTIONS | 196 | 5,119.22- | 523,450.61 | | 5,119.22 | | 925,332.19- |
| 12-04-01 | | COLLECTIONS | 196 | 3,550.09- | | | 3,550.09 | | |
| 12-04-01 | 120301 | COLLECTIONS | 196 | 126,239.89- | 646,140.41 | 126,239.89- | | | 1,048,021.99- |
| 12-05-01 | | COLLECTIONS | 196 | 5,163.78- | 640,976.63 | | 5,163.78 | | 1,042,858.21- |
| 12-07-01 | | COLLECTIONS | 196 | 10,889.26- | 630,087.37 | 208.00- | 10,889.26 | | 1,032,176.95- |
| 12-07-01 | | MISC CHG/CR | 190 | | 630,087.37 | 124.15- | | | |
| 12-10-01 | | COLLECTIONS | 196 | | 630,087.37 | 82.60- | | | 1,032,383.70- |
| 12-10-01 | | MISC CHG/CR | 190 | | | 35,042.00- | | | 1,067,425.70- |
| 12-10-01 | | MISC CHG/CR | 190 | 12,202.72- | 617,884.65 | | 12,202.72 | | 1,055,222.98- |
| 12-12-01 | | CASH ADVANCE | 140 | 9,078.82- | 608,805.83 | | 9,078.82 | | 1,046,144.16- |
| 12-13-01 | | COLLECTIONS | 196 | 117.07- | 608,688.76 | 1,855.58- | 117.07 | | 1,047,882.67- |
| 12-14-01 | | COLLECTIONS | 196 | 45.21- | | | | | |
| 12-17-01 | 120101 | MISC CHG/CR | 190 | 2,212.40- | 606,431.15 | | 2,212.40 | | 1,045,670.27- |
| 12-17-01 | | COLLECTIONS | 196 | 90,000.00 | 696,431.15 | 5,030.00- | | | |
| 12-18-01 | | CHARGE BACK | 194 | | | 4,684.98- | | | 1,055,385.25- |
| 12-18-01 | | COLLECTIONS | 196 | | | | | | |
| 12-20-01 | | MISC CHG/CR | 190 | | | | | | |
| 12-20-01 | | COLLECTIONS | 196 | | | | | | |
| 12-20-01 | | MISC CHG/CR | 190 | | | | | | |
| 12-20-01 | | CHARGE BACK | 194 | | | | | | |
| BALANCE FORWARD | | | | | 696,431.15 | | | | 1,055,385.25- |

CONTINUED ON NEXT PAGE

GLAN 01526

```
--- C L I E N T ---              -NO-            --- T Y P E ---                        RECEIVABLE   PAGE NO.  2
SENECA SPORTS INC                1024-00         COLLECTION                             AMOUNT AV.DUE DATE
C/O JOHN CROWLEY                                 CURRENCY - USD
GMACC COMMERCIAL CREDIT          AS OF DATE                                   MONTH     126,240  11-07-01
151 MERRIMAC ST 6TH FL           12-31-01                                     12-01     166,580  11-28-01
BOSTON,MA.   02114                                                            11-01     503,780  11-05-01
                                 ACCOUNT EXECUTIVE       OFFSET- 74666        10-01
                                                                              09-01
                                 FITZGERALD,P
```

ASSIGNED  910.00

COLLS.NOT TRANSFERRED

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION TRANSACTIONS DR- / CR | COLLECTION ACCOUNT BALANCE DR- / CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | CR | BALANCE DR- / CR |
|---|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | | | | |
| 12-21-01 | | COLLECTIONS | 196 | 4,012.49- | 696,431.15 | | | 1,055,385.25- |
| 12-26-01 | | CHARGE BACK | 194 | 15,633.50- | 692,418.66 | | | 1,051,372.76- |
| 12-26-01 | | COLLECTIONS | 196 | 464.08- | | | | |
| 12-27-01 | 120101 | OVERADV CHGE | 190 | | 676,321.08 | | 4,012.49 | |
| 12-27-01 | | COLLECTIONS | 196 | | | 2,181.54- | | 1,050,908.68- |
| 12-28-01 | | COLLECTIONS | 196 | 551.62- | 675,769.46 | | 464.08 | |
| 12-31-01 | | WIRE CHARGES | 185 | 1,315.02- | 674,454.44 | | 551.62 | 1,052,538.60- |
| 12-31-01 | | D.A.B. 100800 | 185 | | | 15.00- | 1,315.02 | 1,051,223.58- |
| 12-31-01 | | COLLECTIONS | 196 | 1,689.60- | | 274.97- | | |
| 12-31-01 | 122801 | COLLECTIONS | 196 | 45.62 | 672,810.46 | 45.62- | 1,689.60 | 1,049,869.57- |
| 12-31-01 | | INT ON AVG BAL | 001 | | 672,810.46 | 7,353.81- | | 1,057,223.38- |
| MONTH END BALANCE | | | | 144,240.63 | 672,810.46 | 190,278.14- | 142,111.46 | 1,057,223.38- |

```
                     AVG.BALANCE             RATE        AMOUNT
                     1,055,743.39- @        8.089 %      7,353.81-
```

INTEREST ON AVERAGE ADVANCES

GLAN 01527

```
- - - C L I E N T - - -              -NO-              - - - T Y P E - - -              RECEIVABLE   PAGE NO.   3
SENECA SPORTS INC                    1024-00           COLLECTION                                    ASSIGNED
C/O JOHN CROWLEY                                        CURRENCY - USD                     AMOUNT AV.DUE DATE
GMACC COMMERCIAL CREDIT              AS OF DATE                                    MONTH
151 MERRIMAC ST 6TH FL               12-31-01                                     12-01   126.240  11-07-01
BOSTON,MA.  02114                                                                 11-01   166.580  11-28-01
                                     ACCOUNT EXECUTIVE                            10-01   503,780  11-05-01
                                     FITZGERALD,P      OFFSET- 74666              09-01
```

COLLS.NOT TRANSFERRED          910.00

MONTHLY SUMMARY

| | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- CR |
|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | 528,569.83 | | 1,009,056.70- |
| TOTAL WIRES | 140 | | | 42,182.00- | 1,051,238.70- |
| TOTAL CASH RECEIVED | 175 | | | 85,745.29 | 965,493.41- |
| TOTAL BANK CHARGES | 185 | | | 289.97- | 965,783.38- |
| TOTAL MISC. CHARGE/CREDIT | 190 | | | 14,166.85- | 979,950.23- |
| TOTAL CHARGE BACKS | 194 | 74,321.29 | 602,891.12 | 126,285.51- | |
| TOTAL COLLECTIONS | 196 | 69,919.34 | 672,810.46 | 56,366.17 | 1,049,869.57- |
| TOTAL INTEREST ON BALANCE | 001 | | | 7,353.81- | 1,057,223.38- |
| MONTH END BALANCE | | | 672,810.46 | | 1,057,223.38- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS, IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01528

GLAN 00012



GLAN 01529

GLAN 00013

L 13

- - - T Y P E - - -
COLLECTION
CURRENCY - USD

RECEIVABLE    PAGE NO.    1
AMOUNT AT DUE DATE

OFFSET- 74666

COLLS.NOT TRANSFERRED

CLIENT
-HD-
11024-00
AS OF DATE
01-31-02

ACCOUNT EXECUTIVE

SENECA SPORTS INC
C/O JOHN CROWLEY
CROSS COMMERCIAL CREDIT
151 MERRIMAC ST 5TH FL
BOSTON,MA.      02114

FITZGERALD,F

| POSTING VALUE ASSIGNMENT OR TRANS REFERENCE | DATE | DATE | CODE | COLLECTION TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | MONTH | AMOUNT AT DUE DATE BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | 191 | | 672,810.46 | | | 01-02 | 1,057,223.38- |
| CHARGE BACK | | | 194 | 676.42- | | | | 12-01 | |
| COLLECTIONS | | | 196 | 910.00- | 671,224.04 | 910.00 | | 10-01 | |
| COLLECTIONS | | | 196 | 5,938.11- | 655,285.93 | 15,938.11 | 1,056,313.38- | | 1,040,375.27- |
| CHARGE BACK | | | 194 | 11,847.17- | | | | | |
| MISC CHG/CR | | | 190 | 34.13- | 623,388.70 | 34.13 | | | 1,040,341.14- |
| COLLECTIONS | | | 194 | | 623,388.70 | | | | 1,018,118.93- |
| CASH ADVANCE | | | 196 | 5,000.00- | | 37,777.79- | | | |
| CASH ADVANCE | | | 140 | 2,543.10- | | 2,543.40- | | | |
| RECEIPT | | | 196 | | 740,532.10 | 3,400.00- | | | 1,090,662.33- |
| CHARGE BACK | | | 175 | | | 175.00- | | | |
| FIRST HISTORY | 012202 | 012202 | 190 | 3,553.03- | 737,379.07 | | | | |
| CHARGE BACK | 012202 | 012202 | 194 | | 737,379.07 | | | | 1,084,237.35- |
| COLLECTIONS | | | 196 | 210,002.27- | | 1,522.69- | | | |
| COLLECTIONS | | | 196 | 183.31- | 527,193.49 | 2,127.50 | | | 1,077,742.20- |
| | | | | | | 1,367.63 | | | |
| CHARGE BACK | | | 196 | | 536,603.75 | | | | 1,079,481.58- |
| COLLECTIONS | | | 196 | 589.74- | 530,790.10 | 183.31 | | | |
| COLLECTIONS | 013002 | 013002 | 194 | 5,813.65- | 530,683.88 | 589.74 | 1,080,737.31- | | |
| D.A.B. BALANCE 0.000 | 010102 | | 190 | 106.25- | 530,284.04 | 5,813.45 | 1,075,132.40- | | 1,075,017.45- |
| COLLECTIONS | | | 196 | 399.80- | | 106.26 | | | |
| | | | | | | 30,597.00- | | | |
| COLLECTIONS | | | 196 | 32.49- | 530,251.55 | 274.97- | | | 1,105,614.43- |
| INT ON AVG BAL | 01-31-02 | | 001 | | 530,251.55 | 32.49 | | | 1,105,856.91- |
| MONTH END BALANCE | | | | 141,558.91- | 530,251.55 | 7,575.19- | | | 1,113,432.02- |
| | | | | AVG.BALANCE 1,122,667.45-0 | RATE 8.000 % | 86,311.81- | | | 1,113,432.02- |
| INTEREST ON AVERAGE ADVANCES | | | | | | AMOUNT 7,575.19- | | | |

03/30/2004 17:32 FAX 2123818775
COHEN TAUBER
GMAC
@005
@006/033

GLAN 00014

SEREX SPORTS INC
C/O JOHN CROWLEY
STOCK COMMERCIAL CREDIT
1024 BROAD ST 6TH FL
BOSTON MA    02114

NO-    102I-00
AS OF DATE    08-31-02

ACCOUNT EXECUTIVE
FITZGERALD,P

- - - T Y P E - - -
COLLECTION
CURRENCY - USD
OFFSET- 74666

RECEIVABLE  PAGE NO    2
AMOUNT AV. DUE DATE
126,240   11-07-01
166,590   11-28-01

COLLS NOT TRANSFERRED

MONTHLY SUMMARY

| TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED TRANSACTIONS DR- | FUNDS ACCOUNT CR | MONTH | BALANCE DR- CR |
|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | 672,810.46 | | | 01-02 | 1,057,223.30- |
| TOTAL WIRES | 40 | | | | 1-01 | |
| TOTAL CASH RECEIVED | 75 | | 3,575.00- | | 1-01 | |
| TOTAL BANK CHARGES | 85 | | | | 10-01 | 1,060,798.30- |
| TOTAL MISC. CHARGES/CREDIT | 90 | | 274.97- | 6,495.13 | | 1,054,303.25- |
| TOTAL CHANGE BACKS | 194 | 121,494.62- | 72,312.98- | | | 1,054,591.22- |
| TOTAL COLLECTIONS | 195 | 21,061.25- | 551,315.84 | | | 1,124,921.25- |
| | | 530,251.55 | | | | |
| TOTAL INTEREST ON BALANCE | 001 | | 2,543.40- | 23,607.61 | | 1,105,856.91- |
| MONTH END BALANCE | | 530,251.55 | 7,575.49- | | | 1,113,432.40- |
|  |  |  |  |  |  | 1,113,432.10- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR BETTER ACCOUNTING.

M 13

GLAN 01531

03/30/2004 17:32 FAX 2123818775    COHEN TAUBER    ☐007/033

GLAN 00015

H 03

CLIENT
SCHECK SUITS INC T/O
C/O JOHN SMOLEY
151 TREMONT ST / 6TH FL
GRACE SQUARE - GRPDI
BOSTON MA    02111

CROSS REF TO A/C
1024-00

---- T Y P E ----
COLLECTION
CURRENCY - USD

RECEIVABLE
PAGE NO.
AMOUNT ASSIGNED
ANY DUE DATE

-00-
1008-00

AS OF DATE
03-26-02

ACCOUNT EXECUTIVE
FITZGERALD, S

OFFSET - 74666

MONTH
02-02
01-02
11-01

CLLS. NOT TRANSFERRED

ADVANCE/CAPTURED FUNDS ACCOUNT

| POSTING VALUE ASSIGNMENT OR TRANS DATE DATE REFERENCE CODE | COLLECTION ACCOUNT TRANSACTIONS DR/- CR | BALANCE DR/- CR | TRANSACTIONS DR/- CR | BALANCE DR/- CR |
|---|---|---|---|---|
| OPENING MONTH BALANCE 02-21-02 023203 RECEIPT 175 | | | | .00 |
| 02-28-02    INT OL AVG BAL 001 | | 4,012.74 | 759.00 | 2,755.50 |
| MONTH END BALANCE | | 4,012.74 | 1,996.50 | 2,752.43 |
| | | 4,012.74 | 3.07- | 2,752.43 |

| | AVG.BALANCE | RATE | AMOUNT |
|---|---|---|---|
| | 122.05- @ 787.29 @ | 8.000 % .000 % | 3.07- .00 |

INTEREST OR AVERAGE ADVANCES
INTEREST OR AVERAGE CAPTURED FUNDS

COHEN TAUBER.
GMAC
10/03/2002 16:11 FAX 2123⋅    84
03/30/2004 17:32 FAX 2123818775
008/033

GLAN 00016

```
CLIENT                          IND    100B-00   GROSS REF TO A/C  1026-00                        RECEIVABLE   PAGE NO.  2
SENECA SPORTS INC 176                             AS OF DATE   02-28-02          COLLECTION                   AMOUNT ASSIGNED
C/O JOHN CROWLEY                                                                 CURRENCY - USD                AMOUNT AV.DUE DATE
FLEET COMMERCIAL CREDIT
1ST FEDERAL ST CNT FL                            ACCOUNT RECEIVE        TYPE                       MONTH
BOSTON,MA. 02114                                                                                  02-02
                                                 FITZGERALD,'           OFFSET - 74666            01-02
                                                                                                  12-01
                                                                                                  11-01
```

COLLS NOT TRANSFERRED

MONTHLY SUMMARY

| TRANS CODE | TRANSACTION ACCOUNT | | ADVANCE/MATURED FUNDS ACCOUNT | | BALANCE |
| --- | --- | --- | --- | --- | --- |
| | DR- | CR | DR- | CR | DR- CR |
| | | BALANCE | | | BALANCE |
| | | DR- CR | | | DR- CR |
| 175 | 4,012.74 | | | 2,755.50 | 2,755.50 |
| 001 | | 4,012.74 | 3.07- | | 2,752.43 |

BRING MONTH BALANCE

TOTAL CASH RECEIVED    175

TOTAL INTEREST ON BALANCE    001

MONTH END BALANCE

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01533

03/30/2004 17:32 FAX 2123818775

COHEN TAUBER

10/03/2002 16:11 FAX 21284    84    @YAC    @006

@ 009/033

GLAN 00017

GLAN 01534

CLIENT
SENECA SPORTS INC
C/O JOHN CROWLEY
ISAAC COMMERCIAL CREDIT
28 STATE ST 6TH FL
BOSTON, MA 02114

TYPE — COLLECTION
CURRENCY — USD

RECEIVABLE PAGE NO.
ACCOUNT AS AGREED

-NO-
1021-00
AS OF DATE
02-28-02

ACCOUNT EVEN LIVE

FITZGERALD,P          OFFSET- 74666

MONTH 02-02
01-02
12-01
11-01

126.240   11-07-01

ACCOUNT AS DUE DATE

COLLS. NOT TRANSFERRED

| POSTING DATE | VALUE DATE | ASSIGNMENT OR TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCES/MATURED FUNDS ACCOUNT TRANSACTIONS DR | CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | 190 | | 530,251.55 | | | 1,113,432.40- |
| 02-05-02 | | CHARGE BACK 190 | 4,365.50- | 485,885.05 | 12,968.61- | | 1,126,432.01- |
| 02-06-02 | | MISC CHG/CR 140 | | 485,885.05 | | | 1,126,401.07- |
| 02-08-02 | | CASH ADVANCE 140 | | 485,885.05 | 1,896.00- | | 1,128,297.07- |
| 02-13-02 | | CHARGE BACK 194 | 1,022.00- | 485,885.05 | | | 1,128,297.07- |
| 02-13-02 | | COLLECTIONS 196 | 344.48- | 471,863.05 | | | 1,128,297.07- |
| 02-15-02 | | COLLECTIONS 196 | 422.46- | 465,090.79 | 3,422.46 | | 1,124,874.61- |
| 02-15-02 | | MISC CHG/CR 194 | 335.88- | 461,764.91 | 3,335.88 | | 1,121,548.73- |
| 02-20-02 | | CHARGE BACK 194 | 227,702.10- | | 1,605.80- | | |
| 02-22-02 | | COLLECTIONS 196 | 157.13- | 183,925.62 | | | 1,123,030.31- |
| 02-22-02 | | MISC CHG/CR 190 | 718.75- | 183,186.87 | 157.19 | | 1,123,030.31- |
| 02-25-02 | | COLLECTIONS 196 | | 183,185.87 | 1,410.66- | | 1,126,327.66- |
| 02-26-02 | | MISC OVERPAY 196 | | | 1,896.00- | | |
| 02-26-02 | | COLLECTIONS 196 | | | 2,790.66- | | |
| 02-28-02 | | D.A.E. 100H00 185 | 33.15- | 183,153.72 | 33.15 | | 1,128,455.1- |
| 02-28-02 | | | 92.06- | 183,061.66 | 92.06 | | 1,128,333.05- |
| | | | | 183,061.66 | 274.99- | | 1,128,608.04- |

INT ON AVG BAL .001

MONTH END BALANCE              183,061.66

INTEREST ON AVERAGE ADVANCES

AVG BALANCE        347,189.89-        7,030.74        1,135,626.42-
1,177,952.54- @

RATE
8.000 %

| | AMOUNT |
|---|---|
| | 7,018.30- |
| | 7,018.30- |
| | 29,224.76- |

GLAN 00018

K 03

- - - C L I E N T - - -
SENECA SPORTS INC
C/O JOHN CRAWLEY
SNACG COMMERCIAL CREDIT
151 REDRUNG ST 6TH FL
BOSTON MA.        02114

AS OF DATE
02-28-02

ACCOUNT EXECUTIVE
FITZGERALD.P

- - - T Y P E - - -
COLLECTION
CURRENCY - USD

OFFSET - I4666

PAGE NO.     2
RECEIVABLE
ACCOUNT AT DUE DATE

126.240   11-07-01

COLLS.NOT TRANSFERRED

MONTHLY SUMMARY

| TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | MONTH | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|
| | | | 02-02 | | |
| | | | 01-02 | | |
| | | | 12-01 | | |
| | | | 11-01 | | 1.113,432,40- |

OPENING MONTH BALANCE

| | | 520.251.55 | | | |
|---|---|---|---|---|---|
| TOTAL DUES     140 | | | | | |
| TOTAL BANK CHARGES   185 | | | | 1,896.00- | 1.115.328.40- |
| TOTAL CHARGE CHARGES  170 | 30,159.15- | 190.092.40 | | 274.99- | 1.115.603.39- |
| TOTAL CHARGE CREDIT   194 | | | | 20,035.39- | 1.135,638.78- |
| TOTAL COLLECTIONS     196 | 7,030.74- | 183.061.66 | | | |

| TOTAL INTEREST ON BALANCE | | | 7,090.74 | | |
| MONTH END BALANCE   001 | | 883.061.66 | 7.018.78- | | 1.128,608.04- |
| | | | | | 1.735,626.42- |
| | | | | | 1.135,626.42- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

03/30/2004 17:32 FAX 2123818775    COHEN TAUBER.
10/03/2002 18:11 FAX 2120;    #4
@011/033

GLAN 00019

F 17

CLIENT -
SENECA SPORTS INC 770
C/O JOHN CROWLEY
13142 COMMERCIAL CREDIT
BOSTON,MA  02114

GROSS RCE TO A/C

TO -        03/1-06
            1023-00
AS OF DATE
03-31-02

PAGE NO.       1
RECEIVABLE
ACCOUNT AV. DUE DATE

TYPE -
COLLECTION
CURRENCY - USD

MONTH
03-02
03-02
12-01

ACCOUNT EXECUTIVE

OFFSET - 74666

FITZGERALD P .
TERMIN DATE: 12-31-01

CALLS NOT TRANSFERRED

POSTING VALUE  ASSIGNMENT OR  TRANS
DATE   DATE   REFERENCE       CODE

COLLECTION ACCOUNT
TRANSACTIONS
DR-  CR

BALANCE
DR-  CR

ADVANCE/MATURED FUNDS ACCOUNT
TRANSACTIONS
DR-  CR

BALANCE
DR-  CR

OPENING MONTH BALANCE

4,012.74                     2,752.43-

03-05-02 O30102 MISC CSH/CR    190          4,012.74                     2,752.43-

MONTH END BALANCE                           4,012.74                     2,752.43-
                                                                           .00

THIS STATEMENT OF ACCOUNT IS DULL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01536

GLAN 00020

**CLIENT**
SENECA SPORTS INC
C/O JOHN CROWLEY
SHARD PROVINCIAL CREDIT
75 ARLINGTON ST 6TH PL
BOSTON MA, 02114

NO- 1027-50
AS OF DATE 03-31-02

ACCOUNT EXECUTIVE
FITZGERALD P
TERMIN DATE 12-31-01

- - - T Y P E - - -
COLLECTION
CURRENCY - USD
OFFSET- 74666

RECEIVABLE
PAGE NO: 1
AMOUNT ASSIGNED DATE

MONTH
01-02
03-02
01-02
12-01

CALLS NOT TRANSFERRED

| POSTING DATE | VALUE DATE | ASSIGNED OR TRANS REFERENCE | CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | 185 | | 103,061.66 | | | 1,135,626.42- |
| 03-26-02 | 030102 | MISC CREDIT | 194 | | | 50.00- | | |
| 03-13-02 | | CHARGE BACK | 194 | | | | | |
| 03-14-02 | 030102 | HIST CLAIMS | 190 | 144,114.50 | 426,912.82 | | | 1,131,763.79- |
| 03-25-02 | 050102 | HIST CLAIMS | 150 | 213.34- | 426,925.62 | | 2,752.73 | |
| 03-25-02 | | OVERADV CHGE | 194 | | 426,701.40 | | 213.34 | |
| 03-27-02 | D.A.B. | CHARGE BACK | 194 | 53.52- | 393,501.90 | 1,725.34- | | 1,132,750.45- |
| 03-31-02 | 100800 | 185 | | 13,201.50- | 395,901.90 | 1,973.91- | | 1,134,724.87- |
| | INT ON AVG BAL | DDI | | | | 274.97- | | |
| MONTH END BALANCE | | | | 21,040.24 | 353,901.90 | 7,823.13- | | 1,144,551.30- |
| | AVG BALANCE | | | 1,136,522.74-e | RATE 8.000 % | 7,823.45- | | |
| INTEREST ON AVERAGE ADVANCES | | | | | 353,501.40 | AMOUNT 7,823.13- | 2,045.77 | 1,144,581.30- |

GLAN 00021

H 17

CLIENT
SENECA GAMES INC
C/O JOHN CRUSE LLC
SPACE COMMERCE CREDIT
1ST HERITAGE ST & 6TH FL
BOSTON MA.   02114

NO.   1024-90
AS OF DATE   03-31-02

RESELLING   PAGE NO.   2

--- T Y P E ---
COLLECTION
CURRENCY - USD

OFFSET- 74666

ACCOUNT EXECUTIVE
FITZGERALD P
TERMIN DATE   12-31-01

CALLS NOT TRANSFERRED

MONTHLY SUMMARY

| TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR - CR | BALANCE DR - CR | ADVANCED/MATURED FUNDS ACCOUNT TRANSACTIONS DR - | MONTH | BALANCE DR - CR | AMOUNT AT DUE DATE |
|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | 183,061.66 | | | 1,135,626.41- | |
| TOTAL BANK CHARGES   115 | | | 344.97- | 03-02 | 1,135,971.38- | |
| TOTAL MISC. CHARGES   190 | 344.97 | | | 03-02 | | |
| TOTAL CHARGE BACKS   171 | 3,699.25- | | | 03-02 | | |
| TOTAL COLLECTIONS   172 | 211,953.50 | 371,415.24 | 2,782.43 | 03-02 | 1,134,530.21- | |
| TOTAL INTEREST ON BALANCE   001 | 213.74- | 353,901.50 | 213.74 | 12-01 | 1,136,724.87- | |
| MONTH END BALANCE | | 351,301.76 | 7,823.43- | | 1,144,534.30- | |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE FROM YOU WRITTEN OBJECTION THERETO WITHIN THIRTY (30) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01538

10/03/2002 16:12 FAX 21286  L84   GRAG   ☒014/033
03/30/2004 17:33 FAX 2123818775   COHEN TAUBER



GLAN 00022

GLAN 01539

GLAN 00023

GILLETTE
GILLETTE CO S SYSTEMS INC
C/O GILLETTE COMPANY
PRUDENTIAL-CREDIT
151 PRUDENTIAL CITY PL
BOSTON MA   02114

PAGE NO.   1
RECEIVABLE AMOUNT AVERAGE DATE

MONTH
04-02
05-02
01-02

TYPE
COLLECTION ISO
CURRENCY USD

CALLS NOT TRANSFERRED

OFFSET- 74666

ACCOUNT ID ACTIVE
FITZPATRICK J
TERMINATION   12-31-01

AS OF DATE
04-30-02

| POSTING VALUE DATE | ASSESSMENT OR TRANS CODE | CONVENTION ACCOUNT TRANSACTIONS |  | BALANCE | ADVANCE/VALUED FUNDS ACCOUNT |  | BALANCE |
|---|---|---|---|---|---|---|---|
|  |  | DR- | CR | DR- CR | DR- | CR | DR- CR |
| OPENING MONTH BALANCE |  |  |  | 393,901.90 |  |  | 1,144,554.30- |
| 04-02-02 | COLLEEO BACK | 080801 115 |  | 393,901.90 |  |  | 1,201,455.30- |
| 04-05-02 | COLLEEO BACK | 54 |  | 393,901.90 |  |  | 1,201,452.52- |
| 04-15-02 | MISC CHARGE BACK | 44 | 67.90- | 393,834.00 | 56,908.27- |  | 1,202,185.42- |
| 04-17-02 | REDEEM | 190 | 38.51- | 393,834.00 | 722.90- |  | 1,202,185.42- |
| 04-17-02 | 041702 CHARGE BACK | 190 |  | 393,725.49 |  |  | 1,202,185.42- |
| 04-24-02 | HARD CHECK | 190 | 8,952.00- | 384,843.49 | 605.00- | 1,051.98 | 1,201,125.84- |
| 04-25-02 | 040802 DIVIDEND CHEC | 190 |  | 384,843.67 |  |  | 1,201,730.84- |
| 04-25-02 | 042502 CLEARING | 190 | 859.64- | 383,983.85 | 2,202.02- |  | 1,201,730.81- |
| 04-26-02 | COLLECTIONS | 190 |  | 383,984.01 | 56- |  | 1,202,723.42- |
| 04-30-02 | D.A.R. | 080801 185 | 61.51 |  | 383,710.80 | 137.23- | 111.67 | 1,203,821.75- |
| 04-30-02 | INT ON AVE BAL | 001 | 111.67- |  | 383,710.80 |  |  | 1,203,723.54- |
| 04-30-02 | MONTH END BALANCE |  |  |  | 383,710.80 | 8,014.26- |  | 1,211,973.80- |

INTEREST ON AVERAGE ADVANCES

| RATE | AMOUNT |
|---|---|
| 8.000 | 8,014.26- |

INTEREST ON AVE BALANCE
1,203,139.89- *

AVE BALANCE
(0,197.70-)
1,171.25

G 12

GLAN 01540

GLAN 00024



GLAN 01541

GLAN 00025

C 15

CLIENT
SENECA SPORTS INC 170
C/O JOHN CHMELY
GMAC-CHRISSTEA AT 6TH FL
151 TREMONT ST 6TH FL
BOSTON MA        02114

Account Executive

FITZPATRICK, J
TERMIN DATE  12-31-01

COLLECTION CURRENCY - USD          OFFSET- 74666

CROSS REF TO A/C    1021-00
AS OF DATE    05-31-02

RECEIVABLE    PAGE NO.   1
ACCOUNT A/C DUE DATE ASSIGNED

MONTH
05-02
01-92
02-02

COLLS NOT TRANSFERRED

ADVANCE/ADVANCED FUNDS ACCOUNT
TRANSACTIONS                              BALANCE
DR-          CR                          DR-   CR
                                              .00
                                              .00

COLLECTION ACCOUNT
TRANSACTIONS          BALANCE
DR-     CR            DR-   CR
                      4,012.74

POSTING VALUE  ASSIGNMENT OR  TRANS
DATE    DATE   REFERENCE      CODE

OPENING MONTH BALANCE

MONTH END BALANCE                        4,012.74

THIS STATEMENT OF ACCOUNT SHALL BE FINALLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01542

GLAN 00026

D 15

**CLIENT**
ESTRELLA SPORTS INC
C/O JOHN CROWLEY
151 MERRIMAC ST 6TH FL
BOSTON MA     02114

-HD-
1024-00
AS OF DATE
05-31-02

--- T Y P E ---
COLLECTION
CURRENCY - USD

ACCOUNT EXECUTIVE
FITZPATRICK J
TERMIN DATE  12-31-01

OFFSET- 74666

RECEIVABLE  PAGE NO  1
ASSIGNED
MONTH   AMOUNT AT DUE DATE
05-02
04-02
03-02
02-02

COLLS NOT TRANSFERRED

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | | |
| 05-01-02 | | | | | | | 1,211,973.80- |
| 05-03-02 | | CHARGE CREDIT | 130 | 1,692.00- | 383,710.80 | | 1,212,511.47- |
| 05-08-02 | | CHARGE BACK | 194 | 306.15- | 383,710.80 | 537.67- | 1,212,511.47- |
| 05-14-02 | | CHARGE BACK | 194 | | 382,018.80 | | 1,212,511.47- |
| 05-22-02 | | CHARGE BACK | 194 | 27,993.40- | 381,712.51 | | 1,212,511.47- |
| 05-23-02 | 050102 | OVERADV CHRGE | 190 | 106.03 | 353,835.24 | | 1,212,511.47- |
| 05-28-02 | | CHARGE BACK | 194 | | 353,835.24 | | 1,212,511.47- |
| 05-31-02 | | D.A.E. COLLECTIONS | 155 | 108.82 | 353,944.06 | 2,254.00- | 1,214,765.47- |
| 05-31-02 | 052002 | COLLECTIONS | 185 069000 | 108.82- | 353,835.24 | | 1,214,765.47- |
| 05-31-02 | | INT ON AVG BAL | 001 | 5,033.03 | 358,868.27 | 133.05- / 5,033.03- | 1,219,798.52- |
| MONTH END BALANCE | | | | | 358,868.27 | 8,370.56- | 1,219,872.73- |

| | AVG BALANCE | RATE | AMOUNT | | | | |
|---|---|---|---|---|---|---|---|
| INTEREST ON AVERAGE ADVANCES | 1,215,088.43 e | 8.000 % | 8,370.56- | | | 108.82 | 1,228,193.29- |

| | | | | | | 108.82 | 1,228,193.29- |

10/03/2005 18:13 FAX 2123818715   COHEN TAUBER   ☒019/033

GLAN 00027

D 15

E 15

CLIENT
SENECA SPORTS INC
C/O JOHN CREMER ET
FIRST COMMERCIAL CREDIT
1ST REGISTERED BY CMR FL
BOSTON, MA  02114

-NO-
1023-00
AS OF DATE
05-31-02

ACCOUNT EXECUTIVE
FITZPATRICK J
TERMIN DATE 1-31-01

------- T Y P E -------
COLLECTION
CURRENCY - USD

OFFSET - 74666

RECEIVABLE  PAGE NO. 2
AMOUNT AT DUE DATE

| MONTH |
|-------|
| 05-02 |
| 04-02 |
| 03-02 |
| 02-02 |

COLLS. NOT TRANSFERRED

MONTHLY SUMMARY

| TRANS CODE | TRANSACTION ACCOUNT DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|
| OPENING MONTH BALANCE | | 383,710.80 | | 1,211,973.80- |
| TOTAL BANK CHARGES 185 | | | 133.05- | |
| TOTAL MISC. CHARGE/CREDIT 190 | | | 2,791.67- | 1,212,106.85- |
| TOTAL CHARGE BACKS 194 | 29,766.74- | 35,944.06 | | 1,214,898.52- |
| TOTAL COLLECTIONS 196 | 4,121.27- | 35,065.29 | 5,033.03- | |
| TOTAL INTEREST ON BALANCE 801 | | | 108.82 | 1,219,822.73- |
| MONTH END BALANCE | | | 8,370.56- | 1,228,193.23- |
| | | 359,868.27 | | 1,228,193.23- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01544

GLAN 00028

M 15



CLIENT
SENECA SPORTS INC T/O
C/O JOHN ENGLERT
SUACC COMMERCIAL CREDIT
75 FEDERAL ST 6TH FL
BOSTON MA   02114

-TYPE-
COLLECTION
CURRENCT - USD

CROSS REF-ID A/C
102F-00

-00-
102F-00

RECEIVABLE   PAGE NO.   1
ASSIGNED
AMOUNT AV.DUE DATE

AS OF DATE
05-30-02

ACCOUNT EXE 2DIVE
FITZPATRICK S
TERMIN DATE : 12-31-01

OFFSET - 74666

MONTH
06-02
05-02
04-02
03-02

COLLS.NOT TRANSFERRED

POSTING VALUE  ASSIGNMENT OR  TRANS  COLLECTION ACCOUNT     ADVANCE/MATURED FUNDS ACCOUNT   BALANCE
DATE   DATE   REFERENCE   CODE   TRANSACTIONS   BALANCE      TRANSACTIONS                    DR- CR
                                 DR- CR         DR- CR       DR-        CR

OPENING MONTH BALANCE                                        4,012.74                                .00

04-11-02   COLLECTIONS   196        83.53-                   3,929.21

                                    83.53-                   3,929.21
MONTH END BALANCE                                                                                     .00

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT SETTLER OR CLIENT ACCOUNTING.

GLAN 01545

GLAN 00029

N 15

- - - - C L I E N T - - - -          - - DO - -          - - - T Y P E - - -          RECEIVABLE   PAGE NO.   1
SENECA SPORTS INC               1041-00               COLLECTION                              ACCOUNT ACCRUE DATE
C/O JOHN CROSBY                 AS OF DATE             CURRENCY - USD
151 SUTTONBROOK SY 6TH FL       06-36-02
BOSTON,MA.  02114               ACCOUNT EXECUTIVE      OFFSET - 74666

                                FITZPATRICK J
                                TERMIN DATE - 12-31-01              CALLS NOT TRANSFERRED

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | - - COLLECTION ACCOUNT - - TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
| | | | | | | MONTH | |
| | | | | | | 06-02 | 1,228,193.23- |
| | | | | | | 05-02 | 1,228,193.25- |
| OPENING MONTH BALANCE | | | | | 359,868.27 | | |
| 06-07-02 | | CHARGE BACK | 71 | 20,184.34- | 338,701.59 | | |
| 06-11-02 | | COLLECTIONS | 96 | 56.85- | | 56.85 | 1,228,052.91- |
| 06-14-02 | 060102 | COLLECTIONS 100400 | 96 | | 338,645.08 | 83.53 | 1,228,193.25- |
| 06-20-02 | | OUTPADAY CHG | 54 | 59.77- | 338,645.08 | | 1,230,407.12- |
| | | CHARGE BACK | 91 | 2,963.74- | 338,585.36 | | 1,230,407.12- |
| | | MISC. CHARGE | 90 | | 335,621.62 | | 1,230,407.12- |
| 06-24-02 | | CHARGE BACK | 15 | | 335,621.62 | 2,354.21- | 1,230,407.12- |
| 06-27-02 | 062702 | COLLECTIONS | 15 | 82,153.18- | | | 1,230,517.12- |
| | | | | 33,180.00 | 286,648.44 | 170.00- | |
| 06-30-02 | | INT ON AVG BAL | 001 | | 286,648.44 | 33,180.00- | 1,181,603.94- |
| MONTH END BALANCE | | | | 72,219.83- | 286,648.44 | 8,178.02- | 1,189,781.76- |
| INTEREST ON AVERAGE ADVANCES | | | | AVG. BALANCE 1,226,702.26- @ | RATE 8.000 % | AMOUNT 8,178.02- | 1,189,781.96- |

GLAN 01546

GLAN 00030

O 15

GLAN 01547

- - CLIENT - -
SONETA SPORTS INC
C/O JOHN COAKLEY
BEACH ENTERPRISE A CREDIT
FLEET PARTNERS SF 8TH FL
BOSTON MA. 92114

NO-
1029-00

AS OF DATE
05-36-02

- - - TYPE - - -
COLLECTION
CURRENCY - USD          OFFSET- 74666

ACCOUNT EXEMPT V/E

FITZPATRICK,J
TERMIN.DATE 1:-31-01

PAGE NO. 2
RECEIVABLE    AMOUNT AV. ASSURED
              AMOUNT AV.DUE DATE

| MONTH |
|-------|
| 06-02 |
| 05-02 |
| 04-02 |
| 03-02 |

COLLS NOT TRANSFERRED

MONTHLY SUMMARY

| TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR - CR | BALANCE DR - CR | ADVANCES/MATURED FUNDS ACCOUNT TRANSACTIONS DR - CR | | BALANCE DR - CR |
|------|------|------|------|------|------|
| OPENING MONTH BALANCE | | 358,848.27 | | | 1,228,193.29- |
| 190 | | | | | |
| 194 | 23,189.80- | | 2,524.21- | | |
| 196 | | 335,678.47 | 33,180.00- | | 1,230,717.50- |
| TOTAL MISC. CHARGE/CREDIT | | | | | |
| TOTAL CHARGE BACKS | | | | | |
| TOTAL COLLECTIONS | | | 33,180.00- | | 1,181,603.91- |
| 001 | 82,130.03- | 286,648.44 | | 82,223.54 | |
| TOTAL INTEREST ON BALANCE | | | 8,178.02- | | 1,189,781.96- |
| MONTH-END BALANCE | | 286,648.44 | | | 1,189,781.96- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 00002

J 17

--- CLIENT ---
SENECA SPORTS INC T/O
C/O JOHN COOLEY
SPACE COMMERCIAL CREDIT
151 MERRIMAC ST 6TH FL
BOSTON, MA. 02114

--NO-    CROSS REF TO A/C
1048-00        1074-00

AS OF DATE
07-31-02

ACCOUNT EXECUTIVE
FITZPATRICK, J
TERMIN DATE : 12-31-01

--- TYPE ---
COLLECTION - USD
CURRENCY - USD

OFFSET- 74666

RECEIVABLE    PAGE NO.  1
ACCOUNT AS ASSIGNED
              AND/DUE DATE

MONTH
07-02
06-02
05-02
04-02

COLS.NOT TRANSFERRED

ADVANCES/DEFERRED FUNDS ACCOUNT
TRANSACTIONS           BALANCE
DR- CR         CR      DR- CR

COLLECTION ACCOUNT
COLLECTION         BALANCE
TRANSACTIONS       DR- CR
DR- CR

POSTING VALUE  ASSIGNMENT OR TRANS
DATE   DATE   REFERENCE      CODE

OPENING MONTH BALANCE                          -3,229.21

MONTH END BALANCE                 3,229.21          .00
                                                   .00

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR OBJECTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT, OFFICER OR CLIENT ACCOUNTING.

GLAN 01548



GLAN 00003

GLAN 01549

10/03/2002 13:47 FAX 21288.    54
03/30/2004 17:34 FAX 2123818775
COHEN TAUBER.
CMAG
@003
025/033

GLAN 00004

L 17

--- C L I E N T ---
SENECA SPORTS INC
C/O JOHN CROSLEY
SPACE COMMERCIAL CREDIT
1ST FEDERAL ST 6TH FL
BOSTON, MA. 02114

--- N O --- 1022-90
AS OF DATE 07-31-02

ACCOUNT EXEC FIVE
FITZPATRICK, J.
TERMIN. DATE: 12-31-01

--- T Y P E ---
COLLECTION
CURRENCY - USD

OFFSET - 74666

PAGE NO. 2
RECEIVABLE

| MONTH ASSIGNED | AMOUNT AV DUE DATE |
|---|---|
| 07-02 | |
| 01-02 | |
| 05-02 | |
| 04-02 | |

COLLS NOT TRANSFERRED          1,046.90

MONTHLY SUMMARY

| TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/CAPTURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|
| OPENING MONTH BALANCE | | 296,648.44 | | 1,189,781.96- |
| TOTAL MISC. CHARGE/CREDIT 190 | | | 2,300.06- | 1,192,082.02- |
| TOTAL COLLECTIONS 196 | (4,300.82-) | 242,347.62 | 2,747.26- | 1,147,781.20- |
| TOTAL INTEREST ON BALANCE 001 | | | 47,041.08 | 1,195,712.26- |
| MONTH END BALANCE | 242,317.62 | | 7,931.06- | 1,155,712.26- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE HEREBY RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS. IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01550

COHEN TAUBER.
CFAC
03/30/2004 17:34 FAX 2123818775
10/03/2002 13:47 FAX 2120... .04
☑004
☑026/033

GLAN 00005

03/30/2004 17:34 FAX 2123818775 COHEN TAUBER. 027/033
10/03/2002 13:48 FAX 2128 .54 GMAC 005

**GMAC COMMERCIAL CREDIT LLC**

# Client Ledger Account

| - - - CLIENT - - - | -NO- | CROSS REF. TO A/C | - - - TYPE - - - | MONTH | RECEIVABLE | PAGE NO. 1 ASSIGNED AMOUNT AV. DUE DATE |
|---|---|---|---|---|---|---|
| SENECA SPORTS INC T/O | 1008-00 | 1024-00 | COLLECTION | 08-02 | | |
| C/O JOHN CROWLEY | | | CURRENCY - USD | 07-02 | | |
| GMACC COMMERCIAL CREDIT | AS OF DATE | | | 06-02 | | |
| 181 MERRIMAC ST 6TH FL | 08-31-02 | | | 05-02 | | |
| BOSTON, MA. 02114 | ACCOUNT EXECUTIVE FITZPATRICK, J | | OFFSET- 74068 | | | |

TERMIN. DATE: 12-31-01

COLLS. NOT TRANSFERRED

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- | COLLECTION ACCOUNT TRANSACTIONS CR | COLLECTION ACCOUNT BALANCE DR- | COLLECTION ACCOUNT BALANCE CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS CR | BALANCE DR- | BALANCE CR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | 3,829.21 | | | | .00 | |
| 08-21-02 | | CHARGE BACK | 184 | | 1.97- | 3,827.24 | | | | | |
| MONTH END BALANCE | | | | | 1.97- | 3,827.24 | | | | .00 | |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS;
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01551

GLAN 00006

# GMAC Commercial Credit LLC

## Client Ledger Account

```
- - - C L I E N T - - -                    -ND-                    - - - T Y P E - - -        RECEIVABLE    PAGE NO.   1
SENECA SPORTS INC                          1024-00                 COLLECTION                  ASSIGNED    AMOUNT AV.DUE DATE
C/O JOHN CROWLEY                                                   CURRENCY - USD
GMAC COMMERCIAL CREDIT                      AS OF DATE
161 MERRIMAC ST 6TH FL                     08-31-02                OFFSET- 74698
BOSTON,MA.   02114
                                           ACCOUNT EXECUTIVE
                                           FITZPATRICK,J

                                           TERMIN.DATE: 12-31-01
```

BILLS NOT TRANSFERRED

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | MONTH | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | | 08-02 | 1,169,712.25- |
| 08-01-02 | | COLLECTIONS | 120 | 1,148.90- | 243,347.82 | | 08-02 | 154,865.35- |
| 08-21-02 | | CHARGE BACK | 194 | 15,185.15- | 241,300.72 | | 07-02 | 154,865.23- |
| 08-23-02 | 090102 | OVERDLY CRDT | 180 | | 225,412.67 | 1,048.30 | 08-02 | 155,895.86- |
| 08-28-02 | | COLLECTIONS | 180 | 325.00- | 225,087.67 | | 08-02 | 155,570.96- |
| 08-30-02 | 082802 | COLLECTIONS | 180 | 29,101.16 | 254,348.75 | 25,891.18- | 08-02 | 183,322.14- |
| 08-31-02 | | INT ON AVG BAL | 001 | | 254,748.75 | 7,983.06- | | 184,221.00- |
| MONTH END BALANCE | | | | 12,101.13 | 254,748.75 | 39,880.84- | | 184,221.00- |

```
                          AVG.BALANCE         RATE              AMOUNT
INTEREST ON AVERAGE ADVANCES
                          1,191,672.04- @      8.000 %         7,983.06-
```

GLAN 01552

GLAN 00007

# Client Ledger Account

**GMAC Commercial Credit LLC**

```
- - - C L I E N T - - -
SYNECA SPORTS INC
C/O JOHN CROWLEY
GMAC COMMERCIAL CREDIT
181 DEVONSHIRE ST 6TH FL
BOSTON, MA. 02114
```

-NO-
1024-00

AS OF DATE
06-31-02

ACCOUNT EXECUTIVE
FITZPATRICK, J

TERMIN. DATE: 12-31-01

- - - T Y P E - - -
COLLECTION
CURRENCY - USD

OFFSET- 7.465S

RECEIVABLE    PAGE NO.    2
ASSIGNED
AMOUNT AV. DUE DATE

COLLS. NOT TRANSFERRED

| | | | | | MONTH | |
| | | | | | 06-02 | |
| | | | | | 06-02 | |
| | | | | | 07-02 | |
| | | | | | 08-02 | |

MONTHLY SUMMARY

| TRANS CODE | - - - COLLECTION ACCOUNT - - - TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT - - TRANSACTIONS DR- | CR | BALANCE DR- CR |
|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | 242,347.82 | | | 1,165,712.28- |
| TOTAL MISC. CHARGE/CREDIT    190 | 78,912.15- | 228,459.47 | 2,230.60- | | 1,167,942.88- |
| TOTAL CHARGE BACKS    194 | 21,243.28 | 254,749.75 | 23,581.18- | | 1,188,232.14- |
| TOTAL COLLECTIONS    198 | | | 7,986.86- | | 1,194,221.00- |
| TOTAL INTEREST ON BALANCE    001 | | | | 1,371.80 | |
| MONTH END BALANCE | | 254,749.75 | | | 1,194,221.00- |
```

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS;
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01553

@ 029/033
@ 001

GLAN 00008

# GMAC Commercial Credit LLC

## Client Ledger Account

- - - C L I E N T - - -
SENECA SPORTS INC T/O
C/O JOHN CROWLEY
GMACC COMMERCIAL CREDIT
181 MERRIMAC ST 8TH FL
BOSTON, MA.   02114

-NO-
1008-00

CROSS; REF. TO A/C
1024-00

- - - T Y P E - - -
COLLECTION
CURRENCY - USD

PAGE NO.   1
RECEIVABLE   ASSIGNED
AMOUNT AV. DUE DATE

AS OF DATE
09-30-02

ACCOUNT EXECUTIVE
FITZPATRICK, J

OFFSET- 74858

TRGBIN. DATE: 12-31-01

MONTH
09-02
08-02
07-02
06-02

COLLS. NOT TRANSFERRED

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE 09-28-02 | | CHARGE BACK | 194 | 3,127.24- | 3,027.24 | | .00 |
| MONTH END BALANCE | | | | 3,127.24- | .00 | | .00 |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS;
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01554

10/03/2002 13:40 FAX 21261     GMAC     ☒030/033

GLAN 00009
60000

# Client Ledger Account

**GMAC**
**COMMERCIAL**
**CREDIT LLC**

--- C L I E N T ---
SENECA SPORTS INC
C/O JOHN CROWLEY
GMAC COMMERCIAL CREDIT.
181 NEWBURNE ST 6TH FL.
BOSTON, MA.    02114

-NO-
1024-00

AS OF DATE
09-30-02

--- T Y P E ---
COLLECTION
CURRENCY - USD

OFFSET- 74898

ACCOUNT EXECUT: VE
FITZPATRICK, J

RECEIVABLE    PAGE NO.    1
ASSIGNED
AMOUNT AV.DUE DATE

| MONTH |
|---|
| 05-02 |
| 06-02 |
| 07-02 |
| 08-02 |

TERMIN.DATE: 11-31-01

CALLS NOT TRANSFERRED

| POSTING<br>DATE | VALUE<br>DATE | ASSIGNMENT OR<br>REFERENCE | TRANS<br>CODE | - - COLLECTION ACCOUNT - -<br>TRANSACTIONS<br>DR- CR | BALANCE<br>DR- CR | ADVANCE/MATURED FUNDS ACCOUNT<br>TRANSACTIONS<br>DR- | CR | BALANCE<br>DR- CR |
|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | 284,745.76 | | | 1,184,221.00- |
| 09-04-02 | | CHARGE BACK | 184 | 161,961.52- | 92,797.49 | | | 1,184,221.00- |
| 09-11-02 | | CHARGE BACK | 184 | 9,171.62- | 83,615.61 | | | 1,184,221.00- |
| 09-17-02 | | CHARGE BACK | 184 | 290.41- | 83,385.10 | | | 1,184,221.00- |
| 09-27-02 | 09/01/02 | OVER/ADV CHGE | 190 | | 83,385.10 | 2,245.88- | | 1,196,467.68- |
| 09-30-02 | 09/27/02 | COLLECTIONS | 180 | 154.61 | 83,538.71 | 154.61- | | 1,196,622.47- |
| 09-30-02 | | INT ON AVG BAL | 001 | | 93,691.71 | 7,976.59- | | 1,204,599.06- |
| MONTH END BALANCE | | | | 185,209.04- | 93,691.71 | 10,375.08- | | 1,204,599.06- |
| | | | | | RATE | AMOUNT | | |
| INTEREST ON AVERAGE ADVANCES | | | | /VG.BALANCE<br>1,196,486.47-@ | 8.000 % | 7,976.59- | | |

GLAN 01555

GLAN 00010

# GMAC COMMERCIAL CREDIT LLC

## Client Ledger Account

```
----- C L I E N T -----          -ND-
SENECA SPORTS INC                1024-00
C/O JOHN CROWLEY
GMAC COMMERCIAL CREDIT           AS OF DATE
181 MERRIMAC ST 6TH FL           09-30-02
BOSTON,MA    02114
                                 ACCOUNT EXECUTIVE:
                                 FITZPATRICK,J

                                 TERMIN.DATE: 12-11-01
```

```
---T Y P E---
COLLECTION
CURRENCY - USD

OFFSET- 74988
```

```
RECEIVABLE   PAGE NO.     2
             ASSIGNED
             AMOUNT   AV.DUE DATE

MONTH
09-02
08-02
07-02
09-02
```

COLLS.NOT TRANSFERRED

### MONTHLY SUMMARY

| | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | BALANCE DR- CR |
|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | 284,748.75 | | 1,194,221.00- |
| TOTAL MISC. CHARGE/CREDIT | 190 | | | 2,249.86- | 1,196,487.86- |
| TOTAL CHARGE BACKS | 194 | | | | |
| TOTAL COLLECTIONS | 198 | 158,319.85- | 88,385.10 | 154.61- | 1,186,822.47- |
| TOTAL INTEREST ON BALANCE | 001 | 114.61 | 89,639.71 | 7,976.59- | 1,204,599.06- |
| MONTH END BALANCE | | | 89,639.71 | | 1,204,599.06- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS;
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01556