```
- - - C L I E N T - - -                    -NO-              - - - T Y P E - - -        PAGE NO.   1
SENECA SPORTS INC                         1024-00            COLLECTION               RECEIVABLE ASSIGNED
C/O JOHN CROWLEY                                             CURRENCY - USD           AMOUNT AV.DUE DATE
GMACC COMMERCIAL CREDIT                    AS OF DATE
151 MERRIMAC ST 6TH FL                     10-31-02
BOSTON,MA.       02114                                                                MONTH
                                          ACCOUNT EXECUTIVE                           10-02
                                                                                      09-02
                                          FITZPATRICK,J          OFFSET- 74666        08-02
                                          TERMIN.DATE: 12-31-01                       07-02
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | - - - COLLECTION ACCOUNT - - - TRANSACTIONS DR- CR | BALANCE DR- CR | COLLS.NOT TRANSFERRED | - - ADVANCE/MATURED FUNDS ACCOUNT - - TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | 89,539.71 | | | 1,204,599.06- |
| 10-21-02 | 100102 | OVERADV CHGE | 190 | | 89,539.71 | 2,243.41- | | 1,206,842.47- |
| 10-25-02 | | COLLECTIONS | 196 | 68.48- | 89,471.23 | | | 1,206,773.99- |
| 10-30-02 | | COLLECTIONS | 196 | 3,130.24- | 86,340.99 | | 68.48 | 1,203,643.75- |
| 10-31-02 | 103002 | COLLECTIONS | 196 | 5,813.65- | 92,154.64 | 5,813.65- | 3,130.24 | 1,209,457.40- |
| | | | | | 92,154.64 | 8,314.89- | | 1,209,457.40- |
| 10-31-02 | | INT ON AVG BAL | 001 | | 92,154.64 | 8,314.89- | | 1,217,772.29- |
| MONTH END BALANCE | | | | 2,614.93 | 92,154.64 | 16,371.95- | 1,217.72 | 1,217,772.29- |

```
                        AVG.BALANCE        RATE        AMOUNT
INTEREST ON AVERAGE ADVANCES   1,207,000.13- @   8.000 %   8,314.89-
```

- - C L I E N T - - -
SENECA SPORTS INC
C/O JOHN CROWLEY
GMACC COMMERCIAL CREDIT
151 MERRIMAC ST 6TH FL
BOSTON,MA.          02114

-NO-
1024-00
AS OF DATE
10-31-02

ACCOUNT EXECUTIVE
FITZPATRICK,J
TERMIN.DATE: 12-31-01

- - - T Y P E - - -
COLLECTION
CURRENCY - USD

OFFSET- 74666

PAGE NO.   2
RECEIVABLE ASSIGNED
AMOUNT AV.DUE DATE

MONTH
10-02
09-02
08-02
07-02

COLLS.NOT TRANSFERRED

MONTHLY SUMMARY

| TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|
| OPENING MONTH BALANCE | | 89,539.71 | | 1,204,599.06- |
| TOTAL MISC. CHARGE/CREDIT   190 | | | 2,243.41- | 1,206,842.47- |
| TOTAL COLLECTIONS   196 | 2,614.93 | 92,154.64 | 5,813.65- | 1,209,457.40- |
| | | | 3,198.72 | |
| TOTAL INTEREST ON BALANCE | | | 8,314.89- | 1,217,772.29- |
| MONTH END BALANCE   001 | | 92,154.64 | 8,314.89- | 1,217,772.29- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS;
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 02428

```
- - - C L I E N T - - -              -NO-              ACCOUNT EXECUTIVE       - - - T Y P E - - -        PAGE NO.   1
SENECA SPORTS INC                    1024-00           FITZPATRICK,J           COLLECTION               RECEIVABLE
C/O JOHN CROWLEY                     AS OF DATE        TERMIN.DATE: 12-31-01    CURRENCY- USD            AMOUNT ASSIGNED
GMACC COMMERCIAL CREDIT              11-30-02                                                            AV. DUE DATE
151 MERRIMAC ST 6TH FL                                 OFFSET- 74666                                    MONTH
BOSTON, MA.    02114                                                                                    11-02
                                                                                                        10-02
                                                                                                        09-02
                                                                                                        08-02
```

COLLS.NOT TRANSFERRED

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | 92,154.64 | | 1,217,772.29- |
| 11-30-02 | | INT ON AVG BAL | 001 | | 92,154.64 | 7,712.56- | 1,225,484.85- |
| MONTH END BALANCE | | | | | 92,154.64 | 7,712.56- | 1,225,484.85- |

```
INTEREST ON AVERAGE ADVANCES
1,217,772.29- @  7.600 %
         AVG.BALANCE          RATE          AMOUNT
```

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 02429

```
- - - C L I E N T - - -                    - - -NO-                - - - T Y P E - - -          PAGE NO.   1
SENECA SPORTS INC                          1024-00                                              RECEIVABLE  AMOUNT ASSIGNED
C/O JOHN CROWLEY                            COLLECTION                                                      AMOUNT AV.DUE DATE
GMACC COMMERCIAL CREDIT                     CURRENCY - USD
151 MERRIMAC ST 6TH FL
BOSTON,MA.                                  AS OF DATE                    MONTH
        02114                               12-31-02                      12-02        1,225,484.85-
                                                                          11-02        1,229,134.85-
                                            ACCOUNT EXECUTIVE              10-02
                                                                          09-02
                            BROWN,A          OFFSET- 74666
                            TERMIN.DATE: 12-31-01

                                                                                       COLLS.NOT TRANSFERRED

POSTING  VALUE  ASSIGNMENT OR  TRANS  - - - COLLECTION ACCOUNT - - -    ADVANCE/MATURED FUNDS ACCOUNT - - -
DATE     DATE   REFERENCE      CODE   TRANSACTIONS       BALANCE         TRANSACTIONS              BALANCE
                                      DR-    CR          DR-   CR        DR-           CR          DR-   CR
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                OPENING MONTH BALANCE                                                             1,237,050.96-
12-30-02 123002 MISC CHG/CR                         92,154.64           1,225,484.85-             1,229,134.85-
12-31-02        190                                 92,154.64           3,650.00-                 1,225,484.85-
                INT ON AVG BAL  001                  7,916.11-           7,916.11-                 1,237,050.96-
                                                    92,154.64                                     1,237,050.96-
MONTH END BALANCE                                   92,154.64           11,566.11-                1,237,050.96-

INTEREST ON AVERAGE ADVANCES
                            AVG. BALANCE              RATE              AMOUNT
                            1,225,720.33- @          7.500 %           7,916.11-
```

```
- - - C L I E N T - - -                          - -NO-              - - - T Y P E - - -        PAGE NO.   2
SENECA SPORTS INC                                 1024-00             COLLECTION               RECEIVABLE  ASSIGNED
C/O JOHN CROWLEY                                                      CURRENCY - USD           AMOUNT AV.DUE DATE
GMACC COMMERCIAL CREDIT                           AS OF DATE
151 MERRIMAC ST 6TH FL                            12-31-02                         MONTH
BOSTON,MA.                                                                         12-02        1,225,484.85-
            02114                                 ACCOUNT EXECUTIVE                 11-02        1,229,134.85-
                                                                                   10-02        1,237,050.96-
                                                 BROWN,A                           09-02        1,237,050.96-
                                        TERMIN.DATE: 12-31-01          OFFSET- 74666

                                                                                       COLLS.NOT TRANSFERRED
                                        MONTHLY SUMMARY
                                        ---------------

            TRANS         - - - COLLECTION ACCOUNT - - -      - - - ADVANCE/MATURED FUNDS ACCOUNT - - -
            CODE          TRANSACTIONS        BALANCE         TRANSACTIONS                BALANCE
                          DR-    CR           DR-  CR         DR-           CR            DR-  CR

OPENING MONTH BALANCE                                                                    1,225,484.85-

TOTAL MISC. CHARGE/CREDIT  190              92,154.64         3,650.00-                   1,229,134.85-

TOTAL INTEREST ON BALANCE   001                              7,916.11-                   1,237,050.96-

MONTH END BALANCE                          92,154.64                                     1,237,050.96-
```

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS;
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

```
- - - C L I E N T - - -                         -NO-                - - - T Y P E - - -                              PAGE NO.   1
SENECA SPORTS INC                               1024-00             COLLECTION                                       RECEIVABLE
C/O JOHN CROWLEY                                 AS OF DATE         CURRENCY - USD                                    AMOUNT ASSIGNED
GMACC COMMERCIAL CREDIT                          01-31-03                                                            AMOUNT AV.DUE DATE
151 MERRIMAC ST 6TH FL
BOSTON,MA.  02114          ACCOUNT EXECUTIVE                        OFFSET- 74666

                          BROWN,A
                          TERMIN.DATE: 12-31-01                                          COLLS.NOT TRANSFERED
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR-  CR | COLLECTION ACCOUNT BALANCE DR-  CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR-  CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR-  CR | MONTH |
|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | | | |
| 01-06-03 | 010603 | MISC CHG/CR | 190 | | 92,154.64 | | 1,237,050.96- | 01-03 |
| 01-08-03 | 010803 | MISC CHG/CR | 190 | | 92,154.64 | | 1,248,392.46- | 12-02 |
| 01-08-03 | | COLLECTIONS | 196 | 437.10- | 91,711.54 | 11,341.50- | 1,248,392.46- | 11-02 |
| 01-09-03 | | COLLECTIONS | 196 | 103,341.50- | 11,623.96- | 437.10-  103,341.50 | 1,145,050.96- | 11-02 |
| 01-28-03 | 010103 | OVERADV CHGE | 190 | | 11,623.96- | 437.10 | 1,147,425.79- | 10-02 |
| 01-31-03 | 013003 | COLLECTIONS | 196 | 65.00 | 11,558.96- | 2,374.83-  103,341.50 | 1,147,490.79- | |
| 01-31-03 | | COLLECTIONS | 196 | | 11,558.96- | 65.00- | | |
| MONTH END BALANCE | | | | 103,713.60- | 11,558.96- | 21,789.34-  103,778.60 | 1,155,061.70- | |
| INTEREST ON AVERAGE ADVANCES | | | | | | | | |
| 01-31-03 | | INT ON AVG BAL | 001 | | 11,558.96- | 7,570.91- | 1,155,061.70- | |

```
AVG. BALANCE                   RATE              AMOUNT
1,172,269.48- @                7.500 %           7,570.91-
```

GLAN 02432

```
- - - C L I E N T - - -              -NO-              - - - T Y P E - - -           PAGE NO.   2
SENECA SPORTS INC                    1024-00           COLLECTION              RECEIVABLE
C/O JOHN CROWLEY                     AS OF DATE        CURRENCY - USD          AMOUNT AV.DUE DATE
GMACC COMMERCIAL CREDIT              01-31-03                                  ASSIGNED
151 MERRIMAC ST 6TH FL
BOSTON,MA.                           ACCOUNT EXECUTIVE                MONTH
                                     BROWN, A                         01-03
     02114                           TERMIN.DATE: 12-31-01            12-02
                                                                     11-02
                                               OFFSET- 74666         10-02
                                                                                COLLS. NOT TRANSFERRED
```

## MONTHLY SUMMARY

| | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | 92,154.64 | | 1,237,050.96- |
| TOTAL MISC. CHARGE/CREDIT | 190 | | | 14,153.43- | 1,251,204.39- |
| | | | | 65.00- | 1,147,490.79- |
| TOTAL COLLECTIONS | 196 | 103,713.60- | 11,558.96- | 103,778.60 | |
| TOTAL INTEREST ON BALANCE | 001 | | | 7,570.91- | 1,155,061.70- |
| MONTH END BALANCE | | | 11,558.96- | | 1,155,061.70- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS;
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

```
- - - C L I E N T - - -                              - - N O - -          - - - T Y P E - - -        PAGE NO.    1
SENECA SPORTS INC                                    1024-00              COLLECTION               RECEIVABLE
C/O JOHN CROWLEY                                                          CURRENCY - USD           AMOUNT AV. DUE DATE
GMACC COMMERCIAL CREDIT                               AS OF DATE                     MONTH
151 MERRIMAC ST 6TH FL                               02-28-03                        02-03
BOSTON, MA.                                                                          01-03
             02114                    ACCOUNT EXECUTIVE                               12-02
                                                                                     11-02
                                      BROWN, A
                                      TERMIN.DATE: 12-31-01

POSTING  VALUE   ASSIGNMENT OR   TRANS   - - - COLLECTION ACCOUNT - - -      - - - ADVANCE/MATURED FUNDS ACCOUNT - - -
DATE     DATE    REFERENCE       CODE         TRANSACTIONS      BALANCE              TRANSACTIONS            BALANCE
                                              DR-       CR      DR-      CR          DR-          CR         DR-      CR

                                                                                              COLLS.NOT TRANSFERRED

OPENING MONTH BALANCE                                          11,558.96-

02-28-03         INT ON AVG BAL  001                           11,558.96-           6,737.86-             1,155,061.70-

MONTH END BALANCE                                             11,558.96-            6,737.86-             1,161,799.56-

                                AVG. BALANCE       RATE       AMOUNT

INTEREST ON AVERAGE ADVANCES    1,155,061.70- @  7.500 %      6,737.86-             1,161,799.56-

            THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
            UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS.
            IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.
```

GLAN 02434

```
- - - C L I E N T - - -                    - -NO-              - - - T Y P E - - -          PAGE NO.   1
SENECA SPORTS INC                          1024-00             COLLECTION                   RECEIVABLE ASSIGNED
C/O JOHN CROWLEY                           AS OF DATE          CURRENCY - USD               AMOUNT AV.DUE DATE
GMACC COMMERCIAL CREDIT                    03-31-03
151 MERRIMAC ST 6TH FL
BOSTON, MA.      02114                     ACCOUNT EXECUTIVE                                 MONTH
                                           BROWN,A                    OFFSET- 74666          03-03
                                           TERMIN.DATE: 12-31-01                             02-03
                                                                                            01-03
                                                                                            12-02
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | | 1,161,799.56- |
| 03-11-03 | 031203 | RECEIPT | 175 | | | 190.61 | 1,161,608.95- |
| 03-14-03 | 031403 | MISC CHG/CR | 190 | | | 325.00 | 1,161,608.95- |
| 03-14-03 | 031403 | MISC CHG/CR | 190 | | | 3,130.24 | |
| 03-14-03 | 031403 | MISC CHG/CR | 190 | | | 8,103.72- | |
| 03-14-03 | 031403 | MISC CHG/CR | 190 | 11,558.96- | 11,558.96- | 11,558.96- | 1,161,608.95- |
| 03-14-03 | 031303 | COLLECTIONS | 196 | 11,558.96- | .00 | 11,558.96- | |
| 03-31-03 | | INT ON AVG BAL | 001 | | | 7,504.91- | 7,504.91- |
| MONTH END BALANCE | | | | | .00 | 19,063.87- | 1,169,113.86- |

```
COLLS.NOT TRANSFERRED
                                                                 11,749.57    1,169,113.86-

                  AVG.BALANCE         RATE      AMOUNT
INTEREST ON AVERAGE ADVANCES   1,162,049.46- @  7.500 %  7,504.91-
```

GLAN 02435

```
- - - C L I E N T - - -                              - - - T Y P E - - -          PAGE NO.    2
                                                                                  RECEIVABLE ASSIGNED
SENECA SPORTS INC                    -NO-                                         AMOUNT AV. DUE DATE
C/O JOHN CROWLEY                     1024-00          COLLECTION
GMACC COMMERCIAL CREDIT                               CURRENCY - USD
151 MERRIMAC ST 6TH FL               AS OF DATE
BOSTON, MA.                          03-31-03
          02114                                       MONTH
                                     ACCOUNT EXECUTIVE    03-03
                                                          02-03
                                     BROWN, A          OFFSET- 74666    01-03
                                     TERMIN.DATE: 12-31-01                  12-02


                      MONTHLY SUMMARY                                      COLLS. NOT TRANSFERRED
                      - - - - - - -
```

| TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS | | BALANCE | | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS | | BALANCE | |
|---|---|---|---|---|---|---|---|---|
| | DR- | CR | DR- | CR | DR- | CR | DR- | CR |
| OPENING MONTH BALANCE | | | 11,558.96- | | | | 1,161,799.56- | |
| 175 | | | | | | | 1,161,608.95- | |
| 190 | | | | | | 190.61 | 1,150,049.99- | |
| 196 | 11,558.96 | | | | | 11,558.96 | 1,161,608.95- | |
| 001 | | | | .00 | | 7,504.91- | 1,169,113.86- | |
| TOTAL CASH RECEIVED | | | | | | | | |
| TOTAL MISC. CHARGE/CREDIT | | | | | | | | |
| TOTAL COLLECTIONS | | | | | | | | |
| TOTAL INTEREST ON BALANCE | | | | | | | | |
| MONTH END BALANCE | | | | .00 | | | 1,169,113.86- | |

```
THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS;
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.
```

GLAN 02436

```
- - - C L I E N T - - -                           - - - T Y P E - - -              PAGE NO.   1
SENECA SPORTS INC              -NO-               COLLECTION                        RECEIVABLE
C/O JOHN CROWLEY               1024-00            CURRENCY - USD                    AMOUNT ASSIGNED
GMACC COMMERCIAL CREDIT                                                             AMOUNT AV.DUE DATE
151 MERRIMAC ST 6TH FL         AS OF DATE
BOSTON, MA.                    04-30-03
          02114
                               ACCOUNT EXECUTIVE            OFFSET- 74666
                               BROWN,A
                               TERMIN.DATE: 12-31-01
```

| | | | | | MONTH |
|---|---|---|---|---|---|
| | | | | | 04-03 |
| | | | | | 03-03 |
| | | | | | 02-03 |
| | | | | | 01-03 |

COLLS.NOT TRANSFERRED

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | | | 1,169,113.86- |
| 04-30-03 | 04-01-03 | 040103 MISC CHG/CR | 190 | | .00 | 6,048.25- | | 1,175,162.11- |
| | 04-08-03 | 040903 RECEIPT | 175 | | .00 | | 75.35 | 1,175,086.76- |
| | 04-29-03 | 040103 OVERADV CHGE | 190 | | | 2,251.47- | 75.35 | 1,177,338.23- |
| | | INT ON AVG BAL | 001 | | | 7,358.49- | | 1,184,696.72- |
| MONTH END BALANCE | | | | | | 15,658.21- | | 1,184,696.72- |

```
INTEREST ON AVERAGE ADVANCES
                AVG.BALANCE           RATE        AMOUNT
                1,177,358.32- @     7.500 %      7,358.49-
```

GLAN 02437

```
- - - C L I E N T - - -
SENECA SPORTS INC
C/O JOHN CROWLEY
GMACC COMMERCIAL CREDIT
151 MERIMAC ST 6TH FL
BOSTON, MA.
            02114
```

```
        -NO-
      1024-00
      AS OF DATE
      04-30-03

ACCOUNT EXECUTIVE

BROWN.A
TERMIN.DATE: 12-31-01
```

```
- - - T Y P E - - -
COLLECTION
CURRENCY - USD


OFFSET- 74666
```

```
                    PAGE NO.    2
              RECEIVABLE ASSIGNED
              AMOUNT AV.DUE DATE

        MONTH
        04-03
        03-03
        02-03
        01-03

COLLS.NOT TRANSFERRED
```

## MONTHLY SUMMARY

| TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- | CR | BALANCE DR- | CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | CR | BALANCE DR- | CR |
|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | .00 | | | 1,169,113.86- | |
| TOTAL CASH RECEIVED         175 | | | | | | | 1,169,038.51- | |
| TOTAL MISC. CHARGE/CREDIT   190 | | | | | 8,299.72- | 75.35 | 1,177,338.23- | |
| TOTAL INTEREST ON BALANCE   001 | | | | | 7,358.49- | | 1,184,696.72- | |
| MONTH END BALANCE | | | | .00 | | | 1,184,696.72- | |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS;
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 02438

- - - C L I E N T - - -
SENECA SPORTS INC
C/O JOHN CROWLEY
GMACC COMMERCIAL CREDIT
151 MERRIMAC ST 6TH FL
BOSTON, MA.
02114

```
                               -NO-                                    - - - T Y P E - - -          PAGE NO.   1
                              1024-00                                  COLLECTION                    RECEIVABLE ASSIGNED
                             AS OF DATE                                CURRENCY - USD                 AMOUNT AV.DUE DATE
                             05-31-03

                           ACCOUNT EXECUTIVE                                         MONTH
                           BROWN,A                                                   05-03
                           TERMIN.DATE: 12-31-01                                     04-03
                                                                                    03-03
                                          OFFSET- 74666                             02-03

                                                              COLLS.NOT TRANSFERRED
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- | CR | COLLECTION ACCOUNT BALANCE DR- | CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- | CR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | | | | | | |
| 05-06-03 | 050603 | MISC CHG/CR | 190 | | | | | 5,468.96- | | 1,184,696.72- | |
| 05-29-03 | 050103 | OVERADV CHGE | 190 | | | | | 2,207.54- | | 1,190,165.68- | |
| | | | | | | | | | | 1,192,373.22- | |
| 05-31-03 | | INT ON AVG BAL | 001 | | | | | 7,695.05- | | 1,200,068.27- | |
| MONTH END BALANCE | | | | | | .00 | | 15,371.55- | | 1,200,068.27- | |

INTEREST ON AVERAGE ADVANCES

```
          AVG. BALANCE          RATE          AMOUNT
       1,191,491.13- @        7.500 %        7,695.05-
```

```
- - - C L I E N T - - -                    -NO-                        - - - T Y P E - - -              PAGE NO.   2
SENECA SPORTS INC                          1024-00                     COLLECTION                       RECEIVABLE ASSIGNED
C/O JOHN CROMLEY                                                       CURRENCY - USD                   AMOUNT AV. DUE DATE
GMACC COMMERCIAL CREDIT                     AS OF DATE
51 MERRIMAC ST 6TH FL                       05-31-03
BOSTON, MA.
      02114                                ACCOUNT EXECUTIVE

                                           BROWN, A.
                                           TERMIN.DATE: 12-31-01

                                                                     OFFSET- 74666           COLLS.NOT TRANSFERRED
```

MONTHLY SUMMARY
-------

| TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | MONTH | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | .00 | 05-03 | | 1,184,696.72- |
| TOTAL MISC. CHARGE/CREDIT | 190 | | 04-03 | 7,676.50- | 1,192,373.22- |
| TOTAL INTEREST ON BALANCE | 001 | | 03-03 | 7,695.05- | 1,200,068.27- |
| MONTH END BALANCE | | .00 | 02-03 | | 1,200,068.27- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS;
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 02440

```
- - C L I E N T - - -
SENECA SPORTS INC                    - NO -              - - T Y P E - - -          PAGE NO.   1
C/O JOHN CROWLEY                     1024-00           COLLECTION                  RECEIVABLE
GMACC COMMERCIAL CREDIT                               CURRENCY - USD               AMOUNT AV. DUE DATE
651 MERRIMAC ST 6TH FL               AS OF DATE
BOSTON, MA.                          06-30-03          MONTH
             02114                                     06-03
                                     ACCOUNT EXECUTIVE  05-03
                                                        04-03
                                     BROWN.A             03-03
                                     TERMIN.DATE: 12-31-01

                                                        OFFSET- 74666              COLLS.NOT TRANSFERRED
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | | 1,200,068.27- |
| 06-30-03 | 06-30-03 | 060103 OVERADV CHGE | 190 | | | 2,308.51- | 1,202,376.78- |
| | | INT ON AVG BAL | 001 | | | 7,472.78- | 1,209,849.56- |
| | | | | .00 | .00 | 9,781.29- | 1,209,849.56- |
| MONTH END BALANCE | | | | | | | 1,209,849.56- |

```
INTEREST ON AVERAGE ADVANCES

        AVG. BALANCE          RATE           AMOUNT
        1,202,376.78- @      7.458 %        7,472.78-
```

GLAN 02441

```
- - - C L I E N T - - -                    -NO-              - - - T Y P E - - -         PAGE NO.   2
SENECA SPORTS INC                         1024-00            COLLECTION                  RECEIVABLE ASSIGNED
C/O JOHN CROWLEY                                             CURRENCY - USD              AMOUNT AV.DUE DATE
GMACC COMMERCIAL CREDIT                   AS OF DATE
151 MERRIMAC ST 6TH FL                    06-30-03
BOSTON,MA.
          02114
                                          ACCOUNT EXECUTIVE                    MONTH
                                          BROWN.A                              06-03
                                          TERMIN.DATE: 12-31-01                05-03
                                                                               04-03
                                                        OFFSET- 74666          03-03
```

MONTHLY SUMMARY
-------------

COLLS.NOT TRANSFERRED

| TRANS CODE | COLLECTION ACCOUNT | | | ADVANCE/MATURED FUNDS ACCOUNT | | |
|---|---|---|---|---|---|---|
| | TRANSACTIONS DR- CR | BALANCE DR- CR | | TRANSACTIONS DR- CR | CR | BALANCE DR- CR |
| OPENING MONTH BALANCE | | .00 | | | | 1,200,068.27- |
| TOTAL MISC. CHARGE/CREDIT | 190 | | | 2,308.51- | | 1,202,376.78- |
| TOTAL INTEREST ON BALANCE | 001 | | | 7,472.78- | | 1,209,849.56- |
| MONTH END BALANCE | | .00 | | | | 1,209,849.56- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS; IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

```
- - - C L I E N T - - -                    -NO-                              - - - T Y P E - - -                      PAGE NO.   1
SENECA SPORTS INC                        1024-00          COLLECTION                                     RECEIVABLE      AMOUNT ASSIGNED
C/O JOHN CROWLEY                                          CURRENCI - USD                                                 AMOUNT AV.DUE DATE
GMACC COMMERCIAL CREDIT          AS OF DATE
6151 MERRIMAC ST 6TH FL          07-31-03
BOSTON, MA.
        02114                    ACCOUNT EXECUTIVE                           OFFSET- 74666                MONTH
                                                                                                          07-03
                                 BROWN,A.                                                   COLLS.NOT TRANSFERRED      06-03
                                 TERMIN.DATE: 12-31-01                                                                 05-03
                                                                                                                       04-03
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | - - COLLECTION ACCOUNT - - TRANSACTIONS DR-   CR | BALANCE DR-   CR | ADVANCE/MATURED FUNDS ACCOUNT - - - TRANSACTIONS DR-          CR | BALANCE DR-   CR |
|---|---|---|---|---|---|---|---|
| | | OPENING MONTH BALANCE | | .00 | .00 | | 1,209,849.56- |
| 07-28-03 | 070103 | OVERADV CHGE | 190 | | | 2,254.45- | 1,212,104.01- |
| 07-31-03 | | INT ON AVG BAL | 001 | | | 7,567.24- | 1,219,671.25- |
| | | MONTH END BALANCE | | | | 9,821.69- | 1,219,671.25- |

```
INTEREST ON AVERAGE ADVANCES        AVG.BALANCE              RATE            AMOUNT
                                    1,212,104.01- @         7.250 %         7,567.24-
```

```
- - - C L I E N T - - -        -NO-                 - - - T Y P E - - -        PAGE NO.   2
SENECA SPORTS INC             1024-00               COLLECTION              RECEIVABLE ASSIGNED
C/O JOHN CROWLEY              AS OF DATE             CURRENCY - USD          AMOUNT AV.DUE DATE
GMACC COMMERCIAL CREDIT       07-31-03
151 MERRIMAC ST 6TH FL                                                      MONTH
BOSTON, MA.                                                                 07-03
        02114                 ACCOUNT EXECUTIVE                             06-03
                              BROWN,A                   OFFSET-  74666      05-03
                              TERMIN.DATE: 12-31-01                         04-03

                                                                   COLLS.NOT TRANSFERRED

                              MONTHLY SUMMARY
```

| TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR-  CR | BALANCE DR-  CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR-  CR | BALANCE DR-  CR |
|---|---|---|---|---|
| OPENING MONTH BALANCE | | .00 | | 1,209,849.56- |
| TOTAL MISC. CHARGE/CREDIT    190 | | | 2,254.45- | 1,212,104.01- |
| TOTAL INTEREST ON BALANCE    001 | | | 7,567.24- | 1,219,671.25- |
| MONTH END BALANCE | | .00 | | 1,219,671.25- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

```
- - - C L I E N T - - -            -NO-                          - - - T Y P E - - -          PAGE NO.  1
SENECA SPORTS INC                  1024-00                       COLLECTION                   RECEIVABLE ASSIGNED
C/O JOHN CROWLEY                                                 CURRENCY - USD               AMOUNT AV.DUE DATE
GMACC COMMERCIAL CREDIT            AS OF DATE
851 MERRIMAC ST 6TH FL             08-31-03                                                   MONTH
BOSTON,MA.                                                                                    08-03
           02114                   ACCOUNT EXECUTIVE                            OFFSET- 74666  07-03
                                   BROWN,A                                                    06-03
                                   TERMIN.DATE: 12-31-01                                      05-03
```

COLLS.NOT TRANSFERRED

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | .00 | | 1,219,671.25- |
| 08-29-03 | 080103 | OVERADV CHGE | 190 | | | 2,348.45- | 1,222,019.70- |
| 08-31-03 | | INT ON AVG BAL | 001 | | | 7,629.14- | 1,229,648.84- |
| MONTH END BALANCE | | | | | .00 | 9,977.59- | 1,229,648.84- |

```
INTEREST ON AVERAGE ADVANCES

     AVG.BALANCE                    RATE              AMOUNT
   1,222,019.70- @               7.250 %           7,629.14-
```

GLAN 02445

```
- - - C L I E N T - - -                      -NO-                    - - - T Y P E - - -        PAGE NO.    2
SENECA SPORTS INC                           1024-00              COLLECTION                RECEIVABLE ASSIGNED.
C/O JOHN CROWLEY                                                 CURRENCY - USD            AMOUNT AV.DUE DATE
GMACC COMMERCIAL CREDIT                      AS OF DATE
151 MERRIMAC ST 6TH FL                       08-31-03                            MONTH
BOSTON,MA.                                                                       08-03
           02114                            ACCOUNT EXECUTIVE                     07-03
                                                                                 06-03
                                           BROWN,A                      OFFSET- 74666     05-03
                                           TERMIN.DATE: 12-31-01
```

```
                         MONTHLY SUMMARY                              COLLS.NOT TRANSFERRED
                         ---------------
```

| TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|
| OPENING MONTH BALANCE | | .00 | | 1,219,671.25- |
| TOTAL MISC. CHARGE/CREDIT 190 | | | 2,348.45- | 1,222,019.70- |
| TOTAL INTEREST ON BALANCE 001 | | | 7,629.14- | 1,229,648.84- |
| MONTH END BALANCE | | .00 | | 1,229,648.84- |

```
          THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
          UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS;
          IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.
```

GLAN 02446

```
- - - C L I E N T - - -
SENECA SPORTS INC
C/O JOHN CROWLEY
GMACC COMMERCIAL CREDIT
151 MERRIMAC ST 6TH FL
BOSTON, MA.
02114

                    -NO-                                                    - - - T Y P E - - -        PAGE NO.    1
                   1024-00                                                  COLLECTION               RECEIVABLE ASSIGNED
                                                                            CURRENCY - USD           AMOUNT AV.DUE DATE
                 AS OF DATE
                 09-30-03

                 ACCOUNT EXECUTIVE
                 ADLER, PATRICIA
                 TERMIN.DATE: 12-31-01

                                              OFFSET- 74666                                          COLLS.NOT TRANSFERRED
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- CR | MONTH |
|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | .00 | | .00 | 09-03 |
| 09-29-03 | 092903 MISC CHG/CR | 190 | | | | 2,367.66- | 1,229,648.84- | 08-03 |
| 09-30-03 | 090103 OVERADV CHGE | 190 | | | | 7,437.64- | 1,215,243.84- | 07-03 |
| | | | | | | 9,805.30-   14,405.00 | 1,217,611.50- | 06-03 |
| | | | | | | | 1,225,049.14- | |
| MONTH END BALANCE | INT ON AVG BAL | 001 | | | .00 | 14,405.00 | 1,225,049.14- | |

INTEREST ON AVERAGE ADVANCES

```
AVG. BALANCE          RATE        AMOUNT
1,231,056.17- @      7.250 %     7,437.64-
```

*writedown* (handwritten annotation)

GLAN 02447

```
- - - C L I E N T - - -                                              - - - T Y P E - - -          PAGE NO.    2
SENECA SPORTS INC                        -NO-                                                      RECEIVABLE  ASSIGNED,
C/O JOHN CROWLEY                         1024-00                      COLLECTION                   AMOUNT AV.DUE DATE
GMACC COMMERCIAL CREDIT                  AS OF DATE                   CURRENCY - USD
151 MERRIMAC ST 6TH FL                   09-30-03                                                  MONTH
BOSTON, MA.                                                                                        09-03
       02114                             ACCOUNT EXECUTIVE            OFFSET- 74666                08-03
                                         ADLER,PATRICIA                                            07-03
                                         TERMIN.DATE: 12-31-01                                     06-03
```

COLLS.NOT TRANSFERRED

## MONTHLY SUMMARY

| TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- CR |
|---|---|---|---|---|
| OPENING MONTH BALANCE | | .00 | | 1,229,648.84- |
| | | | 2,367.66- | 1,217,611.50- |
| | | | 14,405.00 | 1,225,049.14- |
| | | | 7,437.64- | 1,225,049.14- |
| TOTAL MISC. CHARGE/CREDIT 190 | | | | 1,225,049.14- |
| TOTAL INTEREST ON BALANCE 001 | | | | |
| MONTH END BALANCE | | .00 | | |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS (OR AS OTHERWISE SPECIFIED IN YOUR FACTORING
AGREEMENT). IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 02448

```
- - - C L I E N T - - -                          - - - T Y P E - - -        PAGE NO.    1
SENECA SPORTS INC                                                           RECEIVABLE AMOUNT ASSIGNED.
C/O JOHN CROWLEY                                                                      AV.DUE DATE
GMACC COMMERCIAL CREDIT            -NO-           COLLECTION
151 MERRIMAC ST 6TH FL            1024-00        CURRENCY - USD
BOSTON, MA.
                 02114            AS OF DATE                      MONTH
                                  10-31-03                        10-03
                                                                  09-03
                                  ACCOUNT EXECUTIVE               08-03
                                  ADLER, PATRICIA   OFFSET- 74666 07-03
                                  TERMIN.DATE: 12-31-01
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
| | | | | COLLS.NOT TRANSFERRED | | | |
| OPENING MONTH BALANCE | | | | | .00 | | 1,225,049.14- |
| 10-02-03 | | 100103 MISC CHG/CR | 190 | | 14,405.00- | | 1,239,454.14- |
| MONTH END BALANCE | | | | | .00 | 14,405.00- | 1,239,454.14- |

```
                AVG. BALANCE       RATE        AMOUNT
                1,239,454.14- @   .000 %        .00
```

INTEREST ON AVERAGE ADVANCES

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS (OR AS OTHERWISE SPECIFIED IN YOUR FACTORING AGREEMENT). IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

```
- - - C L I E N T - - -                      -NO-              - - - T Y P E - - -              PAGE NO.   1
SENECA SPORTS INC                            1024-00           COLLECTION                       RECEIVABLE AMOUNT ASSIGNED
C/O JOHN CROWLEY                             AS OF DATE        CURRENCY - USD                   AMOUNT AV. DUE DATE
GMACC COMMERCIAL CREDIT                      11-30-03
151 MERRIMAC ST 6TH FL
BOSTON, MA.      02114         ACCOUNT EXECUTIVE                              MONTH
                              ADLER, PATRICIA                                 11-03
                              TERMIN.DATE: 12-31-01        OFFSET- 74666      10-03
                                                                             09-03
                                                                             08-03
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | - - - COLLECTION ACCOUNT - - - | | COLLS.NOT TRANSFERRED | ADVANCE/MATURED FUNDS ACCOUNT - - - | |
|---|---|---|---|---|---|---|---|---|
| | | | | TRANSACTIONS DR- CR | BALANCE DR- CR | | TRANSACTIONS DR- | BALANCE DR- CR |
| OPENING MONTH BALANCE | | | | | .00 | | | |
| 11-25-03 | 110103 | MISC CHG/CR | 190 | | | | 61,875.41 | |
| 11-24-03 | 110103 | MISC CHG/CR | 190 | | | | 209,262.50 | |
| 11-24-03 | 110103 | MISC CHG/CR | 190 | | | | 968,316.23 | |
| 11-24-03 | 112403 | MISC CHG/CR | 190 | | | 10,955.76- | 1,239,454.14 | 10,955.76- |
| MONTH END BALANCE | | | 190 | | .00 | 10,955.76- | 1,239,454.14- | 10,955.76- |

```
INTEREST ON AVERAGE ADVANCES

                    AVG.BALANCE           RATE           AMOUNT
                    753,331.54- @        .000 %           .00
```

```
- - - C L I E N T - - -                    -NO-              - - - T Y P E - - -              PAGE NO.   2
SENECA SPORTS INC                          1024-00          COLLECTION                        RECEIVABLE  ASSIGNED
C/O JOHN CROWLEY                                            CURRENCY - USD                     AMOUNT AV.DUE DATE
GMACC COMMERCIAL CREDIT                     AS OF DATE
151 MERRIMAC ST 6TH FL                      11-30-03
BOSTON,MA.
              02114                        ACCOUNT EXECUTIVE                       MONTH
                                                                                   11-03
                                           ADLER, PATRICIA        OFFSET- 74666     10-03
                                           TERMIN.DATE: 12-31-01                    09-03
                                                                                   08-03

                        MONTHLY SUMMARY                                           COLLS.NOT TRANSFERRED


                TRANS  - - - COLLECTION ACCOUNT - - -        - - - - ADVANCE/MATURED FUNDS ACCOUNT - - - - -
                CODE      TRANSACTIONS        BALANCE               TRANSACTIONS              BALANCE
                          DR-    CR           DR-    CR             DR-        CR              DR-      CR

OPENING MONTH BALANCE                               .00                                          1,239,454.14-

TOTAL MISC. CHARGE/CREDIT   190                              10,955.76-        1,239,454.14

MONTH END BALANCE                                   .00               10,955.76-    10,955.76-   1,239,454.14-
```

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS (OR AS OTHERWISE SPECIFIED IN YOUR FACTORING AGREEMENT).
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 02451

```
- - - C L I E N T - - -                    - - - T Y P E - - -
GMACC/SENECA SPT          -NO-             WRITE DOWN INT            PAGE NO.    1
                          1024-80          CURRENCY - USD           RECEIVABLE  ASSIGNED
1 PENN PLAZA                                                        AMOUNT AV. DUE DATE
NY NY                     AS OF DATE
                          11-30-03
            10119                                      OFFSET-  37226          MONTH
                          ACCOUNT EXECUTIVE                                    11-03
                                                                              10-03
                          BROWN, A                                            09-03
                                                                              08-03
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | - - - SPECIAL ACCOUNT - - - TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | |
| 11-24-03 | 110103 | MISC CHG/CR | 190 | 209,262.50- | 209,262.50- |
| MONTH END BALANCE | | | | 209,262.50- | .00 |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS (OR AS OTHERWISE SPECIFIED IN YOUR FACTORING AGREEMENT).
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 02452

```
- - - C L I E N T - - -              -NO-                 - - - T Y P E - - -        PAGE NO.    1
GMACC/SENECA SPT                     1024-82              WRITE DWN PRIN       RECEIVABLE   ASSIGNED
1 PENN PLAZA                         AS OF DATE           CURRENCY - USD       AMOUNT AV. DUE DATE
NY NY                                11-30-03

            10119              ACCOUNT EXECUTIVE                                   MONTH
                                                                                  11-03
                              BROWN, A              OFFSET-  37226                 10-03
                                                                                  09-03
                                                                                  08-03
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | - - - SPECIAL ACCOUNT - - - | | BALANCE |
|---|---|---|---|---|---|---|
| | | | | TRANSACTIONS DR-    CR | | DR-    CR |
| OPENING MONTH BALANCE | | | | | | 61,875.41- |
| 11-24-03 | 110103 | MISC CHG/CR | 190 | 61,875.41- | | |
| MONTH END BALANCE | | | | 61,875.41 | .00 | |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS (OR AS OTHERWISE SPECIFIED IN YOUR FACTORING AGREEMENT). IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 02453

```
- - - C L I E N T - - -                    -NO-           AS OF DATE        ACCOUNT EXECUTIVE          - - - T Y P E - - -        PAGE NO.    1
SENECA SPORTS INC                         1024-00         12-31-03          ADLER,PATRICIA            COLLECTION                 RECEIVABLE
C/O JOHN CROWLEY                                                            TERMIN.DATE: 12-31-01     CURRENCY - USD             AMOUNT ASSIGNED
GMAC COMMERCIAL CREDIT                                                                                                          AV.DUE DATE
151 MERRIMAC ST 6TH FL
BOSTON,MA.
02114                                                                                       OFFSET- 74666
```

| POSTING DATE VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | COLLS.NOT TRANSFERRED | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|

OPENING MONTH BALANCE

12-01-03   120103   MISC CHG/CR   190

```
                                                                        MONTH
                                                                        12-03
                                                                        11-03
                                                                        10-03
                                                                        09-03
```

MONTH END BALANCE              .00        .00                          10,955.76 CR        10,955.76-

.00

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS (OR AS OTHERWISE SPECIFIED IN YOUR FACTORING AGREEMENT). IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 02454