Landay
3
AK 8.18.05

## SENECA SPORTS DAMAGES CALCULATION

| | Advances | A/R Collections | Other Collections | Interest | Overadvance Charge | Commission Charge | Wire Charges | LC Charge | Bank Charges | Legal | Misc. Charges | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/22/2001 | | | | | | | | | | | | 1,427,511.19 |
| 10/23 - 10/31/01 | 56,461.69 | (26,648.68) | (88,476.57) | 27,069.19 | 13,911.51 | 26,764.33 | 80.00 | | 274.97 | | 22.62 | 1,436,970.25 |
| Nov 2001 | 55,763.00 | (442,145.45) | (70,820.52) | 8,098.89 | 6,933.72 | 835.44 | 35.00 | | 274.98 | | | 1,009,056.70 |
| Dec 2001 | 42,182.00 | 69,919.34 | (85,745.29) | 7,353.81 | 2,181.54 | | 15.00 | | 274.97 | | 13,111.39 | 1,057,223.38 |
| Jan 2002 | 3,575.00 | (21,064.29) | (6,495.13) | 7,575.49 | 2,045.50 | | | | 274.97 | | 11,985.31 | 1,113,432.40 |
| Feb 2002 | 1,896.00 | (7,030.74) | (2,755.50) | 7,021.45 | 2,130.60 | 30,597.00 | | | 274.99 | | 39,700.48 | 1,132,873.99 |
| Mar 2002 | | (213.34) | | 7,829.43 | 1,973.91 | | | | | | 17,904.79 | 1,144,554.30 |
| Apr 2002 | | (111.11) | | 8,014.26 | 2,202.02 | | | 90.00 | 274.97 | | 1,725.34 | 1,211,973.80 |
| May 2002 | | 4,924.21 | (1,059.58) | 8,370.56 | 2,254.00 | | | 56,908.22 | 137.79 | | 1,327.90 | 1,228,193.29 |
| Jun 2002 | | (49,113.56) | | 8,178.02 | 2,354.21 | | | | 133.05 | | 537.67 | 1,189,781.96 |
| Jul 2002 | | (44,300.82) | | 7,931.06 | 2,300.06 | | | | | | 170.00 | 1,155,712.26 |
| Aug 2002 | | 28,289.28 | | 7,988.86 | 2,230.60 | | | | | | | 1,194,221.00 |
| Sep 2002 | | 154.61 | | 7,976.59 | 2,246.86 | | | | | | | 1,204,599.06 |
| Oct 2002 | | 2,614.93 | | 8,314.89 | 2,243.41 | | | | | | | 1,217,772.29 |
| Nov 2002 | | - | | 7,712.56 | | | | | | | | 1,225,484.85 |
| Dec 2002 | | - | | 7,916.11 | | | | | | | | 1,237,050.96 |
| Jan 2003 | | (103,276.50) | | 7,570.91 | 2,374.83 | | | | | | 3,650.00 | 1,155,061.70 |
| Feb 2003 | | - | | 6,737.86 | | | | | | | 11,341.50 | 1,162,453.81 |
| Mar 2003 | | - | | 7,504.91 | | | | | | 654.25 | | 1,169,768.11 |
| Apr 2003 | | (190.61) | | 7,358.49 | 2,251.47 | | | | | 6,048.25 | | 1,185,350.97 |
| May 2003 | | (75.35) | | 7,695.05 | 2,207.54 | | | | | 5,687.96 | | 1,200,941.52 |
| Jun 2003 | | | | 7,472.78 | 2,308.51 | | | | | | | 1,210,722.81 |
| Jul 2003 | | | | 7,567.24 | 2,254.45 | | | | | | | 1,222,880.10 |
| Aug 2003 | | | | 7,629.14 | 2,348.45 | | | | | 2,335.60 | | 1,245,507.96 |
| Sep 2003 | | | | 7,437.64 | 2,367.66 | | | | | 12,650.27 | | 1,240,908.26 |
| Oct 2003 | | | | 7,901.71 | | | | | | | (14,405.00) | 1,273,581.11 |
| Nov 2003 | | | | 7,694.55 | | | | | | 10,366.14 | 14,405.00 | 1,281,275.66 |
| Dec 2003 | | | | 7,999.08 | | | | | | | | 1,289,274.73 |
| Jan 2004 | | | | 8,049.01 | | | | | | | | 1,297,323.75 |
| Feb 2004 | | | | 7,576.73 | | | | | | | | 1,304,900.48 |
| Mar 2004 | | | (5,955.02) | 8,146.57 | | | | | | | | 1,307,092.03 |
| Apr 2004 | | | | 7,897.01 | | | | | | 21,354.14 | | 1,314,989.04 |
| May 2004 | | | | 8,342.86 | | | | | | | | 1,344,686.04 |
| Jun 2004 | | | | 8,124.14 | | | | | | | | 1,352,810.19 |
| Jul 2004 | | | | 8,736.90 | | | | | | | | 1,361,547.09 |
| Aug 2004 | | | | 9,094.41 | | | | | | 16,973.35 | | 1,387,614.84 |
| Sep 2004 | | | | 9,048.41 | | | | | | | | 1,396,663.25 |
| Oct 2004 | | | | 9,621.46 | | | | | | | | 1,406,284.71 |
| Nov 2004 | | | | 9,609.56 | | | | | | | | 1,420,186.74 |
| Dec 2004 | | | | 10,247.04 | | | | | | 4,292.48 | | 1,430,433.79 |
| Jan 2005 | | | | 10,491.35 | | | | | | | | 1,443,844.39 |
| Feb 2005 | | | | 9,884.30 | | | | | | 2,919.26 | | 1,465,241.93 |
| Mar 2005 | | | | 11,247.78 | | | | | | 11,513.23 | | 1,491,759.54 |
| Apr 2005 | | | | 11,188.20 | | | | | | 15,269.84 | | 1,502,947.74 |
| May 2005 | | | | 11,940.08 | | | | | | | | 1,514,887.83 |
| Jun 2005 | | | | 11,929.31 | | | | | | | | 1,559,515.54 |
| Jul 2005 | | | | 12,795.05 | | | | | | 32,698.40 | | 1,576,875.56 |
| Aug 1-17 2005 | | | | 7,172.59 | | | | | | 4,564.98 | | 1,584,048.16 |