United States District Court
District of Massachusetts
Civil Action No. 04-11955WGY
David L. Landay v. GMAC Commercial Credit LLC et al.
**Expert Witness Report of Keith D. Lowey, CPA**
October 10, 2005

### I.     Background

The Plaintiff in this litigation matter, David L. Landay ("Landay"), was the CEO, president, director and major shareholder of Seneca Sports, Inc. ("Seneca"), a distributor of adult and children's sporting good products and Brookfield International, Inc. ("Brookfield"), a purveyor of juvenile sports equipment and sports toys. In the summer of 2000, Landay, on Seneca's behalf, sought financing from GMAC Commercial Credit LLC ("GMAC") to purchase Brookfield. On or about September 19, 2000, Seneca and GMAC entered into a commercial factoring agreement with a line of credit up to $10,000,000 (the "Factoring Agreement") that was secured by Seneca's and Brookfield's accounts receivable, inventory and other assets, and by a personal guaranty and standby letter of credit from Landay. GMAC contends that Seneca and Brookfield defaulted on the covenants of the Factoring Agreement. On or about August 9, 2001, Seneca and Brookfield executed a Forbearance Agreement ("Forbearance Agreement") with GMAC that modified the Factoring Agreement and required Landay to and put up an additional $1,000,000 in cash collateral. The Forbearance Agreement included a financial plan that provided a schedule for loan draws, loan payments and established a formula for eligible accounts receivable. On or about October 15, 2001, GMAC collected Landay's $1,000,000 in cash collateral and collected on his standby letters of credit totaling $4.35MM. On or about October 22, 2001, GMAC seized Seneca's and Brookfield's assets and proceeded to liquidate them.

### II.    The Issues

In my capacity as expert for the plaintiff, I have been asked to assess: 1) whether the interest and expenses charged by GMAC on the Factoring Agreement exceeded the 20% ceiling under the Massachusetts usury statute as articulated in M.G.L. 271, Section 49 and 2) whether GMAC and/or its agents acted in a commercially reasonable manner to maximize the return on the liquidation of the Seneca collateral securing the Factoring Agreement, specifically the accounts receivable, inventory and intellectual property.

### III.   Qualification as Expert

I am President of Verdolino & Lowey, P.C. ("V&L"), a diverse accounting firm offering forensic accounting, business liquidation services, litigation support, business advisory, management consulting and tax planning and compliance services. I have 22 years of accounting experience: three at one of the former international Big Eight

accounting firms, four at a well-known privately-held company in the capacity as CFO and Controller and the remaining 15 at my present practice. I am a Certified Public Accountant, licensed to practice in Massachusetts and Rhode Island. Over the past 19 years, the largesse of my practice has focused on complex business issues and analysis and business litigation in connection with bankrupt, insolvent or otherwise under-performing enterprises. A copy of my current Curriculum Vitae is attached as Exhibit G.

My firm has incurred total fees of $21,561.00 through September 30, 2005 in connection with this litigation. Additional fees and expenses may be billed between now and the time of trial if additional work is requested by counsel for Landay. My compensation is not contingent on the outcome of this litigation.

### IV.   Documentation Reviewed

In connection with the work performed in this engagement, numerous documents and records were reviewed; including but not limited to: complaints, responses to interrogatories, deposition transcripts and related exhibits and various company records. For a complete list of documents reviewed see Exhibit H.

### V.   Findings

In my expert opinion: (1) GMAC charged Seneca interest and expenses in excess of 20% (the Commonwealth of Massachusetts usury rate) for the period October 22, 2001 to January 31, 2003 and (2) GMAC, on its own or through its Liquidating Agent, RAS ("Liquidating Agent" or "RAS"), did not act in a commercially reasonable manner in liquidating the assets of Seneca.

### VI.   Usury

In order to calculate the overall interest rate charged on the GMAC loan, a schedule was prepared that re-created the loan activity for the history of the loan. This recreation effort was performed as a result of GMAC not being able to provide the plaintiff with a similar schedule. GMAC provided the plaintiff with a summarized schedule (by month) of the loan activity, monthly client statements and some daily cash records. In order to validate the activity, and prepare an accurate calculation of the periodic interest being charged on the loan, this comprehensive schedule was prepared. The analysis ultimately afforded me the opportunity to review the loan activity by transaction (i.e., individual charges to the loan, individual payments / receipts posted to the loan, draws against the loan, adjustments to the loan balance, etc.) for propriety. As of the writing of this report, there are still numerous transactions for which GMAC has provided no support.

I calculated the annualized effective interest rate for the period from October 22, 2001 (the "Takeover Date") to January 31, 2003 as being 27.10%. The rationale for specifically identifying this period was that it begins with the date that GMAC took

control of the Seneca business and concludes at the end of the month that includes the last significant transaction that was posted to the loan balance, i.e. on 1/9/03 GMAC posted a collection of $103,341.50 against the outstanding loan balance. GMAC wrote the balance of the loan off on 11/24/03. During the period from 2/1/03 to 11/24/03, only monthly interest and over-advance fees were charged to the loan along with two *de minimus* receipts totaling less than $300. Since I could not determine the reason that GMAC waited until November 2003 to write off the loan, I ignored the period from 2/1/03 to 11/24/03 in preparing the usury calculation.

The effect of interest being charged at a rate in excess of 20% (the "Usury Interest Damages") for the period 10/22/01 to 1/31/03 amounts to $107,775.20, as evidenced by the calculation in Exhibit D. Additionally, see Exhibit E for the calculation of the interest rate being charged on the loan and Exhibit F for the loan transaction activity for this period.

**VII.   Commercial Reasonableness**

In assessing whether or not GMAC or RAS acted in a commercially reasonable manner, I considered all of the documents made available for review. See Exhibit H for a complete listing of these documents. The primary documents relied upon include: the GMAC Commercial Credit Corp. New Client Report dated July 19, 2000 (see Exhibit B for excerpts from this report) and the periodic update reports, including various liquidation analyses, prepared by John Rijo ("Rijo" or the "Liquidating Agent") of RAS for the period June 30, 2001 to November 26, 2001. The liquidation analyses that were reviewed and included as part of the reports prepared for those dates, were prepared as of June 30, 2001, October 5, 2001 and October 19, 2001, respectively.

My observations on this area of inquiry are as follows:

- The loan was considered by GMAC to be primarily a collateral-based loan, 56% of the original loan advance of which was secured by the assets of Landay. GMAC's loan write-up indicated that it was a "strong collateral loan with over 50% of the initial funding supported by a Standby LC, A/R to be factored with retailers we know well, and **a** (*sic*) **advance rate against inventory supported by a liquidation value appraisal**." (emphasis added).

- Despite GMAC recognizing that Seneca "performed poorly with increasing losses over the past three years" and that its "balance sheet is weak with a negative retained earnings and a sizeable deficit in working capital", it still approved the loan.

- In its loan write-up, GMAC acknowledged the importance of Landay's industry experience, including his knowledge of the licenses, trademarks and patents (collectively "the intellectual property") and his personal

3


Exhibit D
Page 1 of 1

SENECA SPORTS, INC. / GMAC USURY INTEREST DAMAGE CALCULATION

| Begin Date | End Date | Monthly Charges | Average Balance | Days | Monthly Rate | Cumulaive Days | Cumulative Charges | Cumulative Average Balance | CumulativeRate to Date | Interest Charge At 20% | Monthly Damages (over charge) | Cumulative Monthly Damages (over charge) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/22/01 | 10/31/01 | $ 68,675.69 | $ 1,422,786.18 | 10 | 173.77% | 10 | $ 66,675.69 | $ 1,422,786.18 | 173.77% | 7,904.37 | $ 60,771.32 | $ 60,771.32 |
| 11/01/01 | 11/30/01 | $ 29,289.42 | $ 1,157,676.89 | 30 | 30.36% | 40 | $ 97,965.11 | $ 1,223,954.21 | 72.04% | 19,294.61 | $ 9,994.81 | $ 70,766.13 |
| 12/01/01 | 12/31/01 | $ 21,810.63 | $ 1,040,818.62 | 31 | 24.34% | 71 | $ 119,775.74 | $ 1,143,993.60 | 53.09% | 17,925.21 | $ 3,885.42 | $ 74,651.55 |
| 01/01/02 | 01/31/02 | $ 80,193.44 | $ 1,067,277.10 | 31 | 87.26% | 102 | $ 199,969.18 | $ 1,120,677.80 | 62.98% | 18,380.88 | $ 61,812.56 | $ 136,464.10 |
| 02/01/02 | 02/28/02 | $ 27,331.83 | $ 1,124,220.01 | 28 | 31.26% | 130 | $ 227,301.01 | $ 1,121,440.74 | 56.13% | 17,487.87 | $ 9,843.96 | $ 146,308.07 |
| 03/01/02 | 03/31/02 | $ 11,893.65 | $ 1,132,664.73 | 31 | 12.19% | 161 | $ 239,194.66 | $ 1,123,601.88 | 47.60% | 19,507.00 | $ (7,613.35) | $ 138,694.71 |
| 04/01/02 | 04/30/02 | $ 68,590.19 | $ 1,200,537.44 | 30 | 68.56% | 191 | $ 307,784.85 | $ 1,135,686.00 | 51.08% | 20,008.96 | $ 48,581.23 | $ 187,275.95 |
| 05/01/02 | 05/31/02 | $ 11,295.28 | $ 1,213,588.48 | 31 | 10.81% | 222 | $ 319,080.13 | $ 1,146,584.27 | 45.13% | 20,900.69 | $ (9,605.41) | $ 177,670.54 |
| 06/01/02 | 06/30/02 | $ 10,702.23 | $ 1,224,848.71 | 30 | 10.49% | 252 | $ 329,782.36 | $ 1,155,883.85 | 40.76% | 20,414.15 | $ (9,711.92) | $ 167,958.62 |
| 07/01/02 | 07/31/02 | $ 10,231.12 | $ 1,149,594.23 | 31 | 10.34% | 283 | $ 340,013.48 | $ 1,155,194.88 | 37.44% | 19,798.57 | $ (9,567.45) | $ 158,391.17 |
| 08/01/02 | 08/31/02 | $ 10,219.46 | $ 1,157,461.88 | 31 | 10.25% | 314 | $ 350,232.94 | $ 1,155,418.69 | 34.75% | 19,934.07 | $ (9,714.61) | $ 148,676.57 |
| 09/01/02 | 09/30/02 | $ 10,223.45 | $ 1,194,791.62 | 30 | 10.27% | 344 | $ 360,456.39 | $ 1,158,852.38 | 32.55% | 19,913.19 | $ (9,689.74) | $ 138,986.82 |
| 10/01/02 | 10/31/02 | $ 10,558.30 | $ 1,205,633.45 | 31 | 10.17% | 375 | $ 371,014.69 | $ 1,162,719.61 | 30.63% | 20,763.69 | $ (10,205.39) | $ 128,781.44 |
| 11/01/02 | 11/30/02 | $ 7,712.56 | $ 1,218,029.38 | 30 | 7.60% | 405 | $ 378,727.25 | $ 1,166,816.63 | 28.85% | 20,300.49 | $ (12,587.93) | $ 116,193.51 |
| 12/01/02 | 12/31/02 | $ 11,566.11 | $ 1,225,975.69 | 31 | 10.96% | 436 | $ 390,293.36 | $ 1,171,022.90 | 27.52% | 21,114.03 | $ (9,547.92) | $ 106,645.59 |
| 01/01/03 | 01/31/03 | $ 21,287.24 | $ 1,170,443.21 | 31 | 21.12% | 467 | $ 411,580.60 | $ 1,170,984.42 | 27.10% | 20,157.63 | $ 1,129.61 | $ 107,775.20 |
|  |  | $ 411,580.60 |  |  |  |  |  |  |  | $ 303,805.40 |  | $ 107,775.20 |

SENECA SPORTS, INC. / GMAC INTEREST CALCULATIONS

| Begin Date | End Date | Monthly Charges | Average Balance | Days | Monthly Rate | Accumulated Days | Accumulated Charges | Accumulated Average Balance | Cumulative Rate to Date |
|---|---|---|---|---|---|---|---|---|---|
| 10/22/01 | 10/31/01 | $ 68,675.69 | $ 1,422,786.18 | 10 | 173.77% | 10 | $ 68,675.69 | $ 1,422,786.18 | 173.77% |
| 11/01/01 | 11/30/01 | $ 29,289.42 | $ 1,157,676.89 | 30 | 30.36% | 40 | $ 97,965.11 | $ 1,223,954.21 | 72.04% |
| 12/01/01 | 12/31/01 | $ 21,810.63 | $ 1,040,818.62 | 31 | 24.34% | 71 | $ 119,775.74 | $ 1,143,993.60 | 53.09% |
| 01/01/02 | 01/31/02 | $ 80,193.44 | $ 1,067,277.10 | 31 | 87.26% | 102 | $ 199,969.18 | $ 1,120,677.80 | 62.98% |
| 02/01/02 | 02/28/02 | $ 27,331.83 | $ 1,124,220.01 | 28 | 31.26% | 130 | $ 227,301.01 | $ 1,121,440.74 | 56.13% |
| 03/01/02 | 03/31/02 | $ 11,893.65 | $ 1,132,664.73 | 31 | 12.19% | 161 | $ 239,194.66 | $ 1,123,601.88 | 47.60% |
| 04/01/02 | 04/30/02 | $ 68,590.19 | $ 1,200,537.44 | 30 | 68.56% | 191 | $ 307,784.85 | $ 1,135,686.00 | 51.08% |
| 05/01/02 | 05/31/02 | $ 11,295.28 | $ 1,213,588.48 | 31 | 10.81% | 222 | $ 319,080.13 | $ 1,146,564.27 | 45.13% |
| 06/01/02 | 06/30/02 | $ 10,702.23 | $ 1,224,848.71 | 30 | 10.49% | 252 | $ 329,782.36 | $ 1,155,883.85 | 40.76% |
| 07/01/02 | 07/31/02 | $ 10,231.12 | $ 1,149,594.23 | 31 | 10.34% | 283 | $ 340,013.48 | $ 1,155,194.88 | 37.44% |
| 08/01/02 | 08/31/02 | $ 10,219.46 | $ 1,157,461.88 | 31 | 10.25% | 314 | $ 350,232.94 | $ 1,155,418.69 | 34.75% |
| 09/01/02 | 09/30/02 | $ 10,223.45 | $ 1,194,791.62 | 30 | 10.27% | 344 | $ 360,456.39 | $ 1,158,852.38 | 32.55% |
| 10/01/02 | 10/31/02 | $ 10,558.30 | $ 1,205,633.45 | 31 | 10.17% | 375 | $ 371,014.69 | $ 1,162,719.61 | 30.63% |
| 11/01/02 | 11/30/02 | $ 7,712.56 | $ 1,218,029.38 | 30 | 7.60% | 405 | $ 378,727.25 | $ 1,166,816.63 | 28.85% |
| 12/01/02 | 12/31/02 | $ 11,566.11 | $ 1,225,975.69 | 31 | 10.96% | 436 | $ 390,293.36 | $ 1,171,022.90 | 27.52% |
| 01/01/03 | 01/31/03 | $ 21,287.24 | $ 1,170,443.21 | 31 | 21.12% | 467 | $ 411,580.60 | $ 1,170,984.42 | 27.10% |

Seneca Sports, Inc.
Lending Activity with GMAC (10/01 to 12/03)

| | Code 140 | Code 001 | Code 185 | Code 190 | Code 195 | Code 175 | Code 191 | | Code 196 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Beginning Balance | Advances | Interest | Bank Charges/LOC Fees | Misc/JE Fees | Month End Charge on Sales | Receipt | Transfer | Write Downs | Collection | Ending Balance | Daily Balance | Days at Balance | Avg Monthly Balance |
| 10/01/01 | $7,376,884.31 | | | | | | | | | $ (22,264.59) | 7,354,619.72 | $ 7,354,619.72 | 1 | |
| 10/02/01 | $7,354,619.72 | | | | | | | | | $ (270,249.69) | 7,084,370.03 | $ 7,084,370.03 | 1 | |
| 10/03/01 | $7,084,370.03 | | | | | | | | | $ (3,515.41) | 7,080,854.62 | $ 7,080,854.62 | 1 | |
| 10/04/01 | $7,080,854.62 | | | | | | | | | $ (12,208.98) | 7,068,645.64 | $ 7,068,645.64 | 1 | |
| 10/05/01 | $7,068,645.64 | | | | | | | | | $ (7,233.37) | 7,061,412.27 | $ 7,061,412.27 | 4 | |
| 10/09/01 | $7,061,412.27 | 2,400.00 | | | | | | | | | 7,063,812.27 | | | |
| 10/09/01 | $7,063,812.27 | | | | | | | | | $ (39,351.31) | 7,024,460.96 | $ 7,024,460.96 | 1 | |
| 10/10/01 | $7,024,460.96 | | | | | | | | | $ (14,538.95) | 7,009,922.01 | $ 7,009,922.01 | 1 | |
| 10/11/01 | $7,009,922.01 | | | | | | | | | $ (681.89) | 7,009,240.12 | 7,009,240.12 | | |
| 10/11/01 | $7,009,240.12 | | | | | | | | | $ (5,682.50) | 7,003,557.62 | $ 7,003,557.62 | 1 | |
| 10/12/01 | $7,003,557.62 | | | | | | | | | $ (13,152.00) | 6,990,405.62 | $ 6,990,405.62 | 3 | |
| 10/15/01 | $6,990,405.62 | | | | | | | | | $ (83,732.17) | 6,906,673.45 | $ 6,906,673.45 | 1 | |
| 10/16/01 | $6,906,673.45 | | | | | | | | | $ (1,907.43) | 6,904,766.02 | $ 6,904,766.02 | 1 | |
| 10/17/01 | $6,904,766.02 | | | | | | $(4,100,000.00) | | | | 2,804,766.02 | | | |
| 10/17/01 | $2,804,766.02 | | | | | | | $(1,004,023.50) | | | 1,800,742.52 | | | |
| 10/17/01 | $1,800,742.52 | | | | | | | | | $ (85,804.04) | 1,714,938.48 | $ 1,714,938.48 | 1 | |
| 10/18/01 | $1,714,938.48 | | | | | | | | | | 1,464,938.48 | 1,464,938.48 | | |
| 10/18/01 | $1,464,938.48 | | | | | | (250,000.00) | | | $ (504.29) | 1,464,434.19 | $ 1,464,434.19 | 1 | |
| 10/19/01 | $1,464,434.19 | | | | | | | | | $ (7,183.34) | 1,457,250.85 | $ 1,457,250.85 | 3 | |
| 10/22/01 | $1,457,250.85 | | | | 553.07 | | | | | | 1,457,803.92 | | | |
| 10/22/01 | $1,457,803.92 | | | | | | | | | $ (30,292.73) | 1,427,511.19 | $ 1,427,511.19 | 1 | |
| 10/23/01 | $1,427,511.19 | | | | | | (16,952.80) | | | $ (1,552.62) | 1,425,958.57 | $ 1,425,958.57 | 1 | |
| 10/24/01 | $1,425,958.57 | | | | | | | | | | 1,409,005.77 | | | |
| 10/24/01 | $1,409,005.77 | | | | | | | | | $ (242.69) | 1,408,763.08 | $ 1,408,763.08 | 1 | |
| 10/25/01 | $1,408,763.08 | | | | 13,911.51 | | | | | | 1,422,674.59 | 1,422,674.59 | | |
| 10/25/01 | $1,422,674.59 | | | | | | | | | $ (178.16) | 1,422,496.43 | $ 1,422,496.43 | 1 | |
| 10/26/01 | $1,422,496.43 | 40,346.69 | | | | | | | | $ (14,132.19) | 1,408,364.24 | $ 1,408,364.24 | 3 | |
| 10/29/01 | $1,408,364.24 | | | | 25,102.00 | | | | | | 1,448,710.93 | 1,448,710.93 | | |
| 10/29/01 | $1,448,710.93 | | | | | | | | | $ (5,573.79) | 1,473,812.93 | $ 1,473,812.93 | 1 | |
| 10/30/01 | $1,473,812.93 | 18,115.00 | | | | | | | | | 1,468,239.14 | $ 1,468,239.14 | 1 | |
| 10/30/01 | $1,468,239.14 | | | | | | (45,548.77) | | | | 1,464,354.14 | 1,464,354.14 | | |
| 10/31/01 | $1,464,354.14 | | | 30.00 | | | (25,975.00) | | | | 1,438,805.37 | 1,438,805.37 | | |
| 10/31/01 | $1,438,805.37 | | | 50.00 | 22.62 | | | | | | 1,412,830.37 | $ 1,412,830.37 | 1 | |
| 10/31/01 | $1,412,830.37 | | | | | | | | | | 1,412,852.99 | 1,412,852.99 | | |
| 10/31/01 | $1,412,852.99 | | | 30.00 | | | | | | | 1,412,882.99 | 1,412,882.99 | | |
| 10/31/01 | $1,412,882.99 | | | | | | | | | | 1,412,932.99 | 1,412,932.99 | | |
| 10/31/01 | $1,412,932.99 | | | 274.97 | | | | | | | 1,413,207.96 | 1,413,207.96 | | |
| 10/31/01 | $1,413,207.96 | | | | | 6.08 | | | | | 1,413,214.04 | 1,413,214.04 | | |
| 10/31/01 | $1,413,214.04 | | | | | 1,662.33 | | | | | 1,414,876.37 | 1,414,876.37 | | |
| 10/31/01 | $1,414,876.37 | | | | | | | | | $ (4,969.23) | 1,409,907.14 | 1,409,907.14 | | |
| 10/31/01 | $1,409,907.14 | | 27,063.11 | | | | | | | | 1,436,970.25 | $ 1,436,970.25 | 1 | $ 4,336,571.71 |
| | | | | | | | | | | | | | | |
| 11/01/01 | $1,436,970.25 | | | | | | | | | $ (8,280.54) | 1,428,689.71 | $ 1,428,689.71 | 1 | |
| 11/02/01 | $1,428,689.71 | | | | 10,158.43 | | | | | | 1,438,848.14 | 1,438,848.14 | | |
| 11/02/01 | $1,438,848.14 | | | | | | | | | $ (807.40) | 1,438,040.74 | $ 1,438,040.74 | 3 | |
| 11/05/01 | $1,438,040.74 | | | | 250.00 | | | | | | 1,438,290.74 | 1,438,290.74 | | |
| 11/05/01 | $1,438,290.74 | | | | | | | | | $ (8,381.02) | 1,429,909.72 | $ 1,429,909.72 | 1 | |
| 11/06/01 | $1,429,909.72 | 45,000.00 | | | | | | | | | 1,474,909.72 | 1,474,909.72 | | |
| 11/06/01 | $1,474,909.72 | | | | | | (44,816.40) | | | | 1,430,093.32 | 1,430,093.32 | | |
| 11/06/01 | $1,430,093.32 | | | | | | (5,929.12) | | | | 1,424,164.20 | 1,424,164.20 | | |
| 11/07/01 | $1,424,164.20 | | | | | | | | | $ (126,524.93) | 1,297,639.27 | $ 1,297,639.27 | 1 | |
| 11/07/01 | $1,297,639.27 | | | | 178.00 | | | | | | 1,297,817.27 | 1,297,817.27 | | |
| 11/07/01 | $1,297,817.27 | | | | 157.50 | | | | | | 1,297,974.77 | 1,297,974.77 | | |
| 11/07/01 | $1,297,974.77 | | | | | | | | | $ (6,489.01) | 1,291,485.76 | $ 1,291,485.76 | 1 | |
| 11/08/01 | $1,291,485.76 | | | | | | | | | $ (5,826.84) | 1,285,658.92 | $ 1,285,658.92 | 1 | |

**Seneca Sports, Inc.**
**Lending Activity with GMAC (10/01 to 12/03)**

| Date | Beginning Balance | Code 140 Advances | Code 001 Interest | Code 185 Bank Charges/LOC Fees | Code 190 Misc/JE Fees | Code 195 Month End Charge on Sales | Code 175 Receipt | Code 191 Transfer | Write Downs | Code 196 Collection | Ending Balance | Daily Balance | Days at Balance | Avg Monthly Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/09/01 | $1,285,658.92 | | | | 627.00 | | | | | | 1,286,285.92 | | | |
| 11/09/01 | $1,286,285.92 | | | | 216.00 | | | | | | 1,286,501.92 | | | |
| 11/09/01 | $1,286,501.92 | | | | | | | | | (45,115.69) | 1,241,386.23 | $1,241,386.23 | 4 | |
| 11/13/01 | $1,241,386.23 | | | | | | (18,475.00) | | | | 1,222,911.23 | | | |
| 11/13/01 | $1,222,911.23 | | | | 6,933.72 | | | | | | 1,229,844.95 | | | |
| 11/13/01 | $1,229,844.95 | | | | | | | | | (125,134.97) | 1,104,709.98 | $1,104,709.98 | 1 | |
| 11/14/01 | $1,104,709.98 | | | | | | | | | (34,653.75) | 1,070,056.23 | $1,070,056.23 | 1 | |
| 11/15/01 | $1,070,056.23 | | | | | | | | | (15.47) | 1,070,040.76 | | | |
| 11/15/01 | $1,070,040.76 | | | | | | | | | (21,462.21) | 1,048,578.55 | $1,048,578.55 | 1 | |
| 11/16/01 | $1,048,578.55 | | | | | | | | | (336.39) | 1,048,242.16 | $1,048,242.16 | 3 | |
| 11/19/01 | $1,048,242.16 | | | | | | | | | (20,035.07) | 1,028,207.09 | $1,028,207.09 | 1 | |
| 11/20/01 | $1,028,207.09 | 10,763.00 | | | | | | | | | 1,038,970.09 | | | |
| 11/20/01 | $1,038,970.09 | | | | | | | | | (34.24) | 1,038,935.85 | $1,038,935.85 | 1 | |
| 11/21/01 | $1,038,935.85 | | | | | | | | | (3,157.86) | 1,035,777.99 | $1,035,777.99 | 5 | |
| 11/26/01 | $1,035,777.99 | | | | | | | | | (2,979.07) | 1,032,798.92 | $1,032,798.92 | 1 | |
| 11/27/01 | $1,032,798.92 | | | | 1,392.53 | | | | | | 1,034,191.45 | 1,034,191.45 | | |
| 11/27/01 | $1,034,191.45 | | | | 120.00 | | | | | | 1,034,311.45 | $1,034,311.45 | 1 | |
| 11/28/01 | $1,034,311.45 | | | | | | | | | (20,818.92) | 1,013,492.53 | $1,013,492.53 | 2 | |
| 11/30/01 | $1,013,492.53 | | | | | | (200.00) | | | | 1,013,292.53 | | | |
| 11/30/01 | $1,013,292.53 | | | | | | (700.00) | | | | 1,012,592.53 | | | |
| 11/30/01 | $1,012,592.53 | | | | | | (700.00) | | | | 1,011,892.53 | | | |
| 11/30/01 | $1,011,892.53 | | | 15.00 | | | | | | | 1,011,907.53 | | | |
| 11/30/01 | $1,011,907.53 | | | 20.00 | | | | | | | 1,011,927.53 | | | |
| 11/30/01 | $1,011,927.53 | | | 274.98 | | | | | | | 1,012,202.51 | | | |
| 11/30/01 | $1,012,202.51 | | | | 11.93 | | | | | | 1,012,214.44 | | | |
| 11/30/01 | $1,012,214.44 | | | | | 2.91 | | | | | 1,012,217.35 | | | |
| 11/30/01 | $1,012,217.35 | | | | | 835.44 | | | | | 1,013,052.79 | | | |
| 11/30/01 | $1,013,052.79 | | | | | | | | | (12,092.07) | 1,000,960.72 | | | |
| 11/30/01 | $1,000,960.72 | | 8,095.98 | | | | | | | | 1,009,056.70 | $1,009,056.70 | 1 | $1,157,676.89 |
| 12/01/01 | $1,009,056.70 | | | | | | | | | | 1,009,056.70 | 1,009,056.70 | 2 | |
| 12/03/01 | $1,009,056.70 | 7,140.00 | | | | | | | | | 1,016,196.70 | 1,016,196.70 | | |
| 12/03/01 | $1,016,196.70 | | | | | | (38.29) | | | | 1,016,158.41 | 1,016,158.41 | | |
| 12/03/01 | $1,016,158.41 | | | | | | (171.00) | | | | 1,015,987.41 | 1,015,987.41 | | |
| 12/03/01 | $1,015,987.41 | | | | | | (738.00) | | | | 1,015,251.41 | 1,012,751.41 | | |
| 12/03/01 | $1,015,251.41 | | | | | | (2,500.00) | | | | 1,012,751.41 | 1,012,751.41 | | |
| 12/03/01 | $1,012,751.41 | | | | | | (2,500.00) | | | | 1,010,251.41 | 1,010,251.41 | | |
| 12/03/01 | $1,010,251.41 | | | | | | (2,800.00) | | | | 1,007,451.41 | 1,007,451.41 | | |
| 12/03/01 | $1,007,451.41 | | | | | | (77,000.00) | | | | 930,451.41 | 930,451.41 | | |
| 12/03/01 | $930,451.41 | | | | | | | | | (5,119.22) | 925,332.19 | 925,332.19 | 1 | |
| 12/04/01 | $925,332.19 | | | | | | | | | (3,550.09) | 921,782.10 | 921,782.10 | | |
| 12/04/01 | $921,782.10 | 126,239.89 | | | | | | | | | 1,048,021.99 | 1,048,021.99 | 1 | |
| 12/05/01 | $1,048,021.99 | | | | | | | | | (5,163.78) | 1,042,858.21 | 1,042,858.21 | 2 | |
| 12/07/01 | $1,042,858.21 | | | | 208.00 | | | | | | 1,043,066.21 | | | |
| 12/10/01 | $1,043,066.21 | | | | | | | | | (10,889.26) | 1,032,176.95 | 1,032,176.95 | 3 | |
| 12/10/01 | $1,032,176.95 | | | | 124.15 | | | | | | 1,032,301.10 | | | |
| 12/10/01 | $1,032,301.10 | | | | 82.60 | | | | | | 1,032,383.70 | 1,032,383.70 | 2 | |
| 12/12/01 | $1,032,383.70 | 35,042.00 | | | | | | | | | 1,067,425.70 | 1,067,425.70 | 1 | |
| 12/13/01 | $1,067,425.70 | | | | | | | | | (12,202.72) | 1,055,222.98 | 1,055,222.98 | 1 | |
| 12/14/01 | $1,055,222.98 | | | | | | | | | (9,078.82) | 1,046,144.16 | 1,046,144.16 | 3 | |
| 12/17/01 | $1,046,144.16 | | | | 1,856.58 | | | | | | 1,047,999.74 | 1,047,999.74 | | |
| 12/17/01 | $1,047,999.74 | | | | | | | | | (117.07) | 1,047,882.67 | 1,047,882.67 | 1 | |
| 12/18/01 | $1,047,882.67 | | | | | | | | | (2,212.40) | 1,045,670.27 | 1,045,670.27 | 2 | |
| 12/20/01 | $1,045,670.27 | | | | 5,030.00 | | | | | | 1,050,700.27 | 1,050,700.27 | | |
| 12/20/01 | $1,050,700.27 | | | | 4,684.98 | | | | | | 1,055,385.25 | 1,055,385.25 | 1 | |

Seneca Sports, Inc.
Lending Activity with GMAC (10/01 to 12/03)

| Date | Beginning Balance | Code 140 Advances | Code 001 Interest | Code 185 Bank Charges/LOC Fees | Code 190 Misc/JE Fees | Code 195 Month End Charge on Sales | Code 175 Receipt | Code 191 Transfer | Write Downs | Code 195 Collection | Ending Balance | Daily Balance | Days at Balance | Avg Monthly Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/21/01 | $1,055,385.25 | | | | | | | | | $ (4,012.49) | 1,051,372.76 | $ 1,051,372.76 | 5 | |
| 12/26/01 | $1,051,372.76 | | | | | | | | | $ (464.08) | 1,050,908.68 | $ 1,050,908.68 | 1 | |
| 12/27/01 | $1,050,908.68 | | | | 2,181.54 | | | | | | 1,053,090.22 | | | |
| 12/27/01 | $1,053,090.22 | | | | | | | | | $ (551.62) | 1,052,538.60 | $ 1,052,538.60 | 1 | |
| 12/28/01 | $1,052,538.60 | | | | | | | | | $ (1,315.02) | 1,051,223.58 | $ 1,051,223.58 | 3 | |
| 12/31/01 | $1,051,223.58 | | | 15.00 | | | | | | | 1,051,238.58 | | | |
| 12/31/01 | $1,051,238.58 | | | 274.97 | | | | | | | 1,051,513.55 | | | |
| 12/31/01 | $1,051,513.55 | | | | | | | | | $ (1,689.60) | 1,049,823.95 | | | |
| 12/31/01 | $1,049,823.95 | | | | | | | | | 45.62 | 1,049,869.57 | | | |
| 12/31/01 | $1,049,869.57 | | 7,353.81 | | | | | | | | 1,057,223.38 | $ 1,057,223.38 | 1 | $ 1,040,818.62 |
| 01/01/02 | $1,057,223.38 | | | | | | | | | | 1,057,223.38 | $ 1,057,223.38 | 1 | |
| 01/02/02 | $1,057,223.38 | | | | | | | | | $ (910.00) | 1,056,313.38 | $ 1,056,313.38 | 5 | |
| 01/07/02 | $1,056,313.38 | | | | | | | | | $ (15,938.11) | 1,040,375.27 | $ 1,040,375.27 | 2 | |
| 01/09/02 | $1,040,375.27 | | | | | | | | | $ (34.13) | 1,040,341.14 | $ 1,040,341.14 | 5 | |
| 01/14/02 | $1,040,341.14 | | | | 37,777.79 | | | | | | 1,078,118.93 | $ 1,078,118.93 | 1 | |
| 01/15/02 | $1,078,118.93 | | | | | | | | | 2,543.40 | 1,080,662.33 | $ 1,080,662.33 | 1 | |
| 01/16/02 | $1,080,662.33 | 3,400.00 | | | | | | | | | 1,084,062.33 | | | |
| 01/16/02 | $1,084,062.33 | 175.00 | | | | | | | | | 1,084,237.33 | $ 1,084,237.33 | 1 | |
| 01/17/02 | $1,084,237.33 | | | | | | | | | | 1,082,109.83 | | | |
| 01/17/02 | $1,082,109.83 | | | | | | (2,127.50) | | | | 1,077,742.20 | $ 1,077,742.20 | 6 | |
| 01/17/02 | $1,077,742.20 | | | | | | (4,367.63) | | | | 1,079,664.89 | | | |
| 01/23/02 | $1,077,742.20 | | | | 1,922.69 | | | | | | 1,079,664.89 | | | |
| 01/23/02 | $1,079,664.89 | | | | | | | | | $ (183.31) | 1,079,481.58 | $ 1,079,481.58 | 1 | |
| 01/24/02 | $1,079,481.58 | | | | 2,045.50 | | | | | | 1,081,527.08 | 1,081,527.08 | | |
| 01/24/02 | $1,081,527.08 | | | | | | | | | $ (589.74) | 1,080,937.34 | $ 1,080,937.34 | 1 | |
| 01/25/02 | $1,080,937.34 | | | | | | | | | $ (5,813.65) | 1,075,123.69 | $ 1,075,123.69 | 3 | |
| 01/28/02 | $1,075,123.69 | | | | | | | | | $ (106.26) | 1,075,017.43 | $ 1,075,017.43 | 2 | |
| 01/30/02 | $1,075,017.43 | | | | 30,597.00 | | | | | | 1,105,614.43 | $ 1,105,614.43 | 1 | |
| 01/31/02 | $1,105,614.43 | | | 274.97 | | | | | | | 1,105,889.40 | 1,105,889.40 | | |
| 01/31/02 | $1,105,889.40 | | | | | | | | | $ (32.49) | 1,105,856.91 | 1,105,856.91 | | |
| 01/31/02 | $1,105,856.91 | | 7,575.49 | | | | | | | | 1,113,432.40 | $ 1,113,432.40 | 1 | $ 1,067,277.10 |
| 02/01/02 | $1,113,432.40 | | | | | | | | | | 1,113,432.40 | $ 1,113,432.40 | 3 | |
| 02/04/02 | $1,113,432.40 | | | | 12,968.67 | | | | | | 1,126,401.07 | $ 1,126,401.07 | 1 | |
| 02/05/02 | $1,126,401.07 | 1,896.00 | | | | | | | | | 1,128,297.07 | $ 1,128,297.07 | 8 | |
| 02/13/02 | $1,128,297.07 | | | | | | | | | $ (3,422.46) | 1,124,874.61 | $ 1,124,874.61 | 1 | |
| 02/14/02 | $1,124,874.61 | | | | | | | | | $ (3,325.88) | 1,121,548.73 | $ 1,121,548.73 | 1 | |
| 02/15/02 | $1,121,548.73 | | | | 1,608.80 | | | | | | 1,123,157.53 | 1,123,157.53 | | |
| 02/15/02 | $1,123,157.53 | | | | | | | | | $ (157.19) | 1,123,000.34 | $ 1,123,000.34 | 6 | |
| 02/21/02 | $1,123,000.34 | | | | | | (759.00) | | | | 1,122,241.34 | | | |
| 02/21/02 | $1,122,241.34 | | | | | | (1,996.50) | | | | 1,120,244.84 | $ 1,120,244.84 | 1 | |
| 02/22/02 | $1,120,244.84 | | | | 1,410.66 | | | | | | 1,121,655.50 | 1,121,655.50 | | |
| 02/22/02 | $1,121,655.50 | | | | 1,916.66 | | | | | | 1,123,572.16 | $ 1,123,572.16 | 3 | |
| 02/25/02 | $1,123,572.16 | | | | 2,130.60 | | | | | | 1,125,702.76 | 1,125,702.76 | | |
| 02/26/02 | $1,125,702.76 | | | | | | | | | $ (33.15) | 1,125,669.61 | $ 1,125,669.61 | 1 | |
| 02/28/02 | $1,125,669.61 | | 3.07 | | | | | | | $ (92.06) | 1,125,577.55 | $ 1,125,577.55 | 2 | |
| 02/28/02 | $1,125,577.55 | | | 274.99 | | | | | | | 1,125,560.62 | 1,125,560.62 | | |
| 02/28/02 | $1,125,560.62 | | | | | | | | | | 1,125,855.61 | 1,125,855.61 | | |
| 02/28/02 | $1,125,855.61 | | 7,018.38 | | | | | | | | 1,132,873.99 | $ 1,132,873.99 | 1 | $ 1,124,220.01 |
| 03/01/02 | $1,132,873.99 | | | | | | | | | | 1,132,873.99 | $ 1,132,873.99 | 4 | |
| 03/05/02 | $1,132,873.99 | | | 90.00 | | | | | | | 1,132,963.99 | 1,132,963.99 | | |
| 03/05/02 | $1,132,963.99 | | | | | | | | | | 1,130,211.56 | $ 1,130,211.56 | 8 | |
| 03/13/02 | $1,130,211.56 | | | | (2,752.43) | | | | | | 1,129,998.22 | $ 1,129,998.22 | 8 | |
| 03/21/02 | $1,129,998.22 | | | | 2,752.43 | | | | | $ (213.34) | 1,132,750.65 | $ 1,132,750.65 | 1 | |

Seneca Sports, Inc.
Lending Activity with GMAC (10/01 to 12/03)

| | | Code 140 | Code 001 | Code 185 | Code 190 | Code 195 | Code 175 | Code 191 | | | Code 196 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Beginning Balance | Advances | Interest | Bank Charges/LOC Fees | Misc/JE Fees | Month End Charge on Sales | Receipt | Transfer | Write Downs | | Collection | Ending Balance | Daily Balance | Days at Balance | Avg Monthly Balance |
| 03/22/02 | $1,132,750.65 | - | - | - | 1,725.34 | - | - | - | - | | - | 1,134,475.99 | $ 1,134,475.99 | 3 | |
| 03/25/02 | $1,134,475.99 | - | - | - | 1,973.91 | - | - | - | - | | - | 1,136,449.90 | $ 1,136,449.90 | 6 | |
| 03/31/02 | $1,136,449.90 | - | - | 274.97 | - | - | - | - | - | | - | 1,136,724.87 | $ 1,136,724.87 | | |
| 03/31/02 | $1,136,724.87 | - | 7,829.43 | - | - | - | - | - | - | | - | 1,144,554.30 | $ 1,144,554.30 | 1 | $ 1,132,664.73 |
| 04/01/02 | $1,144,554.30 | - | - | - | - | - | - | - | - | | - | 1,144,554.30 | $ 1,144,554.30 | 1 | |
| 04/02/02 | $1,144,554.30 | - | - | 56,908.22 | - | - | - | - | - | | - | 1,201,462.52 | $ 1,201,462.52 | 3 | |
| 04/05/02 | $1,201,462.52 | - | - | - | 722.90 | - | - | - | - | | - | 1,202,185.42 | $ 1,202,185.42 | 11 | |
| 04/18/02 | $1,202,185.42 | - | - | - | - | - | (1,059.58) | - | - | | - | 1,201,125.84 | $ 1,201,125.84 | 6 | |
| 04/22/02 | $1,201,125.84 | - | - | - | 605.00 | - | - | - | - | | - | 1,201,730.84 | $ 1,201,730.84 | 3 | |
| 04/25/02 | $1,201,730.84 | - | - | - | 2,202.02 | - | - | - | - | | - | 1,203,932.86 | | | |
| 04/25/02 | $1,203,932.86 | - | - | - | - | - | - | - | - | | 0.56 | 1,203,933.42 | $ 1,203,933.42 | 1 | |
| 04/26/02 | $1,203,933.42 | - | - | - | - | - | - | - | - | | (111.67) | 1,203,821.75 | $ 1,203,821.75 | 4 | |
| 04/30/02 | $1,203,821.75 | - | - | 137.79 | - | - | - | - | - | | - | 1,203,959.54 | | | |
| 04/30/02 | $1,203,959.54 | - | 8,014.26 | - | - | - | - | - | - | | - | 1,211,973.80 | $ 1,211,973.80 | 1 | $ 1,200,537.44 |
| 05/01/02 | $1,211,973.80 | - | - | - | 537.67 | - | - | - | - | | - | 1,212,511.47 | $ 1,212,511.47 | 22 | |
| 05/23/02 | $1,212,511.47 | - | - | - | 2,254.00 | - | - | - | - | | - | 1,214,765.47 | $ 1,214,765.47 | 5 | |
| 05/28/02 | $1,214,765.47 | - | - | - | - | - | - | - | - | | (108.82) | 1,214,656.65 | $ 1,214,656.65 | 3 | |
| 05/31/02 | $1,214,656.65 | - | - | 133.05 | - | - | - | - | - | | - | 1,214,789.70 | | | |
| 05/31/02 | $1,214,789.70 | - | 8,370.56 | - | - | - | - | - | - | | - | 1,219,822.73 | | | |
| 05/31/02 | $1,219,822.73 | - | - | - | - | - | - | - | - | | 5,033.03 | 1,228,193.29 | $ 1,228,193.29 | 1 | $ 1,213,588.48 |
| 06/01/02 | $1,228,193.29 | - | - | - | - | - | - | - | - | | - | 1,228,193.29 | $ 1,228,193.29 | 10 | |
| 06/11/02 | $1,228,193.29 | - | - | - | - | - | - | - | - | | (56.85) | 1,228,136.44 | | | |
| 06/11/02 | $1,228,136.44 | - | - | - | - | - | - | - | - | | (83.53) | 1,228,052.91 | $ 1,228,052.91 | 3 | |
| 06/14/02 | $1,228,052.91 | - | - | - | 2,354.21 | - | - | - | - | | - | 1,230,407.12 | $ 1,230,407.12 | 10 | |
| 06/24/02 | $1,230,407.12 | - | - | - | 170.00 | - | - | - | - | | - | 1,230,577.12 | $ 1,230,577.12 | 4 | |
| 06/28/02 | $1,230,577.12 | - | - | - | - | - | - | - | - | | (82,153.18) | 1,148,423.94 | | | |
| 06/28/02 | $1,148,423.94 | - | - | - | - | - | - | - | - | | 33,180.00 | 1,181,603.94 | $ 1,181,603.94 | 2 | |
| 06/30/02 | $1,181,603.94 | - | 8,178.02 | - | - | - | - | - | - | | - | 1,189,781.96 | $ 1,189,781.96 | 1 | $ 1,224,848.71 |
| 07/01/02 | $1,189,781.96 | - | - | - | - | - | - | - | - | | - | 1,189,781.96 | $ 1,189,781.96 | 4 | |
| 07/05/02 | $1,189,781.96 | - | - | - | - | - | - | - | - | | (47,048.08) | 1,142,733.88 | $ 1,142,733.88 | 21 | |
| 07/26/02 | $1,142,733.88 | - | - | - | 2,300.06 | - | - | - | - | | - | 1,145,033.94 | $ 1,145,033.94 | 5 | |
| 07/31/02 | $1,145,033.94 | - | - | - | - | - | - | - | - | | 2,747.26 | 1,147,781.20 | | | |
| 07/31/02 | $1,147,781.20 | - | 7,931.06 | - | - | - | - | - | - | | - | 1,155,712.26 | $ 1,155,712.26 | 1 | $ 1,149,694.23 |
| 08/01/02 | $1,155,712.26 | - | - | - | - | - | - | - | - | | (1,046.90) | 1,154,665.36 | $ 1,154,665.36 | 21 | |
| 08/22/02 | $1,154,665.36 | - | - | - | 2,230.60 | - | - | - | - | | - | 1,156,895.96 | $ 1,156,895.96 | 1 | |
| 08/23/02 | $1,156,895.96 | - | - | - | - | - | - | - | - | | (325.00) | 1,156,570.96 | $ 1,156,570.96 | 7 | |
| 08/30/02 | $1,156,570.96 | - | - | - | - | - | - | - | - | | 29,661.18 | 1,186,232.14 | $ 1,186,232.14 | 1 | |
| 08/31/02 | $1,186,232.14 | - | 7,988.86 | - | - | - | - | - | - | | - | 1,194,221.00 | $ 1,194,221.00 | 1 | $ 1,157,461.88 |
| 09/01/02 | $1,194,221.00 | - | - | - | - | - | - | - | - | | - | 1,194,221.00 | $ 1,194,221.00 | 26 | |
| 09/27/02 | $1,194,221.00 | - | - | - | 2,246.86 | - | - | - | - | | - | 1,196,467.86 | $ 1,196,467.86 | 3 | |
| 09/30/02 | $1,196,467.86 | - | - | - | - | - | - | - | - | | 154.61 | 1,196,622.47 | | | |
| 09/30/02 | $1,196,622.47 | - | 7,976.59 | - | - | - | - | - | - | | - | 1,204,599.06 | $ 1,204,599.06 | 1 | $ 1,194,791.62 |
| 10/01/02 | $1,204,599.06 | - | - | - | - | - | - | - | - | | - | 1,204,599.06 | $ 1,204,599.08 | 20 | |
| 10/21/02 | $1,204,599.06 | - | - | - | 2,243.41 | - | - | - | - | | - | 1,206,842.47 | $ 1,206,842.47 | 4 | |
| 10/25/02 | $1,206,842.47 | - | - | - | - | - | - | - | - | | (68.48) | 1,206,773.99 | $ 1,206,773.99 | 5 | |
| 10/30/02 | $1,206,773.99 | - | - | - | - | - | - | - | - | | (3,130.24) | 1,203,643.75 | $ 1,203,643.75 | 1 | |
| 10/31/02 | $1,203,643.75 | - | - | - | - | - | - | - | - | | 5,813.65 | 1,209,457.40 | | | |
| 10/31/02 | $1,209,457.40 | - | 8,314.89 | - | - | - | - | - | - | | - | 1,217,772.29 | $ 1,217,772.29 | 1 | $ 1,205,633.45 |

Seneca Sports, Inc.
Lending Activity with GMAC (10/01 to 12/03)

| Date | Beginning Balance | Code 140 Advances | Code 001 Interest | Code 185 Bank Charges/LOC Fees | Code 190 Misc/JE Fees | Code 195 Month End Charge on Sales | Code 175 Receipt | Code 191 Transfer | Write Downs | Code 185 Collection | Code 196 | Ending Balance | Daily Balance | Days at Balance | Avg Monthly Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/01/02 | $1,217,772.29 | - | - | - | - | - | - | - | - | - | | 1,217,772.29 | $ 1,217,772.29 | 29 | |
| 11/30/02 | $1,217,772.29 | - | 7,712.56 | - | - | - | - | - | - | - | | 1,225,484.85 | $ 1,225,484.85 | 1 | $ 1,218,029.36 |
| 12/01/02 | $1,225,484.85 | - | - | - | - | - | - | - | - | - | | 1,225,484.85 | $ 1,225,484.85 | 29 | |
| 12/30/02 | $1,225,484.85 | - | - | - | 3,850.00 | - | - | - | - | - | | 1,229,134.85 | $ 1,229,134.85 | 1 | |
| 12/31/02 | $1,229,134.85 | - | 7,916.11 | - | - | - | - | - | - | - | | 1,237,050.96 | $ 1,237,050.96 | 1 | $ 1,225,975.69 |
| 01/01/03 | $1,237,050.96 | - | - | - | - | - | - | - | - | - | | 1,237,050.96 | $ 1,237,050.96 | 5 | |
| 01/06/03 | $1,237,050.96 | - | - | - | 11,341.50 | - | - | - | - | - | | 1,248,392.46 | $ 1,248,392.46 | 2 | |
| 01/08/03 | $1,248,392.46 | - | - | - | 437.10 | - | - | - | - | - | | 1,248,829.56 | $ 1,248,829.56 | 1 | |
| 01/09/03 | $1,248,829.56 | - | - | - | (437.10) | - | - | - | - | - | | 1,248,392.46 | $ 1,248,392.46 | 19 | |
| 01/28/03 | $1,248,392.46 | - | - | - | - | - | - | - | - | (103,341.50) | | 1,145,050.96 | $ 1,145,050.96 | 3 | |
| 01/31/03 | $1,145,050.96 | - | - | - | 2,374.83 | - | - | - | - | - | | 1,147,425.79 | $ 1,147,425.79 | 1 | |
| 01/31/03 | $1,147,425.79 | - | 7,570.91 | - | - | - | - | - | - | - | | 1,147,490.79 | $ 1,147,490.79 | 1 | $ 1,170,443.21 |
| | $1,147,490.79 | | | | | | | | | 65.00 | | 1,155,061.70 | $ 1,155,061.70 | | |
| 02/01/03 | $1,155,061.70 | - | - | - | - | - | - | - | - | - | | 1,155,061.70 | $ 1,155,061.70 | 27 | |
| 02/28/03 | $1,155,061.70 | - | 6,737.86 | - | - | - | - | - | - | - | | 1,161,799.56 | $ 1,161,799.56 | 1 | $ 1,155,302.34 |
| 03/01/03 | $1,161,799.56 | - | - | - | - | - | - | - | - | - | | 1,161,799.56 | $ 1,161,799.56 | 10 | |
| 03/11/03 | $1,161,799.56 | - | - | - | - | - | (190.61) | - | - | - | | 1,161,608.95 | $ 1,161,608.95 | 3 | |
| 03/14/03 | $1,161,608.95 | - | - | - | (325.00) | - | - | - | - | - | | 1,161,283.95 | | | |
| 03/14/03 | $1,161,283.95 | - | - | - | (3,130.24) | - | - | - | - | - | | 1,158,153.71 | | | |
| 03/14/03 | $1,158,153.71 | - | - | - | (8,103.72) | - | - | - | - | - | | 1,150,049.99 | | | |
| 03/31/03 | $1,150,049.99 | - | - | - | 11,558.96 | - | - | - | - | - | | 1,161,608.95 | $ 1,161,608.95 | 17 | |
| 03/31/03 | $1,161,608.95 | - | 7,504.91 | - | - | - | - | - | - | - | | 1,169,113.86 | $ 1,169,113.86 | 1 | $ 1,161,912.53 |
| 04/01/03 | $1,169,113.86 | - | - | - | 6,048.25 | - | - | - | - | - | | 1,175,162.11 | $ 1,175,162.11 | 7 | |
| 04/08/03 | $1,175,162.11 | - | - | - | - | - | (75.35) | - | - | - | | 1,175,086.76 | $ 1,175,086.76 | 21 | |
| 04/29/03 | $1,175,086.76 | - | - | - | 2,251.47 | - | - | - | - | - | | 1,177,338.23 | $ 1,177,338.23 | 1 | |
| 04/30/03 | $1,177,338.23 | - | 7,358.49 | - | - | - | - | - | - | - | | 1,184,696.72 | $ 1,184,696.72 | 1 | $ 1,175,499.72 |
| 05/01/03 | $1,184,696.72 | - | - | - | 5,468.96 | - | - | - | - | - | | 1,190,165.68 | $ 1,190,165.68 | 5 | |
| 05/06/03 | $1,184,696.72 | - | - | - | 2,207.54 | - | - | - | - | - | | 1,192,373.22 | $ 1,192,373.22 | 23 | |
| 05/29/03 | $1,190,165.68 | - | - | - | - | - | - | - | - | - | | 1,192,373.22 | $ 1,192,373.22 | 2 | |
| 05/31/03 | $1,192,373.22 | - | 7,695.05 | - | - | - | - | - | - | - | | 1,200,068.27 | $ 1,200,068.27 | 1 | $ 1,189,745.45 |
| 06/01/03 | $1,200,068.27 | - | - | - | - | - | - | - | - | - | | 1,200,068.27 | $ 1,200,068.27 | 29 | |
| 06/30/03 | $1,200,068.27 | - | - | - | 2,308.51 | - | - | - | - | - | | 1,202,376.78 | | | |
| 06/30/03 | $1,202,376.78 | - | 7,472.78 | - | - | - | - | - | - | - | | 1,209,849.56 | $ 1,209,849.56 | 1 | $ 1,200,394.31 |
| 07/01/03 | $1,209,849.56 | - | - | - | - | - | - | - | - | - | | 1,209,849.56 | $ 1,209,849.56 | 27 | |
| 07/28/03 | $1,209,849.56 | - | - | - | 2,254.45 | - | - | - | - | - | | 1,212,104.01 | $ 1,212,104.01 | 3 | |
| 07/31/03 | $1,212,104.01 | - | 7,567.24 | - | - | - | - | - | - | - | | 1,219,671.25 | $ 1,219,671.25 | 1 | $ 1,210,384.56 |
| 08/01/03 | $1,219,671.25 | - | - | - | - | - | - | - | - | - | | 1,219,671.25 | $ 1,219,671.25 | 28 | |
| 08/29/03 | $1,219,671.25 | - | - | - | 2,348.45 | - | - | - | - | - | | 1,222,019.70 | $ 1,222,019.70 | 2 | |
| 08/31/03 | $1,222,019.70 | - | 7,829.14 | - | - | - | - | - | - | - | | 1,229,848.84 | $ 1,229,848.84 | 1 | $ 1,220,144.62 |
| 09/01/03 | $1,229,848.84 | - | - | - | - | - | - | - | - | - | | 1,229,848.84 | $ 1,229,848.84 | 28 | |
| 09/29/03 | $1,229,848.84 | - | - | - | (14,405.00) | - | - | - | - | - | | 1,215,243.84 | $ 1,215,243.84 | 1 | |
| 09/30/03 | $1,215,243.84 | - | - | - | 2,367.66 | - | - | - | - | - | | 1,217,611.50 | | | |
| 09/30/03 | $1,217,611.50 | - | 7,437.64 | - | - | - | - | - | - | - | | 1,225,049.14 | $ 1,225,049.14 | 1 | $ 1,229,015.35 |

Exhibit F
Page 6 of 6

Seneca Sports, Inc.
Lending Activity with GMAC (10/01 to 12/03)

| | | Code 140 | Code 001 | Code 185 | Code 190 | Code 195 | Code 175 | Code 161 | | | Code 196 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Beginning Balance | Advances | Interest | Bank Charges/LOC Fees | Misc/JE Fees | Month End Charge on Sales | Receipt | Transfer | Write Downs | | Collection | Ending Balance | Daily Balance | Days at Balance | Avg Monthly Balance |
| 10/01/03 | $1,225,049.14 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | $ - | $ 1,225,049.14 | $ 1,225,049.14 | 1 | |
| 10/02/03 | $1,225,049.14 | $ - | $ - | $ - | $ 14,405.00 | $ - | $ - | $ - | $ - | | $ - | $ 1,239,454.14 | $ 1,239,454.14 | 29 | |
| 10/31/03 | $1,239,454.14 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | $ - | $ 1,239,454.14 | $ 1,239,454.14 | 1 | $ 1,238,989.46 |
| 11/01/03 | $1,239,454.14 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | $ - | $ 1,239,454.14 | $ 1,239,454.14 | 23 | |
| 11/24/03 | $1,239,454.14 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (61,875.41) | | $ - | $ 1,177,578.73 | | | |
| 11/24/03 | $1,177,578.73 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (209,262.50) | | $ - | $ 968,316.23 | | | |
| 11/24/03 | $ 968,316.23 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (968,316.23) | | $ - | $ 0.00 | $ 0.00 | 1 | |
| 11/25/03 | $ 0.00 | $ - | $ 10,955.76 | $ - | $ - | $ - | $ - | $ - | $ - | | $ - | $ 10,955.76 | $ 10,955.76 | 1 | $ 1,140,736.04 |
| 12/01/03 | $ 10,955.76 | $ - | $ (10,955.76) | $ - | $ - | $ - | $ - | $ - | $ - | | $ - | $ 0.00 | $ 0.00 | 1 | |

## KEITH D. LOWEY, CPA

## CURRICULUM VITAE

| | |
|---|---|
| POSITION | President, Verdolino & Lowey, P.C.<br>Certified Public Accountant, Massachusetts and Rhode Island |
| EDUCATION | B.S., Accountancy, Bentley College, Waltham, MA (1983) |
| PROFESSIONAL AFFILIATIONS | American Institute of Certified Public Accountants, Member<br>Massachusetts Society of Certified Public Accountants, Member<br>American Bankruptcy Institute<br>Association of Insolvency Accountants<br>Turnaround Management Association<br>Candidate for Certified Insolvency and Reorganization Accountant |
| PROFESSIONAL | Verdolino & Lowey, P.C., President, 1990 to present. Extensive experience in accounting and consulting services; business transactions; business advisory services; business liquidations; business valuation; litigation support; and, bankruptcy matters including: taxation and accounting, valuation and insolvency, search for preference and fraudulent transactions, records reconstruction and expert witness services. Have been employed as accountants for Chapter 7 and 11 Trustees, Examiners, Debtors and Creditors' Committees; Examiner; Liquidating Agents; Estate Representative; SEC Receiver; Assignee; Disbursing Agent; Interim CEO/CFO; and, qualified and testified as expert witness.<br><br>Stadium Management Corporation/Foxboro Stadium Associates, L.P. 1986 to 1990. Controller/Chief Financial Officer. Responsible for all financial aspects of the Company and its subsidiaries; bank relationships; internal and external financial reporting; liaison to outside auditors; settlements with Stadium event promoters, insurance, tax compliance, employee benefits, etc.<br><br>Arthur Andersen & Co. Senior Auditor 1983 to 1986. Responsible for planning, administering and executing financial statement audits and special projects for medium to large size companies. |

KEITH D. LOWEY, CPA

CURRICULUM VITAE
continued

| | |
|---|---|
| PUBLICATIONS AND SPEECHES | Co-Author of *Bankruptcy Overview: Issues, Law and Policy, Third Edition (1996)*. |

Co-Author Boston Bar Association Bankruptcy Law Section Newsletter *The Gaps in GAAP, January 2001*.

Speaker United States Trustee seminar, July 1998.

Speaker at the American Bankruptcy Conference in July 2000 on the Strategic Use of Financial Statements in Bankruptcy.

Speaker at the Massachusetts Continuing Legal Education, Inc. seminar *Litigation by the Numbers*, February 2001.

Speaker at the Risk Management Association/Turnaround Management Association Panel Discussion in December 2002 on Forensic Accounting and Fraud.

Speaker at the American Bankruptcy Institute Conference in July 2005 on Significant Tax Issues in Individual Cases.

PREVIOUS EXPERT TESTIMONY (trial or deposition)

**Environmental Compliance Corporation, Inc.**
Chapter 11, Case No. 94-40281-HJB
Western District of Massachusetts

Hired by defendant in adversary proceeding to determine the solvency of the debtor; co-authored and submitted report to the Court.

**Bankruptcy of Edward S. Stimpson, III**
Chapter 7, Case No. 95-17407-CJK
Eastern District of Massachusetts

Testified in Court January 1997 regarding estate tax returns and various tax issues.

**Yary v. Zwick**
Superior Court of the State of California for the County of Orange
CA No. 781066

Deposed and testified in Court October 1998 regarding solvency of Hyphen, Inc.

<u>KEITH D. LOWEY, CPA</u>

<u>CURRICULUM VITAE</u>
continued

**CyberStorage Systems, Inc. v. Trimm Technologies, Inc.**
U.S. District Court (Massachusetts)
Civil Action No. 97 CV 12369 RGS

Retained as expert to calculate lost profits; prepared report and deposed.

**The KMS Companies, Inc. v. Arthur Ivey, et. al.**
Adversary Proceeding
US Bankruptcy Court (Eastern District of Massachusetts)
Case No. 98-11412-WCH

Retained as expert to respond to allegations regarding the capitalization of various entities, the propriety and accounting treatment of certain transfers and transactions. Testified in Court April 2000.

**Edward Stanger, et.al. v. George Davis, et. al..**
U.S. District Court (Massachusetts)
Civil Action No. 96-11052 DPW

Retained as expert to express an opinion concerning whether or not funds were commingled by the defendants and whether the defendants acted in a reasonable and prudent manner as Trustees and if not to calculate the damages that resulted – prepared report.

**Atlantic Rancher, Inc.**
Adversary Proceeding
US Bankruptcy Court (Eastern District of Massachusetts)
Case No. 99-12942-JNF

Retained as expert to express an opinion concerning the proper classification of various advances made to the Debtor - prepared report and testified in Court.

**Newport Creamery, Inc.**
Adversary Proceeding
US Bankruptcy Court (District of Rhode Island)
Case No. 01-13196

Testified in Court as expert to express an opinion concerning the solvency of the Debtor after a leveraged buy-out transaction.

KEITH D. LOWEY, CPA

CURRICULUM VITAE
continued

**Timothy P. King, attorney in fact for and on behalf of Hilda Ayer Anderson and the Ayer-Anderson Foundation, Inc. v. Jon F. Conant, John Byors, d/b/a West Side Marble, Robert E. Sayre, and Bertram W. Allen**
Suffolk Superior Court (Commonwealth of Massachusetts)
C.A. No. 03-2012 BLS

Retained as expert to express an opinion on the responsibilities of a financial fiduciary and analyze the financial activity of the plaintiff to determine potential claims against each of the defendants. Prepared for trial - cases settled and/or facts stipulated to.