United States District Court
District of Massachusetts
Civil Action No. 04-11955WGY
David L. Landay v. GMAC Commercial Credit LLC et al.
**First Supplement to Expert Witness Report of Keith D. Lowey, CPA**
November 10, 2005

As allowed for in the Expert Witness Report of Keith D. Lowey, CPA dated October 10, 2005 (the "Lowey Expert Report"), I am hereby supplementing my analysis. The section headings referenced herein correspond to the section headings in the Lowey Expert Report. Exhibits incorporated herein supersede the corresponding exhibits in the Lowey Expert Report. All terms previously defined in the Lowey Expert Report have the same meanings ascribed to them, herein.

IV.  **Documentation Reviewed**

   Additional documents reviewed are listed in Exhibit H – Supplement attached.

V.  **Findings**

   This Supplement does not change the opinions expressed in the original Lowey Expert Report.

VI.  **Usury**

   - **Adjustments**

   Several line items were previously misclassified in the original usury calculation. As referenced in attached Exhibit E (revised), a $56,908.22 principal payment was misclassified as a charge, while five loan charges were misclassified as principal advances. As a result of these adjustments, the total charges included in the usury calculation amount to $425,628.38 and the revised effective interest rate for the period (10/22/01 to 1/31/03) is 28.02% - see attached Exhibits E & F (revised).

   The effect of interest being charged at a rate in excess of 20% (the "Usury Interest Damages") for the period 10/22/01 to 1/31/03 amounts to $121,822.98, as evidenced by the calculation in the attached Exhibit D (revised).

1

Exhibit D - Revised

REVISED CALCULATION

SENECA SPORTS, INC. / GMAC INTEREST CALCULATION

| Begin Date | End Date | Monthly Charges | Average Balance | Days | Monthly Rate | Cumulative Days | Cumulative Charges | Cumulative Average Balance | Cumulative Rate to Date | Interest Charge at 20% | Monthly Damages (over charge) | Cumulative Monthly Damages (over charge) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/22/01 | 10/31/01 | $ 84,790.89 | $ 1,422,788.18 | 10 | 214.54% | 10 | $ 84,790.69 | $ 1,422,786.18 | 214.54% | 7,904.37 | $ 76,886.32 | $ 1,345,899.85 |
| 11/01/01 | 11/30/01 | $ 40,052.42 | $ 1,157,878.89 | 30 | 41.52% | 40 | $ 124,843.11 | $ 1,223,954.21 | 91.80% | 19,294.61 | $ 20,757.81 | $ 1,136,919.09 |
| 12/01/01 | 12/31/01 | $ 83,992.83 | $ 1,040,818.82 | 31 | 71.40% | 71 | $ 188,835.74 | $ 1,143,993.60 | 83.70% | 17,925.21 | $ 46,067.42 | $ 994,751.19 |
| 01/01/02 | 01/31/02 | $ 80,193.44 | $ 1,067,277.10 | 31 | 87.26% | 102 | $ 269,029.18 | $ 1,120,677.80 | 84.73% | 18,380.88 | $ 61,812.56 | $ 1,005,464.54 |
| 02/01/02 | 02/28/02 | $ 29,227.83 | $ 1,124,220.01 | 28 | 33.43% | 130 | $ 298,257.01 | $ 1,121,440.74 | 73.65% | 17,487.87 | $ 11,739.96 | $ 1,112,480.05 |
| 03/01/02 | 03/31/02 | $ 11,893.65 | $ 1,132,664.73 | 31 | 12.19% | 161 | $ 310,150.66 | $ 1,123,601.88 | 61.72% | 19,507.00 | $ (7,613.35) | $ 1,140,278.08 |
| 04/01/02 | 04/30/02 | $ 11,681.97 | $ 1,200,537.44 | 30 | 11.68% | 191 | $ 321,832.63 | $ 1,135,686.00 | 53.41% | 20,008.96 | $ (8,326.99) | $ 1,208,864.43 |
| 05/01/02 | 05/31/02 | $ 11,295.28 | $ 1,213,588.48 | 31 | 10.81% | 222 | $ 333,127.91 | $ 1,146,564.27 | 47.12% | 20,900.89 | $ (9,605.41) | $ 1,223,193.89 |
| 06/01/02 | 06/30/02 | $ 10,702.23 | $ 1,224,848.71 | 30 | 10.49% | 252 | $ 343,830.14 | $ 1,155,883.85 | 42.49% | 20,414.15 | $ (9,711.92) | $ 1,234,560.62 |
| 07/01/02 | 07/31/02 | $ 10,231.12 | $ 1,149,594.23 | 31 | 10.34% | 283 | $ 354,061.26 | $ 1,155,194.88 | 38.99% | 19,798.57 | $ (9,567.45) | $ 1,159,181.68 |
| 08/01/02 | 08/31/02 | $ 10,219.46 | $ 1,157,461.88 | 31 | 10.25% | 314 | $ 364,280.72 | $ 1,155,418.69 | 36.15% | 19,934.07 | $ (9,714.61) | $ 1,187,176.49 |
| 09/01/02 | 09/30/02 | $ 10,223.45 | $ 1,194,791.62 | 30 | 10.27% | 344 | $ 374,504.17 | $ 1,158,852.38 | 33.82% | 19,913.19 | $ (9,689.74) | $ 1,204,481.37 |
| 10/01/02 | 10/31/02 | $ 10,558.30 | $ 1,205,633.45 | 31 | 10.17% | 375 | $ 385,062.47 | $ 1,162,719.61 | 31.79% | 20,783.69 | $ (10,205.39) | $ 1,215,838.84 |
| 11/01/02 | 11/30/02 | $ 7,712.56 | $ 1,218,029.38 | 30 | 7.60% | 405 | $ 392,775.03 | $ 1,166,816.63 | 29.92% | 20,300.49 | $ (12,587.93) | $ 1,230,617.30 |
| 12/01/02 | 12/31/02 | $ 11,566.11 | $ 1,225,975.69 | 31 | 10.96% | 436 | $ 404,341.14 | $ 1,171,022.90 | 28.51% | 21,114.03 | $ (9,547.92) | $ 1,235,523.61 |
| 01/01/03 | 01/31/03 | $ 21,287.24 | $ 1,170,443.21 | 31 | 21.12% | 467 | $ 425,828.38 | $ 1,170,984.42 | 28.02% | 20,157.63 | $ 1,129.61 | $ 1,169,313.60 |
|  |  | $ 425,628.38 |  |  |  |  |  |  |  | $ 303,805.40 | $ 121,822.98 |  |

Exhibit E – Revised
Page 1 of 2

Seneca Sports, Inc.
Detail of Revisions to Usury Calculation

| | |
|---|---|
| Total Charges Considered Per Original Report (dated 10/10/05) | $411,580.60 |

Adjustments -

   Incorrect charge included In original report

| | |
|---|---|
| 4/2/02  Draw down on Disney Standby Letter of Credit (principal advance previously classified as an expense) | $ (56,908.22) |

   Additional loan charges previously classified as principal advances

| | |
|---|---|
| 10/30/01 RAS Invoice for services 9/7/01 - 10/18/01 | $ 16,115.00 |
| 11/20/01 RAS Invoice for services 11/9/01 - 11/10/01 | $ 10,763.00 |
| 12/3/01 RAS invoice for Temporary Help | $ 7,140.00 |
| 12/12/01 RAS Invoice for services 11/11/01 - 11/30/01 | $ 35,042.00 |
| 2/05/02 Miscellaneous Charge | $ 1,896.00 |

| | |
|---|---|
| Total Charges Considered Per Amended Report (dated 11/10/05) | $425,628.38 |

Note: Revised effective interest rate for the period 10/22/01 to 1/31/03 is 28.02%.


Exhibit E – Revised
Page 2 of 2

REVISED CALCULATION

SENECA SPORTS, INC. / GMAC INTEREST CALCULATIONS

| Begin Date | End Date | Monthly Charges | Average Balance | Days | Monthly Rate | Accumulated Days | Accumulated Charges | Accumulated Average Balance | Cumulative Rate to Date |
|---|---|---|---|---|---|---|---|---|---|
| 10/22/01 | 10/31/01 | $ 84,790.69 | $ 1,422,786.18 | 10 | 214.54% | 10 | $ 84,790.69 | $ 1,422,786.18 | 214.54% |
| 11/01/01 | 11/30/01 | $ 40,052.42 | $ 1,157,676.89 | 30 | 41.52% | 40 | $ 124,843.11 | $ 1,223,954.21 | 91.80% |
| 12/01/01 | 12/31/01 | $ 63,992.63 | $ 1,040,818.62 | 31 | 71.40% | 71 | $ 188,835.74 | $ 1,143,993.60 | 83.70% |
| 01/01/02 | 01/31/02 | $ 80,193.44 | $ 1,067,277.10 | 31 | 87.26% | 102 | $ 269,029.18 | $ 1,120,677.80 | 84.73% |
| 02/01/02 | 02/28/02 | $ 29,227.83 | $ 1,124,220.01 | 28 | 33.43% | 130 | $ 298,257.01 | $ 1,121,440.74 | 73.65% |
| 03/01/02 | 03/31/02 | $ 11,893.65 | $ 1,132,664.73 | 31 | 12.19% | 161 | $ 310,150.66 | $ 1,123,601.88 | 61.72% |
| 04/01/02 | 04/30/02 | $ 11,681.97 | $ 1,200,537.44 | 30 | 11.68% | 191 | $ 321,832.63 | $ 1,135,686.00 | 53.41% |
| 05/01/02 | 05/31/02 | $ 11,295.28 | $ 1,213,588.48 | 31 | 10.81% | 222 | $ 333,127.91 | $ 1,146,564.27 | 47.12% |
| 06/01/02 | 06/30/02 | $ 10,702.23 | $ 1,224,848.71 | 30 | 10.49% | 252 | $ 343,830.14 | $ 1,155,883.85 | 42.49% |
| 07/01/02 | 07/31/02 | $ 10,231.12 | $ 1,149,594.23 | 31 | 10.34% | 283 | $ 354,061.26 | $ 1,155,194.88 | 38.99% |
| 08/01/02 | 08/31/02 | $ 10,219.46 | $ 1,157,461.88 | 31 | 10.25% | 314 | $ 364,280.72 | $ 1,155,418.69 | 36.15% |
| 09/01/02 | 09/30/02 | $ 10,223.45 | $ 1,194,791.62 | 30 | 10.27% | 344 | $ 374,504.17 | $ 1,158,852.38 | 33.82% |
| 10/01/02 | 10/31/02 | $ 10,558.30 | $ 1,205,633.45 | 31 | 10.17% | 375 | $ 385,062.47 | $ 1,162,719.61 | 31.79% |
| 11/01/02 | 11/30/02 | $ 7,712.56 | $ 1,218,029.38 | 30 | 7.60% | 405 | $ 392,775.03 | $ 1,166,816.63 | 29.92% |
| 12/01/02 | 12/31/02 | $ 11,566.11 | $ 1,225,975.69 | 31 | 10.96% | 436 | $ 404,341.14 | $ 1,171,022.90 | 28.51% |
| 01/01/03 | 01/31/03 | $ 21,287.24 | $ 1,170,443.21 | 31 | 21.12% | 467 | $ 425,628.38 | $ 1,170,984.42 | 28.02% |

REVISED SCHEDULE

Seneca Sports, Inc.
Lending Activity with GMAC (10/01 to 12/03)

| Date | Beginning Balance | Code 140 Advances | Code 001 Interest | Code 185 Bank Charges/LOC Fees | Code 190 Misc/JE Fees | Code 195 Month End Charge on Sales | Code 175 Receipt | Code 191 Transfer | Write Downs | Code 196 Collection | Ending Balance | Daily Balance | Avg Monthly Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/01/01 | $7,376,884.31 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (22,264.59) | $ 7,354,619.72 | $ 7,354,619.72 | |
| 10/02/01 | $7,354,619.72 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (270,249.69) | $ 7,084,370.03 | $ 7,084,370.03 | |
| 10/03/01 | $7,084,370.03 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (3,515.41) | $ 7,080,854.62 | $ 7,080,854.62 | |
| 10/04/01 | $7,080,854.62 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (12,208.98) | $ 7,068,645.64 | $ 7,068,645.64 | |
| 10/05/01 | $7,068,645.64 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (7,233.37) | $ 7,061,412.27 | $ 7,061,412.27 | |
| 10/09/01 | $7,061,412.27 | 2,400.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 7,063,812.27 | | |
| 10/09/01 | $7,063,812.27 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (39,351.31) | $ 7,024,460.96 | $ 7,024,460.96 | |
| 10/10/01 | $7,024,460.96 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (14,538.95) | $ 7,009,922.01 | $ 7,009,922.01 | |
| 10/11/01 | $7,009,922.01 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (681.89) | $ 7,009,240.12 | | |
| 10/12/01 | $7,009,240.12 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (5,682.50) | $ 7,003,557.62 | $ 7,003,557.62 | |
| 10/15/01 | $7,003,557.62 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (13,152.00) | $ 6,990,405.62 | $ 6,990,405.62 | |
| 10/16/01 | $6,990,405.62 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (83,732.17) | $ 6,906,673.45 | $ 6,906,673.45 | |
| 10/17/01 | $6,906,673.45 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (1,907.43) | $ 6,904,766.02 | $ 6,904,766.02 | |
| 10/17/01 | $6,904,766.02 | $ - | $ - | $ - | $ - | $ - | $4,100,000.00 | $ - | $ - | $ - | $ 2,804,766.02 | | |
| 10/17/01 | $2,804,766.02 | $ - | $ - | $ - | $ - | $ - | $ - | $(1,004,023.50) | $ - | $ - | $ 1,800,742.52 | | |
| 10/18/01 | $1,800,742.52 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (85,804.04) | $ 1,714,938.48 | $ 1,714,938.48 | |
| 10/18/01 | $1,714,938.48 | $ - | $ - | $ - | $ - | $ - | (250,000.00) | $ - | $ - | $ - | $ 1,464,938.48 | | |
| 10/19/01 | $1,464,938.48 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (504.29) | $ 1,464,434.19 | $ 1,464,434.19 | |
| 10/22/01 | $1,464,434.19 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (7,183.34) | $ 1,457,250.85 | $ 1,457,250.85 | |
| 10/22/01 | $1,457,250.85 | $ - | $ - | $ - | 553.07 | $ - | $ - | $ - | $ - | $ - | $ 1,457,803.92 | | |
| 10/23/01 | $1,457,803.92 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (30,292.73) | $ 1,427,511.19 | $ 1,427,511.19 | |
| 10/23/01 | $1,427,511.19 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (1,552.62) | $ 1,425,958.57 | $ 1,425,958.57 | |
| 10/24/01 | $1,425,958.57 | $ - | $ - | $ - | $ - | $ - | (16,852.80) | $ - | $ - | $ - | $ 1,409,105.77 | | |
| 10/24/01 | $1,409,105.77 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (242.69) | $ 1,408,763.08 | $ 1,408,763.08 | |
| 10/25/01 | $1,408,763.08 | $ - | $ - | $ - | 13,911.51 | $ - | $ - | $ - | $ - | $ - | $ 1,422,674.59 | | |
| 10/26/01 | $1,422,674.59 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (178.16) | $ 1,422,496.43 | $ 1,422,496.43 | |
| 10/29/01 | $1,422,496.43 | 40,346.89 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,462,843.32 | | |
| 10/29/01 | $1,408,364.24 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (14,132.19) | $ 1,408,364.24 | $ 1,408,364.24 | |
| 10/29/01 | $1,408,364.24 | $ - | $ - | $ - | 25,102.00 | $ - | $ - | $ - | $ - | $ - | $ 1,448,710.93 | | |
| 10/30/01 | $1,448,710.93 | $ - | $ - | $ - | 16,115.00 | $ - | $ - | $ - | $ - | $ - | $ 1,473,812.93 | | |
| 10/30/01 | $1,468,239.14 | $ - | $ - | 30.00 | $ - | $ - | (45,548.77) | $ - | $ - | $ - | $ 1,484,354.14 | | |
| 10/31/01 | $1,484,354.14 | $ - | $ - | 50.00 | $ - | $ - | (25,975.00) | $ - | $ - | $ - | $ 1,438,805.37 | | |
| 10/31/01 | $1,438,805.37 | $ - | $ - | 274.97 | 22.82 | $ - | $ - | $ - | $ - | $ - | $ 1,412,830.37 | $ 1,412,830.37 | |
| 10/31/01 | $1,412,830.37 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,412,852.99 | | |
| 10/31/01 | $1,412,852.99 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,412,852.99 | | |
| 10/31/01 | $1,412,852.99 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,412,932.99 | | |
| 10/31/01 | $1,412,932.99 | $ - | 27,063.11 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,413,207.96 | | |
| 10/31/01 | $1,413,207.96 | $ - | $ - | $ - | $ - | 6.08 | $ - | $ - | $ - | $ - | $ 1,413,214.04 | | |
| 10/31/01 | $1,413,214.04 | $ - | $ - | $ - | $ - | 1,662.33 | $ - | $ - | $ - | $ - | $ 1,414,876.37 | | |
| 10/31/01 | $1,414,876.37 | $ - | $ - | $ - | $ - | $ - | (5,929.12) | $ - | $ - | $ - | $ 1,409,907.14 | $ 1,409,907.14 | |
| 10/31/01 | $1,409,907.14 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (4,969.23) | $ 1,436,970.25 | $ 1,436,970.25 | $ 4,336,571.71 |
| 11/01/01 | $1,436,970.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (8,280.54) | $ 1,428,689.71 | $ 1,428,689.71 | |
| 11/02/01 | $1,428,689.71 | $ - | $ - | $ - | 10,158.43 | $ - | $ - | $ - | $ - | $ - | $ 1,438,848.14 | $ 1,438,848.14 | |
| 11/02/01 | $1,438,848.14 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (807.40) | $ 1,438,040.74 | $ 1,438,040.74 | |
| 11/05/01 | $1,438,040.74 | $ - | $ - | $ - | 250.00 | $ - | $ - | $ - | $ - | $ - | $ 1,438,290.74 | | |
| 11/06/01 | $1,438,290.74 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (8,381.02) | $ 1,429,909.72 | $ 1,429,909.72 | |
| 11/06/01 | $1,429,909.72 | 45,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,474,909.72 | | |
| 11/06/01 | $1,474,909.72 | $ - | $ - | $ - | $ - | $ - | (44,816.40) | $ - | $ - | $ - | $ 1,430,093.32 | | |
| 11/06/01 | $1,430,093.32 | $ - | $ - | $ - | $ - | $ - | (5,929.12) | $ - | $ - | $ - | $ 1,424,164.20 | | |
| 11/06/01 | $1,424,164.20 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (126,524.93) | $ 1,297,639.27 | $ 1,297,639.27 | |
| 11/07/01 | $1,297,639.27 | $ - | $ - | $ - | 178.00 | $ - | $ - | $ - | $ - | $ - | $ 1,297,817.27 | | |
| 11/07/01 | $1,297,817.27 | $ - | $ - | $ - | 157.50 | $ - | $ - | $ - | $ - | $ - | $ 1,297,974.77 | | |
| 11/08/01 | $1,297,974.77 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (6,489.01) | $ 1,291,485.76 | $ 1,291,485.76 | |
| 11/09/01 | $1,291,485.76 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (5,826.84) | $ 1,285,658.92 | $ 1,285,658.92 | |
| 11/09/01 | $1,285,658.92 | $ - | $ - | $ - | 627.00 | $ - | $ - | $ - | $ - | $ - | $ 1,286,285.92 | | |
| 11/09/01 | $1,286,285.92 | $ - | $ - | $ - | 216.00 | $ - | $ - | $ - | $ - | $ - | $ 1,286,501.92 | | |
| 11/13/01 | $1,286,501.92 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (45,115.69) | $ 1,241,386.23 | $ 1,241,386.23 | |
| 11/13/01 | $1,241,386.23 | $ - | $ - | $ - | $ - | $ - | (18,475.00) | $ - | $ - | $ - | $ 1,222,911.23 | | |
| 11/13/01 | $1,222,911.23 | $ - | $ - | $ - | 6,933.72 | $ - | $ - | $ - | $ - | $ - | $ 1,229,844.95 | $ 1,229,844.95 | |
| 11/13/01 | $1,229,844.95 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (125,134.97) | $ 1,104,709.98 | $ 1,104,709.98 | |

Exhibit F – Revised
Page 2 of 5

**REVISED SCHEDULE**
Seneca Sports, Inc
Lending Activity with GMAC (10/01 to 12/03)

| Date | Beginning Balance | Code 140 Advances | Code 001 Interest | Code 185 Bank Charges/LOC Fees | Code 190 Misc/JE Fees | Code 185 Month End Charge on Sales | Code 175 Receipt | Code 191 Transfer | Write Downs | Code 186 Collection | Ending Balance | Daily Balance | Avg Monthly Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/14/01 | $1,104,709.98 | | | | | | | | | $ (34,853.75) | $1,070,056.23 | $ 1,070,056.23 | |
| 11/15/01 | $1,070,056.23 | | | | | | | | | $ (15.47) | $1,070,040.76 | | |
| 11/16/01 | $1,070,040.76 | | | | | | | | | $ (21,462.21) | $1,048,578.55 | $ 1,048,578.55 | |
| 11/19/01 | $1,048,578.55 | | | | | | | | | $ (338.39) | $1,048,242.18 | $ 1,048,242.18 | |
| 11/20/01 | $1,048,242.18 | | | | | | | | | $ (20,035.07) | $1,028,207.09 | $ 1,028,207.09 | |
| 11/20/01 | $1,028,207.09 | | | | 10,763.00 | | | | | | $1,038,970.09 | | |
| 11/21/01 | $1,038,970.09 | | | | | | | | | $ (34.24) | $1,038,935.85 | $ 1,038,935.85 | |
| 11/26/01 | $1,038,935.85 | | | | | | | | | $ (3,157.86) | $1,035,777.99 | $ 1,035,777.99 | |
| 11/27/01 | $1,035,777.99 | | | | | | | | | $ (2,979.07) | $1,032,798.92 | $ 1,032,798.92 | |
| 11/27/01 | $1,032,798.92 | | | | 1,392.53 | | | | | | $1,034,191.45 | | |
| 11/28/01 | $1,034,191.45 | | | | 120.00 | | | | | | $1,034,311.45 | $ 1,034,311.45 | |
| 11/30/01 | $1,034,311.45 | | | | | | | | | $ (20,818.92) | $1,013,492.53 | $ 1,013,492.53 | |
| 11/30/01 | $1,013,492.53 | | | | | | (200.00) | | | | $1,013,292.53 | | |
| 11/30/01 | $1,013,292.53 | | | | | | (700.00) | | | | $1,012,592.53 | | |
| 11/30/01 | $1,012,592.53 | | | 15.00 | | | (700.00) | | | | $1,011,892.53 | | |
| 11/30/01 | $1,011,892.53 | | | 20.00 | | | | | | | $1,011,907.53 | | |
| 11/30/01 | $1,011,907.53 | | | 274.98 | | | | | | | $1,011,927.53 | | |
| 11/30/01 | $1,011,927.53 | | | | 11.83 | | | | | | $1,012,202.51 | | |
| 11/30/01 | $1,012,202.51 | | | | | 2.91 | | | | | $1,012,214.44 | | |
| 11/30/01 | $1,012,214.44 | | | | | 835.44 | | | | | $1,012,217.35 | | |
| 11/30/01 | $1,012,217.35 | | | | | | | | | | $1,013,052.79 | | |
| 11/30/01 | $1,013,052.79 | | 8,095.98 | | | | | | | | $1,000,960.72 | | |
| 11/30/01 | $1,000,960.72 | | | | | | | | | $ (12,092.07) | $1,009,056.70 | $ 1,009,056.70 | $ 1,157,676.89 |
| 12/01/01 | $1,009,056.70 | | | | | | | | | | $1,009,056.70 | $ 1,009,056.70 | |
| 12/03/01 | $1,009,056.70 | | | | 7,140.00 | | | | | | $1,016,196.70 | | |
| 12/03/01 | $1,016,196.70 | | | | | | (38.29) | | | | $1,018,158.41 | | |
| 12/03/01 | $1,016,158.41 | | | | | | (171.00) | | | | $1,015,987.41 | | |
| 12/03/01 | $1,015,987.41 | | | | | | (736.00) | | | | $1,015,251.41 | | |
| 12/03/01 | $1,015,251.41 | | | | | | (2,500.00) | | | | $1,012,751.41 | | |
| 12/03/01 | $1,012,751.41 | | | | | | (2,500.00) | | | | $1,010,251.41 | | |
| 12/03/01 | $1,010,251.41 | | | | | | (2,800.00) | | | | $1,007,451.41 | | |
| 12/03/01 | $1,007,451.41 | | | | | | (77,000.00) | | | | $ 930,451.41 | | |
| 12/03/01 | $ 930,451.41 | | | | | | | | | $ (5,119.22) | $ 925,332.19 | $ 925,332.19 | |
| 12/04/01 | $ 925,332.19 | | | | | | | | | $ (3,550.09) | $ 921,782.10 | | |
| 12/04/01 | $ 921,782.10 | | | | 126,239.89 | | | | | | $1,048,021.99 | $ 1,048,021.99 | |
| 12/05/01 | $1,048,021.99 | | | | | | | | | $ (5,163.78) | $1,042,858.21 | $ 1,042,858.21 | |
| 12/07/01 | $1,042,858.21 | | | | 208.00 | | | | | | $1,043,066.21 | | |
| 12/10/01 | $1,043,066.21 | | | | | | | | | $ (10,889.26) | $1,032,178.95 | $ 1,032,176.95 | |
| 12/10/01 | $1,032,178.95 | | | | 124.15 | | | | | | $1,032,301.10 | | |
| 12/12/01 | $1,032,301.10 | | | | 82.60 | | | | | | $1,032,383.70 | $ 1,032,383.70 | |
| 12/13/01 | $1,032,383.70 | | | | 35,042.00 | | | | | | $1,067,425.70 | $ 1,067,425.70 | |
| 12/14/01 | $1,067,425.70 | | | | | | | | | $ (12,202.72) | $1,055,222.98 | $ 1,055,222.98 | |
| 12/17/01 | $1,055,222.98 | | | | | | | | | $ (9,078.82) | $1,046,144.16 | $ 1,046,144.16 | |
| 12/17/01 | $1,046,144.16 | | | | 1,855.58 | | | | | | $1,047,999.74 | | |
| 12/18/01 | $1,047,999.74 | | | | | | | | | $ (117.07) | $1,047,882.67 | $ 1,047,882.67 | |
| 12/20/01 | $1,047,882.67 | | | | | | | | | $ (2,212.40) | $1,045,670.27 | $ 1,045,670.27 | |
| 12/21/01 | $1,045,670.27 | | | | 5,030.00 | | | | | | $1,050,700.27 | | |
| 12/26/01 | $1,050,700.27 | | | | 4,684.98 | | | | | | $1,055,385.25 | $ 1,055,385.25 | |
| 12/27/01 | $1,055,385.25 | | | | | | | | | $ (4,012.49) | $1,051,372.76 | $ 1,051,372.76 | |
| 12/27/01 | $1,051,372.76 | | | | | | | | | $ (464.08) | $1,050,908.68 | $ 1,050,908.68 | |
| 12/28/01 | $1,050,908.68 | | | | 2,181.54 | | | | | | $1,053,090.22 | | |
| 12/31/01 | $1,053,090.22 | | | | | | | | | $ (551.62) | $1,052,538.60 | $ 1,052,538.60 | |
| 12/31/01 | $1,052,538.60 | | | | | | | | | $ (1,315.02) | $1,051,223.58 | $ 1,051,223.58 | |
| 12/31/01 | $1,051,223.58 | | | 15.00 | | | | | | | $1,051,238.58 | | |
| 12/31/01 | $1,051,238.58 | | | 274.97 | | | | | | | $1,051,513.55 | | |
| 12/31/01 | $1,051,513.55 | | | | | | | | | $ (1,689.60) | $1,049,823.95 | | |
| 12/31/01 | $1,049,823.95 | | | | 45.62 | | | | | | $1,049,869.57 | | |
| 12/31/01 | $1,049,869.57 | | 7,353.81 | | | | | | | | $1,057,223.38 | $ 1,057,223.38 | $ 1,040,818.62 |
| 01/01/02 | $1,057,223.38 | | | | | | | | | | $1,057,223.38 | $ 1,057,223.38 | |

REVISED SCHEDULE

Seneca Sports, Inc
Lending Activity with GMAC (10/01 to 12/03)

| Date | Beginning Balance | Code 140 Advances | Code 001 Interest | Code 185 Bank Charges/LOC Fees | Code 190 Misc/JE Fees | Code 195 Month End Charge on Sales | Code 175 Receipt | Code 191 Transfer | Write Downs | Code 196 Collection | Ending Balance | Daily Balance | Avg Monthly Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/02/02 | $1,057,223.38 | | | | | | | | | $ (910.00) | $1,056,313.38 | $1,056,313.38 | |
| 01/07/02 | $1,056,313.38 | | | | | | | | | $ (15,938.11) | $1,040,375.27 | $1,040,375.27 | |
| 01/09/02 | $1,040,375.27 | | | | | | | | | $ (34.13) | $1,040,341.14 | $1,040,341.14 | |
| 01/14/02 | $1,040,341.14 | | | | 37,777.79 | | | | | | $1,078,118.93 | $1,078,118.93 | |
| 01/15/02 | $1,078,118.93 | | | | | | | | | $ 2,543.40 | $1,080,662.33 | $1,080,662.33 | |
| 01/16/02 | $1,080,662.33 | 3,400.00 | | | | | | | | | $1,084,062.33 | | |
| 01/17/02 | $1,084,062.33 | 175.00 | | | | | | | | | $1,084,237.33 | $1,084,237.33 | |
| 01/17/02 | $1,084,237.33 | | | | | | (2,127.50) | | | | $1,082,109.83 | | |
| 01/23/02 | $1,082,109.83 | | | | | | (4,367.63) | | | | $1,077,742.20 | $1,077,742.20 | |
| 01/23/02 | $1,077,742.20 | | | | 1,922.69 | | | | | | $1,079,664.89 | | |
| 01/24/02 | $1,079,664.89 | | | | | | | | | (183.31) | $1,079,481.58 | $1,079,481.58 | |
| 01/24/02 | $1,079,481.58 | | | | 2,045.50 | | | | | | $1,081,527.08 | | |
| 01/25/02 | $1,081,527.08 | | | | | | | | | (589.74) | $1,080,937.34 | $1,080,937.34 | |
| 01/28/02 | $1,080,937.34 | | | | | | | | | (5,813.65) | $1,075,123.69 | $1,075,123.69 | |
| 01/28/02 | $1,075,123.69 | | | | | | | | | (106.26) | $1,075,017.43 | $1,075,017.43 | |
| 01/30/02 | $1,075,017.43 | | | | 30,597.00 | | | | | | $1,105,614.43 | $1,105,614.43 | |
| 01/31/02 | $1,105,614.43 | | 274.97 | | | | | | | | $1,105,889.40 | | |
| 01/31/02 | $1,105,889.40 | | | | | | | | | (32.49) | $1,105,856.91 | | |
| 01/31/02 | $1,105,856.91 | | 7,575.49 | | | | | | | | $1,113,432.40 | $1,113,432.40 | $ 1,067,277.10 |
| 02/01/02 | $1,113,432.40 | | | | | | | | | | $1,113,432.40 | $1,113,432.40 | |
| 02/04/02 | $1,113,432.40 | | | | 12,968.67 | | | | | | $1,126,401.07 | $1,126,401.07 | |
| 02/05/02 | $1,126,401.07 | | | | 1,896.00 | | | | | | $1,128,297.07 | $1,128,297.07 | |
| 02/13/02 | $1,128,297.07 | | | | | | | | | (3,422.46) | $1,124,874.61 | $1,124,874.61 | |
| 02/14/02 | $1,124,874.61 | | | | | | | | | (3,325.88) | $1,121,548.73 | $1,121,548.73 | |
| 02/15/02 | $1,121,548.73 | | | | 1,608.80 | | | | | | $1,123,157.53 | | |
| 02/15/02 | $1,123,157.53 | | | | | | | | | (157.19) | $1,123,000.34 | $1,123,000.34 | |
| 02/21/02 | $1,123,000.34 | | | | | | (759.00) | | | | $1,122,241.34 | | |
| 02/21/02 | $1,122,241.34 | | | | | | (1,996.50) | | | | $1,120,244.84 | $1,120,244.84 | |
| 02/22/02 | $1,120,244.84 | | | | 1,410.66 | | | | | | $1,121,655.50 | $1,121,655.50 | |
| 02/22/02 | $1,121,655.50 | | | | 1,918.66 | | | | | | $1,123,572.16 | $1,123,572.16 | |
| 02/25/02 | $1,123,572.16 | | | | 2,130.60 | | | | | | $1,125,702.76 | | |
| 02/26/02 | $1,125,702.76 | | | | | | | | | (33.15) | $1,125,669.61 | $1,125,669.61 | |
| 02/26/02 | $1,125,669.61 | | | | | | | | | (92.06) | $1,125,577.55 | $1,125,577.55 | |
| 02/28/02 | $1,125,577.55 | | 3.07 | | | | | | | | $1,125,580.62 | | |
| 02/28/02 | $1,125,580.62 | | | 274.99 | | | | | | | $1,125,855.61 | | |
| 02/28/02 | $1,125,855.61 | | 7,018.38 | | | | | | | | $1,132,873.99 | $1,132,873.99 | $ 1,124,220.01 |
| 03/01/02 | $1,132,873.99 | | | | | | | | | | $1,132,873.99 | $1,132,873.99 | |
| 03/05/02 | $1,132,873.99 | 56,908.22 | | 90.00 | | | | | | | $1,132,963.99 | $1,132,963.99 | |
| 03/05/02 | $1,132,963.99 | | | | (2,752.43) | | | | | | $1,130,211.56 | $1,130,211.56 | |
| 03/13/02 | $1,130,211.56 | | | | 1,896.00 | | | | | | | | |
| 03/21/02 | $1,130,211.56 | | | | (213.34) | | | | | | $1,129,998.22 | $1,129,998.22 | |
| 03/21/02 | $1,129,998.22 | | | | 2,752.43 | | | | | | $1,132,750.65 | $1,132,750.65 | |
| 03/22/02 | $1,132,750.65 | | | | 1,725.34 | | | | | | $1,134,475.99 | $1,134,475.99 | |
| 03/25/02 | $1,134,475.99 | | | | 1,973.91 | | | | | | $1,136,449.90 | $1,136,449.90 | |
| 03/31/02 | $1,136,449.90 | | | 274.97 | | | | | | | $1,136,724.87 | | |
| 03/31/02 | $1,136,724.87 | | 7,829.43 | | | | | | | | $1,144,554.30 | $1,144,554.30 | $ 1,132,664.73 |
| 04/01/02 | $1,144,554.30 | | | | | | | | | | $1,144,554.30 | $1,144,554.30 | |
| 04/02/02 | $1,144,554.30 | 56,908.22 | | | | | | | | | $1,201,462.52 | $1,201,462.52 | |
| 04/05/02 | $1,201,462.52 | | | | 722.90 | | | | | | $1,202,185.42 | $1,202,185.42 | |
| 04/16/02 | $1,202,185.42 | | | | (1,059.58) | | | | | | $1,201,125.84 | $1,201,125.84 | |
| 04/22/02 | $1,201,125.84 | | | | 605.00 | | | | | | $1,201,730.84 | $1,201,730.84 | |
| 04/25/02 | $1,201,730.84 | | | | 2,202.02 | | | | | | $1,203,932.86 | | |
| 04/26/02 | $1,203,932.86 | | | | | | | | | 0.56 | $1,203,933.42 | $1,203,933.42 | |
| 04/30/02 | $1,203,933.42 | | | 137.79 | | | | | | (111.67) | $1,203,821.75 | $1,203,821.75 | |
| 04/30/02 | $1,203,821.75 | | 8,014.26 | | | | | | | | $1,203,959.54 | | |
| 04/30/02 | $1,203,959.54 | | | | | | | | | | $1,211,973.80 | $1,211,973.80 | $ 1,200,537.44 |
| 05/01/02 | $1,211,973.80 | | | | 537.67 | | | | | | $1,212,511.47 | $1,212,511.47 | |
| 05/23/02 | $1,212,511.47 | | | | 2,254.00 | | | | | | $1,214,765.47 | $1,214,765.47 | |

REVISED SCHEDULE
Seneca Sports, Inc
Lending Activity with GMAC (10/01 to 12/03)

| Date | Beginning Balance | Code 140 Advances | Code 001 Interest | Code 185 Bank Charges/LOC Fees | Code 190 Misc/JE Fees | Code 195 Month End Charge on Sales | Code 175 Receipt | Code 191 Transfer | Write Downs | Code 196 Collection | Ending Balance | Daily Balance | Avg Monthly Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/28/02 | $1,214,765.47 | | | | | | | | | (108.82) | $1,214,656.65 | $1,214,656.65 | |
| 05/31/02 | $1,214,656.65 | | | 133.05 | | | | | | | $1,214,789.70 | $1,214,789.70 | |
| 05/31/02 | $1,214,789.70 | | 8,370.56 | | | | | | | 5,033.03 | $1,219,822.73 | $1,219,822.73 | |
| 05/31/02 | $1,219,822.73 | | | | | | | | | | $1,228,193.29 | $1,228,193.29 | $ 1,213,588.48 |
| 06/01/02 | $1,228,193.29 | | | | | | | | | | $1,228,193.29 | $1,228,193.29 | |
| 06/11/02 | $1,228,193.29 | | | | | | | | | (56.85) | $1,228,136.44 | $1,228,136.44 | |
| 06/11/02 | $1,228,136.44 | | | | | | | | | (83.53) | $1,228,052.91 | $1,228,052.91 | |
| 06/14/02 | $1,228,052.91 | | | | 2,354.21 | | | | | | $1,230,407.12 | $1,230,407.12 | |
| 06/24/02 | $1,230,407.12 | | | | 170.00 | | | | | | $1,230,577.12 | $1,230,577.12 | |
| 06/28/02 | $1,230,577.12 | | | | | | | | | (82,153.18) | $1,148,423.94 | $1,181,603.94 | |
| 06/28/02 | $1,148,423.94 | | | | | | | | | 33,180.00 | $1,181,603.94 | $1,181,603.94 | |
| 06/30/02 | $1,181,603.94 | | 8,178.02 | | | | | | | | $1,189,781.96 | $1,189,781.96 | $ 1,224,848.71 |
| 07/01/02 | $1,189,781.96 | | | | | | | | | | $1,189,781.96 | $1,189,781.96 | |
| 07/05/02 | $1,189,781.96 | | | | | | | | | (47,048.08) | $1,142,733.88 | $1,142,733.88 | |
| 07/26/02 | $1,142,733.88 | | | | 2,300.06 | | | | | | $1,145,033.94 | $1,145,033.94 | |
| 07/31/02 | $1,145,033.94 | | 7,931.06 | | | | | | | | $1,147,781.20 | $1,147,781.20 | |
| 07/31/02 | $1,147,781.20 | | | | | | | | | 2,747.26 | $1,155,712.26 | $1,155,712.26 | $ 1,149,594.23 |
| 08/01/02 | $1,155,712.26 | | | | | | | | | (1,046.90) | $1,154,665.36 | $1,154,665.36 | |
| 08/22/02 | $1,154,665.36 | | | | 2,230.60 | | | | | | $1,156,895.96 | $1,156,895.96 | |
| 08/23/02 | $1,156,895.96 | | | | | | | | | (325.00) | $1,156,570.96 | $1,156,570.96 | |
| 08/30/02 | $1,156,570.96 | | 7,988.66 | | | | | | | 29,661.18 | $1,186,232.14 | $1,186,232.14 | |
| 08/31/02 | $1,186,232.14 | | | | | | | | | | $1,194,221.00 | $1,194,221.00 | $ 1,157,461.86 |
| 09/01/02 | $1,194,221.00 | | | | | | | | | | $1,194,221.00 | $1,194,221.00 | |
| 09/27/02 | $1,194,221.00 | | | | 2,246.86 | | | | | | $1,196,467.86 | $1,196,467.86 | |
| 09/30/02 | $1,196,467.86 | | | | | | | | | 154.61 | $1,196,622.47 | $1,196,622.47 | |
| 09/30/02 | $1,196,622.47 | | 7,976.59 | | | | | | | | $1,204,599.06 | $1,204,599.06 | $ 1,194,791.62 |
| 10/01/02 | $1,204,599.06 | | | | | | | | | | $1,204,599.06 | $1,204,599.06 | |
| 10/21/02 | $1,204,599.06 | | | | 2,243.41 | | | | | | $1,206,842.47 | $1,206,842.47 | |
| 10/25/02 | $1,206,842.47 | | | | | | | | | (68.48) | $1,206,773.99 | $1,206,773.99 | |
| 10/30/02 | $1,206,773.99 | | | | | | | | | (3,130.24) | $1,203,643.75 | $1,203,643.75 | |
| 10/31/02 | $1,203,643.75 | | 7,916.11 | | | | | | | 5,813.65 | $1,209,457.40 | | |
| 10/31/02 | $1,209,457.40 | | | | | | | | | | $1,217,772.29 | $1,217,772.29 | $ 1,205,633.45 |
| 11/01/02 | $1,217,772.29 | | | | | | | | | | $1,217,772.29 | $1,217,772.29 | |
| 11/30/02 | $1,217,772.29 | | 7,712.56 | | | | | | | | $1,225,484.85 | $1,225,484.85 | $ 1,218,029.38 |
| 12/01/02 | $1,225,484.85 | | | | | | | | | | $1,225,484.85 | $1,225,484.85 | |
| 12/30/02 | $1,225,484.85 | | | | 3,650.00 | | | | | | $1,229,134.85 | $1,229,134.85 | |
| 12/31/02 | $1,229,134.85 | | 7,916.11 | | | | | | | | $1,237,050.96 | $1,237,050.96 | $ 1,225,975.69 |
| 01/01/03 | $1,237,050.96 | | | | | | | | | | $1,237,050.96 | $1,237,050.96 | |
| 01/06/03 | $1,237,050.96 | | | | 11,341.50 | | | | | | $1,248,392.46 | $1,248,392.46 | |
| 01/08/03 | $1,248,392.46 | | | | 437.10 | | | | | | $1,248,829.56 | $1,248,829.56 | |
| 01/09/03 | $1,248,829.56 | | | | (437.10) | | | | | | $1,248,392.46 | $1,248,392.46 | |
| 01/28/03 | $1,248,392.46 | | | | | | | | | (103,341.50) | $1,145,050.96 | $1,145,050.96 | |
| 01/31/03 | $1,145,050.96 | | | | 2,374.83 | | | | | | $1,147,425.79 | $1,147,425.79 | |
| 01/31/03 | $1,147,425.79 | | 7,570.91 | | | | | | | 85.00 | $1,147,490.79 | $1,147,490.79 | $ 1,170,443.21 |
| 02/01/03 | $1,147,490.79 | | | | | | | | | | $1,155,061.70 | $1,155,061.70 | |
| 02/28/03 | $1,155,061.70 | | 6,737.86 | | | | | | | | $1,161,799.56 | $1,161,799.56 | $ 1,155,302.34 |
| 03/01/03 | $1,161,799.56 | | | | | | | | | | $1,161,799.56 | $1,161,799.56 | |
| 03/11/03 | $1,161,799.56 | | | | | | (190.61) | | | | $1,161,608.95 | $1,161,608.95 | |
| 03/14/03 | $1,161,608.95 | | | | (325.00) | | | | | | $1,161,283.95 | | |
| 03/14/03 | $1,161,283.95 | | | | (3,130.24) | | | | | | $1,158,153.71 | | |

Exhibit F – Revised
Page 5 of 5

REVISED SCHEDULE
Seneca Sports, Inc
Lending Activity with GMAC (10/01 to 12/03)

| Date | Beginning Balance | Code 140 Advances | Code 001 Interest | Code 185 Bank Charges/LOC Fees | Code 190 Misc/JE Fees | Code 195 Month End Charge on Sales | Code 175 Receipt | Code 191 Transfer | Write Downs | Code 196 Collection | Ending Balance | Daily Balance | Avg Monthly Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/14/03 | $1,156,153.71 | - | - | - | - | - | - | - | - | - | $1,150,049.99 | | |
| 03/14/03 | $1,150,049.99 | - | - | - | (8,103.72) | - | - | - | - | - | $1,161,606.95 | $1,161,606.95 | |
| 03/31/03 | $1,161,606.95 | - | 7,504.91 | - | - | - | - | - | - | 11,558.96 | $1,169,113.86 | $1,169,113.86 | $1,161,912.53 |
| 04/01/03 | $1,169,113.86 | - | - | - | 8,048.25 | - | - | - | - | - | $1,175,162.11 | $1,175,162.11 | |
| 04/08/03 | $1,175,162.11 | - | - | - | - | - | (75.35) | - | - | - | $1,175,086.76 | $1,175,086.76 | |
| 04/29/03 | $1,175,086.76 | - | - | - | 2,251.47 | - | - | - | - | - | $1,177,338.23 | $1,177,338.23 | |
| 04/30/03 | $1,177,338.23 | - | 7,358.49 | - | - | - | - | - | - | - | $1,184,696.72 | $1,184,696.72 | $1,175,499.72 |
| 05/01/03 | $1,184,696.72 | - | - | - | 5,468.96 | - | - | - | - | - | $1,184,696.72 | $1,184,696.72 | |
| 05/08/03 | $1,184,696.72 | - | - | - | - | - | - | - | - | - | $1,190,165.68 | $1,190,165.68 | |
| 05/29/03 | $1,190,165.68 | - | - | - | 2,207.54 | - | - | - | - | - | $1,192,373.22 | $1,192,373.22 | |
| 05/31/03 | $1,192,373.22 | - | 7,695.05 | - | - | - | - | - | - | - | $1,200,068.27 | $1,200,068.27 | $1,189,745.45 |
| 06/01/03 | $1,200,068.27 | - | - | - | - | - | - | - | - | - | $1,200,068.27 | $1,200,068.27 | |
| 06/30/03 | $1,200,068.27 | - | - | - | 2,308.51 | - | - | - | - | - | $1,202,376.78 | | |
| 06/30/03 | $1,202,376.78 | - | 7,472.78 | - | - | - | - | - | - | - | $1,209,849.56 | $1,209,849.56 | $1,200,394.31 |
| 07/01/03 | $1,209,849.56 | - | - | - | - | - | - | - | - | - | $1,209,849.56 | $1,209,849.56 | |
| 07/28/03 | $1,209,849.56 | - | - | - | 2,254.45 | - | - | - | - | - | $1,212,104.01 | $1,212,104.01 | |
| 07/31/03 | $1,212,104.01 | - | 7,567.24 | - | - | - | - | - | - | - | $1,219,671.25 | $1,219,671.25 | $1,210,384.56 |
| 08/01/03 | $1,219,671.25 | - | - | - | - | - | - | - | - | - | $1,219,671.25 | $1,219,671.25 | |
| 08/29/03 | $1,219,671.25 | - | - | - | 2,348.45 | - | - | - | - | - | $1,222,019.70 | $1,222,019.70 | |
| 08/31/03 | $1,222,019.70 | - | 7,629.14 | - | - | - | - | - | - | - | $1,229,648.84 | $1,229,648.84 | $1,220,144.62 |
| 09/01/03 | $1,229,648.84 | - | - | - | (14,405.00) | - | - | - | - | - | $1,229,648.84 | $1,229,648.84 | |
| 09/29/03 | $1,229,648.84 | - | - | - | - | - | - | - | - | - | $1,215,243.84 | $1,215,243.84 | |
| 09/30/03 | $1,215,243.84 | - | - | - | 2,367.66 | - | - | - | - | - | $1,217,611.50 | | |
| 09/30/03 | $1,217,611.50 | - | 7,437.64 | - | - | - | - | - | - | - | $1,225,049.14 | $1,225,049.14 | $1,229,015.35 |
| 10/01/03 | $1,225,049.14 | - | - | - | - | - | - | - | - | - | $1,225,049.14 | $1,225,049.14 | |
| 10/02/03 | $1,225,049.14 | - | - | - | 14,405.00 | - | - | - | - | - | $1,239,454.14 | $1,239,454.14 | |
| 10/31/03 | $1,239,454.14 | - | - | - | - | - | - | - | - | - | $1,239,454.14 | $1,239,454.14 | $1,239,989.46 |
| 11/01/03 | $1,239,454.14 | - | - | - | - | - | - | - | - | - | $1,239,454.14 | $1,239,454.14 | |
| 11/24/03 | $1,239,454.14 | - | - | - | - | - | - | - | (61,875.41) | - | $1,177,578.73 | | |
| 11/24/03 | $1,177,578.73 | - | - | - | - | - | - | - | (209,262.50) | - | 968,316.23 | | |
| 11/24/03 | 968,316.23 | - | - | - | - | - | - | - | (968,316.23) | - | 0.00 | 0.00 | |
| 11/25/03 | 0.00 | - | 10,955.76 | - | - | - | - | - | - | - | 10,955.76 | 10,955.76 | 1,140,736.04 |
| 12/01/03 | 10,955.76 | - | (10,955.76) | - | - | - | - | - | - | - | 0.00 | 0.00 | |