| Date | Total Chg | Interest | Facility Fee | OverAdvance Fee | Minimum Sales Comm | Legal Fees | RAS Invoices | Communications/Transmission Costs | LOC Charges | Month End Chg On Sales | Other Charges | Unknown | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/22/01 | $ 553.07 | | $ 553.07 | | | | | | | | | | GLAN 02398 Facility Fee 09/01 |
| 10/25/01 | $ 13,911.51 | $ 13,911.51 | | | | | | | | | | | GMAC_LANDAY 01208 Overadvance Charge 09/01 |
| 10/29/01 | $ 25,102.00 | | | | $ 25,102.00 | | | | | | | | GMAC_LANDAY 00405 Minimum Sales Volume Commission 07/01 - 09/01 |
| 10/30/01 | $ 16,115.00 | | | | | | $ 16,115.00 | | | | | | GMAC_LANDAY 01586-01593 RAS Invoices 9/7/01 - 10/18/01 |
| 10/31/01 | $ 22.62 | | | | | | | 22.62 | | | | | GMAC_LANDAY 01209 Communication/transmission costs 09/01 |
| 10/31/01 | $ 30.00 | | | | | | | | 30.00 | | | | |
| 10/31/01 | $ 50.00 | | | | | | | | 50.00 | | | | |
| 10/31/01 | $ 274.97 | | | | | | | | 274.97 | | | | GMAC_LANDAY 01219 LOC Int |
| 10/31/01 | $ 6.08 | | | | | | | | | 6.08 | | | |
| 10/31/01 | $ 1,662.33 | | | | | | | | | 1,662.33 | | | |
| 10/31/01 | $ 27,063.11 | $ 27,063.11 | | | | | | | | | | | |
| 11/02/01 | $ 10,158.43 | | | | | $ 10,158.43 | | | | | | | GMAC_LANDAY 01293-01301 Legal - Otterbourg etal 9/26/01 - Time covered 7/30-8/31/01 Forbearance Agreement prep |
| 11/05/01 | $ 250.00 | | | | | | | | | | 250.00 | | GLAN 02407 Collection Charge Arnes |
| 11/07/01 | $ 178.00 | | | | | | | | | | 178.00 | | GLAN 02405-02406 National Corp Research Fee - 09/01 MA UCC's Seneca & Brookfield |
| 11/07/01 | $ 157.50 | | | | | | | | | | 157.50 | | GLAN 02408-02409 National Corp Research Fee - 09/01 OH UCC's Seneca & Brookfield |
| 11/09/01 | $ 627.00 | | | | | | | | | | 627.00 | | GLAN 02403-02404 GMAC Internal Legal Dept Review of Client Acct |
| 11/09/01 | $ 216.00 | | | | | | | | | | 216.00 | | GLAN 02401-02402 GMAC Internal Legal Dept Review of Client Acct |
| 11/13/01 | $ 6,933.72 | | | $ 6,933.72 | | | | | | | | | GLAN 01708 Overadvance Chg |
| 11/20/01 | $ 10,763.00 | | | | | | $ 10,763.00 | | | | | | GLAN 01594-01595 RAS Invoices 11/9/01-11/10/01 |
| 11/27/01 | $ 1,392.53 | | $ 1,392.53 | | | | | | | | | | GLAN 01865 Facility Fee 10/01 |
| 11/27/01 | $ 120.00 | | | | | | | | | | 120.00 | | GLAN 01664 Customer Confirm Charge |
| 11/30/01 | $ 15.00 | | | | | | | | 15.00 | | | | |
| 11/30/01 | $ 20.00 | | | | | | | | 20.00 | | | | |
| 11/30/01 | $ 274.98 | | | | | | | | 274.98 | | | | |
| 11/30/01 | $ 11.93 | | | | | | | 11.93 | | | | | GLAN 01858 Communication/Transmission costs 10/01 |
| 11/30/01 | $ 2.91 | | | | | | | | | 2.91 | | | |
| 11/30/01 | $ 835.44 | | | | | | | | | 835.44 | | | |
| 11/30/01 | $ 8,095.98 | $ 8,095.98 | | | | | | | | | | | |
| 12/03/01 | $ 7,140.00 | | | | | | $ 7,140.00 | | | | | | RAS 00881 - Temporary Help |
| 12/07/01 | $ 208.00 | | | | | $ 208.00 | | | | | | | GLAN 01862-01864 Legal-Dept review of client acct 1/01 - 8/01 |
| 12/10/01 | $ 124.15 | | | | | 124.15 | | | | | | | GLAN 01850-01852 Legal - Cowan et al - Assign of Trademark |
| 12/10/01 | $ 82.60 | | | | | 82.60 | | | | | | | GLAN 01847-01849 Legal - Cowan et al - Assign of Sec Int Agrmt |
| 12/12/01 | $ 35,042.00 | | | | | | $ 35,042.00 | | | | | | GLAN 01596-001598 RAS Invoices 11/11/01-11/30/01 |
| 12/17/01 | $ 1,855.58 | | $ 1,855.58 | | | | | | | | | | GLAN 01846 Facility Fee 11/01 |
| 12/20/01 | $ 5,030.00 | | | | | $ 5,030.00 | | | | | | | GLAN 01831-01836 Legal - Pepe & Hazard - Collateral Turnover |
| 12/20/01 | $ 4,684.98 | | | | | 4,684.98 | | | | | | | GLAN 01837-01843 Legal - Otterbourg et al - Demand Letter |
| 12/27/01 | $ 2,181.54 | | | $ 2,181.54 | | | | | | | | | GLAN 01811 Overadvance Chg |
| 12/31/01 | $ 15.00 | | | | | | | | 15.00 | | | | |
| 12/31/01 | $ 274.97 | | | | | | | | 274.97 | | | | |
| 12/31/01 | $ 7,353.81 | $ 7,353.81 | | | | | | | | | | | |
| 01/14/02 | $ 37,777.79 | | | | | $ 37,777.79 | | | | | | | |
| 01/23/02 | $ 1,922.69 | | $ 1,922.69 | | | | | | | | | | GLAN 01796 Legal - Otterbourg et al NO BACKUP |
| 01/23/02 | $ 2,045.50 | | | $ 2,045.50 | | | | | | | | | GLAN 01793 12/01 Facility Fee |
| 01/30/02 | $ 30,597.00 | | | | $ 30,597.00 | | | | | | | | GLAN 01790 Overadvance Chg |
| 01/31/02 | $ 274.97 | | | | | | | | 274.97 | | | | GLAN 01873 Minimum Sales Volume Commission 10/01-12/01 |
| 01/31/02 | $ 7,575.49 | $ 7,575.49 | | | | | | | | | | | |
| 02/04/02 | $ 12,968.67 | | | | | $ 12,968.67 | | | | | | | GLAN 01872 Legal - Otterbourg et al - no BACKUP |
| 02/05/02 | $ 1,896.00 | | | | | | | | | | | $ 1,896.00 | MISC JE/FEES |
| 02/15/02 | $ 1,608.80 | | | | | $ 1,608.80 | | | | | | | GLAN 01890 Legal - Otterbourg et al - NO BACKUP |
| 02/22/02 | $ 1,410.66 | | | | | 1,410.66 | | | | | | | GLAN 01912 Legal - Otterbourg et al - NO BACKUP |

| Date | Total Chg | Interest | Facility Fee | OverAdvance Fee | Minimum Sales Comm. | Legal Fees | RAS Invoices | Communications/Transmission Costs | LOC Charges | Month End Chg On Sales | Other Charges | Unknown | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/22/02 | $ 1,916.66 | | $ 1,916.66 | | | | | | | | | | GLAN 01915 Facility Fee 02/02 |
| 02/25/02 | $ 2,130.60 | | | $ 2,130.60 | | | | | | | | | GLAN 01916 Overadvance Chg 01/02 |
| 02/28/02 | $ 3.07 | 3.07 | | | | | | | | | | | |
| 02/28/02 | $ 274.99 | | | | | | | | $ 274.99 | | | | |
| 02/28/02 | $ 7,018.38 | 7,018.38 | | | | | | | | | | | |
| 03/05/02 | $ 90.00 | | | | | | | | $ 90.00 | | | | |
| 03/22/02 | $ 1,725.34 | | $ 1,725.34 | | | | | | | | | | GLAN 02035-020036 LOC fee |
| 03/25/02 | $ 1,973.91 | 1,973.91 | | $ 1,973.91 | | | | | | | | | GLAN 01927 Facility Fee 01/02 |
| 03/31/02 | $ 274.97 | | | | | | | | $ 274.97 | | | | GLAN 01926 Overadvance Chg |
| 03/31/02 | $ 7,829.43 | 7,829.43 | | | | | | | | | | | GLAN 02042 LOC Interest |
| 04/05/02 | $ 722.90 | | | | | $ 722.90 | | | | | | | GLAN 01941 Legal - Otterbourg et al - NO BACKUP |
| 04/22/02 | $ 605.00 | | | | | | $ 605.00 | | | | | | GLAN 01949 Milford Storage bill |
| 04/25/02 | $ 2,202.02 | | | $ 2,202.02 | | | | | | | | | |
| 04/30/02 | $ 137.79 | | | | | | | | $ 137.79 | | | | GLAN 02051 LOC Interest |
| 04/30/02 | $ 8,014.26 | 8,014.26 | | | | | | | | | | | |
| 05/01/02 | $ 537.67 | | | | | $ 537.67 | | | | | | | GLAN 01959 Legal - Otterbourg et al - NO BACKUP |
| 05/23/02 | $ 2,254.00 | | | $ 2,254.00 | | | | | | | | | GLAN 01965 Overadvance Chg |
| 05/31/02 | $ 133.05 | | | | | | | | $ 133.05 | | | | GLAN 02056 LOC Interest |
| 05/31/02 | $ 8,370.56 | 8,370.56 | | | | | | | | | | | |
| 06/14/02 | $ 2,354.21 | | | $ 2,354.21 | | | | | | | | | |
| 06/24/02 | $ 170.00 | | | | | $ 170.00 | | | | | | | GLAN 01978 Overadvance Chg |
| 06/30/02 | $ 8,178.02 | 8,178.02 | | | | | | | | | | | GLAN 01986 NY County Clerk - NO BACKUP |
| 07/26/02 | $ 2,300.06 | | | $ 2,300.06 | | | | | | | | | |
| 07/31/02 | $ 7,931.06 | 7,931.06 | | | | | | | | | | | |
| 08/22/02 | $ 2,230.60 | | | $ 2,230.60 | | | | | | | | | GLAN 01709 Overadvance Chg 07/02 |
| 08/31/02 | $ 7,988.86 | 7,988.86 | | | | | | | | | | | |
| 09/27/02 | $ 2,246.86 | | | $ 2,246.86 | | | | | | | | | |
| 09/30/02 | $ 7,976.59 | 7,976.59 | | | | | | | | | | | |
| 10/21/02 | $ 2,243.41 | | | $ 2,243.41 | | | | | | | | | |
| 10/31/02 | $ 8,314.89 | 8,314.89 | | | | | | | | | | | |
| 11/30/02 | $ 7,712.56 | 7,712.56 | | | | | | | | | | | |
| 12/30/02 | $ 3,650.00 | | | | | $ 3,650.00 | | | | | | | GLAN 02417-02418 Legal - Cohen Taubner et al NO INVOICE |
| 12/31/02 | $ 7,916.11 | 7,916.11 | | | | | | | | | | | |
| 01/06/03 | $ 11,341.50 | | | | | | | | | | $ 11,341.50 | | GLAN 02413 Customer Balance Charge Off |
| 01/28/03 | $ 2,374.83 | | | $ 2,374.83 | | | | | | | | | |
| 01/31/03 | $ 7,570.91 | 7,570.91 | | | | | | | | | | | |
| | $425,628.38 | $144,913.09 | $9,365.87 | $47,382.77 | $55,699.00 | $79,134.65 | $69,665.00 | $ 34.55 | $2,140.69 | $ 2,506.76 | $ 12,890.00 | $ 1,896.00 | |