UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID L. LANDAY<br>    Plaintiff,<br><br>v.<br><br>GMAC COMMERCIAL CREDIT LLC<br>and GMAC COMMERCIAL FINANCE<br>LLC,<br>    Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 04-cv-11955-WGY<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, defendant GMAC Commercial Finance LLC ("GMAC CF"),[1] moves for summary judgment on all remaining claims asserted by plaintiff David L. Landay ("Landay"). The undisputed material facts demonstrate that Landay cannot prevail on his charges of misrepresentation (Count I), usury under Mass. Gen. Laws ch. 271, § 49 (Count II), violation of his rights as a junior creditor (Count VI), or violation of Mass. Gen. Laws. ch. 93A (Count VII). Accordingly, as a matter of law, judgment must enter in favor of GMAC CF on each of those claims. On May 17, 2005 this Court dismissed Counts III, IV and V of Landay's Amended Complaint, as well as that part of Count VII that was based on Counts III, IV or V. Thus, if granted, this motion will resolve all claims currently pending in this case.

In support of its motion, GMAC CF submits a supporting Memorandum of Law, a Statement of Undisputed Material Facts, and an Appendix of Testimony and Evidence.

---

[1] While the Amended Complaint names two defendants, GMAC Commercial Credit LLC and GMAC Commercial Finance LLC, GMAC Commercial Finance LLC is actually the successor by merger of GMAC Commercial Credit LLC and a third GMAC entity, GMAC Business Credit LLC. For ease of reference, throughout this motion and all supporting documents, all three companies are referred to jointly as GMAC CF.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Rule 7.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, GMAC CF requests an opportunity for oral argument on its motion for summary judgment.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned hereby certifies, pursuant to Local Rule 7.1(a)(2), that he has conferred with counsel for the plaintiff on multiple occasions in a good faith attempt to resolve or narrow the issues in dispute, and that these efforts were not successful.

/s/ Mark B. Dubnoff
Mark B. Dubnoff

Respectfully submitted,
GMAC COMMERCIAL FINANCE LLC

DATED: November 23, 2005

/s/ Mark B. Dubnoff
John A. Houlihan (BBO # 542038)
Mark B. Dubnoff (BBO # 637212)
EDWARDS ANGELL PALMER & DODGE LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444