UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID L. LANDAY<br>   Plaintiff,<br>     v.<br><br>GMAC COMMERCIAL CREDIT LLC<br>and GMAC COMMERCIAL FINANCE LLC<br>   Defendants. | )<br>)<br>)<br>)  Civil Action No. 04-cv-11955-WGY<br>)<br>)<br>)<br>)<br>) |

**<u>DEFENDANTS' APPENDIX OF EXHIBITS</u>**

All of the exhibits referenced in GMAC CF's Statement of Undisputed Material Facts are attached in this Appendix of Exhibits.