# EXHIBIT 5



```
                                        STANDBY LETTER OF CREDIT NO. 1S122824
                                        DATE OF ISSUE: SEPTEMBER 19, 2000

ISSUING BANK:                           APPLICANT:
FLEET NATIONAL BANK                     DAVID L. LANDAY
A MEMBER OF FLEET FINANCIAL GROUP       85 EAST INDIA ROW
P.O. BOX 2197, MA ML SFTINT             APT. #20 F
BOSTON MA 02106-2197                    BOSTON, MA 02110


                                        BENEFICIARY:
                                        GMAC COMMERCIAL CREDIT LLC
                                        1290 AVENUE OF THE AMERICAS
                                        THIRD FLOOR
                                        NEW YORK, NEW YORK 10104


                                                     AND

                                        ATTN. LOAN AMINISTRATION DEPT.
                                        MR. FRANK IMPERATO
                                        SENIOR VICE PRESIDENT


                                        AMOUNT/CURRENCY:
                                        UP TO USD 4,100,000.00
                                        UP TO FOUR MILLION ONE HUNDRED THOUSAN
                                        AND 00/100'S US DOLLARS

                                        DATE AND PLACE OF EXPIRY:
                                        SEPTEMBER 15, 2003 AT OUR COUNTERS
```

WE HEREBY OPEN IN YOUR FAVOR OUR IRREVOCABLE LETTER OF CREDIT NO. 1S1228246
AT THE REQUEST OF DAVID L. LANDAY AND FOR THE ACCOUNT OF SENECA SPORTS, INC
AND OR BROOKFIELD INTERNATIONAL, INC. JOINTLY AND SEVERALLY (THE"BORROWER"),
FOR ANY SUM OR SUMS NOT EXCEEDING A TOTAL OF 4,100,000.00 USD (FOUR MILLION
ONE HUNDRED THOUSAND USD), AVAILABLE BY YOUR DRAFT(S) DRAWN ON US AT SIGHT.

DRAFTS MUST BE ACCOMPANIED BY A STATEMENT SIGNED BY ANY OFFICER OF GMAC
COMMERCIAL CREDIT LLC (GMAC), WHICH CONTAINS THE WORDING OF ANY STATEMENT #1
OR #2 OR #3 BELOW:

STATEMENT (1)                                                    GLAN 00663

G..2TE
THE UNDERSIGNED, AN OFFICER OF GMAC COMMERCIAL CREDIT LLC ("GMAC"), HEREBY
CERTIFIES THAT THE AMOUNT OF THE DRAFT(S) ACCOMPANYING THIS STATEMENT IS OWED
OR WITH THE PASSAGE OF TIME MAY BE OWED

...AN INTEGRAL PART OF LETTER OF CREDIT NUMBER: 151228246

...TIONAL, INC. JOINTLY AND SEVERALLY TO GMAC AND HAS NOT BEEN PAID
...E

...ATEMENT (2)

...OTE
...E UNDERSIGNED, AN OFFICER OF GMAC COMMERCIAL CREDIT LLC ("GMAC"), HEREBY
...RTIFIES THAT THE AMOUNT OF THE DRAFT(S) ACCOMPANYING THIS STATEMENT COVERS
...L OR A PORTION OF AMOUNTS OWING BY SENECA SPORTS, INC. AND OR BROOKFIELD
...TERNATIONAL, INC. JOINTLY AND SEVERALLY ("BORROWER") AND PAID TO GMAC WHICH
...YMENT WAS MADE WITHIN 90 DAYS BEFORE THE BORROWER MADE A GENERAL ASSIGNMENT
...R THE BENEFIT OF CREDITORS OR A PETITION WAS FILED BY OR AGAINST THE
...RROWER UNDER THE UNITED STATES BANKRUPTCY CODE OR UNDER A SIMILAR STATE OR
...EDERAL LAW RELATING TO BANKRUPTCY, REORGANIZATION OR OTHER RELIEF FOR
...EBTORS.
...QUOTE


...ATEMENT (3)

...OTE
... UNDERSIGNED, AN OFFICER OF GMAC COMMERCIAL CREDIT LLC ("GMAC"), HEREBY
...RTIFIES THAT GMAC HAS NOT RECEIVED WITHIN 60 DAYS PRIOR TO THE EXPIRATION
...TE (AS SUCH EXPIRATION DATE MAY BE EXTENDED  PURSUANT HERETO BY OR OTHERWISE)
... THE LETTER OF CREDIT DESCRIBED BELOW, A RENEWAL AMENDMENT EXTENDING SUCH
...TER OF CREDIT FOR AN ADDITIONAL ONE-YEAR PERIOD AND THAT THE AMOUNT OF THE
...AFTS ACCOMPANYING THIS STATEMENT REPRESENTS ALL OR ANY PORTION OF AMOUNTS
...ING OR WHICH THE PASSAGE OF TIME MAY BE OWING BY SENECA SPORTS, INC. AND OR
...OOKFIELD INTERNATIONAL, INC. JOINTLY AND SEVERALLY (BORROWER) TO GMAC, WHICH
...MAIN UNPAID. "LETTER OF CREDIT" MEANS THE LETTER OF CREDIT NO. 151228246
...TED SEPTEMBER 19, 2000.
...QUOTE

...IS LETTER OF CREDIT EXPIRES ON SEPTEMBER 15, 2003

... AGREE THAT NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN,
...CLUDING WITHOUT LIMITATION THE EXPIRATION DATE (AS SUCH EXPIRATION DATE MAY
...  EXTENDED  PURSUANT HERETO BY OR OTHERWISE) HEREOF, IN THE EVENT THAT ALL OR
...RT OF THE AMOUNTS PAID BY SENECA SPORTS, INC. AND OR BROOKFIELD
...TERNATIONAL, INC. JOINTLY AND SEVERALLY TO GMAC DURING THE PERIOD FROM THE
...TE OF ISSUANCE THROUGH THE EXPIRATION DATE (AS SUCH EXPIRATION DATE MAY BE
...TENDED  PURSUANT HERETO BY OR OTHERWISE) OF THIS LETTER OF CREDIT ARE
...COVERED FROM GMAC AS A PREFERENCE OR FRAUDULENT TRANSFER UNDER TITLE 11 OF
... UNITED STATES CODE OR ANY OTHER APPLICABLE FEDERAL OR STATE LAW, THEN IN
...CH EVENT, THIS LETTER OF CREDIT SHALL CONTINUE, OR ALTERNATIVELY SHALL BE
...INSTATED, AND SHALL REMAIN IN FULL FORCE AND EFFECT.

...TIPLE AND PARTIAL DRAWINGS ARE PERMITTED.

GLAN 00664

PAGE:    3

...S AN INTEGRAL PART OF LETTER OF CREDIT NUMBER: 151228246

...AMOUNT OF ANY DRAFT(S) DRAWN UNDER THIS LETTER OF CREDIT MUST BE ENDORSED
...THE REVERSE SIDE HEREOF AND ALL DRAFTS MUST BE MARKED DRAWN UNDER FLEET
...TIONAL BANK LETTER OF CREDIT NO. 151228246, DATED SEPTEMBER 19, 2000

...E HEREBY AGREE WITH THE DRAWERS, ENDORSERS AND BONA FIDE HOLDERS OF DRAFTS
...RAWN IN COMPLIANCE WITH THE TERMS OF THIS CREDIT, THAT THE SAME SHALL BE DULY
...ONORED.

...XCEPT AS OTHERWISE EXPRESSLY STATED HEREIN, THIS CREDIT IS ISSUED SUBJECT TO
...HE UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS (1993 REVISION),
...NTERNATIONAL CHAMBER OF COMMERCE PUBLICATION NO. 500. AND ENGAGES US IN
...CCORDANCE WITH THE TERMS THEREOF, BUT ARTICLE 43(A) THEREOF SHALL NOT APPLY.

AUTHORIZED SIGNATURE

THIS DOCUMENT CONSISTS OF 3 PAGE(S).