# EXHIBIT 13

*Seneca Sports*

STANDBY LETTER OF CREDIT NO. 1S1257988
DATE OF ISSUE: FEBRUARY 27, 2001

ISSUING BANK:
FLEET NATIONAL BANK
A MEMBER OF FLEET FINANCIAL GROUP
P.O. BOX 2197, MA ML SFTINT
BOSTON MA 02106-2197

APPLICANT:
DAVID L. LANDAY
85 EAST INDIA ROW
APT. #20 F
BOSTON, MA 02110

BENEFICIARY:
GMAC COMMERCIAL CREDIT LLC
1290 AVENUE OF THE AMERICAS
THIRD FLOOR
NEW YORK, NEW YORK 10104

ATTN. LOAN AMINISTRATION DEPT.
MR. FRANK IMPERATO
SENIOR VICE PRESIDENT

AMOUNT/CURRENCY:
USD 250,000.00
TWO HUNDRED FIFTY THOUSAND AND 00/100 S
US DOLLARS

DATE AND PLACE OF EXPIRY:
MAY 1, 2001 AT OUR COUNTERS

HEREBY OPEN IN YOUR FAVOR OUR IRREVOCABLE LETTER OF CREDIT NO. 1S1257988
THE REQUEST OF DAVID L. LANDAY AND FOR THE ACCOUNT OF SENECA SPORTS, INC.
ID OR BROOKFIELD INTERNATIONAL, INC. JOINTLY AND SEVERALLY (THE "BORROWER"),
R ANY SUM OR SUMS NOT EXCEEDING A TOTAL OF 250,000.00 USD  (TWO HUNDRED
FTY THOUSAND AND 00/100 U.S. DOLLARS), AVAILABLE BY YOUR DRAFT(S) DRAWN ON
AT SIGHT.

AFTS MUST BE ACCOMPANIED BY A STATEMENT SIGNED BY ANY OFFICER OF GMAC
MMERCIAL CREDIT LLC (GMAC), WHICH CONTAINS THE WORDING OF ANY STATEMENT #1
#2 OR #3 BELOW:

ATEMENT (1)

HE
UNDERSIGNED, AN OFFICER OF GMAC COMMERCIAL CREDIT LLC (
TIFIES THAT THE AMOUNT OF THE DRAFT

GLAN 00656

PAGE:   2

THIS IS AN INTEGRAL PART OF LETTER OF CREDIT NUMBER: 1S1257988

OR WITH THE PASSAGE OF TIME MAY BE OWED BY SENECA SPORTS, INC. AND OR BROOKFIELD INTERNATIONAL, INC. JOINTLY AND SEVERALLY TO GMAC AND HAS NOT BEEN PAID
UNQUOTE

OR

STATEMENT (2)

QUOTE
THE UNDERSIGNED, AN OFFICER OF GMAC COMMERCIAL CREDIT LLC. ("GMAC"), HEREBY CERTIFIES THAT THE AMOUNT OF THE DRAFT(S) ACCOMPANYING THIS STATEMENT COVERS ALL OR A PORTION OF AMOUNTS OWING BY SENECA SPORTS, INC. AND OR BROOKFIELD INTERNATIONAL, INC. JOINTLY AND SEVERALLY ("BORROWER") AND PAID TO GMAC WHICH PAYMENT WAS MADE WITHIN 90 DAYS BEFORE THE BORROWER MADE A GENERAL ASSIGNMENT FOR THE BENEFIT OF CREDITORS OR A PETITION WAS FILED BY OR AGAINST THE BORROWER UNDER THE UNITED STATES BANKRUPTCY LAWS OR UNDER A SIMILAR STATE OR FEDERAL LAW RELATING TO BANKRUPTCY, REORGANIZATION OR OTHER RELIEF FOR DEBTORS
UNQUOTE

STATEMENT (3)

QUOTE
THE UNDERSIGNED, AN OFFICER OF GMAC COMMERCIAL CREDIT LLC. ("GMAC"), HEREBY CERTIFIES THAT GMAC HAS NOT RECEIVED AT LEAST 30 DAYS PRIOR TO THE EXPIRATION DATE (AS SUCH EXPIRATION DATE MAY BE EXTENDED PURSUANT HERETO BY OR OTHERWISE) OF THE LETTER OF CREDIT DESCRIBED BELOW A RENEWAL AMENDMENT EXTENDING SUCH LETTER OF CREDIT FOR AN ADDITIONAL ONE-YEAR PERIOD AND THAT THE AMOUNT OF THE DRAFTS ACCOMPANYING THIS STATEMENT REPRESENTS ALL OR ANY PORTION OF AMOUNTS OWING OR WHICH THE PASSAGE OF TIME MAY BE OWING BY SENECA SPORTS, INC. AND OR BROOKFIELD INTERNATIONAL, INC. JOINTLY AND SEVERALLY (BORROWER) TO GMAC, WHICH REMAIN UNPAID. "LETTER OF CREDIT" MEANS THE LETTER OF CREDIT NO. 1S1257988 DATED FEBRUARY 27, 2001.
UNQUOTE

THIS LETTER OF CREDIT EXPIRES ON MAY 1, 2001.

WE AGREE THAT NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN, INCLUDING WITHOUT LIMITATION THE EXPIRATION DATE (AS SUCH EXPIRATION DATE MAY BE EXTENDED PURSUANT HERETO BY OR OTHERWISE) HEREOF, IN THE EVENT THAT ALL OR PART OF THE AMOUNTS PAID BY SENECA SPORTS, INC. AND OR BROOKFIELD INTERNATIONAL, INC. JOINTLY AND SEVERALLY TO GMAC DURING THE PERIOD FROM THE DATE OF ISSUANCE THROUGH THE EXPIRATION DATE (AS SUCH EXPIRATION DATE MAY BE EXTENDED PURSUANT HERETO BY OR OTHERWISE) OF THIS LETTER OF CREDIT ARE RECOVERED FROM GMAC AS A PREFERENCE OR FRAUDULENT TRANSFER UNDER TITLE 11 OF THE UNITED STATES CODE OR ANY OTHER APPLICABLE FEDERAL OR STATE LAW, THEN IN SUCH EVENT, THIS LETTER OF CREDIT SHALL CONTINUE, OR ALTERNATIVELY SHALL BE REINSTATED, AND SHALL REMAIN IN FULL FORCE AND EFFECT

MULTIPLE AND PARTIAL DRAWINGS ARE PERMITTED.

GLAN 00657

PAGE: 3

THIS IS AN INTEGRAL PART OF LETTER OF CREDIT NUMBER: 151257988

THE AMOUNT OF ANY DRAFT(S) DRAWN UNDER THIS LETTER OF CREDIT MUST BE ENDORSED ON THE REVERSE SIDE HEREOF AND ALL DRAFTS MUST BE MARKED DRAWN UNDER FLEET NATIONAL BANK LETTER OF CREDIT NO. 151257988, DATED FEBRUARY 27, 2001.

WE HEREBY AGREE WITH THE DRAWERS, ENDORSERS AND BONA FIDE HOLDERS OF DRAFTS DRAWN IN COMPLIANCE WITH THE TERMS OF THIS CREDIT, THAT THE SAME SHALL BE DULY HONORED.

EXCEPT AS OTHERWISE EXPRESSLY STATED HEREIN, THIS CREDIT IS ISSUED SUBJECT TO THE UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS (1993 REVISION), INTERNATIONAL CHAMBER OF COMMERCE PUBLICATION NO. 500. AND ENGAGES US IN ACCORDANCE WITH THE TERMS THEREOF, BUT ARTICLE 43(A) THEREOF SHALL NOT APPLY.

AUTHORIZED SIGNATURE

THIS DOCUMENT CONSISTS OF 3 PAGE(S).

GLAN 00658

*Seneca Sports*

DATE OF AMENDMENT: APRIL 24, 2001

AMENDMENT TO LETTER OF CREDIT NO.: 1S1257988
DATE OF ISSUE: FEBRUARY 27, 2001

ISSUING BANK:
FLEET NATIONAL BANK
A MEMBER OF FLEET FINANCIAL GROUP
P.O. BOX 2197, MA ML SFTINT
BOSTON MA 02106-2197

APPLICANT:
DAVID L. LANDAY
85 EAST INDIA ROW
APT. #20 F
BOSTON, MA 02110

BENEFICIARY:
GMAC COMMERCIAL CREDIT LLC
1290 AVENUE OF THE AMERICAS
THIRD FLOOR
NEW YORK, NEW YORK 10104
       AND

ATTN. LOAN AMINISTRATION DEPT.
MR. FRANK IMPERATO
SENIOR VICE PRESIDENT

THE ABOVE MENTIONED CREDIT IS AMENDED AS FOLLOWS:

THE DATE OF EXPIRY IS AMENDED TO MAY 25, 2001.

ALL CORRESPONDENCE INCLUDING PRESENTATIONS UNDER THIS LETTER OF CREDIT SHALL BE SENT TO FLEET NATIONAL BANK, ATTN: GLOBAL TRADE OPERATIONS DEPT. -STANDBY UNIT, 1 FLEET WAY, SCRANTON, PA 18507.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

AUTHORIZED SIGNATURE

GLAN 00659

*Seneca Sports*

DATE OF AMENDMENT: MAY 18, 2001

AMENDMENT TO LETTER OF CREDIT NO.:
IS1257988
DATE OF ISSUE: FEBRUARY 27, 2001

ISSUING BANK:
FLEET NATIONAL BANK
A MEMBER OF FLEET FINANCIAL GROUP
P.O. BOX 2197, MA MI. SFTINT
BOSTON MA 02106-2197

APPLICANT:
DAVID L. LANDAY
85 EAST INDIA ROW
APT. #20 F
BOSTON, MA 02110

BENEFICIARY:
GMAC COMMERCIAL CREDIT LLC
1290 AVENUE OF THE AMERICAS
THIRD FLOOR
NEW YORK, NEW YORK 10104
~~AND~~ *MSnauf*

ATTN. LOAN AMINISTRATION DEPT.
MR. FRANK IMPERATO
SENIOR VICE PRESIDENT

THE ABOVE MENTIONED CREDIT IS AMENDED AS FOLLOWS:

THE DATE OF EXPIRY IS AMENDED TO OCTOBER 30, 2001.

ALL CORRESPONDENCE INCLUDING PRESENTATIONS UNDER THIS LETTER OF CREDIT SHALL B
SENT TO FLEET NATIONAL BANK, ATTN: GLOBAL TRADE OPERATIONS DEPT. -STANDBY UNIT
1 FLEET WAY, SCRANTON, PA 18507.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

**GLAN 00660**

FROM : SENECA SPORTS                                    200?-08-15   11:48   #182 P.02/02

*Frank Imperato — Did you/Glenn get this?*
*Done*

DATE OF AMENDMENT: AUGUST 14, 2001        AMENDMENT TO LETTER OF CREDIT NO.:
                                          151257968
                                          DATE OF ISSUE: FEBRUARY 27, 2001


ISSUING BANK:                             APPLICANT:
FLEET NATIONAL BANK                       DAVID L. LANDAY
A MEMBER OF FLEET FINANCIAL GROUP         85 EAST INDIA ROW
P.O. BOX 2197, MA ML SFTINT               APT. #20 F
BOSTON MA 02106-2197                      BOSTON, MA 02110

*Yes*

                                          BENEFICIARY:
                                          GMAC COMMERCIAL CREDIT LLC
                                          1290 AVENUE OF THE AMERICAS
                                          THIRD FLOOR
                                          NEW YORK, NEW YORK 10104
                                          ~~AND~~

                                          ATTN. LOAN AMINISTRATION DEPT.
                                          MR. FRANK IMPERATO
                                          SENIOR VICE PRESIDENT

THE ABOVE MENTIONED CREDIT IS AMENDED AS FOLLOWS:

THE DATE OF EXPIRY IS AMENDED TO MARCH 29, 2002.


ALL CORRESPONDENCE INCLUDING PRESENTATIONS UNDER THIS LETTER OF CREDIT SHALL BE
SENT TO FLEET NATIONAL BANK, ATTN: GLOBAL TRADE OPERATIONS DEPT. -STANDBY UNIT.
1 FLEET WAY, SCRANTON, PA 18507.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

                                                              **GLAN 00661**

                                          _____
                                          AUTHORIZED SIGNATURE

                                                              TOTAL P.01