# EXHIBIT 14

**Seneca Sports**

| | |
|---|---|
| From: | David Landay [davidl@senecasports.com] |
| Sent: | Tuesday, July 31, 2001 11:01 AM |
| To: | Jane Frangos (GMACCC) |
| Cc: | Neal Finklestein |
| Subject: | Update |

EXHIBIT 76
10-18-05

TO      : jane.frangos@GMACCC.com

COPY    : nealf@senecasports.com

FROM    : davidl@senecasports.com

SUBJECT : Update

Dear Jane,

1.    I have spoken with Doug Rainville and David Madoff, our attorney in this matter, and I am up to date.

2.    The Warner Bros. documents were sent yesterday via DHL to you.

3.    I have spoken with Carl about the Disney amendment.

4.    Based on our assumptions that we would have our transaction complete by the middle of this week, which now appears will occur in the next couple of days, we have a requirement to cover $30,000 today for payroll, payroll taxes and real estate taxes. The last item is due here in Massachusetts on August 1. I would assume that as we are so close that this request would be honored as these are part of the submitted plan, and should be deducted from the needs shown in that plan. Please, either you or Brandt, let us know if this request will be allowed.

5.    I have spoken with the person in charge of BARBIE licensing to give an update on our negotiations and expectations as this has delayed payments to Mattel. She has exhibited great patience and continues to wait.

Sincerely,

David Landay

**Seneca Sports**

| | |
|---|---|
| From: | Jane.Frangos@gmaccc.com |
| Sent: | Tuesday, July 31, 2001 12:28 PM |
| To: | David Landay |
| Subject: | Re: Update |

EXHIBIT 77
10-18-05

David, your expectation is not correct. We will not fund until the agreement is executed, so I must suggest that you bridge this expense until we complete documents. Drafts will be circulated today, and we should be able to close tomorrow barring any unforseen circumstances.

Thank you for sending the Warner waiver. I will let you know if I receive it.

1

TO      : jane.frangos@GMACCC.com
FROM    : davidl@senecasports.com
SUBJECT : Reimbursement

EXHIBIT 78
10-18-05

Dear Jane,

You may recall that two weeks ago (July 31) I requested that GMAC fund a request for payroll, payroll taxes and real estate taxes. This was in the context that we all were hoping to have documents signed the very next day. As we well know, nothing was signed until last week and no funds were advanced until yesterday.

You suggested that I "bridge this expense until we complete documents", which I did. I plan to have this amount repaid to me in the next few days and I wanted you to know this in advance. All the expenses paid were part of the plan. It was obviously easier to advance the funds and then be repaid, than to adjust the cash advance in the latest documents.

Sincerely,

David Landay

**Seneca Sports**

| | |
|---|---|
| From: | Jane.Frangos@gmaccc.com |
| Sent: | Thursday, August 16, 2001 3:40 PM |
| To: | David Landay |
| Subject: | Re: Reimbursement |

EXHIBIT 79
10-18-05

Your plan is a covenant. No disbursements should be made that were not in the plan. If you are telling me that you are substituting a payment to you for a payment made that was in the original plan during a particular week, and that the disubrsement has been moved, I would caution you that it would be conservative to ensure that the sales should be made which are in the weekly plan before you make the disbursement to reimburse yourself.

1



EXHIBIT
80
10-18-05

## PAYMENT VOUCHER

DATE: 8/28/01

FOR: David L. Landry

INVOICE #:

AMOUNT: $52,000.00

INVOICE DATE:

DATE PAID:

CHECK #:

ACCT. NO.: Loan Repayment

## PAYMENT VOUCHER

DATE: 8/28/01

FOR: David L. Landay

INVOICE #:

AMOUNT: $52,000.00

INVOICE DATE:

DATE PAID:

CHECK #:

ACCT. NO.: 270-10 Loan Repayment

---

23050

**SENECA SPORTS, INC.**

DATE Aug. 28, 2001    52-153-112

PAY TO THE ORDER OF  David Landay                                $ 52,000.00

Fifty-two thousand and 00/100 -------------------------------- DOLLARS

Fleet
Fleet Maine, N.A.
89910 South Portland, ME

[signatures: Kenneth W. Pratt / Frederick R. Gran]

FOR _____

⑈023050⑈ ⑆011201539⑆ 80 016 511⑈