# EXHIBIT 16

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DAVID L. LANDAY,            )
           Plaintiff,       )
    vs.                     )  No. 04-CV-11955-WGY
GMACCF COMMERCIAL CREDIT,   )
LLC, and GMACCF COMMERCIAL  )
FINANCE, LLC,               )
           Defendants.      )


DEPOSITION OF KATHLEEN A. PAPPALARDO

New York, New York

Friday, August 19, 2005


Reported by:

Bonnie Pruszynski, RMR

JOB NO. 4766

Page 10

today to address any, anything that we are unable to reach agreement on that isn't asked today.

So I just want to be clear on that point.

MR. HOFFMAN: As long as you are undertaking to work in good faith to identify those portions of yesterday's --

MR. HOULIHAN: Mr. Hoffman, I never work any way other than in good faith.

MR. HOFFMAN: There was no implication by my statement. But it, you know, couching it in that way, it certainly gives me comfort that we will be able to reach a resolution of this, and I do not intend to call this witness back with respect to the 30(b)(6) aspect or as a fact witness.

Okay. I think we are on the same wavelength.

Great.

I want to represent and see if you agree with this representation, Mr. Houlihan, as to the identification of the exhibits listed on Landay Exhibit 55

TSG Reporting - Worldwide   212-702-9580

Page 11

with specific deposition exhibits that have previously been marked.

Landay Exhibit 55 refers to four exhibits, two plaintiff's first set of interrogatories and I reviewed them this morning, and it is my belief and representation that Exhibit 2 to Landay's first set of interrogatories is Landay Exhibit 4 to this deposition.

That Exhibit 3 to Landay's first set of interrogatories is Landay Exhibit -- hold on one second -- is Exhibit 51 to this -- to the Landay deposition.

That Exhibit 5 to Landay's first set of interrogatories is -- I just want to make sure here, is Exhibit 1 to the Landay deposition.

And by remarkable coincidence, Exhibit 6 to Landay's interrogatories is Exhibit 6 to this deposition to the Landay Deposition Exhibit 6.

I endeavored in good faith to make those connections and if I am incorrect, I guess we can straighten it out later, but

TSG Reporting - Worldwide   212-702-9580

Page 12

that is my best understanding.

MR. HOULIHAN: I have not had an opportunity to go back and verify whether the exhibits that were entered yesterday, in fact, match up with the interrogatory copies that I have, but I certainly accept your representation to that effect for the purposes of today's deposition.

KATHLEEN A. PAPPALARDO,
    called as a witness, having been previously
    duly sworn, was examined and testified
    as follows:
EXAMINATION

BY MR. HOFFMAN

Q   Ms. Pappalardo, I'm going to place before you Exhibit 1 to the deposition, and is it a fair statement that to the extent that the client statements that appear as Exhibit 4 to the deposition -- strike that.

Is it a fair statement that you utilized Exhibit 4 in preparing Exhibit 1?

A   Yes.

Q   And what -- and is it also a fair

TSG Reporting - Worldwide   212-702-9580

Page 13

PAPPALARDO
statement that Exhibit 4, the client statements in Exhibit 4 cover a discrete period of time?

A   Discrete meaning?

Q   Well, a specific period. In other words, they are not all-inclusive, the client statements?

A   True. Yes.

Q   And is the last client statement, June of 2002?

A   It's hard to see. It's a pretty bad copy. It looks like September to me, but it's really hard to read.

Q   Okay. Let me just take a look.

I agree, I believe it does say as of 9-30-02.

Are there any client statements in existence for any periods after 9-30-02?

A   Yes.

Q   Okay. Do you know, I believe you told us yesterday that at some time the company stopped generating client statements?

A   Correct.

Q   Do you know at what point in time the company stopped generating client statements?

TSG Reporting - Worldwide   212-702-9580

Page 14

1  PAPPALARDO
2  A   I believe they went through sometime
3  in the fall of '03, 2003.
4  Q   Were you involved in the decision to
5  stop generating client statements?
6  A   No.
7  Q   Did anyone tell you why they stopped
8  generating client statements?
9  A   Yes.
10 Q   And who told you and what did they
11 say?
12 A   I don't recall who told me, but it was
13 because we terminated the loan in our system.
14 Q   What does that mean, when one
15 terminates the loan in the system?
16 A   Just cleaned it out of the system.
17 There was no sense in letting it sit out there
18 on the system, just to clean it off, write it
19 off.
20 Q   Okay. And Exhibit 1 has entries that
21 are beyond the date when the client statements
22 were being produced; correct?
23 A   Correct.
24 Q   And what documents did you use to make
25 entries after the client statements were being

TSG Reporting - Worldwide   212-702-9580

Page 15

1  PAPPALARDO
2  produced?
3      MR. HOULIHAN: Objection. You can
4  answer.
5      THE WITNESS: Legal invoices that were
6  submitted on behalf of this case, and the
7  interest I calculated forward based on the
8  contractual rate, and the balance.
9      MR. HOFFMAN: Okay. Mr. Houlihan, I
10 would like production of any client
11 statements after the last date that appears
12 on Exhibit 4.
13     MR. HOULIHAN: One moment, please.
14     (Counsel and witness conferring)
15     MR. HOULIHAN: Without conceding that
16 they have not already been produced, because
17 I don't know whether they have or have not.
18 I am not saying one way or the other. I
19 believe that we have a set of documents with
20 us today, we will have them copied, Bates
21 stamped and produced.
22     MR. HOFFMAN: Okay.
23     THE WITNESS: My copies have notes on
24 them.
25     MR. HOFFMAN: Would they be producible

TSG Reporting - Worldwide   212-702-9580

Page 16

1  PAPPALARDO
2  with notes?
3      MR. HOULIHAN: I would have to -- let
4  me review them at --
5      MR. HOFFMAN: We will take a recess.
6      MR. HOULIHAN: -- at a recess.
7      I will review the notes and see
8  whether or not they are privileged or not.
9  If they are not, we will produce them. If
10 they are, you may not get them today, but we
11 will get them to you.
12 BY MR. HOFFMAN
13 Q   I want to turn to the issue of the
14 crediting of the borrower's loan balance.
15     In your, in Exhibit 4, is there any
16 reference to the crediting of the $4.1 million
17 letter of credit, the crediting of the $250,000
18 stand-by letter of credit or the crediting of
19 the $1 million cash deposit supplied by
20 Mr. Landay?
21 A   There is.
22 Q   It's in Exhibit 4?
23 A   It is.
24 Q   Can you point that out to me?
25 A   I can.

TSG Reporting - Worldwide   212-702-9580

Page 17

1  PAPPALARDO
2  Q   Sure.
3  A   In Exhibit 4, on GLAN 01518, on
4  10-17-01, there is the crediting of the
5  4.1 million.
6      Also on 10-17-01, crediting of
7  $1,004,023.50.
8      And 10-18-01, crediting of the
9  $250,000.
10 Q   Okay. Thank you.
11     Let me just see Exhibit 1.
12     Yesterday we talked about the
13 miscellaneous charges on Exhibit 1, and your
14 counsel produced certain documents which related
15 to certain of those charges.
16     Do you recall that?
17 A   Yes.
18 Q   And the statement was made that the
19 backup for the other charges had already been
20 produced; correct?
21 A   Correct.
22 Q   Is that your understanding?
23 A   Yes.
24 Q   And is it also your understanding that
25 they are Bates stamped GLAN Bates stamp numbers

TSG Reporting - Worldwide   212-702-9580

Page 18

PAPPALARDO

1 those documents?
2 A   Yes.
3     MR. HOULIHAN: Wait for Mr. Hoffman to
4 finish his question before you answer.
5 BY MR. HOFFMAN
6  Q   Do you have any listing or
7 knowledge -- well -- strike that.
8     Do you know which Bates stamp numbers
9 these documents are?
10 A   Not off the top of my head.
11 Q   Do you have a list of them anyplace?
12    MR. HOULIHAN: One moment, please.
13    (Witness and counsel conferring.)
14    MR. HOULIHAN: First answer the
15 question.
16    THE WITNESS: What was the question
17 again?
18 BY MR. HOFFMAN
19 Q   Do you have a list of the Bates stamp
20 numbers of documents, underlying documents,
21 which support the -- some of the miscellaneous
22 charges on Exhibit 1?
23 A   I have some notes with that
24 information.

TSG Reporting - Worldwide    212-702-9580

Page 19

PAPPALARDO

1    MR. HOFFMAN: Could I have the notes?
2    MR. HOULIHAN: I am not sure that I am
3 going to give you the notes because I
4 believe that those were prepared -- I want
5 to consult with the witness on this point,
6 but I believe that the document that Ms.
7 Pappalardo is referring to was prepared in
8 connection with an exercise that I will
9 characterize as work product.
10    I am willing to allow her to read into
11 the record the Bates numbers rather than
12 producing the notes.
13    MR. HOFFMAN: Okay. Why don't we do
14 that?
15    THE WITNESS: The first one, appears
16 on -- the charge appears on GLAN 01523.
17 BY MR. HOFFMAN
18 Q   Yes.
19 A   The date is 11-27-01. The amount,
20 $1,392.53. The supporting GLAN number is 01865.
21 Q   Okay. Thank you.
22    Do you, you may not know this off the
23 top of your head.
24    Do you know what the nature --

TSG Reporting - Worldwide    212-702-9580

Page 20

PAPPALARDO

1 A   It's an unused line fee or slash
2 facility fee. It means the same thing.
3 Q   Okay.
4 A   Okay. The next one, also on 11-27,
5 appearing on client statement GLAN number 01523,
6 $120, and the supporting document is GLAN 01865.
7 Q   Okay. And do you know what that is
8 for?
9 A   It's a customer confirmation charge.
10 Q   Do you know what that means?
11 A   No.
12 Q   All right.
13    MR. HOULIHAN: Well, could you answer
14 that question if the document was shown to
15 you?
16    THE WITNESS: Possibly.
17    MR. HOFFMAN: Okay. That's fine.
18    MR. HOULIHAN: Reserving the right to
19 proffer testimony on that point at a
20 subsequent date if the witness is shown the
21 document.
22    MR. HOFFMAN: Okay. That's fine.
23    THE WITNESS: Okay. The next one,
24 also on GLAN 01523, the date is 11-30, the

TSG Reporting - Worldwide    212-702-9580

Page 21

PAPPALARDO

1 charge is $11.93. The supporting document
2 is GLAN 01858, communications transactions.
3 BY MR. HOFFMAN
4 Q   Do you know off the top of your
5 head --
6 A   It's an IT charge, communication IT
7 charge.
8 Q   Okay.
9 A   All right. Going to December.
10    On 12-7, on GLAN 01526, $208. The
11 supporting GLAN number is 01862 and 63. It's a
12 legal bill.
13 Q   Okay. We all know what that is.
14 A   The next one, also on GLAN 01526, the
15 date is 12-10, the charge, the amount is
16 $124.15. Supporting GLAN number is 01850
17 through 52, also legal.
18    Next one, 12-10, appearing on GLAN
19 01526.
20    The date, I think I said the date,
21 12-10. $82.60. The supporting GLAN 01847
22 through 49, legal.
23    The next one is 12-17 appearing on
24 GLAN 01526, the supporting GLAN number is 01846,

TSG Reporting - Worldwide    212-702-9580

**Page 22**

PAPPALARDO

facility slash unused line fee.

The next two also appear on GLAN 01526.

Q   What was the amount of that last one?
A   $1,855.58.
Q   Please continue.
A   The next to appear on GLAN 01526. The date is 12-20. The first amount, $5,030 even, GLAN 01831 through 36. It's legal.

The next one on 12-20 is $4,684.98, supporting GLAN number 01837 through 43, also legal.

Going to January. Okay. On GLAN 01530, the date is 1-14-02. The amount $37,777.79, sporting GLAN 01796, legal.

The next one, also on GLAN 01530, supporting GLAN number is 01793. $1,092.69, unused line slash facility fee.

Q   Did you have a date on the that?
A   It is 1-23-02.
Q   What -- if I may interrupt you -- what does that mean, unused line? In other words, can you explain that to me?
A   If there is a 10 million, as an

TSG Reporting - Worldwide   212-702-9580

**Page 23**

PAPPALARDO

example, if there is a 10 million revolver cap, and the client has only borrowed 8 million, they get charged a fee on the unborrowed portion if it's in the contract, as stated per the contract.

Q   Is it appropriate to do that after the default of a loan?
MR. HOULIHAN: Objection. That's --
MR. HOFFMAN: Let me rephrase it.
MR. HOULIHAN: Okay.

BY MR. HOFFMAN

Q   Is it customary for GMAC to impose that type of charge after a borrower has been placed in default and GMAC has seized the collateral?

MR. HOULIHAN: Objection. Would you step outside for a moment, please.
(Witness excused)
MR. HOULIHAN: The witness has left the room.

I have two objections to that.

First of all, I think it falls outside the scope of the 30(b)(6). I'm willing to let the witness answer the question if she

TSG Reporting - Worldwide   212-702-9580

**Page 24**

PAPPALARDO

knows, but I want it clear on the record that her response is not a 30(b)(6) response.

In addition, I think the witness previously testified it was done in the instances where the contract provided for such a fee. Your last question is broader than that, and I think it's unfair for that and objectionable for that reason.

But if you want to rephrase it to say is it customary to charge, after a default, in those instances where the contract calls for the fee.

MR. HOFFMAN: Are you saying calls for the fee after a default or just calls for the fee?

MR. HOULIHAN: You might show her, you might show her the contract in this case, but I -- in any event, I am willing to let the witness answer the question to the extent that she can, as long as it's understood that it's not a 30(b)(6) answer.

MR. HOFFMAN: Fine.

You may have to read that question

TSG Reporting - Worldwide   212-702-9580

**Page 25**

PAPPALARDO

back --
(Witness present)
MR. HOFFMAN: -- because the witness may have forgotten.

MR. HOULIHAN: Before you read the question back, while you were outside the room, Mr. Hoffman and I had a discussion. I have a continuing objection to his question, but I am going to permit you to answer the question with the understanding that you are not responding as 30(b)(6) witness to this question, but as a normal fact witness.

So if you know the answer, you may answer it.

(Record read.)

THE WITNESS: I don't know.

BY MR. HOFFMAN

Q   Have you, are you aware of any other loans where this charge has been imposed, where the borrower has defaulted and GMAC has seized the collateral?

MR. HOULIHAN: Objection. I will allow the witness to respond as a fact witness, but not as a 30(b)(6) witness. You

TSG Reporting - Worldwide   212-702-9580

Page 26

1    PAPPALARDO
2  may respond.
3      THE WITNESS: It would all depend on
4  what the contract states.
5  BY MR. HOFFMAN
6    Q   Okay. And you have not read the
7  contract recently in this case?
8    A   That's correct.
9    Q   Have you ever read the factoring
10 agreement in this case?
11   A   I skimmed it.
12   Q   Okay. Thank you.
13      Why don't you continue?
14   A   Okay. All right.
15      Okay. On GLAN 01534, the date is
16 2-4-02. The amount 1,296,867. Supporting GLAN
17 number 01872, legal.
18   Q   Okay.
19   A   Also on GLAN 01534, the date is
20 2-15-02, amount $1,608.80, supporting GLAN
21 number 01890, legal.
22      Also GLAN 01534, the date is 2-22,
23 supporting GLAN number 01912.
24      Legal, did I give the amount?
25   Q   Not yet.
     TSG Reporting - Worldwide   212-702-9580

Page 27

1    PAPPALARDO
2    A   $1,410.66.
3      Also on 2-22-02, $1,916.66.
4  Supporting GLAN number, 01915. Unused line
5  slash facility fee.
6      Go to March. Okay. GLAN 01537, date
7  is 3-2-02, amount $1,725.34, supporting GLAN
8  number 01927, unused line facility fee.
9      April '02.
10   Q   Can I ask you one question. It's
11 unused line slash facility fee?
12   A   It's an unused line fee in the
13 contract. The backup documentation will say
14 facility fee, but it is one in the same.
15   Q   Okay. That was my question. Thank
16 you.
17   A   Okay. On GLAN 01540. The date is
18 4-5-02. The amount $722.90, back up GLAN number
19 01941. Legal.
20      Also on GLAN 01540, the date is 4-22.
21 The amount $605 even. Back-up GLAN number,
22 01949. It's an invoice for Milford Armoured
23 Self-storage.
24      And May of '02, appearing on GLAN
25 01543.
     TSG Reporting - Worldwide   212-702-9580

Page 28

1    PAPPALARDO
2    Q   Could you tell what date of '02? You
3  said May of '02?
4    A   I'm going to give you the date in the
5  second here.
6    Q   I'm sorry.
7    A   Charges on 5-1-02.
8    Q   Oh, I see.
9    A   $537.67. Back up GLAN 01959, legal.
10      Okay. On GLAN 01546. The date is
11 6-2402, the amount $170. Back up GLAN, 01986.
12 Invoice, the New York County clerk.
13   Q   Do you know what that invoice was for,
14 the New York County clerk?
15   A   Not without seeing it.
16   Q   Fine. Okay.
17   A   And then I believe I have one more
18 here for you.
19      Well, I supplied one more, but I don't
20 have the GLAN number from Exhibit 4, where it
21 appears.
22   Q   Okay.
23   A   But there is a charge the date is
24 4-1-03.
25      It's 6,048.25.
     TSG Reporting - Worldwide   212-702-9580

Page 29

1    PAPPALARDO
2    Q   Yes.
3    A   I don't have the supporting GLAN
4  number, but I do know that it's legal.
5    Q   Okay. all right.
6      So, to the best of your knowledge, the
7  listing that you just gave us, includes all of
8  the information relating to the backup or source
9  documents for the miscellaneous charges, except
10 for the ones that you -- we marked as an exhibit
11 yesterday to the best of your knowledge and
12 understanding?
13   A   I can't say that it includes every
14 piece of back-up documentation, but there is
15 some back-up documentation for each one we went
16 through.
17   Q   For each, okay.
18      So, if I located all of these GLAN
19 numbers that you gave us, and I looked at the
20 ones we marked yesterday, I ought to be able to
21 at least have some source information for each
22 of the miscellaneous charges?
23   A   Yes, some source.
24   Q   Okay. Did you -- off the record.
25      (Discussion held off the record)
     TSG Reporting - Worldwide   212-702-9580