# EXHIBIT 17

```
- - - C L I E N T - - -        -NO-      CROSS REF TO A/C      - - - T Y P E - - -              RECEIVABLE      PAGE NO.  1
SENECA SPORTS INC T/O          1008-00   1024-00               COLLECTION                                       ASSIGNED
                                                               CURRENCY - USD                                   AMOUNT  AV.DUE DATE
75 FORTUNE BLVD                AS OF DATE
MILFORD, MA                    10-31-01                                                          MONTH
                                                                                                10-01
    01757                      ACCOUNT EXECUTIVE                                                 09-01
                               FITZGERALD,P                                                      08-01
                                                                                                07-01

                                                               COLLS.NOT TRANSFERRED
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | - - COLLECTION ACCOUNT - - TRANSACTIONS DR-    CR | BALANCE DR-   CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR-    CR | BALANCE DR-   CR |
|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | 4,012.74 | | .00 |
| MONTH END BALANCE | | | | | 4,012.74 | | .00 |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS; IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.


Landoy
4
AL  8-18-05

GLAN 01516

```
- - - C L I E N T - - -                -NO-                    - - - T Y P E - - -        PAGE NO.   1
SENECA SPORTS INC                      1024-00                 COLLECTION              RECEIVABLE ASSIGNED
                                                               CURRENCY - USD          MONTH   AMOUNT  AV.DUE DATE
75 FORTUNE BLVD                        AS OF DATE                                       10-01   166,580  11-28-01
MILFORD MASS                           10-31-01                                         09-01   503,780  11-05-01
                                                                                        08-01   431,404  10-17-01
    01757                              ACCOUNT EXECUTIVE                                 07-01   202,970  09-18-01

                                       FITZGERALD, P           COLLS.NOT TRANSFERRED       17,468.96
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | 1,629,788.21 | | 7,376,884.31- |
| 10-01-01 | 100101 | SALES        ET 294 | 100 | 12,119.03 | | | |
| 10-01-01 | | CHARGE BACK | 194 | 325.98 | | | |
| 10-01-01 | 100101 | COLLECTIONS | 196 | 22,264.59- | 1,619,968.63 | 22,264.59 | 7,354,619.72- |
| 10-02-01 | 100101 | SALES        ET 295 | 100 | 4,551.96 | | | |
| 10-02-01 | 100201 | COLLECTIONS | 196 | 270,249.69- | 1,354,270.90 | 270,249.69 | 7,084,370.03- |
| 10-02-01 | | SALES        ET 296 | 100 | 737.72 | | | |
| 10-03-01 | | CHARGE BACK | 194 | 8,848.61 | | | |
| 10-03-01 | | COLLECTIONS | 196 | 3,515.41- | 1,342,644.60 | 3,515.41 | 7,080,854.62- |
| 10-04-01 | | COLLECTIONS | 196 | 203.03 | | | |
| 10-04-01 | | CHARGE BACK | 194 | 12,208.98- | 1,330,638.65 | 12,208.98 | 7,068,645.64- |
| 10-05-01 | | CHARGE BACK | 194 | 436.80- | | | |
| 10-09-01 | | COLLECTIONS | 196 | 7,233.37- | 1,322,968.48 | 7,233.37 | 7,061,412.27- |
| 10-09-01 | 100101 | SALES        ET 297 | 100 | 126,239.89 | | | |
| 10-09-01 | | WIRE | 140 | | | 2,400.00- | |
| 10-09-01 | | COLLECTIONS | 196 | 39,351.31- | 1,409,857.06 | 39,351.31 | 7,024,460.96- |
| 10-10-01 | 100101 | SALES        ET 298 | 100 | 35,963.39 | | | |
| 10-10-01 | | CHARGE BACK | 194 | 145,683.38- | | | |
| 10-10-01 | | COLLECTIONS | 196 | 14,538.95- | 1,285,598.12 | 14,538.95 | 7,009,922.01- |
| 10-11-01 | 101001 | SALES        ET 299 | 100 | 9,533.91 | | | |
| 10-11-01 | | CHARGE BACK | 194 | 66.40- | | | |
| 10-11-01 | | COLLECTIONS | 196 | 681.89- | 1,288,701.24 | 681.89 | 7,003,557.62- |
| 10-11-01 | | COLLECTIONS | 196 | 5,682.50- | | 5,682.50 | |
| 10-12-01 | | CHARGE BACK | 194 | 1,312.87- | | | |
| 10-12-01 | | COLLECTIONS | 196 | 13,152.00- | 1,274,236.37 | 13,152.00 | 6,990,405.62- |
| 10-15-01 | 101101 | SALES        ET 300 | 100 | 25,735.99 | | | |
| 10-15-01 | | CHARGE BACK | 194 | 13,152.00 | | | |
| BALANCE FORWARD | | | | | 1,313,124.36 | | 6,990,405.62- |

CONTINUED ON NEXT PAGE

GLAN 01517

```
- - - C L I E N T - - -              -NO-                    - - - T Y P E - - -                          RECEIVABLE    PAGE NO.  2
SENECA SPORTS INC                    1024-00                 COLLECTION                                   AMOUNT AV. DUE DATE
75 FORTUNE BLVE                      AS OF DATE              CURRENCY - USD              MONTH   166,580   11-28-01
MILFORD MASS                         10-31-01                                            10-01   503,780   11-05-01
                                                                                        09-01   431,404   10-17-01
       01757                         ACCOUNT EXECUTIVE                                   08-01   202,970   09-18-01
                                                                                        07-01
                                     FITZGERALD,P
                                                             COLLS.NOT TRANSFERRED        17,468.96
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | 1,313,124.36 | | | 6,990,405.62- |
| 10-15-01 | | COLLECTIONS | 196 | 83,732.17- | 1,229,392.19 | | 83,732.17 | 6,906,673.45- |
| 10-16-01 | 101501 | SALES BT 301 | 100 | 16,607.56 | | | | |
| 10-16-01 | | CHARGE BACK | 194 | 25,200.00- | | | | |
| 10-16-01 | | COLLECTIONS | 196 | 1,907.43- | 1,218,892.32 | | 1,907.43 | 6,904,766.02- |
| 10-17-01 | 101501 | WIRE | 175 | | | | 4,100,000.00 | |
| 10-17-01 | 100101 | MISC CHG/CR | 190 | | | | 1,004,023.50 | |
| 10-17-01 | | CHARGE BACK | 194 | 63,675.71- | | | | |
| 10-17-01 | | COLLECTIONS | 196 | 85,804.04- | 1,069,412.57 | | 85,804.04 | 1,714,938.48- |
| 10-17-01 | 101601 | SALES BT 302 | 100 | 2,155.07 | | | | |
| 10-18-01 | 101701 | WIRE | 175 | | | | 250,000.00 | |
| 10-18-01 | | CHARGE BACK | 194 | 39,679.00- | | | | |
| 10-18-01 | | COLLECTIONS | 196 | 504.29- | 1,031,384.35 | | 504.29 | 1,464,434.19- |
| 10-19-01 | 101801 | SALES BT 303 | 100 | 21,440.81 | | | | |
| 10-19-01 | | COLLECTIONS | 196 | 7,183.34- | 1,045,641.82 | | 7,183.34 | 1,457,250.85- |
| 10-22-01 | 102201 | SALES BT 305 | 106 | 11,520.00 | | | | |
| 10-22-01 | 101901 | SALES BT 304 | 100 | 26,214.76 | | | | |
| 10-22-01 | 100101 | MISC CHG/CR | 190 | | | 553.07- | | |
| 10-22-01 | | COLLECTIONS | 196 | 30,292.73- | 1,053,083.85 | | 30,292.73 | 1,427,511.19- |
| 10-23-01 | | COLLECTIONS | 196 | 1,552.62- | 1,051,531.23 | | 1,552.62 | 1,425,958.57- |
| 10-24-01 | 102401 | WIRE | 175 | | | | 16,952.80 | |
| 10-24-01 | | CHARGE BACK | 194 | 1,580.09- | | | | |
| 10-24-01 | | COLLECTIONS | 196 | 242.69- | 1,049,708.45 | | 242.69 | 1,408,763.08- |
| 10-25-01 | 100101 | OVERADV CHGE | 190 | | | 13,911.51- | | |
| 10-25-01 | | COLLECTIONS | 196 | 178.16- | 1,049,530.29 | | 178.16 | 1,422,496.43- |
| 10-26-01 | | CHARGE BACK | 194 | 10.40- | | | | |
| 10-26-01 | | COLLECTIONS | 196 | 14,132.19- | 1,035,387.70 | | 14,132.19 | 1,408,364.24- |
| BALANCE FORWARD | | | | | 1,035,387.70 | | | 1,408,364.24- |

CONTINUED ON NEXT PAGE

GLAN 01518

```
- - - C L I E N T - - -          -NO-                    - - - T Y P E - - -              PAGE NO.    3
SENECA SPORTS INC                1024-00                 COLLECTION                 RECEIVABLE ASSIGNED
                                                         CURRENCY - USD        MONTH    AMOUNT AV.DUE DATE
75 FORTUNE BLVE                  AS OF DATE                                     10-01    166,580   11-28-01
MILFORD MASS                     10-31-01                                       09-01    503,780   11-05-01
                                                                               08-01    431,404   10-17-01
          01757                  ACCOUNT EXECUTIVE                              07-01    202,970   09-18-01

                                 FITZGERALD,P          COLLS.NOT TRANSFERRED             17,468.96
```

| POSTING VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT | | ADVANCE/MATURED FUNDS ACCOUNT | | |
|---|---|---|---|---|---|---|---|
| | | | TRANSACTIONS DR- CR | BALANCE DR- CR | TRANSACTIONS DR- | CR | BALANCE DR- CR |
| BALANCE CARRIED FORWARD | | | | 1,035,387.70 | | | 1,408,364.24- |
| 10-29-01 | WIRE | 140 | | | 40,346.69- | | |
| 10-29-01 | 100101 MIN COMM CHGE | 190 | | | 25,102.00- | | |
| 10-29-01 | CHARGE BACK | 194 | 609.00 | | | | |
| 10-29-01 | COLLECTIONS | 196 | 5,573.79- | 1,030,422.91 | | 5,573.79 | 1,468,239.14- |
| 10-30-01 | CASH ADVANCE | 140 | | | 16,115.00- | | |
| 10-30-01 | WIRE | 175 | | | | 45,548.77 | |
| 10-30-01 | 100101 MISC CHG/CR | 190 | | 1,030,422.91 | 22.62- | | |
| 10-31-01 | 103001 WIRE | 175 | | | | 25,975.00 | 1,438,827.99- |
| 10-31-01 | WIRE CHARGES | 185 | | | 30.00- | | |
| 10-31-01 | WIRE RECEIPTS | 185 | | | 50.00- | | |
| 10-31-01 | D.A.B.  100800 | 185 | | | 274.97- | | |
| 10-31-01 | CHARGE BACK | 194 | 434.80- | | | | |
| 10-31-01 | INTEREST | 195 | | | 6.08- | | |
| 10-31-01 | COMMISSN | 195 | | | 1,662.33- | | |
| 10-31-01 | COLLECTIONS | 196 | 4,969.23- | 1,025,018.88 | | 4,969.23 | 1,409,907.14- |
| 10-31-01 | INT ON AVG BAL | 001 | | 1,025,018.88 | 27,063.11- | | 1,436,970.25- |
| MONTH END BALANCE | | | 604,769.33- | 1,025,018.88 | 127,537.38- | 6,067,451.44 | 1,436,970.25- |

```
                              AVG.BALANCE        RATE              AMOUNT
                              3,578,698.09- @    8.782 %           27,063.11-
INTEREST ON AVERAGE ADVANCES
```

**GLAN 01519**

```
- - - C L I E N T - - -                        - - - T Y P E - - -              PAGE NO.  4
SENECA SPORTS INC              -NO-             COLLECTION           RECEIVABLE       ASSIGNED
                               1024-00          CURRENCY - USD       AMOUNT    AV.DUE DATE
75 FORTUNE BLVD                AS OF DATE                    MONTH
MILFORD MASS                   10-31-01                      10-01   166,580   11-28-01
                                                             09-01   503,780   11-05-01
01757                          ACCOUNT EXECUTIVE             08-01   431,404   10-17-01
                                                             07-01   202,970   09-18-01
                               FITZGERALD, P

                                                  COLLS.NOT TRANSFERRED        17,468.96

                               MONTHLY SUMMARY
                               - - - - - - - - - - - - -
```

| TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|
| OPENING MONTH BALANCE | | 1,629,788.21 | | 7,376,884.31- |
| TOTAL SALES | 100 | 292,820.09 | 1,922,608.30 | | 7,435,746.00- |
| TOTAL WIRES RECEIVED | 140 | | | 58,861.69-    4,438,476.57 | 2,997,269.43- |
| TOTAL CASH RECEIVED | 175 | | | | |
| TOTAL BANK CHARGES | 185 | | | 354.97- | 2,997,624.40- |
| TOTAL MISC. CHARGES/CREDIT | 190 | | | 39,589.20-    1,004,023.50 | 2,033,190.10- |
| TOTAL CHARGE BACKS | 194 | 272,638.05- | 1,649,970.25 | | |
| TOTAL MONTH-END CHARGES | 195 | | | 1,668.41- | 2,034,858.51- |
| TOTAL COLLECTIONS | 196 | 624,951.37- | 1,025,018.88 | 624,951.37 | 1,409,907.14- |
| TOTAL INTEREST ON BALANCE | 001 | | | 27,063.11- | 1,436,970.25- |
| MONTH END BALANCE | | | 1,025,018.88 | | 1,436,970.25- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN (OBJECTION THERETO WITHIN NINETY (90) DAYS;
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01520

PAGE NO. 1

--- CLIENT ---
SENECA SPORTS INC T/O

75 FORTUNE BLVD
MILFORD, MA

01757

-NO- 1008-00
CROSS REF.TO A/C 1024-00

AS OF DATE
11-30-01

ACCOUNT EXECUTIVE

FITZGERALD,P

--- TYPE ---
COLLECTION
CURRENCY - USD

| MONTH | RECEIVABLE AMOUNT | ASSIGNED AV.DUE DATE |
|---|---|---|
| 11-01 | | |
| 10-01 | | |
| 09-01 | | |
| 08-01 | | |

COLLS.NOT TRANSFERRED

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- | COLLECTION ACCOUNT TRANSACTIONS CR | COLLECTION ACCOUNT BALANCE DR- | COLLECTION ACCOUNT BALANCE CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- | ADVANCE/MATURED FUNDS ACCOUNT BALANCE CR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | 4,012.74 | | | | | .00 |
| MONTH END BALANCE | | | | | | 4,012.74 | | | | | .00 |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS;
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

```
- - - C L I E N T - - -                    -NO-              - - - T Y P E - - -                              RECEIVABLE    PAGE NO.  1
SENECA SPORTS INC                          1024-00           COLLECTION                                                     AMOUNT   AV.DUE DATE
75 FORTUNE BLVE                                              CURRENCY - USD                          MONTH                  126,240  11-07-01
MILFORD MASS                               AS OF DATE                                                11-01                   166,580  11-28-01
                                           11-30-01                                                 10-01                   503,780  11-05-01
      01757                                                                                          09-01                   431,404  10-17-01
                                           ACCOUNT EXECUTIVE                                         08-01

                                           FITZGERALD, P              COLLS.NOT TRANSFERRED          13,833.09
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | | | |
| 11-01-01 | | COLLECTIONS | 196 | 8,280.54- | 1,025,018.88 | | 8,280.54 | 1,436,970.25- |
| 11-02-01 | | MISC CHG/CR | 190 | | 1,016,738.34 | 10,158.43- | | 1,429,689.71- |
| 11-02-01 | | COLLECTIONS | 196 | 807.40- | 1,015,930.94 | | 807.40 | 1,438,040.74- |
| 11-05-01 | | MISC CHG/CR | 190 | | | 250.00- | | |
| 11-05-01 | | COLLECTIONS | 196 | 8,381.02- | 1,007,549.92 | | 8,381.02 | 1,429,909.72- |
| 11-06-01 | | WIRE | 140 | | | 45,000.00- | | |
| 11-06-01 | 110901 | RECEIPT | 175 | | | | 44,816.40 | |
| 11-06-01 | | WIRE | 175 | | | | 5,929.12 | |
| 11-06-01 | | COLLECTIONS | 196 | 126,524.93- | 881,024.99 | | 126,524.93 | 1,297,639.27- |
| 11-07-01 | | MISC CHG/CR | 190 | | | 178.00- | | |
| 11-07-01 | | MISC CHG/CR | 190 | | | 157.50- | | |
| 11-07-01 | | COLLECTIONS | 196 | 6,489.01- | 874,535.98 | | 6,489.01 | 1,291,485.76- |
| 11-08-01 | | COLLECTIONS | 196 | 5,826.84- | 868,709.14 | | 5,826.84 | 1,285,658.92- |
| 11-09-01 | | MISC CHG/CR | 190 | | | 627.00- | | |
| 11-09-01 | | MISC CHG/CR | 190 | | | 216.00- | | |
| 11-09-01 | | COLLECTIONS | 196 | 45,115.69- | 823,593.45 | | 45,115.69 | 1,241,386.23- |
| 11-09-01 | | WIRE | 175 | | | | 18,475.00 | |
| 11-13-01 | 110901 | OVERADV CHGE | 190 | | | 6,933.72- | | |
| 11-13-01 | 110101 | COLLECTIONS | 196 | 125,134.97- | 698,458.48 | | 125,134.97 | 1,104,709.98- |
| 11-14-01 | | COLLECTIONS | 196 | 34,653.75- | 663,804.73 | | 34,653.75 | 1,070,056.23- |
| 11-15-01 | | COLLECTIONS | 196 | 15.47- | | | 15.47 | |
| 11-15-01 | | COLLECTIONS | 196 | 21,462.21- | 642,327.05 | | 21,462.21 | 1,048,578.55- |
| 11-16-01 | | COLLECTIONS | 196 | 336.39- | 641,990.66 | | 336.39 | 1,048,242.16- |
| 11-19-01 | | CHARGE BACK | 194 | 138.00 | | | | |
| 11-19-01 | | COLLECTIONS | 196 | 20,035.07- | 622,093.59 | | 20,035.07 | 1,028,207.09- |
| 11-20-01 | | CASH ADVANCE | 140 | | | 10,763.00- | | |
| BALANCE FORWARD | | | | | 622,093.59 | | | 1,038,970.09- |

CONTINUED ON NEXT PAGE

GLAN 01522

```
--- C L I E N T ---                -NO-                          --- T Y P E ---                    RECEIVABLE    PAGE NO.    2
SENECA SPORTS INC                  1024-00                       COLLECTION                                       ASSIGNED
                                                                 CURRENCY - USD            MONTH      AMOUNT AV.DUE DATE
75 FORTUNE BLVD                    AS OF DATE                                              11-01      126,240   11-07-01
MILFORD MASS                       11-30-01                                               10-01      166,580   11-28-01
                                                                                          09-01      503,780   11-05-01
         01757                     ACCOUNT EXECUTIVE                                      08-01      431,404   10-17-01

                                   FITZGERALD, P

POSTING  VALUE    ASSIGNMENT OR           COLLS.NOT TRANSFERRED                     13,833.09

                                   --- COLLECTION ACCOUNT ---    ADVANCE/MATURED FUNDS ACCOUNT ---
POSTING  VALUE    ASSIGNMENT OR   TRANS      TRANSACTIONS          BALANCE              TRANSACTIONS              BALANCE
DATE     DATE     REFERENCE       CODE       DR-    CR             DR-  CR              DR-          CR            DR-   CR

BALANCE CARRIED FORWARD                                           622,093.59
11-20-01          COLLECTIONS      196           34.24-           622,059.35                          34.24      1,038,970.09-
11-21-01          COLLECTIONS      196        3,157.86-           618,901.49                       3,157.86      1,035,935.85-
11-26-01          COLLECTIONS      196        2,979.07-           615,922.42                       2,979.07      1,035,777.95-
11-27-01          SALES    ET 297  100      126,239.89                                                          1,032,798.92-
11-27-01          MISC CHG/CR      190                                            1,392.53-
11-27-01          MISC CHG/CR      190                                              120.00-
11-27-01          SLS CORR ET 297  199      126,239.89-           615,922.42                                    1,034,311.45-
11-28-01          CHARGE BACK      194       54,441.60-
11-28-01          COLLECTIONS      196       20,818.92-           540,661.90                      20,818.92      1,013,492.53-
11-30-01          RECEIPT          175                                                              200.00
11-30-01          RECEIPT          175                                                              700.00
11-30-01          RECEIPT          175                                                              700.00
11-30-01          WIRE CHARGES     185                                               15.00-
11-30-01          WIRE RECEIPTS    185                                               20.00-
11-30-01          D.A.B.  100800   185                                              274.98-
11-30-01 110101   MISC CHG/CR      190                                               11.93-
11-30-01          INTEREST         195                                                2.91-
11-30-01          COMMISSN         195                                              835.44-
11-30-01          COLLECTIONS      196       12,092.07-           528,569.83                      12,092.07      1,000,960.72-

11-30-01          INT ON AVG BAL   001                            528,569.83          8,095.98-                 1,009,056.70-

MONTH END BALANCE                            496,449.05-          528,569.83         85,052.42-     512,965.97   1,009,056.70-

                                   AVG.BALANCE                    RATE                AMOUNT
INTEREST ON AVERAGE ADVANCES       1,163,493.27- @               8.350 %             8,095.98-
```

GLAN 01523

```
- - - C L I E N T - - -          -NO-            - - - T Y P E - - -              RECEIVABLE   PAGE NO.    3
SENECA SPORTS INC                1024-00          COLLECTION                                   ASSIGNED
                                                  CURRENCY - USD                    AMOUNT  AV.DUE DATE
75 FORTUNE BLVD                  AS OF DATE                                 MONTH
MILFORD MASS                     11-30-01                                   11-01    126,240  11-07-01
                                                                           10-01    166,580  11-28-01
     01757                       ACCOUNT EXECUTIVE                          09-01    503,780  11-05-01
                                                                           08-01    431,404  10-17-01
                                 FITZGERALD, P
                                                  COLLS.NOT TRANSFERRED      13,833.09
```

MONTHLY SUMMARY
---------------

| TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|
| OPENING MONTH BALANCE | | 1,025,018.88 | | 1,436,970.25- |
| TOTAL WIRES                140 | | | 55,763.00- | 1,492,733.25- |
| TOTAL CASH RECEIVED        175 | | | 70,820.52 | 1,421,912.73- |
| TOTAL BANK CHARGES         185 | | | 309.98- | 1,422,222.71- |
| TOTAL MISC. CHARGE/CREDIT  190 | | | 20,045.11- | 1,442,267.82- |
| TOTAL CHARGE BACKS         194 | 54,303.60- | 970,715.28 | | |
| TOTAL MONTH-END CHARGES    195 | | | 838.35- | 1,443,106.17- |
| TOTAL COLLECTIONS          196 | 442,145.45- | 528,569.83 | 442,145.45 | 1,000,960.72- |
| TOTAL INTEREST ON BALANCE  001 | | | 8,095.98- | |
| MONTH END BALANCE | | 528,569.83 | | 1,009,056.70- |
| | | | | 1,009,056.70- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS. IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01524

```
- - C L I E N T - - -          -NO-        CROSS REF.TO A/C      - - T Y P E - - -                        RECEIVABLE    PAGE NO.    1
SENECA SPORTS INC T/O          1008-00     1024-00               COLLECTION                                             ASSIGNED
C/O JOHN CROWLEY                                                 CURRENCY - USD                                         AMOUNT AV.DUE DATE
GMACC COMMERCIAL CREDIT         AS OF DATE
151 MERRIMAC ST 6TH FL         12-31-01                                                                  MONTH
BOSTON.MA.                                                                                               12-01
         02114                 ACCOUNT EXECUTIVE                 OFFSET- 74666                            11-01
                                                                                                         10-01
                               FITZGERALD,P                                                              09-01

                                                                COLLS.NOT TRANSFERRED
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | - - COLLECTION ACCOUNT - - TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT - - - TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | 4,012.74 | | .00 |
| MONTH END BALANCE | | | | | 4,012.74 | | .00 |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS;
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01525

```
- - - C L I E N T - - -              -NO-                  - - - T Y P E - - -                              RECEIVABLE    PAGE NO.   1
SENECA SPORTS INC                    1024-00               COLLECTION                                       AMOUNT  AV.DUE DATE
C/O JOHN CROWLEY                                           CURRENCY - USD                                    126,240   11-07-01
GMACC COMMERCIAL CREDIT              AS OF DATE                                                              166,580   11-28-01
151 MERRIMAC ST 6TH FL               12-31-01                                                               503,780   11-05-01
BOSTON,MA. 02114
                                     ACCOUNT EXECUTIVE     OFFSET- 74666
                                     FITZGERALD,P                                    COLLS.NOT TRANSFERRED              910.00
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS TRANSACTIONS DR- CR | ACCOUNT BALANCE DR- CR | MONTH |
|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | 528,569.83 | | 1,009,056.70- | |
| 12-03-01 | 120601 | WIRE | 140 | | | 7,140.00- | | 12-01 |
| 12-03-01 | 120601 | RECEIPT | 175 | | | 38.29 | | 11-01 |
| 12-03-01 | 120601 | RECEIPT | 175 | | | 171.00 | | 11-01 |
| 12-03-01 | 120601 | RECEIPT | 175 | | | 736.00 | | 10-01 |
| 12-03-01 | 120601 | RECEIPT | 175 | | | 2,500.00 | | 09-01 |
| 12-03-01 | 120601 | RECEIPT | 175 | | | 2,500.00 | | |
| 12-03-01 | 120601 | RECEIPT | 175 | | | 2,800.00 | | |
| 12-03-01 | 120601 | RECEIPT | 175 | | | 77,000.00 | | |
| 12-03-01 | | COLLECTIONS | 196 | 5,119.22- | 523,450.61 | 5,119.22 | | |
| 12-04-01 | | COLLECTIONS | 196 | 3,550.09- | | 3,550.09 | | |
| 12-04-01 | 120301 | COLLECTIONS | 196 | 126,239.89- | 646,140.41 | 126,239.89- | 925,332.19- | |
| 12-05-01 | | COLLECTIONS | 196 | 5,163.78- | 640,976.63 | 5,163.78 | 1,048,021.99- | |
| 12-07-01 | | MISC CHG/CR | 190 | | | 208.00- | 1,042,858.21- | |
| 12-07-01 | | COLLECTIONS | 196 | 10,889.26- | 630,087.37 | 10,889.26 | 1,032,176.95- | |
| 12-10-01 | | MISC CHG/CR | 190 | | 630,087.37 | 124.15- | | |
| 12-10-01 | | MISC CHG/CR | 190 | | 630,087.37 | 82.60- | 1,032,383.70- | |
| 12-12-01 | | CASH ADVANCE | 140 | | | 35,042.00- | 1,067,425.70- | |
| 12-12-01 | | COLLECTIONS | 196 | 12,202.72- | 617,884.65 | 12,202.72 | 1,055,222.98- | |
| 12-14-01 | | COLLECTIONS | 196 | 9,078.82- | 608,805.83 | 9,078.82 | 1,046,144.16- | |
| 12-17-01 | 120101 | MISC CHG/CR | 190 | | | 1,855.58- | 1,047,882.67- | |
| 12-17-01 | | COLLECTIONS | 196 | 117.07- | 608,688.76 | 117.07 | | |
| 12-18-01 | | CHARGE BACK | 194 | 45.21- | | | | |
| 12-18-01 | | COLLECTIONS | 196 | 2,212.40- | 606,431.15 | 2,212.40 | 1,045,670.27- | |
| 12-20-01 | | MISC CHG/CR | 190 | | | 5,030.00- | | |
| 12-20-01 | | MISC CHG/CR | 190 | | | 4,684.98- | | |
| 12-20-01 | | CHARGE BACK | 194 | 90,000.00 | 696,431.15 | | 1,055,385.25- | |
| BALANCE FORWARD | | | | | 696,431.15 | | 1,055,385.25- | |

CONTINUED ON NEXT PAGE

GLAN 01526

```
- - - C L I E N T - - -          -NO-              - - T Y P E - -              RECEIVABLE   PAGE NO.  2
SENECA SPORTS INC                1024-00           COLLECTION                              ASSIGNED
C/O JOHN CROWLEY                                   CURRENCY - USD                 AMOUNT   AV.DUE DATE
GMACC COMMERCIAL CREDIT          AS OF DATE                                MONTH
151 MERRIMAC ST 6TH FL           12-31-01                                  12-01
BOSTON,MA.  02114                                  OFFSET- 74666           11-01  126,240  11-07-01
                                 ACCOUNT EXECUTIVE                         10-01  166,580  11-28-01
                                 FITZGERALD, P     COLLS.NOT TRANSFERRED   09-01  503,780  11-05-01
                                                                                   910.00
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | 696,431.15 | | | 1,055,385.25- |
| 12-21-01 | | COLLECTIONS | 196 | 4,012.49- | 692,418.66 | | 4,012.49 | 1,051,372.76- |
| 12-26-01 | | CHARGE BACK | 194 | 15,633.50- | | | | |
| 12-26-01 | | COLLECTIONS | 196 | 464.08- | 676,321.08 | | 464.08 | 1,050,908.68- |
| 12-26-01 | 120101 | OVERADV CHGE | 190 | | | 2,181.54- | | |
| 12-27-01 | | COLLECTIONS | 196 | 551.62- | 675,769.46 | | 551.62 | 1,052,538.60- |
| 12-28-01 | | COLLECTIONS | 196 | 1,315.02- | 674,454.44 | | 1,315.02 | 1,051,223.58- |
| 12-31-01 | | WIRE CHARGES | 185 | | | 15.00- | | |
| 12-31-01 | | D.A.B.  100800 | 185 | | | 274.97- | | |
| 12-31-01 | | COLLECTIONS | 196 | 1,689.60- | 672,810.46 | | 1,689.60 | 1,049,869.57- |
| 12-31-01 | 122801 | COLLECTIONS | 196 | 45.62 | | 45.62- | | |
| 12-31-01 | | INT ON AVG BAL | 001 | | | 7,353.81- | | 1,057,223.38- |
| MONTH END BALANCE | | | | 144,240.63 | 672,810.46 | 190,278.14- | 142,111.46 | 1,057,223.38- |

```
                       AVG.BALANCE        RATE        AMOUNT
INTEREST ON AVERAGE ADVANCES   1,055,743.39- @   8.089 %   7,353.81-
```

GLAN 01527

```
- - -  C L I E N T  - - -              -NO-                    - - - T Y P E - - -                    RECEIVABLE    PAGE NO.    3
SENECA SPORTS INC                      1024-00                 COLLECTION                                          ASSIGNED
C/O JOHN CROMLEY                                               CURRENCY - USD                 MONTH     AMOUNT AV.DUE DATE
GMACC COMMERCIAL CREDIT                 AS OF DATE                                            12-01     126,240   11-07-01
151 MERRIMAC ST 6TH FL                  12-31-01                                             11-01     166,580   11-28-01
BOSTON,MA.                                                     OFFSET- 74666                 10-01     503,780   11-05-01
         02114                         ACCOUNT EXECUTIVE                                     09-01

                                       FITZGERALD,P                      COLLS.NOT TRANSFERRED                    910.00
```

MONTHLY SUMMARY

| TRANS CODE | - - COLLECTION ACCOUNT - - TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|
| OPENING MONTH BALANCE | | 528,569.83 | | 1,009,056.70- |
| TOTAL WIRES          140 | | | 42,182.00- | 1,051,238.70- |
| TOTAL CASH RECEIVED  175 | | | 85,745.29 | 965,493.41- |
| TOTAL BANK CHARGES   185 | | | 289.97- | 965,783.38- |
| TOTAL MISC. CHARGE/CREDIT 190 | | | 14,166.85- | 979,950.23- |
| TOTAL CHARGE BACKS   194 | 74,321.29 | 602,891.12 | | |
| TOTAL COLLECTIONS    196 | 69,919.34 | 672,810.46 | 126,285.51- | 1,049,869.57- |
| | | | 56,366.17 | |
| TOTAL INTEREST ON BALANCE 001 | | 672,810.46 | 7,353.81- | 1,057,223.38- |
| MONTH END BALANCE | | | | 1,057,223.38- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS;
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01528

GLAN 00012

K 13

- - - C L I E N T - - -
SERES SOVIS INC T/O
C/O JOHN CAREY
GRACE COMMERCIAL CREDIT
151 MERRIMAC ST 6TH FL
BOSTON, MA. 02114

ACCOUNT EXECUTIVE
FITZGERALD,?

AE 1008-00    CROSS REF TO A/C 1024-00

- - - T Y P E - - -
COLLECTION CURRENCY - USD
OFFSET- 74666

AS OF DATE 01-31-02

RECEIVABLE    PAGE NO.
AMOUNT AS OF DATE

MONTH
01-02
12-01
10-01

COLLS NOT TRANSFERRED

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
| | | | | | 4,012.74 | | .00 |
| OPENING MONTH BALANCE | | | | | | | |
| MONTH END BALANCE | | | | | 4,012.74 | | .00 |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS REPORTED TO YOUR ATTENTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 00013

GLAN 01530

| CLIENT | | | | | | TYPE | | | | | | RECEIVABLE | PAGE NO. 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

SENECA SPORTS INC
C/O JOHN CAROL FY
GRACO COMMERCIAL CREDIT
151 MYSTIC ST 6TH FL
BOSTON, MA. 02114

-NO-
1024-00

AS OF DATE
01-31-02

ACCOUNT EXECUTIVE

FITZGERALD, F

COLLECTION
CURRENCY - USD

OFFSET - 74666

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| POSTING | VALUE | ASSIGNMENT OR | TRANS | COLLECTION ACCOUNT | | BALANCE | CHARGE/COLLECTED FUNDS ACCOUNT | | BALANCE | AMOUNT |
| DATE | DATE | REFERENCE | CODE | TRANSACTIONS DR - CR | | DR - CR | TRANSACTIONS DR - | CR | DR - CR | ASSURED |

COLLS NOT TRANSFERRED

OPENING MONTH BALANCE ......... 672,810.46 .......... 1,057,223.38--

MONTHLY BALANCE

INTEREST ON AVERAGE ADVANCES

L 13

GLAN 00014

PAGE NO. 2    M13

- - - C L I E N T - J - - -
SENECA SPORTS INC
C/O JOHN CROWLEY
SPACE COMPONENTS CREDIT
75 T HEREFORD ST 4TH FL
BOSTON MA.    02116

NO.
1024-03
AS OF DATE
01-31-02

ACCOUNT EXECUTIVE
FITZGERALD,P

- - - - T Y P E - - - -
COLLECTION
CURRENCY - USD

OFFSET- 74666

RECEIVABLE
MONTH         AMOUNT AT DUE DATE
01-02
12-01
1-01         125,200  11-07-01
10-01        164,560  11-28-01

CELLS NOT TRANSFERRED

MONTHLY SUMMARY

| TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | CR | BALANCE DR- CR |
|---|---|---|---|---|---|
| (OPENING MONTH BALANCE) | | 672,810.46 | | | 1,057,223.38- |
| TOTAL HIRES   140 | | | 3,575.00- | | 1,060,793.38- |
| TOTAL CASH RECEIVED   175 | | | | 6,495.13 | 1,054,303.25- |
| TOTAL FROM CHARGES   185 | | | 274.97- | | 1,054,574.22- |
| TOTAL FROM CREDIT   190 | | | 72,342.98- | | 1,126,921.20- |
| TOTAL CHARGE BACKS   194 | 121,494.62- | 551,315.84 | | | |
| TOTAL COLLECTIONS   195 | 31,064.29- | 530,251.55 | 2,543.40- | | 1,105,854.31- |
| TOTAL INTEREST ON BALANCE   .001 | | | 7,576.49- | | 1,113,432.40- |
| MONTH END BALANCE | | 530,251.55 | | 21,607.67 | 1,113,432.10- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
IF LESS THAN 30 DAYS AFTER DELIVERY UNLESS OBJECTED TO WITHIN THOSE 30 DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01531

GLAN 00015

H 03

```
- - CLIENT - - -                    INC        CROSS REF TO A/C      - - T Y P E - -         PAGE NO.   1
SENECA SPORTS INC T/O              1008-00     1827-00               COLLECTION            RECEIVABLE ASSIGNED
C/O JOHN CROWLEY                                                     CURRENCY - USD        AMOUNT AV/DUE DATE
GRACE COMMERCIAL CREDIT            AS OF DATE                                              MONTH
151 MERRIMAC ST 14TH FL           02-28-02                                                02-02
BOSTON MA. 02114                                                                          01-07
                                  ACCOUNT EXECUTIVE                                       11-01
                                  FITZGERALD, >                      OFFSET- 74666
```

COLLS.NOT TRANSFERRED

| POSTING DATE | VALUE DATE | ASSIGNMENT OR TRANS REFERENCE | CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | | | |
| 02-21-02 022492 RECEIPT | 175 | | | | | 752.00 | | .00 |
| 02-28-02 INT ON AVG BAL | 001 | | | 4,012.74 | | 1,576.50 | | 2,755.50 |
| | | | | 4,012.74 | | 3.07- | | 2,752.43 |
| MONTH END BALANCE | | | | 4,012.74 | | 3.07- | | 2,752.43 |

| | AVG-BALANCE | RATE | AMOUNT |
|---|---|---|---|
| INTEREST ON AVERAGE ADVANCES | 492.05- 0 | 8.000 % | 3.07- |
| INTEREST ON AVERAGE MATURED FUNDS | 787.29 0 | .000 % | .00 |

GLAN 01532

10/03/2005 16:11 FAX 21301   COHEN TAUBER   GAC   84
03/30/2004 17:32 FAX 2123818775   ☐ 008/033

GLAN 00016

- - - C L I E N T - - -
SEDER SECURITIES INC 170
C/O JOHN CROWLEY
CHASE COMMERCIAL CREDIT
(S) ROBERT C. ... BY CHFL
BOSTON MA. 02114

JOB 1008-00
GROSS REF TO A/C 1024-00
AS OF DATE 02-28-02

- - - T Y P E - - -
COLLECTION
CURRENCY - USD

PAGE NO. 2
RECEIVABLE
AMOUNT AT DUE DATE

ACCOUNT EXECUTIVE
FITZGERALD,J

OFFSET- 71466

COLLS NOT TRANSFERRED

MONTHLY SUMMARY

| TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | MONTH | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|
| | | 4,012.74 | 02-02 | | .00 |
| | | | 02-07 | 2,755.50 CR | 2,755.50 |
| | | | 12-59 | | 2,752.43 |
| | | 4,012.74 | 11-01 | 3.07- | 2,752.43 |

/ PERING MONTH BALANCE

TOTAL CASH RECEIVED              175
TOTAL INTEREST ON BALANCE        601
MONTH END BALANCE

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THEREOF WITHIN THIRTY (30) DAYS. IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

**GLAN 01533**

GLAN 00017

```
- - - C L I E N T - - -          - R O -              - - - - T Y P E - - -          RECEIVABLE   PAGE NO.
SEREEA SPORTS INC            1029-00                  COLLECTION                      ACCOUNT AV. DUE DATE
C/O JOHN CROSSLEY                                     CURRENCY - USD
GRACC COMMERCIAL CREDIT        AS OF DATE                                             MONTH
151 MERRIMAC SQ 4TH FL        02-28-02                                               02-02    126.240  11-07-01
BOSTON MA.    02114                                                                  01-02
                              ACCOUNT EXECUTIVE       OFFSET- 74666                   12-01
                                                                                     11-01
                              FITZGERALD,P
```

CELLS NOT TRANSFERRED

| POSTING VALUE ASSIGNMENT OR TRANS | | COLLECTION ACCOUNT | | ADVANCE/MATURED FUNDS ACCOUNT | | RECEIVABLE | |
|---|---|---|---|---|---|---|---|
| DATE DATE REFERENCE CODE | TRANSACTIONS DR- CR | BALANCE DR- CR | | TRANSACTIONS DR- CR | CR | BALANCE DR- CR | |
| OPENING MONTH BALANCE | | | | | | | |
| 02-01-02 CHARGE BACK 194 | 41,366.50- | 539,251.55 | | | | 1,113,432.40- | |
| 02-01-02 MISC CHG/CR 193 | | 497,885.05 | | | | 1,113,432.40- | |
| 02-05-02 CASH ADVANCE 140 | | 465,885.05 | | 12,988.67- | | 126,401.07- | |
| 02-08-02 CHARGE BACK 194 | 1,022.00- | 463,885.05 | | 1,896.00- | | 128,297.07- | |
| 02-13-02 CHARGE BACK 194 | 349.80- | 471,863.05 | | | | 1,128,297.07- | |
| 02-13-02 COLLECTIONS 195 | 422.46- | | | | | | |
| 02-14-02 COLLECTIONS 195 | 325.68- | 465,090.79 | | 3,472.46 | | 1,124,874.61- | |
| 02-15-02 MISC CHG/CR 193 | | 461,764.91 | | 3,325.88 | | 1,121,548.73- | |
| 02-15-02 COLLECTIONS 195 | 277,702.10- | | | 1,605.00- | | | |
| 02-20-02 CHARGE BACK 194 | 157.13- | | | | | | |
| 02-21-02 MISC CHG/CR 193 | 718.75- | 183,325.62 | | | 157.19 | 1,123,000.34- | |
| 02-22-02 MISC CHG/CR 193 | | 183,182.87 | | | | 1,123,000.34- | |
| 02-25-02 123102 COLLECTIONS 195 | | 183,186.87 | | 1,410.65- | | 1,126,377.66- | |
| 02-25-02 123102 CASH ADVANCE 140 | | | | 1,316.45- | | | |
| 02-25-02 COLLECTIONS 195 | 33.15- | 183,153.72 | | 2,130.60- | | 1,128,425.11- | |
| 02-28-02 COLLECTIONS 195 | 92.06- | 183,061.66 | | 33.15 | | 1,128,333.05- | |
| 02-28-02 B.A.B. 100BBO 185 | | 185,061.66 | | 92.06 | | 1,128,608.01- | |
| 02-28-02 INT ON AVG BAL  001 | | 183,061.66 | | 274.99- | | 1,135,626.42- | |
| MONTH END BALANCE | 347,189.89- | 183,061.66 | | 7,018.38- | | 1,135,626.42- | |
|  | | | | 7,018.38- | | | |
| INTEREST ON AVERAGE ADVANCES | AVE BALANCE | RATE | | AMOUNT | | | |
|  | 1,137,952.54-@ | 8.000 % | | 7,018.38- | | | |
```
                                                 29,224.76-              7,030.74
```

COHEN TAUBER.    03/30/2004 17:32 FAX  2123818775

GLAN 00018

K 03

--- CLIENT ---
SEREA SPORTS INC
C/O JOHN CROSLEY
PEABO CENTENNIAL CREDIT
151 MERRIMAC ST 6TH FL
BOSTON MA. 02114

No.
1024-00

AS OF DATE
02-28-02

ACCOUNT EXECUTIVE

FITZGERALD, P

--- TYPE ---
COLLECTION
CURRENCY - USD

OFFSET - T4666

RESERVE            PAGE NO.  2
BALANCE ASSIGNED
                   AMOUNT AV DUE DATE

126,240   11-07-01

MONTH
02-42
12-47
12-50
11-01

COLLS NOT TRANSFERRED

MONTHLY SUMMARY

| TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR-    CR | BALANCE DR-   CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | | BALANCE DR- CR |
|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | 520,251.55 | | CR | -1,113,432.40- |
| TOTAL TIMES | | | | | |
| TOTAL BANK CHARGES | | | 1,894.00- | | 1,115,328.40- |
| TOTAL MISC CHARGE/CREDIT | | | 274.99- | | 1,115,603.39- |
| TOTAL CHARGE BACKS | | | 20,035.39- | | 1,135,638.78- |
| TOTAL COLLECTIONS | 310,159.15- | 190,092.40 | | | |
|  | 7,030.74- | 183,061.66 | | | |
| TOTAL INTEREST ON BALANCE | | 183,061.66 | 7,018.38- | | 1,128,608.04- |
|  | | | 7,030.74 | | |
| MONTH END BALANCE | | | | | 1,135,626.42- |
|  | | | | | 1,135,626.42- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01535

GLAN 00019

F 17

| CLIENT: | | | | | |
|---|---|---|---|---|---|
| SENECA SPORTS INC T/O | CROSS REL NO A/C | COLLECT/CUR TYPE | | RECEIVABLE | PAGE NO 1 |
| C/O JOHN CHOJU | 7029-00 | CURRENCY - USD | | ACCOUNT A/C | DUE DATE |
| GLOBAL COMMERCIAL CREDIT | AS OF DATE | | | | |
| 1ST FEDERAL ST ? CTR FL | 03-31-02 | | | MONTH | |
| BOSTON, MA. | | | | 03-02 | |
| 02114 | | | | 02-02 | |
| | | | | 01-02 | |
| | | | | 12-01 | |

ACCOUNT EXECUTIVE
FITZGERALD P.
TERMIN DATE 12-31-01

OFFSET - 74666

CALLS NOT TRANSFERRED

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCES/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | | 2,752.43 |
| 03-05-02 | 03-01-02 | MISC CSH/CR | 190 | 4,012.74 | 4,012.74 | | |
| MONTH END BALANCE | | | | | 4,012.74 | 2,752.43 | 2,752.43 |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01536

03/30/2004 17:33 FAX 2123818775   COHEN TAUBER   @ 012/033

GLAN 00020

G 17

- - - C L I E N T - - -
BOSTON SPORTS INC
C/O DON CORNELL
SPAULD & SLYE CREDIT
151 MERRIMAC ST 6TH FL
BOSTON MA  02114

-NO-
1024-00

AS OF DATE
03-31-02

ACCOUNT EXECUTIVE

FITZGERALD P
TERMIN DATE : 12-31-01

- - - T Y P E - - -
COLLECTION
CURRENCY - USD

OFFSET- 74666

- - - RECEIVABLE - - -
PAGE NO:
AMOUNT ASSIGNED DATE

COLLS NOT TRANSFERRED

| POSTING<br>DATE | VALUE<br>DATE | ASSIGNMENT OR<br>REFERENCE | TRANS<br>CODE | COLLECTION ACCOUNT<br>TRANSACTIONS<br>DR- CR | BALANCE<br>DR- CR | ADVANCE/MATURED FUNDS ACCOUNT<br>TRANSACTIONS<br>DR- | CR | BALANCE<br>DR- CR | MONTH |
|---|---|---|---|---|---|---|---|---|---|
| | | OPENING MONTH BALANCE | | | 183,061.66 | | | 1,135,126.42- | |
| 03-05-02 | 030102 | LG CHEK 100800 | 185 | | 183,061.66 | 90.00- | | | 03-02 |
| 03-12-02 | | MISC CHRG/CR 170 | | | | | | | 03-02 |
| 03-13-02 | | CHARGE BACK 194 | | 144,114.50 | 426,912.82 | | 2,752.43 | 1,137,968.85- | 03-02 |
| 03-21-02 | 030102 | DIS-FULLPAY 190 | | 213.34- | 426,962.82 | | | | 03-02 |
| 03-25-02 | 030102 | CHG/DIV CHK 114 | | | 426,962.82 | 1,725.34- | 213.34 | 1,132,750.65- | 03-02 |
| 03-26-02 | 030102 | CHG/DIV CHK 114 | | 53.45- | 385,202.45 | 1,373.91- | | 1,134,475.99- | 03-02 |
| 03-27-02 | | CHARGE BACK 194 | | | 392,901.90 | | | 1,134,445.90- | 03-02 |
| | | D.A.B. 100800 185 | | 13,007.45- | 392,901.90 | 274.57- | | 1,134,148.17- | 03-02 |
| 03-31-02 | | INT ON AVG BAL 001 | | | 393,301.30 | 7,823.13- | | 1,144,551.30- | 12-01 |
| | | MONTH END BALANCE | | 210,840.24 | 393,301.30 | 11,893.45- | 2,555.77 | 1,144,551.30- | |
| | | INTEREST ON AVERAGE ADVANCES | | AVG BALANCE<br>1,136,527.75- @ | RATE<br>8.000 % | AMOUNT<br>7,823.43- | | | |

GLAN 01537

GLAN 00021

H 17

PAGE NO. 2
RECEIVABLE
AMOUNT ASSURED
AMOUNT PAST DUE DATE

- - - - T Y P E - - - -
COLLECTION
CURRENT - USD

- - - C L I E N T - - -
SENECA SPORTS INC.
C/O JOHN CROWLEY
CHASE COMMERCIAL CREDIT
101 FEDERAL ST 6TH FL
BOSTON, MA   02114

-SIC-
10124-00

AS OF DATE
03-31-02

ACCOUNT EXECUTIVE
FITZGERALD P
TERMIN DATE: 12-31-01

OFFSET- 74666

MONTH L SERMAST

COLLS NOT TRANSFERRED

| TRANS CODE | TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT DR- | CR | BALANCE DR- CR |
|---|---|---|---|---|---|
| | | | | | 1,135,626.42- |
| OPENING MONTH BALANCE | | 183,061.66 | | | |
| TOTAL BANK CHARGES | 185 | | 154.97- | | 1,135,781.39- |
| TOTAL MISC. CHARGE/CREDIT | 190 | 241,051.48- | 3,497.25- | 2,752.43 | 1,136,956.21- |
| TOTAL CHARGE BACKS | 124 | | | | |
| TOTAL COLLECTIONS | 198 | 313,585.75 | | | |
| TOTAL INTEREST ON BALANCE | 001 | 215.74 | | 215.74 | 1,136,722.97- |
| MONTH END BALANCE | | 313,801.90 | 7,822.43- | | 1,144,554.30- |
| | | | | | 1,144,554.30- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE THE OBJECTIONS THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01538

03/30/2004 17:33 FAX 2123818775    COHEN TAUBER.    Ø014/033

GLAN 00022

F 12

SEHECA SPORTS LTD T/O
C/O JOHN CONCATY
SHACE COMMERCE, CREDIT
151 MERRIMAC ST 6TH FL
BOSTON,MA    02114

| | | |
|---|---|---|
| LMC | 1008-50 | CROSS-REF TO A/C  1024-100 |
| | AS OF DATE  04-30-02 | COLLECTION TYPE  CURRENCY - USD |

ACCOUNT EXECUTIVE
FITZGERALD,J
TERMIN DATE  12-31-01

OFFSET: 74666

| MONTH | AMOUNT PAST DUE |
|---|---|
| 04-02 | |
| 03-02 | |
| 02-02 | |
| 01-02 | |

COLS NOT TRANSFERRED

ADVANCE/MATURED FUNDS ACCOUNT

| | BALANCE DR - CR |
|---|---|
| | CR |

| POSTING  DATE | VALUE  DATE | ASSIGNMENT OR  REFERENCE | TRANS  CODE | COLLECTION ACCOUNT  TRANSACTIONS  DR - CR | BALANCE  DR - CR | TRANSACTIONS  DR - | BALANCE  DR - CR |
|---|---|---|---|---|---|---|---|
| | | | | | 4,012.74 | | .00 |
| | | | | | 4,012.74 | | 7.00 |

PRECEEDING MONTH BALANCE
MONTH END BALANCE

THIS STATEMENT OF ACCOUNT SHALL BE FINALLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS. IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01539



GLAN 00023

GLAN 01540

GLAN 00024



GLAN 01541

GLAN 00025

C 15

- - - C L I E N T - - -
SENECA SPORTS INC 770
C/O JOHN CROWLEY
SAMUEL COMMERCIAL CREDIT
CHARLESBANK ST 5TH FL
BOSTON,MA. 02114

---INC---   GROSS REF. TO A/C   - - - T Y P E - - -   PAGE NO.   1
1004-00   1024-80   COLLECTION   RECEIVABLE   AMOUNT AT DUE DATE

AS OF DATE   CURRENCY - USD
05-31-02

ACCOUNT EXECUTIVE

FITZPATRICK, J
TERMIN DATE  12-31-01

OFFSET - 21666   MONTH   05-02   04-02   03-02   02-02

CALLS NOT TRANSFERRED

POSTING VALUE  ASSIGNMENT OR  TRANS    - - - COLLECTION ACCOUNT - - -    ADVANCE/PLEDGED FUNDS ACCOUNT   BALANCE
DATE   DATE   REFERENCE   CODE   TRANSACTIONS   BALANCE   TRANSACTIONS   DR- CR
                          DR-   CR   DR-   CR   DR-   CR

OPENING MONTH BALANCE

MONTH END BALANCE        4,012.74   4,012.74   .00   1.00

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING ON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS THE RECEIPT OF THIS STATEMENT OBJECTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01542

GLAN 00026



D 15

- - - C L I E N T - - -
SENECA SPORTS INC
C/O JOHN CROWLEY
75 FORTUNE BLVD
BOSTON MA   02114

- - - T Y P E - - -
COLLECTION
CURRENCY - USD

OFFSET - 74666

-MO-   TO24-00
AS OF DATE   05-31-02

ACCOUNT EXECUTIVE
FITZPATRICK, J
TERMIN.DATE  12-31-01

PAGE NO.   1
RECEIVABLE ASSURED
AMOUNT AV.DUE DATE

COLLS.NOT TRANSFERRED

| POSTING VALUE DATE | ASSORTMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | CR | BALANCE DR- CR | MONTH |
|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | 383,710.80 | | | | |
| 05-01-02 | MISC.CREDIT | 130 | | 383,710.80 | 537.67- | | 1,211,973.80- | 05-02 |
| 05-03-02 | CHARGE BACK | 194 | 1,692.00- | 382,018.80 | | | 1,212,511.47- | 05-02 |
| 05-09-02 | CHARGE BACK | 194 | 1,306.19- | 381,712.61 | | | 1,212,511.47- | 05-02 |
| 05-14-02 | CHARGE BACK | 194 | 27,981.40- | 382,511.47- | | | 1,212,511.47- | 05-02 |
| 05-16-02 050102 OVERPAY CHGE | 190 | 101.03 | 354,935.24 | 2,254.00- | | 1,212,511.47- | 05-02 |
| 05-22-02 | CHARGE BACK | 194 | | 353,935.24 | | | | |
| 05-28-02 | CHARGE BACK | 194 | 108.82- | 353,244.06 | | | 1,214,765.47- | 05-02 |
| 05-31-02 | D.A.B | 195 | 108.82- | 353,135.24 | 133.05- | 108.82 | 1,214,656.65- | 05-02 |
| 05-31-02 053002 COLLECTIONS | 195 | 5,033.03 | 358,868.27 | 5,033.03- | | 1,219,622.73- | 02-02 |
| 05-31-02 | INT ON AVG BAL  001 | | | 358,868.27 | 8,370.56- | | 1,228,193.29- | |
| MONTH END BALANCE | | | 24,842.53- | 358,868.27 | 16,328.31- | 108.82 | 1,228,193.29- | |

AVG BALANCE          RATE
1,215,060.43- e     8.000 %

INTEREST ON AVERAGE ADVANCES      AMOUNT
                                  8,370.56-

GLAN 01543

GLAN 00027

D 15                                                                 E 15

--- C L I E N T ---                    --- T Y P E ---          RECEIVABLE   PAGE NO. 2
SENECA SPORTS INC                -NO-   1024-00                 COLLECTION    MONTH   AMOUNT ASSIGNED   AMOUNT AV/DUE DATE
C/O JOHN CROWLEY                        AS OF DATE              CURRENCY - USD   05-02
GMAC COMMERCIAL CREDIT                  05-31-02                                 05-02
1ST FEDERAL ST CNTR FL                                                          04-02
BOSTON, MA 02114                        ACCOUNT EXECUTIVE       OFFSET- 24666   03-02
                                                                                02-02
                                        FITZPATRICK, J
                                        TERMTN DATE 12-31-01          CALLS NOT TRANSFERRED

                               MONTHLY SUMMARY

| | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | 383,710.80 | | | 1,211,773.80 |
| TOTAL BANK CHARGES | 185 | | | 133.05- | | 1,212,106.85- |
| TOTAL MISC. CHARGE/CREDIT | 190 | 29,766.74- | | 2,791.67- | | 1,214,898.52- |
| TOTAL CHARGE BACKS | 196 | 4,742.21 | 35,444.06 | 5,033.03- | | 1,219,822.75- |
| TOTAL COLLECTIONS | | | 355,865.27 | | 1081 82 | |
| TOTAL INTEREST ON BALANCE | 601 | | | 8,370.56- | | 1,228,193.27- |
| MONTH END BALANCE | | | 359,868.27 | | | 1,228,193.27- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS THE RECEIVER OF THE WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01544

GLAN 00028



M 15

```
-- CLIENT --           -AM-      CROSS REF. TO A/C     -- T Y P E --         RECEIVABLE    PAGE NO.    1
SENECA SPORTS INC 770  7008-00   1024-00               COLLECTION                          ASSIGNED
C/O JOHN CHOBLET                                       CURRENCY - USD        MONTH    AMOUNT  A/VDUE DATE
EDWARD ABERRMAN DEPT1           AS OF DATE                                   06-02
ONE BEACON ST CH FL            06-30-02                                      05-02
BOSTON MA.  02114                                      OFFSET= 71666         06-02
                      ACCOUNT EXECUTIVE                                      07-02
                                                                            03-02
                      FITZPATRICK J.
                      TERMIN.DATE : 12-31-01            COLLS.NOT TRANSFERRED

                                        ADVANCE/MATURED FUNDS ACCOUNT
POSTING VALUE ASSIGNMENT OR TRANS.  COLLECTION ACCOUNT     TRANSACTIONS          BALANCE
DATE   DATE  REFERENCE       CODE   TRANSACTIONS           DR-  CR              DR-  CR
                                    DR-   CR                          CR
OPENING MONTH BALANCE                        4,012.74                             .00

06-11-02       COLLECTIONS   196   83.53-    3,929.21                             .00
                                   87.53-    3,921.21
               THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
               UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS.
               IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.
MONTH END BALANCE                            3,921.21
```

GLAN 01545

GLAN 00029

- - - C L I E N T - - -
SENECA SPORTS INC
C/O JOHN CROWLEY
75 GIBBS ST #6TH FL
LEHARS GRUNBERG
BOSTON,MA. 02114

- - - T Y P E - - -
COLLECTION
CURRENCY - USD

ACCOUNT EXECUTIVE
FITZPATRICK,J
TERMIN DATE: 12-31-01

OFFSET- 74666

AS OF DATE
08-30-02

RECEIVABLE    PAGE NO. 1

COLLS NOT TRANSFERRED

ADVANCES/ADVANCED FUNDS ACCOUNT

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | TRANSACTIONS DR- CR | AMOUNT | MONTH | AMOUNT AVAILABLE DATE | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | 350,868.27 | | | 06-02 | | 1,228,193.29- |
| 06-07-02 | | CHANGE BACK | 121 | 20,166.94- | 330,701.33 | | | 05-02 | | 1,228,193.29- |
| 06-11-02 | | COLLECTIONS | 196 | 56.85- | | 56.85 | | 04-02 | | |
| 06-14-02 | | COLLECTIONS | 196 | | 330,645.08 | 83.53 | | 03-02 | | |
| 06-14-02 | 060102 | OVERPLAY CHRG | 50 | | 330,645.08 | | 2,354.21- | | | 1,228,052.91- |
| 06-19-02 | | CHANGE BACK | 54 | 59.77- | 330,585.31 | | | | | 1,229,407.12- |
| 06-20-02 | | CHANGE BACK | 54 | 2,543.77- | 333,521.62 | | | | | 1,230,407.12- |
| 06-24-02 | | MISC CHG/CR | 120 | | 335,521.62 | | 170.00- | | | 1,230,577.12- |
| 06-28-02 | 062702 | COLLECTIONS | 196 | 82,153.18- | 286,648.44 | 82,153.18 | 33,180.00- | | | 1,181,603.94- |
| 06-28-02 | 062702 | COLLECTIONS | 196 | 33,180.00 | | | | | | |
| 06-30-02 | | INT ON AVG BAL | 001 | | 286,648.44 | | 8,178.02- | | | 1,189,781.96- |
| MONTH END BALANCE | | | | 72,219.83- | 286,648.44 | | 43,882.23- | | | 1,189,781.96- |

| | AVG.BALANCE 1,228,702.26- @ | RATE 8.000 % | AMOUNT 8,178.02- |
|---|---|---|---|
| INTEREST ON AVERAGE ADVANCES | | | |

GLAN 01546

GLAN 00030

---------CLIENT---------
COMSTOCK CARDS INC
C/O JOBA CARDS INC
GRACE CONSULT
131 MERRIMAC ST 6TH FL
BOSTON MA
02114

----NO----
1023-00

AS OF DATE
05-31-02

ACCOUNT EXECUTIVE
FITZPATRICK, J
TERMIN DATE: 12-31-01

....T Y P E....
COLLECTION
CURRENCY = USD

OFFSET- 7466

...RECEIVABLE...
PAGE NO. 1 2
AMOUNT PAST DUE DATE

MONTH
06-02
07-02
02-02
03-02

COLLS NOT TRANSFERRED

MONTHLY SUMMARY

| TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- / CR | BALANCE DR- CR | ADVANCES/MATURED FUNDS ACCOUNT TRANSACTIONS DR- / CR | BALANCE DR- CR |
|---|---|---|---|---|
| OPENING MONTH BALANCE | | 358,848.27 | | 1,228,193.29- |
| 190 | | | 2,524.21- | 1,230,717.50- |
| 194 | 23,189.80- | 335,678.47 | | |
| 136 | 42,030.03- | 288,648.44 | 33,160.00- | 1,181,603.94- |
| | | | 82,223.58 | |
| 001 | | 205,648.14 | 8,178.02- | 1,189,781.96- |
| TOTAL MISC. CHARGE/CREDIT | | | | |
| TOTAL CHARGE EXPENSE | | | | |
| TOTAL COLLECTIONS | | | | |
| TOTAL INTEREST ON BALANCE | | | | |
| MONTH-END BALANCE | | | | 1,189,781.96- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN FIVE (5) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01547

03/30/2004 17:34 FAX 2123818775    COHEN TAUBER.    Ø 023/033

GLAN 00002

J 17

PAGE NO. 1

**CLIENT:**
SENECA SPORTS INC 170
C/O JOHN CROWLEY
GRACE COMMERCIAL CREDIT
151 RICHMOND ST 5TH FL
BOSTON, MA. 02111

HOC 1008-00
CROSS REF TO A/C 1014-00
AS OF DATE 07-31-02

ACCOUNT EXECUTIVE FITZPATRICK, J
TERMIN DATE 12-31-01

- - - T Y P E - - -
COLLECTION
CURRENCY - USD

OFFSET - 74666

COLLS NOT TRANSFERRED

MONTH
07-02
06-02
05-02
04-02

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCED/ENTERED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | RECEIVABLE AMOUNT | LAST ASSIGNED DATE |
|---|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | | CR | .00 | |
| MONTH END BALANCE | | | | | 3,929.21 | | | .00 | |
| | | | | 3,929.21 | | | | | |

THIS STATEMENT OF ACCOUNT SHALL BE FINALY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS. IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01548

GLAN 00003

K 17

03/30/2004 17:34 FAX 2123818775    COHEN TAUBER    ☒025/033

10/03/2002 13:47 FAX 21288... ,64    CMAG    ☒003

PAGE NO. 1

```
-- CLIENT --                          ---TYPE---
SHECA SPORTS INC          -NO-        COLLECTION --
C/O JOHN CROSLEY          1023-00     CURRENCY - USD
GRACE COMMERCIAL CREDIT
1ST TRADEWAY ST 6TH FL    AS OF DATE
BOSTON, MA   02114        07-31-02    OFFSET- 7466    ACCOUNT RECEIVABLE
                                                      ASSIGNED
                          ACCOUNT RECEIVABLE          AMOUNT AT DUE DATE

FITZPATRICK J
TERM IN DATE  12-31-01    BILLS NOT TRANSFERRED       1,056.50
```

```
                                         --- COLLECTION ACCOUNT ---    ADVANCED/CAPTURED FUNDS ACCOUNT
POSTING  VALUE   ASSIGNMENT ON  TRANS  --- TRANSACTIONS---   BALANCE   MONTH   --- TRANSACTIONS ---   BALANCE
DATE     DATE    REFERENCE      CODE     DR-  CR             DR-  CR           DR-  CR                 DR-  CR

OPENING MONTH BALANCE                                        286,648.44        07-02                  189,781.25-
07-26-02   070702 COLLECTIONS  195    47,048.08-            239,588.36        08-02   2,900.04-        146,131.04-
07-31-02   073002 COLLECTIONS  196     2,747.26             242,341.62        09-02   2,747.25-        147,791.20-
                                                            04-02

07-31-02   INT ON AVG BAL  001                              242,347.62               7,931.05-        155,712.25-

MONTH END BALANCE                      44,300.82-           242,347.62               12,978.30-   47,048.08   1,155,712.25-
                              AVG BALANCE                    RATE
INTEREST ON AVERAGE ADVANCES  1,151,281.20- @               8.000 %    AMOUNT
                                                                       7,931.06-
```

**GLAN 01549**

GLAN 00004

L 17

PAGE NO. 2

| - - - CLIENT - - - | -NO- | - - - TYPE - - - | | RECEIVABLE ASSIGNED |
|---|---|---|---|---|
| SENECA SPORTS INC | 1024-00 | COLLECTION | MONTH | AMOUNT AV.DUE DATE |
| C/O JOHN CROWLEY | | CURRENCY - USD | 07-02 | |
| GMACC COMMERCIAL CREDIT | AS OF DATE | | 06-02 | |
| 151 HERRINGG ST 6TH FL | 07-31-02 | | 05-02 | |
| BOSTON,MA. 02114 | ACCOUNT EXECUTIVE | OFFSET- 74666 | 04-02 | |
| | FITZPATRICK,J | | COLLS.NOT TRANSFERRED | 1,046.90 |
| | TERMIN.DATE: 12-31-01 | | | |

MONTHLY SUMMARY

| | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | 286,648.44 | | | 1,189,781.96- |
| TOTAL MISC. CHARGE/CREDIT | 190 | | | 2,300.06- | | 1,192,082.02- |
| TOTAL COLLECTIONS | 196 | 44,300.82- | 242,347.62 | 2,747.26- | 47,048.08 | 1,147,781.20- |
| TOTAL INTEREST ON BALANCE | 001 | | | 7,931.06- | | 1,155,712.26- |
| MONTH END BALANCE | | | 242,347.62 | | | 1,155,712.26- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01550

GLAN 00005

# Client Ledger Account

GMAC
COMMERCIAL
CREDIT LLC

- - - C L I E N T - - -
SENECA SPORTS INC T/O
C/O JOHN CROWLEY
GMAC COMMERCIAL CREDIT
151 MERRIMAC ST 6TH FL
BOSTON, MA.    02114

-AB-
1092-00

CROSS REF. TO A/C
1024-00

AS OF DATE
08-31-02

ACCOUNT EXECUTIVE
FITZPATRICK, J

TERMINL DATE: 12-31-01

- - - T Y P E - - -
COLLECTION
CURRENCY - USD

OFFSET- 74868

RECEIVABLE   PAGE NO.  1
ASSIGNED
AMOUNT AV. DUE DATE

MONTH
06-02
07-02
08-02
08-02

BILLS NOT TRANSFERRED

| POSTING VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE 08-31-02 | | | | 3,828.21 | | .00 |
| | CHARGE BACK | 184 | 1.07- | 3,327.24 | | |
| MONTH END BALANCE | | | 1.67- | 3,327.24 | | .00 |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01551

GLAN 00006

# Client Ledger Account

## GMAC Commercial Credit LLC

```
--- C L I E N T ---
SENECA IMPORTS INC
C/O JOHN CHOWLEY
GMACC COMMERCIAL CREDIT
101 MERRIMAC ST 6TH FL
BOSTON, MA.   02114
```

-N-
1024-00

AS OF DATE
08-31-02

ACCOUNT EXECUTIVE
FITZPATRICK, J

TERMIN.DATE: 12-31-01

--- T Y P E ---
COLLECTION
CURRENCY - USD

OFFSET- 74688

RECEIVABLE   PAGE NO.   1
ASSIGNED
AMOUNT AV.DUE DATE

| MONTH |
|-------|
| 05-02 |
| 07-02 |
| 06-02 |
| 05-02 |

COLLS.NOT TRANSFERRED

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | - - COLLECTION ACCOUNT - - TRANSACTIONS DR -     CR | BALANCE DR -     CR | ADVANCE/MATURED FUNDS TRANSACTIONS DR -     CR | ACCOUNT DR     CR | BALANCE DR -     CR |
|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | | | |
| 08-01-02 | | COLLECTIONS | 198 | 1,046.80- | 243,947.92 | | | 1,159,712.28- |
| 08-21-02 | | CHARGE BACK | 194 | 15,328.15- | 241,900.72 | | | 1,154,665.38- |
| 08-26-02 | 080102 | OVERADV CHECK | 180 | | 225,412.57 | 2,250.00- | 1,046.80 | 1,154,665.38- |
| 08-29-02 | | COLLECTIONS | 198 | 325.00- | 225,087.57 | | | 1,155,895.48- |
| 08-30-02 | 082102 | COLLECTIONS | 198 | 29,991.18 | 254,749.75 | 29,991.18- | | 1,155,570.98- |
| 08-31-02 | | INT ON AVG BAL | 001 | | 254,749.75 | 7,969.58- | 325.00 | 1,163,232.14- |
| | | | | | | | | 1,164,221.00- |

MONTH END BALANCE              12,101.92          254,749.75          35,930.94-    1,371.80    1,164,221.00-

AVG.BALANCE                    RATE                 AMOUNT

INTEREST ON AVERAGE ADVANCES   1,151,672.04- $     8.000 %          7,969.58-

GLAN 01552

GLAN 00007

# Client Ledger Account

03/30/2004 TUE 18:37 [TX/RX NO 6628] @036

GMAC
COMMERCIAL
CREDIT LLC

- - - C L I E N T - - -
SENECA SPORTS INC
C/O JOHN CROWLEY
GMAC COMMERCIAL CREDIT
161 MERRIMAC ST 9TH FL
BOSTON, MA. 02114

-NO-
1024-00

AS OF DATE
08-31-02

ACCOUNT EXECUTIVE
FITZPATRICK,J

TERMIN.DATE: 12-31-01

- - - T Y P E - - -
COLLECTION
CURRENCY - USD

OFFSET- 74895

RECEIVABLE  PAGE NO.  2
ASSIGNED
AMOUNT AVAILBLE DATE

MONTH
08-02
07-02
06-02
05-02

CALLS NOT TRANSFERRED

MONTHLY SUMMARY

| | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | 242,347.62 | | 1,165,712.23- |
| TOTAL MISC. CHARGE/CREDIT | 180 | 18,818.15- | | 2,230.50- | 1,167,942.18- |
| TOTAL CHARGE BACKS | 184 | | | | |
| TOTAL COLLECTIONS | 196 | 22,248.29 | 228,484.47 | 23,581.15- | 1,188,252.14- |
| TOTAL INTEREST ON BALANCE | 001 | | 254,748.76 | 7,908.88- | 1,194,221.00- |
| | | | | 1,371.80 | |
| MONTH-END BALANCE | | | 254,748.76 | | 1,194,221.00- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS; IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01553

GLAN 00008

GMAC
COMMERCIAL
CREDIT LLC

# Client Ledger Account

--- C L I E N T ---
SENECA SPORTS INC T/O
C/O JOHN CROWLEY
GMAC COMMERCIAL CREDIT
181 MERRIMAC ST 5TH FL
BOSTON,MA.   02114

-NO-
1008-00

CROSS REF.TO A/C
1024-00

AS OF DATE
09-30-02

ACCOUNT EXECUTIVE
FITZPATRICK,J

--- T Y P E ---
COLLECTION
CURRENCY - USD

OFFSET- 74868

PAGE NO.   1
RECEIVABLE ASSIGNED
AMOUNT AV.DUE DATE

MONTH
05-02
06-02
07-02
08-02

TERMIN.DATE: 12-31-01

(BILLS.NOT TRANSFERRED

| POSTING VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | --- COLLECTION ACCOUNT --- TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE 09-25-02 | CHARGE BACK | 184 | 3,127.24- | 3,027.24 | | .00 |
| MONTH END BALANCE | | | 3,127.24- | .00 | | .00 |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

**GLAN 01554**

GLAN 00009

# Client Ledger Account

**GMAC COMMERCIAL CREDIT LLC**

```
- - - C L I E N T - - -
SPRECA SPORTS INC
C/O JOHN CROWLEY
GMACC COMMERCIAL CREDIT
181 MERRIMAC ST 6TH FL
BOSTON,MA,   02114
```

- NO-
1024-00

AS OF DATE
09-30-02

ACCOUNT EXECUTIVE
FITZPATRICK,J

TERMIN.DATE: 11-31-01

- - - T Y P E - - -
COLLECTION
CURRENCY - USD

OFFSET- 74888

RECEIVABLE    PAGE NO.    1
ASSIGNED

| | MONTH | AMOUNT AV.DUE DATE |
|---|---|---|
| | 09-02 | |
| | 09-02 | |
| | 07-02 | |
| | 09-02 | |

COLLS.NOT TRANSFERRED

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | 284,744.78 | | 1,194,221.00- |
| 09-04-02 | | CHARGE BACK | 184 | 151,951.02- | 82,787.49 | | 1,194,221.00- |
| 09-11-02 | | CHARGE BACK | 184 | 3,171.92- | 85,615.51 | | 1,194,221.00- |
| 09-17-02 | | CHARGE BACK | 184 | 230.41- | 85,385.10 | | 1,194,221.00- |
| 09-27-02 | 09-01/02 | OVERDRV CHGE | 190 | | 85,385.10 | 2,246.88- | 1,196,467.88- |
| 09-30-02 | 09-27/02 | COLLECTIONS | 199 | 154.61 | 85,539.71 | 154.61- | 1,196,622.47- |
| 09-30-02 | | INT ON AVG BAL | 001 | | 85,539.71 | 7,976.59- | 1,204,599.06- |
| MONTH END BALANCE | | | | 185,259.04- | 85,539.71 | 10,378.08- | 1,204,599.06- |

| | AVG.BALANCE | RATE | AMOUNT |
|---|---|---|---|
| INTEREST ON AVERAGE ADVANCES | 1,196,498.47- @ | 8.000 % | 7,976.59- |

GLAN 01555

10/03/2002 13:48 FAX 2126    184    GMAC
COHEN TAUBER.
03/30/2004 17:35 FAX 2123818775

GLAN 00010

# Client Ledger Account

GMAC Commercial Credit LLC

--- C L I E N T ---
SENECA SPORTS INC
C/O JOHN CROWLEY
GMAC COMMERCIAL CREDIT
181 MERRIMAC ST 6TH FL
BOSTON,MA. 02114

-NO-
1024-00

AS OF DATE
09-30-02

ACCOUNT EXECUTIVE:
FITZPATRICK,J

TERMIN.DATE: 12-31-01

--- T Y P E ---
COLLECTION
CURRENCY - USD

OFFSET- 7/888

RECEIVABLE    PAGE NO.  2
              ASSIGNED
              AMOUNT AV.DUE DATE

MONTH
05-02
06-02
07-02
08-02

COLLS.NOT TRANSFERRED

MONTHLY SUMMARY

| TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|
| OPENING MONTH BALANCE | | 284,748.75 | | 1,194,221.00- |
| 190 | | | 2,249.89- | |
| 194 | 188,819.95- | | | 1,196,467.89- |
| 188 | 114.91 | 88,985.10 | 184.61- | 1,196,822.47- |
| 001 | | 89,639.71 | 7,976.59- | 1,204,798.06- |
| MONTH END BALANCE | | 89,639.71 | | 1,204,799.06- |

TOTAL MISC. CHARGE/CREDIT
TOTAL CHARGE BACKS
TOTAL COLLECTIONS
TOTAL INTEREST ON BALANCE

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS. IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GMAC

COHEN TAUBER.

10/03/2002 13:48 FAX 2128    184
03/30/2004 17:35 FAX 2128818775