# EXHIBIT 20

LIQUIDATION SUMMARY



PENGAD 800-631-6989

EXHIBIT

BW
162
R+10

11-14-05

EXHIBIT 3

## SENECA SPORTS
## DEALS BY LOCATION

| CUSTOMER | PART # | PRODUCT | LICENSE | QUANTITY | GROSS SALE $ | CASH DISC | NET $ COLLECTION | COST $ | SALE $ AS % OF COST | LOCATION |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME BRAND | HIL110 | INLINE SKATES | M-HOTWHEELS | 3,720 | 13,950 | 3% | 13,532 | 33,626 | 41% | MILFORD |
| NAME BRAND II | HIL110 | INLINE SKATES | M-HOTWHEELS | 1,630 | 6,113 | 3% | 5,929 | 14,688 | 41% | MILFORD |
| OLYMPIA | L3N414/412 | SNOW BOARDS | W-LOONEY | 2,880 | 17,280 | 3% | 16,762 | 34,590 | 50% | MILFORD |
| JCP | HIL111 | INLINE SKATES | M-HOTWHEELS | 3,544 | 33,688 | 0% | 33,688 | 33,420 | 101% | MILFORD |
| IT9 SHOWTIME | 6001HW | SLUMBER BAG | M-HOTWHEELS | 722 | 2,708 | 0% | 2,708 | 7,258 | 37% | MILFORD |
| IT9 SHOWTIME | H15020 | SCOOTER BOAT | HARLEY | 840 | 3,200 | 0% | 3,200 | 5,920 | 54% | MILFORD |
| EXCEL MARKETING | BIL111 | INLINE SKATES | M-BARBIE | 560 | 2,800 | 0% | 2,800 | 5,107 | 55% | MILFORD |
| DIRECT SOURCE | L8B102 | SKATEBOARD | W-LOONEY | 1,766 | 2,679 | 0% | 2,679 | 6,269 | 43% | MILFORD |
| DIRECT SOURCE | H98201 | SKATEBOARD | M-HOTWHEELS | 2,048 | 5,120 | 0% | 5,120 | 13,312 | 38% | MILFORD |
| DIRECT SOURCE | H98705 | SKATEBOARD | M-HOTWHEELS | 6,803 | 17,008 | 0% | 17,008 | 44,220 | 38% | MILFORD |
| DIRECT SOURCE | H98T032 | SKATEBOARD | M-HOTWHEELS | 842 | 2,355 | 0% | 2,355 | 6,046 | 39% | MILFORD |
| DIRECT SOURCE | 7405RP | HELMETS | NA | 74 | 148 | 0% | 148 | 444 | 33% | MILFORD |
| DIRECT SOURCE | 7405RP | HELMETS | NA | 2,948 | 5,896 | 0% | 5,896 | 17,668 | 33% | MILFORD |
| DIRECT SOURCE | H7411BLKP | HELMETS | HARLEY | 570 | 1,140 | 0% | 1,140 | 3,420 | 33% | MILFORD |
| WAREHOUSE OULET L | MULTIPLE | MULTIPLE | MULTIPLE | 77,000 | 77,000 | 0% | 77,000 | 397,678 | 19% | MILFORD |
| | | | | | 191,084 | | 189,943 | 624,331 | | |
| LEONKOROL | MULTIPLE | MULTIPLE | MULTIPLE | bulk | 121,000 | 5% | 115,000 | 310,000 | 39% | TOLEDO |

TOTAL FOR DEALS ACTUALY SHIPPED (ALL MILFORD AND TOLEDO DEALS):

| | | | 312,084 | | 304,943 | 634,331 | 33% |
|---|---|---|---|---|---|---|---|