# EXHIBIT 25

```
                                                                Page 1

              VOL. I, PAGES 1 - 183


            UNITED STATES DISTRICT COURT

             DISTRICT OF MASSACHUSETTS

         CIVIL ACTION NO. 04-CV-11955-WGY


   DAVID L. LANDAY

                    Plaintiff

   V.

   GMAC COMMERCIAL CREDIT, LLC and

   GMAC COMMERCIAL FINANCE, LLC

                    Defendants


                    - - - - - - - -

         Deposition of Neal J. Finklestein

           Tuesday, November 1, 2005

                     9:45 a.m.

       Edwards & Angell Palmer & Dodge, LLP

                  101 Federal Street

                Boston, Massachusetts

                    - - - - - - - -

           Reporter:  Deborah Roth, RPR/CSR
```

### Page 74

```
11:50:00  1  wanted which was to try to keep the company
11:50:03  2  running.
11:50:04  3      Q. Are you aware that Seneca entered into a
11:50:06  4  forbearance agreement with GMAC in 2001?
11:50:09  5      A. I can't say I know that specifically.
11:50:18  6         May I add that I don't know
11:50:20  7  specifically what a forbearance agreement is.
11:50:23  8      Q. Sure. Are you aware that in 2001 Seneca
11:50:32  9  and GMAC entered an agreement where GMAC agreed to
11:50:36 10  forbear, agreed to not exercise its rights of
11:50:45 11  foreclosure under the 2000 loan agreement in return
11:50:51 12  for certain agreements by Seneca?
11:50:56 13      A. I vaguely remember those things occurred.
11:50:59 14  I don't remember the specifics of what made it
11:51:02 15  occur.
11:51:03 16      Q. Are you aware that in 2001 Seneca was in
11:51:10 17  default of its loan agreement with GMAC?
11:51:13 18      A. I don't specifically recall that; but if I
11:51:21 19  was told that that was the case, I certainly would
11:51:24 20  not be surprised at it. Those were the times.
11:51:30 21      Q. This is not something that you as
11:51:34 22  controller were personally aware of?
11:51:38 23      A. I may have very well been aware of it. I
11:51:42 24  don't recall it.
```

### Page 75

```
11:51:45  1      Q. Do you recall receiving an infusion of
11:52:03  2  funds from GMAC in August 2001?
11:52:06  3      A. Not specifically, no.
11:52:09  4      Q. Well, generally?
11:52:11  5      A. No.
11:52:13  6      Q. I said, "August."
11:52:14  7         Do you recall receiving a cash infusion
11:52:17  8  in the summer of 2001 from GMAC?
11:52:20  9      A. I don't recall that, no.
11:52:22 10      Q. Do you recall any discussions with
11:52:24 11  Mr. Landay about the need in the summer of 2001 to
11:52:28 12  get money quickly for the purpose of buying
11:52:31 13  additional product?
11:52:32 14      A. Yes. I do recall -- I don't recall
11:52:36 15  specific conversations, but I certainly recall the
11:52:40 16  general theme and discussions that we needed
11:52:44 17  product, and we were having problems getting cash
11:52:49 18  to pay for that product.
11:52:50 19      Q. And what else do you remember about those
11:52:52 20  conversations?
11:52:55 21      A. Other than that was the general theme, I
11:52:59 22  don't recall specifics.
11:52:59 23      Q. During your tenure as controller at Seneca,
11:53:18 24  would you be the person that -- do you recall
```

### Page 76

```
11:53:22  1  specifically receiving any account statements from
11:53:27  2  GMAC on the loan?
11:53:28  3      A. I recall receiving account statements, yes.
11:54:08  4         MR. DUBNOFF: I am going to show him
11:54:09  5  Exhibit 86.
11:54:17  6      Q. Does this look familiar to you,
11:54:19  7  Mr. Finklestein? Not the specific document, but
11:54:23  8  this type of document, does it look familiar to
11:54:35  9  you?
11:54:35 10         I gave you three or four exhibits.
11:54:37 11  Just unclip it. I wanted to give you 86.
11:54:41 12      A. This (indicating)?
11:54:44 13      Q. Yes. Let's look at 86.
11:55:02 14         Does this look generally familiar to
11:55:04 15  you?
11:55:04 16      A. Generally.
11:55:08 17      Q. You were the person who would have seen
11:55:14 18  statements of account on the loan agreements,
11:55:16 19  wouldn't you?
11:55:17 20      A. Yes.
11:55:21 21      Q. If you didn't see these account statements
11:55:24 22  from GMAC, who else at Seneca would have?
11:55:27 23      A. I am not sure that anybody would have.
11:55:31 24         I don't specifically remember seeing
```

### Page 77

```
11:55:33  1  this.
11:55:34  2      Q. Are you saying that you didn't see --
11:55:36  3      A. No. I'm not saying I didn't see it. I am
11:55:40  4  saying I don't remember seeing it.
11:55:42  5      Q. Not this specific statement.
11:55:45  6         Do you recall seeing statements of
11:55:47  7  account that looked like this from GMAC?
11:55:50  8      A. Yeah. Yes. This is the form that, you
11:55:55  9  know, the GMAC statements looked like.
11:55:59 10      Q. Do you recall seeing statements from GMAC,
11:56:04 11  generally, without specific reference to these
11:56:06 12  forms?
11:56:06 13      A. Yes.
11:56:09 14      Q. Can I direct your attention to the first
11:56:12 15  page of Exhibit 86, and the statement in the middle
11:56:18 16  of the page, "This statement of account shall be
11:56:21 17  fully binding upon and shall constitute an account
11:56:25 18  stated, unless we receive your written objection
11:56:28 19  thereto within ninety (90) days; if you have any
11:56:33 20  questions, please contact your account officer or
11:56:36 21  client accounting."
11:56:38 22         Have you ever seen this sort of
11:56:41 23  statement on the statements of account from GMAC
11:56:46 24  before today?
```

### Page 78

```
11:56:46  1    A.  Yes.  I recall seeing that.
11:56:48  2    Q.  Do you recall ever submitting any written
11:56:53  3  objection to GMAC after receiving one of these
11:56:57  4  statements of account?
11:56:58  5    A.  No.  I don't recall any written objection.
11:57:01  6    Q.  Is it true that it would have been your
11:57:04  7  obligation as controller of Seneca to make sure
11:57:08  8  that these statements were accurate?
11:57:11  9    A.  Yes.
11:57:22 10    Q.  As you sit here today, do you have any
11:57:25 11  reason to believe that you did not receive this
11:57:29 12  specific statement that I have shown you as Exhibit
11:57:35 13  86?
11:57:35 14    A.  I don't recall receiving.  It doesn't mean
11:57:38 15  that I didn't receive it, but I can't say, oh,
11:57:45 16  yeah, I remember this statement.  I don't.
11:57:46 17    Q.  If a month went by and you did not receive
11:57:51 18  a statement of account from GMAC, is that something
11:57:54 19  you would have noticed?
11:57:55 20    A.  Most likely.
11:57:56 21    Q.  Is it something that it was your job
11:57:59 22  responsibility to notice?
11:58:00 23    A.  Yes.
11:58:02 24    Q.  And as you sit here today, you don't recall
```

### Page 79

```
11:58:07  1  a time period when you did not receive a statement
11:58:12  2  of --
11:58:13  3    A.  Specifically, no.  I don't recall that.
11:58:16  4    Q.  To the best of your knowledge, as you sit
11:58:19  5  here today, you received regular monthly account
11:58:25  6  statements from GMAC; is that correct?
11:58:26  7    A.  Yes.
11:58:27  8    Q.  I am going to show you briefly Exhibit 87.
11:58:39  9        Before I do, can you look at Exhibit
11:58:41 10  86, the top of it.
11:58:43 11        Would you confirm for me that it
11:58:44 12  appears to be a statement of account as of August
11:58:48 13  31, 2001.
11:58:50 14    A.  That's what it says, yes.
11:58:53 15    Q.  I am going to show you Exhibit 87 now.
11:59:04 16        Can you look at the first page.  This
11:59:07 17  purports to be a statement of account as of
11:59:10 18  September 30, 2001.
11:59:11 19    A.  Yes.
11:59:12 20    Q.  If you look in the middle of the front
11:59:15 21  page, would you agree that it contains the same
11:59:17 22  language that "This statement of account shall be
11:56:21 23  fully binding upon and shall constitute an account
11:56:25 24  stated, unless we receive your written objection
```

### Page 80

```
11:56:28  1  thereto within ninety (90) days; if you have any
11:56:33  2  questions please contact your account officer or
11:56:36  3  client accounting."
11:59:37  4        Do you agree that that is what this
11:59:40  5  statement says?
11:59:40  6    A.  This does say that.
11:59:41  7    Q.  As you sit here, do you have any specific
11:59:43  8  recollection of submitting any written objection to
11:59:46  9  GMAC with regard to this client ledger account
11:59:50 10  statement?
11:59:50 11    A.  I don't recall sending them any written
11:59:54 12  objection.
11:59:54 13    Q.  Okay.  I am now going to show you Exhibit
12:00:08 14  88, and you will see that at the top of the page it
12:00:20 15  purports to be an account statement for -- or as of
12:00:24 16  October 31, 2001; is that correct?
12:00:27 17    A.  Correct.
12:00:30 18    Q.  Am I correct that this is a date after GMAC
12:00:34 19  acquired Seneca assets by peaceful possession?
12:00:38 20    A.  I believe that to be so, yes.
12:00:41 21    Q.  I will represent to you that the date of
12:00:42 22  that acquisition was October 22, 2001.
12:00:47 23        Do you know whether you ever saw the
12:00:51 24  statement for this month or any other month after
```

### Page 81

```
12:00:58  1  GMAC took over Seneca's assets?
12:01:00  2    A.  I don't recall ever seeing any statements
12:01:02  3  after the day we closed.
12:01:11  4    Q.  By the day you closed, you mean October 22,
12:01:15  5  2001?
12:01:19  6    A.  Yes, if that is the date.
12:01:20  7    Q.  That's the date that GMAC acquired Seneca's
12:01:27  8  assets by peaceful possession?
12:01:36  9    A.  I don't recall seeing anything after that
12:01:37 10  date.
12:01:53 11        EXHIBIT NO. 106 MARKED
12:05:45 12    Q.  Mr. Finklestein, could you look at what has
12:05:48 13  been marked as Exhibit 106, and very quickly could
12:06:00 14  you thumb through them and tell me whether they
12:06:04 15  appear to be statements of account on Seneca's loan
12:06:12 16  from GMAC for each month from September 2000
12:06:21 17  through September 2001.
12:06:25 18    A.  Yes, as you described.
12:06:41 19    Q.  Am I correct, based on your earlier
12:06:43 20  testimony, that you may not have any specific
12:06:47 21  memory of receiving any of these specific accounts,
12:06:51 22  but you generally remember receiving statements of
12:06:54 23  account from GMAC in this format?
12:06:56 24    A.  Yes.
```

## Page 82

| Time | # | Text |
|---|---|---|
| 12:06:58 | 1 | Q. I would like to draw your attention if I |
| 12:07:16 | 2 | could -- before I do, it was your responsibility, |
| 12:07:24 | 3 | was it not, to make sure that these statements were |
| 12:07:28 | 4 | accurate, correct? |
| 12:07:29 | 5 | A. Yes. |
| 12:07:30 | 6 | Q. Could you please turn your attention to the |
| 12:07:46 | 7 | statement -- and all of these statements were |
| 12:07:49 | 8 | called client ledger accounts; is that correct? |
| 12:07:52 | 9 | A. Yes. |
| 12:07:56 | 10 | Q. Could you please turn your attention to -- |
| 12:08:05 | 11 | let's look at the statement for February 2001. |
| 12:08:17 | 12 | A. Okay. |
| 12:08:18 | 13 | Q. As you look at the first page, do you |
| 12:08:32 | 14 | recall generally seeing statements that looked like |
| 12:08:35 | 15 | this first page from GMAC? |
| 12:08:37 | 16 | A. Yes. |
| 12:08:39 | 17 | Q. Do you understand as you look at this page |
| 12:08:42 | 18 | what the entries mean? |
| 12:08:43 | 19 | A. For the most part, yes. |
| 12:08:49 | 20 | Q. Could you turn to the sixth page of the |
| 12:08:58 | 21 | document, February 28, 2001. That's it. |
| 12:09:11 | 22 | Do you see that it has a heading at the |
| 12:09:15 | 23 | top: "GMAC Commercial Credit LLC schedule of |
| 12:09:22 | 24 | client charges and chargebacks"? |

## Page 83

| Time | # | Text |
|---|---|---|
| 12:09:25 | 1 | A. Yes. |
| 12:09:27 | 2 | Q. Do you recall receiving forms like this |
| 12:09:32 | 3 | from GMAC when you were controller of Seneca? |
| 12:09:35 | 4 | A. I generally recall this document. |
| 12:09:49 | 5 | Q. Could you please look through the rest of |
| 12:10:07 | 6 | this statement for February 28 or for the period |
| 12:10:12 | 7 | ending February 28, 2001 and let me know if there |
| 12:10:15 | 8 | are any pages in this packet that strike you as |
| 12:10:19 | 9 | unfamiliar. |
| 12:10:20 | 10 | A. I don't specifically recall all of these |
| 12:10:57 | 11 | pages with different headings. I may very well |
| 12:11:05 | 12 | have received them in back then used them, but I |
| 12:11:12 | 13 | don't specifically recall, you know. |
| 12:11:15 | 14 | Q. Okay. Seneca kept computerized records of |
| 12:11:20 | 15 | its account with GMAC; is that correct? |
| 12:11:24 | 16 | A. No. |
| 12:11:26 | 17 | Q. You didn't? |
| 12:11:27 | 18 | A. I don't believe that to be the case. |
| 12:11:31 | 19 | Seneca didn't... |
| 12:11:35 | 20 | Q. Okay. Seneca had some computerized records |
| 12:11:47 | 21 | of its account activity with GMAC, didn't it? |
| 12:11:51 | 22 | A. I wouldn't characterize it as Seneca having |
| 12:11:59 | 23 | it. |
| 12:12:00 | 24 | Q. While you were at Seneca, did you ever keep |

## Page 84

| Time | # | Text |
|---|---|---|
| 12:12:06 | 1 | computerized files relating to your outstanding |
| 12:12:10 | 2 | loan balances from GMAC? |
| 12:12:11 | 3 | A. As the loan itself and all of the activity |
| 12:12:18 | 4 | involving that loan, no. |
| 12:12:23 | 5 | Q. Okay. Just to confirm, as you look through |
| 12:12:42 | 6 | this packet that's been identified as Exhibit 106, |
| 12:12:47 | 7 | you have no recollection of ever contacting anybody |
| 12:12:49 | 8 | at GMAC to complain of any inaccuracies in any of |
| 12:12:55 | 9 | these statements? |
| 12:12:56 | 10 | A. No. I am not sure I am answering the |
| 12:13:01 | 11 | question. |
| 12:13:02 | 12 | I do recall contacting GMAC and |
| 12:13:06 | 13 | complaining about the contents of -- |
| 12:13:09 | 14 | Q. Of those statements? |
| 12:13:10 | 15 | A. Yes. |
| 12:13:11 | 16 | Q. When do you recall doing that? |
| 12:13:12 | 17 | A. I recall -- I don't recall specific phone |
| 12:13:21 | 18 | calls, but I do recall on a number of occasions |
| 12:13:26 | 19 | contacting various people at GMAC regarding |
| 12:13:30 | 20 | information in these statements, and what it meant |
| 12:13:35 | 21 | and whether there was backup for them, and, you |
| 12:13:44 | 22 | know, a variety of issues related to these |
| 12:13:45 | 23 | statements. |
| 12:13:46 | 24 | Q. And what sort of responses did you get from |

## Page 85

| Time | # | Text |
|---|---|---|
| 12:13:48 | 1 | GMAC? |
| 12:13:49 | 2 | A. My recollection was that I had as many |
| 12:14:03 | 3 | questions still unanswered as had been answered in |
| 12:14:06 | 4 | the time that I was making these inquiries of |
| 12:14:11 | 5 | various people. |
| 12:14:12 | 6 | Q. Did you ever submit any written objections |
| 12:14:17 | 7 | to these statements? |
| 12:14:19 | 8 | A. I don't recall any written objections. |
| 12:14:21 | 9 | Q. When did you first meet Mr. Rijo? |
| 12:14:54 | 10 | A. I don't remember the specific day or even |
| 12:14:59 | 11 | having a little trouble recalling generally when it |
| 12:15:04 | 12 | was. |
| 12:15:04 | 13 | Q. Do you recall whether it was before GMAC |
| 12:15:07 | 14 | acquired Seneca's assets by peaceful possession? |
| 12:15:13 | 15 | A. It was certainly before that October 2001 |
| 12:15:17 | 16 | date. |
| 12:15:18 | 17 | Q. And how much before? |
| 12:15:19 | 18 | A. Specifically, I don't recall, but it |
| 12:15:29 | 19 | certainly could have been six months. |
| 12:15:31 | 20 | Q. Do you recall the circumstances involving |
| 12:15:36 | 21 | your first meeting with Mr. Rijo? |
| 12:15:38 | 22 | A. No, not specifically. |
| 12:15:40 | 23 | Q. I assume you met him at Seneca? |
| 12:15:43 | 24 | A. Yes. I don't recall ever traveling |