# EXHIBIT 28

- - - C L I E N T - - -
SENECA SPORTS INC
C/O JOHN CROWLEY
GRAC-JOHN CROWLEY
151 MERRIMAC ST 6TH FL
BOSTON, MA. 02114

-NO-
1024-00
AS OF DATE
12-31-01

ACCOUNT EXECUTIVE
FITZGERALD, P

- - T Y P E - -
COLLECTION
CURRENCY - USD

OFFSET- 74666

RECEIVABLE   PAGE NO.   1
ASSIGNED
AMOUNT   AV.DUE DATE

| MONTH | | |
|---|---|---|
| 12-01 | 126,240 | 11-07-01 |
| 11-01 | 166,580 | 11-28-01 |
| 10-01 | 503,780 | 11-05-01 |
| 09-01 | | |

COLLS.NOT TRANSFERRED          910.00

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | 528,569.83 | | | 1,009,056.70- |
| 12-03-01 | | WIRE | 140 | | | 7,140.00- | | |
| 12-03-01 | 120601 | RECEIPT | 175 | | | | 38.29 | |
| 12-03-01 | 120601 | RECEIPT | 175 | | | | 171.00 | |
| 12-03-01 | 120601 | RECEIPT | 175 | | | | 736.00 | |
| 12-03-01 | 120601 | RECEIPT | 175 | | | | 2,500.00 | |
| 12-03-01 | 120601 | RECEIPT | 175 | | | | 2,500.00 | |
| 12-03-01 | 120601 | RECEIPT | 175 | | | | 2,800.00 | |
| 12-03-01 | 120601 | RECEIPT | 175 | | | | 77,000.00 | |
| 12-03-01 | | COLLECTIONS | 196 | 5,119.22- | 523,450.61 | | 5,119.22 | 925,332.19- |
| 12-03-01 | | COLLECTIONS | 196 | 3,550.09- | | | 3,550.09 | |
| 12-04-01 | 120301 | COLLECTIONS | 196 | 126,239.89 | 646,140.41 | 126,239.89- | | 1,048,021.99- |
| 12-05-01 | | COLLECTIONS | 196 | 5,163.78- | 640,976.63 | | 5,163.78 | 1,042,858.21- |
| 12-07-01 | | MISC CHG/CR | 190 | | | 208.00- | | |
| 12-07-01 | | COLLECTIONS | 196 | 10,889.26- | 630,087.37 | | 10,889.26 | 1,032,176.95- |
| 12-10-01 | | MISC CHG/CR | 190 | | | 124.15- | | |
| 12-10-01 | | MISC CHG/CR | 190 | | 630,087.37 | 82.60- | | 1,032,383.70- |
| 12-12-01 | | CASH ADVANCE | 140 | | 630,087.37 | 35,042.00- | | 1,067,425.70- |
| 12-13-01 | | COLLECTIONS | 196 | 12,202.72- | 617,884.65 | | 12,202.72 | 1,055,222.98- |
| 12-14-01 | | COLLECTIONS | 196 | 9,078.82- | 608,805.83 | | 9,078.82 | 1,046,144.16- |
| 12-17-01 | 120101 | MISC CHG/CR | 190 | | | 1,855.58- | | |
| 12-17-01 | | COLLECTIONS | 196 | 117.07- | 608,688.76 | | 117.07 | 1,047,882.67- |
| 12-18-01 | | CHARGE BACK | 194 | 45.21- | | | | |
| 12-18-01 | | COLLECTIONS | 196 | 2,212.40- | 606,431.15 | | 2,212.40 | 1,045,670.27- |
| 12-20-01 | | MISC CHG/CR | 190 | | | 5,030.00- | | |
| 12-20-01 | | MISC CHG/CR | 190 | | | 4,684.98- | | 1,055,385.25- |
| 12-20-01 | | CHARGE BACK | 194 | 90,000.00 | 696,431.15 | | | |
| BALANCE FORWARD | | | | | 696,431.15 | | | 1,055,385.25- |

CONTINUED ON NEXT PAGE

GLAN 01526

**GMAC COMMERCIAL CREDIT LLC**
**ONE PENNSYLVANIA PLAZA**
**NEW YORK, NEW YORK  10119**

**CLIENT MISCELLANEOUS DEBIT**
**OR CREDIT ADVICE**
| 190 |

CLIENT #:                                            DATE
  **100861**                                            **28-Nov-01**
  **SENECA SPORTS INC.**                      AMOUNT
                                                             **$208.00**

| X | **WE HAVE DEBITED YOUR ACCOUNT FOR THE FOLLOWING:**

| | WE HAVE CREDITED YOUR ACCOUNT FOR THE FOLLOWING:

**LEGAL DEPARTMENTS REVIEW OF CLIENT ACCOUNT**

PLEASE ADJUST YOUR RECORDS ACCORDINGLY AND RETAIN THIS
ADVICE FOR COMPARISON WITH OUR NEXT STATEMENT OF YOUR ACCOUNT.

**GMAC COMMERCIAL CREDIT LLC**

**PER:  LEGAL DEPT./JOAN HIGHLAND**

**GLAN 01862**

*100861*

## Internal Billing Summary by Matter & Timekeeper

*Time sheets dated 01/01/2001 through 08/31/2001*

| Matter | Timekeeper | Date | Hours | Amount |
|--------|-----------|------|-------|--------|
| Seneca Sports | | | | |
| | **EUGENIA HUNT** | | | |
| | | 3/9/01 | 2.00 | 80.00 |
| | | 4/20/01 | 0.20 | 8.00 |
| | **Total EUGENIA HUNT** | | 2.20 | $88.00 |
| | **JOAN HIGHLAND** | | | |
| | | 4/27/01 | 2.80 | 112.00 |
| | | 6/8/01 | 0.20 | 8.00 |
| | **Total JOAN HIGHLAND** | | 3.00 | $120.00 |
| **Total Seneca Sports** | | | 5.20 | $208.00 |

**GLAN 01863**

**GMAC COMMERCIAL CREDIT LLC**
**ONE PENNSYLVANIA PLAZA**
**NEW YORK, NEW YORK 10119**

**CLIENT MISCELLANEOUS DEBIT**
**OR CREDIT ADVICE**

190

CLIENT #:

**102461**

**SENECA SPORTS INC.**

DATE

**07-Dec-01**

AMOUNT

**$124.15**

X | WE HAVE DEBITED YOUR ACCOUNT FOR THE FOLLOWING:

☐ WE HAVE CREDITED YOUR ACCOUNT FOR THE FOLLOWING:

**REF: COWAN, LIEBOWITZ, & LATMAN, P.C.**

**CHECK# 79683**

PLEASE ADJUST YOUR RECORDS ACCORDINGLY AND RETAIN THIS
ADVICE FOR COMPARISON WITH OUR NEXT STATEMENT OF YOUR ACCOUNT.

**GMAC COMMERCIAL CREDIT LLC**

**PER: LEGAL DEPT./JOAN HIGHLAND**

JOURNAL VOUCHER

GLAN 01850

# REQUEST FOR AUTHORIZATION OF LEGAL FEE PAYMENT

*NO Coversheet Submitki*
*9/25/01*

NAME OF LAW FIRM: Cowan, Liebowitz & Latman, P.C.      **Invoice #238310**

AMOUNT OF BILL:   **$124.15**                    DATE OF BILL: 9/14/01

ACTIVITY:        <u>GMAC COMMERCIAL CREDIT</u>

Charge to Client      [ X ]    Yes        No    [ _ ]           Charge Deposit Acct.    [ _ ]

---

| APPROVALS | INITIALS | DATE |
|-----------|----------|------|
| **K. NOWLAN** | | 11/29/01 |
| **B. TENZER** | | 11/26/01 |
| **E. MIILLER** | | 11/16 |

COMMENTS:       To be paid by:      Accounts Payable
One Penn Plaza, 9th Floor

Total Fees and Disbursements to date:  $_____

Description:  Professional services rendered from  <u>8/15/01</u> through  <u>8/15/01</u> for <u>$104.00</u>, plus disbursements of <u>$20.15</u>; total fees and services are <u>$124.15</u>.

Name of Client:     Seneca Sports Inc.

Routing Date:  *11/16/01*

GLAN 01851

# Cowan, Liebowitz & Latman, P.C.

### LAW OFFICES

1133 Avenue of the Americas   •   New York, NY 10036-6799

Telephone (212) 790-9200   •   Web www.cll.com   •   Fax (212) 575-0671



SEP 25 REC'D
Received

                                                          Page: 1
GMAC Commercial Credit LLC                       September 14, 2001
Legal Department                             Account No: 19331-42M
1290 Avenue of the Americas                  Statement No:    238310
New York, NY  10104

Attn: Phyllis M. DiChiara


Seneca Sports Inc.


                                                        Hours

08/15/01 TMA Trademark Security Interest Assignment
             between GMAC Commercial Credit LLC and Seneca
             Sports, Inc.:  Reviewed official recordation
             document received from Assignment Branch;
             prepared and faxed request for correction of
             recordal.                                           104.00

             Trademark Administration                  0.00      104.00


             For Current Services Rendered                       104.00


             Photocopy charges                                      1.35
             Facsimile charges                                     18.00
             Long distance telephone charges                       0.80

             Total Expenses                                        20.15

             TOTAL CURRENT WORK                                   124.15


             BALANCE DUE                                        $124.15


GLAN 01852

**GMAC COMMERCIAL CREDIT LLC**
**ONE PENNSYLVANIA PLAZA**
**NEW YORK, NEW YORK  10119**

**CLIENT MISCELLANEOUS DEBIT**
**OR CREDIT ADVICE**

190

| CLIENT #: | DATE |
|---|---|
| **102461** | **07-Dec-01** |
| **SENECA SPORTS INC.** | AMOUNT |
| | **$82.60** |

[X]  WE HAVE DEBITED YOUR ACCOUNT FOR THE FOLLOWING:

[ ]  WE HAVE CREDITED YOUR ACCOUNT FOR THE FOLLOWING:

**REF: COWAN, LIEBOWITZ, & LATMAN, P.C.**

**CHECK# 79683**

PLEASE ADJUST YOUR RECORDS ACCORDINGLY AND RETAIN THIS

ADVICE FOR COMPARISON WITH OUR NEXT STATEMENT OF YOUR ACCOUNT.

**GMAC COMMERCIAL CREDIT LLC**

**PER:  LEGAL DEPT./JOAN HIGHLAND**

JOURNAL VOUCHER

GLAN 01847

# REQUEST FOR AUTHORIZATION OF LEGAL FEE PAYMENT

*No Coversheet submitted*
*10/22/01*

NAME OF LAW FIRM: Cowan, Liebowitz & Latman, P.C.    **Invoice #242758**

AMOUNT OF BILL:    **$82.60**    DATE OF BILL: 10/9/01

ACTIVITY:    <u>GMAC COMMERCIAL CREDIT</u>

Charge to Client    [ X ]  Yes    No    [ ]    Charge Deposit Acct.    [ ]

| APPROVALS | INITIALS | DATE |
|---|---|---|
| **K. NOWLAN** | *Kn* | 11/28/01 |
| **B. TENZER** | *RT* | 11/26/01 |
| **E. MIILLER** | *Em* | 11/16 |

COMMENTS:    To be paid by:    Accounts Payable
One Penn Plaza, 9th Floor

Total Fees and Disbursements to date:  $_____

Description:  Professional services rendered from  <u>9/7/01</u>  through  <u>9/7/01</u>  for <u>$79.00</u> plus disbursements of <u>$3.60</u>; total fees and services are <u>$82.60</u>.

Name of Client:    Seneca Sports Inc.

Routing Date:  *11/16/01*

**GLAN 01848**

# Cowan, Liebowitz & Latman, P.C.

### LAW OFFICES

1133 Avenue of the Americas    •    New York, NY 10036-6799

Telephone (212) 790-9200    •    Web www.cll.com    •    Fax (212) 575-0671

OCT 2 2 REC'D

*no Crevstect*

```
                                                     Page: 1
GMAC Commercial Credit LLC                 October 09, 2001
Legal Department                        Account No: 19331-42M
1290 Avenue of the Americas             Statement No:    242758
New York,  NY  10104

Attn: Phyllis M. DiChiara


Seneca Sports Inc.
```

|  |  | Hours |  |
|---|---|---|---|
| 09/07/01 TMA | Recordal of Assignment of Security Interest Agreement from Seneca Sports, Inc. to GMAC Commercial Credit LLC:  Prepared letter to client advising recordal of subject assignment agreement. |  | 79.00 |
| | Trademark Administration | 0.00 | 79.00 |
| | For Current Services Rendered | | 79.00 |
| | Photocopy charges | | 3.60 |
| | Total Expenses | | 3.60 |
| | TOTAL CURRENT WORK | | 82.60 |
| | Previous Balance | | $124.15 |
| | BALANCE DUE | | $206.75 |

*Total Due*

**GLAN 01849**

**GMAC COMMERCIAL CREDIT LLC**
**ONE PENNSYLVANIA PLAZA**
**NEW YORK, NEW YORK  10119**

**CLIENT MISCELLANEOUS DEBIT**
**OR CREDIT ADVICE**

190

CLIENT #:

**102461**

**SENECA**

DATE

**20-Dec-01**

AMOUNT

**$5,030.00**

X  WE HAVE DEBITED YOUR ACCOUNT FOR THE FOLLOWING:

WE HAVE CREDITED YOUR ACCOUNT FOR THE FOLLOWING:

**LEGAL SERVICES**

**REF: PEPE & HAZARD LLP**

PLEASE ADJUST YOUR RECORDS ACCORDINGLY AND RETAIN THIS
ADVICE FOR COMPARISON WITH OUR NEXT STATEMENT OF YOUR ACCOUNT.

GMAC COMMERCIAL CREDIT LLC

PER:  LEGAL DEPT./JOAN HIGHLAND

**GLAN 01831**

# REQUEST FOR AUTHORIZATION OF LEGAL FEE PAYMENT

NAME OF LAW FIRM:  Pepe & Hazard LLP          Invoice #238806

*11/26*
*No creasior*
*nex moral*

AMOUNT OF BILL:    $5,030.00              DATE OF BILL: 11/13/01

ACTIVITY:          GMAC COMMERCIAL CREDIT

Charge to Client    [ X ]   Yes        No    [   ]              Charge Deposit Acct.    [   ]

| APPROVALS | INITIALS | DATE |
|-----------|----------|------|
| **K. NOWLAN** | *Teresa Klein* | *12-19-01* |
| **B. TENZER** | *BT* | *12/3/01* |
| **E. MIILLER** | *EM* | *12/3/01* |

COMMENTS:    To be paid by:    Accounts Payable
One Penn Plaza, 9th Floor

Total Fees and Disbursements to date:  $_____  _____

Description:  Professional services rendered from 10/1.  .1 through 10/24/01 for $5,030.50, plus
disbursements of $ -0-  ; total fees and services are $.  030.50.

Name of Client:    Seneca    *# 10246)*

Routing Date: *11/30/01*            *1330*

**GLAN 01832**

# PEPE&HAZARD

**LAW OFFICES**

150 FEDERAL STREET, 28TH FLOOR
BOSTON, MASSACHUSETTS 02110-1745
617/695-9090   FACSIMILE 617/695-9255

RECEIV.   GMAC CC

NOV 1 9 2001

LEGAL DEPT.   RICHARD S. ROSENSTEIN
Counsel
‡Also Admitted in RI, MA & MD
Direct Dial: (617) 748-5541
rrosenstein@pepehazard.com

November 12, 2001

NOV 2 6 REC'D
*[handwritten note]*

Louise Fields, Esq.
GMAC Commercial Credit, LLC
1290 Avenue of the Americas
New York, NY  10104

Re:    <u>Col. & Turnover of Collateral from Seneca</u>

Dear Louise:

Enclosed please find Pepe & Hazard's bill for legal fees incurred in the captioned matter.

If you have any questions, please call me at your convenience.  Your prompt payment of the amount due is greatly appreciated.

Thank you for your assistance.

Sincerely,

Richard S. Rosenstein

RSR/mab
Enclosure

# PEPE&HAZARD LLP

November 13, 2001

Louise Fields
GMAC Commercial Credit, LLC
1290 Avenue of the Americas
New York, NY  10104


INVOICE NUMBER:      238806
CLIENT NUMBER:        31637
MATTER NUMBER:            3

Rosenstein, Richard S.

   Col. & Trnover of Collateral from Seneca


   For services through October 31, 2001

| | | | |
|---|---|---|---|
| 10/18/01 | RSR | 4.40 | Telephone conference with client about representing the GMAC; Telephone conference with co-counsel about issues on case; Draft pleadings TRO; Legal analysis TRO and Repliven action; Correspondence to client with draft pleadings; Telephone conference with co-counsel about issues on borrower; Telephone conference with Dick Sabastio about issue on recovery of assets; Review documents from counsel in NY; Correspondence to co-counsel about issues raised by pleadings. |
| 10/18/01 | DMM | 1.00 | Several calls from R. Rosenstein; pull templates. |
| 10/18/01 | EKL | 2.10 | UCC searches in MA; telephone conference with MA Sec. of State; review incoming documents and correspondence; create chart of UCC's. |
| 10/19/01 | RSR | 4.40 | Draft and revise pleadings; Telephone conference with co-counsel about pleading from GMAC; Telephone conference with Rijo about issues on takeover; Telephone conference with client about changes to pleadings; Review documents and UCC search; Draft and revise pleadings and order; Telephone conference with co-counsel about issues with turnover. |
| 10/19/01 | DMM | 1.00 | Assist in drafting of pleadings; legal research. |
| 10/19/01 | EKL | .70 | Review UCCs; check request; e-mail to R. Rosenstein re UCCs. |
| 10/21/01 | RSR | 2.40 | Review file and documents for filings and issues on documents; Draft and revise Order. |
| 10/22/01 | RSR | 1.40 | Telephone conference with co-counsel about status of documents and status of turnover; Draft and revise pleadings with comments; Draft federal cover agreement; Telephone conference with John Rijo about taking possession; Telephone |

1

GLAN 01834

# PEPE&HAZARD LLP

November 13, 2001

Louise Fields
GMAC Commercial Credit, LLC

INVOICE NUMBER:    238806
CLIENT NUMBER:     31637
MATTER NUMBER:        3
Rosenstein, Richard S.

Col. & Trnover of Collateral from Seneca

For services through October 31, 2001

|  |  |  |  |
|---|---|---|---|
|  |  |  | conference with co-counsel about documents; Telephone conference with co-counsel conference call with counsel for borrower; Telephone conference to confirm takeover. |
| 10/22/01 | DMM | .50 | Several calls from R. Rosenstein regarding need for preliminary injunction; prepare. |
| 10/22/01 | EKL | 1.30 | Conference call; prepare for District Court filing. |
| 10/23/01 | RSR | 1.20 | Telephone conference with client to verify turnover; Telephone conference with Rijo about turnover; Telephone conference with co-counsel about pleadings. |
| 10/24/01 | EKL | .30 | Review UCCs. |

PROFESSIONAL SERVICES                                    $ 5,030.50


SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|
| Rosenstein, Richard S. | 13.80 | 4,209.00 |
| McGlone, David M. | 1.50 | 337.50 |
| Luce, Emily K. | 4.40 | 484.00 |
|  | 19.70 | $ 5,030.50 |

MATTER TOTAL                                             $ 5,030.50


**INVOICE TOTAL**                                       $ 5,030.50

2

GLAN 01835

**PEPE&HAZARD** LLP

November 13, 2001

Louise Fields
GMAC Commercial Credit, LLC

INVOICE NUMBER:    238806
CLIENT NUMBER:      31637
Rosenstein, Richard S.

SUMMARY OF AMOUNTS PREVIOUSLY BILLED AND UNPAID November 13, 2001

| CURRENT | 31+ DAYS | 61+ DAYS | 91+ DAYS | 120+ DAYS |
|---------|----------|----------|----------|-----------|
| $ .00   | $ .00    | $ .00    | $ .00    | $ .00     |

TOTAL PREVIOUSLY BILLED AND UNPAID              $ .00

Legal fees and costs this billing              $ 5,030.50
Amounts previously billed and unpaid              $ .00
                                              ===============
TOTAL AMOUNT DUE                               $ 5,030.50

TO INSURE PROPER CREDIT, PLEASE RETURN THIS PAGE WITH REMITTANCE

MAKE CHECKS PAYABLE TO "PEPE & HAZARD" AND REMIT TO
PEPE & HAZARD LLP
ACCOUNTS RECEIVABLE MANAGER
GOODWIN SQUARE, HARTFORD, CT 06103-4302

TEL: (860) 522-5175 || TAX ID: 06-1074039

3

**GLAN 01836**

**GMAC COMMERCIAL CREDIT LLC**
**ONE PENNSYLVANIA PLAZA**
**NEW YORK, NEW YORK  10119**

**CLIENT MISCELLANEOUS DEBIT**
**OR CREDIT ADVICE**

190

CLIENT #:                                                                    DATE

102461                                                           20-Dec-01

**SENECA SPORTS**                                             AMOUNT
                                                                          $4,684.98

X  **WE HAVE DEBITED YOUR ACCOUNT FOR THE FOLLOWING:**

WE HAVE CREDITED YOUR ACCOUNT FOR THE FOLLOWING:

**LEGAL SERVICES**

**REF: OTTERBOURG, STEINDLER, HOUSTON & ROSEN**

PLEASE ADJUST YOUR RECORDS ACCORDINGLY AND RETAIN THIS
ADVICE FOR COMPARISON WITH OUR NEXT STATEMENT OF YOUR ACCOUNT.

**GMAC COMMERCIAL CREDIT LLC**

**PER:  LEGAL DEPT./JOAN HIGHLAND**

**GLAN 01837**

# REQUEST FOR AUTHORIZATION OF LEGAL FEE PAYMENT

NAME OF LAW FIRM: Otterbourg, Steindler, Houston & Rosen, P.C.        Invoice #111407

AMOUNT OF BILL:        $4,684.98                DATE OF BILL: October 30, 2001

ACTIVITY:        GMAC COMMERCIAL CREDIT

Charge to Client   X   Yes, in Full ____ Yes, Partially ____ No ____ Charge Deposit Acct. ____

| APPROVALS | INITIALS | DATE |
|---|---|---|
| K. NOWLAN | KN | 12/19/01 |
| B. TENZER | Br | 12/13/01 |
| E. MILLER | EM | 12/03/01 |

COMMENTS:  To be paid by:            Accounts Payable
                                     One Penn Plaza, 9th Floor

Total Fees and Disbursements to date:        $10,158.43

Description: Professional services rendered from September 1, 2001 through September 30, 2001 for $4,437.00, plus disbursements of $247.98; total fees and services are $4,684.98.

Name of Client:        SENECA SPORTS, INC.

Routing Date:   11/27/01

**GLAN 01838**

124194-1

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

```
GMAC COMMERCIAL CREDIT LLC                    OCTOBER 30, 2001
1290 AVENUE OF THE AMERICAS                     BILL NO. 111407
NEW YORK, NY  10104                                 25125.0202
ATTN: BRUCE M. TENZER, ESQ.
```

---

```
MATTER:  SENECA SPORTS, INC.


         LEGAL SERVICES (NEW CHARGES ONLY) THRU  09/30/2001          4,437.00
                        DISBURSEMENTS THRU  09/30/2001                 247.98
                                                                    _____
                             CURRENT TOTAL                           4,684.98
```

---

GLAN 01839

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

GMAC COMMERCIAL CREDIT LLC
Page 2

OCTOBER 30, 2001
BILL NO. 111407

FOR LEGAL SERVICES RENDERED

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Conference(s) w/ Client | 09/24/01 SBS | .90 | 427.50 |
| Telephone Call(s) re: Demand for arb. | 09/24/01 RLS | .40 | 156.00 |
| Review Loan Documents | 09/24/01 RLS | 1.60 | 624.00 |
| Preparation of Demand Letter | 09/24/01 RLS | 1.70 | 663.00 |
| Telephone Call(s) w/Client | 09/24/01 RLS | .40 | 156.00 |
| Preparation of Legal Papers | 09/24/01 RLS | 2.30 | 897.00 |
| Telephone Call(s) w/Client | 09/24/01 RLS | .30 | 117.00 |
| Review File | 09/24/01 DHB | .40 | 110.00 |
| Correspondence w/Adversary | 09/24/01 DHB | 1.40 | 385.00 |
| Telephone Call(s) w/Client | 09/25/01 RLS | .30 | 117.00 |
| Review/correct Legal Papers | 09/25/01 RLS | .90 | 351.00 |

GLAN 01840

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
230 PARK AVENUE
NEW YORK, NY 10169-0075

GMAC COMMERCIAL CREDIT LLC                          OCTOBER 30, 2001
Page 3                                              BILL NO. 111407

| DESCRIPTION | DATE ATTORNEY | HOURS | AMOUNT |
|---|---|---|---|
| Telephone Call(s) w/Client | 09/25/01 RLS | .40 | 156.00 |
| Correspondence w/Client | 09/25/01 RLS | .30 | 117.00 |
| Correspondence w/Adversary | 09/25/01 DHB | .30 | 82.50 |
| Telephone Call(s) w/Client | 09/27/01 RLS | .10 | 39.00 |
| Telephone Call(s) w/Client | 09/27/01 RLS | .10 | 39.00 |
| | TOTAL FOR SERVICES | | 4,437.00 |

GLAN 01841

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
230 PARK AVENUE
NEW YORK, NY  10169-0075


GMAC COMMERCIAL CREDIT LLC                     OCTOBER 30, 2001
Page 4                                         BILL NO. 111407


DISBURSEMENTS FOR YOUR ACCOUNT

| | | |
|---|---|---:|
| Transportation | 09/18/01 | 60.69 |
| Air Freight | 09/24/01 | 19.67 |
| Air Freight | 09/24/01 | 19.67 |
| Photocopies | 09/24/01 | 39.90 |
| Photocopies | 09/25/01 | 9.80 |
| Photocopies | 09/25/01 | 7.70 |
| Transceiver | 09/25/01 | 28.00 |
| Transceiver | 09/25/01 | 14.00 |
| Transceiver | 09/25/01 | 7.00 |
| Transportation | 09/27/01 | 60.69 |
| Photocopies | 09/28/01 | -19.14 |

| | |
|---|---:|
| TOTAL DISBURSEMENTS | 247.98 |
| TOTAL THIS STATEMENT | 4,684.98 |

GLAN 01842

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

GMAC COMMERCIAL CREDIT LLC
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
ATTN: BRUCE M. TENZER, ESQ.

OCTOBER 30, 2001
BILL NO. 111407
25125.0202

MATTER: SENECA SPORTS, INC.

### R E M I T T A N C E   P A G E

| | | |
|---|---|---|
| LEGAL SERVICES (NEW CHARGES ONLY) THRU | 09/30/2001 | 4,437.00 |
| DISBURSEMENTS THRU | 09/30/2001 | 247.98 |
| CURRENT TOTAL | | 4,684.98 |

Please return this page with your payment.    GLAN 01843

**GMAC COMMERCIAL CREDIT LLC**
**ONE PENNSYLVANIA PLAZA**
**NEW YORK, NEW YORK  10119**

CLIENT MISCELLANEOUS DEBIT
OR CREDIT ADVICE

190

CLIENT #:

102461
**SENECA SPORTS INC.**

DATE
**11-Jan-02**

AMOUNT
**$37,777.79**

X | WE HAVE DEBITED YOUR ACCOUNT FOR THE FOLLOWING:

☐ WE HAVE CREDITED YOUR ACCOUNT FOR THE FOLLOWING:

**LEGAL SERVICES**

**REF: OTTERBOURG, STEINDLER, HOUSTON & ROSEN**

PLEASE ADJUST YOUR RECORDS ACCORDINGLY AND RETAIN THIS
ADVICE FOR COMPARISON WITH OUR NEXT STATEMENT OF YOUR ACCOUNT.

GMAC COMMERCIAL CREDIT LLC

PER:  LEGAL DEPT./JOAN HIGHLAND

**GLAN 01796**

GLAN 00017

GLAN 01534

CLIENT
GENERAL STEEL INC
C/O JUAN CROWLEY
GRACE COMMERCIAL CREDIT
151 (PURCHASE) ST 4TH FL
BOSTON, MA
02114

AS OF DATE
02-28-02
1024-00

ACCOUNT EXECUTIVE
FITZGERALD, P

--- T Y P E ---
COLLECTION
CURRENCY - USD

OFFSET - 74666

RECEIVABLE
PAGE NO 1
ACCOUNT NY DUE DATE
126.240  11-07-01

MONTH
02-02
02-02
21-02
11-01

COLLS NOT TRANSFERRED

| POSTING VALUE DATE | ASSIGNMENT OR TRANS REFERENCE | CODE | --- COLLECTION OR CHARGE ACCOUNT --- TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCES/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | | |
| 02-01-02 | | | | | | | |
| 02-04-02 | CHARGE BACK | 194 | 41,366.50- | 530,251.55 | | | |
| 02-05-02 | CHARGE BACK | 190 | | 485,885.05 | | | 113,432.40- |
| 02-06-02 | CASH ADVANCE | 140 | | 485,885.05 | 17,958.67- | | 113,432.40- |
| 02-06-02 | CHARGE BACK | 194 | | 485,885.05 | 7,896.00- | | 126,201.07- |
| 02-13-02 | CHARGE BACK | 196 | 11,022.00- | 474,863.05 | | | 128,297.07- |
| 02-13-02 | COLLECTIONS | 196 | 9,459.40- | | | | 128,297.07- |
| 02-14-02 | COLLECTIONS | 176 | 325.60- | 465,090.79 | | | |
| 02-14-02 | DISBURSEMENT | 176 | | 461,764.91 | | 3,472.46 | 124,874.61- |
| 02-15-02 | CHARGE BACK | 194 | | | | 3,325.88 | 121,548.73- |
| 02-20-02 | COLLECTIONS | 190 | 277,702.10- | | 1,606.10- | | |
| 02-21-02 | CHARGE BACK | 174 | 151.12- | 183,185.62 | | | |
| 02-21-02 | MISC CHG/CR | 190 | 718.75- | 183,186.87 | | 157.19 | 123,030.31- |
| 02-22-02 | MISC DEB/CR | 190 | | 183,186.87 | 1,410.66- | | 123,090.31- |
| 02-25-02 | OVERPAY CHGE | 196 | | | 314.68- | | 124,314.66- |
| 02-26-02 | COLLECTIONS | 196 | 33.15- | 183,153.72 | 2,130.65- | | 126,377.66- |
| 02-28-02 | COLLECTIONS | 185 | 92.06- | 183,061.66 | | 33.15 | 128,425.11- |
| 02-28-02 | D.A.B.S.  100880  001 | | | 183,061.66 | 274.99- | 92.06 | 128,333.05- |
| 02-28-02 | INT ON AVG BAL 001 | | | 183,061.66 | | | 128,608.04- |

MONTH END BALANCE          347,189.89-          183,061.66          7,018.30-

INTEREST ON AVERAGE ADVANCES

AVG BALANCE                RATE                   AMOUNT
1,127,952.54-              8.000 %                29,224.76-             7,030.74          1,135,626.42-

                           AMOUNT
                           7,018.30-

GMAC COMMERCIAL CREDIT LLC
ONE PENNSYLVANIA PLAZA
NEW YORK, NEW YORK 10119

**CLIENT MISCELLANEOUS DEBIT
OR CREDIT ADVICE**

190

CLIENT #:    102461

SENECA SPORTS, INC.

| DATE | AMOUNT |
|------|--------|
| 01-Feb-02 | $12,968.67 |

[X] WE HAVE DEBITED YOUR ACCOUNT FOR THE FOLLOWING:

[ ] WE HAVE CREDITED YOUR ACCOUNT FOR THE FOLLOWING:

LEGAL SERVICES
REF: OTTERBOURG, STEINDLER, HOUSTON & ROSEN, PC

PLEASE ADJUST YOUR RECORDS ACCORDINGLY AND RETAIN THIS
ADVICE FOR COMPARISON WITH OUR NEXT STATEMENT OF YOUR ACCOUNT.

GMAC COMMERCIAL CREDIT LLC

PER:  LEGAL DEPT./JOAN HIGHLAND

GMAC COMMERCIAL CREDIT LLC
ONE PENNSYLVANIA PLAZA
NEW YORK, NEW YORK 10119

CLIENT MISCELLANEOUS DEBIT
OR CREDIT ADVICE                190

CLIENT #:    102461
             SENECA SPORTS

DATE    13-Feb-02
AMOUNT   $1,608.80

[X] WE HAVE DEBITED YOUR ACCOUNT FOR THE FOLLOWING:

[ ] WE HAVE CREDITED YOUR ACCOUNT FOR THE FOLLOWING:

LEGAL SERVICES
REF: OTTERBOURG, STEINDLER, HOUSTON & ROSEN

PLEASE ADJUST YOUR RECORDS ACCORDINGLY AND RETAIN THIS
ADVICE FOR COMPARISON WITH OUR NEXT STATEMENT OF YOUR ACCOUNT.

GMAC COMMERCIAL CREDIT LLC

PER: LEGAL DEPT./JOAN HIGHLAND

**GLAN 01890**

GMAC COMMERCIAL CREDIT LLC
ONE PENNSYLVANIA PLAZA
NEW YORK, NEW YORK 10119

CLIENT MISCELLANEOUS DEBIT
OR CREDIT ADVICE

CLIENT #:    102461

SENECA SPORTS, INC.

[X]  WE HAVE DEBITED YOUR ACCOUNT FOR THE FOLLOWING:

WE HAVE CREDITED YOUR ACCOUNT FOR THE FOLLOWING:

LEGAL SERVICES: OTTERBOURG, STEINDLER, HOUSTON & ROSEN

PLEASE ADJUST YOUR RECORDS ACCORDINGLY AND RETAIN THIS
ADVICE FOR COMPARISON WITH OUR NEXT STATEMENT OF YOUR ACCOUNT.

| DATE | AMOUNT |
|------|--------|
| [190] | |
| 21-Feb-02 | $1,410.66 |

GMAC COMMERCIAL CREDIT LLC

PER: LEGAL DEPT.

JOURNAL VOUCHER



GLAN 01540

GMAC COMMERCIAL CREDIT LLC
ONE PENNSYLVANIA PLAZA
NEW YORK, NEW YORK 10119

CLIENT MISCELLANEOUS DEBIT
OR CREDIT ADVICE

190

CLIENT #:    102461

SENECA SPORTS

DATE    05-Apr-02

AMOUNT    $722.90

[X] WE HAVE DEBITED YOUR ACCOUNT FOR THE FOLLOWING:

[ ] WE HAVE CREDITED YOUR ACCOUNT FOR THE FOLLOWING:

LEGAL SERVICES:

REF: OTTERBOURG, STEINDLER, HOUSTON & ROSEN

PLEASE ADJUST YOUR RECORDS ACCORDINGLY AND RETAIN THIS
ADVICE FOR COMPARISON WITH OUR NEXT STATEMENT OF YOUR ACCOUNT.

GMAC COMMERCIAL CREDIT LLC

PER: LEGAL DEPT.

**GLAN 01941**

GLAN 00026

D 15

- - - C L I E N T - - -
ESREA SPORTS INC.
C/O JOHN CHRUP ET
BANCO COMMERCIAL CREDIT
151 FEDERAL ST 9TH FL
BOSTON, MA  02114

-IN-
1024-50

AS OF DATE
05-31-02

ACCOUNT EXECUTIVE
FITZPATRICK J
TERMIN.DATE  12-31-01

- - - T Y P E - - -
COLLECTION
CURRENCY - USD

OFFSET- 74666

PAGE NO. 1
RECEIVABLE ASSIGNED
ACCOUNT AV.DUE DATE

MONTH
05-02
04-02
03-02
02-02

COLLS.NOT TRANSFERRED

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | 383,710.60 | | | 1,211,913.80- |
| 05-01-02 | | MISC CHG/CR | 150 | | 383,710.60 | | | 1,212,511.47- |
| 05-03-02 | | CHARGE BACK | 191 | 1,692.00- | 382,018.60 | 597.67- | | 1,212,511.47- |
| 05-08-02 | | CHARGE BACK | 191 | 306.15- | 381,712.61 | | | 1,212,511.47- |
| 05-14-02 | | CHARGE BACK | 191 | 27,983.40- | 352,729.21 | | | 1,212,511.47- |
| 05-17-02 | | OVERADV CHRG | 194 | 102.03 | 353,835.24 | | | 1,212,511.47- |
| 05-23-02 | 050102 | OVERADV CHRG | 190 | | 353,835.24 | 2,254.00- | | |
| 05-27-02 | | CHARGE BACK | 192 | 108.82 | 353,944.06 | | | 1,214,765.47- |
| 05-28-02 | | D.A.D  100900 | 195 | 108.82- | 353,835.24 | | 108.82 | 1,214,658.65- |
| 05-31-02 | DEBROZ | COLLECTIONS | 156 | 5,033.03 | 358,868.27 | 133.05- | | 1,219,822.73- |
| | | | | | | 5,033.03- | | |
| 05-31-02 | | INT ON AVG BAL | 001 | | 358,868.27 | 8,370.56- | | 1,228,193.29- |
| MONTH END BALANCE | | | | 24,347.55- | 358,868.27 | 6,328.31- | 108.82 | 1,228,193.29- |

INTEREST ON AVERAGE ADVANCES

AVG.BALANCE
1,275,088.43- @

RATE
8.000 %

AMOUNT
8,370.56-

**GMAC COMMERCIAL CREDIT LLC**
**ONE PENNSYLVANIA PLAZA**
**NEW YORK, NEW YORK  10119**

CLIENT MISCELLANEOUS DEBIT
OR CREDIT ADVICE
190

CLIENT #:

**102461**
SENECA SPORTS

DATE
01-May-02
AMOUNT
**$537.67**

X | WE HAVE DEBITED YOUR ACCOUNT FOR THE FOLLOWING:

☐ WE HAVE CREDITED YOUR ACCOUNT FOR THE FOLLOWING:
**LEGAL SERVICES**
REF: OTTERBOURG, STEINDLER, HOUSTON & ROSEN

PLEASE ADJUST YOUR RECORDS ACCORDINGLY AND RETAIN THIS
ADVICE FOR COMPARISON WITH OUR NEXT STATEMENT OF YOUR ACCOUNT.

GMAC COMMERCIAL CREDIT LLC

PER: LEGAL DEPARTMENT



GLAN 01959