UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID L. LANDAY<br>    Plaintiff,<br><br>v.<br><br>GMAC COMMERCIAL CREDIT LLC<br>and GMAC COMMERCIAL FINANCE LLC,<br>    Defendants. | Civil Action No. 04-cv-11955-WGY |

## DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE RELATING TO NEW YORK DISCOVERY DISPUTES

Defendant GMAC Commercial Finance LLC ("GMAC CF")[1] moves this Court *in limine* for an order precluding plaintiff David L. Landay ("Landay") from offering any evidence or argument concerning discovery disputes between the parties in a parallel New York action. Based on correspondence from Landay's counsel, it appears that Landay plans to argue that GMAC CF's tardiness in producing certain documents in response to his New York discovery requests constitutes "intransigent" conduct that gives rise to a claim under Mass. Gen. Laws ch. 93A in this case. As detailed in GMAC CF's supporting memorandum, several fundamental flaws infect Landay's argument. First, Landay's amended complaint in this case makes no reference to any New York discovery disputes. Second, any conduct that occurred entirely in New York – by definition – cannot give rise to a Chapter 93A claim. Third, as a matter of law, the "intransigence" alleged by Landay could not give rise to a Chapter 93A claim, even if it had occurred primarily and substantially in Massachusetts.

---

[1] While the Amended Complaint names two defendants, GMAC Commercial Credit LLC and GMAC Commercial Finance LLC, GMAC Commercial Finance LLC is actually the successor by merger of GMAC Commercial Credit LLC and a third GMAC entity, GMAC Business Credit LLC. For ease of reference, throughout this motion and all supporting documents, all three companies are referred to jointly as GMAC CF.

Accordingly, this Court should grant GMAC CF's motion *in limine* to preclude Landay from offering any evidence, either at trial or in opposition to GMAC CF's motion for summary judgment, that relates to the parties' New York discovery dispute.

In support of its motion, GMAC CF submits the accompanying memorandum of law.

|  |  |
|---|---|
| DATED:  November 23, 2005 | Respectfully submitted,<br>GMAC COMMERCIAL FINANCE LLC<br><br>/s/ John A. Houlihan<br>/s/ Mark B. Dubnoff<br>John A. Houlihan (BBO # 542038)<br>Mark B. Dubnoff (BBO # 637212)<br>EDWARDS ANGELL PALMER & DODGE LLP<br>101 Federal Street<br>Boston, MA  02110<br>(617) 439-4444 |

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned hereby certifies, pursuant to Local Rule 7.1(a)(2), that he has conferred with counsel for the plaintiff on multiple occasions in a good faith attempt to resolve or narrow the issues in dispute, and that these efforts were not successful.

/s/ Mark B. Dubnoff
Mark B. Dubnoff