# EXHIBIT 2

# Edwards &Angell LLP

101 Federal Street   Boston, MA 02110   617.439.4444   *fax* 617.439.4170   Mark B. Dubnoff
617.517.5533
Direct Fax: 888.325.9149
mdubnoff@edwardsangell.com

September 8, 2005

**By Hand**

Alan R. Hoffman, Esq.
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street, 22nd Floor
Boston, MA  02110-1800

Re: David L. Landay v. GMAC Commercial Credit, LLC et al.
Civil Action No. 04-11955-WGY

Dear Mr. Hoffman:

Yesterday I received a copy of plaintiff David L. Landay's Answers to Defendants' First Set of Interrogatories. In many of Mr. Landay's responses, he stated that he was unable to respond fully at the time the interrogatory responses were due, because his responses would be based to varying degrees on his review of certain documents currently stored at our law offices, and Mr. Landay did not obtain access to those documents until August 23, 2005. I refer you specifically to Mr. Landay's responses to Interrogatory Nos. 2, 4, 5, 7, 8, 9, 11, and 17. In light of your position, please accept my invitation to come back to our offices and review the documents at any mutually convenient time to the extent that you believe it is necessary to enable Mr. Landay to complete his answers to those interrogatories.

As you know, under the Federal Rules of Civil Procedure, Mr. Landay has thirty (30) days to respond to the interrogatories propounded on him by GMACCF. Since Mr. Landay gained access to the documents he claims are necessary to his ability to answer GMACCF's interrogatories on August 23 and he submitted his responses to those interrogatories fifteen (15) days later, another fifteen (15) days of review should be sufficient time for Mr. Landay to supplement his responses. Accordingly, since today is September 8, Mr. Landay should provide us with supplemental responses no later than September 23, 2005.

During this time period we will make every effort to reasonably accommodate Mr. Landay's desire to review the documents that he claims are necessary to provide more comprehensive responses to GMACCF's interrogatories. Please contact John Houlihan or me at any time to schedule Mr. Landay's next visit or visits to our offices.

Sincerely,

Mark B. Dubnoff

cc: John A. Houlihan, Esq.

BOS_502776_1