# EXHIBIT 7

VOL. I, PAGES 1 - 201

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11955-WGY


DAVID L. LANDAY

                    Plaintiff

V.

GMAC COMMERCIAL CREDIT, LLC and

GMAC COMMERCIAL FINANCE, LLC

                    Defendants


- - - - - - - -

Deposition of David L. Landay

Tuesday, October 18, 2005

9:42 a.m.

Edwards & Angell, LLP

101 Federal Street

Boston, Massachusetts

- - - - - - - -

Reporter:  Deborah Roth, RPR/CSR

f0b6b1ae-affe-4330-82cc-3512d4628ae4

**Page 178**

16:53:10 1  Q. Let me try one more time.

16:53:14 2  I am not talking about actions by GMAC

16:53:18 3  in connection with the financing transaction. Set

16:53:24 4  that aside. I understand there is a dispute, a hot

16:53:27 5  dispute over that.

16:53:29 6  In connection with the way in which

16:53:36 7  this lawsuit as been conducted, the documents that

16:53:42 8  have been filed, the discovery in this case, do you

16:53:48 9  contend that actions by GMAC in this case since it

16:53:56 10 was filed violate Massachusetts law?

16:54:02 11 A. I am not sure how to answer that. Can I

16:54:04 12 talk to Mr. Hoffman?

16:54:07 13 Q. I would prefer in this instance that you

16:54:11 14 not.

16:54:13 15 A. I am not sure how to answer that.

16:54:15 16 Q. Sitting here today, can you identify any

16:54:44 17 actions on the part of GMAC or any failures to act

16:54:47 18 on the part of GMAC from the time that you filed

16:54:51 19 the Massachusetts action until today that you

16:54:57 20 believe constitute a violation of Massachusetts

16:54:59 21 law?

16:55:03 22 A. When did we file the action? A year ago?

16:55:06 23 Q. September of --

16:55:09 24 A. '04?

**Page 179**

16:55:10 1  Q. -- '04.

16:55:12 2  A. Since September of '04, until October 18th

16:55:17 3  of '05, do I contend that GMAC or its agents have

16:55:22 4  done anything against Massachusetts law in

16:55:24 5  connection with this lawsuit alone?

16:55:26 6  Q. Correct.

16:55:27 7  A. I would have to say to the best of my

16:55:32 8  knowledge, no.

16:55:39 9  Q. Sitting here today, can you identify

16:55:44 10 anything that GMAC or its agents have done in

16:55:49 11 connection with the New York litigation from the

16:55:57 12 time that that New York litigation was started

16:56:01 13 until today that you contend violated Massachusetts

16:56:05 14 law?

16:56:05 15 A. Absolutely.

16:56:06 16 Q. What --

16:56:08 17 A. The first instance that comes to mind --

16:56:11 18 finish your question.

16:56:13 19 Q. Can you identify for me those things that

16:56:16 20 you contend GMAC or its agents did in connection

16:56:20 21 with the New York litigation that violate the

16:56:22 22 Massachusetts lawsuit?

16:56:23 23 A. The first thing that comes to my mind is

16:56:27 24 the charges against the loan that I'm expected to

**Page 180**

16:56:33 1  pay.

16:56:33 2  The second thing that comes to my mind

16:56:36 3  is Attorney Wagoner's miraculous discovery of tapes

16:56:41 4  that he discovered at the bottom of a box that were

16:56:45 5  brought up a year and a half previously at the Rijo

16:56:48 6  deposition. The discovery in which you produced a

16:56:53 7  warehouse full of documents that they took, okay,

16:56:56 8  out of the offices of Seneca, and I would say you

16:57:03 9  ought to be complimented for producing those

16:57:06 10 documents.

16:57:07 11 They certainly did not produce those

16:57:09 12 documents, and I could go on and on and on since

16:57:11 13 the instigation of the lawsuit in New York where

16:57:14 14 they have refused to give an accounting, where the

16:57:17 15 attorney, a lady attorney, replied to Steve

16:57:22 16 Rosenberg, my attorney, at the time in New York

16:57:25 17 when he said, "I demand an accounting," she said,

16:57:28 18 "You will get it through litigation only, unless

16:57:30 19 you agree to pay us a million dollars, then we will

16:57:32 20 tell you what the million dollars is for."

16:57:34 21 Okay. I would contend that those are a

16:57:37 22 few highlights out of a continuum of bad faith

16:57:45 23 actions in the New York litigation.

16:57:50 24 A lack of knowledge, backup, I believe,

**Page 181**

16:57:55 1  in Ms. Pappalardo's Exhibit 3, which is her

16:57:59 2  calculation of damages. (A) there is still no

16:58:02 3  accounting. There are close to a half a million

16:58:07 4  dollars in unsubstantiated charges to the loan

16:58:10 5  without backup.

16:58:12 6  I believe at her deposition we went

16:58:14 7  through the miscellaneous charges, but there are

16:58:17 8  hundreds of thousands of dollars of charges to

16:58:19 9  which there has been no backup provided.

16:58:23 10 Q. Is there anything else that you can recall

16:58:28 11 that you contend constitutes -- that occurred in

16:58:34 12 connection with the New York action which you

16:58:36 13 believe constitutes a violation of Massachusetts

16:58:40 14 law?

16:58:46 15 A. I would have to sit down and give you a

16:58:50 16 list, but those are the five highlights that come

16:58:52 17 to mind immediately.

16:58:56 18 Q. You're represented by counsel in New York?

16:59:10 19 A. Yes.

16:59:14 20 Q. Have your attorneys in New York filed

16:59:22 21 motions seeking sanctions for the acts and

16:59:34 22 omissions that you just identified?

16:59:36 23 A. If I remember correctly, there was a filing

16:59:40 24 to be made on sanctions, and there -- if I am using

LegaLink Boston
(617) 542-0039

f0b6b1ae-affe-4330-82cc-3512d4628ae4