# EXHIBIT A

**COHN, KELAKOS, KHOURY, MADOFF & WHITESELL LLP**

ATTORNEYS AT LAW

101 ARCH STREET
BOSTON, MASSACHUSETTS 02110
TELEPHONE: (617) 951-2505
TELECOPIER: (617) 951-0679

October 25, 2001

<u>By Fax</u>  (917) 368-7109

Richard L. Stehl, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY  10169-0075

      Re:   <u>Seneca Sports, Inc.</u>

Dear Richard:

      I am in receipt of your October 22, 2001 letter acknowledging that GMACCC has taken possession of the premises and assets of Seneca Sports, Inc ("Seneca").

      Although you stated to me that GMACCC would work with Seneca and David Landay to maximize the value of the assets, since taking possession, GMACCC has: (1) denied David Landay access to the books and records of Seneca, including essential payroll records; and (2) stopped the delivery of certain shipments of inventory to customers who were ready, willing and able to take delivery. Please be advised that Seneca and Mr. Landay do not view as commercially reasonable GMACCC's refusal to ship existing orders, or its failure to follow through with orders that were nearing completion. A large-scale liquidation of such inventory will not maximize its value.

      In addition, Mr. Landay hereby requests access to all books and records of Seneca. Please call me to discuss a procedure for permitting such access.

Sincerely,

David Madoff

DBM:adh
Enclosure
G:\DATA\810c\stehl fax

CKMW0487

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

RICHARD L. STEHL
MEMBER OF THE FIRM
ADMITTED IN NEW YORK AND CONNECTICUT
rstehl@oshr.com

TELEPHONE: (212) 661-9100
TELECOPIER: (212) 682-6104

October 25, 2001

<u>VIA TELECOPIER</u>

David Madoff, Esq.
Cohn, Kelakos, Khoury, Madoff & Whitesell LLP
101 Arch Street
Boston, Massachusetts 02110

   Re: GMAC Commercial Credit LLC with Seneca Sports, Inc. <u>and Brookfield International, Inc. (the "Clients")</u>

Dear David:

  I am in receipt of your letter dated October 25, 2001.

  Please be advised that GMACCC is in the process of analyzing the Clients' inventory to effectively facilitate a liquidation of the inventory in a commercially reasonable manner. As you know, GMACCC has just obtained possession. Before shipments of inventory can be made to fulfill "existing orders", GMACCC must analyze each customer relationship to assure that each customer who you identify in your letter as "ready, willing and able to take delivery" does not have offsets, deductions, allowances or other claims against accounts which would arise from sales to such customers. Further, we have been advised that certain of the shipments have been rejected by a customer. It is, therefore, not as simple as you state in your letter to determine that delivery of inventory to such customers would maximize value. Moreover, such decisions must be made in the context of an overall disposition strategy so that the most desirable inventory is not "cherry picked" to the detriment of the disposition of the remaining inventory.

  Please advise us which of the Clients' books and records Mr. Landay wishes to access and the purpose for such request. If appropriate, Mr. Landay will be permitted access to the books and records under the supervision of an agent of GMACCC. He will not be permitted to remove or alter any of the records.

129169-1

CKMW0491

David Madoff, Esq.
October 25, 2001
Page 2

      This letter is without prejudice to, and hereby expressly reserves all of GMACCC's rights and remedies with respect to the Clients and Mr. Landay.

Very truly yours,

*Richard L. Stehl*

Richard L. Stehl

cc:    Ms. Jane Frangos (via fax)
        Esther Miller, Esq. (via fax)

129169-1

CKMW0492