# EXHIBIT B

## Charlene M. Dobbins

**From:** David Madoff [madoff@ckmw.com]
**Sent:** Tuesday, December 11, 2001 6:18 PM
**To:** rstehl@oshr.com
**Subject:** Seneca (801)

Richard -- David Landay would like to get access to his records. He is available all day Thursday and Friday afternoon. Please let me know how to get that done. Also, since the liquidation of the inventory is now complete, we would like a accounting to date of all funds received from all sources. Please let me know how quickly we can get that. Thanks.

David B. Madoff
Cohn, Kelakos, Khoury, Madoff
& Whitesell LLP
101 Arch Street
Boston, MA 02110
(617) 951-2505

CKMW0174

01/12/2004