# EXHIBIT F

Case 1:04-cv-11955-WGY    Document 58-7    Filed 12/07/2005    Page 1 of 4

```
 1
 2            UNITED STATES DISTRICT COURT           ORIGINAL
 3              DISTRICT OF MASSACHUSETTS
 4
 5   DAVID L. LANDAY,              )
 6              Plaintiff,         )
 7        vs.                      )  No. 04-CV-11955-WGY
 8   GMACCF COMMERCIAL CREDIT,     )
 9   LLC, and GMACCF COMMERCIAL    )
10   FINANCE, LLC,                 )
11              Defendants.        )
12
13
14        DEPOSITION OF KATHLEEN A. PAPPALARDO
15              New York, New York
16           Friday, August 19, 2005
17
18
19
20
21
22
23   Reported by:
24   Bonnie Pruszynski, RMR
25   JOB NO. 4766
```

1
2          MR. WAGNER:  Good morning.
3          After yesterday's deposition,
4  Mr. Houlihan told me certain questions came
5  up with regard to a computer tape that the
6  witness was asked about, and that there was
7  a reference by someone that Mr. Rijo had
8  testified to back-up computer tapes.
9          Frankly, I didn't know anything about
10 the computer tapes, although I was present
11 at the Rijo deposition.
12         But at Mr. Houlihan's request, we went
13 back and went through all of the boxes that
14 we have, that we have accumulated since the
15 beginning of this case and, we did find five
16 cassettes that I am going to identify for
17 the record.
18         These cassettes are the old tape
19 cassettes with actual tape, and they appear
20 to be the back-up tapes that were discussed
21 by Mr. Rijo and asked about yesterday.
22         The first tape I will identify is
23 labeled Seneca Sports System Tape One,
24 10-03-01.  Underneath it says name:  SYS 1.
25         The second cassette is Seneca Sports

1
2   System Tape Two, 10-23-01, name: SYS 2.
3           The third cassette is dated
4   10-22-2001, with the following letters on it
5   C O P -- I'm sorry, C-O-M-P-S-E-N-B-O 1 001.
6           The fourth cassette is labeled Seneca
7   Sports, VOL 555, tape one, 10-23-01. Name:
8   VOL 551.
9           And the last cassette is labeled
10  Seneca Sports, VOL 555 tape 2, 10-23-01.
11  Name: VOL 552.
12          I'm going to make copies of the labels
13  and give them to counsel.
14          MR. HOULIHAN: And you are going to
15  give the labels to counsel, and then we are
16  going to work together, both sets of counsel
17  in both the New York action and the
18  Massachusetts action, to locate a
19  third-party vendor to attempt to run the
20  tapes and verify what's on them, and make
21  whatever arrangements are suitable once we
22  determine what's on them, in terms of
23  printing out paper copies of portions of it.
24          MR. HOFFMAN: Sounds acceptable to us.
25          MR. WAGNER: Okay.