# EXHIBIT G

NOV-12-01   10:18AM   FROM- Otterbourg, Steindler, Houston & Rosen   212 682 6104                T-265  P.002/004  F-350

## SECURED PARTY BILL OF SALE

GMAC COMMERCIAL CREDIT LLC, having an office at 1290 Avenue of the Americas, New York, New York 10104, as a secured party in possession ("Secured Party"), as of November 12, 2001, hereby sells, transfers and conveys all of the right, title and interest of SENECA SPORTS, INC. and BROOKFIELD INTERNATIONAL, INC. (individually and collectively, "Debtor"), having an office at 75 Fortune Boulevard, Milford, Massachusetts 01757, in and to certain property of Debtor (collectively, the "Assets") described on Exhibit A, attached hereto and made a part hereof, to WAREHOUSE OUTLET LIQUIDATORS, INC ("Purchaser") and its successors and assigns, for a purchase price of Ninety Thousand Dollars ($90,000) ("Purchase Price")

Secured Party represents and warrants to Purchaser that (a) Secured Party holds a perfected first priority security interest in the Assets, (b) Secured Party has taken possession of the Assets pursuant to the Uniform Commercial Code as in effect in the State of Massachusetts ("UCC") and (c) the sale of the Assets is being made by Secured Party to Purchaser pursuant to the UCC

EXCEPT AS SPECIFICALLY PROVIDED ABOVE, THE SALE, TRANSFER AND CONVEYANCE OF THE ASSETS BY SECURED PARTY TO PURCHASER AND PURCHASER'S PURCHASE OF THE ASSETS IS MADE "AS IS" AND "WHERE IS" AND WITHOUT ANY WARRANTIES BY, REPRESENTATIONS BY OR RECOURSE TO, SECURED PARTY OF ANY KIND, NATURE OR DESCRIPTION WHATSOEVER, INCLUDING, WITHOUT LIMITATION, ANY WARRANTIES AND/OR REPRESENTATIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, PHYSICAL CONDITION, QUANTITY OR VALUE

Purchaser acknowledges that it has inspected the Assets and has not been induced to purchase the Assets by any representations or warranties given by Secured Party, except as expressly set forth herein

Purchaser acknowledges that it has adequate information concerning the Assets to make an informed decision regarding the purchase of the Assets and has independently and without reliance upon Secured Party, and based upon such information as Purchaser has deemed appropriate, made its own decision to purchase the Assets Purchaser acknowledges that it shall have no recourse to Secured Party, except with respect to breaches of representations, warranties, and agreements expressly set forth herein Purchaser further acknowledges, confirms and agrees that (a) the Purchase Price is fully due and payable to Secured Party upon execution of this Secured Party Bill of Sale, (b) Purchaser may not assert any additional discounts, allowances, deductions, offsets or other claims of any kind, nature or description with respect to the Purchase Price, (c) Purchaser may not return, reject or refuse delivery of the Assets and (d) shipment of the Assets shall be made by Purchaser, at Purchaser's sole expense

130230-1

**GLAN 01605**

IN WITNESS WHEREOF, Secured Party has executed and delivered this Bill of Sale on the date first above written

        GMAC COMMERCIAL CREDIT LLC,
        as Secured Party in Possession
        By its Attorneys, Otterbourg, Steindler,
        Houston & Rosen, P.C.

        By _____
           Richard L Stehl
           Member of the Firm

READ AND AGREED.

**WAREHOUSE OUTLET LIQUIDATORS, INC.**

By _____

Title: _____

2

GLAN 01606

Exhibit A
to Secured Party Bill of Sale dated as of November 12, 2001
between Warehouse Outlet Liquidators, Inc., as Purchaser, and
GMAC Commercial Credit LLC, as Secured Party in Possession

Purchased Assets

All of the inventory owned by Seneca Sports, Inc and/or Brookfield International, Inc located at 75 Fortune Boulevard, Milford, Massachusetts 01757

3

GLAN 01607