# EXHIBIT I

11480
001

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------- x
GMAC COMMERCIAL FINANCE LLC,                    :   Index No. 602338/02
                                                :
                    Plaintiff,                  :
                                                :
    -against-                                   :
                                                :
DAVID L. LANDAY,                                :   **STIPULATION**
                                                :
                    Defendants.                 :
                                                :
---------------------------------------------------------------- x

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the motion brought on by Plaintiff by Order to Show Cause and returnable for this Court on September 14, 2005 is to be disposed of as follows, subject to the approval of the Court:

    1.    The motion insofar as its seeks dismissal to or sanctions is withdrawn;

    2.    The Hearing of this matter before an Official Referee now on the Referee's Calendar of September 20, 2005 shall be adjourned to the Referee's Calendar of October 27, 2005;

    3.    The parties shall engage in appropriate additional discovery as agreed to by the parties or determined by the Court, should the parties be unable to agree.

Dated: New York, New York
September 13, 2005

        GOODKIND LABATON RUDOFF &
          SUCHAROW LLP
        Attorneys for Defendant

By: _____
        Joseph H. Einstein
        100 Park Avenue
        New York, New York 10017
        (212) 907-0700

        COHEN TAUBER SPIEVACK &
          WAGNER, LLP
        Attorneys for Plaintiff

By: _____
        Simcha Herzog
        420 Lexington Avenue
        New York, New York 10170
        (212) 586-5800

        Attorneys for Plaintiff

SO ORDERED:

_____
Hon. Herman Cahn

632912 v1