# EXHIBIT 1

# LYNCH, BREWER, HOFFMAN & FINK, LLP
### ATTORNEYS AT LAW

OWEN B. LYNCH
EDWARD S. BREWER, JR.◊
ALAN R. HOFFMAN
PETER W. FINK*
PATRICK J. KINNEY, JR.
PHYLLIS ZELERMYER WALD
J. ALLEN HOLLAND, JR.
ANNE HOFFMAN
ELIZABETH A. ZELDIN+
JOHN P. DENNIS△
DALE C. KERESTER
JENNIFER C. PLATT
CHRISTINE B. WHITMAN•*
THOMAS J. CLEMENS
MYRNA M. ZAKARIAN
SUZANNE T. MANCUSO†
KARIN I. McEWEN†▼

101 FEDERAL STREET, 22ND FLOOR
BOSTON, MASSACHUSETTS 02110-1800

TELEPHONE (617) 951-0800
FAX (617) 951-0811
http://www.lynchbrewer.com

• ALSO ADMITTED IN CT
* ALSO ADMITTED IN FL
△ ALSO ADMITTED IN ME
◊ ALSO ADMITTED IN NH
▼ ALSO ADMITTED IN NJ
† ALSO ADMITTED IN NY
+ ALSO ADMITTED IN SC

September 29, 2005

<u>Via Facsimile</u>

Mark B. Dubnoff, Esq.
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110

Re:   <u>David L. Landay v. GMAC Commercial Credit, LLC, et al.</u>
      United States District Court; Civil Action No. 04-CV-11955-WGY

Dear Mr. Dubnoff:

I am writing to identify certain additional documents which are within the pending document requests and which we believe should be produced now in order to promote the orderly prosecution of this case.

I am limiting these requests to the period commencing October 22, 2001.

(1)   All back-up documentation for advances (Code 140) which appear on the Client Ledgers.

(2)   All back-up documentation for negative collections (Code 196) which appear on the Client Ledgers; and

(3)   All back-up documentation for receipts (Code 175) which appear on the Client Ledgers.

For your information with respect to the dates of Daily Cash Journals which I requested yesterday, there may be a three-day time lag between the date a cash receipt is posted on the Daily Cash Journal and on the Client Ledger.

Finally, I would respectfully request a brief extension of the date established for delivery of the expert's report i.e., from October 6, 2005 to October 10, 2005.

Mark B. Dubnoff, Esq.
Edwards & Angell, LLP
September 29, 2005
Page 2

    If your client is agreeable to this, the report will be hand-delivered on that date, and I will afford you equal consideration with respect to the date set for delivery of your expert's report.

    Please advise me as soon as you can on the latter point.

Very truly yours,

*Alan R. Hoffman*

Alan R. Hoffman

ARH/jlm/200490_1

cc:    Mr. David L. Landay