# EXHIBIT C
# AFFIDAVIT OF KEITH D. LOWEY

```
- - - C L I E N T - - -                    -NO-        CROSS REF.TO A/C        - - - T Y P E - - -                    RECEIVABLE    PAGE NO.   1
SENECA SPORTS INC T/O                      1008-00     1024-00                 COLLECTION                            AMOUNT AV.DUE DATE
                                                                              CURRENCY - USD
75 FORTUNE BLVD                            AS OF DATE
MILFORD, MA                                10-31-01                                                                  MONTH
                                                                                                                    10-01
       01757                               ACCOUNT EXECUTIVE                                                         09-01
                                                                                                                    08-01
                                           FITZGERALD, P                                                             07-01

                                                                              COLLS.NOT TRANSFERRED

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
POSTING  VALUE  ASSIGNMENT OR  TRANS  - - - COLLECTION ACCOUNT - - -      ADVANCE/MATURED FUNDS ACCOUNT  - - -
DATE     DATE   REFERENCE      CODE   TRANSACTIONS          BALANCE       TRANSACTIONS            BALANCE
                                      DR-     CR            DR-   CR      DR-        CR           DR-  CR
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

OPENING MONTH BALANCE                                      4,012.74                                           .00

MONTH END BALANCE                                          4,012.74                                           .00

       THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
              UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS;
              IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.
```



Landoy
4
AL   8-11-05

**GLAN 01516**

```
--- C L I E N T ---                          - NO -              --- T Y P E ---              RECEIVABLE          PAGE NO.   1
SENECA SPORTS INC                           1024-00             COLLECTION - USD              ASSIGNED
                                                                CURRENCY - USD
75 FORTUNE BLVD                             AS OF DATE
MILFORD MASS                                10-31-01                                          MONTH    AMOUNT    AV.DUE DATE
                                                                                             10-01    166.580   11-28-01
        01757                               ACCOUNT EXECUTIVE                                 09-01    503.780   11-05-01
                                            FITZGERALD,P                                      08-01    431.404   10-17-01
                                                                                             07-01    202.970   09-18-01

                                                                COLLS.NOT TRANSFERRED         17,468.96
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | 1,629,788.21 | | 7,376,884.31- |
| 10-01-01 | 100101 | SALES ET 294 | 100 | 12,119.03 | | | |
| 10-01-01 | | CHARGE BACK | 194 | 325.98 | | | |
| 10-01-01 | | COLLECTIONS | 196 | 22,264.59- | 1,619,968.63 | 22,264.59 | 7,354,619.72- |
| 10-02-01 | 100101 | SALES ET 295 | 100 | 4,551.96 | | | |
| 10-02-01 | | COLLECTIONS | 196 | 270,249.69- | | | |
| 10-03-01 | 100201 | SALES ET 296 | 100 | 737.72 | 1,354,270.90 | 270,249.69 | 7,084,370.03- |
| 10-03-01 | | CHARGE BACK | 194 | 8,848.61- | | | |
| 10-03-01 | | COLLECTIONS | 196 | 3,515.41- | | | |
| 10-04-01 | | COLLECTIONS | 194 | 203.03 | 1,342,644.60 | 3,515.41 | 7,080,854.62- |
| 10-04-01 | | COLLECTIONS | 196 | 12,208.98- | | | |
| 10-05-01 | | CHARGE BACK | 194 | 436.80- | 1,330,638.65 | 12,208.98 | 7,068,645.64- |
| 10-05-01 | | CHARGE BACK | 194 | 7,233.37- | 1,322,968.48 | 7,233.37 | 7,061,412.27- |
| 10-09-01 | 100101 | SALES ET 297 | 100 | 126,239.89 | | | |
| 10-09-01 | | WIRES | 140 | | | 2,400.00- | |
| 10-09-01 | | COLLECTIONS | 196 | 39,351.31- | 1,409,857.06 | 39,351.31 | 7,024,460.96- |
| 10-10-01 | 100101 | SALES ET 298 | 100 | 35,963.39 | | | |
| 10-10-01 | | CHARGE BACK | 194 | 145,683.38- | | | |
| 10-10-01 | | COLLECTIONS | 196 | 14,538.95- | 1,285,598.12 | 14,538.95 | 7,009,922.01- |
| 10-11-01 | 101001 | SALES ET 299 | 100 | 9,533.91 | | | |
| 10-11-01 | | CHARGE BACK | 194 | 66.40- | | | |
| 10-11-01 | | COLLECTIONS | 196 | 681.89- | | 681.89 | |
| 10-11-01 | | COLLECTIONS | 196 | 5,682.50- | 1,288,701.24 | 5,682.50 | 7,003,557.62- |
| 10-12-01 | | CHARGE BACK | 194 | 1,312.87- | | | |
| 10-12-01 | | COLLECTIONS | 196 | 13,152.00- | 1,274,236.37 | 13,152.00 | 6,990,405.62- |
| 10-15-01 | 101101 | SALES ET 300 | 100 | 25,735.99 | | | |
| 10-15-01 | | CHARGE BACK | 194 | 13,152.00 | | | |
| BALANCE FORWARD | | | | | 1,313,124.36 | | 6,990,405.62- |

CONTINUED ON NEXT PAGE

GLAN 01517

```
- - - C L I E N T - - -                -NO-                                      - - - T Y P E - - -
SENECA SPORTS INC                      1024-00                                   COLLECTION
75 FORTUNE BLVD                                                                  CURRENCY - USD
MILFORD MASS                           AS OF DATE
                                       10-31-01
            01757                                                                          RECEIVABLE       PAGE NO.  2
                                       ACCOUNT EXECUTIVE                                    AMOUNT AV.DUE DATE
                                                                            MONTH           166.580    11-28-01
                                       FITZGERALD, P                        10-01           503.780    11-05-01
                                                                            09-01           431.404    10-17-01
                                                                            08-01           202.970    09-18-01
                                                                            07-01
                                                   COLLS.NOT TRANSFERRED            17,468.96
```

| POSTING / VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION TRANSACTIONS DR- / CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS TRANSACTIONS DR- | MATURED FUNDS ACCOUNT BALANCE CR | RECEIVABLE BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | | | |
| 10-15-01 | | COLLECTIONS 196 | 83,732.17- | 1,313,124.36 | | | 6,990,405.62- |
| 10-16-01 | 101501 | SALES ET 301 196 | 16,607.56 | 1,229,392.19 | | 83,732.17 | 6,906,673.45- |
| 10-16-01 | | CHANGE BACK 194 | 25,200.00- | | | | |
| 10-16-01 | | COLLECTIONS 196 | 1,907.43- | | | | |
| 10-17-01 | 101501 | WIRE 175 | | 1,218,892.32 | | 1,907.43 | 6,904,766.02- |
| 10-17-01 | 100101 | MISC CHG/CR 190 | | | | 4,100,000.00 | |
| 10-17-01 | | CHANGE BACK 194 | 63,675.71- | | | 1,004,023.50 | |
| 10-17-01 | | COLLECTIONS 196 | | | | | |
| 10-18-01 | 101601 | SALES ET 302 196 | 85,804.04- | 1,069,412.57 | | 85,804.04 | 1,714,938.48- |
| 10-18-01 | 101701 | WIRE 175 | 2,155.07 | | | | |
| 10-18-01 | | CHANGE BACK 194 | 39,679.00- | | | | |
| 10-18-01 | | COLLECTIONS 196 | 504.29- | 1,031,384.35 | | 250,000.00 | |
| 10-19-01 | 101801 | SALES ET 303 100 | 21,440.81 | | | 504.29 | 1,464,434.19- |
| 10-19-01 | | COLLECTIONS 196 | 7,183.34- | 1,045,641.82 | | | |
| 10-22-01 | 102201 | SALES ET 305 100 | 11,520.00 | | | 7,183.34 | 1,457,250.85- |
| 10-22-01 | 101901 | SALES ET 304 100 | 26,214.76 | | | | |
| 10-22-01 | 100101 | MISC CHG/CR 190 | | | 553.07- | | |
| 10-22-01 | | COLLECTIONS 196 | 30,292.73- | 1,053,083.85 | | | |
| 10-23-01 | | COLLECTIONS 196 | 1,552.62- | 1,051,531.23 | | | |
| 10-24-01 | 102401 | COLLECTIONS 196 | 1,580.09- | | | 30,292.73 | 1,427,511.19- |
| 10-24-01 | | WIRE 175 | | | | 1,552.62 | 1,425,958.57- |
| 10-24-01 | | CHANGE BACK 194 | | | | 16,952.80 | |
| 10-24-01 | | COLLECTIONS 196 | 242.69- | 1,049,708.45 | | | |
| 10-25-01 | 100101 | OVERADV CHGE 190 | | | 13,911.51- | | 1,408,763.08- |
| 10-25-01 | | COLLECTIONS 196 | 178.16- | 1,049,530.29 | | 242.69 | 1,422,496.43- |
| 10-26-01 | | CHANGE BACK 194 | 10.40- | | | 178.16 | |
| 10-26-01 | | COLLECTIONS 196 | 14,132.19- | 1,035,387.70 | | 14,132.19 | 1,408,364.24- |
| BALANCE FORWARD | | | | 1,035,387.70 | | | 1,408,364.24- |

CONTINUED ON NEXT PAGE

GLAN 01518

```
--- C L I E N T ---              -NO-                    --- T Y P E ---          PAGE NO.  3
SEBRCA SPORTS INC               1024-00                 COLLECTION               RECEIVABLE ASSIGNED
                                                        CURRENCY - USD           AMOUNT   AV.DUE DATE
75 FORTUNE BLVD                 AS OF DATE                                        166.580  11-28-01    MONTH
MILFORD MASS                    10-31-01                                         503.780  11-05-01    10-01
                                                                                 431.404  10-17-01    09-01
            01757               ACCOUNT EXECUTIVE                                 202.970  09-18-01    08-01
                                                                                                      07-01
                                FITZGERALD,P                          COLLS.NOT TRANSFERRED    17,468.96
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- | CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | | 1,035,387.70 | | | 1,408,364.24- |
| 10-29-01 | | WIRE | 140 | | | | 40,346.69- | | |
| 10-29-01 | | 100101 MIN COMM CHGR | 190 | | | | 25,102.00- | | |
| 10-29-01 | | CHARGE BACK | 194 | | 609.00 | | | | |
| 10-29-01 | | COLLECTIONS | 196 | | 5,573.79- | 1,030,422.91 | | 5,573.79 | 1,468,239.14- |
| 10-30-01 | | CASH ADVANCE | 140 | | | | 16,115.00- | | |
| 10-30-01 | 103001 | WIRE | 175 | | | | | | |
| 10-30-01 | 100101 | MISC CRG/CR | 190 | | | | 22.62- | 45,548.77 | |
| 10-31-01 | 103001 | WIRE | 175 | | | 1,030,422.91 | | 25,975.00 | 1,438,827.99- |
| 10-31-01 | | WIRE CHARGES | 185 | | | | 30.00- | | |
| 10-31-01 | | WIRE RECEIPTS | 185 | | | | 50.00- | | |
| 10-31-01 | | D.A.B.  100800 | 185 | | 434.80- | | 274.97- | | |
| 10-31-01 | | CHARGE BACK | 194 | | | | | | |
| 10-31-01 | | INTEREST | 195 | | | | 6.08- | | |
| 10-31-01 | | COMMISSN | 195 | | | | 1,662.33- | | |
| 10-31-01 | | COLLECTIONS | 196 | | 4,969.23- | 1,025,018.88 | | 4,969.23 | 1,409,907.14- |
| 10-31-01 | | INT ON AVG BAL | 001 | | | 1,025,018.88 | 27,063.11- | | 1,436,970.25- |
| MONTH END BALANCE | | | | 604,769.33- | | 1,025,018.88 | 127,537.38- | 6,067,451.44 | 1,436,970.25- |

```
                         AVG.BALANCE         RATE
                         3,578,698.09- @     8.782 %

INTEREST ON AVERAGE ADVANCES              AMOUNT
                                          27,063.11-
```

GLAN 01519

```
--- C L I E N T ---              -NO-              --- T Y P E ---                        RECEIVABLE    PAGE NO.  4
SENECA SPORTS INC                1024-00           COLLECTION                                            ASSIGNED
                                                   CURRENCY - USD                                  AMOUNT  AV.DUE DATE
75 FORTUNE BLVD                  AS OF DATE                                            MONTH      166,580   11-28-01
MILFORD MASS                     10-31-01                                              10-01      503,780   11-05-01
                                                                                      09-01      431,404   10-17-01
                                 ACCOUNT EXECUTIVE                                    08-01      202,970   09-18-01
01757                                                                                 07-01
                                 FITZGERALD, P
                                                              COLLS.NOT TRANSFERRED            17,468.96
```

### MONTHLY SUMMARY

| | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | 1,629,788.21 | | | 7,376,884.31- |
| TOTAL SALES | 100 | | | | | |
| TOTAL WIRES | 140 | 292,820.09 | 1,922,608.30 | | | |
| TOTAL CASH RECEIVED | 175 | | | 58,861.69- | 4,438,476.57 | 7,435,746.00- |
| TOTAL BANK CHANGES | 185 | | | | | 2,997,269.43- |
| TOTAL MISC. CHANGE/CREDIT | 190 | | | 354.97- | | 2,997,624.40- |
| TOTAL CHANGE BACKS | 194 | 272,638.05- | 1,649,970.25 | 39,589.20- | 1,004,023.50 | 2,033,190.10- |
| TOTAL MONTH-END CHANGES | 195 | | | 1,668.41- | | 2,034,858.51- |
| TOTAL COLLECTIONS | 196 | 624,951.37- | 1,025,018.88 | 624,951.37 | | 1,409,907.14- |
| TOTAL INTEREST ON BALANCE | 001 | | 1,025,018.88 | 27,063.11- | | 1,436,970.25- |
| MONTH END BALANCE | | | | | | 1,436,970.25- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01520

```
- - - C L I E N T - - -        -NO-        CROSS REF.TO A/C      - - - T Y P E - - -              RECEIVABLE   PAGE NO.  1
SENECA SPORTS INC T/O          1008-00     1024-00               COLLECTION                                    ASSIGNED
                                                                 CURRENCY - USD                   AMOUNT AV.DUE DATE
75 FORTUNE BLVD                AS OF DATE
MILFORD, MA                    11-30-01                                                           MONTH
                                                                                                 11-01
        01757                  ACCOUNT EXECUTIVE                                                  10-01
                                                                                                 09-01
                               FITZGERALD,P                                                      08-01

                                                                 COLLS.NOT TRANSFERRED
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR-   CR | BALANCE DR-  CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR-      CR | BALANCE DR-  CR |
|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | 4,012.74 | | .00 |
| MONTH END BALANCE | | | | | 4,012.74 | | .00 |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS; IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01521

```
- - - C L I E N T - - -        -NO-              - - - T Y P E - - -        RECEIVABLE      PAGE NO.  1
SERICA SPORTS INC              1024-00           COLLECTION                              ASSIGNED
75 FORTUNE BLVD                AS OF DATE        CURRENCY - USD            AMOUNT    AV.DUE DATE
MILFORD MASS                   11-30-01                                   126,240   11-07-01
                                                                          166,580   11-28-01
     01757                     ACCOUNT EXECUTIVE                          503,780   11-05-01
                                                                          431,404   10-17-01
                               FITZGERALD, P
                                                       COLLS.NOT TRANSFERRED    13,833.09
```

| Posting Date | Value Date | Assignment or Reference | Trans Code | Collection Account Transactions DR- CR | Balance DR- CR | Advance/Matured Funds Account Transactions DR- | Month CR | Balance DR- CR |
|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | | | |
| 11-01-01 | | COLLECTIONS | 196 | | 1,025,018.88 | | | 1,436,970.25- |
| 11-02-01 | | MISC CHG/CR | 190 | 8,280.54- | 1,016,738.34 | | 8,280.54 | 1,428,689.71- |
| 11-02-01 | | COLLECTIONS | 196 | | | | | |
| 11-05-01 | | MISC CHG/CR | 196 | 807.40- | 1,015,930.94 | 10,158.43- | 807.40 | 1,438,040.74- |
| 11-05-01 | | COLLECTIONS | 196 | | | | | |
| 11-06-01 | | WIRE | 140 | | | 250.00- | | |
| 11-06-01 | | RECEIPT | 175 | 8,381.02- | 1,007,549.92 | | 8,381.02 | 1,429,909.72- |
| 11-06-01 | 110901 | WIRE | 175 | | | | | |
| 11-06-01 | | COLLECTIONS | 196 | | | 45,000.00- | 44,816.40 | |
| 11-06-01 | | MISC CHG/CR | 190 | | | | 5,929.12 | |
| 11-07-01 | | MISC CHG/CR | 190 | 126,524.93- | 881,024.99 | | 126,524.93 | 1,297,639.27- |
| 11-07-01 | | COLLECTIONS | 196 | | | 178.00- | | |
| 11-08-01 | | COLLECTIONS | 196 | | | 157.50- | | |
| 11-09-01 | | COLLECTIONS | 196 | 6,489.01- | 874,535.98 | | 6,489.01 | 1,291,485.76- |
| 11-09-01 | | MISC CHG/CR | 196 | 5,826.84- | 868,709.14 | 627.00- | 5,826.84 | 1,285,658.92- |
| 11-09-01 | | MISC CHG/CR | 190 | | | 216.00- | | |
| 11-09-01 | | COLLECTIONS | 196 | | | | | |
| 11-13-01 | 110901 | WIRE | 175 | 45,115.69- | 823,593.45 | | 45,115.69 | 1,241,386.23- |
| 11-13-01 | 110101 | OVERADV CHGE | 190 | | | 6,933.72- | 18,475.00 | |
| 11-13-01 | | COLLECTIONS | 196 | 125,134.97- | 698,458.48 | | 125,134.97 | 1,104,709.98- |
| 11-14-01 | | COLLECTIONS | 196 | 34,653.75- | 663,804.73 | | 34,653.75 | 1,070,056.23- |
| 11-15-01 | | COLLECTIONS | 196 | 15.47- | | | 15.47 | |
| 11-15-01 | | COLLECTIONS | 196 | 21,462.21- | 642,327.05 | | 21,462.21 | 1,048,578.55- |
| 11-16-01 | | COLLECTIONS | 196 | 336.39- | 641,990.66 | | 336.39 | 1,048,242.16- |
| 11-19-01 | | CHARGE BACK | 194 | 138.00 | | | | |
| 11-19-01 | | COLLECTIONS | 196 | 20,035.07- | 622,093.59 | | 20,035.07 | 1,028,207.09- |
| 11-20-01 | | CASH ADVANCE | 140 | | | 10,763.00- | | |
| BALANCE FORWARD | | | | | 622,093.59 | | | 1,038,970.09- |

CONTINUED ON NEXT PAGE

GLAN 01522

```
- - - C L I E N T - - -                -NO-                  - - - T Y P E - - -                        RECEIVABLE        PAGE NO.   2
SENECA SPORTS INC                      1024-00                COLLECTION - USD                                            ASSIGNED
75 FORTUNE BLVD                        AS OF DATE             CURRENCY - USD                             MONTH     AMOUNT AV.DUE DATE
MILFORD MASS                           11-30-01                                                         11-01     126,240   11-07-01
                                                                                                        11-01     166,580   11-28-01
                 01757                 ACCOUNT EXECUTIVE                                                09-01     503,780   11-05-01
                                                                                                        08-01     431,404   10-17-01
                                       FITZGERALD, P                                       COLLS.NOT TRANSFERRED          13,833.09
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | RECEIVABLE BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | 622,093.59 | | 1,038,970.09- |
| 11-20-01 | | COLLECTIONS | 196 | 34.24- | 622,059.35 | 34.24 | 1,038,935.85- |
| 11-21-01 | | COLLECTIONS | 196 | 3,157.86- | 618,901.49 | 3,157.86 | 1,035,777.99- |
| 11-26-01 | | COLLECTIONS | 196 | 2,979.07- | 615,922.42 | 2,979.07 | 1,032,798.92- |
| 11-27-01 | 100101 | SALES     ET 297 | 100 | 126,239.89 | | | |
| 11-27-01 | 110101 | MISC CHG/CR | 190 | | | 1,392.53- | |
| 11-27-01 | 110101 | MISC CHG/CR | 190 | | | 120.00- | |
| 11-27-01 | 100101 | SLS CORR ET 297 | 199 | 126,239.89- | 615,922.42 | | 1,034,311.45- |
| 11-28-01 | | CHARGE BACK | 194 | 54,441.60- | | | |
| 11-28-01 | | COLLECTIONS | 196 | 20,818.92- | 540,661.90 | 20,818.92 | 1,013,492.53- |
| 11-30-01 | 113001 | RECEIPT | 175 | | | 200.00 | |
| 11-30-01 | 113001 | RECEIPT | 175 | | | 700.00 | |
| 11-30-01 | 113001 | RECEIPT | 175 | | | 700.00 | |
| 11-30-01 | | WIRE CHARGES | 185 | | | 15.00- | |
| 11-30-01 | | WIRE RECEIPTS | 185 | | | 20.00- | |
| 11-30-01 | | D.A.B.   100800 | 185 | | | 274.98- | |
| 11-30-01 | 110101 | MISC CHG/CR | 190 | | | 11.93- | |
| 11-30-01 | | INTEREST | 195 | | | 2.91- | |
| 11-30-01 | | COMMISSN | 195 | | | 835.44- | |
| 11-30-01 | | COLLECTIONS | 196 | 12,092.07- | 528,569.83 | 12,092.07 | 1,000,960.72- |
| 11-30-01 | | INT ON AVG BAL | 001 | | 528,569.83 | 8,095.98- | 1,009,056.70- |
| MONTH END BALANCE | | | | 496,449.05- | 528,569.83 | 85,052.42- | 1,009,056.70- |

```
                                       AVG.BALANCE           RATE                 AMOUNT
INTEREST ON AVERAGE ADVANCES         1,163,493.27- @         8.350 %             8,095.98-
```

GLAN 01523

```
- - - C L I E N T - - -        -NO-             - - - T Y P E - - -          RECEIVABLE  PAGE NO.  3
SENECA SPORTS INC              1024-00          COLLECTION
                                               CURRENCY - USD               MONTH   AMOUNT  AV.DUE DATE
75 FORTUNE BLVD                AS OF DATE                                    11-01  126,240  11-07-01
MILFORD MASS                   11-30-01                                      10-01  166,580  11-28-01
                                                                            09-01  503,780  11-05-01
      01757                    ACCOUNT EXECUTIVE                            08-01  431,404  10-17-01

                               FITZGERALD, P             COLLS.NOT TRANSFERRED        13,833.09
```

MONTHLY SUMMARY

| TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | CR | BALANCE DR- CR |
|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | 1,025,018.88 | | | 1,436,970.25- |
| TOTAL WIRES 140 | | | 55,763.00- | | 1,492,733.25- |
| TOTAL CASH RECEIVED 175 | | | | 70,820.52 | 1,421,912.73- |
| TOTAL BANK CHARGES 185 | | | 309.98- | | 1,422,222.71- |
| TOTAL MISC. CHARGE/CREDIT 190 | | | 20,045.11- | | 1,442,267.82- |
| TOTAL CHANGE BACKS 194 | 54,303.60- | 970,715.28 | | | |
| TOTAL MONTH-END CHANGES 195 | | | 838.35- | | 1,443,106.17- |
| TOTAL COLLECTIONS 196 | 442,145.45- | 528,569.83 | | 442,145.45 | 1,000,960.72- |
| TOTAL INTEREST ON BALANCE 001 | | | 8,095.98- | | 1,009,056.70- |
| MONTH END BALANCE | | 528,569.83 | | | 1,009,056.70- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS; IF YOU HAVE ANY QUESTIONS PLEAS? CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01524

```
- - C L I E N T - -        -NO-      CROSS REF.TO A/C      - - - T Y P E - - -           RECEIVABLE  PAGE NO.  1
SENECA SPORTS INC T/O     1008-00        1024-00           COLLECTION                               ASSIGNED
C/O JOHN CROWLEY                                           CURRENCY - USD                AMOUNT AV.DUE DATE
GHACC COMMERCIAL CREDIT   AS OF DATE
151 MERRIMAC ST 6TH FL    12-31-01                                                       MONTH
BOSTON,MA.                                                                               12-01
          02114          ACCOUNT EXECUTIVE                OFFSET-  74666                 11-01
                                                                                         10-01
                         FITZGERALD,P                                                    09-01

                                                          COLLS.NOT TRANSFERRED
```

| POSTING<br>DATE | VALUE<br>DATE | ASSIGNMENT OR<br>REFERENCE | TRANS<br>CODE | - - - COLLECTION ACCOUNT - - -<br>TRANSACTIONS<br>DR-    CR | BALANCE<br>DR-    CR | ADVANCE/MATURED FUNDS ACCOUNT - -<br>TRANSACTIONS<br>DR-         CR | BALANCE<br>DR-   CR |
|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | 4,012.74 | | .00 |
| MONTH END BALANCE | | | | | 4,012.74 | | .00 |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS;
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01525

--- C L I E N T ---    -NO-    --- T Y P E ---    RECEIVABLE    PAGE NO. 1

SENECA SPORTS INC    1024-00    COLLECTION    ASSIGNED
C/O JOHN CROMLEY    CURRENCY - USD    AMOUNT   AV.DUE DATE
GMACC COMMERCIAL CREDIT    AS OF DATE    126.240   11-07-01
151 MERRIMAC ST 6TH FL    12-31-01    OFFSET- 74666    166.580   11-28-01
BOSTON,MA. 02114    503.780   11-05-01

ACCOUNT EXECUTIVE    910.00

FITZGERALD, P    COLLS.NOT TRANSFERRED

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | MONTH CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | | | |
| 12-03-01 | | WIRE | 140 | | 528,569.83 | 7,140.00- | | 1,009,056.70- |
| 12-03-01 | 120601 | RECEIPT | 175 | | | | 38.29 | |
| 12-03-01 | 120601 | RECEIPT | 175 | | | | 171.00 | |
| 12-03-01 | 120601 | RECEIPT | 175 | | | | 736.00 | |
| 12-03-01 | 120601 | RECEIPT | 175 | | | | 2,500.00 | |
| 12-03-01 | 120601 | RECEIPT | 175 | | | | 2,500.00 | |
| 12-03-01 | 120601 | RECEIPT | 175 | | | | 2,800.00 | |
| 12-03-01 | 120601 | RECEIPT | 175 | | | | 77,000.00 | |
| 12-03-01 | | COLLECTIONS | 196 | 5,119.22- | 523,450.61 | | 5,119.22 | |
| 12-04-01 | | COLLECTIONS | 196 | 3,550.09- | | | 3,550.09 | |
| 12-05-01 | 120301 | COLLECTIONS | 196 | 126,239.89 | 646,140.41 | 126,239.89- | | 925,332.19- |
| 12-07-01 | | MISC CHG/CR | 190 | 5,163.78- | 640,976.63 | | 5,163.78 | |
| 12-07-01 | | COLLECTIONS | 196 | | | 208.00- | | 1,048,021.99- |
| 12-10-01 | | MISC CHG/CR | 190 | 10,889.26- | 630,087.37 | | 10,889.26 | 1,042,858.21- |
| 12-10-01 | | MISC CHG/CR | 190 | | | 124.15- | | 1,032,176.95- |
| 12-12-01 | | CASH ADVANCE | 140 | | | 82.60- | | 1,032,383.70- |
| 12-13-01 | | COLLECTIONS | 196 | | 630,087.37 | 35,042.00- | | 1,067,425.70- |
| 12-14-01 | | COLLECTIONS | 196 | 12,202.72- | 617,884.65 | | 12,202.72 | 1,055,222.98- |
| 12-17-01 | 120101 | MISC CHG/CR | 190 | 9,078.82- | 608,805.83 | 1,855.58- | 9,078.82 | 1,046,144.16- |
| 12-17-01 | | COLLECTIONS | 196 | 117.07- | 608,688.76 | | 117.07 | |
| 12-18-01 | | CHANGE BACK | 194 | 45.21- | | | | |
| 12-18-01 | | COLLECTIONS | 196 | 2,212.40- | 606,431.15 | | 2,212.40 | 1,047,882.67- |
| 12-20-01 | | MISC CHG/CR | 190 | | | 5,030.00- | | 1,045,670.27- |
| 12-20-01 | | MISC CHG/CR | 190 | | | | | |
| 12-20-01 | | CHANGE BACK | 194 | 90,000.00 | 696,431.15 | 4,684.98- | | 1,055,385.25- |
| BALANCE FORWARD | | | | | 696,431.15 | | | 1,055,385.25- |

MONTH
12-01
11-01
10-01
09-01

CONTINUED ON NEXT PAGE

GLAN 01526

```
- - - C L I E N T - - -              -NO-                  - - - T Y P E - - -            RECEIVABLE   PAGE NO.  2
SENECA SPORTS INC                    1024-00               COLLECTION ACCOUNT                          ASSIGNED
C/O JOHN CROWLEY                                           CURRENCY - USD             AMOUNT    AV.DUE DATE
GMAC COMMERCIAL CREDIT               AS OF DATE
151 MERRIMAC ST 6TH FL               12-31-01                                        126,240    11-07-01
BOSTON,MA.  02114                                          OFFSET- 74666             166,580    11-28-01
                                     ACCOUNT EXECUTIVE                               503,780    11-05-01

                                     FITZGERALD, P                COLLS.NOT TRANSFERRED          910.00
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED TRANSACTIONS DR- | FUNDS ACCOUNT CR | MONTH | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | 696,431.15 | | | | |
| 12-21-01 | | COLLECTIONS | 196 | 4,012.49- | 696,431.15 | | 4,012.49 | 12-01 | 1,055,385.25- |
| 12-26-01 | | CHARGE BACK | 194 | 15,633.50- | 692,418.66 | | | 11-01 | 1,051,372.76- |
| 12-26-01 | | COLLECTIONS | 196 | 464.08- | 676,321.08 | | 464.08 | 10-01 | 1,050,908.68- |
| 12-27-01 | 120101 | OVERADV CHGE | 190 | | | 2,181.54- | | 09-01 | |
| 12-27-01 | | COLLECTIONS | 196 | 551.62- | 675,769.46 | | 551.62 | | 1,052,538.60- |
| 12-28-01 | | COLLECTIONS | 196 | 1,315.02- | 674,454.44 | | 1,315.02 | | 1,051,223.58- |
| 12-31-01 | | WIRE CHARGES | 185 | | | 15.00- | | | |
| 12-31-01 | | D.A.B.  100800 | 185 | | | 274.97- | | | |
| 12-31-01 | | COLLECTIONS | 196 | 1,689.60- | 672,810.46 | | 1,689.60 | | 1,049,869.57- |
| 12-31-01 | 122801 | COLLECTIONS | 196 | 45.62 | 672,810.46 | 45.62- | | | |
| 12-31-01 | | INT ON AVG BAL | 001 | 144,240.63 | | 7,353.81- | | | 1,057,223.38- |
| MONTH END BALANCE | | | | | 672,810.46 | 190,278.14- | 142,111.46 | | 1,057,223.38- |

```
                    AVG.BALANCE            RATE           AMOUNT
                    1,055,743.39- @        8.089 %        7,353.81-

INTEREST ON AVERAGE ADVANCES
```

GLAN 01527

```
- - - C L I E N T - - -            -NO-                - - - T Y P E - - -               RECEIVABLE   PAGE NO.  3
SENECA SPORTS INC                  1024-00             COLLECTION                                    ASSIGNED
C/O JOHN CROWLEY                   AS OF DATE          CURRENCY - USD                   MONTH      AMOUNT   AV.DUE DATE
GMACC COMMERCIAL CREDIT            12-31-01                                             12-01     126,240   11-07-01
151 MERRIMAC ST 6TH FL                                 OFFSET- 74666                    11-01     166,580   11-28-01
BOSTON,MA.  02114                                                                       10-01     503,780   11-05-01
                                   ACCOUNT EXECUTIVE                                    09-01
                                   FITZGERALD.P                COLLS.NOT TRANSFERRED              910.00
```

MONTHLY SUMMARY

| | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | 528,569.83 | | | 1,009,056.70- |
| TOTAL WIRES | 140 | | | 42,182.00- | | 1,051,238.70- |
| TOTAL CASH RECEIVED | 175 | | | | 85,745.29 | 965,493.41- |
| TOTAL BANK CHARGES | 185 | | | 289.97- | | 965,783.38- |
| TOTAL MISC. CHARGE/CREDIT | 190 | | | 14,166.85- | | 979,950.23- |
| TOTAL CHARGE BACKS | 194 | 74,321.29 | 602,891.12 | 126,285.51 | | 1,049,869.57- |
| TOTAL COLLECTIONS | 196 | 69,919.34 | 672,810.46 | | 56,366.17 | |
| TOTAL INTEREST ON BALANCE | 001 | | | 7,353.81- | | 1,057,223.38- |
| MONTH END BALANCE | | | 672,810.46 | | | 1,057,223.38- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01528

GLAN 00012

K13

--- CLIENT ---
SENECA SPORTS INC 770
C/O JOHN COOLEY
ELLIS/HARRISON
142 BERKELEY ST 2ND FL
BOSTON, MA. 02114

HD-    CROSS REF TO A/C    --- TYPE ---
1026-50    1026-50    COLLECTION CURRENCY - USD
AS OF DATE    OFFSET - 74666
01-31-02

ACCOUNT EXECUTIVE
FITZGERALD, S

COLLS NOT TRANSFERRED

RECEIVABLE
ASSIGNED    ASSIGN'T NO. DUE DATE

PAGE NO.    1

MONTH
01-02
12-01
11-01
10-01

ADVANCE/MATURED FUNDS ACCOUNT
TRANSACTIONS    BALANCE
DR-    CR    DR-    CR

COLLECTION ACCOUNT
TRANSACTIONS    BALANCE
DR-    CR    DR-    CR

BALANCE
DR-    CR

POSTING VALUE    ASSIGNMENT OR    TRANS
DATE    DATE    ASSESSMENT    CODE

OPENING MONTH BALANCE    4,012.74    4,012.74    CR

MONTH END BALANCE    .00    .00

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01529

GLAN 00013

L 13

**· · · C L I E N T · · ·**

SENECA SPORTS INC
C/O JOHN CROSS EP
GRAND COMMERCIAL CREDIT
151 MERRIMAC ST 6TH FL
BOSTON MA  02114

HPD
1024-00

AS OF DATE
01-31-02

ACCOUNT EXECUTIVE
FITZGERALD,F

**· · T Y P E · ·**
COLLECTION
CURRENCY - USD

OFFSET- 74666

RECEIVABLE ASSIGNED
AMOUNT AT VALUE DATE

PAGE NO.  1

COLLS. NOT TRANSFERRED

| POSTING VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR- | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | CR | BALANCE DR- CR | MONTH | RECEIVABLE ASSIGNED AMOUNT AT VALUE DATE |
|---|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | 672,810.46 | | | 1,057,223.38- | 01-02 | 126,240 |
| | | | | | | | | 02-01 | 166,580 |
| | | 124 | 676.46- | | | | | | |
| | | 196 | | 671,224.04 | | | | | |
| | | 124 | 15,938.11- | | | 910.00 | 1,056,313.38- | | |
| | | 196 | | 655,285.93 | | 15,938.11 | 1,040,375.27- | | |
| | | 124 | 11,863.10- | | | | | | |
| | | 196 | 34.13- | 623,388.70 | | 34.13 | 1,040,341.14- | | |
| | | 196 | | 623,388.70 | 37,777.79- | | 1,078,118.93- | | |
| | | 80 | 5,000.00- | | | | | | |
| | | 40 | 2,543.10- | 740,932.10 | 2,543.40- | | 1,080,662.33- | | |
| | | 196 | | | 3,400.00- | | | | |
| | | 72 | | | 175.00- | | | | |
| | | 74 | 3,553.03- | 737,379.07 | | | | | |
| | | 196 | | 737,379.07 | | 2,127.50 | 1,064,237.33- | | |
| | | 115 | | | | 1,387.63 | 1,071,742.20- | | |
| | | 124 | 20,002.27- | | 1,322.69- | | | | |
| | | 196 | 183.31- | 531,193.49 | | 183.31 | 1,073,481.58- | | |
| | | 95 | | | | | | | |
| | | 124 | 589.74- | 536,603.75 | | 569.74 | 1,080,737.34- | | |
| | | 196 | 5,813.85- | 530,489.90 | 2,045.50- | 5,813.64 | 1,075,173.45- | | |
| | | 72 | 106.28- | 530,383.62 | | 106.28 | 1,075,173.45- | | |
| | | 80 | | | 30,597.00- | | | | |
| | | 88 | 329.80- | | | | | | |
| | | 196 | | 530,284.04 | | | 1,105,614.43- | | |
| | | 196 | 32.49- | 530,251.55 | 214.97- | 32.49 | 1,105,856.91- | | |
| INT ON AVG BAL  001 | | | | 530,251.55 | | | 1,113,132.40- | | |
| MONTH END BALANCE | | | 143,558.91- | 530,251.55 | 7,575.15- | | | | |
| INTEREST ON AVERAGE ADVANCES | | | | AVG.BALANCE 1,093,467.43- $ | 86,311.81- | 30,102.82 | 1,113,432.40- | | |
| | | | | RATE 8.000 % | | | | | |
| | | | | | AMOUNT 7,575.43- | | | | |

L

| - - - CLIENT - L - | -NO- | - - - TYPE - - - | MONTH | RECEIVABLE ASSIGNED AMOUNT | PAGE NO. 2 AV.DUE DATE |
|---|---|---|---|---|---|
| SENECA SPORTS INC<br>C/O JOHN CROWLEY<br>GMACC COMMERCIAL CREDIT<br>151 MERRIMAC ST 6TH FL<br>BOSTON,MA. 02114 | 1024-00<br>AS OF DATE<br>01-31-02 | COLLECTION<br>CURRENCY - USD | 01-02<br>12-01<br>11-01<br>10-01 | <br><br>126,240<br>164,590 | <br><br>11-07-01<br>11-28-01 |
| | ACCOUNT EXECUTIVE<br>FITZGERALD,P | OFFSET- 74666 | | | |

COLLS NOT TRANSFERRED

MONTHLY SUMMARY

| | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | 672,810.46 | | | 1,057,223.38- |
| TOTAL WIRES | 140 | | | 3,575.00- | | 1,060,798.38- |
| TOTAL CASH RECEIVED | 175 | | | | 6,495.13 | 1,054,303.25- |
| TOTAL BANK CHARGES | 185 | | | 274.97- | | 1,054,578.22- |
| TOTAL MISC. CHARGE/CREDIT | 190 | | | 72,342.98- | | 1,126,921.20- |
| TOTAL CHARGE BACKS | 194 | 121,494.62- | 551,315.84 | | | |
| TOTAL COLLECTIONS | 196 | 21,064.29- | 530,251.55 | | | |
| TOTAL INTEREST ON BALANCE | .001 | | | 2,543.40- | 23,607.69 | 1,105,856.91- |
| | | | | 7,575.49- | | 1,113,432.40- |
| MONTH END BALANCE | | | 530,251.55 | | | 1,113,432.40- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

M 13

GLAN 01531

GMAC

GLAN 00015

H 03

CLIENT
SEDECA SERVIS INC T/O
C/O VOGH CRONBLZ
GRACE COMMERCIAL CREDIT
1ST FEDERAL ST 6TH FL
BOSTON MA.  02114

HPC   CROSS REF TO A/C
T008-00   7154-56

05-08-DATE
02-28-02
ACCOUNT EXECUTIVE
FITZGERALD >

---TYPE---
COLLECTION
CURRENCY - USD

OFFSET - 74466

RECEIVABLE   PAGE NO.
ASSIGNED
MONTH   ACCOUNT PAY-DUE DATE
02-02
01-07
11-01

COLLS NOT TRANSFERRED

PARTIAL VALUE   ASSIGNMENT OR TRANS   REFERENCE   COLLECTION ACCOUNT     ADVANCE/MATURED FUNDS ACCOUNT
DATE   DATE   REFERENCE   CODE   TRANSACTIONS   BALANCE   TRANSACTIONS   BALANCE
                        DR- CR   DR- CR   DR-   CR   DR- CR

OPENING MONTH BALANCE
02-21-02  T52482  RECEIPT   175                    4,012.74                                  .00
                                                                     752.00              2,755.50
02-28-02  INT OL AVG BAL  001                      4,012.74       1,996.50                2,752.43
                                                   4,012.74                   3.07-       2,752.43
MONTH END BALANCE

INTEREST ON AVERAGE ADVANCES          AVG.BALANCE    RATE           AMOUNT
INTEREST OR AVERAGE MATURED FUNDS     492.05- @      8.000 %        3.07-
                                      187.29  @       .000 %         .00

GLAN 01532

GLAN 00016



| | | RECEIVABLE ASSIGNED PAGE NO. 2 |
| | | AMOUNT AT DUE DATE. |

CLIENT:
DEREK SPORTS INC T/O
C/O John Crowley
EMAR CONTINENTAL CREDIT
12 FEDERAL ST 6TH FL
BOSTON MA. 02114

-OO-  GROSS REF. TO A/C
1003-00  1021-90
AS OF DATE
02-28-02

COLLECTION .... TYPE
CURRENCY - USD

ACCOUNT EXECUTIVE
FITZGERALD,

OFFSET- 74666

COLLS. NOT TRANSFERRED

MONTHLY SUMMARY

| TRANS CODE | COLLECTION ACCOUNT | | ADVANCES/RETURNED FUNDS ACCOUNT | | | |
|---|---|---|---|---|---|---|
| | TRANSACTIONS DR- CR | BALANCE DR- CR | TRANSACTIONS DR- | | BALANCE DR- CR | MONTH |
| | | | | CR | .00 | 02-02 |
| | | | | | | 01-02 |
| | | | | | 2,755.50 | 12-01 |
| | | | | | 2,752.43 | 11-01 |

| | | | | |
|---|---|---|---|---|
| / .PRIOR MONTH BALANCE | 175 | | | |
| TOTAL CASH RECEIVED | | 4,012.74 | 2,755.50 | |
| TOTAL INTEREST ON BALANCE | 001 | | 3.07- | |
| MONTH END BALANCE | | 4,012.74 | 2,752.43 | |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01533

GLAN 0017

- - - C L I E N T - - -
SEBEA SPORTS INC
CHARLES DON CROKLEY
151 TERRACE ROW ST 6TH FL
BOSTON, MA    02114

- - T Y P E - -
COLLECTION
CURRENCY - USD

OFFSET- 74666

RECEIVABLE    PAGE NO.    1
ACCOUNT ASSIGNED
AMOUNT AT DUE DATE    11-07-01

126.240    11-07-01

ACCOUNT EXECUTIVE
FITZGERALD.P

AS OF DATE
02-28-02

-JD-
1025-00

| POSTING DATE | VALUE DATE | REFERENCE OR TRANS DATE | TRANS CODE | | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCES/ASSURED FUNDS ACCOUNT TRANSACTIONS DR- | CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | 530,251.55 | | | |
| 02-01-02 | | | CHARGE BACK | 174 | 41,366.50- | 489,885.05 | | | 1,113,432.40- |
| 02-01-02 | | | CHASE CREDIT | 190 | | 489,885.05 | | | 1,113,432.40- |
| 02-05-02 | | | CHARGE BACK | 191 | | 489,885.05 | | | 1,113,432.40- |
| 02-05-02 | | | CHARGE BACK | 194 | 1,033.00- | | 12,988.67- | | 1,126,401.07- |
| 02-11-02 | | | CHARGE BACK | 196 | 1,348.80- | | 1,896.00- | | 128,297.07- |
| 02-11-02 | | | COLLECTIONS | 190 | 4,922.65- | 485,885.05 | | | 128,297.07- |
| 02-15-02 | | | COLLECTIONS | 190 | 4,825.68- | 471,863.05 | | | 128,297.07- |
| 02-15-02 | | | DISP COLLECTIONS | 194 | | 465,090.79 | 3,472.46 | | 124,874.61- |
| 02-15-02 | | | MISC CREDIT | 191 | | 461,764.91 | 3,325.88 | | 121,548.73- |
| 02-19-02 | | | CHARGE BACK | 174 | 277,702.10- | | 1,406.80- | | |
| 02-22-02 | | | CHARGE BACK | 195 | 157.12- | 183,205.42 | | | |
| 02-22-02 | | | MISC CRD/CR | 194 | 718.75- | 183,186.87 | 157.19 | | 1,123,090.31- |
| 02-25-02 | | | MISC DEB/CR | 190 | | | 1,410.46- | | 1,123,090.31- |
| 02-25-02 | 028102 | | OVERPAY CHGE | 195 | | | 1,136.68- | | |
| 02-26-02 | | | COLLECTIONS | 196 | 33.15- | 183,153.72 | 2,138.40- | | 1,126,327.66- |
| 02-26-02 | | | D.M.S. | 185 | 92.06- | 183,061.66 | | 33.15 | |
| 02-28-02 | | | INT ON AVG BAL    007 | 100900 | | | 275.99- | 92.06 | |
| | | | | | | 183,061.66 | 7,018.38- | | |
| MONTH END BALANCE | | | | | 347,189.89- | 183,061.66 | 7,018.38- | 7,030.74 | 1,135,626.42- |
| INTEREST ON AVERAGE ADVANCES | | | | | AVE BALANCE 1,127,952.54-@ | RATE 8.000 % | 29,224.76- | | |
| | | | | | | | AMOUNT 7,018.38- | | |

COLLS NOT TRANSFERRED

MONTH
02-02
01-02
12-01
11-01

GLAN 01534

COHEN TAUBER

03/30/2004 17:32 FAX 2123818775

@010/033

GLAN 00018

PAGE NO. 2
RECEIVABLE ASSIGNED
ACCOUNT MY DUE DATE

126.240   11-07-01

CLIENT
NO. 1624-00
SERECA SPORTS INC
C/O JOHN O'REILLY
BRACE COMMERCIAL CREDIT
151 MERRIMAC ST 6TH FL
BOSTON MA.    02114

AS OF DATE
02-28-02

ACCOUNT EXECUTIVE
FITZGERALD, P

TYPE
COLLECTION
CURRENCY - USD

OFFSET - 71666

CALLS NOT TRANSFERRED

MONTHLY SUMMARY

| | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR-   CR | | BALANCE DR-   CR | ADVANCE (MATURED) FUNDS ACCOUNT TRANSACTIONS DR-   CR | BALANCE DR-   CR |
|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | 520,251.55 | | 1,113,432.40- |
| TOTAL FEES | 140 | | | | 1,496.00- | 1,115,324.90- |
| TOTAL BANK CHARGES | 185 | | | | 274.99- | 1,115,603.97- |
| TOTAL MISC. CHARGES | 191 | | | | | |
| TOTAL CHARGE BACKS | 194 | 314,191.15- | | 190,092.40 | 20,035.35- | 1,135,638.38- |
| TOTAL COLLECTIONS | 196 | 7,030.74- | | 183,061.66 | | |
| TOTAL INTEREST ON BALANCE | 001 | | | | 7,018.38- | 1,135,626.42- |
| MONTH END BALANCE | | 7,030.74 | | 189,061.66 | 7,030.74 | 1,135,626.42- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

K 63

GLAN 01535

03/30/2004 17:32 FAX 2123818775     COHEN TAUBER     84
10/03/2002 18:11 FAX 2126;
@011/033
@008

GLAN 00019

SENECA SPORTS INC T/O
C/O JOHN CROWLEY
151 WASHINGTON ST 6TH FL
BOSTON MA.
02114

| POSTING DATE | VALUE DATE | STATEMENT OR REFERENCE | DR TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/ASSURED FUNDS ACCOUNT TRANSACTIONS DR- | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | | |
| 03-05-02 | QU0702 HISC CR97/CR | 190 | | | 4,012.74 | | 2,752.43- |
| MONTH END BALANCE | | | | | 4,012.74 | | 2,752.43- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE IN YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01536

GLAN 00020

GENERAL CLIENT
C/O JOHN CROSS INC
SHAED COMMERCIAL
151 THERMAL ST, CRT
BOSTON, MA    02114

AS OF DATE
03-31-02

ACCOUNT EXECUTIVE

FITZGERALD
TERMIN DATE : 12-31-01

COLLECTION - USD

OFFSET- 74666

COLLS NOT TRANSFERRED

RECEIVABLE DUE
AMOUNT AT DUE DATE

| MONTH | BALANCE DR - CR |
|---|---|
| 03-1-02 | 1,135,626.42- |
| 02-02 | |
| 01-02 | |
| 12-01 | |

AVERAGE/MATURED FUNDS ACCOUNT

| TRANSACTIONS DR- | CR |  | BALANCE DR- CR |
|---|---|---|---|
| | | 80.00- | 1,137,763.75- |
| | 2,732.73 | | |
| | 213.34 | | |
| | | 1,725.34- | 1,132,382.65- |
| | | 1,973.91- | 1,134,356.56- |
| | | | 1,136,441.90- |
| | | | 1,136,441.90- |
| | | 274.97- | 1,136,524.87- |
| | | 7,827.73- | 1,144,354.35- |
| | 2,945.77 | | 1,144,354.30- |

COLLECTION ACCOUNT

| TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|
| | 183,061.66 |
| 144,114.50 | 426,962.82 |
| 213.32- | 426,962.82 |
| | 426,962.82 |
| | 393,201.90 |
| 53.65- | 393,901.90 |
| 13,007.50- | 393,901.90 |
| | 393,901.90 |

AVG.BALANCE   RATE
1,126,575.74-   8.000 3

OPENING MONTH BALANCE

INTEREST ON AVERAGE ADVANCES

| DATE | VALUE DATE | REFERENCE | ... | AMOUNT |
|---|---|---|---|---|
| 03-05-02 | | | | |
| 03-13-02 | | | | |
| 03-15-02 | | | | 7,829.43- |

MONTH END BALANCE

GLAN 00021

PAGE NO. 2

RESERVABLE
AMOUNT AT DUE DATE

- - - - T Y P E - - - -
COLLECTION
CURRENT - USD

OFFSET - 74666

ACCOUNT EXECUTIVE

FITZGERALD P
TERMIN.DATE 12-31-91

MONTHLY SUMMARY

CALLS NOT TRANSFERRED

| TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCES/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | CR | BALANCE DR- CR |
|---|---|---|---|---|---|
| | | | | | |

OPENING MONTH BALANCE

| | | 113,061.66 | | | 1,136,626.41- |
| TOTAL BANK CHARGES | 185 | | | 344.9/- | |
| TOTAL MISC. CHARGES | 190 | 11,751.50 | 394,413.24 | 3,699.25- | 1,135,381.39- |
| TOTAL CHANGE CHARGES | 173 | 213.34- | | 2,782.43 | 1,134,598.21- |
| TOTAL DEBIT COLLECTIONS | 176 | | 393,901.76 | | 1,136,724.87- |

TOTAL INTEREST ON BALANCE    001                                213.34    1,144,514.10-

MONTH END BALANCE                    373,901.90    7,823.43-    1,144,554.90-

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN NOTICE OF OBJECTIONS THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

H 17

GLAN 01538

GLAN 00022

F12

CELLS NOT TRANSFERRED

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS OBJECTED TO IN WRITING WITHIN TEN DAYS. IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.



GLAN 00023

GLAN 00024

**\*\*\*\* CLIENT \*\*\*\***
SEBEN SERIES INC
C/O JOHN CHACHER
SEOUL COMMERCIAL CREDIT
1ST FEDERAL ST, 6TH FL
BOSTON MA  02114

COLLECTION TYPE  2
CORRECTION USD

ACCOUNT EXECUTIVE
FITZPATRICK
WAYNE SIMART

COILS NOT TRANSFERRED

| MONTH | BALANCE DR, CR |
|---|---|
| 04-02 | 1,144,958.50 |
| 03-02 | 143,494.75 / 204,548.73 / 204,020.85 |
| 02-02 | 4,203,555.54 |
| 01-02 | 1,211,973.88 |
|  | 1,211,973.88 |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

OPENING MONTH BALANCE

TOTAL CASH RECEIVED
TOTAL BANK CHARGES
TOTAL MISC CHARGES / CREDIT
TOTAL CHARGE GROSS
TOTAL COLLECTIONS

MONTH INTEREST ON BALANCE

MONTH END BALANCE

GLAN 01541

COHEN TAUBER

GLAN 00025

C 15

CLIENT
COHEN CHMELY
SHACKFORD REPORT
151 TREMONT STREET 6TH FL
BOSTON MA    02111

ACCOUNT EXECUTIVE

FITZPATRICK J
TERMIN DATE  12-31-01

AS OF DATE
08-31-02

CROSS REF TO A/O
1021-00

CALLS NOT TRANSFERRED

COLLECTION
CURRENCY - USD

OFFSET- 74666

TYPE
RECEIVABLE  ASSIGNED
ACCOUNT  A/V DUE DATE
MONTH
05-02
04-02
03-02
02-02

BALANCE
DR- CR
.00
.00

ADVANCES/RETAINED FUNDS ACCOUNT
TRANSACTIONS  BALANCE
DR- CR        DR- CR

COLLECTION ACCOUNT
TRANSACTIONS  BALANCE
DR- CR        DR- CR
              4,012.74

POSTING VALUE  ASSIGNMENT OR  TRANS
DATE   DATE    REFERENCE      CODE

OPENING MONTH BALANCE

MONTH END BALANCE          4,012.74

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS YOU OBJECT IN WRITING TO YOUR ACCOUNT EXECUTIVE WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01542

GLAN 00026



GLAN 01543

GLAN 00027

D 15

E 15

PAGE NO. 2

--- C L I E N T ---     --- T Y P E ---

SENECA SPORTS INC    -NO-     COLLECTION
C/O JOHN CROWLEY    1024-00     CURRENCY - USD
DEPT. FINANCIAL DEPT.    AS OF DATE
75 FELTON ST 9TH FL    05-31-02
BOSTON,MA.

02314     OFFSET- 24666

ACCOUNT EXECUTIVE
FITZPATRICK J
TERMIN DATE : 12-31-01

MONTHLY SUMMARY

COLLS.NOT TRANSFERRED

| TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | RECEIVABLE ASSIGNED AMOUNT AT DUE DATE | MONTH |
|---|---|---|---|---|---|---|
| | | 383,710.80 | | | 1,211,573.80- | 06-02 |
| 185 | | | 133.05- | | 1,212,706.85- | 06-02 |
| 170 | | | 2,791.67- | | 1,214,498.52- | 03-02 |
| 124 | 29,764.16- | 35,443.65 | | | | 12-02 |
| 194 | 4,129.21 | 358,269.27 | 5,033.93- | | 1,219,882.73- | 06-02 |
| | | | 8,370.56- | 1081-82 | 1,228,193.29- | |
| 00) | | | | | 1,228,193.29- | |

OPENING MONTH BALANCE

TOTAL BANK CHARGES
TOTAL MISC. CHARGE/CREDIT
TOTAL PURCHASE BACKS
TOTAL COLLECTIONS

TOTAL INTEREST ON BALANCE

MONTH END BALANCE

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS THE RECEIVER'S DUE NOTIFIED IN WRITING OF ANY OBJECTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01544



GLAN 00028

GLAN 01545



GLAN 00029

GLAN 01546

GLAN 00030

...CLIENT...
SCREEN SOURCE INC
C/O JOHN CROKLEY
TRADE PRUDENTIAL CREDIT
THREE BEDFORD ST 6TH FL
BOSTON MA 02114

...TYPE...
COLLECTION / CREDIT
CURRENCY - USD

FITZPATRICK J
TERM DATE 12-31-01

OFFSET 7466

ACCOUNT EXECUTIVE

| | | | COLLECTION ACCOUNT | | ADVANCE/MATURED FUNDS ACCOUNT | | | |
|---|---|---|---|---|---|---|---|---|
| TRANS CODE | | TRANSACTIONS DR- CR | BALANCE DR- CR | | TRANSACTIONS DR- CR | CR | MONTH | BALANCE DR- CR |
| | | | | | | | 05-02 | |
| | | | | | | | 05-02 | |
| | | | | | | | 05-02 | |
| | | | | | | | 03-02 | |

MONTHLY SUMMARY

COLLS NOT TRANSFERRED

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | 358,868.27 | | | | | 1,228,153.29- |
| TOTAL MISC. CHARGE/CREDIT | 194 | 23,199.80- | | | 2,524.21- | | | 1,230,717.50- |
| TOTAL CHARGE BACKS | 195 | | | | | | | |
| TOTAL COLLECTIONS | 196 | 46,030.03- | 335,678.47 288,648.44 | | 33,189.00- | | | 1,181,403.94- |
| TOTAL INTEREST ON BALANCE | 001 | | 284,648.41 | | 8,179.02- | | 82,293.56 | 1,189,781.94- |
| TOTAL END BALANCE | | | | | | | | 1,189,781.94- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS. IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01547

COHEN TAUBER    03/30/2004 17:34 FAX 2123818775    ☒ 023/033

GLAN 00002

J.17

|  |  | - - - T Y P E - - - | | PAGE NO. |
|  |  | COLLECTION | RECEIVABLE | ASSIGNED |
|  | CROSS REF TO A/C | CURRENCY - USD | AMOUNT AT DUE DATE |  |
|  | 1074-00 |  |  |  |

CLIENT
SENECA SPORTS INC T/O
SFO COBE CONNOLLY
TWO NEWBURY ST 6TH FL
BOSTON,MA.

02114

AS OF DATE 07-31-02

ACCOUNT EXECUTIVE
FITZPATRICK,J
TERMIN.DATE: 12-31-01

OFFSET - 74666

COLLS NOT TRANSFERRED

| POSTING | VALUE | ASSIGNMENT OR | TRANS | COLLECTION ACCOUNT | | ADVANCES/CAPTURED FUNDS ACCOUNT | | MONTH | BALANCE |
| DATE | DATE | REFERENCE | CODE | TR.DEDUCTIONS | BALANCE | TR.DEDUCTIONS | | | DR- CR |
|  |  |  |  | DR- CR | DR- CR | DR- CR | CR | 07-02 |  |
|  |  |  |  |  |  |  |  | 06-02 |  |
|  |  |  |  |  |  |  |  | 05-02 |  |
|  |  |  |  |  |  |  |  | 04-02 |  |

OPENING MONTH BALANCE    3,329.21    .00

MONTH END BALANCE    3,329.21    .00

THIS STATEMENT OF ACCOUNT SHALL BE FINALLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN THIRTY (30) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01548

GLAN 00003

K 17

CLIENT
SIEBEL SYSTEMS INC
C/O JOHN CREDLE
ERACO COMMERCIAL CREDIT
151 MERRIMAC ST 6TH FL
BOSTON MA   02114

-DD-
1025-00

AS OF DATE
07-31-02

ACCOUNT EXECUTIVE
FITZPATRICK J
TERMIN DATE  12-31-01

----- T Y P E -----
COLLECTION
CURRENCY - USD

OFFSET- 7466

PAGE NO.        1
RECEIVABLE ASSIGNED
AMOUNT PAY-DUE DATE

COLLS NOT TRANSFERRED

| MONTH | | AMOUNT |
|---|---|---|
| 07-02 | | 1,046.50 |
| 06-02 | | |
| 04-02 | | |
| 01-02 | | |

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | | BALANCE DR- CR | ADVANCES TRANSACTIONS DR- CR | TRANSFERRED FUNDS ACCOUNT CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | | | | 1,189,781.76- |
| 07-30-02 | 07-02-02 | 070102 Collections | 116 | 47,040.08- | | | | | 1,142,733.88- |
| 07-31-02 | 07-30-02 | 073002 Collections | 176 | | | | 2,400.06- | | 1,145,933.94- |
| | | | 176 | 2,747.26 | | | 2,747.25- | | 1,147,781.20- |
| 07-31-02 | | INT ON AVG BAL | 001 | | | | 7,531.06- | | 1,155,712.26- |
| MONTH END BALANCE | | | | 44,390.82- | | | 12,778.38- | 47,040.08 | 1,155,712.26- |
| INTEREST ON AVERAGE ADVANCES | | | | AVG BALANCE 1,151,281.21- | RATE 8.000 % | | AMOUNT 7,531.06- | 47,040.08 | |

GLAN 01549

10/03/2002 13:47 FAX 21288    64
COHEN TAUBER
03/30/2004 17:34 FAX 21238178775
025/033
003

GLAN 00004

L17



```
----CLIENT----                    ---NO---        ----TYPE----                    PAGE NO.  2
SENECA SPORTS INC.                1034-00         COLLECTION                      RECEIVABLE ASSIGNED
C/O JOHN CROWLEY                  AS OF DATE      CURRENCY - USD                  AMOUNT  INV.DUE DATE
BRUCE COMMERCIAL CREDIT           08-31-02
181 DEVONS ST 6TH FL
BOSTON,MA.  02114                 ACCOUNT EXECUTIVE
                                  FITZPATRICK J
                                  TERMIN DATE: 12-31-01                          MONTH
                                                                                 07-02
                                                                                 08-02
                                                                                 01-02
                                  OFFSET- 74666
                                                           COLLS.NOT TRANSFERRED          1,046.90

                    MONTHLY SUMMARY

                                  ---COLLECTION ACCOUNT---        ---ADVANCE/REQUIRED FUNDS ACCOUNT---
         TRANS                    TRANSACTIONS    BALANCE         TRANSACTIONS         BALANCE
         CODE                     DR- CR          DR- CR          DR- CR               DR- CR

OPENING MONTH BALANCE                             296,640.44                           1,189,781.96-

TOTAL MISC. CHARGE/CREDIT  190    44,300.82-       242,347.62     2,300.06-    47,048.08  1,192,082.02-
TOTAL COLLECTIONS          196                                    2,747.26-             1,147,781.20-

TOTAL INTEREST ON BALANCE  001                                   7,931.06-              1,155,712.26-

MONTH END BALANCE                 242,317.62                                            1,155,712.26-
```

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01550

GLAN 00005

# Client Ledger Account

## GMAC Commercial Credit LLC

```
--- C L I E N T ---
SENECA SPORTS INC T/O
C/O JOHN CROWLEY
GMAC COMMERCIAL CREDIT
181 MERRIMAC ST 6TH FL
BOSTON, MA  02114
```

```
-AD-        CROSS REF. TO A/C
1008-00     1024-00

AS OF DATE
08-31-02

ACCOUNT EXECUTIVE
FITZPATRICK, J

TERM.DATE: 12-31-01
```

```
--- T Y P E ---
COLLECTION
CURRENCY - USD

OFFSET- 74998
```

```
PAGE NO.  1
RECEIVABLE  ASSIGNED
AMOUNT  AV.DUE DATE

MONTH
08-02
07-02
08-02
08-02
```

CALLS NOT TRANSFERRED

| POSTING VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTION DR- | CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | 2,639.21 | | | |
| 08-21-02 | CHARGE BACK | 164 | 1.97- | 3,327.24 | | | .00 |
| MONTH END BALANCE | | | 1.97- | 3,327.24 | | | .00 |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

03/30/2004 17:34 FAX 2123818775    COHEN TAUBER
10/03/2002 13:48 FAX 21381...    GMAC

GLAN 00006

# Client Ledger Account

**GMAC Commercial Credit LLC**

--- C L I E N T ---
SENECA SPORTS INC
C/O JOHN CROWLEY
GMAC COMMERCIAL CREDIT
161 MERIDIAN ST 6TH FL
BOSTON,MA. 02114

-N5-
1024-00

AS OF DATE
08-31-02

ACCOUNT EXECUTIVE
FITZPATRICK,J

TERMIN.DATE: 12-31-01

--- T Y P E ---
COLLECTION
CURRENCY - USD

OFFSET- 74858

PAGE NO. 1
RECEIVABLE ASSIGNED
AMOUNT AV.DUE DATE

BILLS NOT TRANSFERRED

| POSTING VALUE DATE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- | CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | CR | MONTH | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|---|
| CHECKING MONTH BALANCE | | | | | | | | 06-02 | 184,712.23- |
| 08-07-02 | COLLECTIONS | 135 | 1,048.90- | | 243,947.82 | | | 07-02 | 184,885.23- |
| 08-21-02 | CHARGE BACK | 134 | 18,385.15- | | 241,900.73 | | 1,048.90 | 08-02 | 184,885.23- |
| 08-23-02 | 019102 OVERADV CHCK | 180 | | | 223,412.87 | 2,350.60- | | 08-02 | 185,285.49- |
| 08-28-02 | COLLECTIONS | 198 | 325.00- | | 223,487.87 | | | | 185,670.96- |
| 08-30-02 | 042302 COLLECTIONS | 198 | 29,091.18 | | 254,743.78 | 25,681.15- | 325.00 | | 185,232.14- |
| 08-31-02 | INT ON AVG BAL | 001 | | | 254,743.75 | 7,385.85- | | | 184,221.00- |
| MONTH END BALANCE | | | 13,401.13 | | 254,743.75 | 39,890.84- | 1,571.90 | | 184,221.00- |
| | | | AVG.BALANCE | | RATE | AMOUNT | | | |
| INTEREST ON AVERAGE ADVANCES | | | 1,181,672.04- @ | | 4.050 % | 7,622.85- | | | |

GLAN 01552

@ 028/033
@ 006

GLAN 00007

# Client Ledger Account

GMAC
COMMERCIAL
Credit LLC

- - - C L I E N T - - -
SENECA SPORTS INC
C/O JOHN CROWLEY
GMAC COMMERCIAL CREDIT
191 MERRIMAC ST 6TH FL
BOSTON,MA. 02114

-NO-
1024-00

AS OF DATE
08-31-02

ACCOUNT EXECUTIVE
FITZPATRICK, J

TERMIN.DATE: 12-31-01

- - - T Y P E - - -
COLLECTION
CURRENCY - USD

OFFSET- 74895

RECEIVABLE    PAGE NO.    2
AMOUNT AV.DUE DATE

| MONTH | |
|---|---|
| 09-02 | |
| 07-02 | |
| 08-02 | |
| 08-02 | |

COLLS.NOT TRANSFERRED

## MONTHLY SUMMARY

| TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | CR | BALANCE DR- CR |
|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | 262,367.82 | | | 1,158,732.28- |
| TOTAL MISC. CHARGE/CREDIT | 180 | | 2,230.60- | | 1,187,042.65- |
| TOTAL CHARGE BACKS | 164 | 76,912.15- | 226,489.47 | 28,661.19- | 1,185,222.14- |
| TOTAL COLLECTIONS | 186 | 21,348.52 | 254,745.78 | 7,388.85- | 1,184,221.00- |
| TOTAL INTEREST ON BALANCE | 001 | | | 1,371.90 | |
| MONTH-END BALANCE | | | 254,748.78 | | 1,184,221.00- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS;
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01553

☑ 007

☑ 029/033

GLAN 00008

# GMAC Commercial Credit LLC

# Client Ledger Account

--- C L I E N T ---
SENECA SPORTS INC T/O
C/O JOHN CROWLEY
GMAC COMMERCIAL CREDIT
191 MERIDIAN ST 7TH FL
BOSTON,MA.    02114

-NO-    CROSS REF.TO A/C
1008-00    1024-00

AS OF DATE
09-30-02

ACCOUNT EXECUTIVE
FITZPATRICK,J

--- T Y P E ---
COLLECTION
CURRENCY - USD

OFFSET-  74868

RECEIVABLE    PAGE NO.  1
ASSIGNED
AMOUNT AV/DUE DATE

MONTH
09-02
08-02
07-02
05-02

COLLS.NOT TRANSFERRED

TERMIN.DATE; 12-31-01

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | 3,827.24 | | .00 |
| 09-29-02 | | CHARGE BACK | 194 | 3,827.24- | | | |
| MONTH END BALANCE | | | | 3,827.24- | .00 | | .00 |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GMAC

COHEN TAUBER.

10/03/2002 13:40 FAX 21261    84

09/30/2004 17:35 FAX 2123818775

GLAN 00009

# GMAC Commercial Credit LLC

# Client Ledger Account

PAGE NO.   1

**- - - C L I E N T - - -**
SEDICA SPORTS INC
C/O JON CROWLEY
GMAC COMMERCIAL CREDIT
191 MERRIMAC ST 6TH FL
BOSTON,MA, 02114

-NO-
1024-00

AS OF DATE
09-30-02

- - - T Y P E - - -
COLLECTION
CURRENCY - USD

OFFSET- 74898

RECEIVABLE ASSIGNED
AMOUNT AV.JUI DATE

ACCOUNT EXECUTIVE
FITZPATRICK,J

TERMIN.DATE: 11-01-01

COLLS.NOT TRANSFERRED

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR-   CR | BALANCE DR-   CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR-   CR | BALANCE DR-   CR | MONTH |
|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | 284,745.75 | | 1,194,221.00- | 08-02 |
| 09-04-02 | | CHARGE BACK | 154 | 161,951.52- | 92,797.49 | | 1,194,221.00- | 06-02 |
| 09-11-02 | | CHARGE BACK | 154 | 3,771.92- | 95,645.91 | | 1,194,221.00- | 06-02 |
| 09-17-02 | | CHARGE BACK | 154 | 280.41- | 89,285.10 | | 1,194,221.00- | 07-02 |
| 09-27-02 09-0102 | | OVERDRV CHRG | 190 | | 89,385.10 | 2,245.85- | 1,196,467.85- | 08-02 |
| 09-30-02 07-2702 | | COLLECTIONS | 198 | 154.81 | 89,539.71 | 154.81- | 1,196,622.47- | |
| 09-30-02 | | INT ON AVG BAL | 001 | | 89,539.71 | 7,976.59- | 1,204,599.06- | |

MONTH END BALANCE                         89,539.71                                    10,378.05-                    1,204,599.06-

| | AMOUNT |
|---|---|
| INTEREST ON AVERAGE ADVANCES | 7,976.59- |

AVG.BALANCE              RATE
1,196,488.47- @              8.000 %

GLAN 01555

03/30/2004 17:35 FAX 2123818775 COHEN TAUBER. 032/033
10/03/2002 13:48 FAX 2128 154 GMAC 010

GMAC COMMERCIAL CREDIT LLC

# Client Ledger Account

GLAN 00010

--- CLIENT ---
SENECA SPORTS INC
C/O JOHN CROWLEY
GMACC COMMERCIAL CREDIT
151 MERRIMAC ST 6TH FL
BOSTON,MA. 02114

-NO-
1024-00

AS OF DATE
09-30-02

ACCOUNT EXECUTIVE
FITZPATRICK,J

TERMIN.DATE: 12-31-01

--- TYPE ---
COLLECTION
CURRENCY - USD

OFFSET- 74888

| MONTH | RECEIVABLE AMOUNT | ASSIGNED AV.DUE DATE |
|---|---|---|
| 09-02 | | |
| 08-02 | | |
| 07-02 | | |
| 06-02 | | |

PAGE NO. 2

COLLS.NOT TRANSFERRED

MONTHLY SUMMARY

| | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | 254,748.75 | | | 1,184,221.00- |
| TOTAL MISC. CHARGE/CREDIT | 190 | | | 2,248.88- | | 1,186,487.28- |
| TOTAL CHARGE BACKS | 194 | 188,889.65- | 86,385.10 | | | |
| TOTAL COLLECTIONS | 188 | 184.61 | 69,539.71 | 184.61- | | 1,186,822.47- |
| TOTAL INTEREST ON BALANCE | 001 | | | 7,976.59- | | 1,204,598.08- |
| MONTH END BALANCE | | | 38,539.71 | | | 1,204,598.08- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS;
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01556