# EXHIBIT 3

# GMAC COMMERCIAL CREDIT LLC

TO: Frank Imperato

FROM: Paul FitzGerald

DATE: April 6, 2001

Subject: Seneca Sprorts 100800

I have been discussing the $250M Letter of Credit we presently have that expires 5/1/01. The purpose of the L/C was to provide availability until their Overadvance Line of $500M becomes effective on 5/1/01.

David Landay, President of Seneca, is getting an extension of the Letter of Credit from Fleet Bank for 30 days. I will advise you when to expect it from Fleet.