# EXHIBIT 4

**EXHIBIT C**

Seneca Sports

Projected Availability for the Period: July 21 through October 26, 2001

(in Dollars)

GLAN 00706