# EXHIBIT 6

1          D. Landay-Defendant-Cross

2          SPECIAL REFEREE CRESPO: You mean knocking off
3  like counterfeiting?
4          MR. WAGNER: Counterfeiting or copying it or
5  selling the exact same product under a different name?
6      A   I can't say that I can answer that.
7      Q   The rear entry in-line skate patent, what was it
8  worth?
9      A   I can't put a value on it.
10     Q   Can you put a dollar value on any of the patents
11 that appear on this document?
12     A   I can say that if the patents and trademarks
13 purchased from Brookfield were valued at, if I recall
14 correctly, 1.6 million, that the combined end that I paid, I
15 believe my recollection is correct, a quarter of a million
16 for the Hutch trademarks, I would have to believe that the
17 total package when everything was current, was had to have
18 been worth in excess of $2 million.
19     Q   Who valued it at 1.6 million?
20     A   I believe that was a part of the negotiations for
21 the purchase.
22     Q   Okay. Did Brookfield tell you that the value of
23 this intellectual property was $1.6 million?
24     A   I don't recall the details of the negotiations.
25     Q   Did GMAC ever agree with you the value of the
26 patent was 1.6 million?