# EXHIBIT 7

11/03/2005 13:51 FAX 617 742 4538    FILING ROOM    ☒002

## UNIFORM COMMERCIAL CODE — FINANCING STATEMENT — FORM UCC-1

**MASSACHUSETTS**

**INSTRUCTIONS**
1. Remove Secured Party and Debtor copies and send other 3 copies to the filing officer. Enclose filing fee.
2. If the space provided for any item(s) on the form is inadequate the item(s) should be continued on additional sheets, preferably 5"x 8" or 8" x 10". Only one copy of such additional sheets need be presented to the filing officer with a set of three copies of the financing statement. Long schedules of collateral, indentures, etc., may be on any size paper that is convenient for the secured party.
3. If collateral is crops or goods which are or are to become fixtures, describe generally the real estate and give name of record owner.
4. When a copy of the security agreement is used as a financing statement, it is requested that it be accompanied by a completed but unsigned set of these forms, without extra fee.
5. At the time of original filing, filing officer should return third copy as an acknowledgement. At a later time, secured party may date and sign Termination Legend and use third copy as a Termination Statement.

cut here

This FINANCING STATEMENT is filed/presented to a filing officer for filing pursuant to the Uniform Commercial Code

| 1. Debtor(s) (Last Name First) and address(es) | 2. Secured Party(ies) and address(es) | 3. Maturity date (If any): |
|---|---|---|
| SENECA SPORTS, INC. and additional debtors listed on annexed rider 75 Fortune Blvd. Milford, MA 01757 | GMAC COMMERCIAL CREDIT LLC 1290 Avenue of the Americas New York, New York 10104 | For Filing Officer (Date, Time, Number, and Filing Office) |

4. This financing statement covers the following types (or items) or property:
ALL NOW OWNED AND HEREAFTER ACQUIRED ACCOUNTS RECEIVABLE, INVENTORY AND EQUIPMENT, AS DEFINED ON THE ANNEXED RIDER.

5. Assignee(s) of Secured Party and Address(es)

Check [X] if covered: [X] Proceeds of Collateral are also covered  [X] Products of Collateral are also covered. No. of additional sheets presented:

Filed with: SECRETARY OF COMMONWEALTH

SENECA SPORTS, INC.
By: _____ (signature)
Signature(s) of Debtor(s)

GMAC COMMERCIAL CREDIT LLC
By: _____ (signature)
Signature(s) of Secured Party(ies)

**FILING OFFICER COPY - ALPHABETICAL**
STANDARD FORM — UNIFORM COMMERCIAL CODE - FORM UCC-1
STATE OF MASSACHUSETTS

cut here

16136--

# RIDER FOR UCC-1 FINANCING STATEMENT

**DEBTOR:**   SENECA SPORTS, INC.

SENECA
HUTCH
FORSTER

tradestyles of:

SENECA SPORTS, INC.
75 Fortune Boulevard
Milford, MA 01757

**SECURED PARTY:**   GMAC COMMERCIAL CREDIT LLC
1290 Avenue of the Americas
New York, NY 10104

SOME OF THE COLLATERAL MAY BE LOCATED AT:

6 South Main Street
Uxbridge, Massachusetts 01569

ALL RECEIVABLES, INVENTORY AND EQUIPMENT NOW OWNED OR HEREAFTER ACQUIRED BY DEBTOR, AS DEFINED BELOW:

"ACCOUNTS RECEIVABLE" SHALL MEAN AND INCLUDE ALL OF THE FOLLOWING:

ALL PRESENT AND FUTURE ACCOUNTS, CONTRACT RIGHTS, CHATTEL PAPER, DOCUMENTS, INSTRUMENTS AND GENERAL INTANGIBLES AS SAID TERM IS DEFINED IN THE UNIFORM COMMERCIAL CODE INCLUDING, WITHOUT LIMITATION, TRADEMARKS, TRADENAMES, TRADESTYLES, TRADE SECRETS, EQUIPMENT FORMULATION, MANUFACTURING PROCEDURES, QUALITY CONTROL PROCEDURES, PRODUCT SPECIFICATIONS, PATENTS, PATENT APPLICATIONS, COPYRIGHTS, REGISTRATIONS, CONTRACT RIGHTS, CHOSES IN ACTION, CAUSES OF ACTION, CORPORATE OR OTHER BUSINESS RECORDS, INVENTIONS, DESIGNS, GOODWILL, CLAIMS UNDER GUARANTEES, LICENSES, FRANCHISES, TAX REFUNDS, TAX REFUND CLAIMS, COMPUTER PROGRAMS, COMPUTER DATABASES, COMPUTER PROGRAM FLOW DIAGRAMS, SOURCE CODES, OBJECT CODES AND ALL OTHER INTANGIBLE PROPERTY OF EVERY KIND AND NATURE; GOODS REPRESENTED BY ANY OR ALL OF THE FOREGOING AND MERCHANDISE RETURNS; BOOKS AND RECORDS PERTAINING TO THE FOREGOING AND EQUIPMENT CONTAINING SAME, WHEREVER LOCATED; AND ALL PROCEEDS OF ALL OF THE FOREGOING

"INVENTORY" SHALL MEAN AND INCLUDE ALL OF THE FOLLOWING:

ALL PRESENT AND HEREAFTER ACQUIRED INVENTORY, AS DEFINED IN THE UNIFORM COMMERCIAL CODE, WHEREVER LOCATED, INCLUDING BUT NOT LIMITED TO RAW MATERIALS, WORK IN PROCESS AND FINISHED GOODS; ALL PROCEEDS AND PRODUCTS OF THE FOREGOING AND ALL DOCUMENTS OF TITLE EVIDENCING ANY OF THE FOREGOING.



ALL PRESENT AND HEREAFTER ACQUIRED EQUIPMENT, AS DEFINED IN THE UNIFORM COMMERCIAL CODE, WHEREVER LOCATED AND PROCEEDS OF THE FOREGOING.

SENECA SPORTS, INC.

By: _____
Title:

GMAC COMMERCIAL CREDIT LLC

By: _____
Title: SVP

### RIDER FOR UCC-3 FINANCING STATEMENT

DEBTOR:   SENECA SPORTS, INC., and additional Debtors as listed below:

SENECA
HUTCH
FORSTER

tradestyles of:

SENECA SPORTS, INC.
75 Fortune Boulevard
Milford, MA 01757

MA SOC   Filing Number: 200542076640   Date: 9/16/2005 3:26:00 PM

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Bay State Corporate Services, Inc.
6 Beacon Street, Suite 510
Boston, MA 02108

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #: 0074601I   File Date: 9/26/00   Secretary of State, Massachusetts

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION

3. ☒ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial)

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record.

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME: Seneca Sports, Inc. and additional debtors listed on annexed rider

7. CHANGED (NEW) OR ADDED INFORMATION:

8. AMENDMENT (COLLATERAL CHANGE)

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT
9a. ORGANIZATION'S NAME: GMAC Commercial Credit LLC

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)
96867-2-1422207