# EXHIBIT 8

```
RUN DATE: OCT 23, 2001 - 15:03:46                    Seneca Sports                                              PAGE 0001

                              A C C O U N T S   R E C E I V A B L E   A G I N G   R E P O R T

RANGE-   ALL CUSTOMERS
REPORT INCLUDES CREDIT AND DEBIT BALANCE CUSTOMERS ONLY
AGED AS OF 10/25/01 INCLUDING ITEMS PAST AGING DATE
PRINTED IN APPLY-TO NUMBER ORDER

DOCUMENT TYPES:   I = INVOICE     P = PAYMENT     C = CR MEMO     D = DR MEMO     B = BALANCE FORWARD     F = FINANCE CHARGE
NOTES -  TYPES I, B AND F ARE AGED BY THEIR DUE DATE.  TYPES P, C AND D ARE AGED BY DUE DATE OF THE DOCUMENT TO WHICH THEY APPLY.
         ON TYPES I, B, C AND D AMOUNT-1 IS SALE AMT.  ON TYPE P AMOUNT-1 IS CASH RECEIPT AMT. ON TYPE F AMOUNT-1 IS FIN CHARGE AMT
         ON TYPES I, C AND D AMOUNT-2 IS OTHER CHARGES.  ON TYPE P AMOUNT-2 IS DISCOUNT AND ALLOWANCE.  (NO AMOUNT-2 FOR TYPES F & B)

CUST                                                          BALANCE
 NO     NAME                 SLSMN  TERMS
        BANK-NO  PHONE-NO        NO.  CREDIT-LIMIT  INSURED-LIMIT  Future   Current  over 30 late  over 60 late
051994  Hacienda Harley-Davidson
        480-905-1903            051   1,000.00                              106.26          .00            .00

  DOC-NO  DOC-DATE  TYP  APLY-TO   DUE-DATE  AGE    AMOUNT-1     AMOUNT-2    DOC-TOTAL  REFERENCE
Y 229711  09/28/01  I    229711    10/28/01   -3      94.00        12.26      106.26    SHOW 07/01          701329-01
051998  Harley-Davidson of Tucson
                                051   1,000.00                              190.58          .00            .00

  DOC-NO  DOC-DATE  TYP  APLY-TO   DUE-DATE  AGE    AMOUNT-1     AMOUNT-2    DOC-TOTAL  REFERENCE
Y 229671  09/26/01  I    229671    10/26/01   -1     162.50        28.08      190.58    LA SHOW             701293-00
052250  Buddy Stubbs Harley Davidson
        602 971 3400            051   1,000.00                              104.75          .00            .00

  DOC-NO  DOC-DATE  TYP  APLY-TO   DUE-DATE  AGE    AMOUNT-1     AMOUNT-2    DOC-TOTAL  REFERENCE
Y 229515  07/19/01  I    229515    08/18/01   68      87.00        17.75      104.75    SHOW 07/01          701352-00
041100  Wal-Mart Stores
        501-273-0040            090   2,000,000.00                           96.93-          .00            .00

  DOC-NO  DOC-DATE  TYP  APLY-TO   DUE-DATE  AGE    AMOUNT-1     AMOUNT-2    DOC-TOTAL  REFERENCE
Y 419165  12/29/00  P              12/29/00  298     77.56-         .00       77.56-
Y 635723  02/28/01  P              02/28/01  237    19.38-          .00       19.38-
Y 999     06/26/01                 06/26/01  119        .01                      .01

051731  Game On Sports, Inc                Net 30           332.00          351.62       15.45          49.75-

  DOC-NO  DOC-DATE  TYP  APLY-TO   DUE-DATE  AGE    AMOUNT-1     AMOUNT-2    DOC-TOTAL  REFERENCE
  100468  03/12/01  P              05/12/01  225     62.29-         .00       62.29-
  939     07/25/01  P              07/25/01   90     17.54          .00       17.54
  5385    07/27/01  P              07/27/01   88      5.00-         .00        5.00-
Y 220707  09/05/01  I    220707    10/05/01   18     14.68          .00       14.68                      701606-00
Y 229368  09/07/01  I    229368    10/07/01   16      9.00          6.45      15.45     OSP108010957      0510906014655
Y 229654  09/25/01  I    229654    10/25/01    0     32.00          9.29      41.29                      OSP109023152318         702244-00
Y 229665  09/26/01  I    229665    10/26/01   -1      7.50          9.17      15.67     OSP109291448                             702457-00
Y 229774  10/05/01  I    229774    11/04/01  -10     15.00          8.83      23.83     OSP108062131298E                         702527-00
Y 229811  10/10/01  I    229811    11/09/01  -15     24.00          9.18      33.18     OSP110041110454                          702537-00
Y 229850  10/10/01                 11/09/01          14.75         22.24      36.99     OSP110057191459                          702578-00
Y 229891  10/10/01  I    229891    11/09/01          18.00          7.24      25.24     OSP110081607                             702579-00
```



RAS 01565