# EXHIBIT 9

EXHIBIT 3

Seneca Sports, Inc.
WHSE Inventory - Collateral Analysis
October 19, 2001

| ITEM NUMBER | LICENSE F-PRICE | DESCRIPTION | UNITS ON HAND QTY | UNITS CUSTOMER P.Os | DOLLARS AVERAGE COST | DOLLARS ON HAND VALUE | NON-MFD INV (Units) | NON-MLF INV (Cost) | UNITS ON LESS CUSTOMER P.O. ALLOCATIONS (incl Blnkt POs) | $ COST OF UNITS OVER ALLOCATIONS | ESTIMATED RECOVERY RATE | GROSS LIQUIDITY VALUE | NON-MLF LIQUIDITY VALUE | MLF LIQUIDITY VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PW-SL01 | | SIGN LABEL - ONE WAY | 10,468 | 0 | 0.113 | 1,183 | | | 10,468 | 1,183 | 0% | - | - | - |
| OG100-01 | | OUTDOOR GAMES - BATS | 905 | 0 | 1.2 | 1,086 | | | 905 | 1,086 | 25% | 272 | - | 272 |
| PG10 | | PROT, BROOKFIELD | 360 | 0 | 2.96 | 1,066 | 360 | 1,066 | 360 | 1,066 | 25% | 266 | 266 | - |
| 4574 S-42 | | 4574 BAG | 5,000 | 0 | 0.2 | 1,000 | | | 5,000 | 1,000 | 10% | 100 | - | 100 |
| SSN218 | WB - SCOOBY | SNOWBD, SCOOBY DOO | 103 | 0 | 7.44 | 766 | | | 103 | 766 | 25% | 192 | - | (365) |
| BSB002 | M-BARBIE | SKATEBD BARBIE, 2 PACK ASSMT | 182 | 334 | 3.75 | 683 | 299 | 2,225 | (152) | - | 75% | 512 | 556 | - |
| 12000NF | NITROFISH | SKTBD, NITRO FISH, DOUBLE DECAL | 58 | 0 | 8.05 | 467 | 182 | 683 | 58 | 467 | 75% | 117 | 512 | 117 |
| H14003 | HARLEY | SKATEBOARD, HARLEY | 38 | 85 | 7 | 266 | | | (47) | - | 75% | 200 | - | 200 |
| LSB706 | WB - LOONEY | SKATEBD, LOONEY TUNES | 25 | 1,732 | 4.93 | 123 | | | (1,707) | - | 75% | 92 | - | 92 |
| 7404R 202 | | HELMET, AGGRESSIVE, PAINTED, RED | 2 | 24 | 5.75 | 12 | | | (22) | - | 75% | 9 | - | 9 |
| 4110 | | INFLATING NEEDLES | 45 | 0 | 0.19 | 9 | | | 45 | 9 | 25% | 2 | - | 2 |
| TOTAL INVENTORY WITH >$1,000 OH COST | | | | | | 1,217,216  88% | | 445,355 | | 714,546  59% | 46% | 564,491 | 236,024 | 328,467 |
| TOTAL ALL OTHERS | | | | | | 159,993  12% | | 59,482 | | | 10% | 15,999 | 2,270 | 13,730 |
| GRAND TOTAL | | | | | | 1,377,209  100% | | 504,837 | | | 42% | 580,490 | 238,294 | 342,196 |
| | | | | | | | | | | | | 100% | 41% | 59% |

RAS    00274