# EXHIBIT 10

# EXHIBIT 10

**GMAC COMMERCIAL CREDIT LLC**
1290 Avenue of the Americas
New York, New York 10104

October 24, 2001

**VIA FACSIMILE AND VIA CERTIFIED MAIL**
SENECA SPORTS, INC.
BROOKFIELD INTERNATIONAL, INC.
75 Fortune Boulevard
Milford, Massachusetts 01757

Mr. DAVID L. LANDAY
85 East India Row
Apt. #20-F
Boston, Massachusetts

Re: Notice of Private Sale

Gentlemen:

Please be advised that GMAC Commercial Credit LLC, as secured party in possession, will sell the inventory of Seneca Sports, Inc. and Brookfield International, Inc. (collectively, the "Clients") privately sometime after October 29, 2001.

Each of you are entitled to an accounting of the unpaid indebtedness secured by the inventory that GMACCC intends to sell. The cost for such accounting shall be as set forth in Paragraph 14(d) of the Factoring Agreement dated September 19, 2000 among GMACCC and the Clients. An accounting may be requested by calling GMACCC at (212) 884-7000.

Very truly yours,

GMAC COMMERCIAL CREDIT LLC

By: _____
Title: SVP

TOTAL P.02

LAN    0156