# EXHIBIT 11


**GMAC
Commercial
Finance**

Lorraine S. Fields
Assistant General Counsel

*Legal Division*

**FIRST CLASS MAIL AND
FACSIMILE TRANSMISSION**    (212 704-6288)

August 6, 2002

Stephen Rosenberg, Esq.
Jenkens & Gilchrist Parker Chapin LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Re:    GMAC Commercial Credit LLC ("GMACCC") v. David Landay

Dear Mr. Rosenberg:

I am in-receipt of your "reminder" fax. As you are well aware, you never made such a request to me.

If it is the intention on your client David Landay to defend GMACCC's claims asserted against him in the above-referenced litigation, you will have access to damages information in GMACCC's possession through the discovery process.

If on the other hand, it is your client's intention to pay GMACCC the amount of indebtedness that is due and owing to it, without having to resort to a long drawn out litigation, please advise me and I will be happy to set up a meeting with you, your client and the appropriate GMACCC business executive to review the information we have supporting our damages claim.

Sincerely yours,

Lorraine S. Fields
Assistant General Counsel

1290 Avenue of the Americas, Third Floor
New York, NY 10104
(212) 884-7281    Fax Number: (212) 884-7372  E-mail Address: lorraine.fields@gmaccc.com