# EXHIBIT C

1

2          UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
3

DAVID L. LANDAY,                    )
4                                   )
                Plaintiff,          )
5                                   )
                vs.                 04-CV-11955-WGY
6                                   )
GMACCF COMMERICAL CREDIT, LLC, )
7    and GMACCF COMMERCIAL           )
     FINANCIAL, LLC,                 )
8                                   )
                Defendants.          )
9    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -)
10

11

12

13          DEPOSITION OF JOSEPH LENNON
14             New York, New York
15          Thursday, November 10, 2005
16

17

18

19

20

21

22

23

24   Reported by:
     Philip Rizzuti
25   JOB NO. 5442B

1                          Lennon

2    client contract said about charge backs.  Each

3    client have different types of rules and --

4    not rules, but processes that they would

5    follow.

6          Q.    Were you able to determine in your

7    preparation for this case what the procedure

8    of the department, the chain store department

9    was with regard to the Seneca account with

10   respect to that type of charge back?

11         A.    I was not able to, no.

12         Q.    But you did look at some charge

13   back documents?

14         A.    Right.  I saw some charge backs.

15             MR. HOFFMAN:  I would like this

16         document marked as the next exhibit.  It

17         is entitled GMAC Commercial Credit LLC

18         client procedural manual.  Deposition

19         Exhibit 120.

20             (Deposition Exhibit 120, GMAC

21         Commercial Credit LLC client procedural

22         manual, marked for identification, as

23      of this date.)

24         Q.    Sir, have you seen that document

25   before?

Page 19

1                        Lennon

2          A.      I have probably seen it, the

3    document itself, but have not read the entire

4    document.

5          Q.      I will represent to you, sir, that

6    this particular document was in the files of

7    Seneca, which had been placed by GMAC in a

8    warehouse in Milford after the liquidation of

9    the inventory was concluded, and that is

10   indicated by the particular Bates stamp

11   designation, the GMAC, what do they call that,

12   underscore, Landay.  Just for the purposes of

13   the questioning that I am going to engage in.

14              So have you seen documents similar

15   to this type of document?

16              MR. HOULIHAN:  Objection.

17         A.      Yes.

18         Q.      Was it customary for GMAC to send

19   it's clients a procedural manual at the

20   inception of the loan?

21              MR. HOULIHAN:  I am going to

22          object to that question on the grounds

23          that it falls outside of the designated

24          scope of inquiry with respect to this

25          witness.  The witness may -- I will allow

1                          Lennon
2          the witness to answer if he has personal
3          knowledge of, that would enable you to
4          respond to Mr. Hoffman's question.
5              A.    At the point in time in question
6      2001 or 2002, I couldn't say it was part of
7      the procedures to send it out.  But I could
8      speak to current day.
9              Q.    Is it currently part of the
10     procedures?
11             A.    Yes.
12             Q.    I want you to turn to the section
13     that is called GMAC Commercial Credit LLC
14     adjustment procedures, section 4, and the
15     Bates stamp page is 5157.
16             A.    Yes.
17             Q.    I would ask you to read to
18     yourself the text, in fact why don't I ask you
19     to read the whole section and you can leaf
20     through the exhibits, and then I will question
21     you about it, so it goes from 5158 to 5176.
22             A.    Okay.
23             Q.    Have you had a chance to skim
24     that?
25             A.    Yes, forms I skimmed.

1                          Lennon

2          Q.     Is it your understanding that the

3     procedures that you just read were in place in

4     2001 and 2002 with regard to Seneca?

5          A.     Yes.

6          Q.     Are they similar to the procedures

7     that your department currently uses?

8          A.     Yes.

9          Q.     Now, directing your attention to

10    page 05158 which is the first page of the

11    procedures, there is a process for resolving

12    deductions that is set forth; is that correct?

13         A.     Yes.

14         Q.     Can you tell me what that process

15    is as you understand it?

16         A.     Well, in this case -- can you ask

17    the question again.

18         Q.     What is the process set forth in

19    this document?

20         A.     Basically if a customer makes a

21    deduction, basically the deduction is the

22    client's responsibility, and the client, it is

23    up to them to resolve it and investigate it,

24    and if they agree with the deduction, normally

25    it is a charge back to their account.  They

Page 22

1                         Lennon

2    can get it automatically charged backed.

3              Some clients have them leave them

4    on the books for a certain period of time.  It

5    is really the client's responsibility to

6    investigate and maybe issue a credit against

7    the deduction, or just accept the deduction.

8         Q.    On page 05160 there is a form

9    called notice of customer deduction?

10        A.    Okay.

11        Q.    Based on your review of the files,

12   was that form in use at that time on the

13   Seneca account?

14        A.    Yes.

15        Q.    The form requests that the client

16   sign it and check one of three boxes, do you

17   see that?

18        A.    Yes.

19        Q.    One of three circles?

20        A.    Yes.

21        Q.    I want you to -- the first one is

22   we will issue credit for the deduction.  What

23   is the effect of that with regard to the

24   account, if the client Xs out that particular

25   circle?

Page 23

Lennon

A.     If there is a deduction on the books, the client would give us a credit for it, we would do an offset, just like we would offset the payments.

Q.     The third one says charge our account for amount deducted, we will not issue a credit, what does that mean?

A.     That the client is authorizing us to charge them back the deduction, that they are indicating -- I assume they are indicating it is valid.

Q.     The second one says, we will correspond with the customer, notify you within 30 days, what is your understanding of that item?

A.     I have rarely seen this used, but assuming it is the client, will go back to customer, they may disagree with the deduction, again putting supposition in on this, and deal with the customer and work something out where they, you know, you are entitled to a deduction, but maybe not the entire thing and then they will notify us what to do, based on their investigation.

Page 24

Lennon

1

2    Q.    Hypothetically if the customer and

3    the client came to a conclusion that the

4    deduction was not warranted, the client would

5    send a notification to that effect and say the

6    check will be coming or something along those

7    lines?

8    A.    Hypothetically.

9    Q.    So in other words the client has

10   an opportunity in accordance with this

11   procedure to deal with the customer and

12   resolve the issue of whether or not the

13   deduction was warranted?

14   A.    Right.

15   Q.    It is the client's responsibility

16   to do that?

17   A.    Yes.

18   Q.    In fact in accordance with this

19   form the GMAC is not taking any responsibility

20   to deal with the client to see whether or not

21   the deduction was appropriate?

22   A.    In the normal course of business

23   that is the way this works.

24   Q.    Now, suppose the client doesn't

25   return this Exhibit 4-A, which is the notice

Page 25

Lennon

1    of customer deduction, what at the time was

2    the procedure of GMAC with regard to how it

3    handled the deduction?

4        A.    Again as I stated earlier there

5    deductions would either stay on the books 60

6    days normally, or they would be charged back

7    immediately upon the events happening. By the

8    time 60 days expired then you would charge

9    back based upon the factoring agreements.

10        Q.    So in the normal course a notice

11   of deduction which is exemplified by Exhibit

12   4-A at page 5160, would lead to a charge back

13   if the client took no action and did not

14   return the form to say that it was going to

15   deal with the issue, is that a fair statement?

16        MR. HOULIHAN:  Objection.

17        A.    Correct.

18        Q.    Now, turn to page 5164, which is

19   an Exhibit 4-B.  If the client as I have just

20   hypothesized did not respond to a notice of

21   customer deduction and a certain period of

22   time passed, would the next -- would a notice

23   of miscellaneous debit or credit issue in

24   accordance with the procedure?

Page 26

Lennon

MR. HOULIHAN:  Objection.

A.    In that case I can't specifically answer that, because I see the original deduction notices, I will never see what happens after that, it is not in collections purview.

Q.    So another department?

A.    Yes, this would come out of the bookkeeper department.

Q.    Let's go back to the procedures, does it reflect what would happen in the procedures, in this particular exhibit, Exhibit 120?

A.    Yes, from a bookkeeping procedural standpoint.

Q.    Where does it say that, give me the Bates stamp page?

A.    5159.

Q.    So are you referring to the sentence, when a deduction is charged back to you in lieu after credit or payment offset, we provide you with the details on our notice of miscellaneous debit or credit form?

A.    Yes.

1                        Lennon

2        Q.    And this same page states, does it

3   not, since deductions are differences that

4   must be resolved by you and your customer, we

5   will allow a reasonable number of days

6   (usually 60) to settle the deduction before it

7   becomes subject to charge back, did I read

8   that correctly?

9        A.    Yes.

10       Q.    That as you understand it today,

11  that was the procedure in place in 2001 and

12  2002 with regard to Ms. Rodriguez's

13  department?

14       A.    Can you rephrase that?

15       Q.    As you understand it, the

16  procedure that I just read, namely that the,

17  we will allow a reasonable number of days,

18  usually 60, to settle the deduction before it

19  becomes subject to charge back, was in place

20  in 2001 and 2002 with regard to

21  Ms. Rodriguez's department?

22       A.    It is in place as far as procedure

23  for charge back, as far as Mr. Rodriguez's

24  department, she has nothing to do with the

25  deduction, once they are taking, it is a

Page 28

Lennon

1

2  bookkeeping matter.

3      Q.   Let us assume the case where one

4  of these notices, one of the notice of

5  deductions goes out, or went out, and 60 days

6  passed, was there a -- what would happen, in

7  other words, 60 days passed and you got no

8  communication from the customer, what would

9  happen?

10      A.   As stated in the policy, it would

11  most likely charge back.

12      Q.   When I said customer, I mis-spoke.

13  Let us suppose one of the notices -- I am

14  going to rephrase the question.

15          A notice of deduction went out to

16  a client, and Ms. Rodriguez's department

17  didn't receive any information for 60 days,

18  this form, the notice was not filled out, it

19  was not sent in, what in the normal course

20  would happen?

21          MR. HOULIHAN:   Objection.

22      A.   From Ms. Rodriguez's department,

23  nothing would happen.

24      Q.   What would happen from GMAC, from

25  any department?

1                       Lennon

2          A.     From bookkeeping, they would

3     follow their procedures.

4          Q.     They would issue a charge back?

5          A.     As outlined in the -- they would

6     follow -- a response, a charge back, depending

7     on whatever dates the client had set up in

8     their agreement.

9          Q.     Now, I believe you said that a

10    similar procedure for adjustments is in place

11    today?

12         A.     Basically the same.

13         Q.     Do you believe that that

14    particular procedure is a reasonable procedure

15    to deal with the issue of adjustments?

16              MR. HOULIHAN:  Objection.  It is

17         beyond the scope of the 30(b)(6).  You

18         may answer based on are own personal

19         knowledge.

20         A.     Reasonable or not, it is not up to

21    me to say, it is a corporate decision to make,

22    somebody higher than me decides that.

23         Q.     In your other employment where you

24    worked in collections, did they have similar

25    procedures?

Page 31

Lennon

is collection procedures.  It is a little shorter I hope.

A.    Okay.

Q.    Have you read or perused Bates stamp pages 05176 through 05185?

A.    Yes, I have.

Q.    Now, to the best of your knowledge were these, were the procedures set forth in those pages in place in Ms. Rodriguez's department in 2001 and 2002?

A.    Yes, they were.

Q.    I want you to turn to page 05179, subsection C, dispute letters.  According to this paragraph if a client -- strike that, if a customer notified GMAC that it was not going to pay a bill because of some reason other than financial inability to pay, GMAC would notify the client by a computer generated letter; is that correct?

A.    Correct.

Q.    If you take a look at page 05185, which is Exhibit 5-E, this is the type of letter that in accordance with this procedure GMAC were to send to the client; is that

Page 32

1                            Lennon

2    correct?

3          A.     Correct.

4          Q.     And the letter solicits a reply

5    and a signature, does it not?

6          A.     Yes.

7          Q.     And in accordance with this

8    procedure it is the responsibility of the

9    client to resolve disputes; is that correct?

10          A.     Correct.

11          Q.     And in fact in accordance with

12    this procedure if the dispute is not resolved

13    within 60 days the invoice will be charged

14    back to your account on the date indicated in

15    the letter; is that a fair statement?

16          A.     Correct.

17          Q.     Now, from your conversation with

18    Ms. Rodriguez and from any materials that you

19    reviewed, any documents you reviewed, did you

20    become aware of any variances from the

21    collection procedures as set forth in Exhibit

22    120 which took place with regard to the Seneca

23    account in 2001 and 2002?

24               MR. HOULIHAN:  Objection.

25          A.     Can you rephrase it or repeat.

Page 33

Lennon

1

2      Q.    I will try to repeat it.

3            In other words based on your

4    investigation did you learn that

5    Ms. Rodriguez's department, chain store

6    department, altered the procedures which are

7    set forth in Exhibit 120, which I just had you

8    read with regard to collections in its

9    handling of the Seneca account in 2001 and

10   2002?

11           MR. HOULIHAN:  Objection.

12     A.    To the best of my knowledge the

13   procedures were followed as outlined.

14           MR. HOFFMAN:  I am going to ask or

15       have marked as Deposition Exhibit 121, a

16       notice of customer deduction regarding

17       Toys R Us dated 6/25/02.

18           (Deposition Exhibit 121, notice of

19       customer deduction regarding Toys R Us

20       dated 6/25/02, marked for

21       identification, as of this date.)

22     Q.    Can you identify that document?

23     A.    I can identify it to the point

24   that the letter says notice of customer

25   deduction.

Page 34

Lennon

1

2      Q.     And it relates to Toys R Us?

3      A.     This document does, yes.

4      Q.     Does it appear to have been issued

5  by GMAC Commercial Credit?

6      A.     Yes, it does.

7      Q.     In the course of your review of

8  documents do you have a recollection of having

9  seen this one?

10     A.     I have seen the documents, but I

11  can't say that I saw this particular one, but

12  they are contained, the same form is contained

13  in the material that I looked at.

14     Q.     So do you know, this document

15  doesn't have an address on it for Seneca

16  Sports, do you know what address this was

17  mailed to?

18     A.     No, I don't.

19          MR. HOULIHAN:  Objection.

20     Q.     Is there any way to determine at

21  this late date what address this document was

22  mailed to?

23          MR. HOULIHAN:  Objection.

24     A.     The only address it could have

25  been mailed to would be whatever the address

Page 35

Lennon

1    of record was of the client, but personal

2    knowledge of was it sent there, I can't

3    speculate.

4        Q.    In accordance with the procedure

5    as we just reviewed, if there was no response

6    from the client, i.e. Seneca Sports to this

7    notice of customer deduction, after 60 days,

8    the bookkeeping department would issue a

9    charge back; is that correct?

10               MR. HOULIHAN:  Objection.

11       A.    In this particular case as it

12   relates to the policies, if it is straight

13   policy, that is what should happen.

14       Q.    Do you know if anything different

15   happened?

16       A.    Not that I know of.

17               MR. HOULIHAN:  Objection.

18       Q.    In the course of your preparation

19   for this deposition were you able to determine

20   what the record address for Seneca Sports is

21   today?

22       A.    No.

23       Q.    So you have no knowledge --

24               MR. HOULIHAN:  Objection to that

Page 37

Lennon

1

2    Q.    Other than what you have -- well,

3    can you tell us what efforts were made by GMAC

4    to collect the borrower's accounts receivable

5    in 2001, late 2001 through 2002?

6    A.    The efforts would have been made

7    as outlined in the collection procedures.

8    Q.    Do you know whether GMAC ever sued

9    any of Seneca's customers?

10    A.    I have no knowledge of that, I

11    don't know.

12    Q.    Do you know whether -- are you

13    aware of the fact that at least one customer

14    went into bankruptcy, Ame's Department Stores?

15    A.    I am aware that Ame's went

16    bankrupt, yes.

17    Q.    Are you aware that they were one

18    of the customer of Seneca?

19    A.    Not until I went through these

20    documents.

21    Q.    But now you are aware?

22    A.    Yes.

23    Q.    Do you know whether GMAC filed a

24    claim in the Ame's bankruptcy?

25    A.    As far as to my knowledge they

Page 42

1                      Lennon
2            MR. HOULIHAN:  Objection.
3        A.    Well, I learned that that person's
4    name was a liquidator that was previously
5    employed.  As far as what date he took over, I
6    don't know, but I know that he was utilized by
7    GMAC.
8        Q.    If you don't know the date, you
9    knew that he took over the premises of Seneca?
10       A.    I know --
11           MR. HOULIHAN:  Objection, you may
12       answer.
13       A.    I know that again he was the
14   person for the liquidation, whether he took
15   possession in that facility itself, I would
16   probably say yes.
17       Q.    Did you know that at some point
18   Mr. Rijo ceased his efforts on behalf of GMAC
19   as liquidator?
20           MR. HOULIHAN:  Objection, beyond
21       the scope, you may answer.
22       A.    I have no knowledge of that.
23       Q.    Well, let me ask you this
24   question, do you know whether Mrs. Rodriguez's
25   department or Mr. Rijo or anyone else

Page 43

Lennon

1
2  connected with GMAC made any efforts to make
3  sure that documents like Exhibit 121, i.e.
4  notice of customer deductions, actually were
5  received by employees or agents of Seneca?
6          MR. HOULIHAN:  Objection.  You may
7      answer.
8      A.    Restate it or rephrase it.
9          MR. HOFFMAN:  Read it back.
10         (Record read.)
11     A.    It would not be up to
12 Ms. Rodriguez to verify if a deduction
13 notice -- if a client received a deduction
14 notice or if it was received, that was not
15 within Ms. Rodriguez's scope.
16     Q.    Did any other person at GMAC have
17 that responsibility?
18     A.    To insure it was received?
19     Q.    Yes.
20     A.    I do not believe so.  If they were
21 not made aware of any returned mail.
22     Q.    So far as you understand it, if
23 there was no returned mail, GMAC operated
24 under the assumption that the notice of
25 customer deduction had been received by the

Page 44

1                      Lennon

2    client?

3         A.    Yes.

4              MR. HOULIHAN:   Objection.

5         Q.    In the course of your preparation

6    for this deposition did you read answers to

7    interrogatories?

8         A.    Yes, I did.

9         Q.    I am just going to show you, this

10   is GMAC's response to Landay's first set of

11   interrogatories, page 17.  Just read it, it

12   has already been marked as an exhibit so I

13   won't remark it, it is the first one.  Can you

14   just read that paragraph on paragraph 17 and I

15   will ask you a question about it.

16        A.    Okay.

17              (Witness complies with request.)

18        Q.    Have you read that paragraph?

19        A.    Yes.

20        Q.    In that paragraph the following

21   sentence appears:  GMACCF however may be able

22   to obtain records that show the outstanding

23   accounts receivable as of December 31, 2001,

24   and reserves the right to supplement its

25   discovery responses if it can locate such

Page 46

Lennon

1

2    A.    Yes, we do.

3    Q.    Mr. Hoffman asked you a series of

4  questions concerning Exhibit 120, do you

5  recall those questions, not each question, do

6  you recall being asked a series of questions

7  about that document?

8    A.    Yes.

9    Q.    Would it be fair to say that

10 Exhibit 120 documents the policies and -- the

11 standard policies and procedures for the

12 various topics addressed in the document?

13   A.    That would be fair to say.

14   Q.    Now, do standard operating

15 procedures apply in a context where a client

16 has defaulted and GMAC has taken possession of

17 the client's assets?

18   A.    In the situations such as that

19 certain processes, policies will still apply,

20 such as putting something in dispute.  However

21 the collection effort goes outside the scope

22 of the norm, outside the scope of that dunning

23 matrix in the normal process.

24   Q.    Can you characterize the policies

25 and procedures that apply with respect to the

Page 47

Lennon

2 collection effort in a situation such as I

3 described; as against the ones described --

4 the standard operating procedures described in

5 Exhibit 120?

6      A.    Well, normally in a situation like

7 this -- well, under normal circumstances chain

8 store accounts, the collectors will normally,

9 in the normal day-to-day situation, the

10 letters go out, they make their phone calls,

11 the letters will go out; the statements and

12 letters go out, and the collectors would

13 normally make their phone calls at the

14 prescribed time, usually once or twice a month

15 try to hit that account to get the status.

16          When the client gets into trouble

17 for whatever reason, that collection, the

18 letters or statements will still continue

19 being generated, however the collection

20 efforts will go outside the scope of the

21 normal practice.

22      Q.    When you say go outside the scope

23 of the normal practice, can you be more

24 specific; what do you mean by that?

25      A.    If I were a chain store collector

Lennon

1
2  right now and I have to work Macy's, I work

3  the Federated group, I do my work on Macy's

4  today and I am good for a couple of weeks, I

5  don't have to follow up Macy's again.

6        If I have a client in trouble we

7  will intensify that effort so that we will

8  call that customer at least once a week to

9  find out what the status of the X companies

10 receivables are, and if it is a left message

11 today, they will call back tomorrow.  If it is

12 that day, they will call back the day after

13 that until they have an answer.

14     Q.    Now, in the situation where the

15 client has defaulted and GMAC has taken

16 possession of the client's assets, are there

17 changes made with respect to the policy

18 concerning automatic charge backs?

19     A.    In most cases a charge back

20 situation will cease to exist in these types

21 of situations, and that would come down as a

22 directive from the portfolio managers.

23     Q.    Yes.

24     A.    Where we would stop charge backs

25 of invoices and deductions.

Page 49

Lennon

Q.    What would the net effect of that stop be?

A.    Well, the net effect would be that the items would remain on GMAC's books and not get moved back over to the client's books.  So they would still be -- we would have visible knowledge where they are, we could track them. The client would still be notified of these items, of a deduction or a charge back and still -- in fact we would actually push the client more to turn around and give us an answer of hey, is this valid or not; rather than waiting 60 days and charging it back, we would want a specific answer on that.

Q.    Mr. Hoffman asked you if you had the ability today to identify accounts -- Mr. Hoffman -- let me back up a step.

Mr. Hoffman phrased his question somewhat differently than I am going to, but the gist of the question was do you have the ability today to identify those accounts, those Seneca/Brookfield accounts on which a balance remains outstanding; do you recall the questioning on that topic?

Page 52

Lennon

1
2    your predecessors attention?

3        A.    It would have.

4        Q.    The fact that you are not aware of
5    any such claims being made, can you draw any
6    conclusions concerning the total collection
7    number that shows on GMAC's books for the
8    Brookfield/Seneca client accounts?

9            MR. HOFFMAN:  Objection.  You may
10       answer.

11       A.    If no complaints were made or any
12    issues brought to management's attention, my
13    conclusion would be that all the payments were
14    posted properly to the proper accounts, and
15    the money then subsequently credited to the
16    proper client accounts.

17            MR. HOULIHAN:  Nothing further at
18       this point.

19    EXAMINATION BY

20    MR. HOFFMAN:

21       Q.    Mr. Lennon, I believe you
22    testified in response to Mr. Houlihan's
23    question that in most cases involving a
24    default situation GMAC would stop charge backs
25    and deductions.  Is that --

Page 53

Lennon

A.    In the experience I have had in
the collection department, with specific
clients that I have dealt with, that charge
backs and -- charge back of deduction and
charge back of invoices, disputes would be put
on hold during the duration of the scenario.

Q.    Do you have any knowledge as to
whether that practice was carried out with
respect to the Seneca account in 2001 and
2002?

A.    Based upon what I have experienced
personally, I have no reason to think that
that would not happen.

Q.    What is the effect of putting, I
think you said putting charge backs and
deductions on hold, how is that manifested
itself?

A.    It would not get charged back to
the client, therefore not affecting the lone
balance of the client side and we would be
able to track those, what is going on those
and follow up with the client's assistance in
trying to get those things resolved.

MR. HOULIHAN:  Stop for a second.

1                    Lennon

2      Step outside for a minute.

3              (The witness stepped out of the

4      room).

5      Q.    Read back the last question and

6      answer.

7              (Record read.)

8      Q.    Are you saying that in the normal

9      situation of a default, which is kind of a

10     contradiction in terms perhaps, but where

11     there is a default customarily that charge

12     back notices don't go out to the client?

13     A.    If nothing is charged back, no

14     notice would go out.

15     Q.    Well, do notices of deduction go

16     out to the client after a default in the

17     normal case?

18     A.    If there were no deductions they

19     wouldn't go out.  If there were deductions

20     there would be a notification.  If there were

21     no deductions, there would be no notification.

22     Q.    I guess the question is in what --

23     strike that.

24             Where there is a default is there

25     a customary departure from the procedures set

Page 55

Lennon

forth in the manual, Exhibit 120?

A.    In respect to?

MR. HOULIHAN:  Objection.

Q.    In respect to adjustments and disputes?

A.    That is stated before normally the charge backs will be put on hold, charge back with deductions will be put on hold, again in an effort to make it trackable and we could maximize our collection efforts on it.

Q.    I guess I am repeating myself, but what does it mean that they are put on hold?

A.    In other words they will not be charged back.  They will not go through the normal course -- if I was on automatic charge back for a client, for a deduction, let's assume something is a deduction, under the normal course of business I am on automatic charge back, zero days.  It would get charged back that day.

In the situation such as these we would stop that automatic deduction and keep it open on all books.

Q.    But suppose the customer was not

Page 56

Lennon

1
2     on automatic deduction and -- strike that.
3           Suppose the client was not on
4     automatic deduction and the client was
5     customarily given 60 days to deal with a
6     notice of deduction or a dispute, would the
7     procedure change in any way after default?
8           A.    Again, similar to a client is
9     going to have zero days or 60 days, or
10    anywhere in between depending on the contract.
11          Q.    Right.
12          A.    In the case of a default charge
13    backs or deduction would not take place.
14          Q.    Whether it be zero or 60?
15          A.    Yes.   Whatever their contractual
16    amount was, we would not charge those
17    deductions back.   It would stay open on the
18    books.   The client would be made aware of them
19    in order to help work it out and get it
20    resolved.   Validate it, and if they are -- you
21    know, intensify, maximize what we can.
22          Q.    I am going to show you what was
23    marked as Landay Exhibit 4, are you familiar
24    with this type of document, the client
25    statements?

Page 57

1                          Lennon

2        A.    I have seen them, yes.

3        Q.    I am just going to turn to one

4   page of this, which I guess it has a Bates

5   number GLAN 05143.  Does that reflect a whole

6   series of charge backs?

7        A.    It appears to.

8        Q.    And for the record that particular

9   page is -- relates to transactions which

10  occurred between May 1 of '02 and May 31 of

11  '02.

12             So you don't have any knowledge,

13  any personal knowledge, do you, as to whether

14  or not GMAC put charge backs on hold with

15  regard to the Seneca account after the

16  default?

17       A.    In my experience with these type

18  of accounts, I don't see why they wouldn't do

19  something like that.

20       Q.    But you don't know of your own

21  knowledge or own personal knowledge one way or

22  the other whether they did or didn't?

23       A.    No, I don't.  I would assume that

24  they did.

25       Q.    Do you think based on your

Page 58

Lennon

2    experience that it is -- it improves the

3    likelihood of collection if GMAC in a default

4    situation puts charge backs on hold?

5              MR. HOULIHAN:  Objection.  Beyond

6         the scope of the 30(b)(6).

7         A.    I believe keeping them open would

8    I think maximize the effort of collections as

9    long as you have the cooperation of the client

10   that can validate whether or not those are

11   valid deductions or not, or a valid charge

12   back.

13             MR. HOFFMAN:  No further

14        questions.

15             MR. HOULIHAN:  Nothing further.

16             (Time noted:  11:30 a.m.)

17

18             _____

18             JOSEPH LENNON

19

20   Subscribed and sworn to before me

21   this ___ day of _____, 2005.

22

23   _____

24

25



DEPOSITION
EXHIBIT
120
11/10/05

# GMAC COMMERCIAL CREDIT LLC

# CLIENT PROCEDURAL MANUAL

GMAC COMMERCIAL CREDIT LLC

ADJUSTMENT PROCEDURES

SECTION 4

4.0

## ADJUSTMENT PROCEDURES

At times, your customer may return some of your merchandise, or claim a price adjustment, or an allowance, for which a credit has not been issued.  Therefore, when remitting to us, the customer will make a deduction for his claim(s).  These deductions will be reported to you on our Notice of Customer Deduction form (Exhibit 4a) supported by all available information, i.e. debit memo, correspondence, etc.

Upon receipt of the customer deduction notice, we request that you promptly <u>return the original copy to</u>:

<u>GMAC Commercial Credit LLC</u>

<u>1 Pennsylvania Plaza</u>

<u>New York, N. Y.  10119</u>

<u>Attn:  Adjustment Department – 9th Floor</u>

<u>indicating thereon, your choice as to how to dispose of the deduction</u>.  For example, the deduction could be resolved by:

1. Your issuing a credit to offset the deduction.  Please indicate deduction number on the Credit.

2. Your corresponding with the customer, requesting additional information and/or payment of deduction(s).

3. Our charging your account.

4.1

## ADJUSTMENT PROCEDURES

Since deductions are differences that must be resolved by you and your customer, we will allow a reasonable number of days (usually 60) to settle the deduction before it becomes subject to chargeback.  (We reserve the right to chargeback deductions at any time.)  Chargebacks do not constitute a reassignment of the receivable.  When a deduction is charged back to you in lieu of a credit or payment offset, we provide you with the details on our Notice of Miscellaneous Debit or Credit form.  (Exhibit 4b)  Note:  This form is also used for chargeback of invoices. We also send a computer report, Schedule of Client Charges and Chargebacks (Exhibit 4c), summarizing the individual chargebacks.

Clients who specify an automatic chargeback of customer deductions, will be advised of these chargebacks (upon cash application) on our Notice of Client Charge or Credit form. (Exhibit 4d)

Adjustment Department Manager:  212-884-7433

GMAC LANDAY05159

GMAC COMMERCIAL CREDIT LLC
ONE PENNSYLVANIA PLAZA
NEW YORK, N.Y. 10119

**Notice of Customer Deduction**

1

Supplier      2

| Date | Customer No. | Notice No. |
|------|--------------|------------|
| 4 | 5 | 6 |

3

Your Customer

Reason Codes:
| | | |
|---|---|---|
| 01 - Unkown | 06 - P.P. | 11 - Terms Diff. |
| 02 - Price Diff. | 07 - Mdse. Rtd. | 12 - Late Payment Charge |
| 03 - Freight Allow. | 08 - Credit | 13 - Excess Discount |
| 04 - Mdse. Short | 09 - Adver. Allow. | 14 - Excess Anticipation |
| 05 - Samples | 10 - Mdse. Not Rec. | |

| Check Date | Check No. | Customer Remittance Amount | | | |
|------------|-----------|----------------------------|---|---|---|
| 7 | 8 | 9 | 10 | 11 | 12 |

**We have received your customer's check as detailed above.**

| List of Paid Invoices | | | | | | Deductions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Invoice | | Invoice Amount | Allowable Discount Amount | Final Due Date | No. Days Late | Date | D/M Ref. No. | Code | Terms 22 | | Deduction Amount | 23 |
| Date | Number | | | | | | | | % | Days | | |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | | | 23 | |

| Total Invoice Amount | 24 | | 25 | Total Deduction |
|---|---|---|---|---|

As to customer deductions listed above, please advise us by checking one of the boxes below and returning to us one signed copy of this notice. The above deductions will be charged to your account unless otherwise adjusted.

Accounts Receivable Department

Client: Your credit should bear same discount terms as the deduction above.

○ 26
We will issue credit for the deduction

○ We will correspond with the customer and notify you within 30 days.

○ Charge our account for the amount deducted (we will not issue a credit)

FILE COPY

X Sign    27

Exhibit 4a

GMAC LANDAY05160

## ADJUSTMENT PROCEDURES

### Notice of Customer Deduction

1.  Form Name                              Notice of Customer Deduction.

2.  Supplier                               Client Name & Client Number

                                           assigned by GMAC Commercial

                                           Credit LLC.

3.  Your Customer                          Customer Name and Address.

4.  Date                                   Date of cash application that

                                           created deduction.

5.  Customer No.                           Customer's Account Number

                                           assigned by GMAC Commercial

                                           Credit LLC.

6.  Notice No.                             Sequential Number assigned when

                                           Deduction notices are prepared.

7.  Check Date                             Date customer affixes to check.

8.  Check No.                              Customer's Check Number.

9.  Customer Remittance
    Amount                                 Amount of Customer's Check.

10. Batch No.                              Location of check when received

                                           by lock box.

11. Employee No.                           Accounting clerk who applied

                                           customer's check.

                                           Exhibit 4a

## ADJUSTMENT PROCEDURES

### Notice of Customer Deductions

12.  Bank Deposit Date        Date bank credits GMAC Commercial Credit LLC.

13.  Invoice Date        Date of invoice.

14.  Invoice Number        Number you assigned to invoice (last 8 digits)

15.  Invoice Amount        Amount of invoice.

16.  Allowable Discount Amount        Amount of discount that customer is entitled to deduct when payment is made.

17.  Final Due Date        Date invoice payment is due.

18.  No. Days Late        If customer pays before final due date, number of days will print and be followed by a minus sign (e.g. 20-).

If customer pays after final due date, only number of days will print (e.g. 20).

19.  Deduction Date        Average of final due dates of invoices being paid.

Exhibit 4a

<u>ADJUSTMENT PROCEDURES</u>

<u>Notice of Customer Deductions</u>

20.   D/M Ref. No.            If supplied by customer, we will code deduction with that number.

21.   Deduction Code          Customer's stated reason for deduction.

22.   Deduction Terms         Discount applicable to each deduction created, if net, no discount is printed.

23.   Deduction Amount        Individual amounts set up by us, per customer remittance.

24.   Total Invoice Amount    Aggregate total of invoices paid by customer. Up to 12 items will be printed.

25.   Total Deductions        Aggregate total of deductions created in cash application.

26.   Action Codes            What action you prefer to take to resolve deductions.

27.   X Sign                  Individual who responds to action codes, must sign and date.

Exhibit 4a

GMAC COMMERCIAL CREDIT LLC
ONE PENNSYLVANIA PLAZA
NEW YORK, N.Y. 10119

Notice of Miscellaneou
Debit or Credit

1

ient    2

Client No.    3

Customer    4

| Date | Customer Number | Notice Number |
|---|---|---|
| 5 | 6 | 7 |

**Gentlemen:**
We have adjusted your account as follows:

Reason Codes:
8

01 - Late Payment Charge - Customer
02 - Collection Expense
03 - Cancel Prior Charge/Credit
04 - Customer Remittance Shortage
    Per Attached
    redit Not Issued

Customer Deductions -

07 - Price Difference
08 - Freight Allow.
09 - Mdse. Short
10 - Samples
11 - Parcel Post
12 - Mdse. Returned

13 - Customer Overpayment
14 - Adv. Allowance
15 - Mdse. Not Rec'd.
16 - Terms Difference
17 - Invoice Not on Our Records
18 - Refund of Unassigned
    Sales Tax

**Detail of Item/s being Charged/Credited (CR)**

| Original Check or J.E. | | Invoice | | Tr. No. | Batch No. | Our J.E. | | Code | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Date | No. | Date | No. | | | Date | No. | | |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |

19  Total
20  Value Date
21  Interest Days
22  Interest Rate
23  Interest Amount

25  Original Notice No.

Exhibit 4b

FORM MV81

Total Charge or Credit (CR)
FILE COPY

| 24 |
|---|

## ADJUSTMENT PROCEDURES

### Notice of Miscellaneous Debit Or Credit

1.  Form Name

    Notice of Miscellaneous Debit or Credit.

2.  Client

    Client Name

3.  Client No.

    Assigned Client Number by GMAC Commercial Credit LLC

4.  Customer

    Customer Name and Address

5.  Date

    Date of Transaction

6.  Customer Number

    Customer's Assigned Account Number.

7.  Notice Number

    Sequential number assigned when notices are printed.

8.  Reason Codes

    Reason for Advice to be generated.

9.  Date

    For deduction chargebacks, represents check date that customer used in notifying us of the deduction.

10. No.

    Represents customer's original check number when deductions are being charged back.

                                            Exhibit 4b

GMAC LANDAY05165

## ADJUSTMENT PROCEDURES

### Notice of Miscellaneous Debit or Credit

11. Invoice Date

Represents date of invoice or date of credits issued, when being charged back or refunded to your account.

12. Invoice No.

Represents D/Memo when deductions are charged. It is the invoice or credit number when they are charged back.

13. Transaction No.

Type of transaction. See Item Identification Codes. (Exhibit 4e)

14. Batch No.

Batch where check was processed by lock box. Same number is printed on original Customer Deduction.

15. Our J.E. Date

Date of transaction.

16. Our J.E. No.

Our internal number when Advices are printed.

17. Code

Code selected for explanation of items being charged or refunded.

Exhibit 4b

GMAC LANDAY05166

## ADJUSTMENT PROCEDURES

### Notice of Miscellaneous Debit Or Credit

18.  Amount — Individual listing of items for this transaction.

19.  Total — Gross total of individual items.

20.  Value Date — A calculated average of final due dates for items being charged back.

21.  Interest Days — Number of days from averaged due dates through last day of month of chargeback.

22.  Interest Rate — Current interest in force at time of chargeback.

23.  Interest Amount — Number of days (interest) X Rate for dollar total.

24.  Total Charge or Credit — Bottom line total of items printed on Advice.

25.  Original Notice No. — Only when deductions are being charged back. Notice Number from Notice of Customer Deduction is printed.

Exhibit 4b

GMAC LANDAY05167

AR43RP

**GMAC COMMERCIAL CREDIT LLC**
**SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS**

CLIENT NO. 985100
CLIENT NAME MEDIACOPY INC

CURRENCY: U.S. DOLLAR

RUN DATE 05-31-00
----INTEREST----
---CALCULATION---

PAGE NO. 1

| --NOTICE-- DATE NO. | OUR U/E DATE | REF. NO. | TR. NO. | MESSAGE | VALUE DATE | INT. DYS | INTEREST DR. CR.- | DISCOUNT DR. CR.- | COMMISSION DR. CR.- | TOTAL CHARGES DR. CR.- | TOTAL CHARGES PER CUSTOMER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSTOMER NO. | | | | | CUST NAME | ADDRESS | | CITY/STATE | ZIP | | |
| 05-10-00 158 | 05-10-00 | 00080 | 080* | REG-C/B | 02-15-00 | 108 | $.00 | $.00 | $.00 | $332.32 | |
| 05-23-00 128 | 05-23-00 | 81113 | 080 | REG-C/B | 07-03-00 | 83 | $.00 | $.00 | $.00 | $274.00 | |
| 05-24-00 156 | 05-24-00 | 40072 | 080* | REG-C/B | 03-07-00 | 85 | $.00 | $.00 | $.00 | $6,910.85 | |
| 05-31-00 162 | 05-31-00 | 10088 | 080* | REG-C/B | 03-08-00 | 88 | $.00 | $.00 | $.00 | $9,464.11 | $18,981.28 * |
| CUSTOMER NO. | | | | | CUST NAME | ADDRESS | | CITY/STATE | ZIP | | |
| 05-24-00 157 | 05-24-00 | 40073 | 080* | REG-C/B | 02-29-00 | 92 | $.00 | $.00 | $.00 | $1,033.42 | |
| 05-31-00 163 | 05-31-00 | 10090 | 080* | REG-C/B | 03-10-00 | 82 | $.00 | $.00 | $.00 | $171.51 | $1,204.93 * |
| CUSTOMER NO. | | | | | CUST NAME | ADDRESS | | CITY/STATE | ZIP | | |
| 05-17-00 182 | 05-17-00 | 21027 | 150 | REFUNDS | 08-10-00 | 21 | $.00 | $.00 | $.00 | $590.00- | $590.00-* |
| CUSTOMER NO. | | | | | CUST NAME | ADDRESS | | CITY/STATE | ZIP | | |
| 05-01-00 528 | 05-01-00 | 60062 | 150 | REFUNDS | 04-24-00 | 37 | $.00 | $.00 | $.00 | $238.47- | |
| 05-08-00 468 | 05-08-00 | 30448 | 150 | REFUNDS | 05-01-00 | 30 | $.00 | $.00 | $.00 | $205.00- | |
| 05-08-00 289 | 05-08-00 | 40267 | 150 | REFUNDS | 08-12-99 | 293 | $.00 | $.00 | $.00 | $35.54- | |
| 05-16-00 333 | 05-16-00 | 10384 | 150 | REFUNDS | 05-09-00 | 22 | $.00 | $.00 | $.00 | $5,378.07- | |
| 05-19-00 608 | 05-19-00 | 60390 | 150 | REFUNDS | 05-12-00 | 19 | $.00 | $.00 | $.00 | $16,241.85- | |
| 05-30-00 350 | 05-30-00 | 60319 | 080 | REG-C/B | 03-16-00 | 76 | $.00 | $.00 | $.00 | $280.19 | |
| 05-31-00 549 | 05-31-00 | 60188 | 150 | REFUNDS | 05-23-00 | 8 | $.00 | $.00 | $.00 | $618.77- | $22,438.31-* |
| CUSTOMER NO. | | | | | CUST NAME | ADDRESS | | CITY/STATE | ZIP | | |
| 05-10-00 583 | 05-10-00 | 50813 | 080 | REG-C/B | 07-01-00 | 31 | $.00 | $.00 | $.00 | $5,885.56 | |
| 05-10-00 584 | 05-10-00 | 50816 | 080 | REG-C/B | 05-18-00 | 18 | $.00 | $.00 | $.00 | $1,000.00 | |
| 05-10-00 585 | 05-10-00 | 50818 | 080 | REG-C/B | 08-28-00 | 29 | $.00 | $.00 | $.00 | $58,712.17 | $65,578.73 * |
| CUSTOMER NO. | | | | | CUST NAME | ADDRESS | | CITY/STATE | ZIP | | |
| 05-24-00 727 | 05-24-00 | 40355 | 080* | REG-C/B | 02-17-00 | 104 | $.00 | $.00 | $.00 | $105.13 | $105.13 * |

Exhibit 4c

AR43RP

GMAC COMMERCIAL CREDIT LLC
SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS

CLIENT NO.  985100
CLIENT NAME  MEDIACOPY INC

PAGE NO.  2

CURRENCY: U.S. DOLLAR

RUN DATE  05-31-00
----INTEREST----
---CALCULATION---

CUSTOMER NO.          CUST NAME

| --NOTICE-- DATE NO. | OUR J/E REF. DATE NO. | TR. NO. | MESSAGE | VALUE DATE | INT. DYS | INTEREST DR. CR.- | DISCOUNT DR. CR.- | COMMISSION DR. CR.- | TOTAL CHARGES DR. CR.- | TOTAL CHARGES PER CUSTOMER |
|---|---|---|---|---|---|---|---|---|---|---|
| 05-03-00  039 05-03-00 30394 | | 080* | REG-C/B | 02-04-00 | 117 | $.00 | | $.00 | $538.07 | $538.07 * |

ADDRESS

CITY/STATE                    ZIP

TOTAL CHARGES FOR CLIENT

                    19

TOTAL CHARGES/CREDIT-EXCLUSIVE OF INTEREST---    $61,379.83
TOTAL INTEREST CHARGES/CREDITS                          $.00
TOTAL ALL CHARGES/CREDITS                        $61,379.83

| | | |
|---|---|---|
| ** CHANGES OF TERMS **  INTEREST - | DISCOUNT - | $.00    COMMISSION - | $.00  TOTAL - | $.00 * |
| ** AUTO CHGEBACKS  **  INTEREST - | DISCOUNT - | $.00 | $.00  TOTAL - | $.00 * |
| ** REG CHGEBACKS  **  INTEREST - | DISCOUNT - | $.00 | $.00  TOTAL - | $.00 * |
| ** R E F U N D S  **  INTEREST - | DISCOUNT - | $.00 | $.00  TOTAL - | $84,689.33 * |
| ** INTEREST CLAIMS **  INTEREST - | DISCOUNT - | $.00 | $.00  TOTAL - | $23,308.50-* |
| | | | | $.00  TOTAL - | $.00 * |

Exhibit 4c

GMAC COMMERCIAL CREDIT LLC
ONE PENNSYLVANIA PLAZA
NEW YORK, N.Y. 10119

1    **Notice of Client Charge or Cred**

Supplier

2

| Date | Customer Number | Notice Number |
|------|-----------------|---------------|
| 4 | 5 | 6 |

Your Customer

3

Reason Codes:
01 - Uknown        06 - P.P.              11 - Terms Diff.
02 - Price Diff.   07 - Mdse Rtd.         12 - Late Payment Charge
03 - Freight Allow. 08 - Credit           13 - Excess Discount
04 - Mdse. Short   09 - Adver. Allow.     14 - Excess Anticipation
05 - Samples       10 - Mdse. Not Rec.

| Check Date | Check No. | Customer Remittance Amount | | | | |
|------------|-----------|----------------------------|---|---|---|---|
| 7 | 8 | 9 | 10 | | 11 | 12 |

We have received your customer's check as detailed above.

List of Paid Invoices

| Invoice Date | No. | Invoice Amount | Allowance Discount Amount | Final Due Date | No. Days Late | Deductions Date | D/M Ref. No. | Code | Terms % | Dys. | Deduction Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | | 23 |
| | | | Less Discount | Remit Date | Average No. of Days Late | | 27 | | | | |
| Total Invoices | 24 | | 25 | 26 | 28 | | | | | | |
| | | | | | | Total Deductions | | | | | 29 |
| | | | | | | Interest Rate | 30 | | | | 31 |
| | | | | | | Interest Amount | | | | | 32 |

| Total Charged or Credited (-) to Your Account | 33 |
|---|---|

Client:
Keep this statement for reference as the amount of these charges
or credits (-) will appear on your account current.

Exhibit 4d

FORM 07/02

FILE COPY

ADJUSTMENT PROCEDURES

Notice of Client Charge or Credit

| | | |
|---|---|---|
| 1. | Form Name | Notice of Client Charge or Credit |
| 2. | Supplier | Client Name & Client Number assigned by GMAC Commercial Credit LLC. |
| 3. | Your Customer | Customer Name and Address. |
| 4. | Date | Date of cash application |
| 5. | Customer No. | Customer's Account Number assigned by GMAC Commercial Credit LLC. |
| 6. | Notice No. | Sequential Number assigned when notices are printed. |
| 7. | Check Date | Date customer affixes to check. |
| 8. | Check No. | Customer's Check Number. |
| 9. | Customer Remittance Amount | Amount of Customer's Check |
| 10. | Batch No. | Location of check when received by lock box. |
| 11. | Employee No. | Accounting clerk who applied customer's check. |
| 12. | Bank Deposit Date | Date bank credits GMAC Commercial Credit LLC. |
| 13. | Invoice Date | Date you assigned to paid invoice. |

Exhibit 4d

GMAC LANDAY05171

## ADJUSTMENT PROCEDURES

### Notice of Client Charge or Credit

| | | |
|---|---|---|
| 14. | Invoice Number | Number you assigned to paid invoice. |
| 15. | Invoice Amount | Amount of paid invoice assigned to GMAC Commercial Credit LLC. |
| 16. | Allowable Discount Amount | Amount of discount customer is entitled to deduct when payment is made. |
| 17. | Final Due Date | Date invoice payment is due. |
| 18. | No. Days Late | If customer pays before final due date, number of days will print and be followed by a minus sign (e.g. 20-). If customer pays after final due date, only number of days will print (e.g. 20). |
| 19. | Date | Average of final due dates of invoices being paid. |
| 20. | D/M Ref. No. | If supplied by customer, accounting clerk will code deduction with that number. |
| 21. | Code | See Reason Codes printed on form (Exhibit 4d) - will explain why deduction was made by customer. |
| 22. | Terms | Discount applicable to each item created, if net, no discount is printed. If discountable, percent amount is printed. |
| 23. | Deduction Amount | Individual amounts created by accounting clerk per customer pay voucher. |

Exhibit 4d

GMAC LANDAY05172

24. Total Invoices

Aggregate total of invoices paid by customer. Up to 12 items will be printed.

25. Allowable Discount Amount Total

Total of allowable discount.

26. Remit Date

Customer's check date.

27. Gross Total

Aggregate total of deductions created.

28. Discount

Reduction of items by applicable discount.

29. Total Deductions

Net deductions after applicable discount.

30. Interest Days

Number of % vs days for which interest will be calculated.

31. Interest Rate Percent

Percent of interest in force at time of charge back. Interest is charged through last day of month.

32. Interest Amount

Total amount of interest charged.

33. Total Charge

Combination of net deductions plus interest charged.

Section 4d

GMAC LANDAY05173

## ADJUSTMENT PROCEDURES

### Item Identification Codes

| Transaction No. | Description |
|---|---|
| 200 | Invoice |
| 205 | Invoice Reinstated |
| 230 | Dept. Risk Invoice |
| 235 | Dept. Risk Invoice Reinstated |
| 250 | Dispute Invoice |
| 255 | Dispute Invoice Reinstated |
| 320 | Interest Claim |
| 325 | Interest Claim Reinstated |
| 350 | Misc. Error Deduction |
| 355 | Misc. Error Deduction Reinstated |
| 360 | Excess Discount Deduction |
| 365 | Excess Discount Deduction Reinstated |
| 380 | Excess Anticipation Deduction |
| 385 | Excess Anticipation Deduction Reinstated |
| 500 | Credit |
| 505 | Credit Reinstated |
| 510 | Advertising Credit |
| 515 | Advertising Credit Reinstated |

Exhibit 4e

GMAC LANDAY05174

## ADJUSTMENT PROCEDURES

### Item Identification Codes

| Transaction No. | Description |
| --- | --- |
| 520 | Cash On Account |
| 521 | Cash for Unidentified Client |
| 524 | Unidentified Cash Reinstated |
| 525 | Cash On Account Reinstated |
| 530 | Cash Overpayment |
| 535 | Cash Overpayment Reinstated |
| 550 | Deduction |
| 555 | Deduction Reinstated |
| 620 | Cash Advance |
| 625 | Cash Advance Reinstated |

Exhibit 4e

GMAC LANDAY05175

GMAC COMMERCIAL CREDIT LLC

COLLECTION PROCEDURES

SECTION 5

5.0

GMAC LANDAY05176

## COLLECTION PROCEDURES

The primary function of our Collection Department is to maintain an active surveillance of the outstanding receivables so as to be in a position to collect payments as per the terms assigned by our clients.

The department is divided into a Wholesale and Retail section. Within the Retail section, there is a Major Accounts group, which handles the highly specialized collections from chains, department stores and government units.

The Collection Department uses a computer-based, state of the art on-line system, which to a great extent eliminates paper handling. This maximizes our collectors' time on actual customer contact. The system has a built in dunning cycle which prioritizes collection responsibility by number of days past due and dollar amount past due. A combination of dunning letters and past due statements are automatically produced to help enforce our collectors' efforts.

5.1

GMAC LANDAY05177

## COLLECTION PROCEDURES

### Past Due Statements

Past due statements are sent for the most part, when a customer has an item that is ten days past due. Thereafter, the emphasis is placed on telephone calls and dunning letters. However, if by chance, a customer account is missed, another past due statement will go out in 28 days as added protection (Exhibit 5a).

### Computer Form Letters

A.    Dunning Letters

The system uses three dunning letters of increasing gravity. These appear as Exhibits 5b, 5c, 5d. However, since the most effective collection mode is the making of telephone calls, the dunning letters are automatically sent only if a customer was not called during a fourteen day period. Again, this serves as added protection against missed calls.

B.    Other Interactive Letters

There are a series of other letters automatically generated, which are keyed to the customer's response to our request for payment.

5.2

## COLLECTION PROCEDURES

C.    **Dispute Letters**

During the course of our collection effort, a customer may advise us that he will not pay because of some reason other than his financial inability to pay. This will become a dispute. We will notify you by a computer generated letter, (Exhibit 5e). This letter includes whatever information we have as to the customer's reason for non payment. Resolving disputes is your responsibility. If the dispute is not resolved within 60 days, the invoice will be charged back to your account on the date indicated in the letter. We reserve the right to charge back disputes at any time.

5.3

GMAC LANDAY05170

## General Information

Recognizing that various trades, types of businesses and sizes of customers present different types of collection problems, we have structured our Collection Department so that various sections are assigned to handle a particular type of business, e.g. Wholesale, Carpets, Retail, Department and Chain stores, etc. Each collection person within the section becomes familiar with the various problems, nuances and peculiarities of the type of business to which the section is assigned.

Each section reports to a Section Manager, who in turn reports to the Collection Manager.

Collection Department Manager

Telephone Number is (212)-884-7018

5.4

GMAC LANDAY05180

ADDRESS ALL CORRESPONDENCE TO:

GMAC COMMERCIAL CREDIT LLC
1290 AVENUE OF THE AMERICAS
NEW YORK, NY          10104

STATEMENT DATE

JUN 05, 2000

PLEASE SEND CHECKS TO ORDER OF:

GMAC COMMERCIAL CREDIT LLC
P.O. BOX 19352
NEWARK, NJ  07195-0352

ATTN: ACCOUNTS PAYABLE

NY 10018

CUSTOMER NUMBER

CUSTOMER TELEPHONE

| PURCHASED FROM/TRANSACTION TYPE | ITEM NO. | STORE NO. | INVOICE NO. | INVOICE DATE | DUE DATE | AMOUNT |
|---|---|---|---|---|---|---|
| INV  BATCH  CART/FRAME SC | | | | | | |
| (USD) ESSENTIAL CHILDRENSWEAR L | | | 560500 | | | |
| INV 409 010 D1949T00002 49 | 00001 | 0001 | 04101771 | 01-24-00 | 02-24-00 | 18.00 |
| INV 409 010 D1949T00003 49 | 00002 | 0001 | 04101772 | 01-24-00 | 02-24-00 | 12,222.00 |
| INV 413 010 D1949T00002 49 | 00003 | 0001 | 04101773 | 01-24-00 | 02-24-00 | 22,911.00 |
| INV 413 010 D1949T00003 49 | 00004 | 0001 | 04101774 | 01-24-00 | 02-24-00 | 19,305.00 |
| CASH ON ACCOUNT | 00005 | 0000 | 00004627 | 05-22-00 | 05-22-00 | 27,219.00- |

FOR QUESTIONS ABOUT YOUR ACCOUNT,
CALL  212-408-7309  BENSON, JOHN

TOTAL PAST DUE          27,237.00

FORM 568

Exhibit 5a

GMAC LANDAY05181

**GMAC**
**COMMERCIAL**
**CREDIT LLC**

1290 AVENUE OF THE AMERICAS, NEW YORK, NY 10104

JUNE 05 2000

CUSTOMER NAME
ADDRESS
CITY/STATE

RE: ACCOUNT NUMBER

DEAR CUSTOMER:

WE RECENTLY SENT TO YOUR ATTENTION A STATEMENT OF PAST DUE INVOICES. IN REVIEWING YOUR ACCOUNT IT HAS BEEN NOTED THAT THE ITEMS LISTED BELOW REMAIN UNPAID.

| (USD) | CLIENT NAME | INV # | INV DATE | DUE DATE | AMOUNT |
|---|---|---|---|---|---|
| | | 00024473 | 04/04/00 | 05/04/00 | 833.30 |
| | | 00027469 | 04/04/00 | 05/04/00 | 996.03 |
| | | 00027475 | 04/03/00 | 05/03/00 | 1,042.88 |
| | | 00027476 | 04/04/00 | 05/04/00 | 808.21 |
| | | 00027477 | 04/04/00 | 05/04/00 | 1,125.78 |
| | | 00027478 | 04/04/00 | 05/04/00 | 976.16 |
| | | 00027479 | 04/04/00 | 05/04/00 | 1,169.15 |
| | | 00027480 | 04/03/00 | 05/03/00 | 1,378.45 |
| | | 00027481 | 04/04/00 | 05/04/00 | 741.48 |
| | | 00027482 | 04/04/00 | 05/04/00 | 780.85 |
| | | 00027483 | 04/04/00 | 05/04/00 | 798.98 |
| | | 00027484 | 04/04/00 | 05/04/00 | 1,145.99 |
| | | 00027487 | 04/04/00 | 05/04/00 | 1,188.36 |
| | | 00027501 | 04/04/00 | 05/04/00 | 768.83 |
| | | 00027503 | 04/04/00 | 05/04/00 | 1,291.86 |
| | | 00027505 | 04/04/00 | 05/04/00 | 607.58 |
| | | TOTAL PAST DUE USD | | | 15,652.99 |

PLEASE BRING YOUR ACCOUNT CURRENT BY SENDING A CHECK FOR THESE PAST DUE INVOICES.

VERY TRULY YOURS,

HART, ERIC
COLLECTION DEPARTMENT
212-884-7223

Exhibit 5b

**GMAC**
**COMMERCIAL**
**CREDIT LLC**

4201 WILSHIRE BLVD., SUITE 450, LOS ANGELES, CA 90010

JANUARY 02, 2000

RE:  ACCOUNT NUMBER

DEAR CUSTOMER:

WE HAVE CONTACTED YOU SEVERAL TIMES REGARDING THE PAST DUE
STATUS OF YOUR ACCOUNT.

NEVERTHELESS, THE INVOICE(S) LISTED BELOW CONTINUE TO REMAIN
SERIOUSLY PAST DUE.

| CLIENT NAME | INV. NO. | INV. DATE | DUE DATE | AMOUNT |
|---|---|---|---|---|
| | 564458 | 02/29/99 | 04/10/99 | $2,050.18 |
| | 571589 | 07/02/99 | 08/10/99 | 556.69 |
| | 588498 | 07/10/99 | 08/10/99 | 22.68 |
| | 591421 | 07/15/99 | 08/10/99 | 612.40 |
| | 598440 | 07/23/99 | 09/10/99 | 467.75 |
| | 610026 | 08/03/99 | 09/10/99 | 702.92 |
| | | | TOTAL | $4,412.62 |

WE MUST INSIST ON IMMEDIATE PAYMENT TO BRING YOUR ACCOUNT
CURRENT.

VERY TRULY YOURS,

COLLECTION DEPARTMENT
212-408-7120

Exhibit 5c

GMAC LANDAY05183

**GMAC**
**COMMERCIAL**
**CREDIT LLC**

4201 WILSHIRE BLVD., SUITE 450, LOS ANGELES, CA 90010

JANUARY 02, 2000

RE: ACCOUNT NUMBER

DEAR CUSTOMER:

YOUR ACCOUNT IS SERIOUSLY PAST DUE.  SEVERAL STATEMENTS
ITEMIZING THE PAST DUE INVOICE(S) HAVE BEEN SENT.

IT IS IMPERATIVE THAT THE INVOICE(S) LISTED BELOW ARE PAID
IMMEDIATELY.

| CLIENT NAME | INV. NO. | INV. DATE | DUE DATE | AMOUNT |
|---|---|---|---|---|
| | 126529 | 07/16/99 | 08/16/99 | 787.15 |
| | 127750 | 07/29/99 | 09/25/99 | 3,472.00 |
| | 128007 | 07/29/99 | 10/15/99 | 1,662.00 |
| | 129113 | 07/30/99 | 09/25/99 | 505.07 |
| | 129222 | 07/30/99 | 08/30/99 | 239.06 |
| | 129703 | 07/31/99 | 09/01/99 | 1,140.32 |
| | 129801 | 08/07/99 | 09/07/99 | 1,165.00 |
| | 129835 | 08/24/99 | 09/25/99 | 2,238.00 |
| | 129898 | 08/24/99 | 09/24/99 | 620.00 |
| | 129903 | 08/24/99 | 10/15/99 | 792.00 |

TOTAL    $12,620.60

VERY TRULY YOURS,

COLLECTION DEPARTMENT
212-408-7339

Exhibit 5d

GMAC LANDAY05184

**GMAC**
**COMMERCIAL**
**CREDIT LLC**

4201 WILSHIRE BLVD., SUITE 450, LOS ANGELES, CA 90010

JUNE 09, 2000

RE:

CA 90013-2237

CUSTOMER #

DEAR CLIENT:

THE FOLLOWING INVOICE(S) REMAIN UNPAID BY YOUR CUSTOMER DUE TO THE REASON(S) DESIGNATED. EACH INVOICE IS SUBJECT TO CHARGEBACK ON THE DATE STATED. WE HAVE PROVIDED SPACE ON THIS ADVICE FOR A REPLY. THIS WILL BE THE ONLY NOTICE THAT YOU WILL RECEIVE ON THESE CLAIMS.

FREIGHT CHARGE, SAMPLE, DISPLAY, ETC.          DUE FOR CHARGEBACK

| INVOICE # | INVOICE DATE | DUE DATE | AMOUNT | |
|-----------|--------------|----------|--------|--|
| 00019350 | 03/31/00 | 06/01/00 | 113.55 | 07/09/00 |

PLEASE SEND ANY CORRESPONDENCE ON THE ABOVE INVOICE(S) TO THE UNDERSIGNED.

VERY TRULY YOURS,

TONI RIOS
COLLECTION DEPARTMENT
323-930-3631

REPLY:

_____

_____

SIGNATURE _____

Exhibit 5e

GMAC LANDAY05185

GMAC COMMERCIAL CREDIT LLC
ONE PENNSYLVANIA PLAZA
NEW YORK, N.Y. 10119



DEPOSITION
EXHIBIT
D-1
11/10/05

**Notice of Customer Deduction**

OFFSET COPY-74666

| Supplier | | |
|---|---|---|
| | 102400 | |
| SENECA SPORTS INC | | USD |

| Date | Customer No. | Notice No |
|---|---|---|
| 06-25-02 | 9147158 | 06-25-792 |

Your Customer
TOYS R US
225 SUMMIT AVE
MONTVALE          NJ
07645

Reason Codes
01 - Unkown          06 - Markdown Allowance Mdse
02 - Price Diff       07 - Mdse Rtd
03 - Freight Allow    08 - Credit          11 - Terms Diff
04 - Mdse. Short      09 - Adver Allow.    12 - Damage Allowance
05 - Samples          10 - Mdse Not Rec    13 - Shipping Violation

| Check Date | Check No. | Customer Remittance Amount | | | | |
|---|---|---|---|---|---|---|
| 06-21-02 | 662528 | $82,153.18 | BATCH NO. 422 | EMPLOYEE NO. 005 | **BANK DEPOSIT DATE** 06-24-02 | |

We have received your customer's check as detailed above.          PAGE          1

| List of Paid Invoices | | | | | | Deductions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Invoice | | Invoice Amount | Allowable Discount Amount | Final Due Date | No. Days Late | Date | D/M Ref No. | Code | Terms | | Deduction Amount |
| Date | Number | | | | | | | | % | Days | |
| 07-19 | 00228512 | $840.00 | | 09-19-01 | 278 | 10-23-01 | 439924 | 08 | | | $1,455.63 |
| 07-19 | 00228513 | $360.00 | | 09-19-01 | 278 | 10-23-01 | 025667 | 08 | | | $20,000.00 |
| 07-31 | 00228698 | $540.00 | | 10-01-01 | 266 | 10-23-01 | 026189 | 08 | | | $4,557.17 |
| 07-31 | 00228699 | $14,706.00 | | 10-01-01 | 266 | 10-23-01 | 150033 | 08 | | | $4,507.21 |
| 07-31 | 00228700 | $13,252.50 | | 10-01-01 | 266 | 10-23-01 | 300139 | 08 | | | $744.81 |
| 07-31 | 00228701 | $11,542.50 | | 10-01-01 | 266 | 10-23-01 | 100500 | 01 | | | $1,254.00 |
| 07-31 | 00228702 | $1,881.00 | | 10-01-01 | 266 | 10-23-01 | 439904 | 01 | | | $1,908.42 |
| 08-01 | 00228711 | $1,800.00 | | 10-01-01 | 266 | 10-23-01 | 416543 | 01 | | | $1,325.00 |
| 08-01 | 00228712 | $5,184.00 | | 10-01-01 | 266 | 10-23-01 | 256668 | 01 | | | $90,000.00 |
| 08-01 | 00228713 | $3,492.00 | | 10-01-01 | 266 | 10-23-01 | 662528 | 01 | | | $5,000.00 |
| 08-01 | 00228714 | $2,988.00 | | 10-01-01 | 266 | 10-23-01 | 662528 | 04 | | | $24,000.00 |
| 08-01 | 00228715 | $1,296.00 | | 10-01-01 | 266 | 10-23-01 | 097673 | 01 | | | $1,318.95 |

CONTINUED ON
NEXT PAGE

Total Invoice Amount          Total Deduction

As to customer deductions listed above, please advise us by checking one of the boxes below and returning to us one signed copy of this notice  The above deductions will be charged to your account unless otherwise adjusted

Accounts Receivable Department

Client  Your credit should bear same discount terms as the deduction above

O   We will issue credit for the deduction

O   We will correspond with the customer and notify you within 30 days

O   Charge our account for the amount deducted (we will not issue a credit)

KEEP THIS COPY FOR YOUR RECORDS

X Sign

**GLAN 01987**

GMAC COMMERCIAL CREDIT LLC
ONE PENNSYLVANIA PLAZA
NEW YORK, N.Y. 10119

**Notice of Customer Deductio**

| Supplier | | |
|---|---|---|
| | 102400 | |
| SENECA SPORTS INC | | USD |

OFFSET CODE-74666

| Date | Customer No. | Notice No. |
|---|---|---|
| 06-25-02 | 9147158 | 06-25-792 |

Your Customer
TOYS R US
225 SUMMIT AVE
MONTVALE          NJ
          07645

Reason Codes
01 - Unkown          06 - Markdown Allowance Mdse
02 - Price Diff       07 - Mdse. Rtd
03 - Freight Allow    08 - Credit          11 - Terms Diff
04 - Mdse. Short      09 - Adver. Allow    12 - Damage Allowance
05 - Samples          10 - Mdse. Not Rec.  13 - Shipping Violation

| Check Date | Check No. | Customer Remittance Amount | | | |
|---|---|---|---|---|---|
| 06-21-02 | 662528 | $82,153.18 | BATCH NO. 422 | EMPLOYEE NO. 005 | BANK DEPOSIT DATE 06-24-02 |

We have received your customer's check as detailed above.                    PAGE      2

List of Paid Invoices                                    Deductions

| Invoice Date | Number | Invoice Amount | Allowable Discount Amount | Final Due Date | No. Days Late | Date | D/M Ref. No | Code | Terms % | Days | Deduction Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08-01 | 00228716 | $2,700.00 | | 10-01-01 | 266 | 10-23-01 | 662528 | 01 | | | $5,890.13 |
| 08-01 | 00228717 | $1,188.00 | | 10-01-01 | 266 | | | | | | |
| 08-01 | 00228718 | $1,542.00 | | 10-01-01 | 266 | | | | | | |
| 08-01 | 00228719 | $5,956.50 | | 10-01-01 | 266 | | | | | | |
| 08-01 | 00228720 | $6,669.00 | | 10-01-01 | 266 | | | | | | |
| 08-01 | 00228721 | $6,754.50 | | 10-01-01 | 266 | | | | | | |
| 08-06 | 00228779 | $28,500.00 | | 10-06-01 | 261 | | | | | | |
| 08-16 | 00228885 | $1,539.00 | | 10-16-01 | 251 | | | | | | |
| 08-16 | 00228886 | $6,327.00 | | 10-16-01 | 251 | | | | | | |
| 08-16 | 00228887 | $3,049.50 | | 10-16-01 | 251 | | | | | | |
| 08-24 | 00229009 | $792.00 | | 10-24-01 | 243 | | | | | | |
| 08-24 | 00229010 | $612.00 | | 10-24-01 | 243 | | | | | | |
| | AND OTHERS | | | | | | | | | | |

$244,114.50
Total Invoice Amount

$161,961.32
Total Deduction

As to customer deductions listed above, please advise us by checking one of the boxes below and returning to us one signed copy of this notice  The above
deductions will be charged to your account unless otherwise adjusted

Accounts Receivable Department

Client  Your credit should bear same discount terms as the deduction above

O   We will issue credit for the deduction

O   We will correspond with the customer and notify you within 30 days

O   Charge our account for the amount deducted (we will not issue a credit)

**GLAN 01988**

X Sign _____

KEEP THIS COPY FOR YOUR RECORDS

GMAC COMMERCIAL CREDIT LLC
ONE PENNSYLVANIA PLAZA
NEW YORK, N.Y. 10119

**Notice of Customer Deductic**

OFFSET CODE-74666

Supplier                                    102400

SENECA SPORTS INC                      USD

| Date | Customer No. | Notice No. |
|------|--------------|------------|
| 06-25-02 | 9147158 | 06-25-792 |

Your Customer

TOYS R US
225 SUMMIT AVE
MONTVALE                        NJ
                 07645

Reason Codes
01 - Unkown
02 - Price Diff
03 - Freight Allow
04 - Mdse. Short
05 - Samples

06 - Markdown Allowance Mdse
07 - Mdse. Rtd
08 - Credit
09 - Adver. Allow
10 - Mdse. Not Rec

11 - Terms Diff
12 - Damage Allowance
13 - Shipping Violation

| Check Date | Check No | Customer Remittance Amount | | | | |
|------------|----------|---------------------------|--|--|--|--|
| 06-21-02 | 662528 | $82,153.18    BATCH NO. 422    EMPLOYEE NO. 005 | | | BANK DEPOSIT DATE | 06-24-02 |

We have received your customer's check as detailed above.                    PAGE        1

List of Paid Invoices | | | | | | Deductions | | | | | |

| Invoice Date | Number | Invoice Amount | Allowable Discount Amount | Final Due Date | No Days Late | Date | D/M Ref. No. | Code | Terms % | Days | Deduction Amount |
|------|--------|------|------|------|------|------|------|------|------|------|------|
| 07-19 | 00228512 | $840.00 | | 09-19-01 | 278 | 10-23-01 | 439924 | 08 | | | $1,455.63 |
| 07-19 | 00228513 | $360.00 | | 09-19-01 | 278 | 10-23-01 | 025667 | 08 | | | $20,000.00 |
| 07-31 | 00228698 | $540.00 | | 10-01-01 | 266 | 10-23-01 | 026189 | 08 | | | $4,557.17 |
| 07-31 | 00228699 | $14,706.00 | | 10-01-01 | 266 | 10-23-01 | 150033 | 08 | | | $4,507.21 |
| 07-31 | 00228700 | $13,252.50 | | 10-01-01 | 266 | 10-23-01 | 800139 | 08 | | | $744.81 |
| 07-31 | 00228701 | $11,542.50 | | 10-01-01 | 266 | 10-23-01 | 400500 | 01 | | | $1,254.00 |
| 07-31 | 00228702 | $1,881.00 | | 10-01-01 | 266 | 10-23-01 | 439904 | 01 | | | $1,908.42 |
| 08-01 | 00228711 | $1,800.00 | | 10-01-01 | 266 | 10-23-01 | 416543 | 01 | | | $1,325.00 |
| 08-01 | 00228712 | $5,184.00 | | 10-01-01 | 266 | 10-23-01 | 256668 | 01 | | | $90,000.00 |
| 08-01 | 00228713 | $3,492.00 | | 10-01-01 | 266 | 10-23-01 | 562528 | 01 | | | $5,000.00 |
| 08-01 | 00228714 | $2,988.00 | | 10-01-01 | 266 | 10-23-01 | 562528 | 04 | | | $24,000.00 |
| 08-01 | 00228715 | $1,296.00 | | 10-01-01 | 266 | 10-23-01 | 097673 | 01 | | | $1,318.95 |

Total Invoice Amount

CONTINUED ON
NEXT PAGE

Total Deduction

As to customer deductions listed above, please advise us by checking one of the boxes below and returning to us one signed copy of this notice. The above
deductions will be charged to your account unless otherwise adjusted

Accounts Receivable Department

Client  Your credit should bear same discount terms as the deduction above

○  We will issue credit for the deduction

○  We will correspond with the customer and notify you within 30 days

○  Charge our account for the amount deducted (we will not issue a credit)

**GLAN 01989**

PLEASE RETURN IMMEDIATELY

X S.put

GMAC COMMERCIAL CREDIT LLC
ONE PENNSYLVANIA PLAZA
NEW YORK, N.Y. 10119

**Notice of Customer Deductio**

OFFSET CODE-74666

Supplier

102400

SENECA SPORTS INC            USD

| Date | Customer No. | Notice No. |
|------|-------------|-----------|
| 06-25-02 | 9147158 | 06-25-792 |

Your Customer

TOYS R US
225 SUMMIT AVE
MONTVALE                NJ
07645

Reason Codes
01 - Unkown          06 - Markdown Allowance Mdse
02 - Price Diff      07 - Mdse. Rtd
03 - Freight Allow   08 - Credit          11 - Terms Diff
04 - Mdse. Short     09 - Adver. Allow    12 - Damage Allowance
05 - Samples         10 - Mdse. Not Rec   13 - Shipping Violation

| Check Date | Check No. | Customer Remittance Amount | | | | |
|-----------|-----------|---------------------------|---|---|---|---|
| 06-21-02 | 662528 | $82,153.18 | BATCH NO. 422 | EMPLOYEE NO. 005 | BANK DEPOSIT DATE 06-24-02 | |

**We have received your customer's check as detailed above.**                                    PAGE        2

List of Paid Invoices                                    Deductions

| Invoice Date | Number | Invoice Amount | Allowable Discount Amount | Final Due Date | No. Days Late | Date | D/M Ref. No | Code | Terms % | Days | Deduction Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08-01 | 00228716 | $2,700.00 | | 10-01-01 | 266 | 10-23-01 | 662528 | 01 | | | $5,890.13 |
| 08-01 | 00228717 | $1,188.00 | | 10-01-01 | 266 | | | | | | |
| 08-01 | 00228718 | $1,542.00 | | 10-01-01 | 266 | | | | | | |
| 08-01 | 00228719 | $5,956.50 | | 10-01-01 | 266 | | | | | | |
| 08-01 | 00228720 | $6,669.00 | | 10-01-01 | 266 | | | | | | |
| 08-01 | 00228721 | $6,754.50 | | 10-01-01 | 266 | | | | | | |
| 08-06 | 00228779 | $28,500.00 | | 10-06-01 | 261 | | | | | | |
| 08-16 | 00228885 | $1,539.00 | | 10-16-01 | 251 | | | | | | |
| 08-16 | 00228886 | $6,327.00 | | 10-16-01 | 251 | | | | | | |
| 08-16 | 00228887 | $3,049.50 | | 10-16-01 | 251 | | | | | | |
| 08-24 | 00229009 | $792.00 | | 10-24-01 | 243 | | | | | | |
| 08-24 | 00229010 | $612.00 | | 10-24-01 | 243 | | | | | | |
| | AND OTHERS | | | | | | | | | | |

$244,114.50
Total Invoice Amount

$161,961.32
Total Deduction

As to customer deductions listed above, please advise us by checking one of the boxes below and returning to us one signed copy of this notice. The above deductions will be charged to your account unless otherwise adjusted.

Accounts Receivable Department

Client  Your credit should bear same discount terms as the deduction above

○  We will issue credit for the deduction

○  We will correspond with the customer and notify you within 30 days

○  Charge our account for the amount deducted (we will not issue a credit)        **GLAN 01990**

PLEASE RETURN IMMEDIATELY                    X Sign



| INVOICE NUMBER | INVOICE AMOUNT |
|---|---|
| *99155 | 8353- |
| *216719 | 1353243- |
| *229102 | 14479- |
| 228513 | 35172 |
| 228699 | 1436776 |
| 228701 | 1127702 |
| 228711 | 175860 |
| 228713 | 341168 |
| 228715 | 126619 |
| 228717 | 116068 |
| 228719 | 581950 |
| 228721 | 659915 |
| 228885 | 1503560 |
| 228887 | 297936 |
| 229010 | 59792 |
| 229012 | 114162 |
| 229014 | 334134 |
| 229040 | 84413 |
| 229043 | 70344 |
| 229101 | 383505 |
| 229102 | 97456 |
| 229221 | 139262 |
| 229223 | 1431207 |
| 229277 | 473356 |
| 229455 | 849257 |
| 229456 | 3424873 |
| 97673 | 131895 |
| 216719 | 1353243 |
| 229102 | 14479- |
| 229578 | 145563- |
| *GF439924 | 2000000- |
| *CAS56667A | 455717- |
| *CAS26189C | 450721- |
| *R0D150033 | 744B1- |
| 8501800139 | |

GLAN 01992

```
- - - C L I E N T - - -          -NO-        CROSS REF.TO A/C    - - - T Y P E - - -              RECEIVABLE  PAGE NO.   1
SENECA SPORTS INC T/O             1008-00      1024-00            COLLECTION                                  ASSIGNED
75 FORTUNE BLVD                                                   CURRENCY - USD                    AMOUNT AV.DUE DATE
MILFORD, MA                      AS OF DATE
                                 10-31-01
      01757                                                                                    MONTH
                                 ACCOUNT EXECUTIVE                                              10-01
                                                                                               09-01
                                 FITZGERALD,P                                                   08-01
                                                                                               07-01

                                                                 COLLS.NOT TRANSFERRED
```

```
POSTING  VALUE  ASSIGNMENT OR  TRANS   - - - COLLECTION ACCOUNT - - -   ADVANCE/MATURED FUNDS ACCOUNT - - -
DATE     DATE   REFERENCE      CODE    TRANSACTIONS         BALANCE     TRANSACTIONS          BALANCE
                                       DR-       CR         DR-   CR    DR-        CR         DR-   CR

OPENING MONTH BALANCE                                       4,012.74                                .00

MONTH END BALANCE                                           4,012.74                                .00
```

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS;
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.



Landay
4
AK  8.18.05

PENGAD 800-631-6989

GLAN 01516

GLAN 00026

- - -

CLIENT
SEREA SPRTS INC
C/O JOHN CROWLEY
SRVCD COMMERCIAL CREDIT
BROAD FEDERAL ST 6TH FL
BOSTON MA  02114

ABD - T024-00
AS OF DATE  05-31-02

COLLECTION TYPE
CURRENCY - USD
OFFSET - 74666

RECEIVABLE    PAGE NO. 1
MONTH ASSIGNED    AMOUNT AVL DUE DATE
05-02
04-02
03-02
02-02

ACCOUNT EXECUTIVE
FITZPATRICK J
TERMIN DATE  12-31-01

COLLS NOT TRANSFERRED

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR-CR | BALANCE DR-CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR-CR | BALANCE DR-CR |
|---|---|---|---|---|---|---|---|
| | | OPENING MONTH BALANCE | | | | | |
| 05-01-02 | | MISC CR06/28 | 120 | | 383,710.80 | | 1,211,913.80- |
| 05-08-02 | | CHARGE BACK | 194 | 1,692.00- | 383,710.80 | 537.67- | 1,212,511.47- |
| 05-14-02 | | CHARGE BACK | 194 | 306.19- | 382,018.80 | | 1,212,511.47- |
| 05-21-02 | | CHARGE BACK | 194 | 27,983.40- | 381,712.61 | | 1,212,511.47- |
| 05-23-02 050102 050102 | | OVERDUV CHRGE | 190 | 106.03 | 353,135.21 | | 1,212,511.47- |
| 05-24-02 | | CHARGE BACK | 194 | | 353,135.24 | 2,254.00- | 1,214,765.47- |
| 05-28-02 | | COLLECTIONS | 195 | 108.82 | 353,244.06 | | 1,214,765.47- |
| 05-31-02 | | D.I.B  100600 | 185 | 108.82- | 353,135.24 | 133.05- | 1,214,898.65- |
| 05-31-02 053002 | | COLLECTIONS | 156 | 5,033.03 | 358,868.27 | 5,033.03- | 1,219,822.73- |
| 05-31-02 | | INT ON AVG BAL  001 | | | 358,868.27 | 8,370.56- | 1,228,193.29- |
| | | MONTH END BALANCE | | | 358,868.27 | 108.82 | 1,228,193.29- |

| INTEREST ON AVERAGE ADVANCES | AVG BALANCE | RATE | AMOUNT |
|---|---|---|---|
| | 1,275,080.43- e | 8.000 % | 8,370.56- |

- - -

D 15

GLAN 01543