# EXHIBIT G

1          VOL. I, PAGES 1 - 201

2

3          UNITED STATES DISTRICT COURT

4          DISTRICT OF MASSACHUSETTS

5          CIVIL ACTION NO. 04-CV-11955-WGY

6

7   DAVID L. LANDAY

8                    Plaintiff

9   V.

10  GMAC COMMERCIAL CREDIT, LLC and

11  GMAC COMMERCIAL FINANCE, LLC

12                   Defendants

13

14          - - - - - - - -

15          Deposition of David L. Landay

16          Tuesday, October 18, 2005

17          9:42 a.m.

18          Edwards & Angell, LLP

19          101 Federal Street

20          Boston, Massachusetts

21          - - - - - - - -

22          Reporter: Deborah Roth, RPR/CSR

23

24

David L. Landay                                           10/18/2005

181

| | | |
|---|---|---|
| 57:55 | 1 | in Ms. Pappalardo's Exhibit 3, which is her |
| 16:57:59 | 2 | calculation of damages.  (A) there is still no |
| 16:58:02 | 3 | accounting.  There are close to a half a million |
| 16:58:07 | 4 | dollars in unsubstantiated charges to the loan |
| 16:58:10 | 5 | without backup. |
| 16:58:12 | 6 | I believe at her deposition we went |
| 16:58:14 | 7 | through the miscellaneous charges, but there are |
| 16:58:17 | 8 | hundreds of thousands of dollars of charges to |
| 16:58:19 | 9 | which there has been no backup provided. |
| 16:58:23 | 10 | Q.  **Is there anything else that you can recall** |
| 16:58:28 | 11 | **that you contend constitutes -- that occurred in** |
| 16:58:34 | 12 | **connection with the New York action which you** |
| 16:58:36 | 13 | **believe constitutes a violation of Massachusetts** |
| 16:58:40 | 14 | **law?** |
| 16:58:46 | 15 | A.  I would have to sit down and give you a |
| 16:58:50 | 16 | list, but those are the five highlights that come |
| 16:58:52 | 17 | to mind immediately. |
| 16:58:56 | 18 | Q.  **You're represented by counsel in New York?** |
| 16:59:10 | 19 | A.  Yes. |
| 16:59:14 | 20 | Q.  **Have your attorneys in New York filed** |
| 16:59:22 | 21 | **motions seeking sanctions for the acts and** |
| 16:59:34 | 22 | **omissions that you just identified?** |
| 16:59:36 | 23 | A.  If I remember correctly, there was a filing |
| 16:59:40 | 24 | to be made on sanctions, and there -- if I am using |