# EXHIBIT H

92

1                     Pappalardo-direct/Wagner

2   correct?

3       A    Correct.

4       Q    And that is a total of the advances minus the

5   collections of the accounts receivable, minus the other

6   collections, adding the interest, adding the over advance

7   charges, adding the commission charges, adding the wire

8   charges, adding the letter of credit charges, adding the

9   bank charges, adding legal and adding miscellaneous charges;

10  is that correct.

11      A    That's correct.

12      Q    Let's go to a legal column for a brief moment.

13  What does the legal column consist of?

14      A    Legal invoices.

15      Q    And these are fees that GMAC was charged for in

16  the collection action against Mr. Landay?

17      A    I can't say specifically without reviewing the

18  invoice what each one was for.

19      Q    Did they include the fees that my firm charged?

20      A    Yes.

21      Q    Do they include the fees that the Massachusetts

22  firm charged?

23      A    Yes.

24      Q    Now, having reviewed this, do you believe that

25  those legal fees should be part of the loan balance?

26               MR. EINSTEIN:  Objection.

            KATHY Y. SIMMONS, RPR, OFFICIAL COURT REPORTER