UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID L. LANDAY )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>GMAC COMMERCIAL CREDIT LLC )<br>and GMAC COMMERCIAL FINANCE )<br>LLC, )<br>    Defendants. )<br> ) | Civil Action No. 04-cv-11955-WGY |

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S
### MOTION FOR SUMMARY JUDGMENT ON USURY COUNT

Pursuant to Fed. R. Civ. P. 56, defendant GMAC Commercial Finance LLC ("GMAC CF")[1] objects to Plaintiff David L. Landay's Motion for Summary Judgment on the Usury Count[2] on the grounds that: (1) the Massachusetts usury statute does not apply to this case; (2) Landay was not a party to the allegedly usurious loan, so he lacks standing to challenge it; (3) Landay waived any usury claim that he might once have been able to assert; and (4) the underlying transaction was not usurious. In addition, at the very least, factual disputes prevent Landay from obtaining summary judgment. Therefore, this Court should deny Landay's motion for partial summary judgment on his usury claim and instead grant GMAC CF's motion for summary judgment as to all outstanding claims, including Count II.

---

[1] While the Amended Complaint names two defendants, GMAC Commercial Credit LLC and GMAC Commercial Finance LLC, GMAC Commercial Finance LLC is actually the successor by merger of GMAC Commercial Credit LLC and a third GMAC entity, GMAC Business Credit LLC. For ease of reference, throughout this motion and all supporting documents, all three companies are referred to jointly as GMAC CF.

[2] Notwithstanding the title of his motion, Landay seeks only partial summary judgment on Count II in the amount of $121,822.98. See Pl.'s Mem. (Docket No. 51) at 12-13. Landay specifically asks the Court to reserve until trial any ruling on his claim that GMAC CF's factoring agreement with Seneca Sports, Inc. and Brookfield International, Inc. should be voided and that GMAC CF should return approximately $5.35 million to Landay. Id. at 13.

In support of its objection, GMAC CF submits and relies upon its memorandum in support of opposition to plaintiff's motion for summary judgment on usury count, its memorandum in support of defendants' motion for summary judgment, its statement of disputed facts and additional material facts, its statement of undisputed facts as well as the affidavits of Mark B. Dubnoff, Katie E. P. Shean, Judy Radoccia, Louis G. Marcus and Jeffrey F. Hegel.

DATED:  December 14, 2005

/s/ John A. Houlihan
/s/ Mark B. Dubnoff
John A. Houlihan (BBO # 542038)
Mark B. Dubnoff (BBO # 637212)
EDWARDS ANGELL PALMER & DODGE LLP
101 Federal Street
Boston, MA  02110
(617) 439-4444