# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID L. LANDAY<br>    Plaintiff,<br><br>v.<br><br>GMAC COMMERCIAL CREDIT LLC<br>and GMAC COMMERCIAL FINANCE<br>LLC,<br>    Defendants. | Civil Action No. 04-cv-11955-WGY |

## AFFIDAVIT OF KATIE E. P. SHEAN

I, Katie E. P. Shean, upon oath, depose and state as follows:

1. I am over 18 years of age, am competent to testify, and have personal knowledge of the facts set forth herein.

2. I am a paralegal at Edwards Angell Palmer & Dodge LLP, which is representing the defendants in this action.

3. In December 2005, I caused a search to be conducted at the Massachusetts Secretary of State's Office for Uniform Commercial Code ("UCC") Financing Statements relating to Seneca Sports, Inc. ("Seneca") as a debtor.

4. The documents attached as Exhibit 1 are true and accurate copies of all documents that I received in response to my inquiry.

SWORN TO AND SUBSCRIBED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 14th DAY OF DECEMBER 2005.

_____
Katie E. P. Shean

# EXHIBIT 1

UCC11 Request: 15818
Valid Through: December 04, 2006
Page: 1 of 6

Case 1:04-cv-11955-WGY    Document 65-3    Filed 12/14/2005    Page 4 of 9

Commonwealth of Massachusetts
William Francis Galvin, Secretary of the Commonwealth
Uniform Commercial Code

**INFORMATION REQUEST**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT [optional] | FILING OFFICE ACCT # |
|---|---|
| Colleen Barrett   617-742-8484 | |

B. RETURN TO: (Name and Address)

Bay State Corporate Services
6 Beacon Street, Suite 510
Boston, MA 02108

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR NAME to be searched - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME
SENECA SPORTS, INC.

OR

1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

2. INFORMATION OPTIONS relating to UCC filings and other notices on file in the filing office that include as a Debtor name the name identified in Item 1:

2a. SEARCH RESPONSE  [✓] CERTIFIED (Optional)
Select one of the following two options: [✓] ALL (Check this box to request a response that is complete, including filings that have lapsed.)  [ ] UNLAPSED

2b. COPY REQUEST  [ ] CERTIFIED (Optional)
Select one of the following two options: [ ] ALL   [ ] UNLAPSED

2c. SPECIFIED COPIES ONLY  [ ] CERTIFIED (Optional)

| Record Number | Date Record Filed (if required) | Type of Record and Additional Identifying Information (if required) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

3. ADDITIONAL SERVICES:

4. DELIVERY INSTRUCTIONS (request will be completed and mailed to the address shown in item B unless otherwise instructed here):
4a. [✓] Pick Up
4b. [ ] Other  PLEASE HOLD FOR PICKUP!!!
Specify desired method here (if available from this office); provide delivery information (e.g., delivery service's name, addressee's account # with delivery service, addressee's phone #, etc.)

REQUESTOR COPY — NATIONAL INFORMATION REQUEST (FORM UCC11) (REV. 05/09/01)

# MASS SECRETARY OF THE COMMONWEALTH (617) 727-2860
## SEARCH OF UCC FILINGS 12/11/2005

SEARCH REQUESTED BY BAY STATE CORPORATE SERVICES INC
Searched For:  NAME: SENECA SPORTS, INC.
               CITY:             STATE:

46 RECORD(S) FOUND

| DEBTOR NAME ADDRESS CITY/STATE | NUMBER | FILING DATE | TYPE | CREDITOR NAME ADDRESS CITY/STATE | TERMINATION DATE | ORIGINAL FILE | ORIGINAL DATE |
|---|---|---|---|---|---|---|---|
| SENECA SPORTS, INC. 75 FORTUNE BLVD. MILFORD MA 01757 | 00746011 | 09/26/2000 | ORIGINAL FILING | G. M. A. C. COMMERCIAL CREDIT, L. L. C. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 | | 00746011 | 09/26/2000 |
| SENECA SPORTS, INC. P. O. BOX 719, FORTUNE BOULEVARD, GRANIT MILFORD MA 01757 | 93206483 | 12/28/1993 | SUBORDINATIO | LANDAY, ROGER 7 LOOKOUT ROAD SOUTH NATICK MA 01760 | | 91013374 | 03/08/1991 |
| SENECA SPORTS, INC. 00000 | 91016315 | 03/26/1991 | SUBORDINATIO | LANDAY, DAVID L. 00000 | | 91013375 | 03/08/1991 |
| SENECA SPORTS, INC. P. O. BOX 719, FORTUNE BOULEVARD, GRANIT MILFORD MA 01757 | 93206482 | 12/28/1993 | SUBORDINATIO | FIRST NATIONAL BANK OF BOSTON, THE 100 FEDERAL STREET BOSTON MA 02110 | | 91013375 | 03/08/1991 |
| SENECA SPORTS, INC. 00000 | 91016314 | 03/26/1991 | ORIGINAL FILING | UNITED STATES TRUST COMPANY | 12/28/1993 | 91016314 | 03/26/1991 |
| SENECA SPORTS, INC. P.O. BOX #719,FORTUNE BLVD.,GRANITE PARK MILFORD MA 01757 | 93183269 | 09/01/1993 | ASSIGNMENT | UNITED STATES TRUST COMPANY 40 COURT ST. BOSTON MA 02108 | 12/28/1993 | 91016314 | 03/26/1991 |
| SENECA SPORTS, INC. P. O. BOX 719, FORTUNE BOULEVARD, GRANIT MILFORD MA 01757 | 93012395 | 12/28/1993 | TERMINATION | USTRUST 30 COURT STREET BOSTON MA 02108 | 12/28/1993 | 93180423 | 08/17/1993 |
| SENECA SPORTS, INC. FORTUNE BLVD., GRANTIE PARK MILFORD MA 01757 | 93207203 | 12/30/1993 | ORIGINAL FILING | BANCBOSTON FINANCIAL COMPANY 100 FEDERAL ST. BOSTON MA 02110 | | 93207203 | 12/30/1993 |
| SENECA SPORTS, INC. FORTUNE BLVD., GRANIET PARK MILFORD MA 01757 | 200101902270 | 04/30/2001 | ASSIGNMENT | B. N. Y. FINANCIAL CORPORATION 1290 AVE. OF THE AMERICAS NEW YORK NY 10104 | | 93207203 | 12/30/1993 |
| SENECA SPORTS, INC. FORTUNE BLVD., GRANIET PARK MILFORD MA 01757 | 98568051 | 07/30/1998 | CONTINUATION | B. N. Y. FINANCIAL CORPORATION 1290 AVE. OF THE AMERICAS NEW YORK NY 10104 | | 93207203 | 12/30/1993 |

**** PLEASE NOTE THAT WE BEGAN ENTERING CERTAIN DATA (ADDRESSES, FILING TIME, ASSIGNEE) INTO THIS SYSTEM ON JULY 1, 1991 ****

Uniform Commercial Code

age: 3 of 6

**MASS SECRETARY OF THE COMMONWEALTH (617) 727-2860**
SEARCH OF UCC FILINGS 12/11/2005

SEARCH REQUESTED BY BAY STATE CORPORATE SERVICES INC
Searched For:  NAME SENECA SPORTS, INC.
              CITY:                  STATE:

46 RECORD(S) FOUND

| DEBTOR NAME ADDRESS CITY/STATE | NUMBER | FILING DATE | TYPE | CREDITOR NAME ADDRESS CITY/STATE | TERMINATION DATE | ORIGINAL FILE | ORIGINAL DATE |
|---|---|---|---|---|---|---|---|
| SENECA SPORTS, INC. FORTUNE BLVD, GRANITE PARK MILFORD MA 01757 | 200101902270 | 04/30/2001 | ASSIGNMENT | B. N. Y. FINANCIAL CORPORATION 1290 AVE. OF THE AMERICAS NEW YORK NY 10104 | | 93207203 | 12/30/1993 |
| SENECA SPORTS, INC. 75 FORTUNE BLVD. MILFORD MA 01757 | 200542076640 | 09/16/2005 | CONTINUATION | G. M. A. C. COMMERCIAL CREDIT, L. L. C. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 | | 00746011 | 09/26/2000 |
| SENECA SPORTS, INC. 75 FORTUNE BLVD. MILFORD MA 01757 | 00746012 | 09/26/2000 | ORIGINAL FILING | G. M. A. C. COMMERCIAL CREDIT, L. L. C. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 | | 00746012 | 09/26/2000 |
| SENECA SPORTS, INC. 75 FORTUNE BLVD. MILFORD MA 01757 | 200542076550 | 09/16/2005 | CONTINUATION | G. M. A. C. COMMERCIAL CREDIT, L. L. C. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 | | 00746012 | 09/26/2000 |
| SENECA SPORTS, INC. 00000 | 91013374 | 03/08/1991 | ORIGINAL FILING | LANDAY, ROGER 00000 | | 91013374 | 03/08/1991 |
| SENECA SPORTS, INC. 00000 | 91019138 | 04/09/1991 | SUBORDINATIO | LANDAY, ROGER 00000 | | 91013374 | 03/08/1991 |
| SENECA SPORTS, INC. P. O. BOX 719, FORTUNE BOULEVARD, GRANIT MILFORD MA 01757 | 93206483 | 12/28/1993 | SUBORDINATIO | FIRST NATIONAL BANK OF BOSTON, THE 100 FEDERAL STREET BOSTON MA 02110 | | 91013374 | 03/08/1991 |
| SENECA SPORTS, INC. 00000 | 91013375 | 03/08/1991 | ORIGINAL FILING | LANDAY, DAVID L. 00000 | | 91013375 | 03/08/1991 |
| SENECA SPORTS, INC. P. O. BOX 719, FORTUNE BOULEVARD, GRANIT MILFORD MA 01757 | 93206482 | 12/28/1993 | SUBORDINATIO | LANDAY, DAVID L. 85 EAST INDIA ROW, APT. 20F BOSTON MA 02110 | | 91013375 | 03/08/1991 |
| SENECA SPORTS, INC. P. O. BOX 719, FORTUNE BOULEVARD, GRANIT MILFORD MA 01757 | 93012394 | 12/28/1993 | TERMINATION | USTRUST 30 COURT STREET BOSTON MA 02108 | 12/28/1993 | 91016314 | 03/26/1991 |
| SENECA SPORTS, INC. P.O. BOX #719,FORTUNE BLVD.,GRANITE PARK MILFORD MA 01757 | 93183269 | 09/01/1993 | ASSIGNMENT | USTRUST 30 COURT ST. BOSTON MA 02108 | 12/28/1993 | 91016314 | 03/26/1991 |
| SENECA SPORTS, INC. C/O ANZAC, INC., 372 KILBURN ST. | 93180423 | 08/17/1993 | ORIGINAL FILING | USTRUST 40 COURT ST. | 12/28/1993 | 93180423 | 08/17/1993 |

**** PLEASE NOTE THAT WE BEGAN ENTERING CERTAIN DATA (ADDRESSES, FILING TME, ASSIGNEE) INTO THIS SYSTEM ON JULY 1, 1991 ****

Page 2 of 5

Uniform Commercial Code

## MASS SECRETARY OF THE COMMONWEALTH (617) 727-2860
### SEARCH OF UCC FILINGS 12/11/2005

SEARCH REQUESTED BY BAY STATE CORPORATE SERVICES, INC
NAME: SENECA SPORTS, INC.
Searched For:

46 RECORD(S) FOUND

| DEBTOR NAME ADDRESS CITY/STATE | FILING NUMBER | FILING DATE | TYPE | CREDITOR NAME ADDRESS CITY/STATE | TERMINATION DATE | ORIGINAL FILE | ORIGINAL DATE |
|---|---|---|---|---|---|---|---|
| SENECA SPORTS, INC. FALL RIVER MA 02724 | | | | BOSTON MA 02108 | | | |
| 75 FORTUNE BLVD. MILFORD MA 01757 | 93204998 | 12/20/1993 | ORIGINAL FILING | FIRST NATIONAL BANK OF BOSTON, THE 100 FEDERAL ST. BOSTON MA 02110 | 10/13/2000 | 93204998 | 12/20/1993 |
| SENECA SPORTS, INC. 75 FORTUNE BLVD. MILFORD MA 01757 | 00010655 | 10/13/2000 | TERMINATION | FLEET NATIONAL BANK 100 FEDERAL ST. BOSTON MA 02110 | 10/13/2000 | 93204998 | 12/20/1993 |
| SENECA SPORTS, INC. 75 FORTUNE BLVD. MILFORD MA 01757 | 98568167 | 07/31/1998 | CONTINUATION | BANKBOSTON, N.A. 100 FEDERAL ST. BOSTON MA 02110 | 10/13/2000 | 93204998 | 12/20/1993 |
| SENECA SPORTS, INC. FORTUNE BLVD., GRANIET PARK MILFORD MA 01757 | 200101902270 | 04/30/2001 | ASSIGNMENT | BANCBOSTON FINANCIAL COMPANY 100 FEDERAL ST. BOSTON MA 02110 | | 93207203 | 12/30/1993 |
| SENECA SPORTS, INC. FORTUNE BLVD. GRANITE PARK MILFORD MA 01757 | 200101902270 | 04/30/2001 | ASSIGNMENT | BANCBOSTON FINANCIAL COMPANY 100 FEDERAL ST. BOSTON MA 02110 | | 93207203 | 12/30/1993 |
| SENECA SPORTS, INC. FORTUNE BLVD., GRANTIE PARK MILFORD MA 01757 | 200101902270 | 04/30/2001 | ASSIGNMENT | BANCBOSTON FINANCIAL COMPANY 100 FEDERAL ST. BOSTON MA 02110 | | 93207203 | 12/30/1993 |
| SENECA SPORTS, INC. FORTUNE BLVD., GRANTIE PARK MILFORD MA 01757 | 200101902270 | 04/30/2001 | ASSIGNMENT | B. N. Y. FINANCIAL, CORPORATION 1290 AVE. OF THE AMERICAS NEW YORK NY 10104 | | 93207203 | 12/30/1993 |
| SENECA SPORTS, INC. FORTUNE BLVD. GRANITE PARK MILFORD MA 01757 | 200101902270 | 04/30/2001 | ASSIGNMENT | BANCBOSTON FINANCIAL COMPANY 100 FEDERAL ST. BOSTON MA 02110 | | 93207203 | 12/30/1993 |
| SENECA SPORTS, INC. FORTUNE BLVD. GRANIET PARK MILFORD MA 01757 | 200101902270 | 04/30/2001 | ASSIGNMENT | B. N. Y. FINANCIAL, CORPORATION 1290 AVE. OF THE AMERICAS NEW YORK NY 10104 | | 93207203 | 12/30/1993 |
| SENECA SPORTS, INC. FORTUNE BLVD., GRANITE PARK MILFORD MA 01757 | 200101902270 | 04/30/2001 | ASSIGNMENT | B. N. Y. FINANCIAL, CORPORATION 1290 AVE. OF THE AMERICAS NEW YORK NY 10104 | | 93207203 | 12/30/1993 |
| SENECA SPORTS, INC. FORTUNE BLVD., GRANIET PARK MILFORD MA 01757 | 200101902270 | 04/30/2001 | ASSIGNMENT | G. M. A. C. COMMERCIAL CREDIT, L. L. C. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 USA | | 93207203 | 12/30/1993 |
| SENECA SPORTS, INC. | 200101902270 | 04/30/2001 | ASSIGNMENT | G. M. A. C. COMMERCIAL CREDIT, L. L. C. | | 93207203 | 12/30/1993 |

**** PLEASE NOTE THAT WE BEGAN ENTERING CERTAIN DATA (ADDRESSES, FILING TIME, ASSIGNEE) INTO THIS SYSTEM ON JULY 1, 1991 ****

Page 3 of 5

age: 4 of 6

Uniform Commercial Code

## MASS SECRETARY OF THE COMMONWEALTH (617) 727-2860
### SEARCH OF UCC FILINGS 12/11/2005

SEARCH REQUESTED BY BAY STATE CORPORATE SERVICES INC
Searched For: NAME: SENECA SPORTS, INC
CITY:     STATE:

46 RECORD(S) FOUND

| DEBTOR NAME ADDRESS CITY/STATE | FILING NUMBER | FILING DATE | TYPE | CREDITOR NAME ADDRESS CITY/STATE | TERMINATION DATE | ORIGINAL FILE | ORIGINAL DATE |
|---|---|---|---|---|---|---|---|
| FORTUNE BLVD., GRANTIE PARK MILFORD MA 01757 | | | | 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 USA | | | |
| SENECA SPORTS, INC. 80 SOUTH ST. HOPKINTON MA 01748 | 96374014 | 03/07/1996 | ORIGINAL FILING | FIRST NATIONAL BANK OF BOSTON, THE 100 FEDERAL ST. BOSTON MA 02110 | 10/13/2000 | 96374014 | 03/07/1996 |
| SENECA SPORTS, INC. 80 SOUTH ST. HOPKINTON MA 01748 | 00010656 | 10/13/2000 | TERMINATION | FLEET NATIONAL BANK 100 FEDERAL ST. BOSTON MA 02110 | 10/13/2000 | 96374014 | 03/07/1996 |
| SENECA SPORTS, INC. FORTUNE BLVD. MILFORD MA 01757 | 96376864 | 03/21/1996 | ORIGINAL FILING | LANDAY, DAVID L. 85 E. INDIAN ROW BOSTON MA 02110 | | 96376864 | 03/21/1996 |
| SENECA SPORTS, INC. FORTUNE BLVD. GRANITE PARK MILFORD MA 01757 | 94240506 | 06/08/1994 | ASSIGNMENT | BANCBOSTON FINANCIAL COMPANY 100 FEDERAL ST. BOSTON MA 02110 | | 93207203 | 12/30/1993 |
| SENECA SPORTS, INC. FORTUNE BLVD., GRANITE PARK MILFORD MA 01757 | 200101902270 | 04/30/2001 | ASSIGNMENT | BANCBOSTON FINANCIAL COMPANY 100 FEDERAL ST. BOSTON MA 02110 | | 93207203 | 12/30/1993 |
| SENECA SPORTS, INC. FORTUNE BLVD. GRANITE PARK MILFORD MA 01757 | 94240506 | 06/08/1994 | ASSIGNMENT | B. N. Y. FINANCIAL, CORPORATION 1290 AVE. OF THE AMERICAS NEW YORK NY 10104 | | 93207203 | 12/30/1993 |
| SENECA SPORTS, INC. FORTUNE BLVD., GRANITE PARK MILFORD MA 01757 | 200101902270 | 04/30/2001 | ASSIGNMENT | B. N. Y. FINANCIAL, CORPORATION 1290 AVE. OF THE AMERICAS NEW YORK NY 10104 | | 93207203 | 12/30/1993 |
| SENECA SPORTS, INC. FORTUNE BLVD. GRANITE PARK | 200101902270 | 04/30/2001 | ASSIGNMENT | G. M. A. C. COMMERCIAL CREDIT, L. L. C. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 USA | | 93207203 | 12/30/1993 |
| MILFORD MA 01757 | | | | | | | |
| SENECA SPORTS, INC. PO. BOX 719, FORTUNE BOULEVARD GRANITE MILFORD MA 01757 | 96378735 | 03/29/1996 | ORIGINAL FILING | LANDAY, ROGER 7 LOOKOUT RD. SOUTH NATICK MA 01760 | 09/26/2000 | 96378735 | 03/29/1996 |
| SENECA SPORTS, INC. PO. BOX 719, GRANITE PARK MILFORD MA 01757 | 00010098 | 09/26/2000 | TERMINATION | LANDAY, ROGER 7 LOOKOUT RD. SOUTH NATICK MA 01760 | 09/26/2000 | 96378735 | 03/29/1996 |
| SENECA SPORTS, INC. 75 FORTUNE BLVD. | 200102501670 | 05/21/2001 | AMENDMENT | G. M. A. C. COMMERCIAL CREDIT, L. L. C. 1290 AVENUE OF THE AMERICAS | | 00746011 | 09/26/2000 |

**** PLEASE NOTE THAT WE BEGAN ENTERING CERTAIN DATA (ADDRESSES, FILING TIME, ASSIGNEE) INTO THIS SYSTEM ON JULY 1, 1991 *****

page: 6 of 6

Uniform Commercial Code

## MASS SECRETARY OF THE COMMONWEALTH (617) 727-2860

SEARCH OF UCC FILINGS 12/11/2005

SEARCH REQUESTED BY BAY STATE CORPORATE SERVICES, INC.
Searched For:
NAME: SENECA SPORTS, INC.
CITY:                     STATE:

46 RECORD(S) FOUND

| DEBTOR NAME ADDRESS CITY/STATE | FILING NUMBER | FILING DATE | TYPE | CREDITOR NAME ADDRESS CITY/STATE | TERMINATION DATE | ORIGINAL FILE | ORIGINAL DATE |
|---|---|---|---|---|---|---|---|
| MILFORD    MA 01757 | | | | | | | |
| SENECA SPORTS, INC. FORTUNE BLVD., GRANIET PARK MILFORD    MA 01757 | 200101902270 | 04/30/2001 | ASSIGNMENT | NEW YORK    NY 10104 BANCBOSTON FINANCIAL COMPANY 100 FEDERAL ST. BOSTON    MA 02110 | | 93207203 | 12/30/1993 |

**** PLEASE NOTE THAT WE BEGAN ENTERING CERTAIN DATA (ADDRESSES, FILING TIME, ASSIGNEE) INTO THIS SYSTEM ON JULY 1, 1991 ****