# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID L. LANDAY )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>GMAC COMMERCIAL CREDIT LLC )<br>and GMAC COMMERCIAL FINANCE )<br>LLC, )<br>    Defendants. )<br>) | Civil Action No. 04-cv-11955-WGY |

## AFFIDAVIT OF JUDY RADOCCIA

I, Judy Radoccia, upon oath, depose and state as follows:

1. I am over 18 years of age, am competent to testify, and have personal knowledge of the facts set forth herein.

2. I am a paralegal at Edwards Angell Palmer & Dodge LLP, which is representing the defendants in this action.

3. In December 2005, I caused a search to be conducted at the Delaware Secretary of State's Office for Uniform Commercial Code ("UCC") Financing Statements relating to Seneca Sports, Inc. ("Seneca") as a debtor.

4. The document attached as Exhibit 1 is a true and accurate copy of the certified report that I received from the Secretary of State's Office in response to my inquiry.

SWORN TO AND SUBSCRIBED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 13th DAY OF DECEMBER 2005.

                                                                _/s/ Judy Radoccia_
                                                              Judy Radoccia

# EXHIBIT 1

# Delaware

PAGE 1

## The First State

### CERTIFICATE

```
   SEARCHED NOVEMBER 28, 2005, AT  3:34 P.M.
   FOR DEBTOR "SENECA SPORTS, INC."

   1 OF    13    FINANCING STATEMENT               23241159
           EXPIRATION DATE: DECEMBER 10, 2007
DEBTOR: SENECA SPORTS, INC.
        75 FORTUNE BOULEVARD                       ADDED 12-10-02
        MILFORD                 MA   01757
SECURED: GMAC COMMERCIAL CREDIT LLC
         1290 AVENUE OF THE AMERICAS               ADDED 12-10-02
         NEW YORK                NY   10104    REMOVED 06-20-03
SECURED: GMAC COMMERCIAL CREDIT LLC
         1290 AVENUE OF THE AMERICAS               ADDED 06-20-03
         NEW YORK                NY   10104
              F I L I N G    H I S T O R Y
23241159  FILED 12-10-02    AT  1:52 P.M.   FINANCING STATEMENT
31867541  FILED 06-20-03    AT 11:00 A.M.   AMENDMENT

   2 OF    13    FINANCING STATEMENT               23241167
           EXPIRATION DATE: DECEMBER 10, 2007
DEBTOR: SENECA SPORTS, INC.
        75 FORTUNE BOULEVARD                       ADDED 12-10-02
        MILFORD                 MA   01757
SECURED: GMAC COMMERCIAL CREDIT LLC
         1290 AVENUE OF THE AMERICAS               ADDED 12-10-02
         NEW YORK                NY   10104    REMOVED 06-20-03
SECURED: GMAC COMMERCIAL FINANCE LLC
         1290 AVENUE OF THE AMERICAS               ADDED 06-20-03
         NEW YORK                NY   10104
              F I L I N G    H I S T O R Y
23241167  FILED 12-10-02    AT  1:52 P.M.   FINANCING STATEMENT
31867160  FILED 06-20-03    AT 11:00 A.M.   AMENDMENT

   3 OF    13    FINANCING STATEMENT               23241183
           EXPIRATION DATE: DECEMBER 10, 2007
DEBTOR: SENECA SPORTS, INC.
        75 FORTUNE BOULEVARD .                     ADDED 12-10-02
        MILFORD                 MA   01757
```



Harriet Smith Windsor, Secretary of State

20053654986UCXN                AUTHENTICATION: 4323461

050962421                              DATE: 11-28-05

# Delaware

PAGE    2

*The First State*

```
SECURED: GMAC COMMERCIAL CREDIT LLC
         1290 AVENUE OF THE AMERICAS            ADDED   12-10-02
         NEW YORK                    NY  10104  REMOVED 06-20-03
SECURED: GMAC COMMERCIAL CREDIT LLC
         1290 AVENUE OF THE AMERICAS            ADDED   06-20-03
         NEW YORK                    NY  10104
              F I L I N G   H I S T O R Y
23241183  FILED 12-10-02    AT  1:52 P.M.   FINANCING STATEMENT
31867582  FILED 06-20-03    AT 11:00 A.M.   AMENDMENT

   4 OF   13   FINANCING STATEMENT                   23241191
         EXPIRATION DATE: DECEMBER 10, 2007
 DEBTOR: SENECA SPORTS, INC.
         75 FORTUNE BLVD.                       ADDED   12-10-02
         MILFORD                     MA  01757
SECURED: GMAC COMMERCIAL CREDIT LLC
         1290 AVENUE OF THE AMERICAS            ADDED   12-10-02
         NEW YORK                    NY  10104  REMOVED 06-20-03
SECURED: GMAC COMMERCIAL CREDIT LLC
         1290 AVENUE OF THE AMERICAS            ADDED   06-20-03
         NEW YORK                    NY  10104
              F I L I N G   H I S T O R Y
23241191  FILED 12-10-02    AT  1:52 P.M.   FINANCING STATEMENT
31867434  FILED 06-20-03    AT 11:00 A.M.   AMENDMENT

   5 OF   13   FINANCING STATEMENT                   23241712
         EXPIRATION DATE: DECEMBER 10, 2007
 DEBTOR: SENECA SPORTS, INC.
         75 FORTUNE BLVD.                       ADDED   12-10-02
         MILFORD                     MA  01757
SECURED: GMAC COMMERCIAL CREDIT LLC
         1290 AVENUE OF THE AMERICAS            ADDED   12-10-02
         NEW YORK                    NY  10104  REMOVED 06-20-03
SECURED: GMAC COMMERCIAL FINANCE LLC
         1290 AVENUE OF THE AMERICAS            ADDED   06-20-03
         NEW YORK                    NY  10104
              F I L I N G   H I S T O R Y
23241712  FILED 12-10-02    AT  1:44 P.M.   FINANCING STATEMENT
31867319  FILED 06-20-03    AT 11:00 A.M.   AMENDMENT
```



*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

20053654986UCXN                  AUTHENTICATION: 4323461

050962421                                  DATE: 11-28-05

# Delaware

PAGE   3

## The First State

```
   6 OF     13    FINANCING STATEMENT                    23241738
           EXPIRATION DATE: DECEMBER 10, 2007
 DEBTOR:  SENECA SPORTS, INC.
          75 FORTUNE BOULEVARD .                         ADDED 12-10-02
          MILFORD                  MA    01757
SECURED:  GMAC COMMERCIAL CREDIT LLC
          1290 AVENUE OF THE AMERICAS                    ADDED 12-10-02
          NEW YORK                 NY    10104
             F I L I N G    H I S T O R Y
 23241738  FILED 12-10-02    AT   1:44 P.M.   FINANCING STATEMENT

   7 OF     13    FINANCING STATEMENT                    23241761
           EXPIRATION DATE: DECEMBER 10, 2007
 DEBTOR:  SENECA SPORTS, INC.
          75 FORTUNE BOULEVARD                           ADDED 12-10-02
          MILFORD                  MA    01757
SECURED:  GMAC COMMERCIAL CREDIT LLC
          1290 AVENUE OF THE AMERICAS                    ADDED 12-10-02
          NEW YORK                 NY    10104         REMOVED 06-20-03
SECURED:  GMAC COMMERCIAL CREDIT LLC
          1290 AVENUE OF THE AMERICAS                    ADDED 06-20-03
          NEW YORK                 NY    10104
             F I L I N G    H I S T O R Y
 23241761  FILED 12-10-02    AT   1:44 P.M.   FINANCING STATEMENT
 31867491  FILED 06-20-03    AT  11:00 A.M.   AMENDMENT

   8 OF     13    FINANCING STATEMENT                    31841314
           EXPIRATION DATE: MAY 12, 2008
 DEBTOR:  SENECA SPORTS, INC.
          75 FORTUNE BLVD.                               ADDED 05-12-03
          MILFORD                  MA    01757
SECURED:  GMAC COMMERCIAL CREDIT LLC
          1290 AVENUE OF THE AMERICAS                    ADDED 05-12-03
          NEW YORK                 NY    10104
             F I L I N G    H I S T O R Y
 31841314  FILED 05-12-03    AT  11:00 A.M.   FINANCING STATEMENT

   9 OF     13    FINANCING STATEMENT                    32930694
           EXPIRATION DATE: NOVEMBER 7, 2008
 DEBTOR:  SENECA SPORTS, INC.
```

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

20053654986UCXN                AUTHENTICATION: 4323461

050962421                               DATE: 11-28-05

# Delaware

PAGE    4

### The First State

```
               75 FORTUNE BLVD.                                  ADDED 11-07-03
               MILFORD                    MA   01757
    SECURED:   GMAC COMMERCIAL CREDIT LLC
               1290 AVENUE OF THE AMERICAS                       ADDED 11-07-03
               NEW YORK                   NY   10104
                    F I L I N G   H I S T O R Y
    32930694   FILED 11-07-03     AT 12:05 P.M.    FINANCING STATEMENT

       10 OF    13   FINANCING STATEMENT                 32931015
                 EXPIRATION DATE: NOVEMBER 7, 2008
     DEBTOR:   SENECA SPORTS, INC.
               75 FORTUNE BOULEVARD                              ADDED 11-07-03
               MILFORD                    MA   01757
    SECURED:   GMAC COMMERCIAL CREDIT LLC
               1290 AVENUE OF THE AMERICAS                       ADDED 11-07-03
               NEW YORK                   NY   10104
                    F I L I N G   H I S T O R Y
    32931015   FILED 11-07-03     AT 12:19 P.M.    FINANCING STATEMENT

       11 OF    13   FINANCING STATEMENT                 33017087
                 EXPIRATION DATE: NOVEMBER 10, 2008
     DEBTOR:   SENECA SPORTS, INC.
               75 FORTUNE BOULEVARD                              ADDED 11-10-03
               MILFORD                    MA   01757
    SECURED:   GMAC COMMERCIAL CREDIT LLC
               1290 AVENUE OF THE AMERICAS                       ADDED 11-10-03
               NEW YORK                   NY   10104
                    F I L I N G   H I S T O R Y
    33017087   FILED 11-10-03     AT 11:00 A.M.    FINANCING STATEMENT

       12 OF    13   FINANCING STATEMENT                 33054866
                 EXPIRATION DATE: NOVEMBER 13, 2008
     DEBTOR:   SENECA SPORTS, INC.
               75 FORTUNE BLVD.                                  ADDED 11-13-03
               MILFORD                    MA   01757
    SECURED:   GMAC COMMERCIAL CREDIT LLC
               1290 AVENUE OF THE AMERICAS                       ADDED 11-13-03
               NEW YORK                   NY   10104
                    F I L I N G   H I S T O R Y
    33054866   FILED 11-13-03     AT 11:00 A.M.    FINANCING STATEMENT
```



Harriet Smith Windsor, Secretary of State

20053654986UCXN                AUTHENTICATION: 4323461

050962421                                 DATE: 11-28-05

# Delaware

PAGE 5

### The First State

```
 13 OF   13    FINANCING STATEMENT              33066829
         EXPIRATION DATE: NOVEMBER 10, 2008
DEBTOR:  SENECA SPORTS, INC.
         75 FORTUNE BLVD.                      ADDED 11-10-03
         MILFORD                 MA   01757
SECURED: GMAC COMMERCIAL CREDIT LLC
         1290 AVENUE OF THE AMERICAS           ADDED 11-10-03
         NEW YORK                NY   10104
              F I L I N G   H I S T O R Y
 33066829  FILED 11-10-03    AT 11:00 A.M.  FINANCING STATEMENT
           E N D   O F   F I L I N G   H I S T O R Y
```

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS, FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE ABOVE DEBTOR, AS OF NOVEMBER 16, 2005 AT 11:59 P.M.



Harriet Smith Windsor, Secretary of State

20053654986UCXN       AUTHENTICATION: 4323461

050962421             DATE: 11-28-05