# EXHIBIT D

Page 1

VOL. I, PAGES 1 - 183

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11955-WGY


DAVID L. LANDAY

           Plaintiff

V.

GMAC COMMERCIAL CREDIT, LLC and

GMAC COMMERCIAL FINANCE, LLC

           Defendants


- - - - - - - -

Deposition of Neal J. Finklestein

Tuesday, November 1, 2005

9:45 a.m.

Edwards & Angell Palmer & Dodge, LLP

101 Federal Street

Boston, Massachusetts

- - - - - - - -

Reporter:  Deborah Roth, RPR/CSR

### Page 134

| Time | Line | Text |
|---|---|---|
| 14:46:13 | 1 | Mr. Rijo from Seneca following his liquidation of |
| 14:46:21 | 2 | Seneca's inventory and fixed assets. |
| 14:46:26 | 3 | We are going to take a break, and then |
| 14:46:28 | 4 | we will let Mr. Finklestein look at these |
| 14:46:31 | 5 | documents, and we will resume. Is that -- you in |
| 14:46:35 | 6 | agreement with that, Mr. Hoffman? |
| 14:46:36 | 7 | MR. HOFFMAN: I am in agreement. |
| 14:47:17 | 8 | MR. DUBNOFF: I am going to ask him to |
| 14:47:19 | 9 | look for all evidence of Seneca's loans from David |
| 14:47:21 | 10 | Landay and any information relating to those loans. |
| 14:47:25 | 11 | MR. HOFFMAN: Okay. |
| 14:47:26 | 12 | MR. DUBNOFF: Is there anything you are |
| 14:47:27 | 13 | going -- |
| 14:47:28 | 14 | MR. HOFFMAN: The same. |
| 14:47:34 | 15 | (A recess was taken from |
| 14:47:35 | 16 | 2:47 to 3:22 p.m.) |
| 15:23:02 | 17 | MR. DUBNOFF: During the break, we |
| 15:23:10 | 18 | went upstairs to the 29th floor to a room filled |
| 15:23:15 | 19 | with documents that we believe had been at Seneca's |
| 15:23:23 | 20 | Milford facility until John Rijo had them |
| 15:23:29 | 21 | transported to a storage facility in late 2001. |
| 15:23:35 | 22 | Following that transfer, they remained |
| 15:23:40 | 23 | at the facility, we believe, until August of 2005, |
| 15:23:44 | 24 | at which point in time they were transferred here. |

### Page 135

| Time | Line | Text |
|---|---|---|
| 15:23:48 | 1 | Mr. Finklestein has had an opportunity |
| 15:23:50 | 2 | to review that room full of documents, and prior to |
| 15:23:57 | 3 | the break I had asked him to look for any documents |
| 15:24:00 | 4 | relating to loans that David Landay made to Seneca. |
| 15:24:08 | 5 | Q. Mr. Finklestein, did you in fact look for |
| 15:24:12 | 6 | documents relating to loans that Mr. Landay had |
| 15:24:15 | 7 | made to Seneca? |
| 15:24:16 | 8 | A. Yes. |
| 15:24:17 | 9 | Q. Could you describe your search efforts. |
| 15:24:23 | 10 | What did you do? |
| 15:24:24 | 11 | A. Looked through the file cabinets that were |
| 15:24:27 | 12 | in my office, specifically the fireproof cabinet, |
| 15:24:31 | 13 | which is where I recall them last being, and I did |
| 15:24:36 | 14 | not find those documents. |
| 15:24:38 | 15 | Q. Is this the file cabinet that you mentioned |
| 15:24:43 | 16 | earlier in your deposition today? |
| 15:24:44 | 17 | A. Yes. |
| 15:24:45 | 18 | Q. And when you say you did not find those |
| 15:24:46 | 19 | documents, what do you mean by "those documents"? |
| 15:24:49 | 20 | A. The promissory notes that were between |
| 15:24:57 | 21 | David Landay and Seneca for the various amounts he |
| 15:25:02 | 22 | had lent to the company over the years. |
| 15:25:08 | 23 | Q. Was that the extent of your search for |
| 15:25:10 | 24 | those documents? |

### Page 136

| Time | Line | Text |
|---|---|---|
| 15:25:11 | 1 | A. No. We looked at probably another dozen or |
| 15:25:13 | 2 | more cardboard boxes that indicated might have come |
| 15:25:19 | 3 | from the controller's office and looked through all |
| 15:25:22 | 4 | of these also, a second fireproof safe, and did not |
| 15:25:29 | 5 | find those documents in any of those boxes either. |
| 15:25:32 | 6 | Q. You said, "a second fireproof safe." |
| 15:25:36 | 7 | Before, you were talking about a fireproof file |
| 15:25:38 | 8 | cabinet. |
| 15:25:39 | 9 | A. It's a file cabinet. I refer to it as "a |
| 15:25:43 | 10 | safe," because when it was at Seneca, it had a |
| 15:25:47 | 11 | tumbler on it. So I keep referring to it as a |
| 15:25:52 | 12 | safe, but it was a file cabinet with a tumbler on |
| 15:25:56 | 13 | it. |
| 15:25:57 | 14 | Q. Did you see any file cabinets up there from |
| 15:26:00 | 15 | your office that you did not look through? |
| 15:26:03 | 16 | A. Any box that referred to the controller's |
| 15:26:13 | 17 | office, we did look through. I suppose there might |
| 15:26:17 | 18 | have been another box or two there we missed, but I |
| 15:26:22 | 19 | don't think so. |
| 15:26:25 | 20 | Q. Do you believe you conducted an exhaustive |
| 15:26:28 | 21 | search of the documents labeled from the |
| 15:26:30 | 22 | controller's office upstairs? |
| 15:26:32 | 23 | A. Exhaustive, no. Reasonably thorough, yes. |
| 15:26:39 | 24 | Q. What did you find, if anything, by way of |

### Page 137

| Time | Line | Text |
|---|---|---|
| 15:26:50 | 1 | documents relating to Mr. Landay's loans to Seneca? |
| 15:26:53 | 2 | A. I did not find any documents relating to |
| 15:26:58 | 3 | his loans. |
| 15:26:59 | 4 | Q. All right. Did you see any computer tapes |
| 15:27:16 | 5 | up there? |
| 15:27:16 | 6 | A. There were a fairly large number of |
| 15:27:18 | 7 | computer tapes. |
| 15:27:19 | 8 | Q. I believe you testified this morning that |
| 15:27:21 | 9 | you don't recall Seneca keeping computerized |
| 15:27:26 | 10 | records of information relating to its loan from |
| 15:27:32 | 11 | GMAC; is that correct? |
| 15:27:33 | 12 | A. That is correct. |
| 15:27:39 | 13 | Q. I believe you also testified earlier this |
| 15:27:41 | 14 | morning that you had conversations with Mr. Landay |
| 15:27:46 | 15 | and a Mr. Einstein, who is Mr. Landay's counsel in |
| 15:27:51 | 16 | New York, regarding computer tapes. |
| 15:27:58 | 17 | Is my recollection correct? |
| 15:27:59 | 18 | A. I believe so, yes. |
| 15:28:00 | 19 | Q. It is also my recollection that you |
| 15:28:06 | 20 | testified that Mr. Landay and Mr. Einstein asked |
| 15:28:11 | 21 | you to identify certain computer files on those |
| 15:28:14 | 22 | tapes; is that correct? |
| 15:28:15 | 23 | A. That is correct. |
| 15:28:16 | 24 | Q. And my recollection was that you testified |

35 (Pages 134 to 137)