# EXHIBIT H

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID L. LANDAY<br>Plaintiff,<br><br>v.<br><br>GMAC COMMERCIAL CREDIT LLC<br>and GMAC COMMERCIAL FINANCE<br>LLC,<br>Defendants. | Civil Action No. 04-cv-11955-WGY |

## AFFIDAVIT OF JEFFREY F. HEGEL

I, Jeffrey F. Hegel, upon oath, depose and state as follows:

1. I am over 18 years of age, am competent to testify, and have personal knowledge of the facts set forth herein.

2. I am Vice President of Client Accounting and Product Operations at GMAC Commercial Finance LLC, which is the successor by merger of GMAC Commercial Credit LLC, formerly known as BNY Factoring LLC, successor by merger with BNY Financial Corporation. For ease of reference, I will use the name "GMAC CF" to refer to all of these related entities in this affidavit.

3. I am familiar with the general practices and procedures regarding the transfers of payments to clients in the Commercial Services Division. Seneca Sports, Inc. and Brookfield International, Inc. are former commercial service clients of GMAC CF.

4. Pursuant to these general practices and procedures, all North American transfers of United States and Canadian dollars to commercial service clients, like Seneca and Brookfield, are made by wire from GMAC CF's New York offices. No money would have been wired to Seneca or Brookfield from a Massachusetts location.

SWORN TO AND SUBSCRIBED UNDER THE PAINS AND PENALTIES OF PERJURY THIS __13th__ DAY OF DECEMBER 2005.

_____
Jeffrey F. Hegel