# EXHIBIT I

Case 1:04-cv-11955-WGY   Document 67-2   Filed 12/23/2005   Page 1 of 13

1

1  VOL. I, PAGES 1 - 183

2

3  UNITED STATES DISTRICT COURT

4  DISTRICT OF MASSACHUSETTS

5  CIVIL ACTION NO. 04-CV-11955-WGY

6

7  DAVID L. LANDAY

8                         Plaintiff

9  V.

10  GMAC COMMERCIAL CREDIT, LLC and

11  GMAC COMMERCIAL FINANCE, LLC

12                         Defendants

13

14                  - - - - - - - -

15       Deposition of Neal J. Finklestein

16         Tuesday, November 1, 2005

17                  9:45 a.m.

18    Edwards & Angell Palmer & Dodge, LLP

19             101 Federal Street

20            Boston, Massachusetts

21                  - - - - - - - -

22       Reporter:  Deborah Roth, RPR/CSR

23

24

37

| | | |
|---|---|---|
| 35:38 | 1 | shareholder? |
| 10:35:41 | 2 | A. I don't recall him reporting to him. |
| 10:35:45 | 3 | Q. And these individuals were all equity |
| 10:35:50 | 4 | holders in Seneca; is that correct? |
| 10:35:52 | 5 | A. Yes. |
| 10:35:59 | 6 | Q. Do you have a general recollection of any |
| 10:36:02 | 7 | individuals who had any outstanding loans to Seneca |
| 10:36:07 | 8 | prior to its acquisition of Brookfield in September |
| 10:36:10 | 9 | 2000? |
| 10:36:11 | 10 | A. I know that Mr. Landay had loans. |
| 10:36:13 | 11 | Q. How do you know this? |
| 10:36:19 | 12 | A. Because if he made the company a loan, that |
| 36:28 | 13 | there would be a note that I would have a copy of |
| 10:36:31 | 14 | and usually have deposited the funds, if he was |
| 10:36:36 | 15 | making the company a loan. |
| 10:36:39 | 16 | Q. When you say you deposited the funds, what |
| 10:36:43 | 17 | bank were you depositing the funds into? |
| 10:36:46 | 18 | A. It would have been whatever bank we were |
| 10:36:50 | 19 | with at the time. |
| 10:36:52 | 20 | Again, specific banks and when they |
| 10:36:57 | 21 | were involved is very gray to me at this point. |
| 10:37:00 | 22 | Q. Did any other individuals loan money to |
| 10:37:09 | 23 | Seneca that you can recall? |
| 10:37:10 | 24 | A. I believe that one or both of Mr. Landay's |

Neal J. Finklestein                                           11/01/2005

38

| | | |
|---|---|---|
| 37:24 | 1 | brothers may have loaned money to Seneca. |
| 10:37:38 | 2 | Q.  Do you have any recollection of the time |
| 10:37:40 | 3 | period when these loans might have occurred? |
| 10:37:43 | 4 | A.  Mr. Landay's loans went back a considerable |
| 10:37:46 | 5 | number of years. |
| 10:37:55 | 6 | Q.  By Mr. Landay, you mean David Landay? |
| 10:37:58 | 7 | A.  David Landay.  He loaned the company money |
| 10:38:03 | 8 | many years before 2000 or 2001. |
| 10:38:06 | 9 | Q.  What about Mr. Chen, did he ever loan the |
| 10:38:10 | 10 | company any money that you recall? |
| 10:38:11 | 11 | A.  I don't recall that. |
| 10:38:17 | 12 | Q.  Mr. Pratt? |
| 38:19 | 13 | A.  I do not recall any loans from him. |
| 10:38:22 | 14 | Q.  Mr. Greer? |
| 10:38:23 | 15 | A.  No loans from Mr. Greer that I recall. |
| 10:38:27 | 16 | Q.  What sort of documentation was created |
| 10:38:50 | 17 | whenever Mr. Landay, Mr. David Landay, loaned money |
| 10:38:56 | 18 | to Seneca? |
| 10:38:56 | 19 | A.  There would have been a note with the |
| 10:39:04 | 20 | amount. |
| 10:39:04 | 21 | Q.  Who would have drafted the note? |
| 10:39:06 | 22 | A.  I recollect that I will do up the note. |
| 10:39:14 | 23 | Q.  What other documentation would there be? |
| 10:39:18 | 24 | A.  None other that I recall. |

Neal J. Finklestein                                          11/01/2005

39

| | | |
|---|---|---|
| 10:39:23 | 1 | Q.  Do you recall whether these loans contained |
| 10:39:30 | 2 | any provisions regarding collateral? |
| 10:39:32 | 3 | A.  I do not remember that. |
| 10:39:36 | 4 | Q.  You don't remember one way or the other? |
| 10:39:38 | 5 | A.  That is correct.  I don't remember the |
| 10:39:39 | 6 | contents of the notes. |
| 10:39:42 | 7 | Q.  And you don't remember any other |
| 10:40:00 | 8 | documentation relating to these loans? |
| 10:40:03 | 9 | A.  I do not remember any other documentation. |
| 10:40:08 | 10 | Q.  Was there a location where you would have |
| 10:40:12 | 11 | kept copies of these notes for your files? |
| 10:40:15 | 12 | A.  I would have kept the originals of the |
| 10:40:20 | 13 | notes. |
| 10:40:21 | 14 | Q.  Where would you have kept them? |
| 10:40:23 | 15 | A.  I had a fireproof file cabinet in my |
| 10:40:28 | 16 | office, and I kept important documents there such |
| 10:40:35 | 17 | as those notes. |
| 10:40:37 | 18 | Q.  Do you know what it means to be a secured |
| 10:40:49 | 19 | loan as opposed to an unsecured loan? |
| 10:40:54 | 20 | A.  Not specifically, no. |
| 10:40:56 | 21 | Q.  What about generally? |
| 10:40:57 | 22 | A.  Generally, I believe, if you are secured, |
| 10:41:04 | 23 | you would have some interest in other property of |
| 10:41:09 | 24 | the company.  If you were unsecured, then you |

Neal J. Finklestein                                                          11/01/2005

42

| | | |
|---|---|---|
| 51:06 | 1 | here today, of the approximate size of the -- the |
| 10:51:12 | 2 | approximate total amount of money that Mr. Landay |
| 10:51:16 | 3 | loaned to Seneca as of or prior to September 2000? |
| 10:51:24 | 4 | A.  I believe the amount was in excess of a |
| 10:51:30 | 5 | million.  It may have been several million.  I |
| 10:51:37 | 6 | don't recall specific amount in total. |
| 10:51:40 | 7 | Q.  Do you recall any occasions when Seneca |
| 10:51:54 | 8 | paid Mr. Landay back for any of those loans or any |
| 10:51:59 | 9 | portion of those loans? |
| 10:52:00 | 10 | A.  I don't recall any payments. |
| 10:52:03 | 11 | Q.  Do you recall whether the loans |
| 10:52:05 | 12 | contemplated that Seneca would pay Mr. Landay |
| 52:08 | 13 | interest on those loans? |
| 10:52:09 | 14 | A.  I do not recall that. |
| 10:52:13 | 15 | Q.  Are you suggesting that you don't know one |
| 10:52:17 | 16 | way or the other, or it is your recollection that |
| 10:52:19 | 17 | these loans did not include a provision where |
| 10:52:23 | 18 | Seneca would pay interest to Mr. Landay? |
| 10:52:26 | 19 | A.  I don't remember whether it had a provision |
| 10:52:29 | 20 | for interest or not. |
| 10:52:30 | 21 | Q.  And am I correct that you never recall |
| 10:52:41 | 22 | seeing any documentation relating to any sort of |
| 10:52:44 | 23 | UCC filing for any of these loans that Mr. Landay |
| 10:52:48 | 24 | made to Seneca? |

Neal J. Finklestein                                          11/01/2005

43

| | | |
|---|---|---|
| 52:50 | 1 | A. None that I remember. |
| 10:52:52 | 2 | Q. Is it possible that there would have been |
| 10:52:59 | 3 | this documentation and you wouldn't have known |
| 10:53:01 | 4 | about it? |
| 10:53:02 | 5 | A. It's possible. |
| 10:53:15 | 6 | Q. Do you have any memory of when Mr. Landay |
| 10:53:22 | 7 | loaned the money to Seneca? |
| 10:53:23 | 8 | A. My recollection is that it was over a |
| 10:53:30 | 9 | number of years, going back perhaps to the |
| 10:53:38 | 10 | mid-1990s. |
| 10:53:40 | 11 | Q. Do you recall any specific period of |
| 10:53:42 | 12 | increased loan activity from Mr. Landay to Seneca? |
| 53:47 | 13 | A. Not specifically. |
| 10:53:49 | 14 | Q. Would there have been a note or some other |
| 10:53:54 | 15 | documentation for every single loan that Mr. Landay |
| 10:53:57 | 16 | made to Seneca? |
| 10:53:58 | 17 | A. As far as I recall, yes. |
| 10:54:00 | 18 | Q. And these notes, the originals would have |
| 10:54:02 | 19 | been stored in your file cabinet? |
| 10:54:04 | 20 | A. That is correct. |
| 10:54:18 | 21 | Q. Drawing your attention to the summer of |
| 10:54:26 | 22 | 2000 and late spring of 2000, do you recall whether |
| 10:54:31 | 23 | this was a period of increased loan activity for |
| 10:54:35 | 24 | Mr. Landay to Seneca? |

Neal J. Finklestein                                           11/01/2005

46

| | | |
|---|---|---|
| 58:22 | 1 | negotiations of the new loan agreement with Seneca? |
| 10:58:28 | 2 | A. Very minimally. |
| 10:58:34 | 3 | Q. What was your involvement? |
| 10:58:35 | 4 | A. I accompanied Mr. Landay to Connecticut |
| 10:58:40 | 5 | when he was negotiating to buy Brookfield. |
| 10:58:48 | 6 | I really didn't -- I really wasn't |
| 10:58:51 | 7 | involved in negotiations other than to, you know, |
| 10:58:58 | 8 | carry out the running of Seneca, you know, as it |
| 10:59:03 | 9 | related to purchasing Brookfield. |
| 10:59:11 | 10 | Q. Did you prepare any financial statements |
| 10:59:18 | 11 | for Mr. Landay to provide to GMAC in the summer of |
| 10:59:24 | 12 | 2000? |
| 59:24 | 13 | A. Specifically, I don't recall that, but I |
| 10:59:30 | 14 | wouldn't doubt that. If there were financial |
| 10:59:34 | 15 | statements, they probably would have come from me. |
| 10:59:40 | 16 | Q. Would it have been your responsibility to |
| 10:59:42 | 17 | prepare Seneca's financial statements at that time? |
| 10:59:45 | 18 | A. Internal statements, and our accounting |
| 10:59:48 | 19 | firm would prepare audited financial statements. |
| 10:59:53 | 20 | Q. If Mr. Landay were to represent that in the |
| 11:00:09 | 21 | summer of 2000, or specifically at the time that |
| 11:00:13 | 22 | Seneca acquired Brookfield, he had $3.4 million |
| 11:00:19 | 23 | approximately in outstanding loans to Seneca, does |
| 11:00:24 | 24 | that sound correct to you approximately? |

47

| | | |
|---|---|---|
| 00:26 | 1 | A. It sounds like that could very well be correct. |
| 11:00:30 | 2 | |
| 11:00:31 | 3 | Q. Do you have any knowledge one way or the other? |
| 11:00:33 | 4 | |
| 11:00:33 | 5 | A. Specifically, I don't recall the total amount of the notes. |
| 11:00:37 | 6 | |
| 11:00:38 | 7 | Q. Do you know whether in the summer of 2000 and late spring of 2000 Seneca ever made any payments to Mr. Landay other than for salary? |
| 11:01:12 | 8 | |
| 11:01:16 | 9 | |
| 11:01:19 | 10 | A. I don't specifically recall any payments. |
| 11:01:26 | 11 | Q. Would it surprise you if Seneca made any payments to Mr. Landay other than for salary? |
| 11:01:39 | 12 | |
| 01:41 | 13 | MR. HOFFMAN: Objection to the question. You may answer. |
| 11:01:43 | 14 | |
| 11:01:44 | 15 | Q. Let me ask a different question. |
| 11:01:46 | 16 | You were in charge of Seneca's books in the late spring and summer of 2000, correct? |
| 11:01:49 | 17 | |
| 11:01:52 | 18 | A. Yes. |
| 11:01:53 | 19 | Q. Would you have been aware of any payments that Seneca made to Mr. Landay in the late spring and summer of 2000? |
| 11:01:55 | 20 | |
| 11:02:02 | 21 | |
| 11:02:03 | 22 | A. Yes. |
| 11:02:03 | 23 | Q. Would you have been aware of the purpose of any payments that Seneca made to Mr. Landay in the |
| 11:02:06 | 24 | |

Neal J. Finklestein                                   11/01/2005

126

| | | |
|---|---|---|
| 14:30:05 | 1 | took possession of its assets; is that correct? |
| 14:30:07 | 2 | A. Yes. |
| 14:30:08 | 3 | Q. That you worked for Mr. Rijo? |
| 14:30:10 | 4 | A. Well, I will qualify that by saying I was |
| 14:30:16 | 5 | working for GMAC. I don't believe I was paid by |
| 14:30:21 | 6 | GMAC. |
| 14:30:21 | 7 | Q. What is your recollection of who you were |
| 14:30:24 | 8 | working for? |
| 14:30:24 | 9 | A. My recollection is I ceased working for |
| 14:30:28 | 10 | Seneca on that date that we've -- October 22 or |
| 14:30:33 | 11 | whatever. |
| 14:30:43 | 12 | Q. Could you please describe for me the |
| 30:46 | 13 | precise tasks that John Rijo asked you to do after |
| 14:30:52 | 14 | GMAC acquired Seneca's assets. |
| 14:30:54 | 15 | A. I cannot tell you the precise tasks. I |
| 14:30:58 | 16 | don't recall precise tasks. I can tell you |
| 14:31:01 | 17 | generally what I recollect I did for John. |
| 14:31:03 | 18 | Q. Why don't you tell me generally. |
| 14:31:10 | 19 | A. What I did was produce reports. Explain to |
| 14:31:14 | 20 | John what the content of those reports was. |
| 14:31:18 | 21 | Identify files and documents for John that he had |
| 14:31:26 | 22 | or were part of Seneca's documents that were left |
| 14:31:32 | 23 | there. |
| 14:31:33 | 24 | I seem to recall assisting in the |

Neal J. Finklestein                                    11/01/2005

133

| | | |
|---|---|---|
| 14:44:49 | 1 | A. I think they -- there was a -- just a |
| 14:44:53 | 2 | general feeling that he just wasn't happy, but |
| 14:44:59 | 3 | maybe because we were paying him slow, also, just |
| 14:45:02 | 4 | like everybody else. |
| 14:45:04 | 5 | Q. Is that a speculation? |
| 14:45:06 | 6 | A. Yeah, it is. |
| 14:45:08 | 7 | Q. Do you know whether Mr. Chen ever expressed |
| 14:45:15 | 8 | unhappiness because he was being paid slowly? |
| 14:45:18 | 9 | A. I don't know that he did, no. |
| 14:45:20 | 10 | Q. Did Mr. Landay ever tell you that Mr. Chen |
| 14:45:22 | 11 | was expressing unhappiness because he was being |
| 14:45:26 | 12 | paid slowly? |
| 45:27 | 13 | A. Not that I recall. |
| 14:45:28 | 14 | Q. Is it true that Mr. Chen was being paid |
| 14:45:31 | 15 | slowly by Seneca? |
| 14:45:32 | 16 | A. Everyone was being paid slowly by Seneca. |
| 14:45:37 | 17 | MR. DUBNOFF: We are going to take a |
| 14:45:40 | 18 | break for the purpose of permitting Mr. Finklestein |
| 14:45:45 | 19 | to go upstairs to the 29th floor of your office and |
| 14:45:53 | 20 | take a look through the documents that were moved |
| 14:45:57 | 21 | here from a storage facility in Milford, |
| 14:46:02 | 22 | Massachusetts. |
| 14:46:06 | 23 | These documents purportedly are the |
| 14:46:09 | 24 | same documents that were placed in storage by |

Neal J. Finklestein                                    11/01/2005

134

| | | |
|---|---|---|
| 14:46:13 | 1 | Mr. Rijo from Seneca following his liquidation of |
| 14:46:21 | 2 | Seneca's inventory and fixed assets. |
| 14:46:26 | 3 | We are going to take a break, and then |
| 14:46:28 | 4 | we will let Mr. Finklestein look at these |
| 14:46:31 | 5 | documents, and we will resume. Is that -- you in |
| 14:46:35 | 6 | agreement with that, Mr. Hoffman? |
| 14:46:36 | 7 | MR. HOFFMAN: I am in agreement. |
| 14:47:17 | 8 | MR. DUBNOFF: I am going to ask him to |
| 14:47:19 | 9 | look for all evidence of Seneca's loans from David |
| 14:47:21 | 10 | Landay and any information relating to those loans. |
| 14:47:25 | 11 | MR. HOFFMAN: Okay. |
| 14:47:26 | 12 | MR. DUBNOFF: Is there anything you are |
| 14:47:27 | 13 | going -- |
| 14:47:28 | 14 | MR. HOFFMAN: The same. |
| 14:47:34 | 15 | (A recess was taken from |
| 14:47:35 | 16 | 2:47 to 3:22 p.m.) |
| 15:23:02 | 17 | MR. DUBNOFF: During the break, we |
| 15:23:10 | 18 | went upstairs to the 29th floor to a room filled |
| 15:23:15 | 19 | with documents that we believe had been at Seneca's |
| 15:23:23 | 20 | Milford facility until John Rijo had them |
| 15:23:29 | 21 | transported to a storage facility in late 2001. |
| 15:23:35 | 22 | Following that transfer, they remained |
| 15:23:40 | 23 | at the facility, we believe, until August of 2005, |
| 15:23:44 | 24 | at which point in time they were transferred here. |

Neal J. Finklestein                                              11/01/2005

135

| | | |
|---|---|---|
| 23:48 | 1 | Mr. Finklestein has had an opportunity |
| 15:23:50 | 2 | to review that room full of documents, and prior to |
| 15:23:57 | 3 | the break I had asked him to look for any documents |
| 15:24:00 | 4 | relating to loans that David Landay made to Seneca. |
| 15:24:08 | 5 | Q. Mr. Finklestein, did you in fact look for |
| 15:24:12 | 6 | documents relating to loans that Mr. Landay had |
| 15:24:15 | 7 | made to Seneca? |
| 15:24:16 | 8 | A. Yes. |
| 15:24:17 | 9 | Q. Could you describe your search efforts. |
| 15:24:23 | 10 | What did you do? |
| 15:24:24 | 11 | A. Looked through the file cabinets that were |
| 15:24:27 | 12 | in my office, specifically the fireproof cabinet, |
| 24:31 | 13 | which is where I recall them last being, and I did |
| 15:24:36 | 14 | not find those documents. |
| 15:24:38 | 15 | Q. Is this the file cabinet that you mentioned |
| 15:24:43 | 16 | earlier in your deposition today? |
| 15:24:44 | 17 | A. Yes. |
| 15:24:45 | 18 | Q. And when you say you did not find those |
| 15:24:46 | 19 | documents, what do you mean by "those documents"? |
| 15:24:49 | 20 | A. The promissory notes that were between |
| 15:24:57 | 21 | David Landay and Seneca for the various amounts he |
| 15:25:02 | 22 | had lent to the company over the years. |
| 15:25:08 | 23 | Q. Was that the extent of your search for |
| 15:25:10 | 24 | those documents? |