# EXHIBIT III

# GMAC Commercial Credit LLC

## Client Ledger Account

```
--- C L I E N T ---         -NO-                    --- T Y P E ---              PAGE NO.    1
SENECA SPORTS INC           1024-00                 COLLECTION                   RECEIVABLE ASSIGNED
                                                    CURRENCY - USD               AMOUNT  AV DUE DATE
75 FORTUNE BLVD             AS OF DATE                                           489,284  11-28-00
MILFORD MASS                09-30-00
                                                                    MONTH
                            ACCOUNT EXECUTIVE                       09-00
                            FITZGERALD, P                           08-00
    01757                                                           07-00
                                                                    06-00

                                                    COLLS. NOT TRANSFERRED
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR-   CR | BALANCE DR-  CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | | BALANCE DR-  CR |
|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | .00 | | | .00 |
| 09-21-00 | 092000 | MAT TRANSFER | 181 | | | 9,170,130.56- | | 9,170,130.56- |
| 09-25-00 | 092500 | SALES          BT 011 | 100 | 116,896.76 | 116,896.76 | | | |
| 09-25-00 |        | LC CHARGES            | 185 | | | 115.00- | | 9,170,245.56- |
| 09-26-00 | 092500 | SALES          BT 012 | 100 | 743.41 | | | | |
| 09-26-00 | 092500 | SALES          BT 013 | 100 | 23,659.00 | | | | |
| 09-26-00 | 092500 | SALES          BT 014 | 100 | 31,711.68 | | | | |
| 09-26-00 | 092100 | SALES          BT 010 | 100 | 105,454.05 | | | | |
| 09-27-00 | 092700 | SALES          BT 015 | 100 | 24,146.84 | 278,464.90 | | | |
| 09-28-00 | 092700 | SALES          BT 016 | 100 | 117,058.80 | 302,611.74 | | | |
| 09-29-00 | 092900 | SALES          BT 017 | 100 | 1,033.56 | 419,670.54 | | | |
| 09-29-00 | 092900 | SALES          BT 018 | 100 | 68,579.50 | | | | |
| 09-29-00 |        | MISC CHG/CR           | 190 | | | 65.00- | | |
| 09-29-00 |        | COLLECTIONS           | 196 | | | 338.02- | | |
| 09-30-00 |        | D.A.B.                | 185 | | 489,283.60 | 75,464.70- | | |
| 09-30-00 |        | INTEREST              | 195 | | | 17.45- | | |
| 09-30-00 |        | COMMISSION            | 195 | | | 3,894.72- | offset to 106act 348.00 | | |
| 09-30-00 |        | INTEREST              | 195 | | | 30,054.52- | | 111,911.89 | 9,057,987.87- |
| 09-30-00 |        | COMMISSION            | 195 | | 489,283.60 | | | 9,137,767.56- |
| 09-30-00 |        | INT ON AVG BAL        | 001 | | 489,283.60 | | | 9,167,822.08- |
| MONTH END BALANCE | | | | | 489,283.60 | 9,280,079.97 | 112,257.89 | 9,167,822.08- |
| | | | | AVG. BALANCE | RATE | AMOUNT | | |
| INTEREST ON AVERAGE ADVANCES | | | | 3,354,922.51- @ | 10.750 % | 30,054.52- | | |



EXHIBIT
106
11-1-05

**GMAC COMMERCIAL CREDIT LLC**

**Client Ledger Account**

```
--- C L I E N T ---         -NO-        ---T Y P E---                    PAGE NO.  2
SENECA SPORTS INC           1024-00     COLLECTION          RECEIVABLE  ASSIGNED
75 FORTUNE BLVE                         CURRENCY - USD      AMOUNT AV. DUE DATE
MILFORD MASS                AS OF DATE                       489,284    11-29-00
                            09-30-00
        01757
                            ACCOUNT EXECUTIVE
                            FITZGERALD, P
```

MONTHLY SUMMARY

|  | TRANS CODE | MONTH | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE |  |  |  | .00 |  | .00 |
| TOTAL SALES | 100 | 09-00 | 489,283.60 | 489,283.60 |  |  |
| TOTAL BANK CHARGES | 185 | 09-00 |  |  | 180.00 —Ⓐ | 180.00- |
| TOTAL MISC. CHARGE/CREDIT | 190 | 08-00 |  |  |  | 166.00 |
| TOTAL MATURITY TRANSFERS | 191 | 07-00 |  |  | 9,170,130.56 —Ⓑ | 9,169,964.56- |
| TOTAL MONTH-END CHARGES | 195 | 06-00 |  |  | 79,714.89 —Ⓐ | 9,249,679.45- |
| TOTAL COLLECTIONS | 198 |  |  |  | 111,911.89 | 9,137,767.56- |
| TOTAL INTEREST ON BALANCE | 001 |  |  |  | 30,054.52 —Ⓐ | 9,167,822.08- |
| MONTH END BALANCE |  |  |  | 489,283.60 |  | 9,167,822.08- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS; IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

Handwritten:
Ⓐ 109,949.41 Interest & Bank charges JS-6
Ⓑ 9,158,337.03
   11,793.53
   9,170,130.56   JS-14

FORM 1750

GMAC_LANDAY00136

AR37R

RUN DATE 09/30/2000

**GMAC COMMERCIAL CREDIT LLC**

STATEMENT OF ACCOUNTS RECEIVABLE

PAGE NO. 1

MONTH ENDING - SEPTEMBER 30, 2000
CURRENCY - USD

SENECA SPORTS INC
75 FORTUNE BLVE
MILFORD MASS
01757

CLIENT 102400

BALANCE FORWARD     $0.00

| POST DATE | CLIENT # | TRANS | CASH APPLIC.DATE | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 09/26/2000 | 102400 | SALES | | $222,350.81 | | $222,350.81 |
| 09/27/2000 | 102400 | SALES | | $80,260.93 | | $302,611.74 |
| 09/28/2000 | 102400 | SALES | | $117,058.80 | | $419,670.54 |
| 09/29/2000 | 102400 | SALES | | $69,613.06 | | $489,283.60 |
| CLIENT TOTALS | | | | $489,283.60 | $0.00 | $489,283.60 |

GMAC COMMERCIAL CREDIT LLC

MONTHLY FACTORED SALES ANALYSIS

CLIENT NAME: SENECA SPORTS INC
CLIENT NO.: 102400
PERIOD: SEPTEMBER 30, 2000

PAGE 1

### DISCOUNT ANALYSIS

| DISC % | GROSS SALES | MISC | SALES DISCOUNT | NET SALES BEFORE CR | CREDITS | CREDIT DISCOUNT | NET SALES |
|---|---|---|---|---|---|---|---|
| NET | 489,283.60 | | | 489,283.60 | | | 489,283.60 |
| TOTAL | 489,283.60 | .00 | .00 | 489,283.60 | .00 | .00 | 489,283.60 |

### COMMISSION ANALYSIS

| DISC % | TERMS OPT DAYS | DUE DAYS | EXTRA DAYS CODE | AS OF DATE | FINAL DAYS | DISC SALES BY TERMS | COMM RATE | COMM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| NET | 010 | 010 | 000 0 | | 10 | 1,022.28 | 0.8500% | 8.64 |
| NET | 030 | 030 | 000 0 | | 30 | 43,211.97 | 0.8500% | 280.89 |
| NET | 060 | 060 | 000 0 | | 60 | 342,492.47 | 0.8500% | 2,226.21 |
| NET | 090 | 090 | 000 0 | | 90 | 66,216.50 | 0.9000% | 595.98 |
| | MINIMUM COMMISSION | | | | | 36,340.38 | | 785.00 |
| | | | | | | | | 3,894.72 |

157 INV @ $5.00

### SUMMARY OF ACCOUNT SALES

| GROSS SALES | CREDITS | GROSS SALES LESS CREDITS | TOTAL DISCOUNT | NET SALES AFTER DISC | AVERAGE DUE DATE | INTEREST ON COMM |
|---|---|---|---|---|---|---|
| 489,283.60 * | .00 * | 489,283.60 * | .00 * | 489,283.60 * | 11-29-2000 | 17.45 * |

TOTAL

GMAC_LANDAY00138

**GMAC Commercial Credit LLC**

# Client Ledger Account

```
--- C L I E N T ---              -NO-         ---T Y P E---                              PAGE NO.    1
SENECA SPORTS INC                1024-00      COLLECTION             RECEIVABLE   ASSIGNED
75 FORTUNE BLVD                  AS OF DATE   CURRENCY - USD         MONTH    AMOUNT      AV.DUE DATE
MILFORD MASS                     10-31-00                            10-00   2,894,782    12-14-00
                                                                     09-00     489,284    11-29-00
        01757                    ACCOUNT EXECUTIVE                   08-00
                                 FITZGERALD,P                        07-00
                                                                     COLLS.NOT.TRANSFERRED    22,359.69
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION TRANSACTIONS DR- / CR | COLLECTION ACCOUNT BALANCE DR- / CR | ADVANCE/MATURED TRANSACTIONS DR- | FUNDS ACCOUNT CR | BALANCE DR- / CR |
|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | | | |
| 10-02-00 | | COLLECTIONS | 198 | | 489,283.60 | | | |
| 10-03-00 | 100200 | SALES    BT 018 | 100 | 10,752.50 | 489,283.60 | | | |
| 10-03-00 | 100300 | SALES    BT 022 | 100 | 84,546.74 | | | | |
| 10-03-00 | 100300 | SALES    BT 021 | 100 | 98,180.60 | | | | |
| 10-03-00 | 100200 | SALES    BT 020 | 100 | 108,812.30 | | | | |
| 10-03-00 | | COLLECTIONS | 198 | 19,246.34 | 787,575.74 | | 17,312.70 | 9,167,822.08- |
| 10-04-00 | 100400 | SALES    BT 024 | 100 | | 806,822.08 | | | 9,150,509.38- |
| 10-04-00 | | COLLECTIONS | 198 | | 806,822.08 | | | |
| 10-05-00 | | COLLECTIONS | 198 | | | | 64.44 | 9,150,444.94- |
| 10-05-00 | 100800 | SALES    BT 026 | 100 | 73,798.52 | | | | |
| 10-06-00 | 100400 | SALES    BT 025 | 100 | 85,025.72 | | | 99.21 | 9,150,345.73- |
| 10-06-00 | | CASH ADVANCE | 140 | | | 18.12- | 114,019.29 | 9,036,326.44- |
| 10-06-00 | | CASH ADVANCE | 140 | | | 5.98- | | |
| 10-06-00 | | COLLECTIONS | 198 | | 965,646.32 | | 3,388.48 | 9,032,960.06- |
| 10-10-00 | 100900 | SALES    BT 027 | 100 | 50,615.00 | | | | |
| 10-10-00 | 100500 | SALES    BT 028 | 100 | 111,576.89 | | | | |
| 10-10-00 | 101000 | SALES    BT 029 | 100 | 155,870.74 | | | | |
| 10-10-00 | | MISC CHG/CR | 190 | | | 21,859.50- | | |
| 10-10-00 | | COLLECTIONS | 198 | | 1,283,709.75 | | 18,599.76 | 9,038,219.80- |
| 10-11-00 | 100600 | SALES    BT 030 | 100 | 40,985.12 | | | | |
| 10-11-00 | 100400 | SALES    BT 023 | 100 | 63,396.95 | | | | |
| 10-11-00 | 101200 | SALES    BT 031 | 100 | 109,013.29 | 1,497,105.11 | | | 9,038,219.80- |
| 10-12-00 | 101200 | SALES    BT 032 | 100 | 116,050.80 | | | | |
| 10-12-00 | 100600 | CREDIT   BT 033 | 110 | 1,892.00- | | | | |
| 10-13-00 | 101000 | SALES    BT 035 | 100 | 20,798.57 | 1,611,463.91 | | | 9,038,219.80- |
| 10-13-00 | 101300 | SALES    BT 034 | 100 | 391,276.50 | | | | |
| BALANCE FORWARD | | | | | 2,023,538.98 | | | 9,038,219.80- |

CONTINUED ON NEXT PAGE

FORM 1790

GMAC_LANDAY00129

# GMAC COMMERCIAL CREDIT LLC

## Client Ledger Account

```
--- C L I E N T ---                    -NO-                    --- T Y P E ---                              PAGE NO.    2
SENECA SPORTS INC                      1024-00                 COLLECTION                   RECEIVABLE ASSIGNED
                                                               CURRENCY - USD                    AMOUNT    AV.DUE DATE
75 FORTUNE BLVD                        AS OF DATE                              MONTH           2,894,782    12-14-00
MILFORD MASS                           10-31-00                                10-00             489,284    11-29-00
                                                                               09-00
      01757                            ACCOUNT EXECUTIVE                       08-00
                                       FITZGERALD,P                            07-00

                                                                                           COLLS.NOT TRANSFERRED      22,359.69
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR-    CR | | BALANCE DR-   CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | | BALANCE DR-   CR |
|---|---|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | | | | | |
| 10-13-00 | | COLLECTIONS | 196 | | | 2,023,538.98 | | | |
| 10-16-00 | 101100 | SALES  BT 036 | 100 | 18,870.53 | | 2,023,538.98 | | | 9,038,219.80- |
| 10-16-00 | 101600 | SALES  BT 037 | 100 | 165,949.79 | | | | 283,817.99 | 8,754,401.81- |
| 10-16-00 | | COLLECTIONS | 196 | | 33.07- | | | | |
| 10-17-00 | | COLLECTIONS | 196 | | | 2,208,326.23 | | 33.07 | |
| 10-18-00 | 101600 | SALES  BT 038 | 100 | 45,112.34 | | 2,208,326.23 | | 184,525.67 | 8,559,843.07- |
| 10-18-00 | | MISC CHG/CR | 190 | | | | | 1,750,424.09 | 6,809,418.98- |
| 10-18-00 | | COLLECTIONS | 196 | | 36,000.00- | | | 21,859.50 | |
| 10-18-00 | | COLLECTIONS | 196 | | | 2,217,438.57 | | 36,000.00 | |
| 10-19-00 | 101700 | SALES  BT 039 | 100 | 42,674.70 | | | | 72,827.47 | 6,678,732.01- |
| 10-19-00 | 101000 | SALES  BT 040 | 100 | 53,862.00 | | | | | |
| 10-19-00 | 101100 | SALES  BT 041 | 100 | 85,626.53 | | | | | |
| 10-19-00 | | COLLECTIONS | 196 | | | 2,399,401.80 | | 45,011.87 | 6,633,720.14- |
| 10-20-00 | 101900 | SALES  BT 044 | 100 | 29,795.95 | | | | | |
| 10-20-00 | 101600 | SALES  BT 043 | 100 | 175,339.35 | | | | | |
| 10-20-00 | 101700 | SALES  BT 042 | 100 | 186,220.66 | | | | | |
| 10-20-00 | | COLLECTIONS | 196 | | 228.70- | | | | |
| 10-20-00 | | COLLECTIONS | 196 | | | 2,780,531.06 | | 226.70 | |
| 10-23-00 | | COLLECTIONS | 196 | | 393.24 | | | 42,054.48 | 6,591,438.96- |
| 10-23-00 | | COLLECTIONS | 196 | | | 2,780,137.82 | | 393.24 | |
| 10-24-00 | 102000 | SALES  BT 046 | 100 | 20,653.82 | | | | 30,143.93 | 6,580,901.79- |
| 10-24-00 | 102300 | SALES  BT 048 | 100 | 29,790.00 | | | | | |
| 10-24-00 | 102000 | SALES  BT 045 | 100 | 31,316.04 | | | | | |
| 10-24-00 | 102000 | SALES  BT 047 | 100 | 150,442.50 | | | | | |
| 10-24-00 | | COLLECTIONS | 196 | | 66.14- | | | | |
| BALANCE FORWARD | | | | | | 3,022,274.04 | | 66.14 | 6,560,835.65- |

CONTINUED ON NEXT PAGE

GMAC_LANDAY00130

# GMAC Commercial Credit LLC — Client Ledger Account

```
--- CLIENT ---           -NO-         --- T Y P E ---                    PAGE NO.    3
SENECA SPORTS INC        1024-00      COLLECTION                         RECEIVABLE ASSIGNED
75 FORTUNE BLVD                       CURRENCY - USD                     AMOUNT     AV.DUE DATE
MILFORD MASS                                                             2,894,782   12-14-00
                         AS OF DATE                                        489,284   11-29-00
        01757            10-31-00
                                      ACCOUNT EXECUTIVE
                                      FITZGERALD,P
```

|  |  |  |  | MONTH | COLLS.NOT TRANSFERRED |
|---|---|---|---|---|---|
|  |  |  |  | 10-00 |  |
|  |  |  |  | 09-00 |  |
|  |  |  |  | 08-00 |  |
|  |  |  |  | 07-00 | 22,359.89 |

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION TRANSACTIONS DR- | CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS TRANSACTIONS DR- | ACCOUNT CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD |  |  |  |  |  |  |  |  | 6,560,835.65- |
| 10-24-00 | 102400 | COLLECTIONS | 198 |  | 11,380.40 | 3,022,274.04 |  |  | 6,558,677.87- |
| 10-25-00 |  | SALES BT 049 | 100 |  |  | 3,022,274.04 |  | 2,157.78 |  |
| 10-25-00 |  | COLLECTIONS | 198 |  | 1,232.15- |  |  |  |  |
| 10-25-00 |  | COLLECTIONS | 198 |  |  | 3,032,422.29 |  | 1,232.15 |  |
| 10-26-00 | 102500 | SALES BT 051 | 100 |  |  |  |  | 1,666.08 | 6,555,779.64- |
| 10-26-00 | 102400 | SALES BT 050 | 100 |  | 19,407.20 |  |  |  |  |
| 10-26-00 |  | COLLECTIONS | 198 |  | 61,723.34 |  |  |  |  |
| 10-26-00 |  | COLLECTIONS | 198 |  | 654.83- |  |  | 654.83 |  |
| 10-27-00 | 102000 | SALES BT 052 | 100 |  | 68,250.00 | 3,112,898.00 |  | 31,830.30 | 6,523,294.51- |
| 10-27-00 | 100100 | MISC CHG/CR | 190 |  |  |  | 4,469.58- |  |  |
| 10-27-00 |  | COLLECTIONS | 198 |  | 13,363.30- |  |  | 13,363.30 |  |
| 10-27-00 |  | COLLECTIONS | 198 |  |  | 3,167,784.70 |  | 111,211.58 | 6,403,189.21- |
| 10-30-00 | 102500 | SALES BT 054 | 100 |  | 16,359.60 |  |  |  |  |
| 10-30-00 | 102800 | SALES BT 053 | 100 |  | 21,109.12 |  |  |  |  |
| 10-30-00 | 102700 | SALES BT 055 | 100 |  | 40,899.00 |  |  |  |  |
| 10-30-00 | 100100 | SALES BT 056 | 100 |  | 85,944.05 |  |  |  |  |
| 10-30-00 |  | COLLECTIONS | 198 |  | 413.46- | 3,331,683.01 |  | 330.20 |  |
| 10-31-00 |  | D.A.B. | 185 |  |  |  | 324.97- | 413.46 | 6,402,445.55- |
| 10-31-00 |  | INTEREST | 195 |  |  |  | 116.01- |  |  |
| 10-31-00 |  | COMMISSION | 185 |  |  |  | 25,899.10- |  |  |
| 10-31-00 |  | COLLECTIONS | 198 |  | 974.48- | 3,330,708.53 |  | 974.48 | 5,936,108.40- |
| 10-31-00 |  | COLLECTIONS | 198 |  |  | 3,330,708.53 | 72,102.09- | 491,704.75 | 6,008,208.49- |
| 10-31-00 |  | INT ON AVG BAL | 001 |  |  |  |  |  |  |

| MONTH END BALANCE |  |  |  |  | 2,841,424.93 | 3,330,708.53 | 124,793.33- | 3,284,406.92 | 6,008,208.49- |

|  | AVG.BALANCE | RATE | AMOUNT |
|---|---|---|---|
| INTEREST ON AVERAGE ADVANCES | 7,788,972.63- @ | 10.750 % | 72,102.09- |

FORM 1750

GMAC_LANDAY00131

**GMAC COMMERCIAL CREDIT LLC**

**Client Ledger Account**

PAGE NO. 4

--- C L I E N T ---
SENECA SPORTS INC
75 FORTUNE BLVD
MILFORD MASS

01757

-NO-
1024-00

AS OF DATE
10-31-00

ACCOUNT EXECUTIVE
FITZGERALD, P

- - - T Y P E - - -
COLLECTION
CURRENCY - USD

RECEIVABLE ASSIGNED

| MONTH | AMOUNT | AV. DUE DATE |
|---|---|---|
| 10-00 | 2,894,782 | 12-14-00 |
| 09-00 | 489,284 | 11-29-00 |
| 08-00 | | |
| 07-00 | | |

COLLS. NOT TRANSFERRED    22,359.69

**MONTHLY SUMMARY**

| TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- / CR | BALANCE DR- / CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- / CR | BALANCE DR- / CR |
|---|---|---|---|---|
| OPENING MONTH BALANCE | | 489,283.60 | | 9,167,822.08- |
| TOTAL SALES           100 | 2,898,474.30 | 3,385,757.90 | | |
| TOTAL CREDITS         110 | 1,692.00- | 3,384,065.90 | | |
| TOTAL WIRES           140 | | | 22.10- ✓ | 9,167,844.18- |
| TOTAL BANK CHARGES    185 | | | 324.97- ✓ 4401,56 Inter facility fee | 9,168,169.15- |
| TOTAL MISC. CHARGE/CREDIT 190 | | | 28,329.08- 4401,56 ✓ | 9,172,638.71- |
| TOTAL MONTH-END CHARGES 195 | | | 26,015.11- ✓ | 9,198,653.82- |
| TOTAL COLLECTIONS     196 | 53,357.37- | 3,330,708.53 | 21,859.50 | 5,935,106.40- |
| TOTAL INTEREST ON BALANCE 001 | | | 72,102.08- 71-663 3,262,547.42 | 6,008,208.49- |
| MONTH END BALANCE | | 3,330,708.53 | | 6,008,208.49- |
THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS; IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

FORM 1750

```
AR37R                          GMAC COMMERCIAL CREDIT LLC                              PAGE NO.  1
RUN DATE 10/31/2000         STATEMENT OF ACCOUNTS RECEIVABLE
                                                                       MONTH ENDING - OCTOBER 31, 2000
       SENECA SPORTS INC                      CLIENT                   CURRENCY - USD
       75 FORTUNE BLVD                        102400
       MILFORD MASS
       01757
                          BALANCE FORWARD
                             $489,283.60
```

| POST DATE  | CLIENT # | TRANS | CASH APPLIC. DATE | DEBITS       | CREDITS      | BALANCE        |
|------------|----------|-------|-------------------|--------------|--------------|----------------|
| 10/03/2000 | 102400   | SALES |                   | $287,539.64  |              | $776,823.24    |
| 10/04/2000 | 102400   | SALES |                   | $10,752.50   |              | $787,575.74    |
| 10/05/2000 | 102400   | SALES |                   | $19,246.34   |              | $806,822.08    |
| 10/06/2000 | 102400   | SALES |                   | $158,824.24  |              | $965,646.32    |
| 10/10/2000 | 102400   | SALES |                   | $206,486.74  |              | $1,172,133.06  |
| 10/11/2000 | 102400   | SALES |                   | $324,972.05  |              | $1,497,105.11  |
| 10/11/2000 | 102400   | CASH  | 10/11/2000        |              | $33.07       | $1,497,072.04  |
| 10/12/2000 | 102400   | SALES |                   | $114,358.80  |              | $1,611,430.84  |
| 10/13/2000 | 102400   | SALES |                   | $391,276.50  |              | $2,002,707.34  |
| 10/13/2000 | 102400   | CASH  | 10/13/2000        |              | $36,000.00   | $1,966,707.34  |
| 10/16/2000 | 102400   | SALES |                   | $39,669.10   |              | $2,006,376.44  |
| 10/17/2000 | 102400   | SALES |                   | $165,949.79  |              | $2,172,326.23  |
| 10/17/2000 | 102400   | CASH  | 10/17/2000        |              | $226.70      | $2,172,099.53  |
| 10/18/2000 | 102400   | SALES |                   | $45,112.34   |              | $2,217,211.87  |
| 10/18/2000 | 102400   | CASH  | 10/18/2000        |              | $393.24      | $2,216,818.63  |
| 10/19/2000 | 102400   | SALES |                   | $96,336.70   |              | $2,313,155.33  |
| 10/19/2000 | 102400   | CASH  | 10/19/2000        |              | $66.14       | $2,313,089.19  |
| 10/20/2000 | 102400   | SALES |                   | $476,982.49  |              | $2,790,071.68  |
| 10/20/2000 | 102400   | CASH  | 10/20/2000        |              | $1,232.15    | $2,788,839.53  |
| 10/23/2000 | 102400   | CASH  | 10/23/2000        |              | $654.83      | $2,788,184.70  |
| 10/24/2000 | 102400   | SALES |                   | $232,202.36  |              | $3,020,387.06  |
| 10/24/2000 | 102400   | CASH  | 10/24/2000        |              | $13,363.30   | $3,007,023.76  |
| 10/25/2000 | 102400   | SALES |                   | $11,380.40   |              | $3,018,404.16  |
| 10/25/2000 | 102400   | CASH  | 10/25/2000        |              | $413.46      | $3,017,990.70  |
| 10/26/2000 | 102400   | SALES |                   | $61,723.34   |              | $3,079,714.04  |
| 10/26/2000 | 102400   | CASH  | 10/26/2000        |              | $974.48      | $3,078,739.56  |
| 10/27/2000 | 102400   | SALES |                   | $87,657.20   |              | $3,166,396.76  |
| 10/27/2000 | 102400   | CASH  | 10/27/2000        |              | $215.32      | $3,166,181.44  |
| 10/30/2000 | 102400   | SALES |                   | $78,367.72   |              | $3,244,549.16  |
| 10/30/2000 | 102400   | CASH  | 10/30/2000        |              | $357.66      | $3,244,191.50  |
| 10/31/2000 | 102400   | SALES |                   | $85,944.05   |              | $3,330,135.55  |
| 10/31/2000 | 102400   | CASH  | 10/31/2000        |              | $21,786.71   | $3,308,348.84  |
| CLIENT TOTALS |       |       |                   | $2,894,782.30| $75,717.06   | $3,308,348.84  |

GMAC_LANDAY00133

GMAC COMMERCIAL CREDIT LLC

MONTHLY FACTORED SALES ANALYSIS

PAGE 1

CLIENT NAME: SENECA SPORTS INC
CLIENT NO.: 102400
PERIOD: OCTOBER 31, 2000

### DISCOUNT ANALYSIS

| DISC % | GROSS SALES | MISC | SALES DISCOUNT | NET SALES BEFORE CR | CREDITS | CREDIT DISCOUNT | NET SALES |
|---|---|---|---|---|---|---|---|
| NET | 2,896,474.30 | | | 2,896,474.30 | 1,692.00- | | 2,894,782.30 |
| TOTAL | 2,896,474.30 | .00 | .00 | 2,896,474.30 | 1,692.00- | .00 | 2,894,782.30 |

### COMMISSION ANALYSIS

| | TERMS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DISC % | OPT DAYS | DUE DAYS | EXTRA DAYS CODE | AS OF DATE | FINAL DAYS | DISC SALES BY TERMS | COMM RATE | COMM AMOUNT | |
| NET | 030 | 030 | 000 | | 30 | 425,428.77 | 0.6500% | 2,785.28 | |
| NET | 045 | 045 | 000 | | 45 | 214,604.26 | 0.6500% | 1,394.93 | |
| NET | 060 | 060 | 000 | | 60 | 1,188,805.10 | 0.6500% | 7,714.28 | |
| NET | 090 | 090 | 000 | | 90 | 822,732.00 | 0.9000% | 7,404.63 | |
| NET | 010 | 010 | 000 | 10-08-2000 | 10 | 1,692.00- | | | |
| | | | | | | 246,904.17 | | 6,820.00 | |
| MINIMUM COMMISSION | | | | | | | | | |
| | | | | | | | | 25,899.10 | 1,324 INV @ $5.00 |

### SUMMARY OF ACCOUNT SALES

| | GROSS SALES | CREDITS | GROSS SALES LESS CREDITS | TOTAL DISCOUNT | NET SALES AFTER DISC | AVERAGE DUE DATE | INTEREST ON COMM |
|---|---|---|---|---|---|---|---|
| TOTAL | 2,896,474.30 * | 1,692.00-* | 2,894,782.30 * | .00 * | 2,894,782.30 * | 12-14-2000 | 118.01 * |

# GMAC Commercial Credit LLC

## Client Ledger Account

```
- - - C L I E N T - - -                              - - - T Y P E - - -                                   PAGE NO.          1
SENECA SPORTS INC                                    COLLECTION                                  RECEIVABLE    ASSIGNED
                                      NO.            CURRENCY - USD                              MONTH    AMOUNT   AV.DUE DATE
75 FORTUNE BLVE                                                                                  11-00   2,492,574  01-18-01
MILFORD MASS                          AS OF DATE                                                 10-00   2,894,782  12-14-00
                                                                                                 09-00     489,284  11-29-00
          01757                       ACCOUNT EXECUTIVE                                          08-00
                                      FITZGERALD,P
                                                                               COLLS.NOT TRANSFERRED         356,309.71
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | | TRANS CODE | COLLECTION TRANSACTIONS DR- | CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS TRANSACTIONS DR- | CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | | | | | |
| 11-01-00 | 110100 | SALES | BT 057 | 100 | 31,171.94 | | 3,330,708.53 | | | 6,008,208.48- |
| 11-01-00 | | COLLECTIONS | | 198 | | | | | | |
| 11-01-00 | | COLLECTIONS | | 198 | | 215.32 | | | 68.61 | |
| 11-02-00 | 110200 | SALES | BT 059 | 100 | 130,286.00 | | 3,361,865.15 | | 215.32 | 6,007,924.58- |
| 11-02-00 | 110200 | SALES | BT 058 | 100 | 141,328.48 | | | | | |
| 11-02-00 | | COLLECTIONS | | 198 | | 357.66 | | | 357.66 | |
| 11-02-00 | | WIRE | | 140 | | | | | 20,823.48 | |
| 11-03-00 | | COLLECTIONS | | 198 | | 21,786.71 | 3,632,921.95 | 287,389.92- | 21,786.71 | 5,986,743.44- |
| 11-03-00 | | COLLECTIONS | | 198 | | | | | 80,516.89 | |
| 11-06-00 | 110600 | SALES | BT 060 | 100 | 30,406.01 | | 3,611,135.24 | | | 6,171,829.76- |
| 11-06-00 | 110300 | RECEIPT | | 175 | | 730.00 | | | | |
| 11-06-00 | | CHARGE BACK | | 194 | | 437.22 | | | 437.22 | |
| 11-06-00 | | COLLECTIONS | | 198 | | | | | 7,258.12 | |
| 11-06-00 | | COLLECTIONS | | 198 | | | | | | |
| 11-07-00 | 110200 | SALES | BT 061 | 100 | 85,049.51 | | 3,840,374.03 | | | 5,876,744.50- |
| 11-07-00 | | WIRE | | 140 | | | | 63,665.67- | | |
| 11-08-00 | | COLLECTIONS | | 198 | | 2,011.60 | | | 2,011.60 | |
| 11-08-00 | 110800 | SALES | BT 062 | 100 | 385,899.46 | | 3,723,411.94 | | | 5,938,398.57- |
| 11-08-00 | | COLLECTIONS | | 198 | | 1,124.12 | | | 1,124.12 | |
| 11-08-00 | | COLLECTIONS | | 198 | | | | | 12,426.16 | |
| 11-08-00 | | WIRE | | 140 | | | 4,108,187.28 | 307,131.85- | | 5,924,848.29- |
| 11-09-00 | | COLLECTIONS | | 198 | | 622.56 | | | 622.56 | |
| 11-10-00 | 110600 | SALES | BT 064 | 100 | 40,853.02 | | 4,107,564.72 | | 1,188.00 | 6,230,189.58- |
| 11-10-00 | 110100 | SALES | BT 063 | 100 | 65,883.08 | | | | | |
| BALANCE FORWARD | | | | | | | 4,214,310.80 | | | 6,230,189.58- |

offset 1006  (handwritten, next to 287,389.92-)

CONTINUED ON NEXT PAGE

**GMAC COMMERCIAL CREDIT LLC**

**Client Ledger Account**

```
--- C L I E N T ---            -NO-              --- T Y P E ---                         PAGE NO.   2
SENECA SPORTS INC              1024-00           COLLECTION
                                                 CURRENCY - USD                RECEIVABLE ASSIGNED
75 FORTUNE BLVD                AS OF DATE                                      MONTH   AMOUNT  AV.DUE DATE
MILFORD MASS                   11-30-00                                        11-00  2,492,574  01-16-01
                                                                               10-00  2,894,782  12-14-00
       01757                   ACCOUNT EXECUTIVE                               09-00    489,284  11-29-00
                               FITZGERALD,P                                    08-00

                                                                           COLLS.NOT TRANSFERRED    356,309.71
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | --- COLLECTION ACCOUNT --- TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | 4,214,310.80 | | 6,230,169.58- |
| 11-10-00 | | WIRE | 140 | | | 91,987.87- | |
| 11-10-00 | | COLLECTIONS | 196 | | | 10,772.96 | |
| 11-10-00 | 111300 | COLLECTIONS | 196 | 35,335.27- | 4,178,975.53 | 35,335.27 | 6,276,049.22- |
| 11-13-00 | | CREDIT BT 065 | 110 | 203.25- | | | |
| 11-13-00 | 110100 | WIRE | 140 | | | 46,183.18- | |
| 11-13-00 | | OVERADV CHGE | 190 | | | 15,091.13- | |
| 11-13-00 | | COLLECTIONS | 196 | 2,528.22- | 4,176,244.06 | 983.64 | 6,333,821.67- |
| 11-14-00 | 110400 | SALES BT 066 | 100 | 60,625.58 | | 2,528.22 | |
| 11-14-00 | | WIRE | 140 | | | 36,820.91- | |
| 11-14-00 | | COLLECTIONS | 196 | 780.57- | 4,236,079.07 | 780.57 | 6,369,652.01- |
| 11-15-00 | 111500 | SALES BT 067 | 100 | 58,909.50 | | | |
| 11-15-00 | 110800 | SALES BT 068 | 100 | 123,896.75 | | | |
| 11-15-00 | | WIRE | 140 | | | 184,448.81- | |
| 11-15-00 | | COLLECTIONS | 196 | 19,834.16- | 4,399,051.16 | 3,580.10 | 6,510,706.56- |
| 11-15-00 | | COLLECTIONS | 196 | 87,297.25 | | 19,834.16 | |
| 11-16-00 | 111300 | SALES BT 069 | 100 | | | 302.50- | |
| 11-16-00 | | CASH ADVANCE | 140 | | | 29,612.37- | |
| 11-16-00 | | WIRE | 140 | | | 284,055.02- | |
| 11-16-00 | | COLLECTIONS | 196 | 645.39- | 4,485,703.02 | 645.39 | 6,539,976.04- |
| 11-17-00 | | WIRE | 140 | | | 3,108.70 | |
| 11-17-00 | | COLLECTIONS | 196 | 183,576.48- | | 183,576.48 | |
| 11-17-00 | 110900 | COLLECTIONS | 196 | 408,452.94 | 4,302,126.54 | | 6,617,345.88- |
| 11-20-00 | | SALES BT 070 | 100 | | | 18,787.81- | |
| 11-20-00 | 111600 | WIRE | 140 | | 4,710,579.48 | | 6,636,143.69- |
| 11-21-00 | | SALES BT 071 | 100 | 25,498.00 | | | |
| BALANCE FORWARD | | | | | 4,736,077.48 | | 6,636,143.69- |

CONTINUED ON NEXT PAGE

FORM 1750

GMAC_LANDAY00124

# GMAC Commercial Credit LLC — Client Ledger Account

**PAGE NO.** 3

**CLIENT:** SENECA SPORTS INC
75 FORTUNE BLVD
MILFORD MASS
01757

**-NO-** 1024-00
**AS OF DATE** 11-30-00
**ACCOUNT EXECUTIVE** FITZGERALD, P

**TYPE** COLLECTION
**CURRENCY** - USD

### Receivable Assigned

| MONTH | AMOUNT AV. | DUE DATE |
|---|---|---|
| 11-00 | 2,492,574 | 01-16-01 |
| 10-00 | 2,894,782 | 12-14-00 |
| 09-00 | 489,284 | 11-29-00 |
| 08-00 | | |

**COLLS. NOT TRANSFERRED** 358,309.71

### Transactions

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION TRANSACTIONS DR- / CR | COLLECTION ACCOUNT BALANCE DR- / CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- / CR | BALANCE DR- / CR |
|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | 4,736,077.48 | | 6,636,143.69- |
| 11-21-00 | 111300 | SALES BT 072 | 100 | 156,389.11 | | | |
| 11-21-00 | | WIRE | 140 | | | 224,970.22- | |
| 11-21-00 | | COLLECTIONS | 196 | | | | |
| 11-21-00 | | COLLECTIONS | 196 | 102,734.06- | | 14,480.59 | |
| 11-22-00 | 111700 | SALES BT 073 | 100 | 169,857.47 | 4,789,732.53 | 102,734.06 | 6,743,899.28- |
| 11-22-00 | | WIRE | 140 | | | 200,000.00- | |
| 11-22-00 | | COLLECTIONS | 196 | 1,730.15- | | 1,730.15 | |
| 11-22-00 | | COLLECTIONS | 196 | | 4,957,859.85 | 11,918.26 | 6,930,250.85- |
| 11-27-00 | 111000 | SALES BT 075 | 100 | 150,336.00 | | | |
| 11-27-00 | 112000 | SALES BT 074 | 100 | 177,167.73 | | | |
| 11-27-00 | | WIRE | 140 | | | 82,835.73- | |
| 11-27-00 | | COLLECTIONS | 196 | 132,632.08- | | 9,666.00 | |
| 11-28-00 | 110400 | SALES BT 076 | 100 | 87,921.64 | 5,152,731.50 | 132,632.08 | 6,870,788.50- |
| 11-28-00 | | WIRE | 140 | | | 268,886.97- | |
| 11-28-00 | | COLLECTIONS | 196 | 45,598.07- | | 237.60 | |
| 11-28-00 | | COLLECTIONS | 196 | | | 45,598.07 | |
| 11-29-00 | 112200 | SALES BT 077 | 100 | 54,042.08 | 5,195,055.07 | | 7,083,819.80- |
| 11-29-00 | | WIRE | 140 | | | 47,617.36- | |
| 11-29-00 | | COLLECTIONS | 196 | 154,706.98- | | 49,722.31 | |
| 11-29-00 | | COLLECTIONS | 196 | | | 154,706.98 | |
| 11-30-00 | 112200 | SALES BT 078 | 100 | 21,496.18 | 5,084,390.17 | 156,707.61- | 5,937,007.87- |
| 11-30-00 | | WIRE | 140 | | | | |
| 11-30-00 | 110300 | RECEIPT | 175 | | | 240.00- | |
| 11-30-00 | | WIRE CHARGES | 185 | | | 324.99- | |
| 11-30-00 | | D.A.B. | 185 | | 5,115,886.35 | 25.00 | 7,094,255.47- |
| BALANCE FORWARD | | | | | | | |

CONTINUED ON NEXT PAGE

GMAC_LANDAY00125

# GMAC Commercial Credit LLC

## Client Ledger Account

```
--- CLIENT ---          -NO-            --- TYPE ---                    PAGE NO.      4
SENECA SPORTS INC       1024-00         COLLECTION                      ASSIGNED
                                        CURRENCY - USD
75 FORTUNE BLVD                         AS OF DATE                      RECEIVABLE    AMOUNT      AV.DUE DATE
MILFORD MASS                            11-30-00                        MONTH
                                                                        11-00        2,492,574   01-16-01
                                        ACCOUNT EXECUTIVE               10-00        2,894,782   12-14-00
       01757                            FITZGERALD, P                   09-00          489,284   11-29-00
                                                                        08-00
                                                                                     COLLS.NOT TRANSFERRED    356,309.71
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- | COLLECTION ACCOUNT TRANSACTIONS CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|---|
| | | BALANCE CARRIED FORWARD | | | | 5,115,886.35 | | | 7,084,255.47- |
| 11-30-00 | | INTEREST | 195 | | | | 101.38- | | |
| 11-30-00 | | COMMISSION | 195 | | | | 22,834.24- | | |
| 11-30-00 | | COLLECTIONS | 196 | | 72,445.27- | 5,043,441.08 | | 61,830.45 | 6,982,615.37- |
| 11-30-00 | | COLLECTIONS | 196 | | | 5,043,441.08 | | 72,445.27 | 7,040,583.47- |
| 11-30-00 | | INT ON AVG BAL | 001 | | | | 57,868.10- | | |
| MONTH END BALANCE | | | | 1,712,732.55 | | 5,043,441.08 | 2,387,563.84- | 1,355,188.66 | 7,040,583.47- |
| | | | | AVG.BALANCE | | RATE | AMOUNT | | |
| INTEREST ON AVERAGE ADVANCES | | | | 8,470,856.72- @ | | 10.750 % | 57,868.10- | | |

GMAC_LANDAY00126

**GMAC COMMERCIAL CREDIT LLC**

# Client Ledger Account

PAGE NO. 5

```
--- C L I E N T ---            -NO-           --- T Y P E ---
SENECA SPORTS INC              1024-00        COLLECTION
                                              CURRENCY - USD
75 FORTUNE BLVE                AS OF DATE
MILFORD MASS                   11-30-00

                               ACCOUNT EXECUTIVE
  01757                        FITZGERALD,P
```

```
                                               RECEIVABLE ASSIGNED
                                     MONTH     AMOUNT   AV. DUE DATE
                                     11-00     2,492.574   01-16-01
                                     10-00     2,894.782   12-14-00
                                     09-00       489.284   11-29-00
                                     08-00

                                     COLLS. NOT TRANSFERRED    358,309.71
```

## MONTHLY SUMMARY

| TRANS CODE | | COLLECTION ACCOUNT TRANSACTIONS DR-    CR | BALANCE DR-    CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR-    CR | BALANCE DR-    CR |
|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | 3,330,708.53 | | 8,008,208.49- |
| TOTAL SALES | 100 | 2,492,777.69 | 5,823,486.22 | | |
| TOTAL CREDITS | 110 | 203.25- | 5,823,282.97 | | |
| TOTAL WIRES | 140 | | | 2,291,203.80- | |
| TOTAL CASH RECEIVED | 175 | | | 564.99- √5 J-6 $ 287,414.92 OPFSET NOW I APS | 8,299,412.29- 8,011,997.37- |
| TOTAL BANK CHARGES | 185 | | | 15,091.13- √ | 8,012,562.36- |
| TOTAL MISC. CHARGE/CREDIT | 190 | 730.00- | 5,822,552.97 | | 8,027,653.49- |
| TOTAL CHARGE BACKS | 194 | | | 22,735.62- √5 J-6 $ | 8,050,389.11- |
| TOTAL MONTH-END CHARGES | 195 | | | | 6,982,615.37- |
| TOTAL COLLECTIONS | 196 | 779,111.89- | 5,043,441.08 | 1,087,773.74 | 7,040,583.47- |
| TOTAL INTEREST ON BALANCE | 001 | | | 57,968.10- 3P-6 3 | |
| MONTH END BALANCE | | | 5,043,441.08 | | 7,040,583.47- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS; IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

FORM 1756

```
AR37RP                        GMAC COMMERCIAL CREDIT LLC
RUN DATE 11/30/2000                                                PAGE NO.   2
                            STATEMENT OF ACCOUNTS RECEIVABLE
                                                         MONTH ENDING - NOVEMBER 30, 2000
SENECA SPORTS INC                              CLIENT
75 FORTUNE BLVE                                102400    CURRENCY -    USD
MILFORD MASS
01757
                    BALANCE FORWARD
                         $3,308,348.84
-----------------------------------------------------------------------------------
POST DATE   CLIENT #   TRANS   CASH APPLIC.DATE    DEBITS          CREDITS          BALANCE

CLIENT TOTALS                                   $2,492,574.44    $1,113,791.91    $4,687,131.37
```

GMAC_LANDAY00128

**GMAC COMMERCIAL CREDIT LLC**

**Client Ledger Account**

```
--- C L I E N T ---                    ---T Y P E---                              PAGE NO.     1
SENECA SPORTS INC                      COLLECTION                                 RECEIVABLE  ASSIGNED
75 FORTUNE BLVD                        CURRENCY - USD                             MONTH    AMOUNT AV.DUE DATE
MILFORD MASS                                                                      12-00    1,600,741  02-02-01
                                       -NO-                                       11-00    2,492,574  01-16-01
             01757                     12-31-00                                   10-00    2,884,782  12-14-00
                                       AS OF DATE                                 09-00      489,284  11-29-00
                                       12-31-00
                                       ACCOUNT EXECUTIVE
                                       FITZGERALD, P              COLLS.NOT TRANSFERRED       114,969.10
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | | 7,040,583.47- |
| 12-01-00 | 120100 | SALES BT 079 | 100 | 107,897.22 | 5,043,441.08 | | |
| 12-01-00 | | WIRE | 140 | | | 18,309.21- | |
| 12-01-00 | | COLLECTIONS | 196 | | | | |
| 12-04-00 | 120400 | COLLECTIONS | 196 | 249,735.02- | 4,901,603.28 | 142,801.78 | |
| 12-04-00 | 120100 | SALES BT 080 | 100 | 198,591.54 | | 249,735.02 | 8,866,555.88- |
| 12-04-00 | | WIRE | 140 | | | | |
| 12-04-00 | | MISC CHG/CR | 190 | | | 290,890.07- | |
| 12-04-00 | | MISC CHG/CR | 190 | | | 50.43 | |
| 12-04-00 | | CHARGE BACK | 194 | 85.53 | 4,994,419.50 | 3,812,990.99- Transferred balance (gross)/008 | |
| 12-04-00 | | COLLECTIONS | 196 | | | | |
| 12-05-00 | 120500 | COLLECTIONS | 196 | 105,860.85- | | 66,495.04 | |
| 12-05-00 | | SALES BT 081 | 100 | 112,358.79 | | 105,860.85 | 10,598,131.48- |
| 12-05-00 | | WIRE | 140 | | | 121,321.86- | |
| 12-05-00 | | COLLECTIONS | 196 | | | | |
| 12-06-00 | 120600 | COLLECTIONS | 196 | 713.84- | 5,106,064.45 | 18.00 | |
| 12-06-00 | | SALES BT 082 | 100 | 217,760.06 | | 713.84 | 10,718,723.60- |
| 12-06-00 | | WIRE | 140 | | | 114,997.89- | |
| 12-06-00 | | COLLECTIONS | 196 | | | | |
| 12-07-00 | 120400 | COLLECTIONS | 196 | 49,704.36- | 5,274,120.15 | .03 | |
| 12-07-00 | | SALES BT 083 | 100 | 117,887.01 | | 49,704.36 | 10,784,017.10- |
| 12-07-00 | | COLLECTIONS | 196 | | | | |
| 12-08-00 | | COLLECTIONS | 196 | 186,876.41- | 5,205,130.75 | 85,903.11 | |
| 12-08-00 | | CASH ADVANCE | 140 | | | 186,876.41 | 10,511,237.58- |
| 12-08-00 | | WIRE | 140 | | | 5.20- | |
| 12-08-00 | | CHARGE BACK | 194 | 8,458.50 | | 181,155.75- | |
| BALANCE FORWARD | | COLLECTIONS | 196 | | 5,213,589.25 | 421.20 | 10,691,977.33- |

CONTINUED ON NEXT PAGE

GMAC_LANDAY00114

# GMAC Commercial Credit LLC — Client Ledger Account

```
--- C L I E N T ---            -NO-              --- T Y P E ---                              PAGE NO.  2
SENECA SPORTS INC              1024-00           COLLECTION                    RECEIVABLE ASSIGNED
75 FORTUNE BLVD                AS OF DATE        CURRENCY - USD                 AMOUNT   AV. DUE DATE
MILFORD MASS                   12-31-00                                MONTH
                                                                       12-00    1,800,741   02-02-01
      01757                    ACCOUNT EXECUTIVE                       11-00    2,492,574   01-16-01
                               FITZGERALD, P                           10-00    2,884,782   12-14-00
                                                                       09-00      489,284   11-29-00

                                                          COLLS. NOT TRANSFERRED              114,969.10
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED TRANSACTIONS DR- | FUNDS ACCOUNT CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | | | | |
| 12-08-00 | | COLLECTIONS | 196 | 148,057.96- | 5,213,589.25 | | | |
| 12-11-00 | 120500 | SALES BT 084 | 100 | 47,095.67 | 5,065,531.29 | | 148,057.96 | 10,691,977.33- |
| 12-11-00 | 120600 | SALES BT 085 | 100 | 80,888.62 | | | | 10,543,919.37- |
| 12-11-00 | | WIRE | 140 | | | 16,535.38- | | |
| 12-11-00 | 120400 | MISC CHG/CR | 190 | | | | 50.43 | |
| 12-11-00 | | COLLECTIONS | 196 | 53,796.28- | 5,139,718.30 | | 2,374.48 | |
| 12-12-00 | 121200 | SALES BT 086 | 100 | 10,814.00 | | | 53,796.28 | 10,504,233.56- |
| 12-12-00 | | CHARGE BACK | 194 | 413.83- | | | | |
| 12-12-00 | | COLLECTIONS | 196 | 117,285.15- | 5,032,834.32 | 117,800.39- | | 10,499,617.25- |
| 12-12-00 | | COLLECTIONS | 196 | 236,165.36 | | | 5,131.55 | |
| 12-13-00 | 120100 | SALES BT 087 | 100 | | | | 117,285.15 | |
| 12-13-00 | | WIRE | 140 | | | 119,889.81- | | |
| 12-13-00 | | COLLECTIONS | 196 | 5,169.75- | 5,283,829.93 | | 918.05 | 10,613,418.26- |
| 12-14-00 | | COLLECTIONS | 196 | | | | 5,169.75 | |
| 12-14-00 | 120100 | MISC CHG/CR | 190 | | | 332,254.70- | | |
| 12-14-00 | | COLLECTIONS | 196 | 5,838.90- | 5,257,981.03 | 3,386.71- | 1,692.00 | 10,941,528.77- |
| 12-15-00 | | WIRE | 140 | | | 10,474.13- | | |
| 12-15-00 | | CHARGE BACK | 194 | 1,830.68 | | | 5,838.80 | |
| 12-15-00 | | COLLECTIONS | 196 | 207,518.53- | 5,052,303.18 | | | 10,743,044.87- |
| 12-18-00 | 121100 | SALES BT 088 | 100 | 14,761.53 | | | 1,439.50 | |
| 12-18-00 | 121200 | SALES BT 089 | 100 | 48,229.74 | 5,115,294.45 | | 207,518.53 | |
| BALANCE FORWARD | | | | | | | | 10,743,044.87- |

CONTINUED ON NEXT PAGE

**GMAC**
**COMMERCIAL**
**CREDIT LLC**

# Client Ledger Account

```
--- C L I E N T  ---                    -NO-              - - T Y P E  - -                        PAGE NO.      3
SENECA SPORTS INC                       1024-00           COLLECTION                      RECEIVABLE    ASSIGNED
                                                          CURRENCY - USD                  AMOUNT    AV.DUE DATE
75 FORTUNE BLVE                         AS OF DATE                                        1,800,741  02-02-01
MILFDRD MASS                            12-31-00                                          2,492,574  01-16-01
                                                                                          2,884,782  12-14-00
            01757                       ACCOUNT EXECUTIVE                                   489,284  11-29-00
                                        FITZGERALD,P
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
|  |  |  |  | MONTH |  | COLLS.NOT TRANSFERRED | 114,969.10 |
|  |  |  |  | 12-00 |  |  |  |
|  |  |  |  | 11-00 |  |  |  |
|  |  |  |  | 10-00 |  |  |  |
|  |  |  |  | 09-00 |  |  |  |
| BALANCE CARRIED FORWARD |  |  |  |  | 5,115,294.45 |  | 10,743,044.87 |
| 12-18-00 | 12-18-00 | WIRE | 140 |  |  | 18,326.10- |  |
| 12-18-00 |  | COLLECTIONS | 186 | 37,194.11- |  | 4,606.20 |  |
| 12-19-00 | 121100 | COLLECTIONS BT 080 | 186 | 8,012.50 | 5,078,100.34 | 37,194.11 | 10,719,570.66- |
| 12-19-00 |  | WIRE | 140 |  |  | 33,217.39- |  |
| 12-19-00 |  | CHARGE BACK | 194 | 25,388.00 |  |  |  |
| 12-20-00 |  | COLLECTIONS | 186 | 281,902.66- |  |  |  |
| 12-20-00 | 120800 | SALES BT 091 | 100 | 75,283.21 |  | 281,902.66 |  |
| 12-20-00 | 121500 | SALES BT 092 | 100 | 77,851.77 | 4,827,599.18 |  | 10,470,885.39- |
| 12-20-00 |  | WIRE | 140 |  |  | 67,443.85- |  |
| 12-20-00 |  | COLLECTIONS | 186 | 26,313.86- |  | 17,658.80 |  |
| 12-20-00 | 121800 | COLLECTIONS | 186 | 68,060.83 | 5,022,291.13 | 26,313.86 | 10,562,417.61- |
| 12-21-00 |  | WIRE | 140 |  |  | 68,080.83- |  |
| 12-21-00 |  | COLLECTIONS | 186 | 28,101.70- | 4,994,189.43 | 70,758.45- |  |
| 12-22-00 | 120100 | MISC CHG/CR | 190 |  |  | 3,900.18- Ⓐ | 10,805,074.36- |
| 12-22-00 |  | COLLECTIONS | 186 |  |  |  |  |
| 12-26-00 | 121900 | SALES BT 093 | 100 | 593.96 | 4,994,189.43 | 63,081.04- | 10,538,599.81- |
| 12-26-00 |  | WIRE | 140 |  |  | 525.00- Ⓐ |  |
| 12-26-00 |  | MISC CHG/CR | 190 |  |  |  |  |
| 12-26-00 |  | COLLECTIONS | 186 | 48,758.25- |  | 1,285.20 |  |
| 12-27-00 | 121900 | SALES BT 094 | 100 | 6,786.04 |  | 49,758.25 | 10,551,152.40- |
| 12-27-00 | 122700 | SALES BT 095 | 100 | 48,028.10 |  |  |  |
| 12-27-00 | 122000 | SALES BT 096 | 100 | 50,758.80 | 4,945,025.14 |  |  |
| 12-27-00 |  | WIRE | 140 |  |  | 47,087.26- |  |
| BALANCE FORWARD |  |  |  |  | 5,051,588.08 |  | 10,598,249.66- |

CONTINUED ON NEXT PAGE

FORM 1756

GMAC_LANDAY00116