# GMAC COMMERCIAL CREDIT LLC

# Client Ledger Account

- - - C L I E N T - - -
SENECA SPORTS INC

75 FORTUNE BLVD
MILFORD MASS

01757

- N O -
1024-00

AS OF DATE
12-31-00

ACCOUNT EXECUTIVE
FITZGERALD, P

- - - T Y P E - - -
COLLECTION
CURRENCY - USD

PAGE NO.   4

| | RECEIVABLE ASSIGNED | | |
|---|---|---|---|
| MONTH | | AMOUNT | AV. DUE DATE |
| 12-00 | | 1,600,741 | 02-02-01 |
| 11-00 | | 2,482,574 | 01-16-01 |
| 10-00 | | 2,894,782 | 12-14-00 |
| 09-00 | | 489,284 | 11-29-00 |

COLLS. NOT TRANSFERRED          114,969.10

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | | | |
| 12-27-00 | | COLLECTIONS | 196 | 20,944.72- | 5,051,598.08 | | 10,598,249.88- |
| 12-28-00 | 122100 | SALES       BT 097 | 100 | 89,627.53 | 5,030,853.36 | 20,944.72 | 10,577,304.94- |
| 12-28-00 | | WIRE | 140 | | | | |
| 12-28-00 | | COLLECTIONS | 196 | 22,145.82- | | | |
| 12-29-00 | 122800 | SALES       BT 098 | 100 | 14,204.84 | 5,098,135.17 | 35,231.02- | 10,590,390.14- |
| 12-29-00 | 122800 | SALES       BT 099 | 100 | 38,334.60 | | | |
| 12-28-00 | | WIRE | 140 | | | | |
| 12-29-00 | 120100 | MISC CHG/CR | 180 | | | 58,106.08- Ⓐ | |
| 12-29-00 | | COLLECTIONS | 196 | 60,951.97- | 5,089,722.64 | 39.17- | 10,587,583.42- |
| 12-31-00 | | WIRE CHARGES | 185 | | | 270.00- | |
| 12-31-00 | | D.A.B. | 185 | | | 324.97- | |
| 12-31-00 | | INTEREST | 195 | | | 74.21- | |
| 12-31-00 | | COMMISSION | 195 | | | 18,567.84- | 10,604,820.24- |
| 12-31-00 | | INT ON AVG BAL | 001 | | 5,089,722.64 | 98,141.45- | 10,702,961.69- |

| MONTH END BALANCE | | | | 46,281.58 | 5,089,722.64 | AMOUNT | 10,702,961.69- |
|---|---|---|---|---|---|---|---|
| | | | | AVG. BALANCE | RATE | 5,721,217.28- | |
| INTEREST ON AVERAGE ADVANCES | | | | 10,601,925.88- ⓔ | 10.750 % | 98,141.45- | |

Ⓐ 7851.06.

# GMAC COMMERCIAL CREDIT LLC

# Client Ledger Account

--- C L I E N T ---
SENECA SPORTS INC

75 FORTUNE BLVE
MILFORD MASS

01757

-NO-
1024-00

AS OF DATE
12-31-00

ACCOUNT EXECUTIVE
FITZGERALD,P

--- T Y P E ---
COLLECTION
CURRENCY - USD

PAGE NO.  5

| RECEIVABLE ASSIGNED | | |
| MONTH | AMOUNT | AV.DUE DATE |
| --- | --- | --- |
| 12-00 | 1,600,741 | 02-02-01 |
| 11-00 | 2,492,574 | 01-18-01 |
| 10-00 | 2,894,782 | 12-14-00 |
| 09-00 | 489,284 | 11-29-00 |

COLLS.NOT TRANSFERRED    114,969.10

## MONTHLY SUMMARY

| TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
| --- | --- | --- | --- | --- |
| OPENING MONTH BALANCE | | 5,043,441.08 | | 7,040,583.47- |
| TOTAL SALES            100 | 1,600,740.99 | 8,644,182.07 | 1,718,885.68- | 8,757,469.15- |
| TOTAL WIRES            140 | | | 594.97- | 8,758,064.12- |
| TOTAL BANK CHARGES     185 | | | 3,820,892.48- | 12,578,908.17- |
| TOTAL MISC. CHARGE/CREDIT 190 | | | 50.43 | |
| TOTAL CHARGE BACKS     194 | 35,349.88 | 8,879,531.95 | | |
| TOTAL MONTH-END CHARGES 195 | | | 16,641.85- | 12,595,548.02- |
| TOTAL COLLECTIONS      196 | 1,589,809.31- | 5,089,722.64 | 88,080.83- | 10,804,820.24- |
| TOTAL INTEREST ON BALANCE 001 | | | 2,058,788.61   98,141.45- | 10,702,961.69- |
| MONTH END BALANCE | | 5,089,722.64 | | 10,702,961.69- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS; IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

FORM 1750

AR37RP

RUN DATE 12/31/2000

## GMAC COMMERCIAL CREDIT LLC

### STATEMENT OF ACCOUNTS RECEIVABLE

SENECA SPORTS INC
75 FORTUNE BLVE
MILFORD MASS
01757

CLIENT 102400

MONTH ENDING - DECEMBER 31, 2000
CURRENCY - USD
PAGE NO. 1

BALANCE FORWARD $4,687,131.37

| POST DATE | CLIENT # | TRANS | CASH APPLIC.DATE | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 12/01/2000 | 102400 | SALES | | $107,897.22 | | $4,795,028.59 |
| 12/01/2000 | 102400 | CASH | 12/01/2000 | | $49,704.36 | $4,745,324.23 |
| 12/04/2000 | 102400 | SALES | | $198,591.54 | | $4,943,915.77 |
| 12/04/2000 | 102400 | JOURNALS | | $85.53 | | $4,944,001.30 |
| 12/04/2000 | 102400 | CASH | 12/04/2000 | | $186,876.41 | $4,757,124.89 |
| 12/05/2000 | 102400 | SALES | | $112,358.79 | | $4,869,483.68 |
| 12/05/2000 | 102400 | CASH | 12/05/2000 | | $148,057.96 | $4,721,425.72 |
| 12/06/2000 | 102400 | SALES | | $217,760.06 | | $4,939,185.78 |
| 12/08/2000 | 102400 | CASH | 12/06/2000 | | $53,796.28 | $4,885,389.50 |
| 12/07/2000 | 102400 | SALES | | $117,887.01 | | $5,003,276.51 |
| 12/07/2000 | 102400 | CASH | 12/07/2000 | | $117,285.15 | $4,885,991.36 |
| 12/08/2000 | 102400 | JOURNALS | | $8,458.50 | | $4,894,449.86 |
| 12/08/2000 | 102400 | CASH | 12/08/2000 | | $5,169.75 | $4,889,280.11 |
| 12/11/2000 | 102400 | SALES | | $127,984.29 | | $5,017,264.40 |
| 12/11/2000 | 102400 | CASH | 12/11/2000 | | $5,838.90 | $5,011,425.50 |
| 12/12/2000 | 102400 | SALES | | $10,814.00 | | $5,022,239.50 |
| 12/12/2000 | 102400 | JOURNALS | | | $413.83 | $5,021,825.67 |
| 12/12/2000 | 102400 | CASH | 12/12/2000 | | $207,518.53 | $4,814,307.14 |
| 12/13/2000 | 102400 | SALES | | $236,165.36 | | $5,050,472.50 |
| 12/13/2000 | 102400 | CASH | 12/13/2000 | | $37,194.11 | $5,013,278.39 |
| 12/14/2000 | 102400 | CASH | 12/14/2000 | | $281,902.88 | $4,731,375.73 |
| 12/15/2000 | 102400 | JOURNALS | | $1,830.68 | | $4,733,206.41 |
| 12/15/2000 | 102400 | CASH | 12/15/2000 | | $26,313.86 | $4,706,892.55 |
| 12/18/2000 | 102400 | SALES | | $62,991.27 | | $4,769,883.82 |
| 12/18/2000 | 102400 | CASH | 12/18/2000 | | $28,101.70 | $4,741,782.12 |
| 12/19/2000 | 102400 | SALES | | $8,012.50 | | $4,747,794.62 |
| 12/19/2000 | 102400 | JOURNALS | | $25,389.00 | | $4,773,183.62 |
| 12/19/2000 | 102400 | SALES | | $68,060.83 | | $4,841,244.45 |
| 12/20/2000 | 102400 | SALES | | $75,293.21 | | $4,915,537.66 |
| 12/20/2000 | 102400 | CASH | 12/20/2000 | | $49,758.25 | $4,865,779.41 |
| 12/21/2000 | 102400 | SALES | | $77,651.77 | | $4,944,431.18 |
| 12/22/2000 | 102400 | CASH | 12/21/2000 | | $20,944.72 | $4,923,486.46 |
| 12/26/2000 | 102400 | CASH | 12/22/2000 | | $22,145.82 | $4,901,340.64 |
| 12/27/2000 | 102400 | CASH | 12/26/2000 | | $60,951.97 | $4,840,388.67 |
| 12/27/2000 | 102400 | SALES | | $7,380.00 | | $4,847,768.67 |
| 12/28/2000 | 102400 | CASH | 12/27/2000 | | $48,683.72 | $4,799,084.95 |
| 12/28/2000 | 102400 | SALES | | $99,786.90 | | $4,898,871.85 |
| 12/29/2000 | 102400 | CASH | 12/28/2000 | | $84,481.76 | $4,834,380.09 |
| 12/29/2000 | 102400 | SALES | | $142,167.07 | | $4,975,557.16 |
| 12/29/2000 | 102400 | CASH | 12/29/2000 | | $1,803.62 | $4,974,753.54 |

GMAC_LANDAY00119

AR37RP

RUN DATE 12/31/2000

GMAC COMMERCIAL CREDIT LLC

STATEMENT OF ACCOUNTS RECEIVABLE

PAGE NO.    2

MONTH ENDING - DECEMBER 31, 2000

CURRENCY - USD

SENECA SPORTS INC
75 FORTUNE BLVE
MILFORD MASS
01757

CLIENT
102400

BALANCE FORWARD
$4,687,131.37

| PDST DATE | CLIENT # | TRANS | CASH APPLIC.DATE | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| CLIENT TOTALS | | | | $1,704,565.53 | $1,416,943.38 | $4,974,753.54 |

GMAC_LANDAY00120

GMAC COMMERCIAL CREDIT LLC

MONTHLY FACTORED SALES ANALYSIS

CLIENT NAME: SENECA SPORTS INC
CLIENT NO.   102400
PERIOD:      DECEMBER 31, 2000

PAGE   1

## DISCOUNT ANALYSIS

| DISC % | GROSS SALES | MISC | SALES DISCOUNT | NET SALES BEFORE CR | CREDITS | CREDIT DISCOUNT | NET SALES |
|---|---|---|---|---|---|---|---|
| NET | 1,800,740.99 | | | 1,800,740.99 | | | 1,800,740.99 |
| TOTAL | 1,800,740.99 | .00 | .00 | 1,800,740.99 | .00 | .00 | 1,800,740.99 |

## TERMS

| DISC % | OPT DAYS | DUE DAYS | EXTRA DAYS CODE | AS OF DATE | FINAL DAYS | DISC SALES BY TERMS | COMM RATE | COMM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| NET | 007 | 007 | 000 | | 7 | 45,849.60 | 0.6500% | 298.02 |
| NET | 030 | 030 | 000 | | 30 | 374,107.97 | 0.6500% | 2,431.70 |
| NET | 045 | 045 | 000 | | 45 | 158,914.50 | 0.6500% | 1,019.95 |
| NET | 060 | 060 | 000 | | 60 | 395,483.57 | 0.6500% | 2,570.52 |
| NET | 090 | 090 | 000 | | 90 | 461,941.00 | 0.9000% | 4,157.45 |
| MINIMUM COMMISSION | | | | | | 166,464.35 | | 6,090.00 |

## COMMISSION ANALYSIS

1,218 INV @ $5.00

16,567.84

## SUMMARY OF ACCOUNT SALES

| GROSS SALES | CREDITS | GROSS SALES LESS CREDITS | TOTAL DISCOUNT | NET SALES AFTER DISC | AVERAGE DUE DATE | INTEREST ON COMM |
|---|---|---|---|---|---|---|
| TOTAL | | | | | | |
| 1,800,740.99 * | .00 * | 1,800,740.99 * | .00 * | 1,800,740.99 * | 02-02-2001 | 74.21 * |

16641.85

GMAC_LANDAY00121

AB43RP

GMAC COMMERCIAL CREDIT LLC
SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS

CLIENT NO.  102400
CLIENT NAME  SENECA SPORTS INC

CURRENCY: U.S. DOLLAR

RUN DATE  12-29-00
----INTEREST----
---CALCULATION---

PAGE NO.  1

| --NOTICE-- DATE NO. | OUR J/E REF. DATE NO. | TR. NO. | MESSAGE | VALUE DATE | INT. DYS | INTEREST DR. CR. - | DISCOUNT DR. CR. - | COMMISSION DR. CR. - | TOTAL CHARGES DR. CR. - | TOTAL CHARGES PER CUSTOMER |
|---|---|---|---|---|---|---|---|---|---|---|
| CUSTOMER NO. 568-182-0  LYNETTES APPARELS | | | | | | | 470 NEWTON ST | SOUTH HADLEY | MA 01078 | |
| 12-12-00 | 421  12-12-00  71152 | 080 | REG-C/B | 10-10-00 | 82 | $.00 | $.00 | $.00 | $413.83 | $413.83 * |
| CUSTOMER NO. 800-623-1  SEARS ROEBUCK & CO | | | | P O BOX 860200 | | | | DALLAS | TX 75266 | |
| 12-15-00 | 411  12-15-00  00224 | 150 | REFUNDS | 11-22-00 | 39 | $.00 | $.00 | $.00 | $1,830.68- | $1,830.68-* |
| CUSTOMER NO. 927-237-8  UNIDENTIFIED CASH | | | | 1 PENN PLAZA | | | | NEW YORK | NY 10118 | |
| 12-04-00 | 589  12-04-00  90305 | 150 | REFUNDS | 11-24-00 | 37 | $.00 | $.00 | $.00 | $85.53- | |
| 12-08-00 | 864  12-08-00  30912 | 150 | REFUNDS | 12-01-00 | 30 | $.00 | $.00 | $.00 | $8,458.50- | |
| 12-19-00 | 484  12-19-00  40918 | 150 | REFUNDS | 12-12-00 | 18 | $.00 | $.00 | $.00 | $25,389.00- | |
| | | | | | | | | | | $33,933.03-* |

**5**

TOTAL CHARGES FOR CLIENT

TOTAL CHARGES/CREDIT-EXCLUSIVE OF INTEREST---
TOTAL INTEREST CHARGES/CREDITS
TOTAL ALL CHARGES/CREDITS

$35,349.88-
$.00
$35,349.88-

| ** CHANGES OF TERMS ** | INTEREST - | $.00 | DISCOUNT - | $.00 | COMMISSION - | $.00 | TOTAL - | $.00 * |
|---|---|---|---|---|---|---|---|---|
| ** AUTO CHGEBACKS ** | INTEREST - | $.00 | DISCOUNT - | $.00 | | | TOTAL - | $.00 * |
| ** REG CHGEBACKS ** | INTEREST - | $.00 | DISCOUNT - | $.00 | | | TOTAL - | $413.83 * |
| ** R E F U N D S ** | INTEREST - | $.00 | DISCOUNT - | $.00 | | | TOTAL - | $35,763.71-* |
| ** INTEREST CLAIMS ** | INTEREST - | $.00 | DISCOUNT - | $.00 | | | TOTAL - | $.00 * |

GMAC_LANDAY00122

# GMAC COMMERCIAL CREDIT LLC

## Client Ledger Account

--- C L I E N T ---
SENECA SPORTS INC

75 FORTUNE BLVE
MILFORD MASS

01757

-NO-
1024-00

AS OF DATE
01-31-01

ACCOUNT EXECUTIVE
FITZGERALD,P

--- T Y P E ---
COLLECTION
CURRENCY - USD

PAGE NO. 2

| RECEIVABLE | ASSIGNED | |
|---|---|---|
| MONTH | AMOUNT | AV DUE DATE |
| 01-01 | 785,153 | 02-28-01 |
| 12-00 | 1,800,741 | 02-02-01 |
| 11-00 | 2,492,574 | 01-18-01 |
| 10-00 | 2,894,782 | 12-14-00 |

COLLS.NOT TRANSFERRED    95,636.84

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION TRANSACTIONS DR-/CR | COLLECTION ACCOUNT BALANCE DR-/CR | ADVANCE/MATURED FUNDS TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT CR | BALANCE DR-/CR |
|---|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | | | | |
| 01-11-01 | | WIRE | 140 | | 4,616,908.17 | | | |
| 01-11-01 | | COLLECTIONS | 196 | 58,891.54- | | 28,941.59- | 58,891.54 | 10,365,868.30- |
| 01-12-01 | 010801 | SALES BT 107 | 100 | 41,493.80 | 4,558,218.63 | | | 10,336,118.35- |
| 01-12-01 | | WIRE | 140 | | | 23,104.19- | | |
| 01-12-01 | | COLLECTIONS | 196 | 428,660.62- | | | 28,598.76 | |
| 01-16-01 | 011101 | SALES BT 108 | 100 | 6,189.45 | 4,170,049.81 | | 429,860.62 | 9,900,965.16- |
| 01-16-01 | 011501 | SALES BT 110 | 100 | 8,557.76 | | | | |
| 01-16-01 | 010101 | SALES BT 108 | 100 | 10,677.99 | | | | |
| 01-16-01 | | WIRE | 175 | | | | | |
| 01-16-01 | | CHARGE BACK | 194 | .81- | | | | |
| 01-16-01 | | COLLECTIONS | 196 | | | | | |
| 01-17-01 | | COLLECTIONS | 196 | 53,394.92- | 4,141,059.27 | | 115,197.20 | 9,702,188.42- |
| 01-17-01 | 011801 | SALES BT 112 | 100 | 6,775.96 | | | 30,184.62 | |
| 01-17-01 | 011701 | CREDIT BT 111 | 110 | 17,514.00- | | | 53,384.92 | |
| 01-17-01 | | WIRE | 140 | | | 21,819.07- | | |
| 01-18-01 | | CHARGE BACK | 194 | 5,683.50 | 4,114,541.23 | | | 9,702,543.99- |
| 01-18-01 | 010301 | COLLECTIONS | 196 | 21,463.50- | | | 21,463.50 | |
| 01-18-01 | | SALES BT 113 | 100 | 124,243.98 | | | | |
| 01-18-01 | | CASH ADVANCE | 140 | | | 24.50- | | |
| 01-18-01 | | WIRE | 140 | | | 73,843.00- | | |
| 01-18-01 | | CHARGE BACK | 194 | 13,808.00 | 4,183,276.30 | | | 9,707,084.58- |
| 01-18-01 | | COLLECTIONS | 196 | 8,112.20- | | | 5,112.20 | |
| 01-19-01 | 011801 | COLLECTIONS | 196 | 84,004.71- | | | 84,004.71 | |
| 01-19-01 | | SALES BT 114 | 100 | 2,435.84 | | | | |
| | | WIRE | 140 | | | 181,287.09- | | |
| BALANCE FORWARD | | | | | 4,185,712.14 | | | 9,888,361.67- |

CONTINUED ON NEXT PAGE

# Client Ledger Account

**GMAC COMMERCIAL CREDIT LLC**

--- C L I E N T --- 
SENECA SPORTS INC

75 FORTUNE BLVE
MILFORD MASS

01757

-NO-
1024-00

AS OF DATE
01-31-01

ACCOUNT EXECUTIVE
FITZGERALD,P

--- T Y P E ---
COLLECTION
CURRENCY - USD

PAGE NO. 3

RECEIVABLE ASSIGNED

| MONTH | AMOUNT | AV. DUE DATE |
|---|---|---|
| 01-01 | 785,153 | 02-28-01 |
| 12-00 | 1,800,741 | 02-02-01 |
| 11-00 | 2,482,574 | 01-15-01 |
| 10-00 | 2,894,782 | 12-14-00 |

COLLS. NOT TRANSFERRED  95,838.64

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED TRANSACTIONS DR- | FUNDS ACCOUNT CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | 4,185,712.14 | | | 9,888,361.67- |
| 01-19-01 | | COLLECTIONS | 196 | 265,925.41- | 3,918,786.73 | | 265,925.41 | 9,822,436.26- |
| 01-22-01 | 011801 | SALES      BT 116 | 100 | 27,188.36 | | | | |
| 01-22-01 | 012201 | CREDIT     BT 115 | 110 | 222.00- | | | | |
| 01-22-01 | | WIRE | 140 | | | 32,097.50- | | |
| 01-22-01 | | CHARGE BACK | 184 | 208.52- | | | | |
| 01-22-01 | | COLLECTIONS | 196 | | | | 9,795.16 | |
| 01-22-01 | | COLLECTIONS | 196 | 47,060.03- | 3,899,485.54 | | 47,060.03 | 9,597,878.57- |
| 01-23-01 | 010101 | SALES      BT 117 | 100 | 13,188.53 | | | | |
| 01-23-01 | | WIRE | 140 | | | 4,807.16- | | |
| 01-23-01 | 011801 | MISC CHG/CR | 180 | | | 115,197.20- | | |
| 01-24-01 | 012001 | COLLECTIONS | 196 | 65,788.43- | 3,848,884.84 | | 65,788.43 | 9,651,894.50- |
| 01-24-01 | | SALES      BT 118 | 100 | 115,228.84 | | | | |
| 01-24-01 | | CHARGE BACK | 184 | 9,367.42 | | | | |
| 01-24-01 | | COLLECTIONS | 196 | 2,858.37- | | | | |
| 01-25-01 | | WIRE | 140 | | | 41,986.08- | | |
| 01-25-01 | | COLLECTIONS | 196 | | 3,958,522.53 | | 2,858.37 | 9,849,036.13- |
| 01-26-01 | 010101 | SALES      BT 119 | 100 | 1,795.10- | | | | |
| 01-26-01 | | WIRE | 140 | | | | | |
| 01-26-01 | 010101 | OVERADV CHGE | 180 | | | | | |
| 01-26-01 | | COLLECTIONS | 196 | 78,960.28 | 3,966,827.43 | | 1,795.10 | 9,889,227.11- |
| 01-29-01 | 012801 | SALES      BT 120 | 100 | 48,430.72- | | | | |
| 01-29-01 | | WIRE | 140 | | | 77,868.80- | | |
| 01-29-01 | 010101 | MISC CHG/CR | 190 | | | 20,541.23- | | |
| 01-29-01 | | CHARGE BACK | 194 | 14,968.79 | | | | |
| 01-29-01 | | COLLECTIONS | 196 | | 3,999,357.00 | | 48,430.72 | 9,741,206.42- |
| 01-30-01 | 012901 | SALES      BT 121 | 100 | 101.80- | | 57,137.08- | | |
| | | COLLECTIONS | 196 | 24,495.51- | 3,989,728.48 | 37.32- | 24,495.51 | 9,773,885.29- |
| | | SALES      BT 121 | 100 | 25,204.89 | 4,014,933.37 | | | 9,773,885.29- |
| BALANCE FORWARD | | | | | | | | |

CONTINUED ON NEXT PAGE

FORM 1760

GMAC_LANDAY00105

# Client Ledger Account

**GMAC COMMERCIAL CREDIT LLC**

--- CLIENT ---
SENECA SPORTS INC
75 FORTUNE BLVD
MILFORD MASS
01757

-NO- 1024-00
AS OF DATE 01-31-01
ACCOUNT EXECUTIVE FITZGERALD,P

--- T Y P E ---
COLLECTION
CURRENCY - USD

PAGE NO. 4
RECEIVABLE ASSIGNED

| MONTH | AMOUNT | AV.DUE DATE |
|---|---|---|
| 01-01 | 785,153 | 02-28-01 |
| 12-00 | 1,600,741 | 02-02-01 |
| 11-00 | 2,492,574 | 01-16-01 |
| 10-00 | 2,894,782 | 12-14-00 |

COLLS.NOT TRANSFERRED    95,636.64

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | 4,014,933.37 | | 9,773,885.29- |
| 01-30-01 | | WIRE | 140 | | | 31,385.97- | |
| 01-30-01 | 010101 | MISC CHG/CR | 190 | | | 3,150.33- | |
| 01-30-01 | | COLLECTIONS | 196 | 115,427.55- | 3,899,505.82 | 115,427.55 | 9,892,974.04- |
| 01-31-01 | 013001 | SALES BT 122 | 100 | 29,294.27 | | | |
| 01-31-01 | | WIRE CHARGES | 185 | | | 240.00- | |
| 01-31-01 | | WIRE RECEIPTS | 185 | | | 10.00- | |
| 01-31-01 | | MISC CHG/CR | 190 | | | 214.13- | |
| 01-31-01 | 010101 | CHARGE BACK | 184 | 5,384.39- | | | |
| 01-31-01 | | INTEREST | 195 | | | 35.54- | |
| 01-31-01 | | COMMISSION | 185 | | | 8,283.74- | |
| 01-31-01 | | COLLECTIONS | 198 | 110,331.28- | 3,813,074.44 | 93,529.25- | 9,591,426.19- |
| 01-31-01 | | INT ON AVG BAL | 001 | | 3,813,074.44 | | 9,684,955.44- |

*(handwritten: )250.00 ; )811.28*

MONTH END BALANCE

| AVG.BALANCE | | AMOUNT |
|---|---|---|
| 1,276,848.20- | 4,048,489.60 | 5,066,505.85 |

INTEREST ON AVERAGE ADVANCES

| | RATE | AMOUNT |
|---|---|---|
| 10,547,155.63- @ | 10.298 % | 93,529.25- |

FORM 1759

GMAC_LANDAY00106

# GMAC COMMERCIAL CREDIT LLC

## Client Ledger Account

--- CLIENT ---
SENECA SPORTS INC
75 FORTUNE BLVD
MILFORD MASS

01757

-NO-
1024-00

AS OF DATE
01-31-01

ACCOUNT EXECUTIVE
FITZGERALD,P

--- T Y P E ---
COLLECTION
CURRENCY - USD

PAGE NO.  5
RECEIVABLE ASSIGNED

| MONTH | AMOUNT | AV.DUE DATE |
|---|---|---|
| 01-01 | 785,153 | 02-28-01 |
| 12-00 | 1,800,741 | 02-02-01 |
| 11-00 | 2,492,574 | 01-16-01 |
| 10-00 | 2,894,782 | 12-14-00 |

COLLS.NOT TRANSFERRED     95,636.64

### MONTHLY SUMMARY

| | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | 5,089,722.84 | | 10,702,951.69- |
| TOTAL SALES | 100 | | 5,892,611.92 | | |
| TOTAL CREDITS | 110 | 802,888.28 | 5,874,875.92 | | |
| TOTAL WIRES | 140 | 17,735.00- | | | |
| TOTAL CASH RECEIVED | 175 | | | 966,060.45- | |
| TOTAL BANK CHARGES | 185 | | | 115,197.20 | 11,669,022.17- |
| TOTAL MISC. CHARGE/CREDIT | 190 | | | 250.00- | 11,553,824.97- |
| TOTAL CHARGE BACKS | 194 | | | 139,303.41- | 11,554,074.97- |
| TOTAL MONTH-END CHARGES | 195 | 22,696.19 | 5,897,572.11 | | 11,693,378.38- |
| TOTAL COLLECTIONS | 198 | | | 8,319.28- | |
| TOTAL INTEREST ON BALANCE | 198 | 2,084,497.67- | 3,813,074.44 | 2,841,037.18- | 11,701,697.66- |
| | 001 | | | 93,528.25- | 9,591,426.19- |
| | | | | 4,951,308.85 | 9,684,955.44- |
| MONTH END BALANCE | | | 3,813,074.44 | | 9,684,955.44- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS;
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GMAC_LANDAY00107

GMAC COMMERCIAL CREDIT LLC

MONTHLY FACTORED SALES ANALYSIS

PAGE 1

CLIENT NAME: SENECA SPORTS INC
CLIENT NO.    102400
PERIOD:       JANUARY 31, 2001

## DISCOUNT ANALYSIS

| DISC % | GROSS SALES | MISC | SALES DISCOUNT | NET SALES BEFORE CR | CREDITS | CREDIT DISCOUNT | NET SALES |
|---|---|---|---|---|---|---|---|
| NET | 802,889.28 | | | 802,889.28 | 17,738.00- | | 785,153.28 |
| TOTAL | 802,889.28 | .00 | .00 | 802,889.28 | 17,738.00- | .00 | 785,153.28 |

## COMMISSION ANALYSIS

| | TERMS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DISC % | OPT DAYS | DUE DAYS | EXTRA DAYS CODE | AS OF DATE | FINAL DAYS | DISC SALES BY TERMS | COMM RATE | COMM AMOUNT | |
| NET | 007 | 007 | 000 0 | | 7 | 65,583.60 | 0.6500% | 426.30 | |
| NET | 010 | 010 | 000 0 | | 10 | 33,862.50 | 0.6500% | 220.11 | |
| NET | 030 | 030 | 000 0 | | 30 | 334,436.90 | 0.6500% | 2,173.88 | |
| NET | 060 | 060 | 000 0 | | 60 | 43,599.85 | 0.6500% | 283.39 | |
| NET | 090 | 090 | 000 0 | | 90 | 204,452.50 | 0.9000% | 1,840.08 | |
| NET | 010 | 010 | 000 0 | 01-17-2001 | 10 | 17,514.00- | | | |
| NET | 010 | 010 | 000 0 | 01-22-2001 | 10 | 222.00- | | | |
| | | | | | | 120,954.23 | | | |
| MINIMUM COMMISSION | | | | | | | | 3,340.00 | 868 INV @ $5.00 |

## SUMMARY OF ACCOUNT SALES

| GROSS SALES | CREDITS | GROSS SALES LESS CREDITS | TOTAL DISCOUNT | NET SALES AFTER DISC | AVERAGE DUE DATE | INTEREST ON COMM |
|---|---|---|---|---|---|---|
| 802,889.28 * | 17,738.00-* | 785,153.28 * | .00 * | 785,153.28 * 02-28-2001 | | 35.54 * |
| TOTAL | | | | 785,153.28 | | 8,283.74 |

AR43RP

GMAC COMMERCIAL CREDIT LLC
SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS

CLIENT NO. 102400
CLIENT NAME SENECA SPORTS INC
CURRENCY: U.S. DOLLAR

RUN DATE 01-31-01
----INTEREST----
--CALCULATION--

PAGE NO. 1

| --NOTICE-- DATE | NO. | OUR J/E DATE | REF. NO. | TR. NO. | MESSAGE | VALUE DATE | INT. DYS | INTEREST DR. CR.- | DISCOUNT DR. CR.- | COMMISSION DR. CR.- | TOTAL CHARGES DR. CR.- | TOTAL CHARGES PER CUSTOMER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSTOMER NO. 019-135-3 ALL STAR INCENTIVE MARKETING 206 CHARLTON RD RTE 20 | | | | | | | | | STURBRIDGE | | MA 01566 | |
| 01-31-01 | 019 | 01-31-01 | 10014 | 060* | REG-C/B | 11-16-00 | 76 | $.00 | $.00 | $.00 | $46.50 | $46.50 * |
| CUSTOMER NO. 085-806-8 BIG 5 SPORTING GOODS 2525 E EL SEGUNDO BLVD | | | | | | | | | EL SEGUNDO | | CA 80245 | |
| 01-24-01 | 120 | 01-24-01 | 40056 | 060* | REG-C/B | 10-19-00 | 104 | $.00 | $.00 | $.00 | $343.43 | |
| 01-31-01 | 094 | 01-31-01 | 10060 | 060* | REG-C/B | 11-15-00 | 77 | $.00 | $.00 | $.00 | $1,507.80 | $1,851.23 * |
| CUSTOMER NO. 126-503-2 CAJUN CYCLE INC 4248 W CONGRESS STREET | | | | | | | | | LAFAYETTE | | LA 70506 | |
| 01-03-01 | 187 | 01-03-01 | 30105 | 060* | REG-C/B | 10-10-00 | 113 | $.00 | $.00 | $.00 | $8.00 | $8.00 * |
| CUSTOMER NO. 282-128-8 ELWORTH HARLEY-DAVIDSON SLS SV110 NORFOLK AVE | | | | | | | | | NORFOLK | | NE 68701 | |
| 01-10-01 | 401 | 01-10-01 | 00195 | 060* | REG-C/B | 10-23-00 | 100 | $.00 | $.00 | $.00 | $5.30 | $5.30 * |
| CUSTOMER NO. 286-166-0 ERG CORPORATION 587 WILLOW AVE. | | | | | | | | | CEDARHURST | | NY 11516 | |
| 01-10-01 | 411 | 01-10-01 | 00198 | 080* | REG-C/B | 10-18-00 | 105 | $.00 | $.00 | $.00 | $11.70 | $11.70 * |
| CUSTOMER NO. 361-885-4 HANNUMS HARLEY-DAVIDSON SALES U S #1 & 352 | | | | | | | | | MEDIA | | PA 19063 | |
| 01-31-01 | 450 | 01-31-01 | 10288 | 060* | REG-C/B | 11-17-00 | 75 | $.00 | $.00 | $.00 | $34.00 | $34.00 * |
| CUSTOMER NO. 394-374-3 HARLEY DAVIDSON OF ELKHART 720 W BRISTOL ST | | | | | | | | | ELKHART | | IN 46514 | |
| 01-29-01 | 219 | 01-29-01 | 40731 | 060 | REG-C/B | 11-08-00 | 88 | $.00 | $.00 | $.00 | $101.80 | $101.80 * |
| CUSTOMER NO. 394-380-0 HARLEY DAVIDSON OF GREEN BAY 727 MEMORIAL DRIVE | | | | | | | | | GREEN BAY | | WI 54303 | |
| 01-18-01 | 186 | 01-18-01 | 10539 | 060 | REG-C/B | 11-10-00 | 82 | $.00 | $.00 | $.00 | $276.41 | $276.41 * |

GMAC_LANDAY00109

AR43RP

CLIENT NO. 102400
CLIENT NAME  SENECA SPORTS INC
CURRENCY: U.S. DOLLAR

GMAC COMMERCIAL CREDIT LLC
SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS

RUN DATE 01-31-01
----INTEREST----
---CALCULATION---

PAGE NO. 2

| --NOTICE-- DATE NO. | OUR DATE | J/E REF. NO. | TR. NO. | MESSAGE | VALUE DATE | INT. DYS | INTEREST DR. CR.- | DISCOUNT DR. CR.- | COMMISSION DR. CR.- | TOTAL CHARGES DR. CR.- | TOTAL CHARGES PER CUSTOMER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSTOMER NO. 394-383-4 HARLEY DAVIDSON OF SPARTANBURG 7708 ASHEVILLE HWY | | | | | | | | SPARTANBURG | | SC 29303 | |
| 01-24-01 455 | 01-24-01 | 40209 | | 060* REG-C/B | 10-31-00 | 92 | $.00 | $.00 | $.00 | $3.80 | $3.90 * |
| CUSTOMER NO. 482-808-3 K B TOYS | | | | | 100 WEST ST | | | PITTSFIELD | | MA 01201 | |
| 01-24-01 558 | 01-24-01 | 40262 | | 060* REG-C/B | 11-13-00 | 79 | $.00 | $.00 | $.00 | $1,254.13 | |
| 01-31-01 532 | 01-31-01 | 10343 | | 060* REG-C/B | 11-14-00 | 78 | $.00 | $.00 | $.00 | $483.50 | $1,747.63 * |
| CUSTOMER NO. 483-760-5 KMART CORPORATION | | | | | 3100 W BIG BEAVER | | | TROY | | MI 48084-3163 | |
| 01-31-01 533 | 01-31-01 | 10344 | | 060* REG-C/B | 11-17-00 | 75 | $.00 | $.00 | $.00 | $2,025.00 | $2,025.00 * |
| CUSTOMER NO. 482-351-2 KEGEL MOTORCYCLE CO | | | | | 7125 HARRISON AVE | | | ROCKFORD | | IL 61112 | |
| 01-22-01 830 | 01-22-01 | 70923 | | 060 REG-C/B | 11-04-00 | 88 | $.00 | $.00 | $.00 | $101.80 | $101.80 * |
| CUSTOMER NO. 806-704-5 MEIJER INC | | | | | 2929 WALKER AVE | | | GRAND RAPID | | MI 49504 | |
| 01-10-01 835 | 01-10-01 | 00408 | | 060* REG-C/B | 10-24-00 | 99 | $.00 | $.00 | $.00 | $197.77 | |
| 01-17-01 845 | 01-17-01 | 70374 | | 060* REG-C/B | 10-27-00 | 86 | $.00 | $.00 | $.00 | $11.88 | |
| 01-24-01 874 | 01-24-01 | 40320 | | 060* REG-C/B | 11-07-00 | 85 | $.00 | $.00 | $.00 | $48.37 | |
| 01-31-01 846 | 01-31-01 | 10425 | | 060* REG-C/B | 11-18-00 | 78 | $.00 | $.00 | $.00 | $25.51 | $283.53 * |
| CUSTOMER NO. 701-720-5 PENINSULA HARLEY-DAVIDSON INC 880 CONVENTION WAY | | | | | | | | REDWOOD CITY | | CA 94063 | |
| 01-22-01 830 | 01-22-01 | 71044 | | 060 REG-C/B | 11-06-00 | 86 | $.00 | $.00 | $.00 | $104.72 | $104.72 * |
| CUSTOMER NO. 800-623-1 SEARS ROEBUCK & CO | | | | | P O BOX 650200 | | | DALLAS | | TX 75265 | |
| 01-16-01 409 | 01-16-01 | 10451 | | 150 REFUNDS | 12-15-00 | 47 | $.00 | $.00 | $.00 | $248.80- | |
| 01-16-01 410 | 01-16-01 | 10452 | | 150 REFUNDS | 12-22-00 | 40 | $.00 | $.00 | $.00 | $27.00- | |
| 01-17-01 305 | 01-17-01 | 20427 | | 150 REFUNDS | | | $.00 | $.00 | $.00 | $6,828.85- | |
| 01-18-01 329 | 01-18-01 | 30744 | | 150 REFUNDS | | | $.00 | $.00 | $.00 | $13,808.00- | |
| 01-24-01 892 | 01-24-01 | 90422 | | 150 REFUNDS | | | $.00 | $.00 | $.00 | $14,436.25- | $34,948.70-* |

AR43RP

**GMAC COMMERCIAL CREDIT LLC**
**SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS**

CLIENT NO. 102400
CLIENT NAME    SENECA SPORTS INC

CURRENCY: U.S. DOLLAR

RUN DATE 01-31-01
PAGE NO. 3

----INTEREST----
--CALCULATION--

| --NOTICE-- DATE | NO. | OUR J/E DATE | E REF. NO. | TR. NO. | MESSAGE | VALUE DATE | INT. DYS | INTEREST DR. CR.- | DISCOUNT DR. CR.- | COMMISSION DR. CR.- | TOTAL CHARGES DR. CR.- | TOTAL CHARGES PER CUSTOMER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSTOMER NO. 853-183-2 ST JOE HARLEY-DAVIDSON | | | | | 402 SOUTH 9TH ST | | | | | ST JOSEPH | MO 64501 | |
| 01-10-01 | 148 | 01-10-01 | 00561 | 080* REG-C/B | 10-14-00 | 109 | $.00 | $.00 | $.00 | $8.00 | $8.00 * |
| CUSTOMER NO. 954-250-7 WAL-MART INC | | | | | 702 S W 8TH ST | | | | | BENTONVILLE | AR 72716 | |
| 01-03-01 | 184 | 01-03-01 | 30843 | 080* REG-C/B | 10-20-00 | 103 | $.00 | $.00 | $.00 | $28.44 | |
| 01-17-01 | 510 | 01-17-01 | 70583 | 080* REG-C/B | 11-02-00 | 90 | $.00 | $.00 | $.00 | $833.47 | |
| 01-24-01 | 035 | 01-24-01 | 40493 | 080* REG-C/B | 11-08-00 | 84 | $.00 | $.00 | $.00 | $3,384.00 | |
| 01-31-01 | 000 | 01-31-01 | 10850 | 080* REG-C/B | 11-17-00 | 75 | $.00 | $.00 | $.00 | $1,282.08 | |
| CUSTOMER NO. 857-201-7 WARREN-HARLEY DAVIDSON SALES 2102 ELM RD | | | | | | | | | | CORTLAND | OH 44410 | $5,587.99 * |
| 01-24-01 | 049 | 01-24-01 | 40500 | 080* REG-C/B | 10-12-00 | 111 | $.00 | $.00 | $.00 | $55.00 | $55.00 * |

TOTAL CHARGES FOR CLIENT
30

TOTAL CHARGES/CREDIT-EXCLUSIVE OF INTEREST---    $22,696.19-
TOTAL INTEREST CHARGES/CREDITS    $.00
TOTAL ALL CHARGES/CREDITS    $22,696.18-

| | INTEREST - | DISCOUNT - | COMMISSION - | TOTAL - | |
|---|---|---|---|---|---|
| ** CHANGES OF TERMS ** | $.00 | $.00 | $.00 | $.00 * | |
| ** AUTO CHGEBACKS ** | $.00 | $.00 | | $.00 * | |
| ** REG CHGEBACKS ** | $.00 | $.00 | | $.00 * | |
| ** R E F U N D S ** | $.00 | $.00 | | $12,252.51 * | |
| ** INTEREST CLAIMS ** | $.00 | $.00 | | $34,948.70-* | |
| | | | | $.00 * | |

GMAC_LANDAY00111

AR37RP
RUN DATE 01/31/2001

## GMAC COMMERCIAL CREDIT LLC

### STATEMENT OF ACCOUNTS RECEIVABLE

CLIENT 102400

PAGE NO. 1

MONTH ENDING - JANUARY 31, 2001

CURRENCY - USD

SENECA SPORTS INC
75 FORTUNE BLVD
MILFORD MASS
01757

BALANCE FORWARD $4,974,753.54

| POST DATE | CLIENT # | TRANS | CASH APPLIC. DATE | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 01/02/2001 | 102400 | CASH | 01/02/2001 | | $10,298.50 | $4,964,455.04 |
| 01/03/2001 | 102400 | SALES | | $18,433.15 | | $4,983,888.19 |
| 01/03/2001 | 102400 | JOURNALS | | | $36.44 | $4,983,851.75 |
| 01/03/2001 | 102400 | CASH | 01/03/2001 | | $2,005,108.58 | $2,978,743.17 |
| 01/04/2001 | 102400 | SALES | | $181,623.20 | | $3,180,366.37 |
| 01/04/2001 | 102400 | CASH | 01/04/2001 | | $39,103.49 | $3,121,262.88 |
| 01/05/2001 | 102400 | CASH | 01/05/2001 | $1,397,421.87 | | $4,518,684.75 |
| 01/08/2001 | 102400 | SALES | | $26,922.00 | | $4,545,608.75 |
| 01/08/2001 | 102400 | SALES | | | $58,891.54 | $4,486,915.21 |
| 01/09/2001 | 102400 | CASH | 01/08/2001 | $66,058.00 | | $4,552,973.21 |
| 01/09/2001 | 102400 | JOURNALS | | | $429,660.62 | $4,123,312.59 |
| 01/10/2001 | 102400 | SALES | | | $222.77 | $4,123,089.82 |
| 01/10/2001 | 102400 | CASH | 01/09/2001 | | $53,394.92 | $4,069,694.90 |
| 01/11/2001 | 102400 | SALES | | $5,466.19 | | $4,075,161.09 |
| 01/11/2001 | 102400 | CASH | 01/10/2001 | | $21,463.50 | $4,053,697.59 |
| 01/12/2001 | 102400 | CASH | 01/11/2001 | $41,493.80 | | $4,095,191.39 |
| 01/15/2001 | 102400 | SALES | | | $64,004.71 | $4,031,186.68 |
| 01/16/2001 | 102400 | JOURNALS | | | $5,112.20 | $4,026,074.48 |
| 01/16/2001 | 102400 | SALES | | $15,847.44 | | $4,041,921.92 |
| 01/17/2001 | 102400 | SALES | | | $0.81 | $4,041,921.11 |
| 01/17/2001 | 102400 | JOURNALS | | | $255,925.41 | $3,775,995.70 |
| 01/17/2001 | 102400 | CASH | 01/12/2001 | | $2,180.29 | $3,773,815.41 |
| 01/18/2001 | 102400 | SALES | | $5,683.50 | | $3,779,498.91 |
| 01/18/2001 | 102400 | JOURNALS | | | $47,060.03 | $3,732,438.88 |
| 01/18/2001 | 102400 | CASH | 01/15/2001 | $124,243.98 | | $3,856,682.86 |
| 01/19/2001 | 102400 | SALES | | $13,608.00 | | $3,870,290.86 |
| 01/19/2001 | 102400 | CASH | 01/16/2001 | | $65,788.43 | $3,804,502.43 |
| 01/22/2001 | 102400 | SALES | | $2,435.84 | | $3,808,938.27 |
| 01/22/2001 | 102400 | JOURNALS | | | $2,858.37 | $3,804,079.90 |
| 01/22/2001 | 102400 | CASH | 01/17/2001 | $26,966.36 | | $3,831,048.26 |
| 01/23/2001 | 102400 | SALES | | | $208.52 | $3,830,839.74 |
| 01/23/2001 | 102400 | CASH | 01/18/2001 | | $1,795.10 | $3,829,044.64 |
| 01/24/2001 | 102400 | SALES | | $13,186.53 | | $3,842,231.17 |
| 01/24/2001 | 102400 | JOURNALS | | | $46,430.72 | $3,795,800.45 |
| 01/24/2001 | 102400 | CASH | 01/19/2001 | $115,228.84 | | $3,911,029.29 |
| 01/25/2001 | 102400 | CASH | 01/22/2001 | $9,367.42 | | $3,920,388.71 |
| 01/26/2001 | 102400 | SALES | | | $24,495.51 | $3,895,901.20 |
| 01/26/2001 | 102400 | CASH | 01/23/2001 | | $115,427.55 | $3,780,473.65 |
| 01/26/2001 | 102400 | SALES | | $78,960.29 | | $3,859,433.94 |
| 01/26/2001 | 102400 | CASH | 01/24/2001 | | $110,331.26 | $3,749,102.68 |

AR37RP

RUN DATE 01/31/2001

GMAC COMMERCIAL CREDIT LLC

STATEMENT OF ACCOUNTS RECEIVABLE

CLIENT 102400

PAGE NO. 2

MONTH ENDING - JANUARY 31, 2001

CURRENCY - USD

SENECA SPORTS INC
75 FORTUNE BLVE
MILFORD MASS
01757

BALANCE FORWARD $4,874,753.54

| POST DATE | CLIENT # | TRANS | CASH APPLIC.DATE | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 01/28/2001 | 102400 | SALES | | $14,968.79 | | $3,764,071.47 |
| 01/28/2001 | 102400 | JOURNALS | | | $101.80 | $3,763,969.67 |
| 01/28/2001 | 102400 | CASH | 01/29/2001 | | $6,838.56 | $3,757,131.11 |
| 01/30/2001 | 102400 | SALES | | $25,204.89 | | $3,782,336.00 |
| 01/30/2001 | 102400 | CASH | 01/30/2001 | | $88,350.75 | $3,693,985.25 |
| 01/31/2001 | 102400 | SALES | | $29,294.27 | | $3,723,279.52 |
| 01/31/2001 | 102400 | JOURNALS | | | $5,394.39 | $3,717,885.13 |
| 01/31/2001 | 102400 | CASH | 01/31/2001 | | $447.33 | $3,717,437.80 |
| CLIENT TOTALS | | | | $2,213,414.36 | $3,470,730.10 | $3,717,437.80 |

GMAC_LANDAY00113

# GMAC COMMERCIAL CREDIT LLC

# Client Ledger Account

--- CLIENT ---
SENECA SPORTS INC
76 FORTUNE BLVE
MILFORD MASS

01757

-NO-
1024-00

AS OF DATE
02-28-01

ACCOUNT EXECUTIVE
FITZGERALD,P

--- T Y P E ---
COLLECTION
CURRENCY - USD

PAGE NO. 1

| RECEIVABLE | ASSIGNED | |
|---|---|---|
| MONTH | AMOUNT | AV.DUE DATE |
| 02-01 | 1,550,410 | 04-13-01 |
| 01-01 | 785,153 | 02-28-01 |
| 12-00 | 1,600,741 | 02-02-01 |
| 11-00 | 2,482,574 | 01-18-01 |

COLLS.NOT TRANSFERRED     71,476.58

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION TRANSACTIONS DR- / CR | COLLECTION ACCOUNT BALANCE DR- / CR | ADVANCE/MATURED TRANSACTIONS DR- | FUNDS ACCOUNT CR | BALANCE DR- / CR |
|---|---|---|---|---|---|---|---|---|
| | | OPENING MONTH BALANCE | | | 3,813,074.44 | | | |
| 02-01-01 | 020101 | SALES         BT 123 | 100 | 30,902.83 | | | | |
| 02-01-01 | | WIRE | 175 | | | | | |
| 02-01-01 | 020101 | MISC CHG/CR | 180 | | | | | |
| 02-01-01 | | CHARGE BACK | 194 | | | | | |
| 02-01-01 | | COLLECTIONS | 196 | | | | 41,957.44 | |
| 02-02-01 | 020201 | SALES         BT 124 | 100 | 51,589.82 | 3,888,728.63 | 25.10- | | 9,684,955.44- |
| 02-02-01 | | WIRE | 140 | 6,838.56- | | | | |
| 02-02-01 | | COLLECTIONS | 196 | 40,428.16 | | | 6,838.56 | |
| 02-02-01 | | COLLECTIONS | 198 | | | 51,296.51- | | |
| 02-05-01 | 020101 | SALES         BT 125 | 100 | 88,350.75- | 3,840,806.04 | | 135.12 | 9,636,184.54- |
| 02-05-01 | 020101 | SALES         BT 126 | 100 | 47,485.52 | | | 88,350.75 | |
| 02-05-01 | 020101 | MISC CHG/CR | 180 | 580,514.99 | | | | |
| 02-05-01 | | COLLECTIONS | 196 | | | 41,957.44- | | 9,598,995.18- |
| 02-06-01 | 020501 | SALES         BT 127 | 100 | 447.33- | 4,488,359.22 | | 447.33 | |
| 02-06-01 | | WIRE | 140 | 149,565.68 | | | | 9,640,505.29- |
| 02-06-01 | | COLLECTIONS | 196 | | | 55,291.60- | | |
| 02-07-01 | | WIRE | 140 | 1,354.44- | 4,616,570.46 | | 1,354.44 | |
| 02-07-01 | | CHARGE BACK | 194 | | | 6,133.98- | | 9,694,442.45- |
| 02-07-01 | | COLLECTIONS | 196 | 13,030.46- | | | | |
| 02-08-01 | 020601 | SALES         BT 128 | 100 | 83,800.31- | 4,519,939.89 | | 83,800.31 | |
| 02-08-01 | | WIRE | 140 | 5,771.16 | | 8,573.96- | | 9,616,976.10- |
| 02-08-01 | | COLLECTIONS | 196 | | | | | |
| 02-09-01 | 020701 | SALES         BT 130 | 100 | 36,751.76- | 4,488,959.09 | | 38,751.76 | |
| 02-09-01 | 020701 | SALES         BT 128 | 100 | 11,803.88 | | | | 9,588,798.30- |
| 02-09-01 | | WIRE | 140 | 13,079.53 | | | | |
| 02-09-01 | | COLLECTIONS | 198 | | | 4,141.24- | 1,881.20 | |
| | | BALANCE FORWARD | | | 4,513,642.30 | | | 9,590,958.34- |

CONTINUED ON NEXT PAGE

FORM 1766

# Client Ledger Account

**GMAC COMMERCIAL CREDIT LLC**

```
- - - C L I E N T - - -                  -NO-              - - - T Y P E - - -
SENECA SPORTS INC                        1024-00           COLLECTION
                                                           CURRENCY - USD
75 FORTUNE BLVD                          AS OF DATE
MILFORD MASS                             02-28-01

     01757                               ACCOUNT EXECUTIVE
                                         FITZGERALD,P
```

### PAGE NO. 2 — RECEIVABLE ASSIGNED

| MONTH | AMOUNT | AV. DUE DATE |
|---|---|---|
| 02-01 | 1,550,410 | 04-13-01 |
| 01-01 | 785,153 | 02-28-01 |
| 12-00 | 1,600,741 | 02-02-01 |
| 11-00 | 2,492,574 | 01-16-01 |

COLLS. NOT TRANSFERRED    71,478.58

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR-CR | BALANCE DR-CR | ADV/MATURED FUNDS TRANSACTIONS DR- | CR | BALANCE DR-CR |
|---|---|---|---|---|---|---|---|---|
| 02-08-01 | | BALANCE CARRIED FORWARD | | | 4,513,642.30 | | | 9,580,958.34- |
| 02-12-01 | 020901 | COLLECTIONS | 198 | 31,387.35- | | | 31,387.35 | |
| 02-12-01 | | SALES   BT 131 | 100 | 16,029.60 | 4,482,254.95 | | | 9,559,570.99- |
| 02-12-01 | | WIRE | 140 | | | 20,397.83- | | |
| 02-12-01 | | CHARGE BACK | 194 | | | | | |
| 02-13-01 | | COLLECTIONS | 198 | 70,089.40- | | | 55,928.35 | |
| 02-13-01 | 021201 | SALES   BT 133 | 100 | 55,928.35- | | | | |
| 02-13-01 | 021201 | CREDIT  BT 132 | 110 | 10,323.54 | 4,372,266.80 | | | 9,524,040.27- |
| 02-13-01 | | WIRE | 140 | 4,984.00- | | 18,471.21- | | |
| 02-14-01 | | COLLECTIONS | 198 | 73.80- | 4,377,532.74 | | 73.80 | 9,542,437.88- |
| 02-14-01 | 021301 | SALES   BT 134 | 100 | 3,954.00 | | | | |
| 02-14-01 | | WIRE | 140 | | | | | |
| 02-14-01 | | WIRE | 140 | | | 50,070.03- | | |
| 02-14-01 | | CHARGE BACK | 194 | 1,416.46- | 4,380,070.28 | 7,000.00- | | 9,599,507.91- |
| 02-15-01 | | WIRE | 140 | | | 3,131.35- | | |
| 02-15-01 | | CHARGE BACK | 194 | | | | | |
| 02-15-01 | | COLLECTIONS | 198 | 5,982.63 | | | | |
| 02-16-01 | 021401 | SALES   BT 135 | 100 | 218,737.89- | 4,167,315.22 | | 218,737.89 | 9,383,901.57- |
| 02-16-01 | 021501 | SALES   BT 136 | 100 | 75,307.24 | | | | |
| 02-18-01 | | WIRE | 140 | 339,150.00 | | | | |
| 02-16-01 | | CHARGE BACK | 194 | | | 2,506.69- | | |
| 02-18-01 | | COLLECTIONS | 198 | 95,582.87- | 4,463,168.08 | | | 9,383,386.75- |
| 02-20-01 | | WIRE | 140 | 23,021.51- | | | 23,021.51 | |
| 02-20-01 | | CHARGE BACK | 194 | | | 138,623.93- | | |
| 02-20-01 | | COLLECTIONS | 198 | 5,525.03 | 4,467,283.34 | | | 9,500,610.91- |
| 02-21-01 | 021501 | SALES   BT 137 | 100 | 1,399.77- | | | 1,399.77 | |
| 02-21-01 | | WIRE | 140 | 11,505.01 | | | | |
| | | BALANCE FORWARD | | | 4,478,798.35 | 158,498.70- | | 9,657,107.61- |

CONTINUED ON NEXT PAGE

GMAC_LANDAY00089

FORM 1766

# GMAC COMMERCIAL CREDIT LLC

# Client Ledger Account

---  C L I E N T  ----
SENECA SPORTS INC
75 FORTUNE BLVD
MILFORD MASS

01757

-NO-
1024-00

AS OF DATE
02-28-01

ACCOUNT EXECUTIVE
FITZGERALD,P

- - - T Y P E - - -
COLLECTION
CURRENCY - USD

PAGE NO.  3

| MONTH | RECEIVABLE ASSIGNED AMOUNT | AV. DUE DATE |
|---|---|---|
| 02-01 | 1,580,410 | 04-13-01 |
| 01-01 | 785,153 | 02-28-01 |
| 12-00 | 1,600,741 | 02-02-01 |
| 11-00 | 2,492,574 | 01-18-01 |

COLLS. NOT TRANSFERRED     71,476.58

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED TRANSACTIONS DR- | FUNDS ACCOUNT CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| | | BALANCE CARRIED FORWARD | | | | | | |
| 02-21-01 | | CHARGE BACK | 194 | 13,652.88- | 4,478,798.35 | | | 8,857,107.61- |
| 02-21-01 | | COLLECTIONS | 196 | 29,197.23- | 4,435,948.23 | | 29,197.23 | 8,827,910.38- |
| 02-22-01 | | CHARGE BACK | 194 | 21,235.30- | | | | |
| 02-22-01 | | COLLECTIONS | 196 | 228.83- | | | 226.83 | |
| 02-22-01 | | COLLECTIONS | 196 | 1,632.96- | 4,412,853.14 | | 1,632.96 | 8,828,050.59- |
| 02-23-01 | 022101 | SALES BT 138 | 100 | 206,672.33 | | | | |
| 02-23-01 | 020101 | MISC CHG/CR | 190 | | | 324.97- | | |
| 02-23-01 | 020101 | MISC CHG/CR | 190 | | | 80.00- | | |
| 02-23-01 | 020101 | MISC CHG/CR | 190 | | | 28.41- | | |
| 02-23-01 | | OVERADV CHGE | 190 | | | 20,435.11- | | |
| 02-26-01 | | COLLECTIONS | 195 | 12,285.27- | | | 12,285.27 | |
| 02-26-01 | 022301 | SALES BT 139 | 100 | 7,783.35 | 4,807,240.20 | | | 8,834,631.81- |
| 02-26-01 | | CASH ADVANCE | 140 | | | 499.60- | | |
| 02-26-01 | | CHARGE BACK | 194 | 58,277.23- | | | | |
| 02-26-01 | | COLLECTIONS | 196 | 710,039.94- | | | 28,843.64 | |
| 02-27-01 | 022601 | SALES BT 140 | 100 | 5,317.42 | 3,845,708.38 | | 710,039.94 | 8,898,447.83- |
| 02-27-01 | 020101 | MISC CHG/CR | 190 | | | 3,178.90- | | |
| 02-27-01 | 020101 | MISC CHG/CR | 190 | | | 508.25- | | |
| 02-27-01 | | COLLECTIONS | 196 | | | | | |
| 02-28-01 | | COLLECTIONS | 196 | 1,221.23- | 3,849,802.57 | | 18.00 | 8,900,893.75- |
| 02-28-01 | | WIRE CHARGES | 185 | | | 180.00- | | |
| 02-28-01 | | WIRE CHARGES | 185 | | | 25.00- | | |
| 02-28-01 | | WIRE RECEIPTS | 185 | | | 10.00- | 1,221.23 | |
| 02-28-01 | | D.A.B. | 185 | | | 325.00- | | |
| 02-28-01 | | MISC CHG/CR | 190 | | | 250.00- | | |
| | | BALANCE FORWARD | | | 3,849,802.57 | | | 8,901,683.75- |

CONTINUED ON NEXT PAGE

FORM 1730

GMAC_LANDAY00090

# GMAC COMMERCIAL CREDIT LLC

## Client Ledger Account

--- CLIENT ---
SENECA SPORTS INC

75 FORTUNE BLVD
MILFORD MASS

01757

-NO-
1024-00

AS OF DATE
02-28-01

ACCOUNT EXECUTIVE
FITZGERALD,P

--- T Y P E ---
COLLECTION
CURRENCY - USD

PAGE NO.  4

| MONTH | RECEIVABLE ASSIGNED AMOUNT | AV.DUE DATE |
|-------|----------------------------|-------------|
| 02-01 | 1,550,410 | 04-13-01 |
| 01-01 | 785,153 | 02-28-01 |
| 12-00 | 1,800,741 | 02-02-01 |
| 11-00 | 2,482,574 | 01-16-01 |

COLLS.NOT TRANSFERRED          71,476.58

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| | | BALANCE CARRIED FORWARD | | | 3,849,802.57 | | | 8,901,683.75- |
| 02-28-01 | | MISC CHG/CR | 190 | 66,029.39- | | | 25.00 | |
| 02-28-01 | | CHARGE BACK | 194 | | | 50.79- | | |
| 02-28-01 | | INTEREST | 195 | | | 12,503.22- | | |
| 02-28-01 | | COMMISSION | 195 | | | | | |
| 02-28-01 | | COLLECTIONS | 198 | 13,804.43- | 3,789,968.75 | 72,102.45- | 13,804.43 | 8,900,408.33- |
| 02-28-01 | | INT ON AVG BAL | 001 | | 3,789,968.75 | | | 8,972,510.78- |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MONTH END BALANCE | | | | 43,105.69- | 3,789,968.75 | 874,615.05- | 1,387,059.71 | 8,972,510.78- |

| | AVG.BALANCE | RATE | AMOUNT |
|---|---|---|---|
| INTEREST ON AVERAGE ADVANCES | 9,508,014.62- @ | 9.750 % | 72,102.45- |

72,102.45
50.79
72,153.24

FORM 1750

GMAC_LANDAY00091