**GMAC**
**COMMERCIAL CREDIT LLC**

# Client Ledger Account

- - - C L I E N T - - -
SENECA SPORTS INC

75 FORTUNE BLVE
MILFORD MASS

01757

-NO-
1024-00

AS OF DATE
02-28-01

ACCOUNT EXECUTIVE
FITZGERALD,P

- - - T Y P E - - -
COLLECTION
CURRENCY - USD

PAGE NO. 5

| MONTH | RECEIVABLE AMOUNT | ASSIGNED AV.DUE DATE |
|---|---|---|
| 02-01 | 1,550,410 | 04-13-01 |
| 01-01 | 785,153 | 02-28-01 |
| 12-00 | 1,600,741 | 02-02-01 |
| 11-00 | 2,492,574 | 01-16-01 |

COLLS.NOT TRANSFERRED 71,476.58

MONTHLY SUMMARY

| | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- CR |
|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | 3,813,074.44 | | | 9,684,955.44- |
| TOTAL SALES | 100 | 1,555,394.14 | 5,368,468.58 | | | |
| TOTAL CREDITS | 110 | 4,984.00- | 5,363,484.58 | | | |
| TOTAL WIRES | 140 | | | 522,634.41- | | 10,207,589.85- |
| TOTAL CASH RECEIVED | 175 | | | | 41,957.44 | 10,165,632.41- |
| TOTAL BANK CHARGES | 185 | | | 540.00- | | 10,166,172.41- |
| TOTAL MISC. CHARGE/CREDIT | 190 | | | 66,784.18- | 25.00 | 10,232,931.58- |
| TOTAL CHARGE BACKS | 194 | 277,216.52- | 5,086,268.06 | | | |
| TOTAL MONTH-END CHARGES | 195 | | | 12,554.01- | | 10,245,485.60- |
| TOTAL COLLECTIONS | 196 | 1,316,299.31- | 3,769,968.75 | | 1,345,077.27 | 8,900,408.33- |
| TOTAL INTEREST ON BALANCE | 001 | | | 72,102.45- | | 8,972,510.78- |
| MONTH END BALANCE | | | 3,769,968.75 | | | 8,972,510.78- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS;
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

FORM 1760

AR43RP

GMAC COMMERCIAL CREDIT LLC
SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS

CLIENT NO. 102400
CLIENT NAME SENECA SPORTS INC

RUN DATE 02-28-01

PAGE NO. 1

CURRENCY: U.S. DOLLAR

| --NOTICE-- DATE | NO. | OUR J/E DATE | REF. NO. | TR. NO. | MESSAGE | VALUE DATE | INT. DYS | -----INTEREST----- ---CALCULATION--- INTEREST DR. CR.- | DISCOUNT DR. CR.- | COMMISSION DR. CR.- | TOTAL CHARGES DR. CR.- | TOTAL CHARGES PER CUSTOMER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSTOMER NO. 006-857-7 ACADEMY LTD | | | | | | 1800 N MASON RD | | | KATY | | TX 77449 | |
| 02-07-01 | 008 | 02-07-01 | 70003 | 060* | REG-C/B | 11-26-00 | 94 | $.00 | $.00 | $.00 | $985.52 | |
| 02-16-01 | 002 | 02-16-01 | 10734 | 060 | REG-C/B | 01-04-01 | 55 | $.00 | $.00 | $.00 | $144.00 | |
| 02-21-01 | 005 | 02-21-01 | 60826 | 060 | REG-C/B | 12-08-00 | 82 | $.00 | $.00 | $.00 | $663.52 | |
| | | | | | | | | | | | | $1,793.04 * |
| CUSTOMER NO. 010-988-4 ADIR INTERNATIONAL | | | | | | 1605 WEST OLYMPIC BLVD | | | LOS ANGELAS | | CA 90015 | |
| 02-21-01 | 008 | 02-21-01 | 60804 | 060 | REG-C/B | 11-16-00 | 104 | $.00 | $.00 | $.00 | $288.00 | |
| | | | | | | | | | | | | $288.00 * |
| CUSTOMER NO. 027-663-4 AMES DEPT STORE #2 | | | | | | 2418 MAIN ST | | | ROCKY HILL | | CT 06067 | |
| 02-07-01 | 043 | 02-07-01 | 70019 | 060* | REG-C/B | 11-17-00 | 103 | $.00 | $.00 | $.00 | $1,152.00 | |
| 02-14-01 | 042 | 02-14-01 | 40024 | 060* | REG-C/B | 11-27-00 | 93 | $.00 | $.00 | $.00 | $70.74 | |
| 02-16-01 | 012 | 02-16-01 | 10558 | 060 | REG-C/B | 01-19-01 | 40 | $.00 | $.00 | $.00 | $105.00 | |
| 02-16-01 | 013 | 02-16-01 | 10729 | 060 | REG-C/B | 01-08-01 | 51 | $.00 | $.00 | $.00 | $2,367.65 | |
| 02-16-01 | 014 | 02-16-01 | 10798 | 060 | REG-C/B | 12-22-00 | 68 | $.00 | $.00 | $.00 | $1,398.84 | |
| 02-16-01 | 015 | 02-16-01 | 10799 | 060 | REG-C/B | 12-19-00 | 71 | $.00 | $.00 | $.00 | $1,476.46 | |
| 02-16-01 | 016 | 02-16-01 | 10807 | 060 | REG-C/B | 12-10-00 | 80 | $.00 | $.00 | $.00 | $574.00 | |
| 02-16-01 | 017 | 02-16-01 | 10808 | 060 | REG-C/B | 12-10-00 | 80 | $.00 | $.00 | $.00 | $78.00 | |
| 02-16-01 | 019 | 02-16-01 | 10822 | 060 | REG-C/B | 12-29-00 | 61 | $.00 | $.00 | $.00 | $62,149.77 | |
| 02-21-01 | 024 | 02-21-01 | 10015 | 060* | REG-C/B | 12-04-00 | 86 | $.00 | $.00 | $.00 | $48.00 | |
| 02-21-01 | 028 | 02-21-01 | 60805 | 060 | REG-C/B | 12-18-00 | 72 | $.00 | $.00 | $.00 | $769.73 | |
| 02-21-01 | 029 | 02-21-01 | 60833 | 060 | REG-C/B | 01-05-01 | 54 | $.00 | $.00 | $.00 | $2,712.36 | |
| 02-21-01 | 031 | 02-21-01 | 60855 | 060 | REG-C/B | 12-10-00 | 80 | $.00 | $.00 | $.00 | $234.00 | |
| 02-22-01 | 021 | 02-22-01 | 70843 | 060 | REG-C/B | 12-11-00 | 79 | $.00 | $.00 | $.00 | $30.90 | |
| | | | | | | | | | | | | $73,167.45 * |
| CUSTOMER NO. 032-313-9 ANN & HOPE INC | | | | | | ONE ANN & HOPE WAY | | | CUMBERLAND | | RI 02864 | |
| 02-14-01 | 047 | 02-14-01 | 40028 | 060* | REG-C/B | 11-19-00 | 101 | $.00 | $.00 | $.00 | $500.00 | |
| 02-16-01 | 023 | 02-16-01 | 10728 | 060 | REG-C/B | 12-31-00 | 59 | $.00 | $.00 | $.00 | $32.50 | |
| | | | | | | | | | | | | $532.50 * |
| CUSTOMER NO. 077-876-1 BENNYS INC | | | | | | 340 WATERMAN AVE | | | ESMOND | | RI 02917 | |
| 02-21-01 | 066 | 02-21-01 | 10037 | 060* | REG-C/B | 12-01-00 | 89 | $.00 | $.00 | $.00 | $96.25 | |
| 02-21-01 | 067 | 02-21-01 | 60825 | 060 | REG-C/B | 12-10-00 | 80 | $.00 | $.00 | $.00 | $818.60 | |
| | | | | | | | | | | | | $914.85 * |

AR43RP

GMAC COMMERCIAL CREDIT LLC
SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS

CLIENT NO. 102400
CLIENT NAME SENECA SPORTS INC

RUN DATE 02-28-01
-----INTEREST-----
---CALCULATION---

PAGE NO. 2

CURRENCY: U.S. DOLLAR

| --NOTICE-- DATE | --NOTICE-- NO. | OUR J/E DATE | REF. NO. | TR. NO. | MESSAGE | VALUE DATE | INT. DYS | INTEREST DR. CR.- | DISCOUNT DR. CR.- | COMMISSION DR. CR.- | TOTAL CHARGES DR. CR.- | TOTAL CHARGES PER CUSTOMER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSTOMER NO. 085-808-8 | | BIG 5 SPORTING GOODS | | | | 2525 E EL SEGUNDO BLVD | | | EL SEGUNDO | | CA 90245 | |
| 02-16-01 | 049 | 02-16-01 | 10733 | 060 | REG-C/B | 12-26-00 | 64 | $.00 | $.00 | $.00 | $2,383.78 | |
| 02-16-01 | 050 | 02-16-01 | 10736 | 060 | REG-C/B | 01-03-01 | 56 | $.00 | $.00 | $.00 | $929.80 | |
| 02-21-01 | 076 | 02-21-01 | 10042 | 060* | REG-C/B | 11-19-00 | 101 | $.00 | $.00 | $.00 | $510.11 | |
| 02-21-01 | 077 | 02-21-01 | 60837 | 060 | REG-C/B | 12-12-00 | 78 | $.00 | $.00 | $.00 | $860.00 | |
| CUSTOMER NO. 102-955-2 | | BRADLEES STORES INC #2 | | | | PO BOX 100 | | | BRAINTREE | | MA 02320 | $4,663.69 * |
| 02-12-01 | 098 | 02-12-01 | 71288 | 060B | REG-C/B | 12-20-00 | 70 | $.00 | $.00 | $.00 | $70,230.00 | |
| CUSTOMER NO. 115-957-3 | | BUDS HARLEY-DAVIDSON SALES | | | | 4700 EAST MORGAN AVE | | | EVANSVILLE | | IN 47715 | $70,230.00 * |
| 02-01-01 | 061 | 02-01-01 | 60610 | 060 | REG-C/B | 12-24-00 | 68 | $.00 | $.00 | $.00 | $39.46 | |
| CUSTOMER NO. 157-136-3 | | CENDANT CORPORATION | | | | 6 SYLVAN WAY | | | PARSIPPANY | | NJ 07054 | $39.46 * |
| 02-16-01 | 076 | 02-16-01 | 10567 | 060 | REG-C/B | 01-17-01 | 42 | $.00 | $.00 | $.00 | $10.13 | |
| 02-16-01 | 077 | 02-16-01 | 10730 | 060 | REG-C/B | 12-27-00 | 63 | $.00 | $.00 | $.00 | $24.00 | |
| 02-22-01 | 080 | 02-22-01 | 70844 | 060 | REG-C/B | 12-05-00 | 85 | $.00 | $.00 | $.00 | $24.57 | |
| CUSTOMER NO. 204-188-7 | | COSTCO WHOLESALE CORP | | | | 999 LAKE DRIVE | | | ISSAQUAH | | WA 98027 | $58.70 * |
| 02-22-01 | 099 | 02-22-01 | 70841 | 060 | REG-C/B | 12-11-00 | 79 | $.00 | $.00 | $.00 | $20,600.00 | |
| CUSTOMER NO. 269-645-8 | | E TOYS | | | | 12120 W OLYMPIC BLVD | | | LOS ANGELES | | CA 90064-1020 | $20,600.00 * |
| 02-07-01 | 324 | 02-07-01 | 20904 | 060 | REG-C/B | 12-31-00 | 59 | $.00 | $.00 | $.00 | $9,424.78 | |
| CUSTOMER NO. 282-128-8 | | ELWORTH HARLEY-DAVIDSON SLS SV110 NORFOLK AVE | | | | | | | NORFOLK | | NE 68701 | $9,424.78 * |
| 02-14-01 | 302 | 02-14-01 | 40179 | 060* | REG-C/B | 11-17-00 | 103 | $.00 | $.00 | $.00 | $22.30 | |
| 02-16-01 | 127 | 02-16-01 | 10735 | 060 | REG-C/B | 01-07-01 | 52 | $.00 | $.00 | $.00 | $3.40 | |
| | | | | | | | | | | | | $25.70 * |

AR43RP

GMAC COMMERCIAL CREDIT LLC
SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS

CLIENT NO. 102400
CLIENT NAME SENECA SPORTS INC

RUN DATE 02-28-01
-----INTEREST-----
---CALCULATION---

PAGE NO. 3

CURRENCY: U.S. DOLLAR

| --NOTICE-- DATE | NO. | OUR J/E DATE | REF. NO. | TR. NO. | MESSAGE | VALUE DATE | INT. DYS | INTEREST DR. CR.- | DISCOUNT DR. CR.- | COMMISSION DR. CR.- | TOTAL CHARGES DR. CR.- | TOTAL CHARGES PER CUSTOMER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSTOMER NO. 282-198-1 ELYRIA HARLEY DAVIDSON | | | | | | 561 CLEVELAND ST | | | ELYRIA | | OH 44035 | |
| 02-07-01 | 339 | 02-07-01 | 70173 | 080* | REG-C/B | 11-21-00 | 99 | $.00 | $.00 | $.00 | $23.05 | |
| | | | | | | | | | | | | $23.05 * |
| CUSTOMER NO. 317-554-4 FINGERHUT CO INC | | | | | | P O BOX 1279 | | | MINNEAPOLIS | | MN 55440 | |
| 02-01-01 | 152 | 02-01-01 | 61041 | 150 | REFUNDS | 01-11-01 | 48 | $.00 | $.00 | $.00 | $52,131.18- | |
| 02-15-01 | 598 | 02-15-01 | 00613 | 150 | REFUNDS | | | $.00 | $.00 | $.00 | $5,792.72- | |
| 02-15-01 | 599 | 02-15-01 | 00617 | 150 | REFUNDS | 02-11-01 | 17 | $.00 | $.00 | $.00 | $189.91- | |
| 02-20-01 | 154 | 02-20-01 | 50763 | 150 | REFUNDS | | | $.00 | $.00 | $.00 | $5,525.03- | |
| 02-28-01 | 328 | 02-28-01 | 30680 | 080 | REG-C/B | 11-26-00 | 94 | $.00 | $.00 | $.00 | $1,827.50 | |
| | | | | | | | | | | | | $61,811.34-* |
| CUSTOMER NO. 389-130-6 HAMBLETON & CARR INC | | | | | | 670 YOUNG STREET | | | TONAWANDA | | NY 14150 | |
| 02-01-01 | 188 | 02-01-01 | 60609 | 080 | REG-C/B | 12-03-00 | 87 | $.00 | $.00 | $.00 | $501.90 | |
| | | | | | | | | | | | | $501.90 * |
| CUSTOMER NO. 394-383-4 HARLEY DAVIDSON OF SPARTANBURG | | | | | | 7708 ASHEVILLE HWY | | | SPARTANBURG | | SC 29303 | |
| 02-14-01 | 422 | 02-14-01 | 40247 | 080* | REG-C/B | 11-27-00 | 83 | $.00 | $.00 | $.00 | $33.50 | |
| 02-21-01 | 407 | 02-21-01 | 60823 | 080 | REG-C/B | 12-28-00 | 62 | $.00 | $.00 | $.00 | $3.20 | |
| | | | | | | | | | | | | $36.70 * |
| CUSTOMER NO. 412-473-1 HINDA DISTRIBUTORS INC | | | | | | 2440 W 34TH ST | | | CHICAGO | | IL 60608 | |
| 02-16-01 | 180 | 02-16-01 | 10579 | 080 | REG-C/B | 12-25-00 | 65 | $.00 | $.00 | $.00 | $10.00 | |
| | | | | | | | | | | | | $10.00 * |
| CUSTOMER NO. 425-844-8 HQ ARMY & AIR FORCE EX | | | | | | P O BOX 660261 APCMA | | | DALLAS | | TX 75266 | |
| 02-16-01 | 185 | 02-16-01 | 10568 | 080 | REG-C/B | 01-20-01 | 39 | $.00 | $.00 | $.00 | $6.48 | |
| 02-16-01 | 186 | 02-16-01 | 10569 | 080 | REG-C/B | 12-27-00 | 63 | $.00 | $.00 | $.00 | $6.48 | |
| | | | | | | | | | | | | $12.96 * |
| CUSTOMER NO. 483-760-5 KMART CORPORATION | | | | | | 3100 W BIG BEAVER | | | TROY | | MI 48084-3163 | |
| 02-16-01 | 202 | 02-16-01 | 10553 | 080 | REG-C/B | 01-16-01 | 43 | $.00 | $.00 | $.00 | $25.00 | |
| 02-16-01 | 203 | 02-16-01 | 10821 | 080 | REG-C/B | 01-12-01 | 47 | $.00 | $.00 | $.00 | $25.00 | |
| 02-21-01 | 492 | 02-21-01 | 10277 | 080* | REG-C/B | 11-18-00 | 102 | $.00 | $.00 | $.00 | $45.00 | |
| | | | | | | | | | | | | $95.00 * |

AR43RP

GMAC COMMERCIAL CREDIT LLC
SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS

CLIENT NO. 102400
CLIENT NAME SENECA SPORTS INC

RUN DATE 02-28-01

PAGE NO. 4

CURRENCY: U.S. DOLLAR

| --NOTICE-- DATE | NO. | OUR J/E DATE | REF. NO. | TR. NO. | MESSAGE | VALUE DATE | -----INTEREST----- ---CALCULATION--- INT. DYS | INTEREST DR. CR.- | DISCOUNT DR. CR.- | COMMISSION DR. CR.- | TOTAL CHARGES DR. CR.- | TOTAL CHARGES PER CUSTOMER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSTOMER NO. 529-477-2 | LAS VEGAS HARLEY DAVIDSO | | | | | 2495 EAST SAHARA AVENUE | | | LAS VEGAS | | NV 89104 | |
| 02-07-01 | 629 | 02-07-01 | 70312 | 060* | REG-C/B | 11-04-00 | 116 | $.00 | $.00 | $.00 | $192.56 | |
| CUSTOMER NO. 530-201-3 | LATUS MOTORS | | | | | 7421 N E BEECH STREET | | | PORTLAND | | OR 97213 | $192.56 * |
| 02-14-01 | 583 | 02-14-01 | 40324 | 060* | REG-C/B | 11-17-00 | 103 | $.00 | $.00 | $.00 | $8.00 | |
| CUSTOMER NO. 559-312-4 | LONG JUMP IMPORTERS | | | | | RUA ANTONIO SAVIANE 245 | | | BACUCRI SP BRAZIL | | 00000 | $8.00 * |
| 02-26-01 | 266 | 02-26-01 | 81498 | 060 | REG-C/B | 12-18-00 | 72 | $.00 | $.00 | $.00 | $33,862.50 | |
| CUSTOMER NO. 590-371-1 | MARSHALL MANAGEMENT | | | | | 2330 INDUSTRIAL RD | | | LAS VEGAS | | NV 89102 | $33,862.50 * |
| 02-14-01 | 633 | 02-14-01 | 40373 | 060* | REG-C/B | 11-04-00 | 118 | $.00 | $.00 | $.00 | $225.76 | |
| CUSTOMER NO. 591-502-0 | MARTIN DISTRIBUTING CO | | | | | 3721 DECOURSEY AVE | | | COVINGTON | | KY 41015 | $225.76 * |
| 02-16-01 | 238 | 02-16-01 | 10559 | 060 | REG-C/B | 12-16-00 | 74 | $.00 | $.00 | $.00 | $88.00 | |
| CUSTOMER NO. 606-704-5 | MEIJER INC | | | | | 2929 WALKER AVE | | | GRAND RAPID | | MI 49504 | $88.00 * |
| 02-07-01 | 741 | 02-07-01 | 70368 | 060* | REG-C/B | 11-17-00 | 103 | $.00 | $.00 | $.00 | $4.97 | |
| 02-14-01 | 648 | 02-14-01 | 40384 | 060* | REG-C/B | 11-29-00 | 91 | $.00 | $.00 | $.00 | $111.86 | |
| 02-16-01 | 242 | 02-16-01 | 10562 | 060 | REG-C/B | 01-12-01 | 47 | $.00 | $.00 | $.00 | $127.01 | |
| 02-16-01 | 243 | 02-16-01 | 10701 | 060 | REG-C/B | 01-05-01 | 54 | $.00 | $.00 | $.00 | $2,581.48 | |
| 02-16-01 | 244 | 02-16-01 | 10788 | 060 | REG-C/B | 01-31-01 | 28 | $.00 | $.00 | $.00 | $12.62 | |
| 02-16-01 | 245 | 02-16-01 | 10789 | 060 | REG-C/B | 01-26-01 | 33 | $.00 | $.00 | $.00 | $10.15 | |
| 02-16-01 | 246 | 02-16-01 | 10791 | 060 | REG-C/B | 12-11-00 | 79 | $.00 | $.00 | $.00 | $190.67 | |
| 02-21-01 | 624 | 02-21-01 | 10348 | 060* | REG-C/B | 12-05-00 | 85 | $.00 | $.00 | $.00 | $220.08 | |
| 02-22-01 | 262 | 02-22-01 | 70839 | 060 | REG-C/B | 12-08-00 | 82 | $.00 | $.00 | $.00 | $257.70 | |
| 02-22-01 | 263 | 02-22-01 | 70840 | 060 | REG-C/B | 12-13-00 | 77 | $.00 | $.00 | $.00 | $9.53 | |
| CUSTOMER NO. 628-135-6 | MODELL HENRY J & CO INC | | | | | 498 SEVENTH AVE | | | NEW YORK | | NY 10018 | $3,526.07 * |
| 02-16-01 | 258 | 02-16-01 | 10576 | 060 | REG-C/B | 01-09-01 | 50 | $.00 | $.00 | $.00 | $15,869.19 | |

AR43RP

GMAC COMMERCIAL CREDIT LLC
SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS

CLIENT NO. 102400
CLIENT NAME SENECA SPORTS INC

RUN DATE 02-28-01

PAGE NO. 5

CURRENCY: U.S. DOLLAR

| --NOTICE-- DATE | NO. | OUR J/E DATE | REF. NO. | TR. NO. | MESSAGE | VALUE DATE | INT. DYS | -----INTEREST----- ---CALCULATION--- INTEREST DR. CR.- | DISCOUNT DR. CR.- | COMMISSION DR. CR.- | TOTAL CHARGES DR. CR.- | TOTAL CHARGES PER CUSTOMER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSTOMER | NO. 628-135-6 | MODELL HENRY J & CO INC | | | | 498 SEVENTH AVE | | | NEW YORK | | NY 10018 | |
| 02-21-01 | 647 | 02-21-01 | 60817 | 060 | REG-C/B | 12-16-00 | 74 | $.00 | $.00 | $.00 | $1,135.44 | |
| 02-21-01 | 648 | 02-21-01 | 60828 | 060 | REG-C/B | 12-26-00 | 64 | $.00 | $.00 | $.00 | $521.52 | |
| CUSTOMER | NO. 645-351-8 | MYER MILTON D CO | | | | ROTHESWAY AVE | | | CARNEGIE | | PA 15106 | $17,526.15 * |
| 02-14-01 | 697 | 02-14-01 | 40410 | 060* | REG-C/B | 11-26-00 | 94 | $.00 | $.00 | $.00 | $424.32 | |
| CUSTOMER | NO. 671-098-2 | OCEAN STATE JOBBERS | | | | DS 24 KOSTER RD | | | DAVISVILLE | | RI 02854 | $424.32 * |
| 02-16-01 | 271 | 02-16-01 | 10792 | 060 | REG-C/B | 01-03-01 | 56 | $.00 | $.00 | $.00 | $442.00 | |
| 02-26-01 | 311 | 02-26-01 | 10906 | 060 | REG-C/B | 01-29-01 | 30 | $.00 | $.00 | $.00 | $231.50 | |
| CUSTOMER | NO. 678-890-5 | OSC SPORTS | | | | 498 US ROUTE ONE | | | YARMOUTH | | ME 04096 | $673.50 * |
| 02-16-01 | 278 | 02-16-01 | 10557 | 060 | REG-C/B | 01-12-01 | 47 | $.00 | $.00 | $.00 | $1,014.96 | |
| CUSTOMER | NO. 687-761-7 | PANAMAT INC | | | | 8603 S DIXIE HW | | | MIAMI | | FL 33143 | $1,014.96 * |
| 02-07-01 | 836 | 02-07-01 | 70412 | 060* | REG-C/B | 11-12-00 | 108 | $.00 | $.00 | $.00 | $236.97 | |
| CUSTOMER | NO. 702-057-1 | PENN 800 PARTNERSHIP | | | | 42 SOUTH 4TH STREET | | | MARTINS FERRY | | OH 43935 | $236.97 * |
| 02-07-01 | 844 | 02-07-01 | 70416 | 060* | REG-C/B | 11-16-00 | 104 | $.00 | $.00 | $.00 | $139.84 | |
| CUSTOMER | NO. 702-349-2 | PENNEY J C CO INC | | | | P O BOX 45056 | | | SALT LAKE CITY | | UT 84145-0056 | $139.84 * |
| 02-07-01 | 846 | 02-07-01 | 70417 | 060* | REG-C/B | 11-24-00 | 96 | $.00 | $.00 | $.00 | $242.52 | |
| 02-16-01 | 284 | 02-16-01 | 10564 | 060 | REG-C/B | 12-28-00 | 62 | $.00 | $.00 | $.00 | $304.55 | |
| 02-16-01 | 285 | 02-16-01 | 10816 | 060 | REG-C/B | 12-20-00 | 70 | $.00 | $.00 | $.00 | $556.31 | |
| 02-21-01 | 713 | 02-21-01 | 10402 | 060* | REG-C/B | 12-04-00 | 86 | $.00 | $.00 | $.00 | $489.26 | |
| 02-21-01 | 717 | 02-21-01 | 60803 | 060 | REG-C/B | 01-09-01 | 50 | $.00 | $.00 | $.00 | $200.52 | |
| 02-21-01 | 718 | 02-21-01 | 60812 | 060 | REG-C/B | 12-15-00 | 75 | $.00 | $.00 | $.00 | $569.07 | |
| 02-26-01 | 327 | 02-26-01 | 10675 | 060 | REG-C/B | 10-17-00 | 134 | $.00 | $.00 | $.00 | $25,144.44 | |

AR43RP

GMAC COMMERCIAL CREDIT LLC
SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS

CLIENT NO. 102400
CLIENT NAME SENECA SPORTS INC

RUN DATE 02-28-01

PAGE NO. 6

CURRENCY: U.S. DOLLAR

| --NOTICE-- DATE | NO. | OUR J/E DATE | REF. NO. | TR. NO. | MESSAGE | VALUE DATE | INT. DYS | -----INTEREST----- ---CALCULATION--- INTEREST DR. CR.- | DISCOUNT DR. CR.- | COMMISSION DR. CR.- | TOTAL CHARGES DR. CR.- | TOTAL CHARGES PER CUSTOMER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSTOMER NO. 702-349-2 | | | | | PENNEY J C CO INC | P O BOX 45056 | | | SALT LAKE CITY | | UT 84145-0056 | |
| 02-28-01 | 710 | 02-28-01 | 80414 | 060* | REG-C/B | 11-18-00 | 102 | $.00 | $.00 | $.00 | $41,370.79 | |
| CUSTOMER NO. 718-867-5 | | | | | POPULAR CLUB PLAN INC | 22 LINCOLN PLACE | | | GARFIELD | | NJ 07026 | $68,877.46 * |
| 02-07-01 | 866 | 02-07-01 | 70423 | 060* | REG-C/B | 11-16-00 | 104 | $.00 | $.00 | $.00 | $205.75 | |
| 02-21-01 | 733 | 02-21-01 | 60834 | 060 | REG-C/B | 12-21-00 | 69 | $.00 | $.00 | $.00 | $41.28 | |
| 02-21-01 | 734 | 02-21-01 | 60835 | 060 | REG-C/B | 12-14-00 | 76 | $.00 | $.00 | $.00 | $489.60 | |
| CUSTOMER NO. 726-779-2 | | | | | PROFIT MARGIN ADVERT | 2906 EAGLE ST | | | HOUSTON | | TX 77004 | $736.63 * |
| 02-16-01 | 298 | 02-16-01 | 10573 | 060 | REG-C/B | 11-24-00 | 96 | $.00 | $.00 | $.00 | $39.01 | |
| CUSTOMER NO. 759-571-3 | | | | | ROANOKE VLY HARLEY DAVIDSON | 1925 PETERS CREEK RD NW | | | ROANOKE | | VA 24017 | $39.01 * |
| 02-14-01 | 798 | 02-14-01 | 40466 | 060* | REG-C/B | 11-24-00 | 96 | $.00 | $.00 | $.00 | $19.98 | |
| CUSTOMER NO. 800-623-1 | | | | | SEARS ROEBUCK & CO | P O BOX 660200 | | | DALLAS | | TX 75266 | $19.98 * |
| 02-12-01 | 515 | 02-12-01 | 70915 | 150 | REFUNDS | 02-02-01 | 26 | $.00 | $.00 | $.00 | $140.60- | |
| 02-16-01 | 327 | 02-16-01 | 10732 | 060 | REG-C/B | 01-09-01 | 50 | $.00 | $.00 | $.00 | $195.00 | |
| 02-28-01 | 817 | 02-28-01 | 80475 | 060* | REG-C/B | 11-18-00 | 102 | $.00 | $.00 | $.00 | $22,831.10 | |
| CUSTOMER NO. 810-687-4 | | | | | SHEEHAN OPTIZ BOGER INC | 3020 EBENEZER RD | | | MARIETTA | | GA 30060 | $22,885.50 * |
| 02-07-01 | 982 | 02-07-01 | 70481 | 060* | REG-C/B | 10-22-00 | 129 | $.00 | $.00 | $.00 | $45.00 | |
| CUSTOMER NO. 870-227-6 | | | | | STURGIS HARLEY DAVIDSON | 1040 JUNCTION AVENUE | | | STURGIS | | SD 57785 | $45.00 * |
| 02-21-01 | 877 | 02-21-01 | 60819 | 060 | REG-C/B | 12-22-00 | 68 | $.00 | $.00 | $.00 | $2.00 | |
| CUSTOMER NO. 878-412-6 | | | | | SUPERVALU INC | 11840 VALLEYVIEW RD | | | EDEN PRAIRIE | | MN 55344 | $2.00 * |
| 02-16-01 | 349 | 02-16-01 | 10819 | 060 | REG-C/B | 11-13-00 | 107 | $.00 | $.00 | $.00 | $38.79 | |

AR43RP

GMAC COMMERCIAL CREDIT LLC
SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS

CLIENT NO. 102400
CLIENT NAME SENECA SPORTS INC

RUN DATE 02-28-01

PAGE NO. 7

CURRENCY: U.S. DOLLAR

| --NOTICE-- DATE | NO. | OUR J/E DATE | REF. NO. | TR. NO. | MESSAGE | VALUE DATE | -----INTEREST----- ---CALCULATION--- INT. DYS | INTEREST DR. CR.- | DISCOUNT DR. CR.- | COMMISSION DR. CR.- | TOTAL CHARGES DR. CR.- | TOTAL CHARGES PER CUSTOMER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSTOMER NO. 878-412-6 | | SUPERVALU INC | | | | 11840 VALLEYVIEW RD | | | EDEN PRAIRIE | | MN 55344 | |
| 02-16-01 | 350 | 02-16-01 | 10820 | 060 | REG-C/B | 11-27-00 | 93 | $.00 | $.00 | $.00 | $49.62 | |
| CUSTOMER NO. 889-673-0 | | TARGET NORTHERN OP CTR | | | | P O BOX 59251 | | | MINNEAPOLIS | | MN 55459 | $88.41 * |
| 02-16-01 | 357 | 02-16-01 | 10797 | 060 | REG-C/B | 12-07-00 | 83 | $.00 | $.00 | $.00 | $1,501.78 | |
| 02-16-01 | 358 | 02-16-01 | 10801 | 060 | REG-C/B | 11-28-00 | 92 | $.00 | $.00 | $.00 | $479.29 | |
| 02-21-01 | 897 | 02-21-01 | 10512 | 060* | REG-C/B | 11-22-00 | 98 | $.00 | $.00 | $.00 | $1,205.19 | |
| 02-21-01 | 899 | 02-21-01 | 60797 | 060 | REG-C/B | 11-29-00 | 91 | $.00 | $.00 | $.00 | $629.53 | |
| 02-21-01 | 900 | 02-21-01 | 60827 | 060 | REG-C/B | 12-25-00 | 65 | $.00 | $.00 | $.00 | $141.30 | |
| CUSTOMER NO. 920-320-9 | | TROPICAL REPS & DISTRIBUTORS | | | | RP 174 MINILLAS IND PARK | | | BAYAMON | | PR 00959 | $3,957.09 * |
| 02-07-01 | 091 | 02-07-01 | 70540 | 060* | REG-C/B | 11-17-00 | 103 | $.00 | $.00 | $.00 | $377.50 | |
| CUSTOMER NO. 952-076-8 | | WAKEFERN FOOD CORP | | | | 760 NO AVE EAST | | | ELIZABETH | | NJ 07027 | $377.50 * |
| 02-16-01 | 394 | 02-16-01 | 10554 | 060 | REG-C/B | 01-09-01 | 50 | $.00 | $.00 | $.00 | $178.40 | |
| 02-21-01 | 964 | 02-21-01 | 10555 | 060* | REG-C/B | 12-02-00 | 88 | $.00 | $.00 | $.00 | $757.82 | |
| 02-21-01 | 965 | 02-21-01 | 60831 | 060 | REG-C/B | 12-11-00 | 79 | $.00 | $.00 | $.00 | $52.68 | |
| CUSTOMER NO. 954-250-7 | | WAL-MART INC | | | | 702 S W 8TH ST | | | BENTONVILLE | | AR 72716 | $988.90 * |
| 02-16-01 | 398 | 02-16-01 | 10795 | 060 | REG-C/B | 01-17-01 | 42 | $.00 | $.00 | $.00 | $51.79 | |
| 02-16-01 | 399 | 02-16-01 | 10818 | 060 | REG-C/B | 12-22-00 | 56 | $.00 | $.00 | $.00 | $121.96 | |
| 02-21-01 | 969 | 02-21-01 | 10559 | 060* | REG-C/B | 12-08-00 | 82 | $.00 | $.00 | $.00 | $31.83 | |
| 02-21-01 | 980 | 02-21-01 | 60813 | 060 | REG-C/B | 12-20-00 | 70 | $.00 | $.00 | $.00 | $117.00 | |
| 02-22-01 | 436 | 02-22-01 | 70836 | 060 | REG-C/B | 12-15-00 | 75 | $.00 | $.00 | $.00 | $248.40 | |
| 02-22-01 | 437 | 02-22-01 | 70838 | 060 | REG-C/B | 12-13-00 | 77 | $.00 | $.00 | $.00 | $64.20 | |
| 02-26-01 | 461 | 02-26-01 | 10904 | 060 | REG-C/B | 02-07-01 | 21 | $.00 | $.00 | $.00 | $38.79 | |
| | | | | | | | | | | | | $673.97 * |

AR43RP

GMAC COMMERCIAL CREDIT LLC
SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS

CLIENT NO. 102400
CLIENT NAME SENECA SPORTS INC

RUN DATE 02-28-01

PAGE NO. 8

CURRENCY: U.S. DOLLAR

| --NOTICE-- DATE | NO. | OUR J/E DATE | REF. NO. | TR. NO. | MESSAGE | VALUE DATE | INT. DYS | -----INTEREST----- ---CALCULATION--- INTEREST DR. CR.- | DISCOUNT DR. CR.- | COMMISSION DR. CR.- | TOTAL CHARGES DR. CR.- | TOTAL CHARGES PER CUSTOMER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

TOTAL CHARGES FOR CLIENT

110

| | |
|---|---|
| TOTAL CHARGES/CREDIT-EXCLUSIVE OF INTEREST--- | $277,216.52 |
| TOTAL INTEREST CHARGES/CREDITS | $.00 |
| TOTAL ALL CHARGES/CREDITS | $277,216.52 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ** CHANGES OF TERMS ** | INTEREST - | $.00 | DISCOUNT - | $.00 | COMMISSION - | $.00 | TOTAL - | $.00 * |
| ** AUTO CHGEBACKS ** | INTEREST - | $.00 | DISCOUNT - | $.00 | | $.00 | TOTAL - | $.00 * |
| ** REG CHGEBACKS ** | INTEREST - | $.00 | DISCOUNT - | $.00 | | $.00 | TOTAL - | $340,995.98 * |
| ** R E F U N D S ** | INTEREST - | $.00 | DISCOUNT - | $.00 | | $.00 | TOTAL - | $63,779.44-* |
| ** INTEREST CLAIMS ** | INTEREST - | $.00 | DISCOUNT - | $.00 | | $.00 | TOTAL - | $.00 * |

GMAC COMMERCIAL CREDIT LLC

MONTHLY FACTORED SALES ANALYSIS

DISCOUNT ANALYSIS

CLIENT NAME: SENECA SPORTS INC
CLIENT NO. 102400
PERIOD: FEBRUARY 28, 2001

PAGE 1

| DISC % | GROSS SALES | MISC | SALES DISCOUNT | NET SALES BEFORE CR | CREDITS | CREDIT DISCOUNT | NET SALES |
|---|---|---|---|---|---|---|---|
| NET | 1,555,394.14 | | | 1,555,394.14 | 4,984.00- | | 1,550,410.14 |
| TOTAL | 1,555,394.14 | .00 | .00 | 1,555,394.14 | 4,984.00- | .00 | 1,550,410.14 |

COMMISSION ANALYSIS

| DISC % | TERMS: OPT DAYS | TERMS: DUE DAYS | TERMS: EXTRA DAYS CODE | AS OF DATE | FINAL DAYS | DISC SALES BY TERMS | COMM RATE | COMM AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|
| NET | 030 | 030 | 000 0 | | 30 | 1,919.40 | 0.6500% | 12.48 | |
| NET | 045 | 045 | 000 0 | | 45 | 7,425.00 | 0.6500% | 48.26 | |
| NET | 060 | 060 | 000 0 | | 60 | 1,338,235.96 | 0.6500% | 8,698.55 | |
| NET | 090 | 090 | 000 0 | | 90 | 113,770.00 | 0.9000% | 1,023.93 | |
| NET | 010 | 010 | 000 0 | 02-12-2001 | 10 | 4,984.00- | | | |
| MINIMUM COMMISSION | | | | | | 94,043.78 | | 2,720.00 | 544 INV @ $5.00 |
| TOTAL | | | | | | 1,550,410.14 | | 12,503.22 | |

SUMMARY OF ACCOUNT SALES

| GROSS SALES | CREDITS | GROSS SALES LESS CREDITS | TOTAL DISCOUNT | NET SALES AFTER DISC | AVERAGE DUE DATE | INTEREST ON COMM |
|---|---|---|---|---|---|---|
| 1,555,394.14 * | 4,984.00-* | 1,550,410.14 * | .00 * | 1,550,410.14 * | 04-13-2001 | 50.79 * |


AR37RP

RUN DATE 02/28/2001

GMAC COMMERCIAL CREDIT LLC

STATEMENT OF ACCOUNTS RECEIVABLE

SENECA SPORTS INC
75 FORTUNE BLVE
MILFORD MASS
01757

CLIENT
102400

MONTH ENDING - FEBRUARY 28, 2001

CURRENCY - USD

BALANCE FORWARD
$3,717,437.80

| POST DATE | CLIENT # | TRANS | CASH APPLIC.DATE | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 02/01/2001 | 102400 | SALES | | $30,902.93 | | $3,748,340.73 |
| 02/01/2001 | 102400 | JOURNALS | | $51,589.82 | | $3,799,930.55 |
| 02/01/2001 | 102400 | CASH | 02/01/2001 | | $1,354.44 | $3,798,576.11 |
| 02/02/2001 | 102400 | SALES | | $40,428.16 | | $3,839,004.27 |
| 02/02/2001 | 102400 | CASH | 02/02/2001 | | $83,600.31 | $3,755,403.96 |
| 02/05/2001 | 102400 | SALES | | $628,000.51 | | $4,383,404.47 |
| 02/05/2001 | 102400 | CASH | 02/05/2001 | | $36,751.76 | $4,346,652.71 |
| 02/06/2001 | 102400 | SALES | | $149,565.68 | | $4,496,218.39 |
| 02/06/2001 | 102400 | CASH | 02/06/2001 | | $31,387.35 | $4,464,831.04 |
| 02/07/2001 | 102400 | JOURNALS | | | $13,030.46 | $4,451,800.58 |
| 02/07/2001 | 102400 | CASH | 02/07/2001 | | $55,928.35 | $4,395,872.23 |
| 02/08/2001 | 102400 | SALES | | $5,771.16 | | $4,401,643.39 |
| 02/08/2001 | 102400 | CASH | 02/08/2001 | | $73.60 | $4,401,569.79 |
| 02/09/2001 | 102400 | SALES | | $24,683.21 | | $4,426,253.00 |
| 02/12/2001 | 102400 | JOURNALS | | | $70,089.40 | $4,356,163.60 |
| 02/12/2001 | 102400 | CASH | 02/12/2001 | | $218,737.69 | $4,137,425.91 |
| 02/13/2001 | 102400 | SALES | | $21,369.14 | | $4,158,795.05 |
| 02/13/2001 | 102400 | CASH | 02/13/2001 | | $23,021.51 | $4,135,773.54 |
| 02/14/2001 | 102400 | SALES | | $3,954.00 | | $4,139,727.54 |
| 02/14/2001 | 102400 | JOURNALS | | | $1,416.46 | $4,138,311.08 |
| 02/14/2001 | 102400 | CASH | 02/14/2001 | | $1,399.77 | $4,136,911.31 |
| 02/15/2001 | 102400 | JOURNALS | | $5,982.63 | | $4,142,893.94 |
| 02/15/2001 | 102400 | CASH | 02/15/2001 | | $29,197.23 | $4,113,696.71 |
| 02/16/2001 | 102400 | SALES | | $414,457.24 | | $4,528,153.95 |
| 02/16/2001 | 102400 | JOURNALS | | | $95,582.87 | $4,432,571.08 |
| 02/16/2001 | 102400 | CASH | 02/16/2001 | | $1,632.96 | $4,430,938.12 |
| 02/19/2001 | 102400 | CASH | 02/19/2001 | | $226.83 | $4,430,711.29 |
| 02/20/2001 | 102400 | JOURNALS | | $5,525.03 | | $4,436,236.32 |
| 02/20/2001 | 102400 | CASH | 02/20/2001 | | $12,285.27 | $4,423,951.05 |
| 02/21/2001 | 102400 | SALES | | $11,505.01 | | $4,435,456.06 |
| 02/21/2001 | 102400 | JOURNALS | | | $13,652.89 | $4,421,803.17 |
| 02/21/2001 | 102400 | CASH | 02/21/2001 | | $710,039.94 | $3,711,763.23 |
| 02/22/2001 | 102400 | JOURNALS | | | $21,235.30 | $3,690,527.93 |
| 02/22/2001 | 102400 | CASH | 02/22/2001 | | $1,221.23 | $3,689,306.70 |
| 02/23/2001 | 102400 | SALES | | $206,672.33 | | $3,895,979.03 |
| 02/23/2001 | 102400 | CASH | 02/23/2001 | | $13,804.43 | $3,882,174.60 |
| 02/26/2001 | 102400 | SALES | | $7,783.35 | | $3,889,957.95 |
| 02/26/2001 | 102400 | JOURNALS | | | $59,277.23 | $3,830,680.72 |
| 02/26/2001 | 102400 | CASH | 02/26/2001 | | $7,851.20 | $3,822,829.52 |
| 02/27/2001 | 102400 | SALES | | $5,317.42 | | $3,828,146.94 |

AR37RP

RUN DATE 02/28/2001

GMAC COMMERCIAL CREDIT LLC

STATEMENT OF ACCOUNTS RECEIVABLE

PAGE NO. 2

SENECA SPORTS INC
75 FORTUNE BLVE
MILFORD MASS
01757

CLIENT
102400

MONTH ENDING - FEBRUARY 28, 2001

CURRENCY - USD

BALANCE FORWARD
$3,717,437.80

| POST DATE | CLIENT # | TRANS | CASH APPLIC.DATE | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 02/27/2001 | 102400 | CASH | 02/27/2001 | | $63,378.62 | $3,764,768.32 |
| 02/28/2001 | 102400 | JOURNALS | | | $66,029.39 | $3,698,738.93 |
| 02/28/2001 | 102400 | CASH | 02/28/2001 | | $246.76 | $3,698,492.17 |
| CLIENT TOTALS | | | | $1,613,507.62 | $1,632,453.25 | $3,698,492.17 |

GMAC
COMMERCIAL
CREDIT LLC

# Client Ledger Account

- - - C L I E N T - - -
SENECA SPORTS INC

75 FORTUNE BLVE
MILFORD MASS
01757

-NO-
1024-00

AS OF DATE
03-31-01

ACCOUNT EXECUTIVE
FITZGERALD,P

- - - T Y P E - - -
COLLECTION
CURRENCY - USD

PAGE NO. 1

| MONTH | RECEIVABLE AMOUNT | ASSIGNED AV.DUE DATE |
|---|---|---|
| 03-01 | 1,511,654 | 05-14-01 |
| 02-01 | 1,550,410 | 04-13-01 |
| 01-01 | 785,153 | 02-28-01 |
| 12-00 | 1,600,741 | 02-02-01 |

COLLS.NOT TRANSFERRED 53,385.43

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | 3,769,968.75 | | | 8,972,510.78- |
| 03-01-01 | 030101 | SALES BT 141 | 100 | 25,628.40 | | | | |
| 03-01-01 | | CHARGE BACK | 194 | 21.58 | | | | |
| 03-01-01 | | COLLECTIONS | 196 | 7,851.20- | 3,787,767.53 | | 7,851.20 | 8,964,659.58- |
| 03-02-01 | 030201 | SALES BT 143 | 100 | 9,169.77 | | | | |
| 03-02-01 | 030201 | CREDIT BT 142 | 110 | 4,620.00- | | | | |
| 03-02-01 | | CHARGE BACK | 194 | 1,022.28- | | | | |
| 03-02-01 | | COLLECTIONS | 196 | 63,378.62- | 3,727,916.40 | | 63,378.62 | 8,901,280.96- |
| 03-05-01 | | CHARGE BACK | 194 | 111.90- | | | | |
| 03-05-01 | | COLLECTIONS | 196 | 246.76- | 3,727,557.74 | | 246.76 | 8,901,034.20- |
| 03-06-01 | | CASH ADVANCE | 140 | | | 4.63- | | |
| 03-06-01 | | CHARGE BACK | 194 | 980.77- | | | | |
| 03-06-01 | | COLLECTIONS | 196 | 815.13- | 3,725,761.84 | | 815.13 | 8,900,223.70- |
| 03-07-01 | 030201 | SALES BT 144 | 100 | 14,790.00 | | | | |
| 03-07-01 | | MISC CHG/CR | 190 | | | 459.50- | | |
| 03-07-01 | | MISC CHG/CR | 190 | | | 116.00- | | |
| 03-07-01 | | CHARGE BACK | 194 | 2.00- | | | | |
| 03-07-01 | | COLLECTIONS | 196 | | | | 825.12 | |
| 03-07-01 | | COLLECTIONS | 196 | 103,827.34- | 3,636,722.50 | | 103,827.34 | 8,796,146.74- |
| 03-08-01 | 030201 | SALES BT 145 | 100 | 174,793.92 | | | | |
| 03-08-01 | | WIRE | 140 | | | 46,051.46- | | |
| 03-08-01 | | COLLECTIONS | 196 | 517.79- | 3,810,998.63 | | 517.79 | 8,841,680.41- |
| 03-09-01 | 030201 | SALES BT 146 | 100 | 124,972.06 | | | | |
| 03-09-01 | | WIRE | 140 | | | 15,042.99- | | |
| 03-09-01 | | CHARGE BACK | 194 | 236.00 | | | | |
| 03-09-01 | | COLLECTIONS | 196 | 35,055.34- | 3,901,151.35 | | 35,055.34 | 8,821,668.06- |
| 03-12-01 | | WIRE | 140 | | | 56,730.25- | | |
| BALANCE FORWARD | | | | | 3,901,151.35 | | | 8,878,398.31- |

CONTINUED ON NEXT PAGE

FORM 1754

**GMAC**
**COMMERCIAL CREDIT LLC**

# Client Ledger Account

- - - C L I E N T - - -
SENECA SPORTS INC

75 FORTUNE BLVE
MILFORD MASS
01757

-NO-
1024-00

AS OF DATE
03-31-01

ACCOUNT EXECUTIVE
FITZGERALD,P

- - - T Y P E - - -
COLLECTION
CURRENCY - USD

PAGE NO. 2

| MONTH | RECEIVABLE AMOUNT | ASSIGNED AV.DUE DATE |
|---|---|---|
| 03-01 | 1,511,654 | 05-14-01 |
| 02-01 | 1,550,410 | 04-13-01 |
| 01-01 | 785,153 | 02-28-01 |
| 12-00 | 1,600,741 | 02-02-01 |

COLLS.NOT TRANSFERRED 53,385.43

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | 3,901,151.35 | | | 8,878,398.31- |
| 03-12-01 | 030101 | MISC CHG/CR | 190 | | | 4,125.00- | | |
| 03-12-01 | | CHARGE BACK | 194 | 77.07- | | | | |
| 03-12-01 | | COLLECTIONS | 196 | 158,920.68- | 3,742,153.60 | | 158,920.68 | 8,723,602.63- |
| 03-13-01 | 030901 | SALES BT 147 | 100 | 3,487.85 | | | | |
| 03-13-01 | 031201 | SALES BT 148 | 100 | 17,721.07 | | | | |
| 03-13-01 | | COLLECTIONS | 196 | 268.29- | 3,763,094.23 | | 268.29 | 8,723,334.34- |
| 03-14-01 | | WIRE | 140 | | | 47,585.93- | | |
| 03-14-01 | | CHARGE BACK | 194 | 11,528.14- | | | | |
| 03-14-01 | | COLLECTIONS | 196 | | | | 287.58 | |
| 03-14-01 | | COLLECTIONS | 196 | 100,580.14- | 3,650,985.95 | | 100,580.14 | 8,670,052.55- |
| 03-15-01 | 031401 | SALES BT 150 | 100 | 48,438.70 | | | | |
| 03-15-01 | 031301 | SALES BT 149 | 100 | 316,002.75 | | | | |
| 03-15-01 | | WIRE | 140 | | | 39,977.51- | | |
| 03-15-01 | | COLLECTIONS | 196 | 1,408.59- | 4,014,020.81 | | 1,408.59 | 8,708,623.47- |
| 03-16-01 | 031501 | SALES BT 151 | 100 | 169,976.81 | | | | |
| 03-16-01 | | WIRE | 140 | | | 54,569.68- | | |
| 03-16-01 | | COLLECTIONS | 196 | 19,273.20- | 4,164,724.42 | | 19,273.20 | 8,743,919.95- |
| 03-19-01 | 031601 | SALES BT 152 | 100 | 15,334.83 | | | | |
| 03-19-01 | | WIRE | 140 | | | 61,696.79- | | |
| 03-19-01 | | COLLECTIONS | 196 | 52,054.06- | 4,128,005.19 | | 52,054.06 | 8,753,562.68- |
| 03-20-01 | 031901 | SALES BT 153 | 100 | 84,417.42 | | | | |
| 03-20-01 | | WIRE | 140 | | | 20,061.89- | | |
| 03-20-01 | | COLLECTIONS | 196 | 646.54- | 4,211,776.07 | | 646.54 | 8,772,978.03- |
| 03-21-01 | 032001 | SALES BT 154 | 100 | 6,493.67 | | | | |
| 03-21-01 | | WIRE | 140 | | | 61,255.38- | | |
| 03-21-01 | | CHARGE BACK | 194 | 39,013.45- | | | | |
| BALANCE FORWARD | | | | | 4,179,256.29 | | | 8,834,233.41- |

CONTINUED ON NEXT PAGE

FORM 1750

**GMAC**
**COMMERCIAL CREDIT LLC**

# Client Ledger Account

--- C L I E N T ---
SENECA SPORTS INC

75 FORTUNE BLVE
MILFORD MASS
01757

-NO-
1024-00

AS OF DATE
03-31-01

ACCOUNT EXECUTIVE
FITZGERALD,P

--- T Y P E ---
COLLECTION
CURRENCY - USD

PAGE NO. 3

| MONTH | RECEIVABLE AMOUNT | ASSIGNED AV.DUE DATE |
|---|---|---|
| 03-01 | 1,511,654 | 05-14-01 |
| 02-01 | 1,550,410 | 04-13-01 |
| 01-01 | 785,153 | 02-28-01 |
| 12-00 | 1,600,741 | 02-02-01 |

COLLS.NOT TRANSFERRED 53,385.43

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| BALANCE CARRIED | | FORWARD | | | 4,179,256.29 | | | 8,834,233.41- |
| 03-21-01 | | COLLECTIONS | 196 | 368.36- | 4,178,887.83 | | 368.36 | 8,833,865.05- |
| 03-22-01 | 032101 | SALES BT 155 | 100 | 145,425.84 | | | | |
| 03-22-01 | | COLLECTIONS | 196 | 17,479.37- | 4,306,834.40 | | 17,479.37 | 8,816,385.68- |
| 03-23-01 | 032201 | SALES BT 156 | 100 | 47,190.65 | | | | |
| 03-23-01 | | WIRE | 140 | | | 52,813.41- | | |
| 03-23-01 | | CHARGE BACK | 194 | 23.32- | | | | |
| 03-23-01 | | COLLECTIONS | 196 | | | | 118.00 | |
| 03-23-01 | | COLLECTIONS | 196 | 38,014.16- | 4,315,987.57 | | 38,014.16 | 8,831,066.93- |
| 03-26-01 | 032201 | SALES BT 157 | 100 | 17,140.44 | | | | |
| 03-26-01 | | WIRE | 140 | | | 83,960.82- | | |
| 03-26-01 | 030101 | MISC CHG/CR | 190 | | | 3,052.82- | | |
| 03-26-01 | 030101 | OVERADV CHGE | 190 | | | 16,639.02- | | |
| 03-26-01 | | CHARGE BACK | 194 | 119,896.49- | | | | |
| 03-26-01 | | COLLECTIONS | 196 | 15,409.41- | | | 15,409.41 | |
| 03-26-01 | | COLLECTIONS | 196 | | 4,197,822.11 | | 16,976.10 | 8,902,334.08- |
| 03-27-01 | 032601 | SALES BT 158 | 100 | 7,305.56 | | | | |
| 03-27-01 | | WIRE | 140 | | | 29,268.63- | | |
| 03-27-01 | | CHARGE BACK | 194 | 24,938.09- | | | | |
| 03-27-01 | | COLLECTIONS | 196 | 84.54- | 4,180,105.04 | | 84.54 | 8,931,518.17- |
| 03-28-01 | 032701 | SALES BT 159 | 100 | 29,180.56 | | | | |
| 03-28-01 | | CASH ADVANCE | 140 | | | 4.63- | | |
| 03-28-01 | | WIRE | 140 | | | 53,074.07- | | |
| 03-28-01 | 030101 | MISC CHG/CR | 190 | | | 22.43- | | |
| 03-28-01 | | COLLECTIONS | 196 | 544.11- | 4,208,741.49 | | 544.11 | 8,984,075.19- |
| 03-29-01 | 032801 | SALES BT 160 | 100 | 15,819.67 | | | | |
| 03-29-01 | | WIRE | 140 | | | 12,081.56- | | |
| BALANCE | FORWARD | | | | 4,224,561.16 | | | 8,996,156.75- |

CONTINUED ON NEXT PAGE

FORM 1750

**GMAC**
**COMMERCIAL CREDIT LLC**

# Client Ledger Account

--- C L I E N T ---
SENECA SPORTS INC

75 FORTUNE BLVE
MILFORD MASS

01757

-NO-
1024-00

AS OF DATE
03-31-01

ACCOUNT EXECUTIVE
FITZGERALD,P

--- T Y P E ---
COLLECTION
CURRENCY - USD

PAGE NO. 4

| MONTH | RECEIVABLE AMOUNT | ASSIGNED AV.DUE DATE |
|---|---|---|
| 03-01 | 1,511,654 | 05-14-01 |
| 02-01 | 1,550,410 | 04-13-01 |
| 01-01 | 785,153 | 02-28-01 |
| 12-00 | 1,600,741 | 02-02-01 |

COLLS.NOT TRANSFERRED 53,385.43

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| BALANCE CARRIED | | FORWARD | | | 4,224,561.16 | | | 8,996,156.75- |
| 03-29-01 | | CHARGE BACK | 194 | 21,342.91- | | | | |
| 03-29-01 | | COLLECTIONS | 196 | 49,756.15- | 4,153,462.10 | | 49,756.15 | 8,946,400.60- |
| 03-30-01 | 032901 | SALES BT 161 | 100 | 242,984.08 | | | | |
| 03-30-01 | | WIRE | 140 | | | 19,749.57- | | |
| 03-30-01 | | CHARGE BACK | 194 | 53.60 | | | | |
| 03-30-01 | | COLLECTIONS | 196 | 27,691.02- | 4,368,808.76 | | 27,691.02 | 8,938,459.15- |
| 03-31-01 | | WIRE CHARGES | 185 | | | 225.00- | | |
| 03-31-01 | | D.A.B. | 185 | | | 324.97- | | |
| 03-31-01 | | INTEREST | 195 | | | 50.51- | | |
| 03-31-01 | | COMMISSION | 195 | | 4,368,808.76 | 12,664.18- | | 8,951,723.81- |
| 03-31-01 | | INT ON AVG BAL | 001 | | 4,368,808.76 | 72,988.82- | | 9,024,712.63- |
| MONTH END BALANCE | | | | 598,840.01 | 4,368,808.76 | 764,597.45- | 712,395.60 | 9,024,712.63- |

| | AVG.BALANCE | RATE | AMOUNT |
|---|---|---|---|
| INTEREST ON AVERAGE ADVANCES | 8,854,194.51- @ | 9.573 % | 72,988.82- |

FORM 1730

GMAC_LANDAY00078

**GMAC COMMERCIAL CREDIT LLC**

# Client Ledger Account

--- CLIENT ---
SENECA SPORTS INC

75 FORTUNE BLVE
MILFORD MASS

01757

-NO-
1024-00

AS OF DATE
03-31-01

ACCOUNT EXECUTIVE
FITZGERALD,P

--- TYPE ---
COLLECTION
CURRENCY - USD

PAGE NO. 5

| MONTH | RECEIVABLE ASSIGNED AMOUNT | AV.DUE DATE |
|---|---|---|
| 03-01 | 1,511,654 | 05-14-01 |
| 02-01 | 1,550,410 | 04-13-01 |
| 01-01 | 785,153 | 02-28-01 |
| 12-00 | 1,600,741 | 02-02-01 |

COLLS.NOT TRANSFERRED 53,385.43

MONTHLY SUMMARY

| | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- CR |
|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | 3,769,968.75 | | | 8,972,510.78- |
| TOTAL SALES | 100 | 1,516,274.05 | 5,286,242.80 | | | |
| TOTAL CREDITS | 110 | 4,620.00- | 5,281,622.80 | | | |
| TOTAL WIRES | 140 | | | 653,929.20- | | 9,626,439.98- |
| TOTAL BANK CHARGES | 185 | | | 549.97- | | 9,626,989.95- |
| TOTAL MISC. CHARGE/CREDIT | 190 | | | 24,414.77- | | 9,651,404.72- |
| TOTAL CHARGE BACKS | 194 | 218,625.24- | 5,062,997.56 | | | |
| TOTAL MONTH-END CHARGES | 195 | | | 12,714.69- | | 9,664,119.41- |
| TOTAL COLLECTIONS | 196 | 694,188.80- | 4,368,808.76 | | 712,395.60 | 8,951,723.81- |
| TOTAL INTEREST ON BALANCE | 001 | | | 72,988.82- | | 9,024,712.63- |
| MONTH END BALANCE | | | 4,368,808.76 | | | 9,024,712.63- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS;
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

FORM 1750

AR37RP

RUN DATE 03/31/2001

GMAC COMMERCIAL CREDIT LLC

STATEMENT OF ACCOUNTS RECEIVABLE

PAGE NO. 1

SENECA SPORTS INC
75 FORTUNE BLVE
MILFORD MASS
01757

CLIENT 102400

MONTH ENDING - MARCH 31, 2001

CURRENCY - USD

BALANCE FORWARD $3,698,492.17

| POST DATE | CLIENT # | TRANS | CASH APPLIC.DATE | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 03/01/2001 | 102400 | JOURNALS | | $21.58 | | $3,698,513.75 |
| 03/01/2001 | 102400 | CASH | 03/01/2001 | | $815.13 | $3,697,698.62 |
| 03/02/2001 | 102400 | SALES | | $25,628.40 | | $3,723,327.02 |
| 03/02/2001 | 102400 | JOURNALS | | | $1,022.28 | $3,722,304.74 |
| 03/02/2001 | 102400 | CASH | 03/02/2001 | | $103,827.34 | $3,618,477.40 |
| 03/05/2001 | 102400 | SALES | | $4,549.77 | | $3,623,027.17 |
| 03/05/2001 | 102400 | JOURNALS | | | $111.90 | $3,622,915.27 |
| 03/05/2001 | 102400 | CASH | 03/05/2001 | | $517.79 | $3,622,397.48 |
| 03/06/2001 | 102400 | JOURNALS | | | $980.77 | $3,621,416.71 |
| 03/06/2001 | 102400 | CASH | 03/06/2001 | | $35,055.34 | $3,586,361.37 |
| 03/07/2001 | 102400 | JOURNALS | | | $2.00 | $3,586,359.37 |
| 03/07/2001 | 102400 | CASH | 03/07/2001 | | $158,920.68 | $3,427,438.69 |
| 03/08/2001 | 102400 | SALES | | $14,790.00 | | $3,442,228.69 |
| 03/08/2001 | 102400 | CASH | 03/08/2001 | | $268.29 | $3,441,960.40 |
| 03/09/2001 | 102400 | SALES | | $174,793.92 | | $3,616,754.32 |
| 03/09/2001 | 102400 | JOURNALS | | $236.00 | | $3,616,990.32 |
| 03/09/2001 | 102400 | CASH | 03/09/2001 | | $100,580.14 | $3,516,410.18 |
| 03/12/2001 | 102400 | SALES | | $124,972.06 | | $3,641,382.24 |
| 03/12/2001 | 102400 | JOURNALS | | | $77.07 | $3,641,305.17 |
| 03/12/2001 | 102400 | CASH | 03/12/2001 | | $1,406.59 | $3,639,898.58 |
| 03/13/2001 | 102400 | SALES | | $3,487.85 | | $3,643,386.43 |
| 03/13/2001 | 102400 | CASH | 03/13/2001 | | $19,273.20 | $3,624,113.23 |
| 03/14/2001 | 102400 | SALES | | $17,721.07 | | $3,641,834.30 |
| 03/14/2001 | 102400 | JOURNALS | | | $11,528.14 | $3,630,306.16 |
| 03/14/2001 | 102400 | CASH | 03/14/2001 | | $52,054.06 | $3,578,252.10 |
| 03/15/2001 | 102400 | SALES | | $364,441.45 | | $3,942,693.55 |
| 03/15/2001 | 102400 | CASH | 03/15/2001 | | $646.54 | $3,942,047.01 |
| 03/16/2001 | 102400 | SALES | | $169,976.81 | | $4,112,023.82 |
| 03/16/2001 | 102400 | CASH | 03/16/2001 | | $368.36 | $4,111,655.46 |
| 03/19/2001 | 102400 | SALES | | $15,334.83 | | $4,126,990.29 |
| 03/19/2001 | 102400 | CASH | 03/19/2001 | | $17,479.37 | $4,109,510.92 |
| 03/20/2001 | 102400 | SALES | | $84,417.42 | | $4,193,928.34 |
| 03/20/2001 | 102400 | CASH | 03/20/2001 | | $38,014.16 | $4,155,914.18 |
| 03/21/2001 | 102400 | SALES | | $6,493.67 | | $4,162,407.85 |
| 03/21/2001 | 102400 | JOURNALS | | | $39,013.45 | $4,123,394.40 |
| 03/21/2001 | 102400 | CASH | 03/21/2001 | | $15,409.41 | $4,107,984.99 |
| 03/22/2001 | 102400 | CASH | 03/22/2001 | | $84.54 | $4,107,900.45 |
| 03/23/2001 | 102400 | SALES | | $192,616.49 | | $4,300,516.94 |
| 03/23/2001 | 102400 | JOURNALS | | | $23.32 | $4,300,493.62 |
| 03/23/2001 | 102400 | CASH | 03/23/2001 | | $544.11 | $4,299,949.51 |

AR37RP

RUN DATE 03/31/2001

GMAC COMMERCIAL CREDIT LLC

STATEMENT OF ACCOUNTS RECEIVABLE

PAGE NO. 2

SENECA SPORTS INC
75 FORTUNE BLVE
MILFORD MASS
01757

CLIENT 102400

MONTH ENDING - MARCH 31, 2001

CURRENCY - USD

BALANCE FORWARD
$3,698,492.17

| POST DATE | CLIENT # | TRANS | CASH APPLIC.DATE | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 03/26/2001 | 102400 | SALES | | $17,140.44 | | $4,317,089.85 |
| 03/26/2001 | 102400 | JOURNALS | | | $119,896.49 | $4,197,193.46 |
| 03/26/2001 | 102400 | CASH | 03/26/2001 | | $49,756.15 | $4,147,437.31 |
| 03/27/2001 | 102400 | JOURNALS | | | $24,938.09 | $4,122,499.22 |
| 03/27/2001 | 102400 | CASH | 03/27/2001 | | $27,691.02 | $4,094,808.20 |
| 03/28/2001 | 102400 | SALES | | $36,486.12 | | $4,131,294.32 |
| 03/28/2001 | 102400 | CASH | 03/28/2001 | | $35,323.48 | $4,095,970.84 |
| 03/29/2001 | 102400 | SALES | | $15,819.67 | | $4,111,790.51 |
| 03/29/2001 | 102400 | JOURNALS | | | $21,342.91 | $4,090,447.60 |
| 03/29/2001 | 102400 | CASH | 03/29/2001 | | $5,151.45 | $4,085,296.15 |
| 03/30/2001 | 102400 | SALES | | $242,984.08 | | $4,328,280.23 |
| 03/30/2001 | 102400 | JOURNALS | | $53.60 | | $4,328,333.83 |
| 03/30/2001 | 102400 | CASH | 03/30/2001 | | $12,910.50 | $4,315,423.33 |
| CLIENT TOTALS | | | | $1,511,965.23 | $895,034.07 | $4,315,423.33 |

GMAC COMMERCIAL CREDIT LLC

MONTHLY FACTORED SALES ANALYSIS

CLIENT NAME: SENECA SPORTS INC
CLIENT NO. 102400
PERIOD: MARCH 31, 2001

DISCOUNT ANALYSIS

PAGE 1

| DISC % | GROSS SALES | MISC | SALES DISCOUNT | NET SALES BEFORE CR | CREDITS | CREDIT DISCOUNT | NET SALES |
|---|---|---|---|---|---|---|---|
| NET | 1,516,274.05 | | | 1,516,274.05 | 4,620.00- | | 1,511,654.05 |
| TOTAL | 1,516,274.05 | .00 | .00 | 1,516,274.05 | 4,620.00- | .00 | 1,511,654.05 |

COMMISSION ANALYSIS

| DISC % | TERMS: OPT DAYS | TERMS: DUE DAYS | TERMS: EXTRA DAYS CODE | AS OF DATE | FINAL DAYS | DISC SALES BY TERMS | COMM RATE | COMM AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|
| NET | 030 | 030 | 000 0 | | 30 | 298,994.50 | 0.6500% | 1,943.48 | |
| NET | 045 | 045 | 000 0 | | 45 | 61,496.40 | 0.6500% | 399.73 | |
| NET | 060 | 060 | 000 0 | | 60 | 1,042,474.84 | 0.6500% | 6,776.15 | |
| NET | 090 | 090 | 000 0 | | 90 | 4,424.00 | 0.9000% | 39.82 | |
| NET | 010 | 010 | 000 0 | 02-07-2001 | 10 | 4,620.00- | | | |
| | MINIMUM COMMISSION | | | | | 108,884.31 | | 3,505.00 | 701 INV @ $5.00 |
| TOTAL | | | | | | 1,511,654.05 | | 12,664.18 | |

SUMMARY OF ACCOUNT SALES

| GROSS SALES | CREDITS | GROSS SALES LESS CREDITS | TOTAL DISCOUNT | NET SALES AFTER DISC | AVERAGE DUE DATE | INTEREST ON COMM |
|---|---|---|---|---|---|---|
| 1,516,274.05 * | 4,620.00-* | 1,511,654.05 * | .00 * | 1,511,654.05 * | 05-14-2001 | 50.51 * |