```
AR43RP                          GMAC COMMERCIAL CREDIT LLC                                            PAGE NO.    1
                        SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS
CLIENT NO.    102400                                    RUN DATE  03-30-01
CLIENT NAME   SENECA SPORTS INC                         ----INTEREST----
CURRENCY: U.S. DOLLAR                                   ---CALCULATION---

                                                                                                            TOTAL
 --NOTICE--        OUR J/E  REF.    TR.           VALUE   INT.   INTEREST     DISCOUNT    COMMISSION    TOTAL        CHARGES PER
   DATE     NO.      DATE    NO.    NO.  MESSAGE  DATE    DYS    DR.  CR.-    DR.  CR.-   DR.  CR.-     CHARGES      CUSTOMER
                                                                                                        DR.  CR.-

CUSTOMER NO. 024-409-5  AMAZON COMM INC              P O BOX 80387                         SEATTLE         WA 98108

03-26-01    013  03-26-01  11077  080 REG-C/B    01-12-01  78      $.00         $.00         $.00        $63.80        $63.80 *

CUSTOMER NO. 027-663-4  AMES DEPT STORE #2           2418 MAIN ST                          ROCKY HILL      CT 06067

03-09-01    023  03-09-01  40382  150 REFUNDS    01-29-01  61      $.00         $.00         $.00       $236.00-
03-26-01    017  03-26-01  11049  060 REG-C/B    01-26-01  64      $.00         $.00         $.00     $2,558.82
03-26-01    018  03-26-01  11054  060 REG-C/B    01-22-01  68      $.00         $.00         $.00     $1,903.30
03-26-01    019  03-26-01  11085  060 REG-C/B    01-13-01  77      $.00         $.00         $.00    $20,580.76
03-26-01    020  03-26-01  11087  060 REG-C/B    01-13-01  77      $.00         $.00         $.00        $39.00
03-26-01    021  03-26-01  11110  060 REG-C/B    02-02-01  57      $.00         $.00         $.00     $2,177.68
03-26-01    022  03-26-01  11112  060 REG-C/B    01-29-01  61      $.00         $.00         $.00       $348.83
03-26-01    023  03-26-01  11113  060 REG-C/B    01-30-01  60      $.00         $.00         $.00     $3,548.40
03-26-01    024  03-26-01  11120  060 REG-C/B    02-05-01  54      $.00         $.00         $.00       $544.50
03-26-01    025  03-26-01  11124  060 REG-C/B    02-08-01  53      $.00         $.00         $.00        $78.00
03-27-01    049  03-27-01  21002  060 REG-C/B    01-24-01  66      $.00         $.00         $.00     $5,817.93
03-27-01    048  03-27-01  20994  080 REG-C/B    02-15-01  44      $.00         $.00         $.00       $435.24    $37,796.46 *

CUSTOMER NO. 032-313-9  ANN & HOPE INC               ONE ANN & HOPE WAY                    CUMBERLAND      RI 02864

03-26-01    028  03-26-01  11108  060 REG-C/B    01-28-01  62      $.00         $.00         $.00       $897.90       $897.90 *

CUSTOMER NO. 070-630-9  BEARS RSES THNDRTWIN RCREATION 63028 SHERMAN RD                    BEND            OR 97701

03-05-01    048  03-05-01  00774  060 REG-C/B    12-08-00 113      $.00         $.00         $.00       $111.90       $111.90 *

CUSTOMER NO. 107-605-8  BRIDGEPORT HARLEY DAVIDSON   155 RESEARCH DRIVE                    STRATFORD       CT 06497

03-07-01    138  03-07-01  70053  060* REG-C/B   12-22-00  99      $.00         $.00         $.00         $2.00         $2.00 *

CUSTOMER NO. 157-136-3  CENDANT CORPORATION          6 SYLVAN WAY                          PARSIPPANY      NJ 07054

03-26-01    104  03-26-01  11122  060 REG-C/B    02-01-01  58      $.00         $.00         $.00       $177.09
03-27-01    151  03-27-01  20983  060 REG-C/B    02-21-01  38      $.00         $.00         $.00        $65.46
03-27-01    152  03-27-01  20986  060 REG-C/B    02-14-01  45      $.00         $.00         $.00        $40.47
```

GMAC_LANDAY00083

```
AR43RP                              GMAC COMMERCIAL CREDIT LLC                                          PAGE NO.    2
CLIENT NO.  102400              SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS
CLIENT NAME  SENECA SPORTS INC                              RUN DATE  03-30-01
CURRENCY: U.S. DOLLAR                                       ----INTEREST----
                                                            ---CALCULATION---
                                                                                                        TOTAL
 --NOTICE--   OUR J/E REF.  TR.                VALUE   INT.   INTEREST     DISCOUNT    COMMISSION       TOTAL         CHARGES PER
  DATE  NO.   DATE     NO.  NO.  MESSAGE       DATE    DYS    DR.  CR.-    DR.  CR.-   DR.  CR.-        CHARGES       CUSTOMER
                                                                                                        DR. CR.-

CUSTOMER NO. 157-136-3  CENDANT CORPORATION          6 SYLVAN WAY                  PARSIPPANY       NJ 07054

 03-27-01   153  03-27-01  21022  060 REG-C/B  02-28-01  31    $.00         $.00          $.00      $86.81           $369.83 *

CUSTOMER NO. 204-188-7  COSTCO WHOLESALE CORP        999 LAKE DRIVE                ISSAQUAH        WA 98027

 03-29-01   097  03-29-01  40328  060 REG-C/B  03-25-01   8    $.00         $.00          $.00      $20,738.00       $20,738.00 *

CUSTOMER NO. 291-803-9  EXCELL MARKETING            4127 CHAMPION RD              GREEN BAY       WI 54311

 03-23-01   117  03-23-01  80577  060 REG-C/B  03-01-01  30    $.00         $.00          $.00      $20.18           $20.18 *

CUSTOMER NO. 317-554-4  FINGERHUT CO INC            P O BOX 1279                  MINNEAPOLIS     MN 55440

 03-01-01   164  03-01-01  80848  150 REFUNDS  02-26-01  33    $.00         $.00          $.00      $21.58-
 03-23-01   128  03-23-01  81067  150 REFUNDS  03-20-01  11    $.00         $.00          $.00      $80.79-
 03-23-01   129  03-23-01  81068  150 REFUNDS  03-19-01  12    $.00         $.00          $.00      $71.28-
 03-23-01   130  03-23-01  81069  150 REFUNDS  03-13-01  18    $.00         $.00          $.00      $84.54-
 03-30-01   105  03-30-01  50765  150 REFUNDS  03-26-01   5    $.00         $.00          $.00      $53.60-          $291.79-*

CUSTOMER NO. 346-864-6  GAME ON SPORTS INC                ON LINE SPORTS                          ESCONDIDO    CA 92025

 03-27-01   271  03-27-01  21026  060 REG-C/B  02-19-01  40    $.00         $.00          $.00      $68.50           $68.50 *

CUSTOMER NO. 394-380-0  HARLEY DAVIDSON OF GREEN BAY    727 MEMORIAL DRIVE         GREEN BAY      WI 54303

 03-12-01   287  03-12-01  70977  060 REG-C/B  12-19-00 102    $.00         $.00          $.00      $77.07           $77.07 *

CUSTOMER NO. 483-760-5  KMART CORPORATION           3100 W BIG BEAVER              TROY           MI 48084-3163

 03-23-01   217  03-23-01  80824  060 REG-C/B  12-24-00  97    $.00         $.00          $.00      $219.75
 03-26-01   293  03-26-01  11080  060 REG-C/B  02-05-01  53    $.00         $.00          $.00      $7,681.16        $7,900.91 *
```

GMAC_LANDAY00084

```
AR43RP                              GMAC COMMERCIAL CREDIT LLC
                              SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS
CLIENT NO.   102400                                                                                              PAGE NO.         3
CLIENT NAME  SENECA SPORTS INC                              RUN DATE  03-30-01
CURRENCY: U.S. DOLLAR                                        ---INTEREST---
                                                             ---CALCULATION---

 --NOTICE--   OUR J/E REF.   TR.                VALUE    INT.  INTEREST    DISCOUNT    COMMISSION                  TOTAL         TOTAL
 DATE  NO.    DATE    NO.    NO.    MESSAGE     DATE     DYS   DR. CR.-    DR. CR.-    DR. CR.-                    CHARGES       CHARGES PER
                                                                                                                   DR. CR.-      CUSTOMER

CUSTOMER NO. 590-371-1   MARSHALL MANAGEMENT            2330 INDUSTRIAL RD                           LAS VEGAS       NV 89102

03-26-01     343  03-26-01  11080  060  REG-C/B  12-22-00  99    $.00         $.00        $.00            $340.03
                                                                                                                                  $340.03 *
CUSTOMER NO. 606-704-5   MEIJER INC                    2929 WALKER AVE                              GRAND RAPID      MI 48504

03-06-01     345  03-06-01  10674  060  REG-C/B  02-04-01  55    $.00         $.00        $.00            $980.77
03-27-01     434  03-27-01  20871  060  REG-C/B  03-02-01  29    $.00         $.00        $.00            $623.87
03-28-01     292  03-28-01  40784  060  REG-C/B  03-02-01  29    $.00         $.00        $.00             $57.55
                                                                                                                                $1,662.19 *
CUSTOMER NO. 628-135-6   MODELL HENRY J. & CO INC      498 SEVENTH AVE                              NEW YORK         NY 10018

03-26-01     371  03-26-01  11030  060  REG-C/B  01-23-01  67    $.00         $.00        $.00            $579.60
                                                                                                                                  $579.60 *
CUSTOMER NO. 645-351-8   MYER MILTON D CO              ROTHESWAY AVE                                CARNEGIE         PA 15106

03-28-01     377  03-28-01  11074  060  REG-C/B  01-09-01  81    $.00         $.00        $.00          $1,821.01
03-28-01     378  03-28-01  11129  060  REG-C/B  01-20-01  70    $.00         $.00        $.00          $2,013.54
03-28-01     379  03-28-01  11132  060  REG-C/B  01-20-01  70    $.00         $.00        $.00            $854.96
03-27-01     456  03-27-01  21030  060  REG-C/B  02-08-01  51    $.00         $.00        $.00          $1,308.26
                                                                                                                                $5,997.77 *
CUSTOMER NO. 678-890-5   OSC SPORTS                    498 US ROUTE ONE                             YARMOUTH         ME 04096

03-27-01     480  03-27-01  20980  060  REG-C/B  02-23-01  36    $.00         $.00        $.00            $200.00
                                                                                                                                  $200.00 *
CUSTOMER NO. 702-349-2   PENNEY J C CO INC             P O BOX 45058                                SALT LAKE CITY   UT 84145-0058

03-26-01     432  03-26-01  11063  060  REG-C/B  01-19-01  71    $.00         $.00        $.00          $1,617.35
03-26-01     433  03-26-01  11096  060  REG-C/B  01-31-01  59    $.00         $.00        $.00            $110.00
03-26-01     434  03-26-01  11105  060  REG-C/B  01-31-01  59    $.00         $.00        $.00          $1,271.06
03-27-01     496  03-27-01  20989  060  REG-C/B  02-19-01  40    $.00         $.00        $.00            $946.05
03-27-01     497  03-27-01  20992  060  REG-C/B  02-19-01  40    $.00         $.00        $.00            $371.98
03-27-01     498  03-27-01  21020  060  REG-C/B  01-08-01  82    $.00         $.00        $.00          $8,658.60
                                                                                                                               $10,975.04 *
```

AR43RP

**GMAC COMMERCIAL CREDIT LLC**
**SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS**

CLIENT NO. 102400
CLIENT NAME   SENECA SPORTS INC
CURRENCY: U.S. DOLLAR

RUN DATE 03-30-01
----INTEREST----
---CALCULATION---

PAGE NO.   4

| --NOTICE-- DATE | NO. | OUR J/E DATE | REF. NO. | TR. NO. | MESSAGE | VALUE DATE | INT. DYS | INTEREST DR. CR.- | DISCOUNT DR. CR.- | COMMISSION DR. CR.- | TOTAL CHARGES DR. CR.- | TOTAL CHARGES PER CUSTOMER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

CUSTOMER NO. 722-109-6   PREMIUM CARGO                                13534 SW 65TH LANE                        MIAMI                                     FL 33183

| 03-02-01 | 400 | 03-02-01 | 71040 | 060 | REG-C/B | 09-30-00 | 182 | $.00 | $.00 | $.00 | $1,022.28 | $1,022.28 * |

CUSTOMER NO. 800-623-1   SEARS ROEBUCK & CO                           P O BOX 650200                            DALLAS                                    TX 75266

| 03-21-01 | 759 | 03-21-01 | 10445 | 050* | REG-C/B | 12-19-00 | 102 | $.00 | $.00 | $.00 | $5.79 | $5.79 * |

CUSTOMER NO. 889-673-0   TARGET NORTHERN OP CTR                       P O BOX 59251                             MINNEAPOLIS                               MN 55459

| 03-21-01 | 828 | 03-21-01 | 10480 | 060* | REG-C/B | 12-21-00 | 100 | $.00 | $.00 | $.00 | $24,352.99 | |
| 03-26-01 | 524 | 03-26-01 | 11012 | 060  | REG-C/B | 12-21-00 | 100 | $.00 | $.00 | $.00 | $257.88 | |
| 03-26-01 | 525 | 03-26-01 | 11043 | 060  | REG-C/B | 01-14-01 | 76  | $.00 | $.00 | $.00 | $6,856.28 | |
| 03-26-01 | 526 | 03-26-01 | 11072 | 060  | REG-C/B | 01-10-01 | 80  | $.00 | $.00 | $.00 | $2,469.45 | |
| 03-26-01 | 527 | 03-26-01 | 11082 | 060  | REG-C/B | 01-01-01 | 89  | $.00 | $.00 | $.00 | $5,451.55 | |
| 03-26-01 | 528 | 03-26-01 | 11119 | 060  | REG-C/B | 01-17-01 | 73  | $.00 | $.00 | $.00 | $848.82 | |
| 03-27-01 | 522 | 03-27-01 | 20998 | 060  | REG-C/B | 02-05-01 | 53  | $.00 | $.00 | $.00 | $8,750.50 | |
| 03-27-01 | 523 | 03-27-01 | 21004 | 080  | REG-C/B | 02-08-01 | 51  | $.00 | $.00 | $.00 | $100.00 | $46,885.45 * |

CUSTOMER NO. 914-715-8   TOYS R US                                    225 SUMMIT AVE                            MONTVALE                                  NJ 07645

| 03-14-01 | 962 | 03-14-01 | 40479 | 050* | REG-C/B | 12-28-00 | 93 | $.00 | $.00 | $.00 | $11,528.14 | |
| 03-21-01 | 858 | 03-26-01 | 10501 | 060  | REG-C/B | 12-28-00 | 93 | $.00 | $.00 | $.00 | $14,854.67 | |
| 03-26-01 | 543 | 03-26-01 | 11117 | 060  | REG-C/B | 01-31-01 | 59 | $.00 | $.00 | $.00 | $2,870.55 | |
| 03-26-01 | 545 | 03-26-01 | 11255 | 060  | REG-C/B | 02-03-01 | 56 | $.00 | $.00 | $.00 | $39,343.29 | |
| 03-26-01 | 546 | 03-26-01 | 11257 | 060  | REG-C/B | 02-03-01 | 56 | $.00 | $.00 | $.00 | $8,348.80 | |
| 03-26-01 | 547 | 03-26-01 | 11280 | 060  | REG-C/B | 02-28-01 | 31 | $.00 | $.00 | $.00 | $4,364.56 | |
| 03-27-01 | 643 | 03-27-01 | 21031 | 060  | REG-C/B | 03-06-01 | 25 | $.00 | $.00 | $.00 | $719.37 | |
| 03-27-01 | 642 | 03-27-01 | 20893 | 060  | REG-C/B | 02-20-01 | 39 | $.00 | $.00 | $.00 | $721.05 | |
| 03-29-01 | 488 | 03-29-01 | 40782 | 080  | REG-C/B | 03-08-01 | 23 | $.00 | $.00 | $.00 | $549.36 | $83,099.79 * |

CUSTOMER NO. 925-636-3   U S WEST DEX INC                             198 INVERNESS DR W                        ENGLEWOOD                                 CO 80112

| 03-27-01 | 849 | 03-27-01 | 21024 | 060 | REG-C/B | 02-05-01 | 54 | $.00 | $.00 | $.00 | $12.25 | $12.25 * |

GMAC_LANDAY00086

```
AR43RP                              GMAC COMMERCIAL CREDIT LLC
                            SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS

CLIENT NO.   102400
CLIENT NAME  SENECA SPORTS INC                      RUN DATE  03-30-01                                      PAGE NO.   5
CURRENCY: U.S. DOLLAR                               -----INTEREST-----
                                                    ---CALCULATION---
  --NOTICE--    OUR J/E REF.  TR.          VALUE  INT.    INTEREST      DISCOUNT     COMMISSION              TOTAL      TOTAL
   DATE  NO.    DATE    NO.   NO. MESSAGE  DATE   DYS    DR.   CR.-    DR.   CR.-    DR.   CR.-            CHARGES    CHARGES PER
                                                                                                          DR.  CR.-    CUSTOMER

CUSTOMER NO. 938-744-0  VANS HARLEY DAVIDSON       432 SOUTH MAIN ST         GLOVERSVILLE                   NY 12078

  03-28-01  565 03-28-01 11182  060 REG-C/B 12-30-00  91           $.00           $.00           $.00       $80.54         $80.54 *

CUSTOMER NO. 983-707-1  WOODSTOCK HARLEY DAVIDSON INC 875 ROUTE 28             KINGSTON                     NY 12498

  03-27-01  702 03-27-01 20977  060 REG-C/B 02-28-01  31           $.00           $.00           $.00       $11.75         $11.75 *

TOTAL CHARGES FOR CLIENT                       TOTAL CHARGES/CREDIT-EXCLUSIVE OF INTEREST---    $218,625.24
                        69                       TOTAL INTEREST CHARGES/CREDITS                       $.00
                                                 TOTAL ALL CHARGES/CREDITS                     $218,625.24

** CHANGES OF TERMS **     INTEREST -    $.00   DISCOUNT -    $.00   COMMISSION -    $.00   TOTAL -          $.00 *
** AUTO CHGEBACKS **       INTEREST -    $.00   DISCOUNT -    $.00                          TOTAL -          $.00 *
** REG CHGEBACKS **        INTEREST -    $.00   DISCOUNT -    $.00                          TOTAL -    $219,153.03 *
** R E F U N D S **        INTEREST -    $.00   DISCOUNT -    $.00                          TOTAL -       $527.79-*
** INTEREST CLAIMS **      INTEREST -    $.00   DISCOUNT -    $.00                          TOTAL -          $.00 *
```

GMAC_LANDAY00087

**GMAC Commercial Credit LLC**

# Client Ledger Account

```
--- C L I E N T ---              -NO-           --- T Y P E ---              PAGE NO.   1
SENECA SPORTS INC                1024-00        COLLECTION                   RECEIVABLE ASSIGNED
                                                CURRENCY - USD               AMOUNT     AV. DUE DATE
76 FORTUNE BLVE                  AS OF DATE                                  627,776    06-20-01
MILFORD MASS                     04-30-01                                    1,511,654  05-14-01
                                                                             1,550,410  04-13-01
    01757                        ACCOUNT EXECUTIVE                           785,153    02-28-01
                                 FITZGERALD, P

                                                      COLLS. NOT TRANSFERRED        5,879.30

                                          MONTH
                                          04-01
                                          03-01
                                          02-01
                                          01-01
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | | | |
| 04-02-01 | 040201 | SALES    BT 162 | 100 | 18,462.72 | 4,388,808.78 | | | |
| 04-02-01 | | WIRE | 140 | | | | | |
| 04-03-01 | | COLLECTIONS | 196 | 35,323.48- | 4,351,948.00 | 75,000.00- | | 9,024,712.63- |
| 04-03-01 | 040301 | SALES    BT 163 | 100 | 72.00 | | | 35,323.48 | 9,064,389.15- |
| 04-03-01 | | WIRE | 140 | | | 23,500.00- | | |
| 04-03-01 | | CHARGE BACK | 194 | 319.05- | | | | |
| 04-03-01 | | COLLECTIONS | 196 | 5,151.45- | 4,346,549.50 | | 5,151.45 | |
| 04-04-01 | | CASH ADVANCE | 195 | | | | 15,999.59 | 9,066,738.11- |
| 04-04-01 | | CHARGE BACK | 194 | 6,750.50 | | | | |
| 04-04-01 | | COLLECTIONS | 196 | 12,910.50- | 4,340,389.50 | 5.72- | 12,910.50 | 9,053,833.33- |
| 04-05-01 | 040501 | SALES    BT 165 | 100 | 8,679.55 | | | | |
| 04-05-01 | 040201 | SALES    BT 184 | 100 | 63,400.04 | | | | |
| 04-05-01 | | WIRE | 140 | | | 107,880.75- | | |
| 04-05-01 | | CHARGE BACK | 194 | 706.71- | | | | |
| 04-06-01 | | COLLECTIONS | 196 | 480.16- | 4,411,282.22 | | 480.16 | 9,161,233.92- |
| 04-06-01 | 040601 | SALES    BT 166 | 100 | 18,425.29 | | | | |
| 04-06-01 | | WIRE | 140 | | | 27,874.27- | | |
| 04-08-01 | | CHARGE BACK | 194 | 79.80 | | | | |
| 04-09-01 | | COLLECTIONS | 196 | 10,686.60- | 4,417,100.51 | | 10,686.60 | 9,178,421.59- |
| 04-09-01 | 040901 | SALES    BT 167 | 100 | 10,695.75 | | | | |
| 04-09-01 | | CHARGE BACK | 194 | 173.64- | | | | |
| 04-09-01 | | COLLECTIONS | 196 | 188,542.44- | 4,239,080.18 | | 188,542.44 | 8,800,514.56- |
| 04-10-01 | | WIRE | 140 | | | 37,898.37- | 188,364.59 | |
| 04-10-01 | | CHARGE BACK | 194 | 233.11- | 4,238,847.07 | | | 8,838,210.93- |
| BALANCE FORWARD | | | | | | | | |

CONTINUED ON NEXT PAGE

**GMAC COMMERCIAL CREDIT LLC**

# Client Ledger Account

```
--- C L I E N T ---              -NO-              --- T Y P E ---                    PAGE NO.    2
SENECA SPORTS INC                1024-00           COLLECTION                         ASSIGNED
                                                   CURRENCY - USD      MONTH    RECEIVABLE   AMOUNT   AV. DUE DATE
75 FORTUNE BLVD                  AS OF DATE                            04-01       627,776              06-20-01
MILFORD MASS                     04-30-01                              03-01     1,511,654              05-14-01
                                                                       02-01     1,550,410              04-13-01
         01757                   ACCOUNT EXECUTIVE                     01-01       785,153              02-28-01
                                 FITZGERALD,P

                                                   COLLS. NOT TRANSFERRED              5,879.30
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION TRANSACTIONS DR- | COLLECTION TRANSACTIONS CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | | 4,238,847.07 | | | 8,838,210.93- |
| 04-10-01 | 040901 | COLLECTIONS | 198 | | 437.17- | 4,238,409.90 | | 437.17 | 8,837,773.76- |
| 04-11-01 | | SALES BT 168 | 100 | 15,085.07 | | | | | |
| 04-11-01 | | WIRE | 140 | | | | 18,008.52- | | |
| 04-11-01 | | CHARGE BACK | 194 | 239,874.24- | | | | | |
| 04-12-01 | | COLLECTIONS | 198 | | 9,907.42- | 4,003,713.31 | | 9,907.42 | 8,846,874.86- |
| 04-12-01 | 041101 | SALES BT 169 | 100 | 12,087.93 | | | | | |
| 04-12-01 | | WIRE | 140 | | | | 59,186.52- | | |
| 04-13-01 | | COLLECTIONS | 196 | | 12,787.54- | 4,002,993.70 | | 9,965.37 | |
| 04-13-01 | | COLLECTIONS | 196 | | | | | 12,787.54 | 8,883,308.47- |
| 04-13-01 | 040101 | OVERADV CHGE | 190 | | | | 34,199.00- | | |
| 04-13-01 | | WIRE | 140 | | | | 17,155.00- | | |
| 04-16-01 | | COLLECTIONS | 196 | | 54,852.98- | 3,948,140.72 | | 54,852.88 | 8,879,809.49- |
| 04-16-01 | | CHARGE BACK | 194 | 58,168.52- | | | | | |
| 04-16-01 | | COLLECTIONS | 196 | | 823.74- | 3,889,148.46 | | 823.74 | 8,878,985.75- |
| 04-17-01 | 041201 | SALES BT 170 | 100 | 7,741.34 | | | | | |
| 04-17-01 | | CHARGE BACK | 194 | 76.40- | | | | | |
| 04-17-01 | | COLLECTIONS | 196 | | 502.96- | 3,896,310.44 | | 502.96 | 8,878,482.79- |
| 04-18-01 | 041701 | SALES BT 171 | 100 | 8,637.82 | | | | | |
| 04-18-01 | | CHARGE BACK | 194 | 4,447.52- | | | | | |
| 04-18-01 | | COLLECTIONS | 196 | | 32,541.88- | 3,867,958.86 | | 32,541.88 | 8,845,940.91- |
| 04-19-01 | 041801 | SALES BT 172 | 100 | 14,922.39 | | | | | |
| 04-19-01 | | CHARGE BACK | 194 | 80.60- | | | | | |
| 04-19-01 | | COLLECTIONS | 196 | | 664.30- | 3,882,297.55 | | 664.30 | 8,845,276.61- |
| 04-20-01 | 041901 | SALES BT 173 | 100 | 259,736.36 | | | | | |
| 04-20-01 | | CHARGE BACK | 194 | 908.29- | | | | | |
| 04-20-01 | | COLLECTIONS | 196 | | 5,122.96- | 4,136,002.66 | | 5,122.96 | 8,840,153.65- |
| BALANCE FORWARD | | | | | | 4,136,002.66 | | | 8,840,153.65- |

CONTINUED ON NEXT PAGE

**GMAC**
**COMMERCIAL CREDIT LLC**

# Client Ledger Account

```
- - - C L I E N T - - -                          -NO-                    - - - T Y P E - - -                              PAGE NO.    3
SENECA SPORTS INC                              1024-00                   COLLECTION                                      RECEIVABLE   ASSIGNED
                                                                         CURRENCY - USD                         MONTH      AMOUNT     AV.DUE DATE
75 FORTUNE BLVD                                AS OF DATE                                                       04-01      627,778    06-20-01
MILFORD MASS                                   04-30-01                                                         03-01    1,511,654    05-14-01
                                                                                                                02-01    1,550,410    04-13-01
              01757                            ACCOUNT EXECUTIVE                                                01-01      785,153    02-28-01
                                               FITZGERALD,P
                                                                                                         COLLS.NOT TRANSFERRED        5,879.30
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION TRANSACTIONS DR- | CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS TRANSACTIONS DR- | ACCOUNT CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | | | | | |
| 04-23-01 | 042001 | SALES        BT 174 | 100 | 20,004.22 | | 4,136,002.86 | | | 8,840,153.85- |
| 04-23-01 | | CHARGE BACK         | 194 | 122.70- | | | | | |
| 04-23-01 | | COLLECTIONS         | 196 | 14,889.45- | | | | 14,889.45 | 8,825,284.20- |
| 04-24-01 | 042301 | SALES        BT 175 | 100 | 7,284.66 | | 4,141,014.73 | | | |
| 04-24-01 | | MISC CHG/CR         | 190 | | | | 7,190.00- | | |
| 04-24-01 | | COLLECTIONS         | 196 | 243.51- | | | | 243.51 | 8,832,230.69- |
| 04-25-01 | 042401 | SALES        BT 176 | 100 | 12,827.19 | | 4,148,055.88 | | | |
| 04-25-01 | 040101 | MISC CHG/CR         | 190 | | | | 3,493.73- | | |
| 04-25-01 | 040101 | MISC CHG/CR         | 190 | | | | 30.00- | | |
| 04-25-01 | | CHARGE BACK         | 194 | 368.40- | | | | | |
| 04-25-01 | | COLLECTIONS         | 196 | 2,935.53- | | | | 2,935.53 | 8,832,818.89- |
| 04-26-01 | 042101 | SALES        BT 178 | 100 | 198,131.44 | | 4,157,579.14 | | | |
| 04-26-01 | 042501 | CREDIT       BT 177 | 110 | 53,372.00- | | | | | |
| 04-26-01 | | WIRE                | 140 | | | | 17,846.71- | | |
| 04-26-01 | 040101 | MISC CHG/CR         | 190 | | | | 27.35- | | |
| 04-26-01 | 040101 | MIN COMM CHGE       | 190 | | | | 7,493.00- | | |
| 04-26-01 | | CHARGE BACK         | 194 | 1,339.77 | | | | | |
| 04-26-01 | | COLLECTIONS         | 196 | 1,656.87- | | 4,302,021.48 | | 1,656.87 | 8,856,329.08- |
| 04-27-01 | 042601 | SALES        BT 179 | 100 | 5,694.36 | | | | | |
| 04-27-01 | | MISC CHG/CR         | 190 | | | | 25.00- | | |
| 04-27-01 | | COLLECTIONS         | 196 | 16,456.39- | | 4,291,259.45 | | 16,456.39 | 8,839,897.69- |
| 04-30-01 | 042701 | SALES        BT 182 | 100 | 2,357.49 | | | | | |
| 04-30-01 | 042601 | SALES        BT 181 | 100 | 127,974.00 | | | | | |
| 04-30-01 | 042701 | CREDIT       BT 180 | 110 | 129,052.00- | | | | | |
| 04-30-01 | | WIRE                | 140 | | | | 10,873.00- | | |
| 04-30-01 | | WIRE CHARGES        | 185 | | | 4,292,538.94 | 150.00- | | 8,850,920.69- |
| BALANCE FORWARD | | | | | | | | | CONTINUED ON NEXT PAGE |

# GMAC COMMERCIAL CREDIT LLC

## Client Ledger Account

```
--- C L I E N T ---            -NO-            --- T Y P E ---                           PAGE NO.     4
SENECA SPORTS INC              1024-00         COLLECTION                                RECEIVABLE    ASSIGNED
                                               CURRENCY - USD              MONTH         AMOUNT       AV.DUE DATE
75 FORTUNE BLVD                AS OF DATE                                  04-01           827,776    06-20-01
MILFORD MASS                   04-30-01                                    03-01         1,511,654    05-14-01
                                                                           02-01         1,550,410    04-13-01
                               ACCOUNT EXECUTIVE                           01-01           785,153    02-28-01
       01757                   FITZGERALD, P
                                                                   COLLS. NOT TRANSFERRED          5,879.30
```

| POSTING VALUE DATE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | 4,292,538.94 | | | 8,850,920.89- |
| 04-30-01 | D.A.B. | 185 | | | | 324.99- | | |
| 04-30-01 | CHARGE BACK | 194 | | 388.82- | | | | |
| 04-30-01 | INTEREST | 195 | | | | 26.52- | | |
| 04-30-01 | COMMISSION | 195 | | | | 7,034.06- | | |
| 04-30-01 | COLLECTIONS | 196 | 54,240.01- | | 4,237,910.31 | 67,378.52- | 54,240.01 | 8,804,066.25- 8,871,444.77- |
| 04-30-01 | INT ON AVG BAL | 001 | | | 4,237,910.31 | | | |
| MONTH END BALANCE | | | 130,898.45- | | 4,237,910.31 | 523,199.03- | 876,466.89 | 8,871,444.77- |
| | | | AVG.BALANCE | | RATE | AMOUNT | | |
| INTEREST ON AVERAGE ADVANCES | | | 8,934,187.30- @ | | 9.050 % | 67,378.52- | | |

FORM 1756

GMAC_LANDAY00065

# GMAC COMMERCIAL CREDIT LLC

## Client Ledger Account

```
--- C L I E N T ---        -NO-              ---T Y P E---                              PAGE NO.  5
SENECA SPORTS INC          1024-00           COLLECTION
                                             CURRENCY - USD
75 FORTUNE BLVE            AS OF DATE
MILFORD MASS               04-30-01
                                                              RECEIVABLE    ASSIGNED
                           ACCOUNT EXECUTIVE       MONTH     AMOUNT AV.   DUE DATE
   01757                   FITZGERALD,P             04-01      827,776    08-20-01
                                                    03-01    1,511,854    05-14-01
                                                    02-01    1,550,410    04-13-01
                                                    01-01      785,153    02-28-01

                           MONTHLY SUMMARY                COLLS.NOT TRANSFERRED         5,879.30

                    TRANS  ---COLLECTION ACCOUNT---    ---ADVANCE/MATURED FUNDS ACCOUNT---
                    CODE    TRANSACTIONS    BALANCE         TRANSACTIONS         BALANCE
                              DR- CR         DR- CR            DR- CR             DR- CR

OPENING MONTH BALANCE                     4,368,808.76                        9,024,712.63

TOTAL SALES           100                                     412,870.86-     9,437,583.49-
TOTAL CREDITS         110    810,199.82   5,179,008.38            474.99-     9,438,058.48-
TOTAL WIRES           140    182,424.00-  4,996,584.38         35,414.08-     9,473,472.58-
TOTAL BANK CHARGES    185
TOTAL MISC. CHARGE/CREDIT 190
TOTAL CHARGE BACKS    194
TOTAL MONTH-END CHARGES 195  297,536.73-  4,699,047.65          7,060.58      9,480,533.14-
TOTAL COLLECTIONS     196    461,137.34-  4,237,910.31        676,466.89      8,804,066.25-
TOTAL INTEREST ON BALANCE 001                                  67,378.52-     8,871,444.77-

MONTH END BALANCE                         4,237,910.31                        8,871,444.77-
```

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS; IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

FORM 1750

```
AR37RP                          GMAC COMMERCIAL CREDIT LLC                              PAGE NO.    1
RUN DATE 04/30/2001             STATEMENT OF ACCOUNTS RECEIVABLE
                                                                                MONTH ENDING - APRIL 30, 2001
                                                         CLIENT
                                                         102400                 CURRENCY -     USD

SENECA SPORTS INC
75 FORTUNE BLVD
MILFORD MASS
01757

                            BALANCE FORWARD
                               $4,315,423.33

POST DATE    CLIENT #   TRANS      CASH APPLIC.DATE    DEBITS          CREDITS           BALANCE
04/02/2001   102400     SALES                          $18,462.72                        $4,333,886.05
04/02/2001   102400     CASH       04/02/2001                          $480.16           $4,333,405.89
04/03/2001   102400     SALES                          $72.00                            $4,333,477.89
04/03/2001   102400     JOURNALS                                       $319.05           $4,333,158.84
04/04/2001   102400     CASH       04/03/2001                          $10,686.60        $4,322,472.24
04/04/2001   102400     JOURNALS                       $6,750.50                         $4,329,222.74
04/05/2001   102400     SALES                                          $188,542.44       $4,140,680.30
04/05/2001   102400     CASH       04/04/2001          $72,079.59                        $4,212,759.89
04/05/2001   102400     JOURNALS                                       $706.71           $4,212,053.18
04/06/2001   102400     CASH                                           $437.17           $4,211,616.01
04/06/2001   102400     SALES                          $16,425.28                        $4,228,041.30
04/06/2001   102400     JOURNALS                       $79.60                            $4,228,120.90
04/09/2001   102400     CASH       04/05/2001                          $9,907.42         $4,218,213.48
04/09/2001   102400     SALES                          $10,695.75                        $4,228,909.23
04/10/2001   102400     JOURNALS                                       $173.64           $4,228,735.59
04/10/2001   102400     CASH       04/09/2001                          $12,787.54        $4,215,948.05
04/11/2001   102400     JOURNALS                                       $233.11           $4,215,714.94
04/11/2001   102400     CASH       04/10/2001                          $54,852.98        $4,160,861.96
04/12/2001   102400     SALES                                          $239,874.24       $3,920,987.72
04/12/2001   102400     CASH       04/11/2001                          $823.74           $3,920,163.98
04/13/2001   102400     SALES                          $15,085.07                        $3,935,249.05
04/13/2001   102400     CASH       04/12/2001                          $502.96           $3,934,746.09
04/16/2001   102400     SALES                          $12,067.93                        $3,946,814.02
04/16/2001   102400     CASH       04/13/2001                          $32,541.88        $3,914,272.14
04/17/2001   102400     JOURNALS                                       $58,168.52        $3,856,103.62
04/17/2001   102400     CASH       04/16/2001          $7,741.34                         $3,855,439.32
04/18/2001   102400     SALES                                          $664.30           $3,855,180.66
                                                                       $76.40
04/18/2001   102400     CASH       04/17/2001                          $5,122.98         $3,863,104.26
04/18/2001   102400     SALES                          $8,637.82                         $3,857,981.30
04/19/2001   102400     JOURNALS                                       $4,447.52         $3,868,619.12
04/19/2001   102400     CASH       04/18/2001          $14,922.39                        $3,862,171.60
04/19/2001   102400     SALES                          $80.60                            $3,847,302.15
04/20/2001   102400     JOURNALS                                       $14,869.45        $3,862,224.54
04/20/2001   102400     CASH       04/18/2001                          $243.51           $3,862,305.14
04/20/2001   102400     SALES                          $259,736.36                       $3,862,061.63
04/23/2001   102400     JOURNALS                                       $808.29           $4,121,797.99
04/23/2001   102400     CASH       04/20/2001                          $2,935.53         $4,120,889.70
04/23/2001   102400     SALES                          $20,004.22                        $4,117,954.17
                                                                       $122.70           $4,137,958.39
                                                                                         $4,137,835.69
```

```
AR37RP                              GMAC COMMERCIAL CREDIT LLC
RUN DATE 04/30/2001                                                                    PAGE NO.   2
                              STATEMENT OF ACCOUNTS RECEIVABLE
     SENECA SPORTS INC                                    CLIENT        MONTH ENDING -  APRIL 30, 2001
     75 FORTUNE BLVE                                      102400
     MILFORD MASS                                                       CURRENCY -      USD
     01757
                              BALANCE FORWARD
                                  $4,315,423.33
```

| POST DATE  | CLIENT # | TRANS    | CASH APPLIC. DATE | DEBITS       | CREDITS      | BALANCE        |
|------------|----------|----------|-------------------|--------------|--------------|----------------|
| 04/23/2001 | 102400   | CASH     | 04/23/2001        |              | $1,856.87    | $4,138,178.82  |
| 04/24/2001 | 102400   | SALES    |                   | $7,284.66    |              | $4,143,463.48  |
| 04/24/2001 | 102400   | CASH     | 04/24/2001        |              | $16,456.39   | $4,127,007.08  |
| 04/25/2001 | 102400   | SALES    |                   | $12,827.19   |              | $4,139,834.28  |
| 04/25/2001 | 102400   | JOURNALS |                   |              | $368.40      | $4,139,465.88  |
| 04/25/2001 | 102400   | CASH     | 04/25/2001        |              | $54,240.01   | $4,085,225.87  |
| 04/26/2001 | 102400   | SALES    |                   | $144,759.44  |              | $4,229,985.31  |
| 04/26/2001 | 102400   | JOURNALS |                   | $1,339.77    |              | $4,231,325.08  |
| 04/26/2001 | 102400   | CASH     | 04/26/2001        |              | $3,014.17    | $4,228,310.91  |
| 04/27/2001 | 102400   | SALES    |                   | $5,694.36    |              | $4,234,005.27  |
| 04/27/2001 | 102400   | CASH     | 04/27/2001        |              | $1,968.32    | $4,232,036.95  |
| 04/30/2001 | 102400   | SALES    |                   | $1,279.49    |              | $4,233,316.44  |
| 04/30/2001 | 102400   | JOURNALS |                   |              | $388.62      | $4,232,927.82  |
| 04/30/2001 | 102400   | CASH     | 04/30/2001        |              | $896.81      | $4,232,031.01  |
| CLIENT TOTALS | | | | $636,028.09 | $719,418.41 | $4,232,031.01 |

GMAC COMMERCIAL CREDIT LLC

MONTHLY FACTORED SALES ANALYSIS

CLIENT NAME: SENECA SPORTS INC
CLIENT NO.:  102400
PERIOD:      APRIL 30, 2001

PAGE 1

### DISCOUNT ANALYSIS

| DISC % | GROSS SALES | MISC | SALES DISCOUNT | NET SALES BEFORE CR | CREDITS | CREDIT DISCOUNT | NET SALES |
|---|---|---|---|---|---|---|---|
| NET | 810,199.62 | .00 | | 810,199.62 | 182,424.00- | | 627,775.62 |
| TOTAL | 810,199.62 | .00 | | 810,199.62 | 182,424.00- | .00 | 627,775.62 |

### COMMISSION ANALYSIS

| | TERMS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DISC % | OPT DAYS | DUE DAYS | EXTRA DAYS CODE | AS OF DATE | FINAL DAYS | DISC SALES BY TERMS | COMM RATE | COMM AMOUNT |
| NET | 030 | 030 | 000 | | 30 | 287,318.77 | 0.6500% | 1,867.57 |
| NET | 030 | 030 | 000 | | 30 | 2,518.25 | 0.6500% | 16.37 |
| NET | 045 | 045 | 000 | | 45 | 7,200.00 | 0.6500% | 46.80 |
| NET | 060 | 060 | 000 | | 60 | 314,545.84 | 0.6500% | 2,044.55 |
| NET | 060 | 060 | 000 | | 60 | 112,888.34 | 0.6500% | 733.77 |
| NET | 010 | 010 | 000 | 04-25-2001 | 10 | 53,372.00- | | |
| NET | 010 | 010 | 000 | 04-27-2001 | 10 | 129,052.00- | | |
| | | | | | | 85,728.42 | | |
| MINIMUM COMMISSION | | | | | | | | 2,325.00 |
| | | | | | | | | 7,034.06 |

### SUMMARY OF ACCOUNT SALES

| GROSS SALES | CREDITS | GROSS SALES LESS CREDITS | TOTAL DISCOUNT | NET SALES AFTER DISC | AVERAGE DUE DATE | INTEREST ON COMM |
|---|---|---|---|---|---|---|
| 810,199.62 * | 182,424.00-* | 627,775.62 * | .00 * | 627,775.62 * 08-20-2001 | | 26.52 * |

465 INV @ $5.00

```
AR43RP                          GMAC COMMERCIAL CREDIT LLC                                          PAGE NO.    1
CLIENT NO.   102400         SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS
CLIENT NAME  SENECA SPORTS INC               RUN DATE  04-30-01
CURRENCY: U.S. DOLLAR                        ----INTEREST----
                                             ---CALCULATION---
                                                                                                              TOTAL
  --NOTICE--   OUR J/E  REF.    TR.            VALUE   INT.  INTEREST   DISCOUNT   COMMISSION    TOTAL      CHARGES PER
   DATE         DATE    NO.     NO.  MESSAGE   DATE    DYS   DR. CR.-   DR. CR.-    DR. CR.-    CHARGES      CUSTOMER
                                                                                                DR. CR.-

CUSTOMER NO. 006-857-7  ACADEMY LTD          1800 N MASON RD           KATY              TX 77449

04-11-01     009 04-11-01 60879  080  REG-C/B  02-27-01  62  $.00       $.00       $.00         $77.76       $77.76 *

CUSTOMER NO. 027-883-4  AMES DEPT STORE #2   2418 MAIN ST              ROCKY HILL        CT 06067

04-03-01     019 04-03-01 80511  080  REG-C/B  04-25-01   4  $.00       $.00       $.00         $24.00
04-16-01     016 04-16-01 10442  080  REFUNDS  02-02-01  87  $.00       $.00       $.00        $222.00-
04-16-01     017 04-16-01 10443  080  REG-C/B  02-16-01  73  $.00       $.00       $.00      $55,196.15

CUSTOMER NO. 085-805-8  BIG 5 SPORTING GOODS   2525 E EL SEGUNDO BLVD  EL SEGUNDO        CA 90245     $54,998.15 *

04-17-01     132 04-17-01 20720  060  REG-C/B  03-29-01  32  $.00       $.00       $.00         $52.98       $62.98 *

CUSTOMER NO. 114-149-8  BRUNSWICK HARLEY-DAVIDSON  1130 HOOSICK ROAD   TROY              NY 12180

04-19-01     066 04-19-01 40570  150  REFUNDS  03-26-01  35  $.00       $.00       $.00         $46.80-      $46.80-*

CUSTOMER NO. 150-170-9  CARSON-TAHOE HARLEY-DAVIDSON  2749 N CARSON ST CARSON CITY       NV 89706

04-03-01     098 04-03-01 81141  080  REG-C/B  12-05-00  148 $.00       $.00       $.00        $211.36      $211.36 *

CUSTOMER NO. 157-804-6  CENTURY MERCHANDISING CORP    174 5TH AVE FL 4 NEW YORK          NY 10010

04-11-01     123 04-11-01 60690  060  REG-C/B  02-21-01  68  $.00       $.00       $.00      $1,770.04    $1,770.04 *

CUSTOMER NO. 224-475-4  D & S SALES          20400 VIA CADIZ           YORBA LINDA       CA 92886

04-25-01     215 04-25-01 91186  080  REG-C/B  02-11-01  78  $.00       $.00       $.00        $343.40      $343.40 *

CUSTOMER NO. 241-463-9  DELUXE HARLEY DAVIDSON  831 NORTH GLENN ROAD   CASPER            WY 82601

04-16-01     094 04-16-01 10539  150  REFUNDS  04-05-01  25  $.00       $.00       $.00         $82.84-      $82.84-*
```

```
AR43RP                          GMAC COMMERCIAL CREDIT LLC
                         SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS
CLIENT NO.   102400                                                                    PAGE NO.    2
CLIENT NAME  SENECA SPORTS INC                RUN DATE  04-30-01
CURRENCY: U.S. DOLLAR                         ----INTEREST-----
                                              ---CALCULATION---
                                                                                                        TOTAL
    --NOTICE--   OUR J/E  REF.    TR.                VALUE  INT.    INTEREST  DISCOUNT  COMMISSION  TOTAL    CHARGES PER
    DATE         DATE     NO.     NO.   MESSAGE      DATE   DYS     DR. CR.-  DR. CR.-  DR. CR.-    CHARGES  CUSTOMER
                                                                                                    DR. CR.-

CUSTOMER NO. 317-554-4  FINGERHUT CO INC          4400 BAKER ROAD                             MINNETONKA        MN 58343

    04-09-01   173 04-09-01 40735  150  REFUNDS    04-03-01  27     $.00      $.00      $.00      $23.46-
    04-23-01   147 04-23-01 80905  150  REFUNDS    04-17-01  13     $.00      $.00      $.00      $47.30-          $70.76-*

CUSTOMER NO. 348-884-8  GAME ON SPORTS INC             ON LINE SPORTS                         ESCONDIDO         CA 92025

    04-05-01   218 04-05-01 01036  080  REG-C/B    03-23-01  38     $.00      $.00      $.00      $87.21           $87.21 *

CUSTOMER NO. 372-292-3  GOWANDA HARLEY-DAVIDSON      2535 GOWANDA ZOAR RD                     GOWANDA           NY 14070

    04-18-01   156 04-18-01 10573  150  REFUNDS    04-09-01  21     $.00      $.00      $.00      $112.71-         $112.71-*

CUSTOMER NO. 394-378-8  HARLEY DAVIDSON OF DOTHAN    2418 ROSS CLARK CIRCL                    DOTHAN            AL 36301

    04-06-01   357 04-06-01 10837  150  REFUNDS    03-26-01  35     $.00      $.00      $.00      $79.60-          $79.60-*

CUSTOMER NO. 394-380-0  HARLEY DAVIDSON OF GREEN BAY 727 MEMORIAL DRIVE                       GREEN BAY         WI 54303

    04-10-01   249 04-10-01 50785  080  REG-C/B    12-08-00  143    $.00      $.00      $.00      $233.11
    04-19-01   213 04-19-01 40852  080  REFUNDS    11-11-00  170    $.00      $.00      $.00      $34.00-          $199.11 *

CUSTOMER NO. 394-411-3  HARLEY-DAVIDSON INC          3700 W JUNEAV AVE                        MILWAUKEE         WI 53208

    04-30-01   184 04-30-01 50727  080  REG-C/B    03-06-01  55     $.00      $.00      $.00      $132.00          $132.00 *

CUSTOMER NO. 425-844-8  HQ ARMY & AIR FORCE EX       P O BOX 660261 APCMA                     DALLAS            TX 75266

    04-17-01   824 04-17-01 20719  080  REG-C/B    03-20-01  41     $.00      $.00      $.00      $13.44
    04-28-01   241 04-28-01 10221  150  REFUNDS    03-28-01  33     $.00      $.00      $.00      $1,436.77-       $1,423.33-*

CUSTOMER NO. 483-780-5  KMART CORPORATION            3100 W BIG BEAVER                        TROY              MI 48084-3163

    04-25-01   449 04-25-01 50203  080* REG-C/B    02-08-01  81     $.00      $.00      $.00      $25.00           $25.00 *
```

```
AR43RP                          GMAC COMMERCIAL CREDIT LLC                                          PAGE NO.    3
                        SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS
CLIENT NO.   102400
CLIENT NAME  SENECA SPORTS INC                    RUN DATE  04-30-01
CURRENCY: U.S. DOLLAR                             ----INTEREST----
                                                  ---CALCULATION---

 --NOTICE--    OUR J/E REF.   TR.              VALUE   INT.   INTEREST    DISCOUNT    COMMISSION    TOTAL        TOTAL
 DATE   NO.    DATE    NO.    NO.   MESSAGE    DATE    DYS    DR. CR.-    DR. CR.-    DR. CR.-      CHARGES      CHARGES PER
                                                                                                    DR. CR.-     CUSTOMER

CUSTOMER NO. 530-201-3  LATUS MOTORS                7421 N E BEECH STREET                           PORTLAND                   OR 97213

04-03-01       348  04-03-01 81040 080   REG-C/B  12-06-00  145   $.00        $.00        $.00      $83.89       $83.89 *

CUSTOMER NO. 559-077-3  LONE STAR MOTORCYCLES INC   231 OAK POINT HWY                                WINNIPEG MANITOBA         CD R2R 1T7

04-05-01       340  04-05-01 01032 080   REG-C/B  03-22-01   39   $.00        $.00        $.00      $619.50      $619.50 *

CUSTOMER NO. 573-733-3  MACS MOTORCYCLES INC        HWY 7 RR#7                                      PETERSBOROUGH ONT         CD K9J 6X8

04-28-01       309  04-28-01 10782 080   REG-C/B  04-19-01   11   $.00        $.00        $.00      $97.00       $97.00 *

CUSTOMER NO. 590-371-1  MARSHALL MANAGEMENT         2330 INDUSTRIAL RD                              LAS VEGAS                 NV 89102

04-30-01       287  04-30-01 50728 080   REG-C/B  03-06-01   55   $.00        $.00        $.00      $258.82      $258.82 *

CUSTOMER NO. 608-704-5  MEIJER INC                  2929 WALKER AVE                                 GRAND RAPID               MI 49504

04-11-01       511  04-11-01 80881 080   REG-C/B  03-14-01   47   $.00        $.00        $.00      $398.50
04-11-01       512  04-11-01 80882 080   REG-C/B  03-14-01   47   $.00        $.00        $.00      $5.83
04-11-01       513  04-11-01 80886 080   REG-C/B  03-15-01   46   $.00        $.00        $.00      $5.68
04-11-01       514  04-11-01 80895 080   REG-C/B  03-02-01   59   $.00        $.00        $.00      $36.28
04-18-01       235  04-18-01 10434 080   REG-C/B  03-27-01   34   $.00        $.00        $.00      $434.93
04-20-01       253  04-20-01 50783 080   REG-C/B  04-04-01   28   $.00        $.00        $.00      $4.30
04-20-01       254  04-20-01 50785 080   REG-C/B  04-05-01   25   $.00        $.00        $.00      $213.20
04-20-01       252  04-20-01 80666 080   REG-C/B  04-03-01   27   $.00        $.00        $.00      $239.39       $1,338.11 *

CUSTOMER NO. 645-351-8  MYER MILTON D CO                       ROTHESWAY AVE                        CARNEGIE                  PA 15106

04-09-01       331  04-09-01 41087 080   REG-C/B  01-27-01   93   $.00        $.00        $.00      $197.10
04-11-01       542  04-11-01 80893 080   REG-C/B  01-25-01   95   $.00        $.00        $.00      $1,350.72     $1,547.82 *

CUSTOMER NO. 702-349-2  PENNEY J C CO INC           P O BOX 45058                                   SALT LAKE CITY            UT 84145-0058

04-11-01       583  04-11-01 10333 080*  REG-C/B  01-19-01  101   $.00        $.00        $.00      $5.00         $5.00
```

```
AR43RP                              GMAC COMMERCIAL CREDIT LLC
                            SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS
CLIENT NO.   102400                                                                                          PAGE NO.    4
CLIENT NAME  SENECA SPORTS INC                   RUN DATE  04-30-01
                                                 ----INTEREST----
CURRENCY: U.S. DOLLAR                            ---CALCULATION---
                                                                                                                     TOTAL
   --NOTICE--                                                                                             TOTAL    CHARGES PER
    DATE  NO.     OUR J/E REF.  TR.          VALUE   INT.   INTEREST     DISCOUNT     COMMISSION        CHARGES      CUSTOMER
                  DATE      NO. NO. MESSAGE  DATE    DYS    DR. CR.-     DR. CR.-     DR. CR.-          DR. CR.-

CUSTOMER NO. 702-349-2  PENNEY J C CO INC            P O BOX 45058          SALT LAKE CITY             UT 84145-0056

  04-11-01       587 04-11-01 60920 060 REG-C/B  01-01-01 119   $.00          $.00        $.00       $235,323.19     $235,328.19 *

CUSTOMER NO. 707-314-1  PEYTONS SOUTHEAST INC        P O BOX 34250          LOUISVILLE                 KY 40232

  04-11-01       594 04-11-01 60688 060 REG-C/B  02-05-01  84   $.00          $.00        $.00          $547.07         $547.07 *

CUSTOMER NO. 762-790-4  ROCHESTER HARLEY-DAVIDSON INC 7180 HWY 14 EAST      ROCHESTER                  MN 55904

  04-23-01       381 04-23-01 81014 060 REG-C/B  12-08-00 143   $.00          $.00        $.00          $170.00         $170.00 *

CUSTOMER NO. 889-873-0  TARGET NORTHERN OP CTR       P O BOX 59251          MINNEAPOLIS               MN 55459

  04-04-01       184 04-04-01 91275 150 REFUNDS  04-02-01  28   $.00          $.00        $.00        $8,750.50-      $8,750.50-*

CUSTOMER NO. 914-715-8  TOYS R US                    225 SUMMIT AVE         MONTVALE                  NJ 07845

  04-11-01       751 04-11-01 60685 060 REG-C/B  03-16-01  45   $.00          $.00        $.00          $325.78
  04-16-01       362 04-16-01 10435 060 REG-C/B  01-27-01  93   $.00          $.00        $.00          $106.19
  04-16-01       363 04-16-01 10440 060 REG-C/B  01-27-01  93   $.00          $.00        $.00        $2,848.80
  04-20-01       375 04-20-01 50959 060 REG-C/B  02-09-01  80   $.00          $.00        $.00          $206.31
  04-20-01       376 04-20-01 50961 060 REG-C/B  01-20-01 100   $.00          $.00        $.00          $245.09      $3,732.17 *

CUSTOMER NO. 952-076-8  WAKEFERN FOOD CORP           760 NO AVE EAST        ELIZABETH                 NJ 07027

  04-18-01       891 04-18-01 30701 060 REG-C/B  02-06-01  83   $.00          $.00        $.00        $4,447.52      $4,447.52 *

CUSTOMER NO. 954-250-7  WAL-MART INC                 702 S W 8TH ST         BENTONVILLE               AR 72718

  04-11-01       788 04-11-01 60683 060 REG-C/B  03-14-01  47   $.00          $.00        $.00           $30.39         $30.39 *
```

GMAC_LANDAY00073

```
AR43RP                            GMAC COMMERCIAL CREDIT LLC                              PAGE NO.  5
                          SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS
CLIENT NO.  102400
CLIENT NAME  SENECA SPORTS INC          RUN DATE  04-30-01
                                         ----INTEREST----
CURRENCY: U.S. DOLLAR                    ---CALCULATION---

 --NOTICE--  OUR J/E REF.  TR.          VALUE INT.  INTEREST     DISCOUNT     COMMISSION        TOTAL      TOTAL
  DATE NO.   DATE   NO.    NO. MESSAGE  DATE  DYS   DR.  CR.-    DR.  CR.-    DR.  CR.-        CHARGES  CHARGES PER
                                                                                               DR. CR.-  CUSTOMER

TOTAL CHARGES FOR CLIENT                TOTAL CHARGES/CREDIT-EXCLUSIVE OF INTEREST---  $297,536.73
                   47                   TOTAL INTEREST CHARGES/CREDITS                       $.00
                                        TOTAL ALL CHARGES/CREDITS                      $297,536.73

** CHANGES OF TERMS **  INTEREST -  $.00  DISCOUNT -  $.00  COMMISSION -  $.00  TOTAL -          $.00 *
** AUTO CHGEBACKS **    INTEREST -  $.00  DISCOUNT -  $.00               $.00  TOTAL -          $.00 *
** REG CHGEBACKS **     INTEREST -  $.00  DISCOUNT -  $.00               $.00  TOTAL -    $308,372.51 *
** R E F U N D S **     INTEREST -  $.00  DISCOUNT -  $.00               $.00  TOTAL -     $8,835.78-*
** INTEREST CLAIMS **   INTEREST -  $.00  DISCOUNT -  $.00               $.00  TOTAL -          $.00 *
```

GMAC_LANDAY00074

**GMAC Commercial Credit LLC**

**Client Ledger Account**

```
--- CLIENT ---              -NO-                            ---TYPE---                    PAGE NO.   1
SENECA SPORTS INC           1024-00                         COLLECTION                RECEIVABLE ASSIGNED
                                                            CURRENCY - USD           MONTH  AMOUNT   AV.DUE DATE
75 FORTUNE BLVD             AS OF DATE                                                05-01  538,699  07-13-01
MILFORD MASS                05-31-01                                                  04-01  527,776  06-20-01
                                                                                      03-01  1,511,854 05-14-01
          01757             ACCOUNT EXECUTIVE                                         02-01  1,550,410 04-13-01
                            FITZGERALD,P
                                                                        COLLS.NOT TRANSFERRED      262,676.20
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | | TRANS CODE | COLLECTION TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ACCOUNT CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | 4,237,910.31 | | | 8,871,444.77- |
| 05-01-01 | | CHARGE BACK | | 194 | 35,104.43- | | | | |
| 05-01-01 | | COLLECTIONS | | 196 | 3,014.17- | 4,199,791.71 | | 3,014.17 | 8,868,430.80- |
| 05-02-01 | | CHARGE BACK | | 194 | 418,571.64- | | | | |
| 05-02-01 | | COLLECTIONS | | 196 | 1,968.32- | 3,779,251.75 | | 1,968.32 | 8,866,462.28- |
| 05-03-01 | 050301 | SALES BT | 183 | 100 | 7,172.55 | | | | |
| 05-03-01 | 050301 | SALES BT | 186 | 100 | 12,142.17 | | | | |
| 05-03-01 | 050301 | SALES BT | 185 | 100 | 19,734.00 | | | | |
| 05-03-01 | 050301 | CREDIT BT | 184 | 110 | 19,734.00- | | | | |
| 05-03-01 | | CHARGE BACK | | 194 | 70.85- | | | | |
| 05-04-01 | | COLLECTIONS | | 196 | 896.81- | | | | |
| 05-04-01 | 050201 | SALES BT | 187 | 100 | 8,295.78 | 3,797,598.81 | | 896.81 | 8,865,565.47- |
| 05-04-01 | | COLLECTIONS | | 196 | 48,813.03- | | | | |
| 05-07-01 | | COLLECTIONS | | 196 | 10,008.83 | | | 1,276.58 | |
| 05-07-01 | 050401 | SALES BT | 188 | 100 | 159,815.00 | | | 48,813.03 | |
| 05-07-01 | 050701 | SALES BT | 189 | 100 | | 3,757,081.56 | | | 8,815,475.88- |
| 05-07-01 | | WIRE | | 140 | | | 5,587.82- | | |
| 05-08-01 | | COLLECTIONS | | 196 | 177.12- | | | 53.67 | |
| 05-08-01 | 050701 | SALES BT | 190 | 100 | 5,956.62 | | | 177.12 | |
| 05-08-01 | | WIRE | | 140 | | 3,926,728.37 | 66,747.23- | | 8,820,832.91- |
| 05-09-01 | | COLLECTIONS | | 196 | 70.39- | | | | |
| 05-09-01 | 050801 | SALES BT | 191 | 100 | 10,838.41 | 3,932,614.60 | | 70.39 | 8,887,509.75- |
| 05-09-01 | | WIRE | | 140 | | | 11,301.15- | | |
| 05-10-01 | | COLLECTIONS | | 196 | 7,515.38- | | | 147.56 | |
| 05-10-01 | | COLLECTIONS | | 196 | 115.46 | 3,936,037.63 | | 7,515.38 | 8,891,147.96- |
| BALANCE FORWARD | | CHARGE BACK | | 194 | | 3,936,153.09 | | | 8,891,147.96- |

CONTINUED ON NEXT PAGE

FORM 1760

GMAC_LANDAY00052

# GMAC COMMERCIAL CREDIT LLC

## Client Ledger Account

**CLIENT**: SENECA SPORTS INC
75 FORTUNE BLVD
MILFORD MASS

**-NO-**: 1024-00
**AS OF DATE**: 05-31-01
**ACCOUNT EXECUTIVE**: FITZGERALD, P

01757

**TYPE**: COLLECTION
**CURRENCY**: USD

**PAGE NO.** 2

### RECEIVABLE ASSIGNED

| MONTH | AMOUNT | AV. DUE DATE |
|---|---|---|
| 05-01 | 536,699 | 07-13-01 |
| 04-01 | 627,778 | 06-20-01 |
| 03-01 | 1,511,654 | 05-14-01 |
| 02-01 | 1,550,410 | 04-13-01 |

**COLLS. NOT TRANSFERRED**: 262,675.20

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS TRANSACTIONS DR- | ACCOUNT CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | 3,936,153.09 | | | 8,891,147.98- |
| 05-10-01 | 050901 | COLLECTIONS | 196 | 25.58- | 3,936,127.51 | | 25.58 | 8,891,122.38- |
| 05-11-01 | | SALES    BT 192 | 100 | 7,565.39 | | | | |
| 05-11-01 | | WIRE | 140 | | | 51,997.16- | | |
| 05-11-01 | | COLLECTIONS | 196 | 63,210.98- | 3,880,481.92 | | 32.56 | |
| 05-14-01 | 051101 | SALES    BT 193 | 100 | 13,597.92 | | | 63,210.98 | 8,879,876.00 |
| 05-14-01 | | WIRE | 140 | | | 51,405.48- | | |
| 05-15-01 | | COLLECTIONS | 196 | 141,982.65- | 3,752,087.19 | | 141,982.65 | |
| 05-15-01 | 051401 | SALES    BT 194 | 100 | 6,853.51 | | | | 8,789,288.83- |
| 05-15-01 | | WIRE | 140 | | | 118,143.08- | | |
| 05-16-01 | | COLLECTIONS | 196 | 83.27- | 3,758,857.43 | | 83.27 | |
| 05-16-01 | 051501 | SALES    BT 195 | 100 | 108,840.77 | | | | 8,907,348.84- |
| 05-16-01 | | WIRE | 140 | | | 40,000.00- | | |
| 05-16-01 | | CHARGE BACK | 184 | 354.25- | | | | |
| 05-17-01 | | COLLECTIONS | 196 | 5,955.32- | 3,861,488.63 | | 5,955.32 | |
| 05-17-01 | 051601 | SALES    BT 196 | 100 | 18,488.84 | | | | 8,941,393.32- |
| 05-17-01 | | WIRE | 140 | | | 12,476.02- | | |
| 05-18-01 | | COLLECTIONS | 196 | 3,748.63- | 3,876,226.84 | | 3,748.63 | |
| 05-18-01 | 051701 | SALES    BT 199 | 100 | 1,675.94 | | | | 8,950,120.71- |
| 05-18-01 | 051801 | SALES    BT 198 | 100 | 11,612.80 | | | | |
| 05-18-01 | 051801 | CREDIT   BT 197 | 110 | 20,824.00- | | | | |
| 05-18-01 | | WIRE | 140 | | | 11,675.61- | | |
| 05-18-01 | | COLLECTIONS | 196 | 3,800.22- | 3,865,091.16 | | 3,800.22 | 8,958,196.10- |
| 05-21-01 | | WIRE | 140 | | | 6,500.00- | | |
| 05-21-01 | | COLLECTIONS | 196 | 69,204.16- | 3,795,887.00 | | 69,204.16 | 8,895,491.94- |
| 05-22-01 | 051501 | SALES    BT 200 | 100 | 13,705.78 | 3,809,592.78 | | | 8,895,491.94- |
| BALANCE FORWARD | | | | | | | | |

CONTINUED ON NEXT PAGE