**GMAC Commercial Credit LLC**

# Client Ledger Account

PAGE NO. 3

```
- - - C L I E N T - - -              -NO-            - - -T Y P E - - -
SENECA SPORTS INC                    1024-00         COLLECTION
                                                     CURRENCY - USD
75 FORTUNE BLVD                      AS OF DATE
MILFORD MASS                         05-31-01

        01757                        ACCOUNT EXECUTIVE
                                     FITZGERALD,P
```

| | | | RECEIVABLE ASSIGNED | | |
|---|---|---|---|---|---|
| | | MONTH | AMOUNT | AV.DUE DATE | |
| | | 05-01 | 536,899 | 07-13-01 | |
| | | 04-01 | 627,776 | 06-20-01 | |
| | | 03-01 | 1,511,654 | 05-14-01 | |
| | | 02-01 | 1,550,410 | 04-13-01 | |

COLLS.NOT TRANSFERRED           262,676.20

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | 3,809,582.78 | | 8,895,491.94- |
| 05-22-01 | | CASH ADVANCE | 140 | | | 15.05- | |
| 05-22-01 | | WIRE | 140 | | | | |
| 05-23-01 | 052201 | SALES    BT 201 | 100 | 17,423.29 | | 38,727.19- | 8,934,234.18- |
| 05-23-01 | | COLLECTIONS | 195 | 19,840.38- | 3,809,582.78 | | |
| 05-24-01 | 052301 | SALES    BT 202 | 100 | 1,395.76 | 3,807,175.69 | | |
| 05-24-01 | | WIRE | 140 | | | 13,801.60- | |
| 05-24-01 | | LC CHARGES | 185 | 777.50 | | 90.00- | 8,914,393.80- |
| 05-24-01 | | CHARGE BACK | 194 | | | | |
| 05-24-01 | | COLLECTIONS | 195 | 11,217.59- | 3,798,131.38 | | |
| 05-25-01 | 052401 | SALES    BT 203 | 100 | 76,361.00 | | | |
| 05-25-01 | | WIRE | 140 | | | 38,342.29- | |
| 05-25-01 | | COLLECTIONS | 195 | 40,552.57- | 3,833,939.79 | | 8,917,067.81- |
| 05-29-01 | 052501 | SALES    BT 204 | 100 | 38,024.28 | | | |
| 05-29-01 | | WIRE | 140 | | | 14,523.86- | 8,912,857.53- |
| 05-30-01 | | COLLECTIONS | 195 | 9,306.77- | 3,883,857.28 | | |
| 05-30-01 | 052801 | SALES    BT 205 | 100 | 13,015.10 | | | |
| 05-30-01 | | WIRE | 140 | | | 57,737.10- | |
| 05-31-01 | | COLLECTIONS | 195 | 68,781.84- | 3,807,890.54 | | 8,818,074.62- |
| 05-31-01 | 052501 | SALES    BT 206 | 100 | 13,535.84 | | | |
| 05-31-01 | | WIRE CHARGES | 185 | | | 225.00- | |
| 05-31-01 | | D.A.B. | 185 | | | 324.97- | |
| 05-31-01 | 050101 | MISC CHG/CR | 190 | | | 3,353.75- | |
| 05-31-01 | 050101 | MISC CHG/CR | 190 | | | 170.00- | |
| 05-31-01 | 050101 | MISC CHG/CR | 190 | | | 22.77- | |
| 05-31-01 | 050101 | OVERADV CHGE | 190 | | | 16,751.58- | |
| 05-31-01 | | INTEREST | 195 | | | 23.82- | 8,907,029.88- |
| BALANCE FORWARD | | | | | 3,821,426.38 | | 8,927,901.75- |

CONTINUED ON NEXT PAGE

# GMAC Commercial Credit LLC

## Client Ledger Account

```
- - - C L I E N T - - -           -NO-           - - - T Y P E - - -                                    PAGE NO.   4
SENECA SPORTS INC                 1024-00        COLLECTION                                RECEIVABLE ASSIGNED
                                                 CURRENCY - USD                    MONTH   AMOUNT   AV.DUE DATE
75 FORTUNE BLVD                   AS OF DATE                                       05-01   536,699   07-13-01
MILFORD MASS                      05-31-01                                         04-01   627,776   06-20-01
                                                                                   03-01  1,511,654  05-14-01
        01757                     ACCOUNT EXECUTIVE                                02-01  1,550,410  04-13-01
                                  FITZGERALD,P
                                                                COLLS.NOT TRANSFERRED      262,678.20
```

```
- - - - - - - - - - - - - - COLLECTION ACCOUNT - - - - - - - -    - - ADVANCE/MATURED FUNDS ACCOUNT - -
POSTING VALUE  ASSIGNMENT OR   TRANS    TRANSACTIONS      BALANCE      TRANSACTIONS           BALANCE
 DATE   DATE   REFERENCE       CODE     DR-     CR-       DR-   CR     DR-          CR         DR-    CR

BALANCE CARRIED FORWARD                                 3,821,426.38                        8,927,901.75-
05-31-01        COMMISSION       195
05-31-01        COLLECTIONS      196           8,288.86-                 6,731.70-
05-31-01        COLLECTIONS      196      8,288.86                                     98.85
05-31-01 053001 COLLECTIONS      196             971.15  3,814,108.67-     971.15-                 8,288.86
05-31-01 053001 COLLECTIONS      196        971.15       3,814,108.67-     143.63-           8,927,360.52-
05-31-01        INT ON AVG BAL   001                                    85,178.05-           8,992,538.57-

MONTH END BALANCE                        423,801.64-     3,814,108.67    630,967.04-      509,873.24   8,992,538.57-

                                AVG. BALANCE      RATE     AMOUNT
                            8,913,189.40- *      8.492 %   65,178.05-

INTEREST ON AVERAGE ADVANCES                               65,178.05-
```

FORM 1754

GMAC_LANDAY00055

# GMAC COMMERCIAL CREDIT LLC

## Client Ledger Account

```
- - - C L I E N T - - -           - NO -           - - - T Y P E - - -                    PAGE NO.    5
SENECA SPORTS INC                 1024-00          COLLECTION
                                                   CURRENCY - USD
75 FORTUNE BLVE                   AS OF DATE
MILFORD MASS                      05-31-01
                                                                          RECEIVABLE    ASSIGNED
                                  ACCOUNT EXECUTIVE                       MONTH         AMOUNT      AV.DUE DATE
    01757                         FITZGERALD,P                            05-01         536,699     07-13-01
                                                                          04-01         627,778     08-20-01
                                                                          03-01       1,511,654     05-14-01
                                                                          02-01       1,550,410     04-13-01

                                         MONTHLY SUMMARY
                                                                          COLLS.NOT TRANSFERRED     262,575.20

                    TRANS  - - - COLLECTION ACCOUNT - -    BALANCE           ADVANCE/MATURED FUNDS ACCOUNT - -      BALANCE
                    CODE        TRANSACTIONS                 DR-  CR              TRANSACTIONS                         DR-  CR
                                DR-          CR                                   DR-             CR

OPENING MONTH BALANCE                                   4,237,910.31                                             8,871,444.77

TOTAL SALES         100       577,257.48                4,815,167.77          536,980.84                         9,408,425.41-
TOTAL CREDITS       110        40,558.00-               4,774,609.77              639.97-                        9,409,065.38-
TOTAL WIRES         140                                                        20,298.08-                        9,429,363.46-
TOTAL BANK CHARGES  185                                                                                          
TOTAL MISC. CHARGE/CREDIT 190                                                                                    
TOTAL CHARGE BACKS  194       453,208.21-               4,321,401.56                                             
TOTAL MONTH-END CHARGES 195                                                     6,755.52-                        9,436,118.98-
TOTAL COLLECTIONS   196       507,292.89-               3,814,108.67            1,114.78-       509,873.24       8,927,360.52-
TOTAL INTEREST ON BALANCE 001                                                  65,178.05-                        8,992,538.57-

MONTH END BALANCE                                       3,814,108.67                                             8,892,538.57
```

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS; IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

FORM 1790

GMAC_LANDAY00056

GMAC COMMERCIAL CREDIT LLC

MONTHLY FACTORED SALES ANALYSIS

CLIENT NAME: SENECA SPORTS INC
CLIENT NO.: 102400
PERIOD: MAY 31, 2001

PAGE 1

### DISCOUNT ANALYSIS

| DISC % | GROSS SALES | MISC | SALES DISCOUNT | NET SALES BEFORE CR | CREDITS | CREDIT DISCOUNT | NET SALES |
|---|---|---|---|---|---|---|---|
| NET | 577,257.46 | | | 577,257.46 | 40,558.00- | | 536,699.46 |
| TOTAL | 577,257.46 | .00 | .00 | 577,257.46 | 40,558.00- | .00 | 536,699.46 |

### COMMISSION ANALYSIS

| DISC % | TERMS OPT DAYS | DUE DAYS | EXTRA DAYS | CODE | AS OF DATE | FINAL DAYS | DISC SALES BY TERMS | COMM RATE | COMM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| NET | 030 | 030 | 000 | 0 | | 30 | 71,263.59 | 0.6500% | 463.23 |
| NET | 045 | 045 | 000 | 0 | | 45 | 115,798.00 | 0.6500% | 752.69 |
| NET | 060 | 060 | 000 | 0 | | 60 | 237,736.18 | 0.6500% | 1,545.29 |
| NET | 060 | 060 | 000 | 0 | | 60 | 28,536.00 | 0.6500% | 185.49 |
| NET | 010 | 010 | 000 | 0 | 04-30-2001 | 10 | 19,734.00- | | |
| NET | 010 | 010 | 000 | 0 | 05-16-2001 | 10 | 20,824.00- | | |
| | | | | | | | 123,923.89 | | |
| MINIMUM COMMISSION | | | | | | | | | 3,785.00 |
| | | | | | | | | | 6,731.70 |

### SUMMARY OF ACCOUNT SALES

| GROSS SALES | CREDITS | GROSS SALES LESS CREDITS | TOTAL DISCOUNT | NET SALES AFTER DISC | AVERAGE DUE DATE | INTEREST ON COMM |
|---|---|---|---|---|---|---|
| 577,257.46 * | 40,558.00-* | 536,699.46 * | .00 * | 536,699.46 * | 07-13-2001 | 23.82 * |

757 INV @ $5.00

AR43RP

GMAC COMMERCIAL CREDIT LLC
SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS

CLIENT NO. 102400
CLIENT NAME  SENECA SPORTS INC

RUN DATE  05-31-01
----INTEREST----
---CALCULATION---

PAGE NO.  1

CURRENCY: U.S. DOLLAR

| --NOTICE-- DATE | OUR J/E NO. | REF. DATE | TR. NO. | MESSAGE | VALUE DATE | INT. DYS | INTEREST DR. CR.- | DISCOUNT DR. CR.- | COMMISSION DR. CR.- | TOTAL CHARGES DR. CR.- | TOTAL CHARGES PER CUSTOMER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSTOMER NO. 027-663-4  AMES DEPT STORE #2 | | | | | 2418 MAIN ST | | | ROCKY HILL | | CT 06067 | |
| 05-01-01 | 021 | 05-01-01 | 61118 | 080 REG-C/B | 03-02-01 | 90 | $.00 | $.00 | $.00 | $9,860.46 | |
| 05-01-01 | 022 | 05-01-01 | 61126 | 080 REG-C/B | 03-09-01 | 83 | $.00 | $.00 | $.00 | $8.32 | $9,868.78 * |
| CUSTOMER NO. 085-806-8  BIG 5 SPORTING GOODS | | | | | 2525 E EL SEGUNDO BLVD | | | EL SEGUNDO | | CA 90245 | |
| 05-18-01 | 087 | 05-18-01 | 80086 | 080* REG-C/B | 02-27-01 | 93 | $.00 | | | $354.25 | $354.25 * |
| CUSTOMER NO. 157-136-3  CENDANT CORPORATION | | | | | 8 SYLVAN WAY | | | PARSIPPANY | | NJ 07054 | |
| 05-01-01 | 080 | 05-01-01 | 61121 | 080 REG-C/B | 04-04-01 | 57 | $.00 | $.00 | $.00 | $66.20 | $66.20 * |
| CUSTOMER NO. 317-554-4  FINGERHUT CO INC | | | | | 4400 BAKER ROAD | | | MINNETONKA | | MN 55343 | |
| 05-10-01 | 193 | 05-10-01 | 50785 | 150 REFUNDS | 05-08-01 | 23 | $.00 | $.00 | $.00 | $89.65- | |
| 05-10-01 | 194 | 05-10-01 | 50787 | 150 REFUNDS | 05-07-01 | 24 | $.00 | $.00 | $.00 | $25.81- | $115.46-* |
| CUSTOMER NO. 389-130-8  HAMBLETON & CARR INC | | | | | 870 YOUNG STREET | | | TONAWANDA | | NY 14150 | |
| 05-02-01 | 434 | 05-02-01 | 70851 | 080 REG-C/B | 12-26-00 | 156 | $.00 | $.00 | $.00 | $9,228.81 | $9,228.81 * |
| CUSTOMER NO. 412-473-1  HINDA DISTRIBUTORS INC | | | | | 2440 W 34TH ST | | | CHICAGO | | IL 60608 | |
| 05-03-01 | 308 | 05-03-01 | 81224 | 080 REG-C/B | 10-19-00 | 224 | $.00 | $.00 | $.00 | $70.85 | $70.85 * |
| CUSTOMER NO. 482-808-3  K B TOYS | | | | | 100 WEST ST | | | PITTSFIELD | | MA 01201 | |
| 05-01-01 | 228 | 05-01-01 | 61117 | 080 REG-C/B | 12-10-00 | 172 | $.00 | $.00 | $.00 | $24,436.37 | $24,436.37 * |
| CUSTOMER NO. 606-704-5  MEIJER INC | | | | | 2929 WALKER AVE | | | GRAND RAPID | | MI 49504 | |
| 05-01-01 | 275 | 05-01-01 | 81120 | 080 REG-C/B | 04-12-01 | 49 | $.00 | $.00 | $.00 | $447.91 | |
| 05-01-01 | 276 | 05-01-01 | 81130 | 080 REG-C/B | 04-06-01 | 55 | $.00 | $.00 | $.00 | $285.17 | $733.08 * |

```
AR43RP                          GMAC COMMERCIAL CREDIT LLC
                           SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS

CLIENT NO.   102400                                                             PAGE NO.      2
CLIENT NAME  SENECA SPORTS INC                    RUN DATE 05-31-01
CURRENCY: U.S. DOLLAR                             ----INTEREST----
                                                    ---CALCULATION---
                                                                                          TOTAL
   --NOTICE--    OUR J/E REF.  TR.         VALUE  INT.  INTEREST  DISCOUNT  COMMISSION   TOTAL   CHARGES PER
   DATE  NO.     DATE   NO.    NO. MESSAGE DATE   DYS   DR. CR.-  DR. CR.-  DR. CR.-     CHARGES CUSTOMER
                                                                                         DR. CR.-

CUSTOMER NO. 811-315-1   SHELDON N F INC          914 SOUTHBRIDGE ST       AUBURN            MA 01501

05-24-01    444 05-24-01 91110  150 REFUNDS                 $.00          $.00       $.00     $777.50-    $777.50-*

CUSTOMER NO. 814-715-8   TOYS R US                225 SUMMIT AVE           MONTVALE          NJ 07845

05-02-01    018 05-02-01 20460  080* REG-C/B 02-03-01 117   $.00          $.00       $.00  $409,342.83  $409,342.83 *

TOTAL CHARGES FOR CLIENT                          TOTAL CHARGES/CREDIT-EXCLUSIVE OF INTEREST---  $453,208.21
                               13                 TOTAL INTEREST CHARGES/CREDITS                       $.00
                                                  TOTAL ALL CHARGES/CREDITS                      $453,208.21

** CHANGES OF TERMS **    INTEREST -      $.00  DISCOUNT -    $.00  COMMISSION -    $.00  TOTAL -        $.00 *
** AUTO CHGEBACKS **      INTEREST -      $.00  DISCOUNT -    $.00                        TOTAL -        $.00 *
** REG CHGEBACKS **       INTEREST -      $.00  DISCOUNT -    $.00                        TOTAL - $454,101.17 *
** R E F U N D S **       INTEREST -      $.00  DISCOUNT -    $.00                        TOTAL -     $892.96-*
** INTEREST CLAIMS **     INTEREST -      $.00  DISCOUNT -    $.00                        TOTAL -        $.00 *
```

```
AR37RP                          GMAC COMMERCIAL CREDIT LLC                          PAGE NO.    1

RUN DATE 05/31/2001             STATEMENT OF ACCOUNTS RECEIVABLE                    MONTH ENDING - MAY 31, 2001

         SENECA SPORTS INC                                 CLIENT                   CURRENCY - USD
         75 FORTUNE BLVD                                   102400
         MILFORD MASS
         01757

                                BALANCE FORWARD
                                $4,232,031.01
```

| POST DATE | CLIENT # | TRANS | CASH APPLIC. DATE | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 05/01/2001 | 102400 | JOURNALS | | | $35,104.43 | $4,196,926.58 |
| 05/01/2001 | 102400 | CASH | 05/01/2001 | | $48,813.03 | $4,148,113.55 |
| 05/02/2001 | 102400 | JOURNALS | | | $418,571.64 | $3,729,541.91 |
| 05/02/2001 | 102400 | CASH | 05/02/2001 | | $177.12 | $3,729,364.79 |
| 05/03/2001 | 102400 | SALES | | $19,314.72 | | $3,748,679.51 |
| 05/03/2001 | 102400 | JOURNALS | | | $70.85 | $3,748,608.66 |
| 05/03/2001 | 102400 | CASH | 05/03/2001 | | $70.39 | $3,748,538.27 |
| 05/04/2001 | 102400 | SALES | | $8,295.78 | | $3,756,834.05 |
| 05/04/2001 | 102400 | CASH | 05/04/2001 | | $7,515.38 | $3,749,318.67 |
| 05/07/2001 | 102400 | SALES | | $169,823.93 | | $3,919,142.60 |
| 05/07/2001 | 102400 | CASH | 05/07/2001 | | $25.58 | $3,919,117.02 |
| 05/08/2001 | 102400 | SALES | | $5,956.62 | | $3,925,073.64 |
| 05/08/2001 | 102400 | CASH | 05/08/2001 | | $63,210.98 | $3,861,862.66 |
| 05/09/2001 | 102400 | SALES | | $10,938.41 | | $3,872,801.07 |
| 05/09/2001 | 102400 | CASH | 05/09/2001 | | $141,992.65 | $3,730,808.42 |
| 05/10/2001 | 102400 | JOURNALS | | $115.46 | | $3,730,923.88 |
| 05/10/2001 | 102400 | CASH | 05/10/2001 | | $83.27 | $3,730,840.61 |
| 05/11/2001 | 102400 | SALES | | $7,565.39 | | $3,738,406.00 |
| 05/11/2001 | 102400 | CASH | 05/11/2001 | | $5,955.32 | $3,732,450.68 |
| 05/14/2001 | 102400 | CASH | 05/14/2001 | | $3,748.63 | $3,728,702.05 |
| 05/15/2001 | 102400 | SALES | | $13,597.92 | | $3,742,299.97 |
| 05/15/2001 | 102400 | CASH | 05/15/2001 | | $3,600.22 | $3,738,699.75 |
| 05/16/2001 | 102400 | SALES | | $8,853.51 | | $3,747,553.26 |
| 05/16/2001 | 102400 | JOURNALS | | | $354.25 | $3,745,199.01 |
| 05/16/2001 | 102400 | CASH | 05/16/2001 | | $69,204.16 | $3,675,994.85 |
| 05/17/2001 | 102400 | SALES | | $127,427.41 | | $3,803,422.26 |
| 05/18/2001 | 102400 | CASH | 05/18/2001 | | $9,211.20 | $3,794,211.06 |
| 05/18/2001 | 102400 | CASH | 05/18/2001 | | $19,840.38 | $3,774,370.68 |
| 05/21/2001 | 102400 | SALES | | $1,675.94 | | $3,776,046.62 |
| 05/21/2001 | 102400 | CASH | 05/21/2001 | | $11,217.59 | $3,764,829.03 |
| 05/22/2001 | 102400 | CASH | 05/22/2001 | | $40,552.57 | $3,724,276.46 |
| 05/23/2001 | 102400 | SALES | | $13,705.78 | | $3,737,982.24 |
| 05/23/2001 | 102400 | CASH | 05/23/2001 | | $9,306.77 | $3,728,675.47 |
| 05/24/2001 | 102400 | SALES | | $18,819.05 | | $3,747,494.52 |
| 05/24/2001 | 102400 | JOURNALS | | $777.50 | | $3,748,272.02 |
| 05/25/2001 | 102400 | CASH | 05/25/2001 | | $68,781.84 | $3,679,490.18 |
| 05/25/2001 | 102400 | CASH | 05/25/2001 | | $8,288.86 | $3,671,201.32 |
| 05/29/2001 | 102400 | SALES | | $76,361.00 | | $3,747,562.32 |
| 05/29/2001 | 102400 | CASH | 05/29/2001 | | $260,310.70 | $3,487,251.62 |
| 05/30/2001 | 102400 | SALES | | $39,024.26 | | $3,526,275.88 |

```
AR37RP                    GMAC COMMERCIAL CREDIT LLC
RUN DATE 05/31/2001      STATEMENT OF ACCOUNTS RECEIVABLE                              PAGE NO.   2

  SENECA SPORTS INC                          CLIENT         MONTH ENDING -    MAY 31, 2001
  75 FORTUNE BLVD                            102400
  MILFORD MASS                                              CURRENCY -        USD
  01757

                         BALANCE FORWARD
                         $4,232,031.01
------------------------------------------------------------------------------------------------
POST DATE    CLIENT #    TRANS    CASH APPLIC.DATE      DEBITS         CREDITS         BALANCE

05/30/2001   102400      CASH     05/30/2001           $971.15                       $3,827,247.03
05/31/2001   102400      SALES                       $26,550.94                      $3,853,787.97
05/31/2001   102400      CASH     05/31/2001                          $2,365.50      $3,851,432.47

        CLIENT TOTALS                                $547,774.77    $1,228,373.31    $3,551,432.47
```

# GMAC Commercial Credit LLC

## Client Ledger Account

```
--- C L I E N T ---           -NO-                   --- T Y P E ---                              PAGE NO.   1
SENECA SPORTS INC             1024-00                COLLECTION                                   RECEIVABLE ASSIGNED
                                                     CURRENCY - USD                    MONTH     AMOUNT     AV.DUE DATE
75 FORTUNE BLVE               AS OF DATE                                                06-01    172,036    08-21-01
MILFORD MASS                  06-30-01                                                  05-01    536,899    07-13-01
                                                                                        04-01    627,776    06-20-01
           01757              ACCOUNT EXECUTIVE                                         03-01  1,511,854    05-14-01
                              FITZGERALD,P
                                                                           COLLS.NOT TRANSFERRED             17,840.56
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION TRANSACTIONS DR- | COLLECTION TRANSACTIONS CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | 3,814,108.67 | | | 8,992,538.57- |
| 06-01-01 | 060101 | SALES BT 207 | 100 | 22,612.54 | | | | | |
| 06-01-01 | | CASH ADVANCE | 140 | | | | 7,139.00- | | |
| 06-01-01 | | MISC CHG/CR | 190 | | | | 15.05- | | |
| 06-01-01 | | COLLECTIONS | 196 | | 280,310.70 | 3,576,410.51 | | 280,310.70 | 8,739,381.92- |
| 06-04-01 | 060101 | SALES BT 208 | 100 | 11,304.43 | | 3,587,714.94 | | | 8,739,381.92- |
| 06-05-01 | | CHARGE BACK | 184 | 3,769.00- | | | | | |
| 06-06-01 | | COLLECTIONS | 196 | | 2,365.50 | 3,581,580.44 | | 2,365.50 | 8,737,016.42- |
| 06-06-01 | 060401 | SALES BT 210 | 100 | 17,633.86 | | | | | |
| 06-06-01 | 060501 | CREDIT BT 209 | 110 | 19,590.00- | | | | | |
| 06-06-01 | | CASH ADVANCE | 140 | | | | 5.72- | | |
| 06-06-01 | | CHARGE BACK | 194 | 78,153.39- | | | | | |
| 06-07-01 | | COLLECTIONS | 196 | | 71,166.38 | 3,432,304.33 | | 71,166.38 | 8,665,855.76- |
| 06-07-01 | 060601 | SALES BT 211 | 100 | 15,379.54 | | | | | |
| 06-08-01 | | COLLECTIONS | 196 | | 45,141.14 | 3,402,542.73 | | 45,141.14 | 8,620,714.62- |
| 06-08-01 | 060701 | SALES BT 212 | 100 | 8,437.27 | | | | | |
| 06-08-01 | | COLLECTIONS | 196 | | 4,547.89 | 3,406,432.31 | | 4,547.89 | 8,616,166.93- |
| 06-11-01 | 060801 | SALES BT 213 | 100 | 5,039.40 | | | | | |
| 06-11-01 | | COLLECTIONS | 196 | | 99,728.05 | 3,311,743.66 | | 99,728.05 | 8,516,438.88- |
| 06-12-01 | 061101 | SALES BT 214 | 100 | 11,938.74 | | 3,323,682.40 | | | 8,516,438.88- |
| 06-13-01 | 061201 | SALES BT 215 | 100 | 2,182.63 | | | | | |
| 06-14-01 | | COLLECTIONS | 196 | | 11,104.91 | 3,314,760.12 | | 11,104.91 | 8,505,333.97- |
| 06-14-01 | | CHARGE BACK | 194 | 33,646.66 | | | | | |
| 06-15-01 | | COLLECTIONS | 196 | | 34,788.37 | 3,313,638.41 | | 34,788.37 | 8,470,585.60- |
| 06-15-01 | 061301 | SALES BT 217 | 100 | 25,869.56 | | | | | |
| 06-15-01 | 061401 | CREDIT BT 218 | 110 | 1,248.00- | | | | | |
| | | CHARGE BACK | 194 | 132.65 | | | | | |
| BALANCE FORWARD | | | | | | 3,338,392.62 | | | 8,470,585.60- |

CONTINUED ON NEXT PAGE

# GMAC Commercial Credit LLC

## Client Ledger Account

PAGE NO. 2

| --- C L I E N T --- | | --- T Y P E --- |
|---|---|---|
| SENECA SPORTS INC | -NO- 1024-00 | COLLECTION |
| 75 FORTUNE BLVD | AS OF DATE | CURRENCY - USD |
| MILFORD MASS | 08-30-01 | |
| 01757 | ACCOUNT EXECUTIVE FITZGERALD,P. | |

| MONTH | RECEIVABLE ASSIGNED AMOUNT | AV. DUE DATE |
|---|---|---|
| 06-01 | 172,036 | 08-21-01 |
| 05-01 | 538,699 | 07-13-01 |
| 04-01 | 627,778 | 06-20-01 |
| 03-01 | 1,511,654 | 05-14-01 |

COLLS. NOT TRANSFERRED   17,840.58

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | 3,338,392.82 | | | 8,470,565.60- |
| 06-15-01 | | COLLECTIONS | 196 | 26,324.65- | 3,312,067.97 | | 26,324.65 | 8,444,240.95- |
| 06-18-01 | 061501 | SALES  BT 218 | 100 | 20,380.82 | | | | |
| 06-19-01 | 061801 | COLLECTIONS | 196 | 592,774.29- | 2,739,674.50 | | 592,774.29 | 7,851,466.66- |
| 06-19-01 | 061801 | SALES  BT 219 | 100 | 4,778.24 | | | | |
| 06-19-01 | | CHARGE BACK | 194 | 242.73- | | | | |
| 06-18-01 | | COLLECTIONS | 196 | 12,477.79- | 2,731,732.22 | | 12,477.79 | 7,838,988.87- |
| 06-20-01 | 061901 | SALES  BT 220 | 100 | 12,731.72 | | | | |
| 06-21-01 | | COLLECTIONS | 196 | 1,027.06- | 2,743,436.88 | | 1,027.06 | 7,837,961.81- |
| 06-21-01 | 062001 | SALES  BT 222 | 100 | 6,291.24 | | | | |
| 06-21-01 | 062001 | CREDIT  BT 221 | 110 | 303.11- | | | | |
| 06-21-01 | | CASH ADVANCE | 140 | | | 13.89- | | |
| 06-21-01 | | CHARGE BACK | 194 | 241.24- | | | | |
| 06-21-01 | | COLLECTIONS | 196 | 3,152.57- | 2,746,031.20 | | 3,152.57 | 7,834,823.13- |
| 06-22-01 | 062101 | SALES  BT 224 | 100 | 2,344.88 | | | | |
| 06-22-01 | 062201 | CREDIT  BT 223 | 110 | 18.50- | | | | |
| 06-22-01 | | COLLECTIONS | 196 | 868.86- | 2,747,688.72 | | 868.86 | 7,834,154.27- |
| 06-25-01 | 062201 | SALES  BT 225 | 100 | 7,055.99 | | | | |
| 06-25-01 | | MISC CHG/CR | 190 | | | 896.66- | | |
| 06-25-01 | | CHARGE BACK | 194 | 175.92- | | | | |
| 06-25-01 | | COLLECTIONS | 196 | 265,085.20- | 2,489,835.43 | | 265,085.20 | 7,569,765.73- |
| 06-26-01 | 062501 | SALES  BT 226 | 100 | 2,696.54 | | | | |
| 06-26-01 | | COLLECTIONS | 196 | 4,089.63- | 2,488,442.34 | | 4,089.63 | 7,565,676.10- |
| 06-27-01 | 062701 | SALES  BT 227 | 100 | 787.58 | | | | |
| 06-27-01 | 060101 | OVERADV CHGE | 190 | | | 17,269.26- | | |
| 06-27-01 | | CHARGE BACK | 194 | 180,347.79- | | | | |
| | | COLLECTIONS | 196 | 919.02- | 2,307,963.11 | | 919.02 | 7,582,026.34- |
| BALANCE FORWARD | | | | | 2,307,963.11 | | | 7,582,026.34- |

CONTINUED ON NEXT PAGE

FORM 1794

GMAC_LANDAY00042

# GMAC Commercial Credit LLC

## Client Ledger Account

```
--- CLIENT ---              -NO-                    ---TYPE---                              PAGE NO.    3
SENECA SPORTS INC           1024-00                 COLLECTION
                                                    CURRENCY - USD
75 FORTUNE BLVE             AS OF DATE                                      RECEIVABLE ASSIGNED
MILFORD MASS                08-30-01                                        MONTH     AMOUNT    AV.DUE DATE
                                                                            06-01     172,036   08-21-01
                                                                            05-01     536,899   07-13-01
                                                                            04-01     627,776   06-20-01
       01757                ACCOUNT EXECUTIVE                               03-01   1,511,654   05-14-01
                            FITZGERALD,P
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | 2,307,963.11 | | |
| 08-28-01 | 062701 | SALES  BT 228 | 100 | 2,671.03 | | | |
| 08-28-01 | | CASH ADVANCE | 140 | | | 1,837.00- | |
| 08-28-01 | | CASH ADVANCE | 140 | | | 57.00- | |
| 08-28-01 | 060101 | MISC CHG/CR | 190 | | | 20.00- | |
| 08-28-01 | | COLLEC. 100800 | 196 | 387.14- | | | |
| 08-28-01 | | COLLECTIONS | 198 | 13,059.53 | 2,310,247.00 | | 7,582,028.34- |
| 08-29-01 | 062801 | SALES  BT 229 | 100 | | | 3,484.09- | |
| 08-29-01 | 080101 | MISC CHG/CR | 190 | | | 28.80- | |
| 08-29-01 | 060101 | MISC CHG/CR | 190 | | | | |
| 08-29-01 | | COLLECTIONS | 198 | 21,184.51- | | | |
| 08-29-01 | 062801 | COLLECTIONS | 198 | 4,027.05 | 2,308,149.07 | 4,027.05 | 7,583,287.10- |
| 08-30-01 | | D.A.B. 100800 | 185 | | | 324.99- | |
| 08-30-01 | | INTEREST | 185 | | | 12.15- | |
| 08-30-01 | | COMMISSN | 185 | | 2,308,149.07 | 3,545.03- | 7,569,842.53- |
| 08-30-01 | | INT ON AVG BAL | 001 | | 2,308,149.07 | 58,439.29- | 7,573,524.70- |
| | | | | | | | 7,829,983.99- |

|  |  |  |  |
|---|---|---|---|
| MONTH END BALANCE | 1,507,959.80- | 2,308,149.07 | 94,714.98- | 7,829,983.99- |

COLLS.NOT TRANSFERRED   17,840.58

|  |  |  |
|---|---|---|
| AVG.BALANCE | RATE | AMOUNT |
| INTEREST ON AVERAGE ADVANCES | 8,234,303.78- @ | 8.225 % | 58,439.29- |

1,457,289.58

GMAC_LANDAY00043

# GMAC Commercial Credit LLC

## Client Ledger Account

```
--- CLIENT ---        -NO-                    --- TYPE ---
SENECA SPORTS INC     1024-00                 COLLECTION
                                              CURRENCY - USD
75 FORTUNE BLVE       AS OF DATE
MILFORD MASS          08-30-01

                      ACCOUNT EXECUTIVE
01757                 FITZGERALD, P
```

```
                                                                        PAGE NO.    4
                                                     RECEIVABLE ASSIGNED
                                          MONTH        AMOUNT   AV. DUE DATE
                                          06-01       172,036    08-21-01
                                          05-01       536,699    07-13-01
                                          04-01       827,778    08-20-01
                                          03-01     1,511,854    05-14-01

                                     COLLS. NOT TRANSFERRED          17,840.56
```

### MONTHLY SUMMARY

| TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- | CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | 3,814,108.67 | | | 8,992,538.57- |
| TOTAL SALES            100 | 193,195.34 |          | 4,007,304.01 |            |             | |
| TOTAL CREDITS          110 |            | 21,159.61- | 3,986,144.40 |            |             | |
| TOTAL WIRES            140 |            |          |              |            |             | |
| TOTAL BANK CHARGES     185 |            |          |              |  8,852.61- |             | 9,001,391.18- |
| TOTAL MISC. CHARGE/CREDIT 190 |        |          |              |    324.99- |             | 9,001,716.17- |
| TOTAL CHARGE BACKS     194 |            | 226,798.92- | 3,759,345.48 | 21,513.86- |             | 9,023,230.03- |
| TOTAL MONTH-END CHARGES 195 |           |          |              |  3,557.18- |             | 9,026,787.21- |
| TOTAL COLLECTIONS      196 |            | 1,453,196.41- | 2,306,149.07 | 4,027.05- |             | 7,573,524.70- |
| TOTAL INTEREST ON BALANCE 001 |         |          |              | 56,439.29- | 1,457,289.58 | 7,829,963.99- |
| MONTH END BALANCE | | | 2,306,149.07 | | | 7,829,963.99- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS;
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GMAC_LANDAY00044

GMAC COMMERCIAL CREDIT LLC

MONTHLY FACTORED SALES ANALYSIS

CLIENT NAME: SENECA SPORTS INC
CLIENT NO.   102400
PERIOD:      JUNE 30, 2001

PAGE  1

## DISCOUNT ANALYSIS

| DISC % | GROSS SALES | MISC | SALES DISCOUNT | NET SALES BEFORE CR | CREDITS | CREDIT DISCOUNT | NET SALES |
|---|---|---|---|---|---|---|---|
| NET | 193,195.34 | | | 193,195.34 | 21,159.61- | | 172,035.73 |
| TOTAL | 193,195.34 | .00 | .00 | 193,195.34 | 21,159.61- | .00 | 172,035.73 |

## COMMISSION ANALYSIS

| DISC % | TERMS OPT DAYS | DUE DAYS | EXTRA DAYS CODE | AS OF DATE | FINAL DAYS | DISC SALES BY TERMS | COMM RATE | COMM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| NET | 030 | 030 | 000 | | 30 | 15,458.00 | | |
| NET | 031 | 031 | 000 | | 31 | 5,400.00 | | |
| NET | 060 | 060 | 000 | | 60 | 95,302.58 | | |
| NET | 010 | 010 | 000 | 05-22-2001 | 10 | 19,590.00- | 0.6500% | 100.48 |
| NET | 010 | 010 | 000 | 06-14-2001 | 10 | 1,248.00- | 0.6500% | 35.10 |
| NET | 010 | 010 | 000 | 06-20-2001 | 10 | 303.11- | 0.6500% | 619.47 |
| NET | 010 | 010 | 000 | 06-22-2001 | 10 | 18.50- | | |
| | | | | | | 77,036.76 | | |
| MINIMUM COMMISSION | | | | | | | | 2,790.00 |
| | | | | | | | | 3,545.03 |

## SUMMARY OF ACCOUNT SALES

| GROSS SALES | CREDITS | GROSS SALES LESS CREDITS | TOTAL DISCOUNT | NET SALES AFTER DISC | AVERAGE DUE DATE | INTEREST ON COMM |
|---|---|---|---|---|---|---|
| 193,195.34 * | 21,159.61-* | 172,035.73 * | .00 * | 172,035.73 * | 08-21-2001 | 12.15 * |

558 INV @ $5.00

```
AR43RP                          GMAC COMMERCIAL CREDIT LLC                                    PAGE NO.     1
                           SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS
CLIENT NO.   102400                         RUN DATE 06-29-01
CLIENT NAME  SENECA SPORTS INC                 ----INTEREST----
CURRENCY: U.S. DOLLAR                           ---CALCULATION---

                                                                                                        TOTAL
  --NOTICE--  OUR J/E  REF.   TR.          VALUE  INT.  INTEREST  DISCOUNT  COMMISSION  TOTAL         CHARGES PER
  DATE  NO.   DATE     NO.    NO.  MESSAGE  DATE   DYS  DR.  CR.- DR.  CR.- DR.  CR.-   CHARGES          CUSTOMER
                                                                                        DR.  CR.-

CUSTOMER NO. 008-857-7  ACADEMY LTD                       1800 N MASON RD           KATY           TX 77449

06-27-01     009 06-27-01 11644  060 REG-C/B  05-22-01  39    $.00      $.00        $.00           $15.84        $15.84 *

CUSTOMER NO. 027-663-4  AMES DEPT STORE #2                2418 MAIN ST              ROCKY HILL    CT 06067

06-06-01     042 06-06-01 11959  060 REG-C/B  03-26-01  98    $.00      $.00        $.00        $4,156.12
06-06-01     043 06-06-01 11985  060 REG-C/B  04-07-01  84    $.00      $.00        $.00          $636.00
06-06-01     044 06-06-01 12078  060 REG-C/B  03-21-01 101    $.00      $.00        $.00       $10,838.97
06-19-01     020 06-19-01 40109  060 REG-C/B  12-24-00 188    $.00      $.00        $.00          $284.80
06-27-01     040 06-27-01 11667  060 REG-C/B  04-21-01  70    $.00      $.00        $.00           $31.50
06-27-01     041 06-27-01 11673  060 REG-C/B  04-26-01  65    $.00      $.00        $.00          $828.20
                                                                                                              $16,775.59 *

CUSTOMER NO. 042-074-5  ARTHURS TOYS                      3035 N CEDAR AVE          FRESNO        CA 93703

06-21-01     031 06-21-01 61100  060 REG-C/B  12-15-00 197    $.00      $.00        $.00          $241.24       $241.24 *

CUSTOMER NO. 085-806-8  BIG 5 SPORTING GOODS              2525 E EL SEGUNDO BLVD    EL SEGUNDO   CA 90245

06-06-01     121 06-06-01 12069  060 REG-C/B  04-19-01  72    $.00      $.00        $.00        $1,244.00
06-27-01     091 06-27-01 11848  060 REG-C/B  05-19-01  42    $.00      $.00        $.00           $87.00
06-27-01     092 06-27-01 11863  060 REG-C/B  05-17-01  44    $.00      $.00        $.00           $72.00
                                                                                                               $1,403.00 *

CUSTOMER NO. 086-192-2  BIG LOTS INC                      300 PHILLIPI RD           COLUMBUS     OH 43228

06-06-01     123 06-06-01 12063  060 REG-C/B  04-06-01  85    $.00      $.00        $.00           $40.00        $40.00 *

CUSTOMER NO. 122-485-6  C & A HARLEY DAVIDSON INC         7233 INDUSTRIAL PARKWAY   PLAIN CITY   OH 43064

06-27-01     148 06-27-01 11643  060 REG-C/B  06-05-01  25    $.00      $.00        $.00           $26.05        $26.05 *

CUSTOMER NO. 157-136-3  CENDANT CORPORATION               6 SYLVAN WAY              PARSIPPANY   NJ 07054

06-27-01     178 06-27-01 11636  060 REG-C/B  03-24-01  98    $.00      $.00        $.00           $44.83
06-27-01     178 06-27-01 11642  060 REG-C/B  06-01-01  29    $.00      $.00        $.00          $125.59
```

AR43RP

GMAC COMMERCIAL CREDIT LLC
SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS

CLIENT NO. 102400
CLIENT NAME  SENECA SPORTS INC
CURRENCY: U.S. DOLLAR

RUN DATE 06-29-01
---INTEREST---
---CALCULATION---

PAGE NO. 2

| --NOTICE-- DATE | OUR J/E DATE | REF. NO. | TR. NO. | MESSAGE | VALUE DATE | INT. DYS | INTEREST DR. CR. - | DISCOUNT DR. CR. - | COMMISSION DR. CR. - | TOTAL CHARGES DR. CR. - | TOTAL CHARGES PER CUSTOMER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSTOMER NO. 157-136-3  CENDANT CORPORATION        6 SYLVAN WAY                        PARSIPPANY           NJ 07054 | | | | | | | | | | | |
| 06-27-01 | 06-27-01 | 180 | 11847 | 060 REG-C/B | 05-18-01 | 43 | $.00 | $.00 | $.00 | $42.47 | |
| 06-27-01 | 06-27-01 | 181 | 11852 | 080 REG-C/B | 04-06-01 | 85 | $.00 | $.00 | $.00 | $89.08 | $301.97 * |
| CUSTOMER NO. 204-188-7  COSTCO WHOLESALE CORP       999 LAKE DRIVE                      ISSAQUAH             WA 98027 | | | | | | | | | | | |
| 06-06-01 | 06-06-01 | 301 | 60136 | 060* REG-C/B | 03-25-01 | 97 | $.00 | $.00 | $.00 | $30,217.46 | $30,217.46 * |
| CUSTOMER NO. 317-554-4  FINGERHUT CO INC            4400 BAKER ROAD                     MINNETONKA           MN 55343 | | | | | | | | | | | |
| 06-14-01 | 06-14-01 | 353 | 91480 | 150 REFUNDS | 05-30-01 | 31 | $.00 | $.00 | $.00 | $33,646.66- | |
| 06-15-01 | 06-15-01 | 282 | 01589 | 150 REFUNDS | 05-15-01 | 32 | $.00 | $.00 | $.00 | $132.85- | |
| 06-19-01 | 06-19-01 | 180 | 40543 | 150 REFUNDS | 05-29-01 | 32 | $.00 | $.00 | $.00 | $42.07- | |
| 06-25-01 | 06-25-01 | 207 | 01506 | 150 REFUNDS | 06-11-01 | 19 | $.00 | $.00 | $.00 | $175.92- | $33,997.30-* |
| CUSTOMER NO. 430-070-3  HYPER SHOPPES INC           25 WHITNEY DR S 122                 MILFORD              OH 45150 | | | | | | | | | | | |
| 06-06-01 | 06-06-01 | 824 | 11970 | 060 REG-C/B | 04-26-01 | 65 | $.00 | $.00 | $.00 | $707.70 | |
| 06-06-01 | 06-06-01 | 825 | 11973 | 080 REG-C/B | 04-26-01 | 65 | $.00 | $.00 | $.00 | $173.10 | $880.80 * |
| CUSTOMER NO. 433-038-7  IMPERIAL DISTRIBUTORS       33 SWORD ST                          AUBURN               MA 01501 | | | | | | | | | | | |
| 06-06-01 | 06-06-01 | 830 | 12059 | 080 REG-C/B | 04-12-01 | 79 | $.00 | $.00 | $.00 | $800.00 | $800.00 * |
| CUSTOMER NO. 572-325-9  M V P SPORTS STORES INC     326 BALLARDVALE ST                  WILMINGTON           MA 01887 | | | | | | | | | | | |
| 06-06-01 | 06-06-01 | 824 | 11945 | 060 REG-C/B | 05-14-01 | 47 | $.00 | $.00 | $.00 | $87.00 | $87.00 * |
| CUSTOMER NO. 590-371-1  MARSHALL MANAGEMENT         2330 INDUSTRIAL RD                  LAS VEGAS            NV 89102 | | | | | | | | | | | |
| 06-27-01 | 06-27-01 | 698 | 11672 | 060 REG-C/B | 04-28-01 | 63 | $.00 | $.00 | $.00 | $46.78 | $46.78 * |

```
.AR43RP                           GMAC COMMERCIAL CREDIT LLC
                         SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS

CLIENT NO.   102400                                                                                        PAGE NO.   3
CLIENT NAME  SENECA SPORTS INC                       RUN DATE  06-29-01
CURRENCY: U.S. DOLLAR                                ----INTEREST----
                                                     ---CALCULATION---

--NOTICE--   OUR J/E  REF.    TR.              VALUE    INT.   INTEREST    DISCOUNT   COMMISSION    TOTAL         TOTAL
 DATE  NO.    DATE    NO.     NO.   MESSAGE    DATE     DYS    DR.  CR.-   DR.  CR.-  DR.   CR.-    CHARGES       CHARGES PER
                                                                                                    DR.  CR.-     CUSTOMER

CUSTOMER NO. 806-704-5  MEIJER INC             2929 WALKER AVE                                      GRAND RAPID   MI 49504

06-06-01  867  06-06-01  11982  060   REG-C/B  05-14-01   47     $.00        $.00       $.00       $203.21
06-06-01  868  06-06-01  60366  060*  REG-C/B  03-04-01  118     $.00        $.00       $.00      $2,801.80
06-27-01  710  06-27-01  11637  060   REG-C/B  05-10-01   51     $.00        $.00       $.00      $1,092.88
06-27-01  711  06-27-01  11641  060   REG-C/B  05-23-01   38     $.00        $.00       $.00         $83.80
06-27-01  712  06-27-01  11646  060   REG-C/B  06-01-01   29     $.00        $.00       $.00         $20.80
06-27-01  713  06-27-01  11655  060   REG-C/B  05-30-01   31     $.00        $.00       $.00        $190.55
06-27-01  714  06-27-01  11666  060   REG-C/B  05-08-01   53     $.00        $.00       $.00        $292.77
06-27-01  715  06-27-01  11668  060   REG-C/B  05-14-01   47     $.00        $.00       $.00        $357.38
06-27-01  716  06-27-01  11669  060   REG-C/B  04-25-01   66     $.00        $.00       $.00         $13.00
06-27-01  717  06-27-01  11669  060   REG-C/B  04-25-01   66     $.00        $.00       $.00        $457.36
06-27-01  718  06-27-01  11670  060   REG-C/B  04-25-01   66     $.00        $.00       $.00         $49.60
06-27-01  719  06-27-01  11675  060   REG-C/B  05-04-01   57     $.00        $.00       $.00        $581.58     $6,144.71 *

CUSTOMER NO. 628-135-8  MODELL HENRY J & CO INC        498 SEVENTH AVE                              NEW YORK      NY 10018

06-06-01  900  06-06-01  11951  060   REG-C/B  04-26-01   65     $.00        $.00       $.00        $187.20
06-06-01  901  06-06-01  11954  060   REG-C/B  04-24-01   67     $.00        $.00       $.00        $171.00
06-27-01  751  06-27-01  11839  060   REG-C/B  06-05-01   25     $.00        $.00       $.00        $218.40
06-27-01  750  06-27-01  11838  060   REG-C/B  05-30-01   31     $.00        $.00       $.00        $262.66        $839.26 *

CUSTOMER NO. 702-349-2  PENNEY J C CO INC              P O BOX 45056                                SALT LAKE CITY UT 84145-0058

06-05-01  500  06-05-01  00588  060   REG-C/B  02-18-01  132     $.00        $.00       $.00      $3,769.00
06-06-01  010  06-06-01  12073  060   REG-C/B  04-19-01   72     $.00        $.00       $.00        $320.11                $4,089.11 *

CUSTOMER NO. 843-385-6  SPALDING SPORTS WRLDWDE        425 MEASON ST                                CHICOPEE      MA 01021

06-27-01  998  06-27-01  11654  060   REG-C/B  01-19-01  162     $.00        $.00       $.00      $2,454.00                $2,454.00 *

CUSTOMER NO. 889-873-0  TARGET NORTHERN OP CTR         P O BOX 59251                                MINNEAPOLIS   MN 55459

06-27-01  040  06-27-01  11656  060   REG-C/B  05-17-01   44     $.00        $.00       $.00      $1,000.00
06-27-01  041  06-27-01  11671  060   REG-C/B  05-29-01   32     $.00        $.00       $.00        $906.85
06-27-01  042  06-27-01  11674  060   REG-C/B  05-14-01   47     $.00        $.00       $.00      $2,252.45                $4,159.30 *
```

```
AR43RP                        GMAC COMMERCIAL CREDIT LLC
                    SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS

CLIENT NO.    102400                                   RUN DATE  06-29-01           PAGE NO.  4
CLIENT NAME   SENECA SPORTS INC                        ----INTEREST----
CURRENCY: U.S. DOLLAR                                  ---CALCULATION---

                                                                                         TOTAL        TOTAL
 --NOTICE--   OUR J/E  REF.  TR.                VALUE  INT.  INTEREST    DISCOUNT   COMMISSION    CHARGES   CHARGES PER
  DATE  NO.    DATE    NO.   NO.  MESSAGE       DATE   DYS   DR. CR.-    DR. CR.-   DR. CR.-     DR. CR.-    CUSTOMER

CUSTOMER NO. 914-715-8  TOYS R US                      225 SUMMIT AVE                MONTVALE           NJ 07645

06-06-01  309 06-06-01 12098 060  REG-C/B    04-23-01  68    $.00         $.00         $.00        $9,212.49
06-06-01  310 06-06-01 80525 060* REG-C/B    03-05-01  117   $.00         $.00         $.00        $3,080.23
06-06-01  308 06-06-01 12050 080  REG-C/B    03-24-01  98    $.00         $.00         $.00       $11,477.00
06-27-01  077 06-27-01 11845 080  REG-C/B    04-07-01  84    $.00         $.00         $.00       $15,507.85
06-27-01  078 06-27-01 11849 060  REG-C/B    04-06-01  85    $.00         $.00         $.00        $4,527.39
06-27-01  079 06-27-01 11650 060  REG-C/B    04-07-01  84    $.00         $.00         $.00          $234.74
06-27-01  080 06-27-01 11882 060  REG-C/B    03-30-01  92    $.00         $.00         $.00      $148,423.61
                                                                                                                $192,463.31 *

CUSTOMER NO. 954-250-7 WAL-MART INC                    702 S W 8TH ST                BENTONVILLE       AR 72716

06-27-01  128 06-27-01 11665 080  REG-C/B    01-08-01  173   $.00         $.00         $.00           $10.80
                                                                                                                    $10.80 *

TOTAL CHARGES FOR CLIENT                     TOTAL CHARGES/CREDIT-EXCLUSIVE OF INTEREST---   $226,798.82
                                             TOTAL INTEREST CHARGES/CREDITS                        $.00
                            57               TOTAL ALL CHARGES/CREDITS                       $226,798.92

** CHANGES OF TERMS **   INTEREST -    $.00  DISCOUNT -     $.00  COMMISSION -    $.00  TOTAL -        $.00 *
** AUTO CHGEBACKS **     INTEREST -    $.00  DISCOUNT -     $.00                        TOTAL -        $.00 *
** REG CHGEBACKS **      INTEREST -    $.00  DISCOUNT -     $.00                        TOTAL -  $260,796.22 *
** R E F U N D S **      INTEREST -    $.00  DISCOUNT -     $.00                        TOTAL -   $33,997.30-*
** INTEREST CLAIMS **    INTEREST -    $.00  DISCOUNT -     $.00                        TOTAL -        $.00 *
```

```
AR37RP                          GMAC COMMERCIAL CREDIT LLC                             PAGE NO.    1
RUN DATE 06/30/2001           STATEMENT OF ACCOUNTS RECEIVABLE                     JUNE 30, 2001

    SENECA SPORTS INC                          CLIENT       MONTH ENDING -
    75 FORTUNE BLVE                            102400       CURRENCY -     USD
    MILFORD MASS
    01757
                              BALANCE FORWARD
                                $3,551,432.47
```

| POST DATE | CLIENT # | TRANS | CASH APPLIC.DATE | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 06/01/2001 | 102400 | CASH | 06/01/2001 | | $71,168.38 | $3,480,268.09 |
| 06/04/2001 | 102400 | SALES | | $22,612.54 | | $3,502,878.63 |
| 06/04/2001 | 102400 | CASH | 06/04/2001 | | $45,141.14 | $3,457,737.49 |
| 06/05/2001 | 102400 | SALES | | $11,304.43 | | $3,469,041.92 |
| 06/05/2001 | 102400 | JOURNALS | | | $3,769.00 | $3,465,272.92 |
| 06/05/2001 | 102400 | CASH | 06/05/2001 | | $4,547.69 | $3,460,725.23 |
| 06/06/2001 | 102400 | SALES | | | $19,590.00 | $3,441,135.23 |
| 06/06/2001 | 102400 | JOURNALS | | | $76,153.39 | $3,364,981.84 |
| 06/08/2001 | 102400 | CASH | 06/08/2001 | | $99,728.05 | $3,265,253.79 |
| 06/07/2001 | 102400 | SALES | | $17,633.66 | | $3,282,887.45 |
| 06/08/2001 | 102400 | SALES | | $15,379.54 | | $3,298,266.99 |
| 06/08/2001 | 102400 | CASH | 06/08/2001 | | $11,104.91 | $3,287,162.08 |
| 06/11/2001 | 102400 | SALES | | $8,437.27 | | $3,295,599.35 |
| 06/11/2001 | 102400 | CASH | 06/11/2001 | | $34,768.37 | $3,260,830.98 |
| 06/12/2001 | 102400 | SALES | | $5,039.40 | | $3,265,870.38 |
| 06/12/2001 | 102400 | CASH | 06/12/2001 | | $26,324.65 | $3,239,545.73 |
| 06/13/2001 | 102400 | SALES | | $11,938.74 | | $3,251,484.47 |
| 06/13/2001 | 102400 | CASH | 06/13/2001 | | $592,774.29 | $2,658,710.18 |
| 06/14/2001 | 102400 | SALES | | $2,182.63 | | $2,660,892.81 |
| 06/14/2001 | 102400 | JOURNALS | | $33,646.66 | | $2,694,539.47 |
| 06/14/2001 | 102400 | CASH | 06/14/2001 | | $12,477.79 | $2,682,061.68 |
| 06/15/2001 | 102400 | SALES | | $132.65 | | $2,682,194.33 |
| 06/15/2001 | 102400 | CASH | 06/15/2001 | | $1,248.00 | $2,680,946.33 |
| 06/18/2001 | 102400 | SALES | | $25,869.56 | | $2,679,819.27 |
| 06/18/2001 | 102400 | CASH | 06/18/2001 | | $1,027.06 | $2,705,788.83 |
| 06/19/2001 | 102400 | SALES | | $20,380.82 | | $2,702,636.26 |
| 06/19/2001 | 102400 | CASH | 06/19/2001 | | $3,152.57 | $2,723,017.08 |
| 06/20/2001 | 102400 | SALES | | | $242.73 | $2,722,774.35 |
| 06/20/2001 | 102400 | CASH | 06/20/2001 | | $668.86 | $2,722,105.49 |
| 06/21/2001 | 102400 | SALES | | $4,778.24 | | $2,726,883.73 |
| 06/21/2001 | 102400 | CASH | 06/21/2001 | | $265,085.20 | $2,461,798.53 |
| 06/22/2001 | 102400 | SALES | | $12,428.61 | | $2,474,227.14 |
| 06/22/2001 | 102400 | CASH | 06/22/2001 | | $241.24 | $2,473,985.90 |
| 06/25/2001 | 102400 | SALES | | $6,291.24 | | $2,489,896.27 |
| 06/25/2001 | 102400 | JOURNALS | | $2,326.38 | | $2,476,187.51 |
| 06/25/2001 | 102400 | CASH | 06/25/2001 | | $4,089.63 | $2,475,594.87 |
| 06/26/2001 | 102400 | SALES | | $175.92 | | $2,477,770.79 |
| 06/26/2001 | 102400 | CASH | 06/26/2001 | | $919.02 | $2,477,383.65 |
| 06/26/2001 | 102400 | SALES | | $7,055.99 | | $2,484,439.64 |
| | | | | | $387.14 | |

GMAC_LANDAY00050

```
AR37RP                          GMAC COMMERCIAL CREDIT LLC
RUN DATE 06/30/2001                                                          PAGE NO.  2
                              STATEMENT OF ACCOUNTS RECEIVABLE

    SENECA SPORTS INC                          CLIENT          MONTH ENDING -    JUNE 30, 2001
    75 FORTUNE BLVE                            102400
    MILFORD MASS                                               CURRENCY -        USD
    01757

                    BALANCE FORWARD
                        $3,551,432.47

POST DATE     CLIENT #    TRANS       CASH APPLIC. DATE      DEBITS          CREDITS         BALANCE

06/26/2001    102400      CASH         06/26/2001                            $21,184.51    $2,463,255.13
06/27/2001    102400      SALES                            $2,696.54                       $2,465,951.67
06/27/2001    102400      JOURNALS                                          $180,347.79    $2,285,603.88
06/27/2001    102400      CASH         06/27/2001                            $17,014.19    $2,268,589.69
06/28/2001    102400      SALES                              $787.58                       $2,269,377.27
06/28/2001    102400      CASH         06/28/2001          $4,027.05                       $2,273,404.32
06/29/2001    102400      SALES                           $15,730.56                       $2,289,134.88
06/29/2001    102400      CASH         06/29/2001                               $826.37    $2,288,308.51

            CLIENT TOTALS                                $230,856.01      $1,493,979.97    $2,288,308.51
```

GMAC_LANDAY00051

# GMAC Commercial Credit LLC — Client Ledger Account

```
--- CLIENT ---                    -NO-                --- T Y P E ---                              PAGE NO. 1
SENECA SPORTS INC                 1024-00             COLLECTION                  RECEIVABLE       ASSIGNED
                                                      CURRENCY - USD              AMOUNT  AV.DUE DATE
75 FORTUNE BLVE                   AS OF DATE                          MONTH        202,870  09-18-01
MILFORD MASS                      07-31-01                            07-01        172,036  08-21-01
                                                                      06-01        536,899  07-13-01
       01757                      ACCOUNT EXECUTIVE                   05-01        627,776  06-20-01
                                  FITZGERALD,P                        04-01

                                                                COLLS.NOT TRANSFERRED     527,808.34
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR-  CR- | BALANCE DR-  CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | CR | BALANCE DR-  CR |
|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | 2,306,149.07 | | | 7,629,963.99- |
| 07-02-01 | 070201 | SALES BT 230 | 100 | 24,501.00 | | | | |
| 07-02-01 | | COLLECTIONS | 196 | 17,014.19- | 2,313,635.88 | | 17,014.19 | 7,612,949.80- |
| 07-03-01 | 070201 | SALES BT 232 | 100 | 29,717.32 | | | | |
| 07-03-01 | 070201 | CREDIT BT 231 | 110 | 18,604.80- | | | | |
| 07-05-01 | | CHARGE BACK | 194 | 36,948.55- | 2,324,748.40 | | | 7,612,949.80- |
| 07-05-01 | | COLLECTIONS | 196 | 826.37- | 2,286,973.48 | | 826.37 | 7,612,123.43- |
| 07-06-01 | | CHARGE BACK | 194 | 15,808.45- | | | | |
| 07-09-01 | | COLLECTIONS | 196 | 6,712.58- | 2,264,454.45 | | 6,712.58 | 7,605,410.85- |
| 07-09-01 | 070501 | SALES BT 233 | 100 | 1,890.39 | | | | |
| 07-09-01 | | CHARGE BACK | 194 | 723.33 | | | | |
| 07-09-01 | | COLLECTIONS | 196 | 514.46- | 2,104,895.53 | | 514.46 | 7,443,238.21- |
| 07-10-01 | | SALES BT 234 | 100 | 161,658.18- | | | 161,658.18 | |
| 07-10-01 | | CHARGE BACK | 194 | 26,542.75 | | | | |
| 07-11-01 | | COLLECTIONS | 196 | 47.10- | | | | |
| 07-11-01 | 071001 | SALES BT 235 | 100 | 36,914.30- | 2,094,476.88 | | 38,914.30 | 7,406,323.91- |
| 07-11-01 | | CASH ADVANCE | 140 | 15,409.68 | | 3,383.00- | | |
| 07-11-01 | | CHARGE BACK | 194 | 46.05- | | | | |
| 07-12-01 | | COLLECTIONS | 196 | 3,030.80- | 2,106,809.91 | | 3,030.80 | 7,405,656.31- |
| 07-12-01 | 071101 | SALES BT 237 | 100 | 1,525.15 | | | | |
| 07-12-01 | 071101 | CREDIT BT 236 | 110 | 1,844.00- | | | | |
| 07-12-01 | | COLLECTIONS | 196 | 87,388.97- | 2,019,302.09 | | 87,388.97 | 7,319,267.34- |
| 07-13-01 | 071201 | SALES BT 238 | 100 | 2,842.89 | | | | |
| 07-16-01 | | COLLECTIONS | 196 | 20,594.76- | 2,001,350.32 | | 20,594.76 | 7,298,872.58- |
| 07-16-01 | 071301 | SALES BT 239 | 100 | 1,448.27 | | | | |
| BALANCE FORWARD | | CHARGE BACK | 194 | 9,594.15- | 1,993,204.43 | | | 7,298,872.58- |

CONTINUED ON NEXT PAGE