**GMAC COMMERCIAL CREDIT LLC**

# Client Ledger Account

- - - C L I E N T - - -
SENECA SPORTS INC

75 FORTUNE BLVE
MILFORD MASS

01757

-NO-
1024-00

AS OF DATE
07-31-01

ACCOUNT EXECUTIVE
FITZGERALD,P

- - - T Y P E - - -
COLLECTION
CURRENCY - USD

PAGE NO. 2

| MONTH | RECEIVABLE AMOUNT | ASSIGNED AV.DUE DATE |
|---|---|---|
| 07-01 | 202,970 | 09-18-01 |
| 06-01 | 172,036 | 08-21-01 |
| 05-01 | 536,699 | 07-13-01 |
| 04-01 | 627,776 | 06-20-01 |

COLLS.NOT TRANSFERRED 527,808.34

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | 1,993,204.43 | | | 7,298,672.58- |
| 07-16-01 | | COLLECTIONS | 196 | 15,669.83- | 1,977,534.60 | | 15,669.83 | 7,283,002.75- |
| 07-17-01 | 071601 | SALES BT 240 | 100 | 5,040.00 | | | | |
| 07-17-01 | | CHARGE BACK | 194 | 5.12 | | | | |
| 07-17-01 | | COLLECTIONS | 196 | 105.84- | 1,982,473.88 | | 105.84 | 7,282,896.91- |
| 07-18-01 | 071701 | SALES BT 241 | 100 | 4,719.24 | | | | |
| 07-18-01 | | CHARGE BACK | 194 | 6,241.00- | 1,980,952.12 | | | 7,282,896.91- |
| 07-19-01 | 071801 | SALES BT 242 | 100 | 15,267.01 | | | | |
| 07-19-01 | | CHARGE BACK | 194 | 69.09 | | | | |
| 07-19-01 | | COLLECTIONS | 196 | 11,976.88- | 1,984,311.34 | | 11,976.88 | 7,270,920.03- |
| 07-20-01 | 071801 | SALES BT 244 | 100 | 900.00 | | | | |
| 07-20-01 | 071801 | SALES BT 245 | 100 | 8,727.29 | | | | |
| 07-20-01 | 071801 | CREDIT BT 243 | 110 | 17,826.00- | | | | |
| 07-20-01 | | COLLECTIONS | 196 | 181,719.97- | 1,794,392.66 | | 181,719.97 | 7,089,200.06- |
| 07-23-01 | | CASH ADVANCE | 140 | | | 154.50- | | |
| 07-23-01 | | COLLECTIONS | 196 | 57,404.40- | 1,736,988.26 | | 57,404.40 | 7,031,950.16- |
| 07-24-01 | 072001 | SALES BT 246 | 100 | 7,854.25 | | | | |
| 07-24-01 | 070101 | SALES BT 247 | 100 | 14,206.33 | | | | |
| 07-24-01 | | CHARGE BACK | 194 | 12,990.88- | | | | |
| 07-24-01 | | COLLECTIONS | 196 | 1,759.10- | 1,744,298.86 | | 1,759.10 | 7,030,191.06- |
| 07-25-01 | | CHARGE BACK | 194 | 4,876.80- | 1,739,422.06 | | | 7,030,191.06- |
| 07-26-01 | 072401 | SALES BT 249 | 100 | 20,905.28 | | | | |
| 07-26-01 | 072501 | CREDIT BT 248 | 110 | 8,499.15- | | | | |
| 07-26-01 | | CHARGE BACK | 194 | 6,244.17- | | | | |
| 07-26-01 | | COLLECTIONS | 196 | 1,817.72- | 1,743,766.30 | | 1,817.72 | 7,028,373.34- |
| 07-27-01 | 072601 | SALES BT 250 | 100 | 11,158.96 | | | | |
| 07-27-01 | | MISC CHG/CR | 190 | | | 4,951.93- | | |
| BALANCE FORWARD | | | | | 1,754,925.26 | | | 7,033,325.27- |

CONTINUED ON NEXT PAGE

FORM 1750

**GMAC**
**COMMERCIAL CREDIT LLC**

# Client Ledger Account

| --- CLIENT --- | -NO- | --- TYPE --- | | |
|---|---|---|---|---|
| SENECA SPORTS INC | 1024-00 | COLLECTION | | PAGE NO. 3 |
| 75 FORTUNE BLVE | AS OF DATE | CURRENCY - USD | | |
| MILFORD MASS | 07-31-01 | | | |
| 01757 | ACCOUNT EXECUTIVE | | | |
| | FITZGERALD,P | | | |

| MONTH | RECEIVABLE AMOUNT | ASSIGNED AV.DUE DATE |
|---|---|---|
| 07-01 | 202,970 | 09-18-01 |
| 06-01 | 172,036 | 08-21-01 |
| 05-01 | 536,599 | 07-13-01 |
| 04-01 | 627,776 | 06-20-01 |

COLLS.NOT TRANSFERRED 527,808.34

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| BALANCE CARRIED | | FORWARD | | | 1,754,925.28 | | | 7,033,325.27- |
| 07-27-01 | | MISC CHG/CR | 190 | | | 508.50- | | |
| 07-27-01 | | MISC CHG/CR | 190 | | | 498.50- | | |
| 07-27-01 | 070101 | MISC CHG/CR | 190 | | | 130.00- | | |
| 07-27-01 | | COLLECTIONS | 196 | 225,799.88- | 1,529,125.38 | | 225,799.88 | 6,808,660.39- |
| 07-30-01 | 072701 | SALES BT 251 | 100 | 57,087.94 | | | | |
| 07-30-01 | | MISC CHG/CR | 190 | | | 83.00- | | |
| 07-30-01 | 070101 | MISC CHG/CR | 190 | | | 3,528.82- | | |
| 07-30-01 | 070101 | MISC CHG/CR | 190 | | | 480.92- | | |
| 07-30-01 | 070101 | OVERADV CHGE | 190 | | | 15,439.31- | | |
| 07-30-01 | | COLLECTIONS | 196 | 110,339.53- | 1,475,873.79 | | 110,339.53 | 6,717,852.91- |
| 07-31-01 | | CASH ADVANCE | 140 | | | 8,106.00- | | |
| 07-31-01 | | D.A.B. 100800 | 185 | | | 324.97- | | |
| 07-31-01 | | MISC CHG/CR | 190 | | | 318.25- | | |
| 07-31-01 | | MISC CHG/CR | 190 | | | 245.50- | | |
| 07-31-01 | 070101 | MISC CHG/CR | 190 | | | 25.36- | | |
| 07-31-01 | 070101 | MIN COMM CHGE | 190 | | | 23,813.00- | | |
| 07-31-01 | | CHARGE BACK | 194 | 62.37 | | | | |
| 07-31-01 | | INTEREST | 195 | | | 9.15- | | |
| 07-31-01 | | COMMISSN | 195 | | | 2,745.59- | | |
| 07-31-01 | | COLLECTIONS | 196 | 43,853.39- | | | 43,853.39 | |
| 07-31-01 | 073001 | COLLEC. 100800 | 196 | | 1,432,082.77 | 18.00- | | 6,709,605.34- |
| 07-31-01 | | INT ON AVG BAL | 001 | | 1,432,082.77 | 50,224.44- | | 6,759,829.78- |
| MONTH END BALANCE | | | | 874,066.30- | 1,432,082.77 | 114,966.74- | 985,100.95 | 6,759,829.78- |

| | AVG.BALANCE | RATE | AMOUNT |
|---|---|---|---|
| INTEREST ON AVERAGE ADVANCES | 7,290,643.59- @ | 8.000 % | 50,224.44- |

FORM 1750

**GMAC COMMERCIAL CREDIT LLC**

# Client Ledger Account

--- CLIENT ---
SENECA SPORTS INC

75 FORTUNE BLVE
MILFORD MASS

01757

-NO-
1024-00

AS OF DATE
07-31-01

ACCOUNT EXECUTIVE
FITZGERALD,P

--- TYPE ---
COLLECTION
CURRENCY - USD

PAGE NO. 4

| MONTH | RECEIVABLE ASSIGNED AMOUNT | AV.DUE DATE |
|---|---|---|
| 07-01 | 202,970 | 09-18-01 |
| 06-01 | 172,036 | 08-21-01 |
| 05-01 | 536,699 | 07-13-01 |
| 04-01 | 627,776 | 06-20-01 |

COLLS.NOT TRANSFERRED 527,808.34

MONTHLY SUMMARY

| | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- CR |
|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | 2,306,149.07 | | | 7,629,963.99- |
| TOTAL SALES | 100 | 249,543.85 | 2,555,692.92 | | | |
| TOTAL CREDITS | 110 | 46,573.95- | 2,509,118.97 | | | |
| TOTAL WIRES | 140 | | | 11,623.50- | | 7,641,587.49- |
| TOTAL BANK CHARGES | 185 | | | 324.97- | | 7,641,912.46- |
| TOTAL MISC. CHARGE/CREDIT | 190 | | | 50,021.09- | | 7,691,933.55- |
| TOTAL CHARGE BACKS | 194 | 91,935.25- | 2,417,183.72 | | | |
| TOTAL MONTH-END CHARGES | 195 | | | 2,754.74- | | 7,694,688.29- |
| TOTAL COLLECTIONS | 196 | 985,100.95- | 1,432,082.77 | 18.00- | 985,100.95 | 6,709,605.34- |
| TOTAL INTEREST ON BALANCE | 001 | | | 50,224.44- | | 6,759,829.78- |
| MONTH END BALANCE | | | 1,432,082.77 | | | 6,759,829.78- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS; IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

FORM 1766

AR37RP

RUN DATE 07/31/2001

GMAC COMMERCIAL CREDIT LLC

STATEMENT OF ACCOUNTS RECEIVABLE

PAGE NO. 1

SENECA SPORTS INC
75 FORTUNE BLVE
MILFORD MASS
01757

CLIENT 102400

MONTH ENDING - JULY 31, 2001

CURRENCY - USD

BALANCE FORWARD
$2,288,308.51

| POST DATE | CLIENT # | TRANS | CASH APPLIC.DATE | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 07/02/2001 | 102400 | CASH | 07/02/2001 | | $6,712.58 | $2,281,595.93 |
| 07/03/2001 | 102400 | SALES | | $35,613.52 | | $2,317,209.45 |
| 07/03/2001 | 102400 | CASH | 07/03/2001 | | $161,658.18 | $2,155,551.27 |
| 07/04/2001 | 102400 | CASH | 07/04/2001 | | $514.46 | $2,155,036.81 |
| 07/05/2001 | 102400 | JOURNALS | | | $36,948.55 | $2,118,088.26 |
| 07/05/2001 | 102400 | CASH | 07/05/2001 | | $36,914.30 | $2,081,173.96 |
| 07/06/2001 | 102400 | JOURNALS | | | $15,806.45 | $2,065,367.51 |
| 07/06/2001 | 102400 | CASH | 07/06/2001 | | $3,030.60 | $2,062,336.91 |
| 07/09/2001 | 102400 | JOURNALS | | $723.33 | | $2,063,060.24 |
| 07/09/2001 | 102400 | CASH | 07/09/2001 | | $87,388.97 | $1,975,671.27 |
| 07/10/2001 | 102400 | SALES | | $1,890.39 | | $1,977,561.66 |
| 07/10/2001 | 102400 | JOURNALS | | | $47.10 | $1,977,514.56 |
| 07/10/2001 | 102400 | CASH | 07/10/2001 | | $20,594.76 | $1,956,919.80 |
| 07/11/2001 | 102400 | SALES | | $26,542.75 | | $1,983,462.55 |
| 07/11/2001 | 102400 | JOURNALS | | | $46.05 | $1,983,416.50 |
| 07/11/2001 | 102400 | CASH | 07/11/2001 | | $15,669.83 | $1,967,746.67 |
| 07/12/2001 | 102400 | SALES | | $15,409.68 | | $1,983,156.35 |
| 07/12/2001 | 102400 | CASH | 07/12/2001 | | $105.84 | $1,983,050.51 |
| 07/13/2001 | 102400 | SALES | | | $118.85 | $1,982,931.66 |
| 07/16/2001 | 102400 | SALES | | $2,642.99 | | $1,985,574.65 |
| 07/16/2001 | 102400 | JOURNALS | | | $9,594.16 | $1,975,980.49 |
| 07/16/2001 | 102400 | CASH | 07/16/2001 | | $11,976.88 | $1,964,003.61 |
| 07/17/2001 | 102400 | SALES | | $6,488.27 | | $1,970,491.88 |
| 07/17/2001 | 102400 | JOURNALS | | $5.12 | | $1,970,497.00 |
| 07/17/2001 | 102400 | CASH | 07/17/2001 | | $181,719.97 | $1,788,777.03 |
| 07/18/2001 | 102400 | JOURNALS | | | $6,241.00 | $1,782,536.03 |
| 07/18/2001 | 102400 | CASH | 07/18/2001 | | $57,404.40 | $1,725,131.63 |
| 07/18/2001 | 102400 | SALES | | $4,719.24 | | $1,729,850.87 |
| 07/19/2001 | 102400 | JOURNALS | | $69.09 | | $1,729,919.96 |
| 07/19/2001 | 102400 | CASH | 07/19/2001 | | $1,759.10 | $1,728,160.86 |
| 07/20/2001 | 102400 | SALES | | | $1,658.99 | $1,726,501.87 |
| 07/23/2001 | 102400 | SALES | | $8,727.29 | | $1,735,229.16 |
| 07/23/2001 | 102400 | CASH | 07/23/2001 | | $1,817.72 | $1,733,411.44 |
| 07/24/2001 | 102400 | JOURNALS | | | $12,990.88 | $1,720,420.56 |
| 07/24/2001 | 102400 | CASH | 07/24/2001 | | $225,799.88 | $1,494,620.68 |
| 07/25/2001 | 102400 | SALES | | $22,060.58 | | $1,516,681.26 |
| 07/25/2001 | 102400 | JOURNALS | | | $4,876.80 | $1,511,804.46 |
| 07/25/2001 | 102400 | CASH | 07/25/2001 | | $110,339.53 | $1,401,464.93 |
| 07/26/2001 | 102400 | JOURNALS | | | $6,244.17 | $1,395,220.76 |
| 07/26/2001 | 102400 | CASH | 07/26/2001 | | $43,853.39 | $1,351,367.37 |

AR37RP

RUN DATE 07/31/2001

GMAC COMMERCIAL CREDIT LLC

STATEMENT OF ACCOUNTS RECEIVABLE

PAGE NO. 2

SENECA SPORTS INC
75 FORTUNE BLVE
MILFORD MASS
01757

CLIENT
102400

MONTH ENDING - JULY 31, 2001

CURRENCY - USD

BALANCE FORWARD
$2,288,308.51

| POST DATE | CLIENT # | TRANS | CASH APPLIC.DATE | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 07/27/2001 | 102400 | SALES | | $12,408.13 | | $1,363,773.50 |
| 07/27/2001 | 102400 | CASH | 07/27/2001 | | $881.98 | $1,362,891.52 |
| 07/30/2001 | 102400 | SALES | | $11,158.96 | | $1,374,050.48 |
| 07/30/2001 | 102400 | CASH | 07/30/2001 | | $25,972.54 | $1,348,077.94 |
| 07/31/2001 | 102400 | SALES | | $57,087.94 | | $1,405,165.88 |
| 07/31/2001 | 102400 | JOURNALS | | $62.37 | | $1,405,228.25 |
| 07/31/2001 | 102400 | CASH | 07/31/2001 | | $500,953.82 | $904,274.43 |
| CLIENT TOTALS | | | | $205,607.65 | $1,589,641.73 | $904,274.43 |

AR43RP

GMAC COMMERCIAL CREDIT LLC
SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS

CLIENT NO. 102400
CLIENT NAME SENECA SPORTS INC

RUN DATE 07-31-01

CURRENCY: U.S. DOLLAR

PAGE NO. 1

| --NOTICE-- DATE | NO. | OUR J/E DATE | REF. NO. | TR. NO. | MESSAGE | VALUE DATE | INT. DYS | -----INTEREST----- ---CALCULATION--- INTEREST DR. CR.- | DISCOUNT DR. CR.- | COMMISSION DR. CR.- | TOTAL CHARGES DR. CR.- | TOTAL CHARGES PER CUSTOMER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSTOMER NO. 008-857-7 ACADEMY LTD | | | | | | 1800 N MASON RD | | | KATY | | TX 77449 | |
| 07-24-01 | 008 | 07-24-01 | 91302 | 060 | REG-C/B | 06-18-01 | 43 | $.00 | $.00 | $.00 | $47.52 | |
| CUSTOMER NO. 027-663-4 AMES DEPT STORE #2 | | | | | | 2418 MAIN ST | | | ROCKY HILL | | CT 06067 | $47.52 * |
| 07-06-01 | 022 | 07-06-01 | 11507 | 060 | REG-C/B | 06-04-01 | 57 | $.00 | $.00 | $.00 | $3,564.96 | |
| 07-24-01 | 023 | 07-24-01 | 91300 | 060 | REG-C/B | 06-24-01 | 37 | $.00 | $.00 | $.00 | $3,693.40 | |
| 07-24-01 | 024 | 07-24-01 | 91301 | 060 | REG-C/B | 06-19-01 | 42 | $.00 | $.00 | $.00 | $939.94 | |
| CUSTOMER NO. 086-192-2 BIG LOTS INC | | | | | | 300 PHILLIPI RD | | | COLUMBUS | | OH 43228 | $8,198.30 * |
| 07-18-01 | 176 | 07-18-01 | 80087 | 060* | REG-C/B | 04-29-01 | 93 | $.00 | $.00 | $.00 | $6,241.00 | |
| CUSTOMER NO. 286-168-0 ERG CORPORATION | | | | | | 587 WILLOW AVE. | | | CEDARHURST | | NY 11516 | $6,241.00 * |
| 07-26-01 | 254 | 07-26-01 | 12218 | 060 | REG-C/B | 05-25-01 | 67 | $.00 | $.00 | $.00 | $6,244.17 | |
| CUSTOMER NO. 291-309-3 EXCELLENCE IN MOTIVATION | | | | | | 6 NORTH MAIN STREET | | | DAYTON | | OH 45402 | $6,244.17 * |
| 07-10-01 | 271 | 07-10-01 | 51460 | 060 | REG-C/B | 03-05-01 | 148 | $.00 | $.00 | $.00 | $47.10 | |
| CUSTOMER NO. 317-554-4 FINGERHUT CO INC | | | | | | 4400 BAKER ROAD | | | MINNETONKA | | MN 55343 | $47.10 * |
| 07-05-01 | 367 | 07-05-01 | 00869 | 150 | REFUNDS | 06-19-01 | 42 | $.00 | $.00 | $.00 | $51.45- | |
| 07-17-01 | 619 | 07-17-01 | 20939 | 150 | REFUNDS | 07-09-01 | 22 | $.00 | $.00 | $.00 | $5.12- | |
| 07-19-01 | 284 | 07-19-01 | 40867 | 150 | REFUNDS | 07-09-01 | 22 | $.00 | $.00 | $.00 | $69.09- | |
| 07-31-01 | 168 | 07-31-01 | 61088 | 150 | REFUNDS | 07-17-01 | 14 | $.00 | $.00 | $.00 | $62.37- | |
| CUSTOMER NO. 394-417-0 HARLEY-DAVIDSON | | | | | | GREAT LAKES CROSSING | | | AUBURN HILLS | | MI 48626 | $188.03-* |
| 07-11-01 | 587 | 07-11-01 | 62251 | 060 | REG-C/B | 04-26-01 | 96 | $.00 | $.00 | $.00 | $46.05 | |
| | | | | | | | | | | | | $46.05 * |

GMAC_LANDAY00037

AR43RP

GMAC COMMERCIAL CREDIT LLC
SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS

CLIENT NO. 102400
CLIENT NAME SENECA SPORTS INC

RUN DATE 07-31-01

PAGE NO. 2

CURRENCY: U.S. DOLLAR

| --NOTICE-- DATE | NO. | OUR J/E DATE | REF. NO. | TR. NO. | MESSAGE | VALUE DATE | INT. DYS | -----INTEREST----- ---CALCULATION--- INTEREST DR. CR.- | DISCOUNT DR. CR.- | COMMISSION DR. CR.- | TOTAL CHARGES DR. CR.- | TOTAL CHARGES PER CUSTOMER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSTOMER NO. 482-808-3 | | K B TOYS | | | | 100 WEST ST | | | PITTSFIELD | | MA 01201 | |
| 07-16-01 | 486 | 07-16-01 | 11626 | 060 | REG-C/B | 05-19-01 | 73 | $.00 | $.00 | $.00 | $9,700.00 | |
| 07-24-01 | 380 | 07-24-01 | 91305 | 060 | REG-C/B | 06-03-01 | 58 | $.00 | $.00 | $.00 | $134.55 | |
| | | | | | | | | | | | | $9,834.55 * |
| CUSTOMER NO. 591-502-0 | | MARTIN DISTRIBUTING CO | | | | 3721 DECOURSEY AVE | | | COVINGTON | | KY 41015 | |
| 07-06-01 | 529 | 07-06-01 | 11520 | 060 | REG-C/B | 05-16-01 | 76 | $.00 | $.00 | $.00 | $84.60 | |
| | | | | | | | | | | | | $84.60 * |
| CUSTOMER NO. 606-704-5 | | MEIJER INC | | | | 2929 WALKER AVE | | | GRAND RAPID | | MI 49504 | |
| 07-06-01 | 540 | 07-06-01 | 11504 | 060 | REG-C/B | 06-14-01 | 47 | $.00 | $.00 | $.00 | $384.90 | |
| 07-06-01 | 541 | 07-06-01 | 11524 | 060 | REG-C/B | 06-02-01 | 59 | $.00 | $.00 | $.00 | $18.20 | |
| 07-06-01 | 542 | 07-06-01 | 11529 | 060 | REG-C/B | 06-06-01 | 55 | $.00 | $.00 | $.00 | $128.33 | |
| 07-09-01 | 798 | 07-09-01 | 40958 | 150 | REFUNDS | 07-02-01 | 29 | $.00 | $.00 | $.00 | $723.33- | |
| 07-24-01 | 458 | 07-24-01 | 91308 | 060 | REG-C/B | 06-17-01 | 44 | $.00 | $.00 | $.00 | $41.92 | |
| | | | | | | | | | | | | $149.98-* |
| CUSTOMER NO. 628-135-6 | | MODELL HENRY J & CO INC | | | | 498 SEVENTH AVE | | | NEW YORK | | NY 10018 | |
| 07-06-01 | 559 | 07-06-01 | 11506 | 060 | REG-C/B | 06-12-01 | 49 | $.00 | $.00 | $.00 | $123.12 | |
| 07-24-01 | 468 | 07-24-01 | 91308 | 060 | REG-C/B | 06-19-01 | 42 | $.00 | $.00 | $.00 | $337.20 | |
| | | | | | | | | | | | | $460.32 * |
| CUSTOMER NO. 645-351-8 | | MYER MILTON D CO | | | | ROTHESWAY AVE | | | CARNEGIE | | PA 15106 | |
| 07-06-01 | 569 | 07-06-01 | 11538 | 060 | REG-C/B | 05-08-01 | 84 | $.00 | $.00 | $.00 | $8,515.72 | |
| | | | | | | | | | | | | $8,515.72 * |
| CUSTOMER NO. 702-349-2 | | PENNEY J C CO INC | | | | P O BOX 45056 | | | SALT LAKE CITY | | UT 84145-0056 | |
| 07-05-01 | 766 | 07-05-01 | 01353 | 060 | REG-C/B | 02-12-01 | 169 | $.00 | $.00 | $.00 | $37,000.00 | |
| | | | | | | | | | | | | $37,000.00 * |
| CUSTOMER NO. 707-314-1 | | PEYTONS SOUTHEAST INC | | | | P O BOX 34250 | | | LOUISVILLE | | KY 40232 | |
| 07-25-01 | 186 | 07-25-01 | 50593 | 060* | REG-C/B | 03-01-01 | 152 | $.00 | $.00 | $.00 | $4,876.80 | |
| | | | | | | | | | | | | $4,876.80 * |

AR43RP

GMAC COMMERCIAL CREDIT LLC
SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS

CLIENT NO. 102400
CLIENT NAME SENECA SPORTS INC

RUN DATE 07-31-01

PAGE NO. 3

CURRENCY: U.S. DOLLAR

| --NOTICE-- DATE | NO. | OUR J/E DATE | REF. NO. | TR. NO. | MESSAGE | VALUE DATE | -----INTEREST----- ---CALCULATION--- INT. DYS | INTEREST DR. CR.- | DISCOUNT DR. CR.- | COMMISSION DR. CR.- | TOTAL CHARGES DR. CR.- | TOTAL CHARGES PER CUSTOMER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSTOMER NO. 914-715-8 TOYS R US | | | | | | 225 SUMMIT AVE | | | MONTVALE | | NJ 07645 | |
| 07-06-01 | 813 | 07-06-01 | 11533 | 060 | REG-C/B | 04-24-01 | 98 | $.00 | $.00 | $.00 | $148.96 | |
| 07-06-01 | 812 | 07-06-01 | 11518 | 060 | REG-C/B | 04-15-01 | 107 | $.00 | $.00 | $.00 | $2,837.66 | |
| 07-24-01 | 858 | 07-24-01 | 91292 | 060 | REG-C/B | 05-17-01 | 75 | $.00 | $.00 | $.00 | $3,420.50 | |
| 07-24-01 | 857 | 07-24-01 | 91298 | 060 | REG-C/B | 05-12-01 | 80 | $.00 | $.00 | $.00 | $4,375.85 | |
| | | | | | | | | | | | | $10,782.97 * |
| CUSTOMER NO. 927-237-8 UNIDENTIFIED CASH | | | | | | 1 PENN PLAZA | | | NEW YORK | | NY 10118 | |
| 07-16-01 | 913 | 07-16-01 | 11138 | 150 | REFUNDS | 07-06-01 | 25 | $.00 | $.00 | $.00 | $105.84- | |
| TOTAL CHARGES FOR CLIENT | | | | | | | | | | | | $105.84-* |

30

| | | |
|---|---|---|
| TOTAL CHARGES/CREDIT-EXCLUSIVE OF INTEREST--- | $91,935.25 | |
| TOTAL INTEREST CHARGES/CREDITS | $.00 | |
| TOTAL ALL CHARGES/CREDITS | $91,935.25 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ** CHANGES OF TERMS ** | INTEREST - | $.00 | DISCOUNT - | $.00 | COMMISSION - | $.00 | TOTAL - | $.00 * |
| ** AUTO CHGEBACKS ** | INTEREST - | $.00 | DISCOUNT - | $.00 | | $.00 | TOTAL - | $.00 * |
| ** REG CHGEBACKS ** | INTEREST - | $.00 | DISCOUNT - | $.00 | | $.00 | TOTAL - | $92,952.45 * |
| ** R E F U N D S ** | INTEREST - | $.00 | DISCOUNT - | $.00 | | $.00 | TOTAL - | $1,017.20-* |
| ** INTEREST CLAIMS ** | INTEREST - | $.00 | DISCOUNT - | $.00 | | $.00 | TOTAL - | $.00 * |

GMAC COMMERCIAL CREDIT LLC

MONTHLY FACTORED SALES ANALYSIS

DISCOUNT ANALYSIS

CLIENT NAME: SENECA SPORTS INC
CLIENT NO. 102400
PERIOD: JULY 31, 2001

PAGE 1

| DISC % | GROSS SALES | MISC | SALES DISCOUNT | NET SALES BEFORE CR | CREDITS | CREDIT DISCOUNT | NET SALES |
|---|---|---|---|---|---|---|---|
| NET | 249,543.85 | | | 249,543.85 | 46,573.95- | | 202,969.90 |
| TOTAL | 249,543.85 | .00 | .00 | 249,543.85 | 46,573.95- | .00 | 202,969.90 |

COMMISSION ANALYSIS

| DISC % | OPT DAYS (TERMS) | DUE DAYS (TERMS) | EXTRA DAYS CODE | | AS OF DATE | FINAL DAYS | DISC SALES BY TERMS | COMM RATE | COMM AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|
| NET | 030 | 030 | 000 | 0 | | 30 | 32,271.89 | 0.6500% | 209.77 | |
| NET | 031 | 031 | 000 | 0 | | 31 | 18,740.00 | 0.6500% | 108.81 | |
| NET | 045 | 045 | 000 | 0 | | 45 | 55,200.00 | 0.6500% | 358.80 | |
| NET | 060 | 060 | 000 | 0 | | 60 | 85,104.04 | 0.6500% | 553.21 | |
| NET | 010 | 010 | 000 | 0 | 07-02-2001 | 10 | 18,804.80- | | | |
| NET | 010 | 010 | 000 | 0 | 07-11-2001 | 10 | 1,644.00- | | | |
| NET | 010 | 010 | 000 | 0 | 07-18-2001 | 10 | 17,828.00- | | | |
| NET | 010 | 010 | 000 | 0 | 07-25-2001 | 10 | 5,325.15- | | | |
| NET | 010 | 010 | 000 | 0 | 07-26-2001 | 10 | 2,174.00- | | | |
| | MINIMUM COMMISSION | | | | | | 60,227.92 | | 1,515.00 | 303 INV @ $5.00 |
| TOTAL | | | | | | | 202,969.90 | | 2,745.59 | |

SUMMARY OF ACCOUNT SALES

| GROSS SALES | CREDITS | GROSS SALES LESS CREDITS | TOTAL DISCOUNT | NET SALES AFTER DISC | AVERAGE DUE DATE | INTEREST ON COMM |
|---|---|---|---|---|---|---|
| 249,543.85 * | 46,573.95-* | 202,969.90 * | .00 * | 202,969.90 * | 09-18-2001 | 9.15 * |

**GMAC**
**COMMERCIAL CREDIT LLC**

# Client Ledger Account

--- C L I E N T ---
SENECA SPORTS INC

75 FORTUNE BLVE
MILFORD MASS

01757

-NO-
1024-00

AS OF DATE
08-31-01

ACCOUNT EXECUTIVE
FITZGERALD,P

--- T Y P E ---
COLLECTION
CURRENCY - USD

PAGE NO. 1

| MONTH | RECEIVABLE ASSIGNED AMOUNT | AV. DUE DATE |
|---|---|---|
| 08-01 | 431,404 | 10-17-01 |
| 07-01 | 202,970 | 09-18-01 |
| 06-01 | 172,036 | 08-21-01 |
| 05-01 | 536,699 | 07-13-01 |

COLLS.NOT TRANSFERRED 53,816.48

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | 1,432,082.77 | | | 6,759,829.78- |
| 08-01-01 | 080101 | SALES BT 252 | 100 | 44,850.16 | | | | |
| 08-01-01 | | CASH ADVANCE | 140 | | | 5,100.00- | | |
| 08-01-01 | | CASH ADVANCE | 140 | | | 501.50- | | |
| 08-01-01 | | CHARGE BACK | 194 | 60,513.59- | | | | |
| 08-01-01 | | COLLECTIONS | 196 | 881.98- | 1,415,537.36 | | 881.98 | 6,764,549.30- |
| 08-02-01 | 080101 | SALES BT 253 | 100 | 64,858.63 | | | | |
| 08-02-01 | | MISC CHG/CR | 190 | | | 151.00- | | |
| 08-02-01 | | MISC CHG/CR | 190 | | | 86.00- | | |
| 08-02-01 | | COLLECTIONS | 196 | 25,972.54- | | | 25,972.54 | |
| 08-02-01 | 080101 | COLLECTIONS | 196 | 493,517.51 | 1,947,940.96 | 493,517.51- | | 7,232,311.27- |
| 08-03-01 | 080201 | SALES BT 254 | 100 | 1,715.22 | | | | |
| 08-03-01 | | CASH ADVANCE | 140 | | | 147.50- | | |
| 08-03-01 | | COLLECTIONS | 196 | 500,953.82- | 1,448,702.36 | | 500,953.82 | 6,731,504.95- |
| 08-06-01 | 080301 | SALES BT 255 | 100 | 29,956.21 | | | | |
| 08-06-01 | | LC# 41865 | 170 | | | | 75.00 | |
| 08-06-01 | | LC CHGE 100800 | 185 | | 1,478,658.57 | 75.00- | | 6,731,504.95- |
| 08-07-01 | | CHARGE BACK | 194 | 49,638.60- | | | | |
| 08-07-01 | | COLLECTIONS | 196 | 73.75- | 1,428,946.22 | | 73.75 | 6,731,431.20- |
| 08-08-01 | 080701 | SALES BT 256 | 100 | 10,928.47 | | | | |
| 08-08-01 | | CASH ADVANCE | 140 | | | 6,628.00- | | |
| 08-08-01 | | CASH ADVANCE | 140 | | | 5.63- | | |
| 08-08-01 | | CASH ADVANCE | 140 | | | 4.63- | | |
| 08-08-01 | | CHARGE BACK | 194 | 1,992.50- | | | | |
| 08-08-01 | | COLLECTIONS | 196 | 18,891.84- | 1,418,990.35 | | 18,891.84 | 6,719,177.62- |
| 08-09-01 | 080801 | SALES BT 257 | 100 | 10,731.60 | | | | |
| 08-09-01 | 080101 | MISC CHG/CR | 190 | | | | 23,668.20 | |
| BALANCE FORWARD | | | | | 1,429,721.95 | | | 6,695,509.42- |

CONTINUED ON NEXT PAGE

**GMAC**
**COMMERCIAL CREDIT LLC**

# Client Ledger Account

--- C L I E N T ---
SENECA SPORTS INC

75 FORTUNE BLVE
MILFORD MASS

01757

-NO-
1024-00

AS OF DATE
08-31-01

ACCOUNT EXECUTIVE
FITZGERALD,P

--- T Y P E ---
COLLECTION
CURRENCY - USD

PAGE NO. 2

| MONTH | RECEIVABLE ASSIGNED AMOUNT | AV.DUE DATE |
|---|---|---|
| 08-01 | 431,404 | 10-17-01 |
| 07-01 | 202,970 | 09-18-01 |
| 06-01 | 172,036 | 08-21-01 |
| 05-01 | 536,699 | 07-13-01 |

COLLS.NOT TRANSFERRED 53,816.48

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | 1,429,721.95 | | | |
| 08-09-01 | | COLLECTIONS | 196 | 3,576.24- | 1,426,145.71 | | | 6,695,509.42- |
| 08-10-01 | 080901 | SALES BT 258 | 100 | 1,630.81 | | | 3,576.24 | 6,691,933.18- |
| 08-10-01 | | COLLECTIONS | 196 | 6,406.22- | 1,421,370.30 | | | |
| 08-13-01 | | CASH ADVANCE | 140 | | | 122.00- | 6,406.22 | 6,685,526.96- |
| 08-13-01 | | COLLECTIONS | 196 | 48,319.49- | 1,373,050.81 | | | |
| 08-14-01 | | CHARGE BACK | 194 | 272.40 | | | 48,319.49 | 6,637,329.47- |
| 08-14-01 | | COLLECTIONS | 196 | 401.82- | 1,372,921.39 | | | |
| 08-15-01 | 081001 | SALES BT 259 | 100 | 5,155.27 | | | 401.82 | 6,636,927.65- |
| 08-15-01 | | WIRE | 140 | | | 191,400.54- | | |
| 08-15-01 | 081401 | WIRE | 175 | | | | 400,000.00 | |
| 08-15-01 | | COLLECTIONS | 196 | 10,517.21- | 1,367,559.45 | | | |
| 08-16-01 | 081501 | SALES BT 260 | 100 | 2,075.23 | | | 10,517.21 | 6,417,810.98- |
| 08-16-01 | | WIRE | 140 | | | 80,214.17- | | |
| 08-16-01 | | CHARGE BACK | 194 | 23.03 | | | | |
| 08-16-01 | | COLLECTIONS | 196 | 3,131.91- | 1,366,525.80 | | | |
| 08-17-01 | 081601 | SALES BT 261 | 100 | 24,349.23 | | | 3,131.91 | 6,494,893.24- |
| 08-17-01 | | WIRE | 140 | | | 47,168.42- | | |
| 08-17-01 | 081701 | MISC CHG/CR | 190 | | | 400,000.00- | | |
| 08-17-01 | | CHARGE BACK | 194 | 14.23 | | | | |
| 08-17-01 | | COLLECTIONS | 196 | 18,560.98- | 1,372,328.28 | | | |
| 08-20-01 | 081701 | SALES BT 262 | 100 | 14,216.35 | | | 18,560.98 | 6,923,498.68- |
| 08-20-01 | | WIRE | 140 | | | 21,032.76- | | |
| 08-20-01 | | CHARGE BACK | 194 | 156.00 | | | | |
| 08-20-01 | | COLLECTIONS | 196 | 478.32- | 1,386,222.31 | | | |
| 08-21-01 | 082001 | SALES BT 263 | 100 | 5,822.31 | | | 478.32 | 6,944,053.12- |
| 08-21-01 | | CASH ADVANCE | 140 | | | 144.00- | | |
| BALANCE FORWARD | | | | | 1,392,044.62 | | | 6,944,197.12- |

CONTINUED ON NEXT PAGE

**GMAC**
**COMMERCIAL CREDIT LLC**

# Client Ledger Account

--- C L I E N T ---
SENECA SPORTS INC

75 FORTUNE BLVE
MILFORD MASS
01757

-NO-
1024-00

AS OF DATE
08-31-01

ACCOUNT EXECUTIVE
FITZGERALD,P

--- T Y P E ---
COLLECTION
CURRENCY - USD

PAGE NO. 3

| MONTH | RECEIVABLE AMOUNT | ASSIGNED AV.DUE DATE |
|---|---|---|
| 08-01 | 431,404 | 10-17-01 |
| 07-01 | 202,970 | 09-18-01 |
| 06-01 | 172,036 | 08-21-01 |
| 05-01 | 536,699 | 07-13-01 |

COLLS.NOT TRANSFERRED 53,816.48

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | 1,392,044.62 | | | |
| 08-21-01 | | WIRE | 140 | | | | | |
| 08-21-01 | 082101 | WIRE | 175 | | | 142,574.79- | | 6,944,197.12- |
| 08-21-01 | | COLLECTIONS | 196 | 9,295.98- | 1,382,748.64 | | 600,000.00 | |
| 08-22-01 | 082101 | SALES BT 264 | 100 | 2,234.95 | | | 9,295.98 | 6,477,475.93- |
| 08-22-01 | | WIRE | 140 | | | | | |
| 08-22-01 | 082101 | MISC CHG/CR | 190 | | | 26,266.83- | | |
| 08-22-01 | | CHARGE BACK | 194 | 42.11 | | 600,000.00- | | |
| 08-22-01 | | COLLECTIONS | 196 | 47,632.61- | | | | |
| 08-22-01 | 082101 | COLLEC. 100900 | 198 | | 1,337,393.09 | | 47,632.61 | |
| 08-23-01 | 082201 | SALES BT 265 | 100 | 9,889.50 | | 1,032.50- | | 7,057,142.45- |
| 08-23-01 | | CASH ADVANCE | 140 | | | | | |
| 08-23-01 | | WIRE | 140 | | | 1,784.05- | | |
| 08-23-01 | | CHARGE BACK | 194 | 1,701.52- | | 190,286.80- | | |
| 08-23-01 | | COLLEC. 100900 | 196 | | | | | |
| 08-23-01 | | COLLECTIONS | 198 | 1,483.45- | 1,344,097.62 | | 1,032.50 | |
| 08-24-01 | 082301 | SALES BT 266 | 100 | 82,941.75 | | | 1,483.45 | 7,246,697.35- |
| 08-24-01 | | WIRE | 140 | | | | | |
| 08-24-01 | | COLLECTIONS | 196 | 3,224.31- | 1,423,815.06 | 174,857.48- | | |
| 08-27-01 | 082401 | SALES BT 267 | 100 | 18,307.96 | | | 3,224.31 | 7,418,330.52- |
| 08-27-01 | | WIRE | 140 | | | | | |
| 08-27-01 | 080101 | OVERADV CHGE | 190 | | | 21,422.47- | | |
| 08-27-01 | | COLLECTIONS | 196 | 87,693.42- | 1,354,429.60 | 14,125.62- | | |
| 08-28-01 | 082701 | SALES BT 268 | 100 | 35,068.10 | | | 87,693.42 | 7,366,185.19- |
| 08-28-01 | | WIRE | 140 | | | | | |
| 08-28-01 | | CHARGE BACK | 194 | 2,258.00- | | 25,256.76- | | |
| 08-28-01 | | COLLECTIONS | 196 | 102.77- | 1,387,136.93 | | | |
| BALANCE FORWARD | | | | | 1,387,136.93 | | 102.77 | 7,391,339.18- |
| | | | | | | | | 7,391,339.18- |

CONTINUED ON NEXT PAGE

**GMAC**
**COMMERCIAL CREDIT LLC**

# Client Ledger Account

--- CLIENT ---
SENECA SPORTS INC

75 FORTUNE BLVE
MILFORD MASS
01757

-NO-
1024-00

AS OF DATE
08-31-01

ACCOUNT EXECUTIVE
FITZGERALD,P

--- TYPE ---
COLLECTION
CURRENCY - USD

PAGE NO. 4

| MONTH | RECEIVABLE AMOUNT | ASSIGNED AV.DUE DATE |
|---|---|---|
| 08-01 | 431,404 | 10-17-01 |
| 07-01 | 202,970 | 09-18-01 |
| 06-01 | 172,036 | 08-21-01 |
| 05-01 | 536,699 | 07-13-01 |

COLLS.NOT TRANSFERRED 53,816.48

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | 1,387,136.93 | | | 7,391,339.18- |
| 08-29-01 | 082801 | SALES BT 289 | 100 | 33,019.57 | | | | |
| 08-29-01 | | WIRE | 140 | | | 18,281.26- | | |
| 08-29-01 | | CHARGE BACK | 194 | 5,657.57- | | | | |
| 08-29-01 | | COLLECTIONS | 196 | 3,619.63- | 1,410,879.30 | | 3,619.63 | 7,406,000.81- |
| 08-30-01 | 082801 | SALES BT 270 | 100 | 29,638.16 | | | | |
| 08-30-01 | 080101 | MISC CHG/CR | 190 | | | 3,858.41- | | |
| 08-30-01 | | COLLECTIONS | 196 | 17,837.73- | 1,422,679.73 | | 17,837.73 | 7,392,021.49- |
| 08-31-01 | 083001 | SALES BT 271 | 100 | 4,014.12 | | | | |
| 08-31-01 | | WIRE CHARGES | 185 | | | 165.00- | | |
| 08-31-01 | | WIRE RECEIPTS | 185 | | | 10.00- | | |
| 08-31-01 | | WIRE RECEIPTS | 185 | | | 10.00- | | |
| 08-31-01 | | D.A.B. 100800 | 185 | | | 283.03- | | |
| 08-31-01 | 080101 | MISC CHG/CR | 190 | | | 18.98- | | |
| 08-31-01 | | INTEREST | 195 | | | 16.56- | | |
| 08-31-01 | | COMMISSN | 195 | | | 4,006.76- | | |
| 08-31-01 | | COLLECTIONS | 196 | 397.35- | 1,426,296.50 | | 397.35 | 7,396,134.47- |
| 08-31-01 | | INT ON AVG BAL | 001 | | 1,426,296.50 | 59,622.12- | | 7,455,756.59- |
| 08-31-01 | | INT ON AVG BAL | 001 | | 1,426,296.50 | | 40.77 | 7,455,715.82- |
| MONTH END BALANCE | | | | 5,786.27- | 1,426,296.50 | 2,530,155.88- | 1,834,269.84 | 7,455,715.82- |

| | AVG.BALANCE | RATE | AMOUNT |
|---|---|---|---|
| INTEREST ON AVERAGE ADVANCES | 6,980,400.09- @ | 9.919 % | 59,622.12- |
| INTEREST ON AVERAGE MATURED FUNDS | 12,902.90 @ | 3.669 % | 40.77 |

**GMAC**
**COMMERCIAL CREDIT LLC**

# Client Ledger Account

--- CLIENT ---
SENECA SPORTS INC

75 FORTUNE BLVE
MILFORD MASS

01757

-NO-
1024-00

AS OF DATE
08-31-01

ACCOUNT EXECUTIVE
FITZGERALD,P

--- TYPE ---
COLLECTION
CURRENCY - USD

PAGE NO. 5

| MONTH | RECEIVABLE ASSIGNED AMOUNT | AV.DUE DATE |
|---|---|---|
| 08-01 | 431,404 | 10-17-01 |
| 07-01 | 202,970 | 09-18-01 |
| 06-01 | 172,036 | 08-21-01 |
| 05-01 | 536,699 | 07-13-01 |

COLLS.NOT TRANSFERRED 53,816.48

## MONTHLY SUMMARY

| | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- CR |
|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | 1,432,082.77 | | | 6,759,829.78- |
| TOTAL SALES | 100 | 431,403.60 | 1,863,486.37 | | | |
| TOTAL WIRES | 140 | | | 953,197.39- | | 7,713,027.17- |
| TOTAL REMITTANCES | 170 | | | | 75.00 | 7,712,952.17- |
| TOTAL CASH RECEIVED | 175 | | | | 1,000,000.00 | 6,712,952.17- |
| TOTAL BANK CHARGES | 185 | | | 543.03- | | 6,713,495.20- |
| TOTAL MISC. CHARGE/CREDIT | 190 | 121,254.01- | 1,742,232.36 | 1,018,220.01- | 23,668.20 | 7,708,047.01- |
| TOTAL CHARGE BACKS | 194 | | | 4,023.32- | | 7,712,070.33- |
| TOTAL MONTH-END CHARGES | 195 | 315,935.86- | 1,426,296.50 | 494,550.01- | 810,485.87 | 7,396,134.47- |
| TOTAL COLLECTIONS | 196 | | | 59,622.12- | 40.77 | 7,455,715.82- |
| TOTAL INTEREST ON BALANCE | 001 | | | | | |
| MONTH END BALANCE | | | 1,426,296.50 | | | 7,455,715.82- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS; IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

FORM 1750

GMAC COMMERCIAL CREDIT LLC

MONTHLY FACTORED SALES ANALYSIS

CLIENT NAME: SENECA SPORTS INC
CLIENT NO. 102400
PERIOD: AUGUST 31, 2001

PAGE 1

DISCOUNT ANALYSIS

| DISC % | GROSS SALES | MISC | SALES DISCOUNT | NET SALES BEFORE CR | CREDITS | CREDIT DISCOUNT | NET SALES |
|---|---|---|---|---|---|---|---|
| NET | 431,403.60 | | | 431,403.60 | | | 431,403.60 |
| TOTAL | 431,403.60 | .00 | .00 | 431,403.60 | .00 | .00 | 431,403.60 |

TERMS / COMMISSION ANALYSIS

| DISC % | OPT DAYS | DUE DAYS | EXTRA DAYS | CODE | AS OF DATE | FINAL DAYS | DISC SALES BY TERMS | COMM RATE | COMM AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|
| NET | 030 | 030 | 000 | 0 | | 30 | 16,430.99 | 0.6500% | 106.79 | |
| NET | 031 | 031 | 000 | 0 | | 31 | 18,000.00 | 0.6500% | 117.00 | |
| NET | 045 | 045 | 000 | 0 | | 45 | 19,453.50 | 0.6500% | 126.45 | |
| NET | 060 | 060 | 000 | 0 | | 60 | 300,992.84 | 0.6500% | 1,956.52 | |
| | MINIMUM COMMISSION | | | | | | 76,526.27 | | 1,700.00 | 340 INV @ $5.00 |
| TOTAL | | | | | | | 431,403.60 | | 4,006.76 | |

SUMMARY OF ACCOUNT SALES

| GROSS SALES | CREDITS | GROSS SALES LESS CREDITS | TOTAL DISCOUNT | NET SALES AFTER DISC | AVERAGE DUE DATE | INTEREST ON COMM |
|---|---|---|---|---|---|---|
| 431,403.60 * | .00 * | 431,403.60 * | .00 * | 431,403.60 * | 10-17-2001 | 16.56 * |

AR43RP

GMAC COMMERCIAL CREDIT LLC
SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS

CLIENT NO. 102400
CLIENT NAME SENECA SPORTS INC

RUN DATE 08-31-01

PAGE NO. 1

CURRENCY: U.S. DOLLAR

| --NOTICE-- DATE | NO. | OUR J/E DATE | REF. NO. | TR. NO. | MESSAGE | VALUE DATE | INT. DYS | -----INTEREST----- ---CALCULATION--- INTEREST DR. CR.- | DISCOUNT DR. CR.- | COMMISSION DR. CR.- | TOTAL CHARGES DR. CR.- | TOTAL CHARGES PER CUSTOMER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSTOMER NO. 026-166-9 AMERICAN HARLEY-DAVIDSON 1149 ERIE AVENUE N TONAWANDA NY 14120 | | | | | | | | | | | | |
| 08-14-01 | 032 | 08-14-01 | 91194 | 150 | REFUNDS | 08-10-01 | 21 | $.00 | $.00 | $.00 | $171.66- | |
| CUSTOMER NO. 027-663-4 AMES DEPT STORE #2 2418 MAIN ST ROCKY HILL CT 06067 | | | | | | | | | | | | $171.66-* |
| 08-01-01 | 070 | 08-01-01 | 10028 | 060* | REG-C/B | 04-12-01 | 141 | $.00 | $.00 | $.00 | $2,816.40 | |
| 08-20-01 | 035 | 08-20-01 | 51069 | 150 | REFUNDS | 08-14-01 | 17 | $.00 | $.00 | $.00 | $156.00- | |
| 08-28-01 | 041 | 08-28-01 | 30567 | 060 | REG-C/B | 07-08-01 | 54 | $.00 | $.00 | $.00 | $45.00 | |
| CUSTOMER NO. 085-806-8 BIG 5 SPORTING GOODS 2525 E EL SEGUNDO BLVD EL SEGUNDO CA 90245 | | | | | | | | | | | | $2,705.40 * |
| 08-01-01 | 152 | 08-01-01 | 60883 | 060 | REG-C/B | 07-09-01 | 53 | $.00 | $.00 | $.00 | $108.00 | |
| 08-23-01 | 060 | 08-23-01 | 80430 | 060 | REG-C/B | 07-26-01 | 36 | $.00 | $.00 | $.00 | $474.80 | |
| CUSTOMER NO. 086-192-2 BIG LOTS INC 300 PHILLIPI RD COLUMBUS OH 43228 | | | | | | | | | | | | $582.80 * |
| 08-28-01 | 081 | 08-28-01 | 30669 | 060 | REG-C/B | 05-20-01 | 103 | $.00 | $,00 | $.00 | $2,163.00 | |
| CUSTOMER NO. 317-554-4 FINGERHUT CO INC 4400 BAKER ROAD MINNETONKA MN 55343 | | | | | | | | | | | | $2,163.00 * |
| 08-16-01 | 212 | 08-16-01 | 10252 | 150 | REFUNDS | 08-13-01 | 18 | $.00 | $.00 | $.00 | $23.03- | |
| 08-17-01 | 220 | 08-17-01 | 20268 | 150 | REFUNDS | 07-30-01 | 32 | $.00 | $.00 | $.00 | $14.23- | |
| 08-22-01 | 129 | 08-22-01 | 71310 | 150 | REFUNDS | 08-08-01 | 23 | $.00 | $.00 | $.00 | $42.11- | |
| CUSTOMER NO. 412-473-1 HINDA DISTRIBUTORS INC 2440 W 34TH ST CHICAGO IL 60608 | | | | | | | | | | | | $79.37-* |
| 08-14-01 | 340 | 08-14-01 | 91193 | 150 | REFUNDS | 08-10-01 | 21 | $.00 | $.00 | $.00 | $100.74- | |
| CUSTOMER NO. 483-760-5 KMART CORPORATION 3100 W BIG BEAVER TROY MI 48084-3163 | | | | | | | | | | | | $100.74-* |
| 08-07-01 | 383 | 08-07-01 | 21617 | 060 | REG-C/B | 05-21-01 | 102 | $.00 | $.00 | $.00 | $49,638.60 | |
| | | | | | | | | | | | | $49,638.60 * |

AR43RP

GMAC COMMERCIAL CREDIT LLC
SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS

CLIENT NO. 102400
CLIENT NAME SENECA SPORTS INC

RUN DATE 08-31-01

PAGE NO. 2

CURRENCY: U.S. DOLLAR

| --NOTICE-- DATE | NO. | OUR J/E DATE | REF. NO. | TR. NO. | MESSAGE | VALUE DATE | INT. DYS | -----INTEREST----- ---CALCULATION--- INTEREST DR. CR.- | DISCOUNT DR. CR.- | COMMISSION DR. CR.- | TOTAL CHARGES DR. CR.- | TOTAL CHARGES PER CUSTOMER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSTOMER NO. 538-712-1 LEISURE TIME SUPPLIES | | | | | | DRAWER 150 115 HENNIS HILL DR | | | MOUNT AIRY | | NC 27030 | |
| 08-29-01 | 778 | 08-29-01 | 41077 | 060 | REG-C/B | 05-06-01 | 117 | $.00 | $.00 | $.00 | $122.49 | |
| CUSTOMER NO. 606-704-5 MEIJER INC | | | | | | 2929 WALKER AVE | | | GRAND RAPID | | MI 49504 | $122.49 * |
| 08-01-01 | 904 | 08-01-01 | 10408 | 060* | REG-C/B | 05-07-01 | 116 | $.00 | $.00 | $.00 | $93.60 | |
| 08-01-01 | 906 | 08-01-01 | 60882 | 060 | REG-C/B | 06-27-01 | 65 | $.00 | $.00 | $.00 | $74.42 | |
| 08-23-01 | 438 | 08-23-01 | 80433 | 060 | REG-C/B | 07-16-01 | 46 | $.00 | $.00 | $.00 | $256.82 | |
| CUSTOMER NO. 628-135-6 MODELL HENRY J & CO INC | | | | | | 498 SEVENTH AVE | | | NEW YORK | | NY 10018 | $424.84 * |
| 08-01-01 | 935 | 08-01-01 | 60838 | 060 | REG-C/B | 07-05-01 | 57 | $.00 | $.00 | $.00 | $863.71 | |
| CUSTOMER NO. 645-351-8 MYER MILTON D CO | | | | | | ROTHESWAY AVE | | | CARNEGIE | | PA 15106 | $863.71 * |
| 08-01-01 | 947 | 08-01-01 | 60833 | 060 | REG-C/B | 04-13-01 | 140 | $.00 | $.00 | $.00 | $590.16 | |
| CUSTOMER NO. 671-098-2 OCEAN STATE JOBBERS | | | | | | DS 24 KOSTER RD | | | DAVISVILLE | | RI 02854 | $590.16 * |
| 08-28-01 | 489 | 08-28-01 | 30671 | 060 | REG-C/B | 07-08-01 | 54 | $.00 | $.00 | $.00 | $50.00 | |
| CUSTOMER NO. 678-890-5 OSC SPORTS | | | | | | 498 US ROUTE ONE | | | YARMOUTH | | ME 04096 | $50.00 * |
| 08-01-01 | 989 | 08-01-01 | 60832 | 060 | REG-C/B | 06-16-01 | 76 | $.00 | $.00 | $.00 | $1,085.72 | |
| CUSTOMER NO. 702-349-2 PENNEY J C CO INC | | | | | | P O BOX 45056 | | | SALT LAKE CITY | | UT 84145-0056 | $1,085.72 * |
| 08-08-01 | 928 | 08-08-01 | 30289 | 060 | REG-C/B | 04-26-01 | 127 | $.00 | $.00 | $.00 | $1,992.50 | |
| CUSTOMER NO. 846-782-1 SPORT CHALET INC | | | | | | 920 FOOTHILL BLVD | | | LA CANADA | | CA 91011 | $1,992.50 * |
| 08-01-01 | 257 | 08-01-01 | 60836 | 060 | REG-C/B | 07-06-01 | 56 | $.00 | $.00 | $.00 | $37.00 | |
| | | | | | | | | | | | | $37.00 * |

AR43RP

GMAC COMMERCIAL CREDIT LLC
SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS

CLIENT NO. 102400
CLIENT NAME SENECA SPORTS INC

RUN DATE 08-31-01

CURRENCY: U.S. DOLLAR

PAGE NO. 3

| --NOTICE-- DATE | NO. | OUR J/E DATE | REF. NO. | TR. NO. | MESSAGE | VALUE DATE | INT. DYS | -----INTEREST----- ---CALCULATION--- INTEREST DR. CR.- | DISCOUNT DR. CR.- | COMMISSION DR. CR.- | TOTAL CHARGES DR. CR.- | TOTAL CHARGES PER CUSTOMER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSTOMER NO. 889-673-0 TARGET NORTHERN OP CTR | | | | | | P O BOX 59251 | | | MINNEAPOLIS | | MN 55459 | |
| 08-01-01 | 330 | 08-01-01 | 10585 | 060* | REG-C/B | 04-06-01 | 147 | $.00 | $.00 | $.00 | $50,368.09 | $50,368.09 * |
| CUSTOMER NO. 914-715-8 TOYS R US | | | | | | 225 SUMMIT AVE | | | MONTVALE | | NJ 07645 | |
| 08-01-01 | 375 | 08-01-01 | 60880 | 060 | REG-C/B | 05-28-01 | 95 | $.00 | $.00 | $.00 | $4,415.70 | |
| 08-23-01 | 670 | 08-23-01 | 80425 | 060 | REG-C/B | 05-02-01 | 121 | $.00 | $.00 | $.00 | $98.00 | |
| 08-23-01 | 669 | 08-23-01 | 80424 | 060 | REG-C/B | 05-02-01 | 121 | $.00 | $.00 | $.00 | $871.90 | |
| 08-29-01 | 288 | 08-29-01 | 90660 | 060* | REG-C/B | 04-22-01 | 131 | $.00 | $.00 | $.00 | $5,535.08 | $10,920.68 * |
| CUSTOMER NO. 954-250-7 WAL-MART INC | | | | | | 702 S W 8TH ST | | | BENTONVILLE | | AR 72716 | |
| 08-01-01 | 450 | 08-01-01 | 10644 | 060* | REG-C/B | 01-08-01 | 235 | $.00 | $.00 | $.00 | $60.79 | $60.79 * |

TOTAL CHARGES FOR CLIENT

28

| | |
|---|---|
| TOTAL CHARGES/CREDIT-EXCLUSIVE OF INTEREST--- | $121,254.01 |
| TOTAL INTEREST CHARGES/CREDITS | $.00 |
| TOTAL ALL CHARGES/CREDITS | $121,254.01 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ** CHANGES OF TERMS ** | INTEREST - | $.00 | DISCOUNT - | $.00 | COMMISSION - | $.00 | TOTAL - | $.00 * |
| ** AUTO CHGEBACKS ** | INTEREST - | $.00 | DISCOUNT - | $.00 | | $.00 | TOTAL - | $.00 * |
| ** REG CHGEBACKS ** | INTEREST - | $.00 | DISCOUNT - | $.00 | | $.00 | TOTAL - | $121,761.78 * |
| ** R E F U N D S ** | INTEREST - | $.00 | DISCOUNT - | $.00 | | $.00 | TOTAL - | $507.77-* |
| ** INTEREST CLAIMS ** | INTEREST - | $.00 | DISCOUNT - | $.00 | | $.00 | TOTAL - | $.00 * |

GMAC_LANDAY00027

AR37RP

RUN DATE 08/31/2001

GMAC COMMERCIAL CREDIT LLC

STATEMENT OF ACCOUNTS RECEIVABLE

PAGE NO. 1

SENECA SPORTS INC
75 FORTUNE BLVE
MILFORD MASS
01757

CLIENT 102400

MONTH ENDING - AUGUST 31, 2001

CURRENCY - USD

BALANCE FORWARD $904,274.43

| POST DATE | CLIENT # | TRANS | CASH APPLIC.DATE | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 08/01/2001 | 102400 | JOURNALS | | | | |
| 08/01/2001 | 102400 | CASH | 08/01/2001 | | $60,513.59 | $843,760.84 |
| 08/02/2001 | 102400 | SALES | | $493,517.51 | | $1,337,278.35 |
| 08/02/2001 | 102400 | CASH | 08/02/2001 | $44,850.16 | | $1,382,128.51 |
| 08/03/2001 | 102400 | SALES | | | $73.75 | $1,382,054.76 |
| 08/03/2001 | 102400 | CASH | 08/03/2001 | $64,858.63 | | $1,446,913.39 |
| 08/06/2001 | 102400 | SALES | | | $18,891.84 | $1,428,021.55 |
| 08/06/2001 | 102400 | CASH | 08/06/2001 | $1,715.22 | | $1,429,736.77 |
| 08/07/2001 | 102400 | SALES | | | $3,576.24 | $1,426,160.53 |
| 08/07/2001 | 102400 | JOURNALS | | $29,956.21 | | $1,456,116.74 |
| 08/07/2001 | 102400 | CASH | 08/07/2001 | | $49,638.60 | $1,406,478.14 |
| 08/08/2001 | 102400 | JOURNALS | | | $6,406.22 | $1,400,071.92 |
| 08/08/2001 | 102400 | CASH | 08/08/2001 | | $1,992.50 | $1,398,079.42 |
| 08/09/2001 | 102400 | SALES | | | $48,319.49 | $1,349,759.93 |
| 08/09/2001 | 102400 | CASH | 08/09/2001 | $10,928.47 | | $1,360,688.40 |
| 08/10/2001 | 102400 | SALES | | | $401.82 | $1,360,286.58 |
| 08/10/2001 | 102400 | CASH | 08/10/2001 | $10,731.60 | | $1,371,018.18 |
| 08/13/2001 | 102400 | SALES | | | $10,517.21 | $1,360,500.97 |
| 08/13/2001 | 102400 | CASH | 08/13/2001 | $1,630.81 | | $1,362,131.78 |
| 08/14/2001 | 102400 | JOURNALS | | | $3,131.91 | $1,358,999.87 |
| 08/14/2001 | 102400 | CASH | 08/14/2001 | $272.40 | | $1,359,272.27 |
| 08/15/2001 | 102400 | SALES | | | $18,560.98 | $1,340,711.29 |
| 08/15/2001 | 102400 | CASH | 08/15/2001 | $5,155.27 | | $1,345,866.56 |
| 08/16/2001 | 102400 | JOURNALS | | | $478.32 | $1,345,388.24 |
| 08/16/2001 | 102400 | CASH | 08/16/2001 | $23.03 | | $1,345,411.27 |
| 08/17/2001 | 102400 | SALES | | | $9,295.98 | $1,336,115.29 |
| 08/17/2001 | 102400 | JOURNALS | | $2,075.23 | | $1,338,190.52 |
| 08/17/2001 | 102400 | CASH | 08/17/2001 | $14.23 | | $1,338,204.75 |
| 08/20/2001 | 102400 | SALES | | | $47,632.61 | $1,290,572.14 |
| 08/20/2001 | 102400 | JOURNALS | | $24,349.23 | | $1,314,921.37 |
| 08/20/2001 | 102400 | CASH | 08/20/2001 | $156.00 | | $1,315,077.37 |
| 08/21/2001 | 102400 | SALES | | | $1,483.45 | $1,313,593.92 |
| 08/21/2001 | 102400 | CASH | 08/21/2001 | $14,216.35 | | $1,327,810.27 |
| 08/22/2001 | 102400 | SALES | | | $3.224.31 | $1,324,585.96 |
| 08/22/2001 | 102400 | JOURNALS | | $5,822.31 | | $1,330,408.27 |
| 08/22/2001 | 102400 | CASH | 08/22/2001 | $42:11 | | $1,330,450.38 |
| 08/23/2001 | 102400 | SALES | | | $87,693.42 | $1,242,756.96 |
| 08/23/2001 | 102400 | JOURNALS | | $2,234.95 | | $1,244,991.91 |
| 08/23/2001 | 102400 | CASH | 08/23/2001 | | $1,701.52 | $1,243,290.39 |
| 08/24/2001 | 102400 | SALES | | | $102.77 | $1,243,187.62 |
| | | | | $9,889.50 | | $1,253,077.12 |

AR37RP

RUN DATE 08/31/2001

GMAC COMMERCIAL CREDIT LLC

STATEMENT OF ACCOUNTS RECEIVABLE

SENECA SPORTS INC
75 FORTUNE BLVE
MILFORD MASS
01757

CLIENT
102400

MONTH ENDING - AUGUST 31, 2001

CURRENCY - USD

BALANCE FORWARD
$904,274.43

| POST DATE | CLIENT # | TRANS | CASH APPLIC.DATE | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 08/24/2001 | 102400 | CASH | 08/24/2001 | | $3,619.63 | $1,249,457.49 |
| 08/27/2001 | 102400 | SALES | | $82,941.75 | | $1,332,399.24 |
| 08/27/2001 | 102400 | CASH | 08/27/2001 | | $17,837.73 | $1,314,561.51 |
| 08/28/2001 | 102400 | SALES | | $18,307.96 | | $1,332,869.47 |
| 08/28/2001 | 102400 | JOURNALS | | | $2,258.00 | $1,330,611.47 |
| 08/28/2001 | 102400 | CASH | 08/28/2001 | | $397.35 | $1,330,214.12 |
| 08/29/2001 | 102400 | SALES | | $35,068.10 | | $1,365,282.22 |
| 08/29/2001 | 102400 | JOURNALS | | | $5,657.57 | $1,359,624.65 |
| 08/29/2001 | 102400 | CASH | 08/29/2001 | | $46,373.71 | $1,313,250.94 |
| 08/30/2001 | 102400 | SALES | | $33,019.57 | | $1,346,270.51 |
| 08/30/2001 | 102400 | CASH | 08/30/2001 | | $3,802.57 | $1,342,467.94 |
| 08/31/2001 | 102400 | SALES | | $33,652.28 | | $1,376,120.22 |
| 08/31/2001 | 102400 | CASH | 08/31/2001 | | $3,640.20 | $1,372,480.02 |
| CLIENT TOTALS | | | | $925,428.88 | $457,223.29 | $1,372,480.02 |