**GMAC Commercial Credit LLC**

# Client Ledger Account

```
--- C L I E N T ---              -NO-           --- T Y P E ---              PAGE NO.     1
DAVID L. LANDAY                  1024-81        SPECIAL MISC.                RECEIVABLE   ASSIGNED
                                                CURRENCY - USD               AMOUNT       AV. DUE DATE
75 FORTUNE BLVD                  AS OF DATE                                  MONTH
MILFORD MASS                     08-31-01                                    08-01
                                                                             07-01
                                                                             08-01
    01757                        ACCOUNT EXECUTIVE                           05-01
                                 FITZGERALD, P
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | SPECIAL ACCOUNT TRANSACTIONS DR- | CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | .00 |
| 08-17-01 | 081701 | MISC CHG/CR | 190 | 400,000.00 | | 400,000.00 |
| 08-22-01 | 082101 | MISC CHG/CR | 190 | 600,000.00 | | 1,000,000.00 |
| 08-31-01 | | INT ON AVG BAL | 001 | 1,284.15 | | 1,001,284.15 |
| MONTH END BALANCE | | | | | | 1,001,284.15 |

```
                                 AVG. BALANCE      RATE          AMOUNT
INTEREST ON AVERAGE ADVANCES     406,451.61   @   3.869 %       1,284.15
```

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS; IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

FORM 1196

# GMAC Commercial Credit LLC

## Client Ledger Account

```
- - - C L I E N T - - -                    -NO-                  - - - T Y P E - - -                              PAGE NO.    1
SENECA SPORTS INC                          1024-00               COLLECTION                         RECEIVABLE           ASSIGNED
                                                                 CURRENCY - USD                     MONTH      AMOUNT AV.DUE DATE
75 FORTUNE BLVE                            AS OF DATE                                               09-01      503,780    11-05-01
MILFORD MASS                               09-30-01                                                 08-01      431,404    10-17-01
                                                                                                    07-01      202,970    09-18-01
          01757                            ACCOUNT EXECUTIVE                                        06-01      172,036    08-21-01
                                           FITZGERALD,P
                                                                                            COLLS.NOT TRANSFERRED         296,029.68
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | | |
| 09-04-01 | 090401 | SALES           BT 273 | 100 | 5,360.82 | | | |
| 09-04-01 | 090401 | CREDIT          BT 272 | 110 | 1,584.00- | | | |
| 09-04-01 | | COLLECTIONS            | 196 | 46,373.71- | | | |
| 09-04-01 | 090401 | SALES           BT 274 | 100 | 100,984.29 | 1,426,296.50 | | 7,455,715.82- |
| 09-05-01 | | WIRE                   | 140 | | | 36,050.51- | |
| 09-05-01 | | CHARGE BACK            | 194 | 8,825.07- | | | |
| 09-05-01 | | COLLECTIONS            | 196 | 3,802.57- | | | |
| 09-05-01 | 090401 | SALES           BT 275 | 100 | 8.01 | 1,383,699.41 | | 7,409,342.11- |
| 09-06-01 | 090501 | CASH ADVANCE           | 140 | 19,044.42 | | 8.01- | |
| 09-06-01 | | WIRE                   | 140 | | | 1,809.00- | |
| 09-06-01 | | COLLECTIONS            | 196 | | 1,474,074.07 | 29,958.12- | 7,441,598.06- |
| 09-06-01 | | COLLECTIONS            | 196 | 336.36- | | | |
| 09-07-01 | | SALES           BT 276 | 100 | 3,640.20- | | 336.36 | |
| 09-10-01 | | SALES           BT 277 | 100 | 11,963.94 | 1,489,141.93 | 3,640.20 | 7,469,388.62- |
| 09-10-01 | | CHARGE BACK            | 194 | 81,077.53 | 1,501,105.87 | | 7,469,388.62- |
| 09-10-01 | | COLLECTIONS            | 196 | 213.58- | | | |
| 09-11-01 | | COLLECTIONS            | 196 | 17,243.55- | | 17,243.55 | |
| 09-12-01 | | CHARGE BACK            | 194 | 548.09- | | 548.09 | |
| 09-12-01 | | COLLEC. 100900         | 196 | 296.98- | 1,564,726.29 | | 7,452,145.07- |
| 09-12-01 | | COLLECTIONS            | 196 | | 1,564,178.20 | | 7,451,596.98- |
| 09-12-01 | 091101 | COLLEC. 100900         | 196 | 19,705.15- | | 140.77 | |
| 09-13-01 | | COLLECTIONS            | 196 | | 1,544,178.07 | 19,705.15 | 7,431,891.83- |
| 09-14-01 | 091101 | SALES           BT 280 | 100 | 4,985.08- | 1,539,190.99 | 4,985.08 | 7,426,906.75- |
| 09-14-01 | 091001 | SALES           BT 278 | 100 | 8,423.14 | | | |
| 09-14-01 | 091101 | SALES           BT 278 | 100 | 10,575.02 | | | |
| 09-14-01 | 091101 | SALES           BT 279 | 100 | 15,865.60 | | | |
| BALANCE FORWARD | | | | | 1,574,054.75 | | 7,426,906.75- |

CONTINUED ON NEXT PAGE

# GMAC Commercial Credit LLC

# Client Ledger Account

```
--- C L I E N T ---           -NO-         ---T Y P E---                      PAGE NO.    2
SENECA SPORTS INC             1024-00      COLLECTION                     RECEIVABLE  ASSIGNED
                                           CURRENCY - USD         MONTH   AMOUNT      AV. DUE DATE
75 FORTUNE BLVD               AS OF DATE                          09-01   503,780     11-05-01
MILFORD MASS                  09-30-01                            08-01   431,404     10-17-01
                                                                  07-01   202,970     09-18-01
         01757                ACCOUNT EXECUTIVE                   06-01   172,036     08-21-01
                              FITZGERALD,P
                                                           COLLS. NOT TRANSFERRED   295,029.89
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | | | 7,426,906.75- |
| 09-14-01 | 091301 | SALES         BT 281 | 100 | 16,174.74 | 1,574,054.75 | | |
| 09-14-01 | | CHARGE BACK | 194 | 90,750.00- | | | |
| 09-14-01 | | COLLECTIONS | 196 | 4,923.59- | 1,494,555.90 | 4,923.59 | 7,421,983.16- |
| 09-17-01 | 091701 | SALES         BT 283 | 100 | 11,550.00 | | | |
| 09-17-01 | 081401 | SALES         BT 282 | 100 | 13,878.96 | | | |
| 09-17-01 | | CHARGE BACK | 194 | 16,000.00- | | | |
| 09-17-01 | | COLLECTIONS | 196 | 123.47- | 1,503,861.39 | 123.47 | 7,421,859.69- |
| 09-18-01 | 091701 | SALES         BT 284 | 100 | 50,775.86 | | | |
| 09-18-01 | | CHARGE BACK | 194 | 780.00- | | | |
| 09-18-01 | | COLLECTIONS | 196 | 31,921.98- | 1,521,935.27 | 31,921.98 | 7,389,937.71- |
| 09-19-01 | 091701 | SALES         BT 285 | 100 | 15,128.46 | | | |
| 09-19-01 | | COLLECTIONS | 196 | 371.75- | 1,536,691.98 | 371.75 | 7,389,565.96- |
| 09-20-01 | 091901 | SALES         BT 286 | 100 | 14,583.13 | | | |
| 09-20-01 | | CHARGE BACK | 194 | 795.38- | | | |
| 09-20-01 | | COLLECTIONS | 196 | 6,792.47- | 1,543,687.26 | 6,792.47 | 7,382,773.49- |
| 09-21-01 | 092001 | SALES         BT 287 | 100 | 26,553.17 | | 3,882.10- | |
| 09-21-01 | 080101 | MISC CHG/CR | 190 | 52.50- | | | |
| 09-21-01 | | CHARGE BACK | 194 | 2,671.32- | | | |
| 09-24-01 | | COLLECTIONS | 196 | 24,522.76- | 1,567,516.61 | 2,671.32 | 7,383,984.27- |
| 09-24-01 | 092401 | SALES         BT 289 | 100 | 38,927.63 | | | |
| 09-24-01 | 091701 | SALES         BT 288 | 100 | 11,256.16 | | | |
| 09-25-01 | | COLLECTIONS | 196 | 11,256.16- | 1,619,710.84 | 11,256.16 | 7,372,728.11- |
| 09-25-01 | 092401 | SALES         BT 290 | 100 | 21,536.04 | | 13,524.52- | |
| 09-25-01 | 090101 | OVERADV CHGE | 190 | | | | |
| 09-26-01 | | COLLECTIONS | 196 | 43,915.00- | 1,597,331.88 | 43,915.00 | 7,342,337.63- |
| 09-26-01 | 092501 | SALES         BT 291 | 100 | 7,511.94 | 1,604,843.82 | | 7,342,337.63- |
| BALANCE FORWARD | | | | | | | |

CONTINUED ON NEXT PAGE

**GMAC COMMERCIAL CREDIT LLC**

# Client Ledger Account

```
- - - C L I E N T - - -              -NO-                   - - - T Y P E - - -                                              PAGE NO.    3
SENECA SPORTS INC                    1024-00                COLLECTION                                        RECEIVABLE     ASSIGNED
                                                            CURRENCY - USD                          MONTH     AMOUNT         AV. DUE DATE
75 FORTUNE BLVE                      AS OF DATE                                                     09-01     503,780        11-05-01
MILFORD MASS                         09-30-01                                                       08-01     431,404        10-17-01
                                                                                                    07-01     202,970        09-18-01
       01757                         ACCOUNT EXECUTIVE                                              06-01     172,036        08-21-01
                                     FITZGERALD,P

                                                                                     COLLS.NOT TRANSFERRED    296,029.69
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION TRANSACTIONS DR- | CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS TRANSACTIONS DR- | ACCOUNT CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | | | | | |
| 09-26-01 | | CHARGE BACK | 194 | 1,297.95- | | 1,504,843.82 | | | |
| 09-26-01 | | COLLECTIONS | 196 | 3,386.42- | | 1,600,159.45 | | | 7,342,337.83- |
| 09-27-01 | 092601 | SALES  BT    292 | 100 | 4,302.94 | | | | 3,386.42 | 7,338,951.21- |
| 09-27-01 | 090101 | MISC CHG/CR | 190 | | 6.98- | | 243.70- | | |
| 09-27-01 | | CHARGE BACK | 194 | | | | | | |
| 09-28-01 | | COLLECTIONS | 196 | 17,628.95- | | 1,586,826.48 | | 17,628.95 | 7,321,565.98- |
| 09-28-01 | 092701 | SALES  BT    293 | 100 | 6,613.72 | | | | | |
| 09-28-01 | 090101 | MISC CHG/CR | 190 | | | | 22.23- | | |
| 09-28-01 | | CHARGE BACK | 194 | 44,992.22 | | | | | |
| 09-28-01 | | COLLECTIONS | 196 | 8,644.21- | | 1,629,788.21 | | 8,644.21 | 7,312,943.98- |
| 09-30-01 | | WIRE CHARGES | 185 | | | | 30.00- | | |
| 09-30-01 | | D.A.B. 100800 | 185 | | | | 274.98- | | |
| 09-30-01 | | INTEREST | 195 | | | | 18.57- | | |
| 09-30-01 | | COMMISSN | 185 | | | | 4,675.23- | | 7,317,942.76- |
| 09-30-01 | | INT ON AVG BAL | 001 | | | 1,629,788.21 | 58,941.55- | | 7,376,884.31- |
| MONTH END BALANCE | | | | 203,491.71 | | 1,629,788.21 | 149,579.29- | 228,410.80 | 7,376,884.31- |
| | | | | AVG.BALANCE | | RATE | AMOUNT | | |
| INTEREST ON AVERAGE ADVANCES | | | | 7,419,475.25- @ | | 9.533 % | 58,941.55- | | |

**GMAC COMMERCIAL CREDIT LLC**

## Client Ledger Account

PAGE NO. 4

| CLIENT | | TYPE | | RECEIVABLE | | | |
|---|---|---|---|---|---|---|---|
| SENECA SPORTS INC | -NO- 1024-00 | COLLECTION CURRENCY - USD | | ASSIGNED | | | |

75 FORTUNE BLVE
MILFORD MASS

AS OF DATE 09-30-01

| MONTH | AMOUNT | AV. DUE DATE |
|---|---|---|
| 09-01 | 503,780 | 11-05-01 |
| 08-01 | 431,404 | 10-17-01 |
| 07-01 | 202,970 | 09-18-01 |
| 06-01 | 172,036 | 08-21-01 |

01757  ACCOUNT EXECUTIVE  FITZGERALD,P

COLLS. NOT TRANSFERRED    296,029.69

### MONTHLY SUMMARY

| | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | BALANCE DR- CR |
|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | 1,428,296.50 | | 7,455,715.82- |
| TOTAL SALES | 100 | 505,363.91 | | | |
| TOTAL CREDITS | 110 | 1,584.00- | 1,931,660.41 | | |
| TOTAL WIRES | 140 | | 1,930,076.41 | | |
| TOTAL BANK CHARGES | 185 | | | 87,817.83- | 7,523,533.45- |
| TOTAL MISC. CHARGE/CREDIT | 190 | | | 304.98- | 7,523,838.43- |
| TOTAL CHARGE BACKS | 194 | 72,026.18- | 1,858,050.23 | 17,672.55- | 7,541,510.98- |
| TOTAL MONTH-END CHARGES | 195 | | | 4,893.80- | 7,546,204.78- |
| TOTAL COLLECTIONS | 198 | 228,262.02- | 1,629,788.21 | 148.78- | 7,317,942.76- |
| TOTAL INTEREST ON BALANCE | 001 | | | 58,941.55- | 7,376,884.31- |
| MONTH END BALANCE | | | 1,629,788.21 | | 7,376,884.31- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS; IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

FORM 1756

GMAC_LANDAY00006

AR37RP

RUN DATE 09/30/2001

GMAC COMMERCIAL CREDIT LLC
STATEMENT OF ACCOUNTS RECEIVABLE

PAGE NO. 1
MONTH ENDING - SEPTEMBER 30, 2001
CURRENCY - USD

SENECA SPORTS INC
75 FORTUNE BLVD
MILFORD MASS
01757

CLIENT 102400

BALANCE FORWARD $1,372,480.02

| POST DATE | CLIENT # | TRANS | CASH APPLIC. DATE | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 09/03/2001 | 102400 | CASH | 09/03/2001 | | $338.36 | $1,372,143.66 |
| 09/04/2001 | 102400 | CASH | 09/04/2001 | $8.01 | | $1,372,151.67 |
| 09/05/2001 | 102400 | JOURNALS | | | $6,825.07 | $1,365,326.60 |
| 09/05/2001 | 102400 | CASH | 09/05/2001 | | $17,243.55 | $1,348,083.05 |
| 09/06/2001 | 102400 | SALES | | $100,994.29 | | $1,449,077.34 |
| 09/07/2001 | 102400 | CASH | 09/06/2001 | | $548.09 | $1,448,529.25 |
| 09/07/2001 | 102400 | SALES | | $22,821.04 | | $1,471,350.29 |
| 09/10/2001 | 102400 | CASH | 09/07/2001 | | $19,705.15 | $1,451,645.14 |
| 09/10/2001 | 102400 | SALES | | $11,963.94 | | $1,463,609.08 |
| 09/11/2001 | 102400 | JOURNALS | | | $213.56 | $1,463,395.52 |
| 09/11/2001 | 102400 | CASH | 09/10/2001 | | $4,985.08 | $1,458,410.44 |
| 09/12/2001 | 102400 | SALES | | $81,077.53 | | $1,539,487.97 |
| 09/12/2001 | 102400 | CASH | 09/11/2001 | | $4,923.59 | $1,534,564.38 |
| 09/13/2001 | 102400 | JOURNALS | | | $296.98 | $1,534,267.40 |
| 09/13/2001 | 102400 | CASH | 09/12/2001 | | $123.47 | $1,534,143.93 |
| 09/14/2001 | 102400 | CASH | 09/13/2001 | | $31,921.98 | $1,502,221.95 |
| 09/17/2001 | 102400 | CASH | 09/14/2001 | | $90,750.00 | $1,411,471.95 |
| 09/17/2001 | 102400 | JOURNALS | | | $371.75 | $1,411,100.20 |
| 09/18/2001 | 102400 | CASH | | $51,038.50 | | $1,462,138.70 |
| 09/18/2001 | 102400 | SALES | | | $16,000.00 | $1,446,138.70 |
| 09/19/2001 | 102400 | CASH | 09/17/2001 | | $6,792.47 | $1,439,346.23 |
| 09/19/2001 | 102400 | SALES | | $25,428.96 | | $1,464,775.19 |
| 09/20/2001 | 102400 | JOURNALS | | | $780.00 | $1,463,995.19 |
| 09/20/2001 | 102400 | CASH | 09/18/2001 | | $2,671.32 | $1,461,323.87 |
| 09/21/2001 | 102400 | SALES | | $50,775.86 | | $1,512,099.73 |
| 09/21/2001 | 102400 | CASH | 09/19/2001 | | $11,256.16 | $1,500,843.57 |
| 09/21/2001 | 102400 | JOURNALS | | $15,128.46 | | $1,515,972.03 |
| 09/24/2001 | 102400 | CASH | 09/20/2001 | | $795.38 | $1,515,176.65 |
| 09/24/2001 | 102400 | SALES | | | $43,915.00 | $1,471,261.65 |
| 09/25/2001 | 102400 | CASH | 09/21/2001 | $14,583.13 | | $1,485,844.78 |
| 09/25/2001 | 102400 | SALES | | | $52.50 | $1,485,792.28 |
| 09/26/2001 | 102400 | CASH | 08/24/2001 | | $3,386.42 | $1,482,405.86 |
| 09/26/2001 | 102400 | SALES | | $26,553.17 | | $1,508,959.03 |
| 09/26/2001 | 102400 | JOURNALS | | | $17,628.95 | $1,491,330.08 |
| 09/26/2001 | 102400 | CASH | 09/25/2001 | $63,450.39 | | $1,554,780.47 |
| 09/27/2001 | 102400 | SALES | | $21,536.04 | | $1,576,316.51... |
| 09/28/2001 | 102400 | CASH | | | $8,644.21 | $1,567,672.30 |
| 09/28/2001 | 102400 | JOURNALS | | | $1,287.95 | $1,566,374.35 |
| 09/28/2001 | 102400 | CASH | 09/26/2001 | | $22,264.59 | $1,544,109.76 |
| 09/27/2001 | 102400 | SALES | | $7,511.94 | | $1,551,621.70 |

```
AR37RP                          GMAC COMMERCIAL CREDIT LLC                              PAGE NO.    2
RUN DATE 09/30/2001          STATEMENT OF ACCOUNTS RECEIVABLE                 MONTH ENDING - SEPTEMBER 30, 2001

    SENECA SPORTS INC                                     CLIENT                         CURRENCY - USD
    75 FORTUNE BLVD                                       102400
    MILFORD MASS
    01757

                    BALANCE FORWARD
                    $1,372,480.02
```

| POST DATE | CLIENT # | TRANS | CASH APPLIC. DATE | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| | | | | | | |
| 09/27/2001 | 102400 | JOURNALS | | | $8.98 | $1,551,614.74 |
| 09/27/2001 | 102400 | CASH | 09/27/2001 | | $270,249.69 | $1,281,365.05 |
| 09/28/2001 | 102400 | SALES | | $10,916.66 | | $1,292,281.71 |
| 09/28/2001 | 102400 | JOURNALS | | $44,992.22 | $3,515.41 | $1,337,273.93 |
| 09/28/2001 | 102400 | CASH | 09/28/2001 | | | $1,333,758.52 |
| | | | | | | |
| CLIENT TOTALS | | | | $548,780.14 | $587,501.64 | $1,333,758.52 |

GMAC_LANDAY00008

```
                                    GMAC COMMERCIAL CREDIT LLC                                            PAGE   1
                                  MONTHLY FACTORED SALES ANALYSIS

CLIENT NAME: SENECA SPORTS INC
CLIENT NO.   102400
PERIOD:      SEPTEMBER 30, 2001

                                         DISCOUNT ANALYSIS

DISC      GROSS                  SALES            NET SALES                    CREDIT       NET
 %        SALES         MISC     DISCOUNT         BEFORE CR      CREDITS       DISCOUNT     SALES
----     -------       -----    --------         ----------     -------       --------     -------
NET     505,363.91       .00       .00           505,363.91     1,584.00-                  503,779.91

TOTAL   505,363.91       .00       .00           505,363.91     1,584.00-                  503,779.91


                                        COMMISSION ANALYSIS

           TERMS
--------------------------------
DISC   OPT   DUE    EXTRA      AS OF                FINAL    DISC SALES       COMM
 %    DAYS  DAYS  DAYS CODE    DATE                 DAYS     BY TERMS         RATE     AMOUNT
----  ----  ----  ---------  ----------             -----    ----------       ------   ------
NET   010   010    000                                10      44,288.35       0.8500%    287.87
NET   030   030    000                                30     125,361.33       0.8500%    814.86
NET   080   080    000                                80     271,924.02       0.8500%  1,767.50
NET   010   010    000       08-31-2001               10       1,584.00-
                                                              63,790.21
      MINIMUM COMMISSION                                                                1,805.00


                                    SUMMARY OF ACCOUNT SALES

       GROSS         GROSS SALES                  TOTAL        NET SALES      AVERAGE              INTEREST
       SALES         LESS CREDITS    CREDITS      DISCOUNT     AFTER DISC     DUE DATE             ON COMM
      -------        ------------    -------      --------     ----------     --------             --------
TOTAL                                                                                      4,675.23

      505,363.91 *    503,779.91 *   1,584.00-*      .00 *     503,779.91 *  11-05-2001             18.57 *

                                                                                 361 INV @  $5.00
```

```
AR43RP                              GMAC COMMERCIAL CREDIT LLC
                              SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS
CLIENT NO.   102400                                                                                    PAGE NO.    1
CLIENT NAME  SENECA SPORTS INC                        RUN DATE  09-28-01
CURRENCY: U.S. DOLLAR                                 -----INTEREST-----
                                                      ---CALCULATION---
                                                                                                                TOTAL
 --NOTICE--   OUR J/E REF.    TR.           VALUE    INT.   INTEREST   DISCOUNT   COMMISSION   TOTAL          CHARGES PER
  DATE  NO.   DATE    NO.     NO. MESSAGE   DATE     DYS    DR. CR.-   DR. CR.-   DR. CR.-     CHARGES         CUSTOMER
                                                                                               DR. CR.-

CUSTOMER NO. 027-808-9  AMERIJET INT'L CORP    498 SW 34TH ST                        FORT LAUDERDALE   FL 33315

09-27-01   039 09-27-01 20990 150 REFUNDS   09-19-01   11      $.00      $.00         $.00    $217.94-        $217.94-*

CUSTOMER NO. 157-136-3  CENDANT CORPORATION    6 SYLVAN WAY                          PARSIPPANY        NJ 07054

09-10-01   226 09-10-01 22255 060 REG-C/B   01-10-01  263      $.00      $.00         $.00    $213.56
09-20-01   089 09-20-01 50568 060 REG-C/B   08-29-01   32      $.00      $.00         $.00     $15.50         $229.06 *

CUSTOMER NO. 204-188-7  COSTCO WHOLESALE CORP  999 LAKE DRIVE                        ISSAQUAH          WA 98027

09-28-01   170 09-28-01 30315 150 REFUNDS   09-18-01   12      $.00      $.00         $.00    $43,600.00-     $43,600.00-*

CUSTOMER NO. 482-808-3  K B TOYS               100 WEST ST                           PITTSFIELD        MA 01201

09-28-01   630 09-28-01 10139 060 REG-C/B   09-01-01   29      $.00      $.00         $.00    $666.31         $666.31 *

CUSTOMER NO. 573-733-3  MACS MOTORCYCLES INC   HWY 7 RR#7                            PETERSBOROUGH ONT CD K9J 6X8

09-12-01   659 09-12-01 70658 060 REG-C/B   03-08-01  208      $.00      $.00         $.00    $183.75         $183.75 *

CUSTOMER NO. 590-371-1  MARSHALL MANAGEMENT    2330 INDUSTRIAL RD                    LAS VEGAS         NV 89102

09-20-01   326 08-20-01 50572 060 REG-C/B   06-27-01   95      $.00      $.00         $.00    $148.37         $148.37 *

CUSTOMER NO. 806-704-5  MEIJER INC             2929 WALKER AVE                       GRAND RAPID       MI 49504

09-05-01   808 09-05-01 00832 060 REG-C/B   08-05-01   56      $.00      $.00         $.00    $44.47
09-05-01   807 09-05-01 00638 060 REG-C/B   08-01-01   60      $.00      $.00         $.00    $675.00
09-17-01   490 09-17-01 91361 060 REG-C/B   08-10-01   51      $.00      $.00         $.00    $18,000.00
09-20-01   334 09-20-01 50579 060 REG-C/B   08-08-01   53      $.00      $.00         $.00    $35.06         $18,754.53 *

CUSTOMER NO. 828-135-8  MODELL HENRY J & CO INC  498 SEVENTH AVE                     NEW YORK          NY 10018

09-20-01   349 09-20-01 50566 060 REG-C/B   08-28-01   33      $.00      $.00         $.00    $596.45        $596.45 *
```

```
AR43RP                          GMAC COMMERCIAL CREDIT LLC                                          PAGE NO.    2
                          SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS
CLIENT NO.   102400
CLIENT NAME  SENECA SPORTS INC              RUN DATE 09-28-01
CURRENCY: U.S. DOLLAR                       ----INTEREST-----
                                            ---CALCULATION---
                                                                                                    TOTAL
  --NOTICE--   OUR J/E REF.   TR.          VALUE INT.   INTEREST   DISCOUNT   COMMISSION   TOTAL    CHARGES PER
    DATE  NO.  DATE    NO.    NO. MESSAGE  DATE  DYS    DR. CR.-   DR. CR.-   DR. CR.-     CHARGES  CUSTOMER
                                                                                           DR. CR.-

CUSTOMER NO. 702-349-2  PENNEY J C CO INC       P O BOX 45056          SALT LAKE CITY        UT 84145-0058

 09-18-01   495 09-18-01 30554  060 REG-C/B   05-18-01 137   $.00       $.00       $.00     $780.00
 09-21-01   620 09-21-01 80655  060 REG-C/B   07-14-01  78   $.00       $.00       $.00      $52.50        $832.50 *

CUSTOMER NO. 707-314-1  PEYTONS SOUTHEAST INC   P O BOX 34250          LOUISVILLE            KY 40232

 09-05-01   957 09-05-01 01596  080 REG-C/B   03-01-01 213   $.00       $.00       $.00   $6,105.60      $6,105.60 *

CUSTOMER NO. 818-861-7  SHOP AT HOME            P O BOX 5024           CAROL STREAM          IL 60188

 09-27-01   777 09-27-01 11377  060 REG-C/B   01-08-01 264   $.00       $.00       $.00     $224.90        $224.90 *

CUSTOMER NO. 843-325-2  SPAGS SUPPLY INC        193 BOSTON TNPK RT9    SHREWSBURY            MA 01545

 09-26-01   098 09-26-01 10135  060 REG-C/B   08-15-01  46   $.00       $.00       $.00      $69.15         $69.15 *

CUSTOMER NO. 889-673-0  TARGET NORTHERN OP CTR  P O BOX 59251          MINNEAPOLIS           MN 55459

 09-12-01   027 09-12-01 20543  060* REG-C/B  06-13-01 109   $.00       $.00       $.00     $113.23
 09-28-01   138 09-28-01 10137  060  REG-C/B  07-07-01  85   $.00       $.00       $.00     $604.62        $717.85 *

CUSTOMER NO. 914-715-8  TOYS R US               225 SUMMIT AVE         MONTVALE              NJ 07645

 09-14-01   808 09-14-01 90789  060 REG-C/B   04-23-01 160   $.00       $.00       $.00  $90,750.00
 09-28-01   727 09-28-01 30566  150 REFUNDS   09-25-01   5   $.00       $.00       $.00  $1,392.22-     $89,357.78 *

CUSTOMER NO. 927-237-8  UNIDENTIFIED CASH       1 PENN PLAZA           NEW YORK              NY 10118

 09-28-01   208 09-28-01 10102  150 REFUNDS   09-17-01  13   $.00       $.00       $.00      $42.13-        $42.13-*
```

AR43RP

GMAC COMMERCIAL CREDIT LLC
SCHEDULE OF CLIENT CHARGES AND CHARGE BACKS

CLIENT NO.  102400
CLIENT NAME  SENECA SPORTS INC                    RUN DATE  09-28-01                                      PAGE NO.   3
CURRENCY: U.S. DOLLAR                             ----INTEREST----
                                                  ---CALCULATION---

| --NOTICE-- DATE NO. | OUR J/E REF. DATE NO. | TR. NO. | MESSAGE | VALUE DATE | INT. DYS | INTEREST DR. CR.- | DISCOUNT DR. CR.- | COMMISSION DR. CR.- | TOTAL CHARGES DR. CR.- | TOTAL CHARGES PER CUSTOMER |
|---|---|---|---|---|---|---|---|---|---|---|

TOTAL CHARGES FOR CLIENT
                        22        TOTAL CHARGES/CREDIT-EXCLUSIVE OF INTEREST                          $72,026.18
                                  TOTAL INTEREST CHARGES/CREDITS                                           $.00
                                  TOTAL ALL CHARGES/CREDITS                                          $72,026.18

** CHANGES OF TERMS **    INTEREST -    $.00  DISCOUNT -   $.00  COMMISSION -    $.00  TOTAL -              $.00 *
** AUTO CHGEBACKS **      INTEREST -    $.00  DISCOUNT -   $.00                        TOTAL -              $.00 *
** REG CHGEBACKS **       INTEREST -    $.00  DISCOUNT -   $.00                        TOTAL -       $117,278.47 *
** R E F U N D S **       INTEREST -    $.00  DISCOUNT -   $.00                        TOTAL -        $45,252.29-*
** INTEREST CLAIMS **     INTEREST -    $.00  DISCOUNT -   $.00                        TOTAL -              $.00 *

# GMAC Commercial Credit LLC

## Client Ledger Account

```
--- C L I E N T ---              -NO-                --- T Y P E ---                              PAGE NO.      1
DAVID L. LANDAY                  1024-81             SPECIAL MISC.                                RECEIVABLE ASSIGNED
                                                     CURRENCY - USD                MONTH         AMOUNT AV.DUE DATE
75 FORTUNE BLVD                  AS OF DATE                                        09-01
MILFORD MASS                     09-30-01                                          08-01         1,001,284.15
                                                                                   07-01         1,004,023.50
         01757                   ACCOUNT EXECUTIVE                                 06-01         1,004,023.50
                                 FITZGERALD,P
```

| POSTING VALUE DATE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | | | --- SPECIAL ACCOUNT --- TRANSACTIONS DR- | CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE 09-30-01 | INT ON AVG BAL | 001 | | | | 2,739.35 | 2,739.35 |
| MONTH END BALANCE | | | | | | | 2,739.35 |

```
                        AVG.BALANCE          RATE            AMOUNT
INTEREST ON AVERAGE ADVANCES   1,001,284.15  @   3.283 %     2,739.35
```

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS;
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

FORM 1790

GMAC_LANDAY00013

SEP 28, 2001
ICC68585

GMAC COMMERCIAL CREDIT LLC
LETTER OF CREDIT TRANSACTONS

NEW YORK
MONTH OF SEP., 2001

PAGE:     1

CLIENT NUMBER: 100800
GUARANTY RATE: 00.250 %

SENECA SPORTS INC T/O          01757
75 FORTUNE BLVD
MILFORD, MA

LETTERS OF CREDIT OUTSTANDING

| L/C NUMBER | NUMBER OF DAYS | AVERAGE OUTSTANDING FOR MONTH | DAILY AVERAGE BALANCE CHARGES |
|---|---|---|---|
| 41865    S | 30 | 110,000.00 | 274.98 |
| TOTAL |  | 110,000.00 |  |
| TOTAL WEIGHTED AVERAGE |  | 109,992.00 | 274.98 |

SUMMARY OF TRANSACTIONS

| | NUMBER | AMOUNTS | TRANSACTION CHARGES |
|---|---|---|---|
| OPENED L/C"S | 0 | 0.00 | 0.00 |
| AMENDED L/C"S | 0 | 0.00 | 0.000 |
| ACCEPTANCES | 0 | 0.000 | 0.000 |
| RELEASES | 0 | 0.000 | 0.000 |
| CANCELED L/C"S | 0 | 0.00 | 0.00 |
| UNUSED L/C"S | 0 | 0.00 | 0.00 |
| PAYMENTS |  |  |  |
| SIGHT | 0 | 0.000 | 0.000 |
| DISCREPANCY | 0 | 0.000 | 0.000 |
| ACCEPTANCE | 0 | 0.000 | 0.000 |
| RELEASE | 0 | 0.00 | 0.00 |
| TOTAL PAYMENTS |  | 0.00 |  |
| TOTAL TRANSACTION CHARGES |  |  | 0.00 |
| TOTAL CHARGES AND PAYMENTS FOR THE MONTH |  |  | 274.98 |

S = STANDBY L/C

# GMAC COMMERCIAL CREDIT LLC

## Client Ledger Account

```
--- C L I E N T ---    -NO-      CROSS REF.TO A/C    ---T Y P E---          PAGE NO.   1
SENECA SPORTS INC T/O  1008-00   1024-00             COLLECTION             RECEIVABLE ASSIGNED
                                                     CURRENCY - USD         AMOUNT  AV.DUE DATE
75 FORTUNE BLVD                  AS OF DATE
MILFORD, MA                      09-30-01                                   MONTH
                                                                            09-01
           01757                 ACCOUNT EXECUTIVE                          08-01
                                 FITZGERALD,P                               07-01
                                                                            06-01

                                                     COLLS.NOT TRANSFERRED

POSTING VALUE  ASSIGNMENT OR  TRANS  ---COLLECTION ACCOUNT---   ADVANCE/MATURED FUNDS ACCOUNT
DATE    DATE   REFERENCE      CODE   TRANSACTIONS    BALANCE    TRANSACTIONS            BALANCE
                                     DR-     CR      DR-   CR   DR-             CR      DR-  CR

OPENING MONTH BALANCE                                4,012.74                                .00

MONTH END BALANCE                                    4,012.74                                .00
```

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS; IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

FORM 1750

GMAC_LANDAY00015

**GMAC Commercial Credit LLC**

**Client Ledger Account**

```
--- C L I E N T ---           -NO-     CROSS REF.TO A/C    - - - T Y P E - - -              PAGE NO.    1
SENECA SPORTS INC/EXPORT     1009-00        1024-00        COLLECTION             RECEIVABLE ASSIGNED
                                                           CURRENCY - USD                    AMOUNT  AV.DUE DATE
75 FORTUNE BLVD              AS OF DATE                                            MONTH
MILFORD MASS                 09-30-01                                              09-01
                                                                                   08-01
          01757              ACCOUNT EXECUTIVE                                     07-01
                             FITZGERALD,P                                          06-01

                                                                   COLLS.NOT TRANSFERRED
```

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | .00 | | .00 |
| 09-12-01 | | COLLECTIONS | 198 | 140.77- | | | |
| 09-12-01 | 091101 | COLLECTIONS | 198 | 140.77 | | | |
| MONTH END BALANCE | | | | | .00 | | .00 |

# GMAC
## COMMERCIAL CREDIT LLC

## Client Ledger Account

PAGE NO. 2

| --- CLIENT --- | -NO- | CROSS REF.TO A/C | --- T Y P E --- | RECEIVABLE ASSIGNED |
|---|---|---|---|---|
| SENECA SPORTS INC/EXPORT | 1009-00 | 1024-00 | COLLECTION CURRENCY - USD | AMOUNT AV.DUE DATE |

75 FORTUNE BLVD
MILFORD MASS

AS OF DATE
09-30-01

| MONTH |
|---|
| 09-01 |
| 08-01 |
| 07-01 |
| 06-01 |

01757   ACCOUNT EXECUTIVE
        FITZGERALD,P

COLLS.NOT TRANSFERRED

### MONTHLY SUMMARY

| TRANS CODE | --- COLLECTION ACCOUNT TRANSACTIONS DR-  CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR-  CR | BALANCE DR- CR |
|---|---|---|---|---|
| OPENING MONTH BALANCE | | .00 | | .00 |
| MONTH END BALANCE | | .00 | | .00 |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS; IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

FORM 1750

GMAC_LANDAY00017

```
AR37RP                        GMAC COMMERCIAL CREDIT LLC
RUN DATE 09/30/2001                                                          PAGE NO.    1
                          STATEMENT OF ACCOUNTS RECEIVABLE

SENECA SPORTS INC/EXPORT                    CLIENT        MONTH ENDING - SEPTEMBER 30, 2001
75 FORTUNE BLVD                             100900
MILFORD MASS                                              CURRENCY -   USD
01757

                     BALANCE FORWARD    $0.00

POST DATE    CLIENT #    TRANS    CASH APPLIC.DATE      DEBITS        CREDITS       BALANCE

09/07/2001   100900      CASH     09/07/2001                          $140.77       $140.77-
09/11/2001   100900      CASH     09/11/2001            $140.77                     $0.00

      CLIENT TOTALS                                     $140.77       $140.77       $0.00
```

GMAC_LANDAY00018