UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
DAVID L. LANDAY                     )
     Plaintiff,                     )
                                    )
     v.                             )     Civil Action No. 04-cv-11955-WGY
                                    )
GMAC COMMERCIAL CREDIT LLC          )
and GMAC COMMERCIAL FINANCE         )
LLC,                                )
     Defendants.                    )
_____)

**DEFENDANTS' OBJECTION AND MOTION TO**
**STRIKE PORTIONS OF DAVID LANDAY'S AFFIDAVIT**

Defendant GMAC Commercial Finance LLC ("GMAC CF")[1] objects to paragraphs 16, 18, the last sentence of 38, 40 through 43, 45, 47, 50 and 51 of David Landay's Affidavit dated December 13, 2005 (the "Affidavit") and moves to strike those portions of the Affidavit on the grounds that: (1) paragraphs 16, 18, 40 through 43 and 45 contradict Landay's sworn answers to interrogatories and differ in material respects from his prior testimony concerning his inability to value the intellectual property owned by Seneca Sports, Inc. and Brookfield International, Inc.; and (2) the last sentence of paragraph 38 as well as paragraphs 50 and 51 purport to introduce evidence relating to discovery disputes in the related New York action, a topic which this Court recently determined to be outside the scope of this litigation. *See*, Order dated December 13, 2005 relating to Docket No. 56.

A copy of the Affidavit is attached as Exhibit A to this motion.

---

[1]     While the Amended Complaint names two defendants, GMAC Commercial Credit LLC and GMAC Commercial Finance LLC, GMAC Commercial Finance LLC is actually the successor by merger of GMAC Commercial Credit LLC and a third GMAC entity, GMAC Business Credit LLC.

In support of its motion to strike, GMAC CF submits the accompanying memorandum of law together with the Affidavit of Mark B. Dubnoff dated December 14, 2005.

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

In compliance with Local Rule 7.1(a)(2), I John A. Houlihan hereby certify that I conferred with counsel for the plaintiff in a good faith attempt to resolve or narrow the issues in dispute, but those efforts were not successful.

/s/ John A. Houlihan
John A. Houlihan


DATED:  December 23, 2005

Respectfully submitted,
GMAC COMMERCIAL FINANCE LLC

/s/ John A. Houlihan
/s/ Mark B. Dubnoff
John A. Houlihan (BBO # 542038)
Mark B. Dubnoff (BBO # 637212)
EDWARDS ANGELL PALMER & DODGE LLP
101 Federal Street
Boston, MA  02110
(617) 439-4444