UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID L. LANDAY<br>    Plaintiff,<br><br>v.<br><br>GMAC COMMERCIAL CREDIT LLC<br>and GMAC COMMERCIAL FINANCE<br>LLC,<br>    Defendants. | Civil Action No. 04-cv-11955-WGY |

### AFFIDAVIT OF MARK B. DUBNOFF IN SUPPORT OF GMAC CF'S OPPOSITIONTO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

I, Mark B. Dubnoff, upon oath, depose and state as follows:

1. I am over 18 years of age, am competent to testify, and have personal knowledge of the facts set forth herein.

2. I am an attorney with Edwards Angell Palmer & Dodge LLP, which represents the defendants in this lawsuit. I am an active member in good standing of the bars of the United States Courts of Appeals for the First Circuit and the Ninth Circuit, the United States District Court for the District of Massachusetts and the Supreme Judicial Court of the Commonwealth of Massachusetts.

3. The document attached as Exhibit 1 is a true and accurate copy of Defendant's First Set of Interrogatories in the above-captioned case, which I served upon plaintiff's counsel on or about August 5, 2005.

4. The document attached as Exhibit 2 to this affidavit is a true and accurate copy of Plaintiff David L. Landay's Answers to Defendants' First Set of Interrogatories, which I received from plaintiff's counsel on or about September 7, 2005.

5. The document attached as Exhibit 3 is a true and accurate copy of Defendant's First Request for Production of Documents, which I served upon plaintiff's counsel on or about August 5, 2005.

6. The document attached as Exhibit 4 to this affidavit is a true and accurate copy of Plaintiff's Response to Defendant's First Request for Production of Documents, which I received from plaintiff's counsel on or about September 7, 2005.

7. The document attached as Exhibit 5 is a true and accurate copy of a letter that I wrote and transmitted to plaintiff's counsel on or about September 8, 2005.

8. As of the date of the execution of this affidavit, I have not received any supplementation of Plaintiff's Responses to Defendant's First Set of Interrogatories.

SWORN TO AND SUBSCRIBED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 14th DAY OF DECEMBER 2005.

_____
Mark B. Dubnoff