## Paul Traub

### Curriculum Vitae

**Position:**

Asset Disposition Advisors, LLC, Principal
Traub, Bonacquist & Fox LLP, Member

Paul Traub is a founding principal of Asset Disposition Advisors, LLC ("ADA"). Formed in 2001, ADA is a nationally recognized and respected strategic consulting firm, providing strategic asset acquisition and disposition advice and guidance to companies in distress, official and unofficial creditors' committees, lenders, asset and enterprise purchasers, and asset disposition specialists. ADA is well known for successfully undertaking and completing difficult and complex strategic asset disposition and acquisition transactions.

Paul Traub is also a founding member and managing partner of Traub, Bonacquist & Fox, LLP, a New York based "boutique" law firm, focusing on insolvency and corporate restructuring, strategic asset acquisitions and dispositions, distressed financings, general business law and commercial litigation. The practice emphasizes as creditor's rights in bankruptcy proceedings, representation of official and unofficial creditors' committees, business counseling, contract negotiations and secured transactions. Mr. Traub has served as lead counsel to official and unofficial creditors' committees; official equity committees; and debtors in complex Chapter 11 cases, and has performed transactional work in dozens of cases with sellers, purchasers, lenders and secured and unsecured creditors of financially troubled companies, non-judicial restructurings and Chapter 11 reorganizations throughout the United States and Canada.

**Born:**

Brooklyn, New York, January 31, 1952

**Education:**

SUNY at Buffalo; Boston University, B.A., 1973
Golden Gate University, J.D., 1977

**Professional Affiliations:**

American Bar Association (Section on Insolvency and Litigation)
American Bankruptcy Institute
Association of Banking and Commercial Law Firms
Commercial Finance Association
Commercial Law League of America (Bankruptcy and Insolvency Section)
New York State Trial Lawyers Association
Turnaround Management Association

**Professional Licenses/ Admissions:**

New York State Bar, 1978
U.S. District Court, Southern District of New York
U.S. District Court, Eastern District of New York
U.S. District Court, Western District of New York
U.S. Court of Appeals, Second Circuit
U.S. District Court, Eastern District of Wisconsin
U.S. District Court, Northern District of Illinois

**Publications:**

Co-Author with Susan F. Balaschak: *Legal Perspective: Protecting Your Holiday Shipments.* The PriceWaterhouse Trade Credit Reporter (Nov./Dec. 1998).

*Going out of Business Sales: Balancing the Interests of Landlords, Creditors, Regulatory Agencies and the Public in Chapter 11 Retail Cases.* Journal of Bankruptcy Law and Practice, Vol. 9, No. 1.

**Speaches and Presentations:**

Mid-Atlantic NACM Second Educational Symposium, Atlantic City, NJ, May, 1998: "Reclamation and Other Creditor Issues: Creditors' Perspective In Bankruptcy 1998 and Beyond"

Mid-Atlantic NACM, Woodbridge, NJ, November, 1997: "Creditors' Perspective in Bankruptcy 1997 and Beyond"

Toy Manufacturers of America, International Credit Conferences, 1995-1998: "Overview of Bankruptcies: Canadian and U.S. Perspectives".

North American Retail Industry Credit Group Meeting, Toronto, Ontario, July, 1996: "Review of Creditor's Rights/Differences -- Canada, Mexico and USA"

National Software Credit Association, San Jose, CA, March, 1995: "The Bankruptcy Reform Act of 1994"

Mass Merchandisers Credit Association, Chicago, IL, May, 1994: "Bankruptcy Warfare, A Creditor Manager's Survival Guide"

**Representative Transactions:**

Kmart Corporation (Chapter 11, Chicago, IL)
FAO Schwarz, Inc. (Chapter 11, Wilmington, DE)
Zainy Brainy, Inc. (Chapter 11, Wilmington, DE)
KB Toys, Inc. (Chapter 11, Wilmington, DE)
eToys, Inc. (Chapter 11, Wilmington, DE)
Jacobson Stores Inc. (Chapter 11, Detroit, MI)
TW, Inc., f/k/a Nobody Beats the Wiz, Inc. (Chapter 11, Wilmington, DE)

The Museum Company, Inc (Chapter 11, New York, NY)
Hechinger's Investment Company, Inc. (Chapter 11, Wilmington, DE)
joan & david (Chapter 11, New York, NY)
Weathervane Retail Group (Chapter 11, Worcester, MA)
Quality Stores, Inc. (Chapter 11, Grand Rapids, MI)
Bonus Stores, Inc. (Chapter 11, Wilmington, DE)
Chaffin Acquisition Corp., d/b/a Gibson's Discount Stores (Dodge City, KS)
JumboSports, Inc. (Chapter 11, Tampa, FL)
Old America Stores, LP (Chapter 11, Wilmington, DE)
Party America, Inc. (Chapter 11, Los Angeles, CA)
Edison Brothers Stores, Inc. (Chapter 11, Wilmington, DE)
Shoe Corporation of America, Inc. (Chapter 11, Columbus, OH)
Stage Stores, Inc. (Chapter 11, Houston, TX)
HomePlace of America, Inc. (Chapter 11, Wilmington, DE)
Drug Emporium, Inc. (Youngstown, OH)
Office Max, Inc. (Cleveland, OH)
House2Home, (Orange County, CA)
PharMor, Inc., (Youngstown, OH)
WSS Media, Inc. (Minneapolis, MN)

**ATTACHMENT 2**

**Selected Experience of Asset Disposition Advisors LLC**

- **Rhodes, Inc. (Atlanta, GA)(Special Asset Disposition Advisor to the Senior Lenders).** ADA was retained by the senior secured lenders of this national furniture retailer to assist it and its borrower in the formulation and implementation of strategic asset disposition strategies in the context of the borrower's chapter 11 case. ADA services included, among other things, providing assistance in connection with the preparation of a standardized bid information/financial data package and proposed agency agreement for delivery to interested parties; upon receipt of initial proposals from interested parties, assisted the lender in the evaluation of the initial proposal and advised the lender and the borrower in (a) selecting and negotiating a tripartite "stalking horse" equity and consulting proposal, and (b) negotiating definitive agreements and related documentation concerning such proposal; following selection of the stalking horse proposal, assisted the borrower and the lender in organizing and conducting an expedited, orderly auction process among interested parties. ADA also assisted the borrower and the lender in the preparation of physical inventory taking instructions; worked with the company and the lender's representatives in the preparation of any designated closing locations for a physical inventory taking at the designated closing locations; disbursed field personnel to monitor the conduct of the physical inventory taking and the lenders in the reconciliation of the physical inventory taking process; responded to general questions regarding sale related issues; and assisted the company and the lenders in the reconciliation of the physical inventory taking process.

- **Breuners Home Furnishings Corp., d/b/a Huffman Koos (Wilmington, DE)(Special Asset Disposition Advisor to the Senior Lenders).** ADA was retained by the senior secured lenders of this national furniture retailer to assist it and its borrower in the formulation and implementation of strategic asset disposition strategies both prior to, and later in the context of the borrower's chapter 11 case. ADA services included, among other things, providing assistance in connection with the preparation of a standardized bid information/financial data package and proposed agency agreement for delivery to interested parties; upon receipt of initial proposals from interested parties, assisted the lender in the evaluation of the initial proposal and advised the lender and the borrower in (a) selecting and negotiating a tripartite "stalking horse" equity and consulting proposal, and (b) negotiating definitive agreements and related documentation concerning such proposal; following selection of the stalking horse proposal, assisted the borrower and the lender in organizing and conducting an expedited, orderly auction process among interested parties. ADA also assisted the borrower and the lender in the preparation of physical inventory taking instructions; worked with the company and the lender's representatives in the preparation of any designated closing locations for a physical inventory taking at the designated closing locations; disbursed field personnel to monitor the conduct of the physical inventory taking at the designated closing locations; responded to general questions regarding sale related issues; and assisted the company and

- **Homelife, Inc. (Wilmington, DE) (Special Asset Disposition Advisor to the Senior Lenders).** ADA was retained by the senior secured lender of this national furniture retailer to assist it and its borrower in the formulation and implementation of strategic asset disposition strategies in the context of the borrower's chapter 11 case. ADA services included, among other things, providing assistance in connection with the preparation of a standardized bid information/financial data package and proposed agency agreement for delivery to interested parties; upon receipt of initial proposals from interested parties, assisted the lender in the evaluation of the initial proposal and advised the lender and the borrower in (a) selecting and negotiating a tripartite "stalking horse" equity and consulting proposal, and (b) negotiating definitive agreements and related documentation concerning such proposal; following selection of the stalking horse proposal, assisted the borrower and the lender in organizing and conducting an expedited, orderly auction process among interested parties. ADA also assisted the borrower and the lender in the preparation of physical inventory taking instructions; worked with the company and the lender's representatives in the preparation of any designated closing locations for a physical inventory taking; disbursed field personnel to monitor the conduct of the physical inventory taking at the designated closing locations; responded to general questions regarding sale related issues; and assisted the company and the lenders in the reconciliation of the physical inventory taking process.

- **FAO Schwarz, Inc. (n/k/a Toy Soldier, Inc.), et al. (Wilmington, DE)(Special Asset Disposition Advisor to the Creditors' Committee).** ADA assisted in the formulation and implementation of strategic asset disposition strategies, including, among other things, assisted in connection with the preparation of a standardized bid information/financial data package and proposed agency agreement for delivery to interested parties; coordinated the dissemination of appropriate confidentiality agreements; upon receipt of initial proposals from interested parties, assisted and advised in (a) selecting and negotiating a "stalking horse" proposal, and (b) negotiating definitive agreements and related documentation concerning such proposal; following selection of the stalking horse proposal, organized and conducted an expedited, orderly auction process among interested parties. ADA assisted in the preparation of physical inventory taking instructions; worked with the company and the lenders' representatives in the preparation of any designated closing locations for a physical inventory taking; disbursed field personnel to monitor the conduct of the physical inventory taking at the designated closing locations; responded to general questions regarding sale related issues; and assisted the company and the lenders in the reconciliation of the physical inventory taking process.

- **KB Toys, Inc., et. al (Wilmington, DE)(Special Asset Disposition Advisor to the Creditors' Committee).** ADA has been retained by the Official Committee of Unsecured Creditor and in that role ADA has played a key role in the negotiations with the national liquidation firm in connection with the closure of some 600 of the KB Toys retail store locations, as well as in the

2

negotiations with the purchaser of the KB Toys/eToys internet business. ADA assisted in the formulation and implementation of strategic asset disposition strategies, including, among other things, assisted in connection with the preparation of a standardized bid information/financial data package and proposed agency agreement for delivery to interested parties; coordinated the dissemination of appropriate confidentiality agreements; upon receipt of initial proposals from interested parties, assisted and advised in (a) selecting and negotiating a "stalking horse" proposal, and (b) negotiating definitive agreements and related documentation concerning such proposal; following selection of the stalking horse proposal, organized and conducted an expedited, orderly auction process among interested parties; assisted in the preparation of physical inventory taking instructions; worked with the company and the lenders' representatives in the preparation of any designated closing locations for a physical inventory taking; disbursed field personnel to monitor the conduct of the physical inventory taking at the designated closing locations; responded to general questions regarding sale related issues; and assisted the company and the lenders in the reconciliation of the physical inventory taking process.

- **The Athlete's Foot Stores, LLC (New York, NY)(Special Asset Disposition Advisor to the Debtor).** ADA was retained by this national retailer of athletic footwear and apparel to assist it in the formulation and implementation of strategic asset disposition strategies in the context of its chapter 11 case. ADA services included, among other things, providing assistance in connection with the preparation of a standardized bid information/financial data package and proposed agency agreement for delivery to interested parties; coordinated the dissemination of appropriate confidentiality agreements; upon receipt of initial proposals from interested parties, assisted and advised in (a) selecting and negotiating a "stalking horse" proposal, and (b) negotiating definitive agreements and related documentation concerning such proposal; following selection of the stalking horse proposal, organized and conducted an expedited, orderly auction process among interested parties. ADA assisted in the preparation of physical inventory taking instructions; worked with the company and the lenders' representatives in the preparation of any designated closing locations for a physical inventory taking; disbursed field personnel to monitor the conduct of the physical inventory taking at the designated closing locations; responded to general questions regarding sale related issues; and assisted the company and the lenders in the reconciliation of the physical inventory taking process.

- **Kitchen Etc., Inc. (Wilmington, DE)(Special Asset Disposition Advisor to the Debtor).** ADA was retained by this regional retailer of kitchen appliances and accessories to assist it in the formulation and implementation of strategic asset disposition strategies in the context of its chapter 11 case. ADA services included, among other things, providing assistance in connection with the preparation of a standardized bid information/financial data package and proposed agency agreement for delivery to interested parties; coordinated the dissemination of appropriate confidentiality agreements; upon receipt of initial proposals from interested parties, assisted and advised in (a) selecting and negotiating a "stalking horse" proposal, and (b) negotiating

3

- definitive agreements and related documentation concerning such proposal; following selection of the stalking horse proposal, organized and conducted an expedited, orderly auction process among interested parties. ADA assisted in the preparation of physical inventory taking instructions; worked with the company and the lenders' representatives in the preparation of any designated closing locations for a physical inventory taking; disbursed field personnel to monitor the conduct of the physical inventory taking at the designated closing locations; responded to general questions regarding sale related issues; and assisted the company and the lenders in the reconciliation of the physical inventory taking process.

- **Gadzooks, Inc. (Dallas, TX)(Special Asset Disposition Advisor to the Senior Lenders).** ADA was retained by the senior secured lenders of this national women's apparel retailer to assist it and its borrower in the formulation and implementation of strategic asset disposition strategies in the context of the borrower's chapter 11 case. ADA services included, among other things, providing assistance in connection with the preparation of a standardized bid information/financial data package and proposed agency agreement for delivery to interested parties; upon receipt of initial proposals from interested parties, assisted the lender in the evaluation of the initial proposal and advised the lender and the borrower in (a) selecting and negotiating a "stalking horse" proposal, and (b) negotiating definitive agreements and related documentation concerning such proposal; following selection of the stalking horse proposal, assisted the borrower and the lender in organizing and conducting an expedited, orderly auction process among interested parties. ADA also assisted the borrower and the lender in the preparation of physical inventory taking instructions; worked with the company and the lender's representatives in the preparation of any designated closing locations for a physical inventory taking; disbursed field personnel to monitor the conduct of the physical inventory taking at the designated closing locations; responded to general questions regarding sale related issues; and assisted the company and the lenders in the reconciliation of the physical inventory taking process.

- **Wet Seal, Inc. (Los Angeles, CA)(Special Asset Disposition Advisor to the Company).** ADA was retained by this national women's apparel retailer to assist it in the formulation and implementation of strategic asset disposition strategies in a non-bankruptcy format. ADA services included, among other things, providing assistance in connection with the preparation of a standardized bid information/financial data package and proposed agency agreement for delivery to interested parties; upon receipt of initial proposals from interested parties, assisted the company in the evaluation of the initial proposal and advised the company in (a) selecting and negotiating a "stalking horse" proposal, and (b) negotiating definitive agreements and related documentation concerning such proposal; following selection of the stalking horse proposal, assisted the company in organizing and conducting an expedited, orderly auction process among interested parties. ADA also assisted the company in the preparation of physical inventory taking instructions; worked with the company in the preparation of any designated closing locations for a physical inventory taking; disbursed field personnel to monitor the conduct of the physical inventory

4

taking at the designated closing locations; responded to general questions regarding sale related issues; and assisted the company and the lenders in the reconciliation of the physical inventory taking process.

• **New Weathervane Retail Corp. (Wilmington, DE)(Special Asset Disposition Advisor to the Senior Lenders).** ADA was retained by the senior secured lenders of this national women's apparel retailer to assist it and its borrower in the formulation and implementation of strategic asset disposition strategies in the context of the borrower's chapter 11 case. ADA services included, among other things, providing assistance in connection with the preparation of a standardized bid information/financial data package and proposed agency agreement for delivery to interested parties; upon receipt of initial proposals from interested parties, assisted the lender in the evaluation of the initial proposal and advised the lender and the borrower in (a) selecting and negotiating a tripartite "stalking horse" equity and consulting proposal, and (b) negotiating definitive agreements and related documentation concerning such proposal; following selection of the stalking horse proposal, assisted the borrower and the lender in organizing and conducting an expedited, orderly auction process among interested parties. ADA also assisted the borrower and the lender in the preparation of physical inventory taking instructions; worked with the company and the lender's representatives in the preparation of any designated closing locations for a physical inventory taking; disbursed field personnel to monitor the conduct of the physical inventory taking at the designated closing locations; responded to general questions regarding sale related issues; and assisted the company and the lenders in the reconciliation of the physical inventory taking process.

• **Galey & Lord, Inc. (Atlanta, GA)(Special Asset Disposition Advisor to the Subordinated Lenders).** ADA was retained by the subordinated secured lenders of this textiles manufacturer to assist it in its evaluation of the asset disposition strategies proposed by the borrower in the context of its chapter 11 case, as well as spearheading the subordinated lenders' efforts at marketing the company and its assets to potentially interested parties.

• **Office Max, Inc. (Cleveland, OH)(Special Asset Disposition Advisor to the Company).** Principals of ADA were retained by the Company to assist the Company in formulating and implementing a store closing program for certain of the Company's underperforming locations. In that connection, ADA assisted in the formulation and implementation of strategic asset disposition strategies, including, among other things, assisted in connection with the preparation of a standardized bid information/financial data package and proposed agency agreement for delivery to interested parties; coordinated the dissemination of appropriate confidentiality agreements; upon receipt of initial proposals from interested parties, assisted and advised in selecting and negotiating a "stalking horse" proposal and negotiating definitive agreements and related documentation concerning such proposal; following selection of the stalking horse proposal, organized and conducted an

5

expedited, orderly auction process among interested parties; assisted in the preparation of physical inventory taking instructions; worked with the company and the lenders' representatives in the preparation of any designated closing locations for a physical inventory taking; disbursed field personnel to monitor the conduct of the physical inventory taking at the designated closing locations; responded to general questions regarding sale related issues; and assisted the company and the lenders in the reconciliation of the physical inventory taking process.

- **House2Home, Inc. (Irvine, CA)(Special Asset Disposition Advisor to the Secured Lender).** ADA assisted in the formulation and implementation of strategic asset disposition strategies, including, among other things, assisted in connection with the preparation of a standardized bid information/financial data package and proposed agency agreement for delivery to interested parties; coordinated the dissemination of appropriate confidentiality agreements; upon receipt of initial proposals from interested parties, assisted and advised in selecting and negotiating a "stalking horse" proposal and negotiating definitive agreements and related documentation concerning such proposal; following selection of the stalking horse proposal, organized and conducted an expedited, orderly auction process among interested parties; assisted in the preparation of physical inventory taking instructions; worked with the company and the lenders' representatives in the preparation of any designated closing locations for a physical inventory taking; disbursed field personnel to monitor the conduct of the physical inventory taking at the designated closing locations; responded to general questions regarding sale related issues; and assisted the company and the lenders in the reconciliation of the physical inventory taking process.

- **The Museum Company, Inc (New York, NY) (Special Asset Disposition Advisor to the Creditors' Committee).** ADA worked with the company and the lenders' representatives in the preparation of any designated closing locations for a physical inventory taking; disbursed field personnel to monitor the conduct of the physical inventory taking at the designated closing locations; responded to general questions regarding sale related issues; and assisted the company and the lenders in the reconciliation of the physical inventory taking process.

- **Bonus Stores, Inc. (Wilmington, DE) (Asset Evaluation Consultant to Secured Lenders).** Prior to the Company's filing for chapter 11, ADA was retained by the Company's secured lender to assist the lender in evaluating the true value of its collateral and to identify problem areas giving rise to pricing discrepancies and shrink exposure. ADA was subsequently retained by the Company to assist it in the formulation and implementation of strategic asset disposition strategies. ADA worked with the Company and the lenders' representatives in the preparation of any designated closing locations for a physical inventory taking. ADA disbursed field personnel to monitor the conduct of the physical inventory taking at the designated

6

closing locations and responded to general questions regarding sale related issues. Ultimately, ADA assisted the company and the lenders in the reconciliation of the physical inventory taking process.

- **Strouds Acquisition Corp. (Los Angeles, CA)(Special Asset Disposition Advisor to the Debtor).** ADA was initially retained by the Debtor, is a specialty retailer of bed, bath, tabletop and other home textile products, in connection with effectuating an out of court work out with the Debtor's creditors. Although the out-of-court workout was successful and was overwhelmingly accepted by the Debtors' creditors, several months later the Debtor again found itself in financial difficulty. At that time ADA was retained as special asset disposition counsel to assist the Debtor in formulating and implementing a strategic asset disposition and auction procedure for the disposition of their assets. ADA assisted in the formulation and implementation of standardized bid information/financial data package and proposed agency agreement for delivery to interested parties; coordinated the dissemination of appropriate confidentiality agreements; upon receipt of initial proposals from interested parties, assisted and advised in (a) selecting and negotiating a "stalking horse" proposal, and (b) negotiating definitive agreements and related documentation concerning such proposal; following selection of the stalking horse proposal, organized and conducted an expedited, orderly auction process among interested parties; assisted in the preparation of physical inventory taking instructions; worked with the company and the lenders' representatives in the preparation of any designated closing locations for a physical inventory taking; disbursed field personnel to monitor the conduct of the physical inventory taking at the designated closing locations; responded to general questions regarding sale related issues; and assisted the company and the lenders in the reconciliation of the physical inventory taking process.

- **SFMB Acquisition Corp. (San Francisco Music Box and The Museum Company) (New York, NY)(Special Asset Disposition Advisor to the Creditors' Committee).** ADA was retained by the Official Committee of Unsecured Creditors and in that connection took an active role in the negotiations with going concern bidders and the national liquidation companies in connection with the disposition of the assets of these two companies. ADA assisted in the preparation of physical inventory taking instructions; worked with the company and the lenders' representatives in the preparation of any designated closing locations for a physical inventory taking; disbursed field personnel to monitor the conduct of the physical inventory taking at the designated closing locations; responded to general questions regarding sale related issues; and assisted the company and the lenders in the reconciliation of the physical inventory taking process.

- **American Outfitters, Inc. (Bedford, PA)(Consultant to the Company).** ADA assisted the company in the preparation of a business plan to serve as the baseline for out-of-court negotiations with its trade creditor constituencies. ADA also assisted in

7

the formulation and implementation of strategic asset disposition strategies, including, among other things, assisted in connection with the preparation of a standardized bid information/financial data package and proposed agency agreement for delivery to interested parties; coordinated the dissemination of appropriate confidentiality agreements; upon receipt of initial proposals from interested parties, assisted and advised in (a) selecting and negotiating a "stalking horse" proposal, and (b) negotiating definitive agreements and related documentation concerning such proposal; following selection of the stalking horse proposal, organized and conducted an expedited, orderly auction process among interested parties. ADA assisted in the preparation of physical inventory taking instructions; worked with the company in the preparation of any designated closing locations for a physical inventory taking; disbursed field personnel to monitor the conduct of the physical inventory taking at the designated closing locations; responded to general questions regarding sale related issues; and assisted the company in the reconciliation of the physical inventory taking process.

- **Golf America, Inc. (Baltimore, MD) (Consultant to the Company).** ADA assisted this national mall-based retailer of high-end golf apparel in the preparation of a business plan designed to maximize the value of the lender's collateral, and which would also serve as the baseline for out-of-court negotiations with its senior lender and trade creditor constituencies. ADA assisted the company's senior management in implementing that business plan and in providing data support to the restructuring negotiations.

- **Music Network, Inc. (Atlanta, GA)(Special Asset Disposition Advisor to the Debtor).** ADA was retained by this regional retailer of music, videos and video games to assist it in the formulation and implementation of strategic asset disposition strategies initially in the context of an out-of-court restructuring, and thereafter in the context of its chapter 11 case. ADA services included, among other things, providing assistance in connection with the preparation of a standardized bid information/financial data package and proposed agency agreement for delivery to interested parties; coordinated the dissemination of appropriate confidentiality agreements; upon receipt of initial proposals from interested parties, assisted and advised in (a) selecting and negotiating a "stalking horse" proposal, and (b) negotiating definitive agreements and related documentation concerning such proposal; following selection of the stalking horse proposal, organized and conducted an expedited, orderly auction process among interested parties. ADA assisted in the preparation of physical inventory taking instructions; worked with the company and the lenders' representatives in the preparation of any designated closing locations for a physical inventory taking; disbursed field personnel to monitor the conduct of the physical inventory taking at the designated closing locations; responded to general questions regarding sale related issues; and assisted the company and the lenders in the reconciliation of the physical inventory taking process.

8

**ATTACHMENT 3**

ATTACHMENT 3

David L. Landay v. GMAC Commercial Credit LLC, *et al.*
Civil Action No. 04-11955-WGY
United States District Court -- District of Massachusetts

Document List

| Bates Number | Date | Description |
|---|---|---|
| | 10/10/05 | Expert Report of Keith D. Lowey |
| GLAN 00090-91 | 10/23/01 | J. Rijo Memo to Jane Frangos |
| GLAN 00087-89 | 10/24/01 | J. Rijo Memo to Jane Frangos |
| GLAN 00084-86 | 10/25/01 | J. Rijo Memo to Jane Frangos |
| RAS 00810-813 | 10/25/01 | J. Rijo Memo to Jane Frangos |
| GLAN 00082-83 | 10/29/01 | J. Rijo Memo to Jane Frangos |
| GLAN 00077-78 | 10/30/01 | J. Rijo Memo to Jane Frangos |
| GLAN 00079-81 | 10/30/01 | J. Rijo Memo to Jane Frangos |
| RAS 00818-824 | 10/31/01 | J. Rijo Memo to Jane Frangos |
| RAS 00825-831 | 11/1/01 | J. Rijo Memo to Jane Frangos |
| GLAN 00071-73 | 11/2/01 | J. Rijo Memo to Jane Frangos |
| RAS 00835-842 | 11/4/01 | J. Rijo Memo to Jane Frangos |
| RAS 00843-848 | 11/6/01 | J. Rijo Memo to Jane Frangos |
| GLAN 00060-62 | 11/7/01 | J. Rijo Memo to Jane Frangos |
| RAS 00852-858 | 11/8/01 | J. Rijo Memo to Jane Frangos |
| GLAN 00052-55 | 11/9/01 | J. Rijo Memo to Jane Frangos |
| GLAN 00049-51 | 11/15/01 | J. Rijo Memo to Jane Frangos |
| GLAN 00045-48 | 11/19/01 | J. Rijo Memo to Jane Frangos |
| GLAN 00041-44 | 11/20/01 | J. Rijo Memo to Jane Frangos |
| RAS 000874-876 | 11/21/01 | J. Rijo Memo to Jane Frangos |
| GLAN 00037-40 | 11/26/01 | J. Rijo Memo to Jane Frangos |
| | | First Amended Complaint in Civil Action No. 04-11955-WGY |
| | 3/29/04 | Transcript: John Rijo Depo in Index No. 602338/02 |
| | 9/30/02 | GMAC Factoring Division Memo: North American Factoring Division Collections Policy |
| | 10/20/05 | Transcript: Depo of Keith D. Lowey in Civil Action No. 04-11955-WGY |

| | | |
|---|---|---|
| GLAN 00184-194 | 5/00 | Ozer Valuation Services LLC "Insight Desktop Valuation" |
| RAS 01707-08 | 11/21/01 | Richard Stehl Letter |
| RAS 01602-62 | | Misc. Correspondence re: Leon Korol Transactions |
| RAS 01888-910 | | Misc. Correspondence/Notes re: Fixed Asset Sales |
| RAS 00884-85 | 10/29/01 | Andrew Anesi (Mattel, Inc.). Letter to David Landay |
| RAS 00887-94 | 10/4/01 | Surrender Agreement (unsigned) |
| RAS 01567-61 | | Misc. Correspondence/Notes re: File Storage Activities. |
| RAS 00004-07 | 7/17/01 | Factoring Certificate |
| RAS 00090-114 | 6/30/01 | Liquidation Analysis as of June 30, 2001 |
| RAS 00129-130 | 8/17/01 | J. Rijo Memo to R. Sebastiao |
| RAS 00234-55 | 10/5/01 | Liquidation Analysis as of October 5, 2001 |
| RAS 00310-36 | 1/1/97 | License Agreement (Mattel, Inc.) |
| RAS 00363-90 | 1/1/00 | License Agreement (Mattel, Inc.) |
| RAS 00570-79 | 7/31/00 | Factoring Agreement Term Sheet |
| RAS 00013-21 | | Misc. Correspondence re: Toys R Us Account |
| RAS 00170-83 | 9/14/01 | J. Rijo Memo to Jane Frangos |
| RAS 00184-201 | 9/21/01 | J. Rijo Memo to Jane Frangos |
| RAS 000220-233 | 10/5/01 | J. Rijo Memo to Jane Frangos |
| RAS 00266-278 | 10/19/01 | J. Rijo Memo to Jane Frangos |
| RAS 01848-71 | | Misc. Correspondence re: Key Employee Retention and Compensation |
| RAS 01872-87 | | Misc. Correspondence re: In-Port Inventory |

2