# EXHIBIT 2

Exhibit I
Page 1 of 4

## KEITH D. LOWEY, CPA

## CURRICULUM VITAE

| | |
|---|---|
| POSITION | President, Verdolino & Lowey, P.C. <br> Certified Public Accountant, Massachusetts and Rhode Island |
| EDUCATION | B.S., Accountancy, Bentley College, Waltham, MA (1983) |
| PROFESSIONAL AFFILIATIONS | American Institute of Certified Public Accountants, Member <br> Massachusetts Society of Certified Public Accountants, Member <br> American Bankruptcy Institute <br> Association of Insolvency Accountants <br> Turnaround Management Association <br> Candidate for Certified Insolvency and Reorganization Accountant |
| PROFESSIONAL | Verdolino & Lowey, P.C., President, 1990 to present. Extensive experience in accounting and consulting services; business transactions; business advisory services; business liquidations; business valuation; litigation support; and, bankruptcy matters including: taxation and accounting, valuation and insolvency, search for preference and fraudulent transactions, records reconstruction and expert witness services. Have been employed as accountants for Chapter 7 and 11 Trustees, Examiners, Debtors and Creditors' Committees; Examiner; Liquidating Agents; Estate Representative; SEC Receiver; Assignee; Disbursing Agent; Interim CEO/CFO; and, qualified and testified as expert witness. <br><br> Stadium Management Corporation/Foxboro Stadium Associates, L.P. 1986 to 1990. Controller/Chief Financial Officer. Responsible for all financial aspects of the Company and its subsidiaries; bank relationships; internal and external financial reporting; liaison to outside auditors; settlements with Stadium event promoters, insurance, tax compliance, employee benefits, etc. <br><br> Arthur Andersen & Co. Senior Auditor 1983 to 1986. Responsible for planning, administering and executing financial statement audits and special projects for medium to large size companies. |

KEITH D. LOWEY, CPA

CURRICULUM VITAE
continued

| | |
|---|---|
| PUBLICATIONS AND SPEECHES | Co-Author of *Bankruptcy Overview: Issues, Law and Policy, Third Edition (1996)*.

Co-Author Boston Bar Association Bankruptcy Law Section Newsletter *The Gaps in GAAP, January 2001*.

Speaker United States Trustee seminar, July 1998.

Speaker at the American Bankruptcy Conference in July 2000 on the Strategic Use of Financial Statements in Bankruptcy.

Speaker at the Massachusetts Continuing Legal Education, Inc. seminar *Litigation by the Numbers*, February 2001.

Speaker at the Risk Management Association/Turnaround Management Association Panel Discussion in December 2002 on Forensic Accounting and Fraud.

Speaker at the American Bankruptcy Institute Conference in July 2005 on Significant Tax Issues in Individual Cases. |
| PREVIOUS EXPERT TESTIMONY (trial or deposition) | **Environmental Compliance Corporation, Inc.**
Chapter 11, Case No. 94-40281-HJB
Western District of Massachusetts

Hired by defendant in adversary proceeding to determine the solvency of the debtor; co-authored and submitted report to the Court.

**Bankruptcy of Edward S. Stimpson, III**
Chapter 7, Case No. 95-17407-CJK
Eastern District of Massachusetts

Testified in Court January 1997 regarding estate tax returns and various tax issues.

**Yary v. Zwick**
Superior Court of the State of California for the County of Orange
CA No. 781066

Deposed and testified in Court October 1998 regarding solvency of Hyphen, Inc. |

## KEITH D. LOWEY, CPA

### CURRICULUM VITAE
continued

**CyberStorage Systems, Inc. v. Trimm Technologies, Inc.**
U.S. District Court (Massachusetts)
Civil Action No. 97 CV 12369 RGS

Retained as expert to calculate lost profits; prepared report and deposed.

**The KMS Companies, Inc. v. Arthur Ivey, et. al.**
Adversary Proceeding
US Bankruptcy Court (Eastern District of Massachusetts)
Case No. 98-11412-WCH

Retained as expert to respond to allegations regarding the capitalization of various entities, the propriety and accounting treatment of certain transfers and transactions. Testified in Court April 2000.

**Edward Stanger, et.al. v. George Davis, et. al..**
U.S. District Court (Massachusetts)
Civil Action No. 96-11052 DPW

Retained as expert to express an opinion concerning whether or not funds were commingled by the defendants and whether the defendants acted in a reasonable and prudent manner as Trustees and if not to calculate the damages that resulted – prepared report.

**Atlantic Rancher, Inc.**
Adversary Proceeding
US Bankruptcy Court (Eastern District of Massachusetts)
Case No. 99-12942-JNF

Retained as expert to express an opinion concerning the proper classification of various advances made to the Debtor - prepared report and testified in Court.

**Newport Creamery, Inc.**
Adversary Proceeding
US Bankruptcy Court (District of Rhode Island)
Case No. 01-13196

Testified in Court as expert to express an opinion concerning the solvency of the Debtor after a leveraged buy-out transaction.

Exhibit I
Page 4 of 4

## KEITH D. LOWEY, CPA

### CURRICULUM VITAE
continued

**Timothy P. King, attorney in fact for and on behalf of Hilda Ayer Anderson and the Ayer-Anderson Foundation, Inc. v. Jon F. Conant, John Byors, d/b/a West Side Marble, Robert E. Sayre, and Bertram W. Allen**
Suffolk Superior Court (Commonwealth of Massachusetts)
C.A. No. 03-2012 BLS

Retained as expert to express an opinion on the responsibilities of a financial fiduciary and analyze the financial activity of the plaintiff to determine potential claims against each of the defendants. Prepared for trial - cases settled and/or facts stipulated to.