# EXHIBIT 3

| - - - CLIENT - - - | -NO- | CROSS REF.TO A/C | - - - TYPE - - - | MONTH | RECEIVABLE AMOUNT | PAGE NO. 1 ASSIGNED AV.DUE DATE |
|---|---|---|---|---|---|---|
| SENECA SPORTS INC T/O | 1008-00 | 1024-00 | COLLECTION | 10-01 | | |
| 75 FORTUNE BLVD | AS OF DATE | | CURRENCY - USD | 09-01 | | |
| MILFORD, MA | 10-31-01 | | | 08-01 | | |
| 01757 | ACCOUNT EXECUTIVE | | | 07-01 | | |
| | FITZGERALD,P | | | | | |

COLLS.NOT TRANSFERRED

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- | COLLECTION ACCOUNT TRANSACTIONS CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | 4,012.74 | | | .00 |
| MONTH END BALANCE | | | | | | 4,012.74 | | | .00 |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS; IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01516

| --- CLIENT --- | -NO- | --- TYPE --- | | PAGE NO. 1 | |
|---|---|---|---|---|---|
| SENECA SPORTS INC | 1024-00 | COLLECTION | | RECEIVABLE ASSIGNED | |
| 75 FORTUNE BLVE | AS OF DATE | CURRENCY - USD | MONTH | AMOUNT | AV.DUE DATE |
| MILFORD MASS | 10-31-01 | | 10-01 | 166,580 | 11-28-01 |
| 01757 | ACCOUNT EXECUTIVE | | 09-01 | 503,780 | 11-05-01 |
| | FITZGERALD,P | | 08-01 | 431,404 | 10-17-01 |
| | | | 07-01 | 202,970 | 09-18-01 |

COLLS.NOT TRANSFERRED 17,468.96

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | 1,629,788.21 | | | 7,376,884.31- |
| 10-01-01 | 100101 | SALES BT 294 | 100 | 12,119.03 | | | | |
| 10-01-01 | | CHARGE BACK | 194 | 325.98 | | | | |
| 10-01-01 | | COLLECTIONS | 196 | 22,264.59- | 1,619,968.63 | | 22,264.59 | 7,354,619.72- |
| 10-02-01 | 100101 | SALES BT 295 | 100 | 4,551.96 | | | | |
| 10-02-01 | | COLLECTIONS | 196 | 270,249.69- | 1,354,270.90 | | 270,249.69 | 7,084,370.03- |
| 10-03-01 | 100201 | SALES BT 296 | 100 | 737.72 | | | | |
| 10-03-01 | | CHARGE BACK | 194 | 8,848.61- | | | | |
| 10-03-01 | | COLLECTIONS | 196 | 3,515.41- | 1,342,644.60 | | 3,515.41 | 7,080,854.62- |
| 10-04-01 | | CHARGE BACK | 194 | 203.03 | | | | |
| 10-04-01 | | COLLECTIONS | 196 | 12,208.98- | 1,330,638.65 | | 12,208.98 | 7,068,645.64- |
| 10-05-01 | | CHARGE BACK | 194 | 436.80- | | | | |
| 10-05-01 | | COLLECTIONS | 196 | 7,233.37- | 1,322,968.48 | | 7,233.37 | 7,061,412.27- |
| 10-09-01 | 100101 | SALES BT 297 | 100 | 126,239.89 | | | | |
| 10-09-01 | | WIRE | 140 | | | 2,400.00- | | |
| 10-09-01 | | COLLECTIONS | 196 | 39,351.31- | 1,409,857.06 | | 39,351.31 | 7,024,460.96- |
| 10-10-01 | 100101 | SALES BT 298 | 100 | 35,963.39 | | | | |
| 10-10-01 | | CHARGE BACK | 194 | 145,683.38- | | | | |
| 10-10-01 | | COLLECTIONS | 196 | 14,538.95- | 1,285,598.12 | | 14,538.95 | 7,009,922.01- |
| 10-11-01 | 101001 | SALES BT 299 | 100 | 9,533.91 | | | | |
| 10-11-01 | | CHARGE BACK | 194 | 66.40- | | | | |
| 10-11-01 | | COLLECTIONS | 196 | 681.89- | | | 681.89 | |
| 10-11-01 | | COLLECTIONS | 196 | 5,682.50- | 1,288,701.24 | | 5,682.50 | 7,003,557.62- |
| 10-12-01 | | CHARGE BACK | 194 | 1,312.87- | | | | |
| 10-12-01 | | COLLECTIONS | 196 | 13,152.00- | 1,274,236.37 | | 13,152.00 | 6,990,405.62- |
| 10-15-01 | 101101 | SALES BT 300 | 100 | 25,735.99 | | | | |
| 10-15-01 | | CHARGE BACK | 194 | 13,152.00 | | | | |
| BALANCE FORWARD | | | | | 1,313,124.36 | | | 6,990,405.62- |

CONTINUED ON NEXT PAGE

GLAN 01517

--- C L I E N T ---
SENECA SPORTS INC

75 FORTUNE BLVE
MILFORD MASS

01757

-NO-
1024-00

AS OF DATE
10-31-01

ACCOUNT EXECUTIVE

FITZGERALD, P

--- T Y P E ---
COLLECTION
CURRENCY - USD

| MONTH | RECEIVABLE AMOUNT | ASSIGNED AV.DUE DATE |
|---|---|---|
| 10-01 | 166,580 | 11-28-01 |
| 09-01 | 503,780 | 11-05-01 |
| 08-01 | 431,404 | 10-17-01 |
| 07-01 | 202,970 | 09-18-01 |

COLLS.NOT TRANSFERRED 17,468.96

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | 1,313,124.36 | | | 6,990,405.62- |
| 10-15-01 | | COLLECTIONS | 196 | 83,732.17- | 1,229,392.19 | | 83,732.17 | 6,906,673.45- |
| 10-16-01 | 101501 | SALES BT 301 | 100 | 16,607.56 | | | | |
| 10-16-01 | | CHARGE BACK | 194 | 25,200.00- | | | | |
| 10-16-01 | | COLLECTIONS | 196 | 1,907.43- | 1,218,892.32 | | 1,907.43 | 6,904,766.02- |
| 10-17-01 | 101501 | WIRE | 175 | | | | 4,100,000.00 | |
| 10-17-01 | 100101 | MISC CHG/CR | 190 | | | | 1,004,023.50 | |
| 10-17-01 | | CHARGE BACK | 194 | 63,675.71- | | | | |
| 10-17-01 | | COLLECTIONS | 196 | 85,804.04- | 1,069,412.57 | | 85,804.04 | 1,714,938.48- |
| 10-18-01 | 101601 | SALES BT 302 | 100 | 2,155.07 | | | | |
| 10-18-01 | 101701 | WIRE | 175 | | | | 250,000.00 | |
| 10-18-01 | | CHARGE BACK | 194 | 39,679.00- | | | | |
| 10-18-01 | | COLLECTIONS | 196 | 504.29- | 1,031,384.35 | | 504.29 | 1,464,434.19- |
| 10-19-01 | 101801 | SALES BT 303 | 100 | 21,440.81 | | | | |
| 10-19-01 | | COLLECTIONS | 196 | 7,183.34- | 1,045,641.82 | | 7,183.34 | 1,457,250.85- |
| 10-22-01 | 102201 | SALES BT 305 | 100 | 11,520.00 | | | | |
| 10-22-01 | 101901 | SALES BT 304 | 100 | 26,214.76 | | | | |
| 10-22-01 | 100101 | MISC CHG/CR | 190 | | | 553.07- | | |
| 10-22-01 | | COLLECTIONS | 196 | 30,292.73- | 1,053,083.85 | | 30,292.73 | 1,427,511.19- |
| 10-23-01 | | COLLECTIONS | 196 | 1,552.62- | 1,051,531.23 | | 1,552.62 | 1,425,958.57- |
| 10-24-01 | 102401 | WIRE | 175 | | | | 16,952.80 | |
| 10-24-01 | | CHARGE BACK | 194 | 1,580.09- | | | | |
| 10-24-01 | | COLLECTIONS | 196 | 242.69- | 1,049,708.45 | | 242.69 | 1,408,763.08- |
| 10-25-01 | 100101 | OVERADV CHGE | 190 | | | 13,911.51- | | |
| 10-25-01 | | COLLECTIONS | 196 | 178.16- | 1,049,530.29 | | 178.16 | 1,422,496.43- |
| 10-26-01 | | CHARGE BACK | 194 | 10.40- | | | | |
| 10-26-01 | | COLLECTIONS | 196 | 14,132.19- | 1,035,387.70 | | 14,132.19 | 1,408,364.24- |
| BALANCE FORWARD | | | | | 1,035,387.70 | | | 1,408,364.24- |

CONTINUED ON NEXT PAGE

GLAN 01518

| --- CLIENT --- | -NO- | --- TYPE --- | MONTH | RECEIVABLE ASSIGNED AMOUNT | AV.DUE DATE |
|---|---|---|---|---|---|
| SENECA SPORTS INC | 1024-00 | COLLECTION | 10-01 | 166,580 | 11-28-01 |
| 75 FORTUNE BLVE | AS OF DATE | CURRENCY - USD | 09-01 | 503,780 | 11-05-01 |
| MILFORD MASS | 10-31-01 | | 08-01 | 431,404 | 10-17-01 |
| 01757 | ACCOUNT EXECUTIVE | | 07-01 | 202,970 | 09-18-01 |
| | FITZGERALD, P | | | | |

PAGE NO. 3

COLLS.NOT TRANSFERRED 17,468.96

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | 1,035,387.70 | | | 1,408,364.24- |
| 10-29-01 | | WIRE | 140 | | | 40,346.69- | | |
| 10-29-01 | 100101 | MIN COMM CHGE | 190 | | | 25,102.00- | | |
| 10-29-01 | | CHARGE BACK | 194 | 609.00 | | | | |
| 10-29-01 | | COLLECTIONS | 196 | 5,573.79- | 1,030,422.91 | | 5,573.79 | 1,468,239.14- |
| 10-30-01 | | CASH ADVANCE | 140 | | | 16,115.00- | | |
| 10-30-01 | 103001 | WIRE | 175 | | | | 45,548.77 | |
| 10-30-01 | 100101 | MISC CHG/CR | 190 | | 1,030,422.91 | 22.62- | | 1,438,827.99- |
| 10-31-01 | 103001 | WIRE | 175 | | | | 25,975.00 | |
| 10-31-01 | | WIRE CHARGES | 185 | | | 30.00- | | |
| 10-31-01 | | WIRE RECEIPTS | 185 | | | 50.00- | | |
| 10-31-01 | | D.A.B. 100800 | 185 | | | 274.97- | | |
| 10-31-01 | | CHARGE BACK | 194 | 434.80- | | | | |
| 10-31-01 | | INTEREST | 195 | | | 6.08- | | |
| 10-31-01 | | COMMISSN | 195 | | | 1,662.33- | | |
| 10-31-01 | | COLLECTIONS | 196 | 4,969.23- | 1,025,018.88 | | 4,969.23 | 1,409,907.14- |
| 10-31-01 | | INT ON AVG BAL | 001 | | 1,025,018.88 | 27,063.11- | | 1,436,970.25- |
| MONTH END BALANCE | | | | 604,769.33- | 1,025,018.88 | 127,537.38- | 6,067,451.44 | 1,436,970.25- |

| INTEREST ON AVERAGE ADVANCES | AVG.BALANCE | RATE | AMOUNT |
|---|---|---|---|
| | 3,578,698.09- @ | 8.782 % | 27,063.11- |

GLAN 01519

PAGE NO. 4

--- CLIENT ---
SENECA SPORTS INC

75 FORTUNE BLVE
MILFORD MASS
01757

-NO-
1024-00

AS OF DATE
10-31-01

ACCOUNT EXECUTIVE
FITZGERALD, P

--- TYPE ---
COLLECTION
CURRENCY - USD

| MONTH | RECEIVABLE ASSIGNED AMOUNT | AV.DUE DATE |
|---|---|---|
| 10-01 | 166,580 | 11-28-01 |
| 09-01 | 503,780 | 11-05-01 |
| 08-01 | 431,404 | 10-17-01 |
| 07-01 | 202,970 | 09-18-01 |

COLLS.NOT TRANSFERRED 17,468.96

MONTHLY SUMMARY

| | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- CR |
|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | 1,629,788.21 | | | 7,376,884.31- |
| TOTAL SALES | 100 | 292,820.09 | 1,922,608.30 | | | |
| TOTAL WIRES | 140 | | | | | |
| TOTAL CASH RECEIVED | 175 | | | 58,861.69- | | 7,435,746.00- |
| TOTAL BANK CHARGES | 185 | | | | 4,438,476.57 | 2,997,269.43- |
| TOTAL MISC. CHARGE/CREDIT | 190 | | | 354.97- | | 2,997,624.40- |
| TOTAL CHARGE BACKS | 194 | 272,638.05- | 1,649,970.25 | 39,589.20- | 1,004,023.50 | 2,033,190.10- |
| TOTAL MONTH-END CHARGES | 195 | | | 1,668.41- | | 2,034,858.51- |
| TOTAL COLLECTIONS | 196 | 624,951.37- | 1,025,018.88 | | 624,951.37 | 1,409,907.14- |
| TOTAL INTEREST ON BALANCE | 001 | | | 27,063.11- | | 1,436,970.25- |
| MONTH END BALANCE | | | 1,025,018.88 | | | 1,436,970.25- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS; IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

--- C L I E N T ---
SENECA SPORTS INC T/O

75 FORTUNE BLVD
MILFORD, MA

01757

-NO- 1008-00

CROSS REF.TO A/C 1024-00

AS OF DATE
11-30-01

ACCOUNT EXECUTIVE

FITZGERALD,P

--- T Y P E ---
COLLECTION
CURRENCY - USD

| MONTH | RECEIVABLE AMOUNT | ASSIGNED AV.DUE DATE |
|---|---|---|
| 11-01 | | |
| 10-01 | | |
| 09-01 | | |
| 08-01 | | |

PAGE NO. 1

COLLS.NOT TRANSFERRED

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- | COLLECTION ACCOUNT TRANSACTIONS CR | COLLECTION ACCOUNT BALANCE DR- | COLLECTION ACCOUNT BALANCE CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- | ADVANCE/MATURED FUNDS ACCOUNT BALANCE CR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | 4,012.74 | | | | .00 | |
| MONTH END BALANCE | | | | | | 4,012.74 | | | | .00 | |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS; IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

--- C L I E N T ---
SENECA SPORTS INC

75 FORTUNE BLVE
MILFORD MASS

01757

-NO-
1024-00

AS OF DATE
11-30-01

ACCOUNT EXECUTIVE

FITZGERALD, P

--- T Y P E ---
COLLECTION
CURRENCY - USD

| MONTH | RECEIVABLE AMOUNT | ASSIGNED AV. DUE DATE |
|---|---|---|
| 11-01 | 126,240 | 11-07-01 |
| 10-01 | 166,580 | 11-28-01 |
| 09-01 | 503,780 | 11-05-01 |
| 08-01 | 431,404 | 10-17-01 |

COLLS.NOT TRANSFERRED 13,833.09

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | 1,025,018.88 | | | 1,436,970.25- |
| 11-01-01 | | COLLECTIONS | 196 | 8,280.54- | 1,016,738.34 | | 8,280.54 | 1,428,689.71- |
| 11-02-01 | | MISC CHG/CR | 190 | | | 10,158.43- | | |
| 11-02-01 | | COLLECTIONS | 196 | 807.40- | 1,015,930.94 | | 807.40 | 1,438,040.74- |
| 11-05-01 | | MISC CHG/CR | 190 | | | 250.00- | | |
| 11-05-01 | | COLLECTIONS | 196 | 8,381.02- | 1,007,549.92 | | 8,381.02 | 1,429,909.72- |
| 11-06-01 | | WIRE | 140 | | | 45,000.00- | | |
| 11-06-01 | 110901 | RECEIPT | 175 | | | | 44,816.40 | |
| 11-06-01 | | WIRE | 175 | | | | 5,929.12 | |
| 11-06-01 | | COLLECTIONS | 196 | 126,524.93- | 881,024.99 | | 126,524.93 | 1,297,639.27- |
| 11-07-01 | | MISC CHG/CR | 190 | | | 178.00- | | |
| 11-07-01 | | MISC CHG/CR | 190 | | | 157.50- | | |
| 11-07-01 | | COLLECTIONS | 196 | 6,489.01- | 874,535.98 | | 6,489.01 | 1,291,485.76- |
| 11-08-01 | | COLLECTIONS | 196 | 5,826.84- | 868,709.14 | | 5,826.84 | 1,285,658.92- |
| 11-09-01 | | MISC CHG/CR | 190 | | | 627.00- | | |
| 11-09-01 | | MISC CHG/CR | 190 | | | 216.00- | | |
| 11-09-01 | | COLLECTIONS | 196 | 45,115.69- | 823,593.45 | | 45,115.69 | 1,241,386.23- |
| 11-13-01 | 110901 | WIRE | 175 | | | | 18,475.00 | |
| 11-13-01 | 110101 | OVERADV CHGE | 190 | | | 6,933.72- | | |
| 11-13-01 | | COLLECTIONS | 196 | 125,134.97- | 698,458.48 | | 125,134.97 | 1,104,709.98- |
| 11-14-01 | | COLLECTIONS | 196 | 34,653.75- | 663,804.73 | | 34,653.75 | 1,070,056.23- |
| 11-15-01 | | COLLECTIONS | 196 | 15.47- | | | 15.47 | |
| 11-15-01 | | COLLECTIONS | 196 | 21,462.21- | 642,327.05 | | 21,462.21 | 1,048,578.55- |
| 11-16-01 | | COLLECTIONS | 196 | 336.39- | 641,990.66 | | 336.39 | 1,048,242.16- |
| 11-19-01 | | CHARGE BACK | 194 | 138.00 | | | | |
| 11-19-01 | | COLLECTIONS | 196 | 20,035.07- | 622,093.59 | | 20,035.07 | 1,028,207.09- |
| 11-20-01 | | CASH ADVANCE | 140 | | | 10,763.00- | | |
| BALANCE FORWARD | | | | | 622,093.59 | | | 1,038,970.09- |

CONTINUED ON NEXT PAGE

GLAN 01522

--- CLIENT ---
SENECA SPORTS INC

75 FORTUNE BLVE
MILFORD MASS

01757

-NO-
1024-00

AS OF DATE
11-30-01

ACCOUNT EXECUTIVE

FITZGERALD, P

--- TYPE ---
COLLECTION
CURRENCY - USD

PAGE NO. 2

| MONTH | RECEIVABLE AMOUNT | ASSIGNED AV.DUE DATE |
|---|---|---|
| 11-01 | 126,240 | 11-07-01 |
| 10-01 | 166,580 | 11-28-01 |
| 09-01 | 503,780 | 11-05-01 |
| 08-01 | 431,404 | 10-17-01 |

COLLS.NOT TRANSFERRED 13,833.09

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | 622,093.59 | | | 1,038,970.09- |
| 11-20-01 | | COLLECTIONS | 196 | 34.24- | 622,059.35 | | 34.24 | 1,038,935.85- |
| 11-21-01 | | COLLECTIONS | 196 | 3,157.86- | 618,901.49 | | 3,157.86 | 1,035,777.99- |
| 11-26-01 | | COLLECTIONS | 196 | 2,979.07- | 615,922.42 | | 2,979.07 | 1,032,798.92- |
| 11-27-01 | 100101 | SALES BT 297 | 100 | 126,239.89 | | | | |
| 11-27-01 | 110101 | MISC CHG/CR | 190 | | | 1,392.53- | | |
| 11-27-01 | 110101 | MISC CHG/CR | 190 | | | 120.00- | | |
| 11-27-01 | 100101 | SLS CORR BT 297 | 199 | 126,239.89- | 615,922.42 | | | 1,034,311.45- |
| 11-28-01 | | CHARGE BACK | 194 | 54,441.60- | | | | |
| 11-28-01 | | COLLECTIONS | 196 | 20,818.92- | 540,661.90 | | 20,818.92 | 1,013,492.53- |
| 11-30-01 | 113001 | RECEIPT | 175 | | | | 200.00 | |
| 11-30-01 | 113001 | RECEIPT | 175 | | | | 700.00 | |
| 11-30-01 | 113001 | RECEIPT | 175 | | | | 700.00 | |
| 11-30-01 | | WIRE CHARGES | 185 | | | 15.00- | | |
| 11-30-01 | | WIRE RECEIPTS | 185 | | | 20.00- | | |
| 11-30-01 | | D.A.B. 100800 | 185 | | | 274.98- | | |
| 11-30-01 | 110101 | MISC CHG/CR | 190 | | | 11.93- | | |
| 11-30-01 | | INTEREST | 195 | | | 2.91- | | |
| 11-30-01 | | COMMISSN | 195 | | | 835.44- | | |
| 11-30-01 | | COLLECTIONS | 196 | 12,092.07- | 528,569.83 | | 12,092.07 | 1,000,960.72- |
| 11-30-01 | | INT ON AVG BAL | 001 | | 528,569.83 | 8,095.98- | | 1,009,056.70- |
| MONTH END BALANCE | | | | 496,449.05- | 528,569.83 | 85,052.42- | 512,965.97 | 1,009,056.70- |

| INTEREST ON AVERAGE ADVANCES | AVG.BALANCE | RATE | AMOUNT |
|---|---|---|---|
| | 1,163,493.27- @ | 8.350 % | 8,095.98- |

GLAN 01523

--- CLIENT ---
SENECA SPORTS INC

75 FORTUNE BLVE
MILFORD MASS

01757

-NO-
1024-00

AS OF DATE
11-30-01

ACCOUNT EXECUTIVE

FITZGERALD, P

--- TYPE ---
COLLECTION
CURRENCY - USD

PAGE NO. 3

| MONTH | RECEIVABLE AMOUNT | ASSIGNED AV. DUE DATE |
|---|---|---|
| 11-01 | 126,240 | 11-07-01 |
| 10-01 | 166,580 | 11-28-01 |
| 09-01 | 503,780 | 11-05-01 |
| 08-01 | 431,404 | 10-17-01 |

COLLS.NOT TRANSFERRED 13,833.09

MONTHLY SUMMARY

| | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- CR |
|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | 1,025,018.88 | | | 1,436,970.25- |
| TOTAL WIRES | 140 | | | 55,763.00- | | 1,492,733.25- |
| TOTAL CASH RECEIVED | 175 | | | | 70,820.52 | 1,421,912.73- |
| TOTAL BANK CHARGES | 185 | | | 309.98- | | 1,422,222.71- |
| TOTAL MISC. CHARGE/CREDIT | 190 | | | 20,045.11- | | 1,442,267.82- |
| TOTAL CHARGE BACKS | 194 | 54,303.60- | 970,715.28 | | | |
| TOTAL MONTH-END CHARGES | 195 | | | 838.35- | | 1,443,106.17- |
| TOTAL COLLECTIONS | 196 | 442,145.45- | 528,569.83 | | 442,145.45 | 1,000,960.72- |
| TOTAL INTEREST ON BALANCE | 001 | | | 8,095.98- | | 1,009,056.70- |
| MONTH END BALANCE | | | 528,569.83 | | | 1,009,056.70- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS; IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

--- CLIENT ---
SENECA SPORTS INC T/O
C/O JOHN CROWLEY
GMACC COMMERCIAL CREDIT
151 MERRIMAC ST 6TH FL
BOSTON, MA.
02114

-NO- 1008-00
CROSS REF.TO A/C 1024-00

AS OF DATE 12-31-01

ACCOUNT EXECUTIVE
FITZGERALD, P

--- TYPE ---
COLLECTION
CURRENCY - USD

OFFSET- 74666

| MONTH | RECEIVABLE ASSIGNED AMOUNT | AV.DUE DATE |
|---|---|---|
| 12-01 | | |
| 11-01 | | |
| 10-01 | | |
| 09-01 | | |

COLLS.NOT TRANSFERRED

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- | COLLECTION ACCOUNT TRANSACTIONS CR | COLLECTION ACCOUNT BALANCE DR- | COLLECTION ACCOUNT BALANCE CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- | ADVANCE/MATURED FUNDS ACCOUNT BALANCE CR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | 4,012.74 | | | | .00 | |
| MONTH END BALANCE | | | | | | 4,012.74 | | | | .00 | |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS; IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

- - - C L I E N T - - -
SENECA SPORTS INC
C/O JOHN CROWLEY
GMACC COMMERCIAL CREDIT
151 MERRIMAC ST 6TH FL
BOSTON, MA.
02114

-NO-
1024-00

AS OF DATE
12-31-01

ACCOUNT EXECUTIVE

FITZGERALD, P

- - - T Y P E - - -
COLLECTION
CURRENCY - USD

OFFSET- 74666

PAGE NO. 1

| MONTH | RECEIVABLE ASSIGNED AMOUNT | AV.DUE DATE |
|---|---|---|
| 12-01 | | |
| 11-01 | 126,240 | 11-07-01 |
| 10-01 | 166,580 | 11-28-01 |
| 09-01 | 503,780 | 11-05-01 |

COLLS.NOT TRANSFERRED 910.00

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | 528,569.83 | | | 1,009,056.70- |
| 12-03-01 | | WIRE | 140 | | | 7,140.00- | | |
| 12-03-01 | 120601 | RECEIPT | 175 | | | | 38.29 | |
| 12-03-01 | 120601 | RECEIPT | 175 | | | | 171.00 | |
| 12-03-01 | 120601 | RECEIPT | 175 | | | | 736.00 | |
| 12-03-01 | 120601 | RECEIPT | 175 | | | | 2,500.00 | |
| 12-03-01 | 120601 | RECEIPT | 175 | | | | 2,500.00 | |
| 12-03-01 | 120601 | RECEIPT | 175 | | | | 2,800.00 | |
| 12-03-01 | 120601 | RECEIPT | 175 | | | | 77,000.00 | |
| 12-03-01 | | COLLECTIONS | 196 | 5,119.22- | 523,450.61 | | 5,119.22 | 925,332.19- |
| 12-04-01 | | COLLECTIONS | 196 | 3,550.09- | | | 3,550.09 | |
| 12-04-01 | 120301 | COLLECTIONS | 196 | 126,239.89 | 646,140.41 | 126,239.89- | | 1,048,021.99- |
| 12-05-01 | | COLLECTIONS | 196 | 5,163.78- | 640,976.63 | | 5,163.78 | 1,042,858.21- |
| 12-07-01 | | MISC CHG/CR | 190 | | | 208.00- | | |
| 12-07-01 | | COLLECTIONS | 196 | 10,889.26- | 630,087.37 | | 10,889.26 | 1,032,176.95- |
| 12-10-01 | | MISC CHG/CR | 190 | | | 124.15- | | |
| 12-10-01 | | MISC CHG/CR | 190 | | 630,087.37 | 82.60- | | 1,032,383.70- |
| 12-12-01 | | CASH ADVANCE | 140 | | 630,087.37 | 35,042.00- | | 1,067,425.70- |
| 12-13-01 | | COLLECTIONS | 196 | 12,202.72- | 617,884.65 | | 12,202.72 | 1,055,222.98- |
| 12-14-01 | | COLLECTIONS | 196 | 9,078.82- | 608,805.83 | | 9,078.82 | 1,046,144.16- |
| 12-17-01 | 120101 | MISC CHG/CR | 190 | | | 1,855.58- | | |
| 12-17-01 | | COLLECTIONS | 196 | 117.07- | 608,688.76 | | 117.07 | 1,047,882.67- |
| 12-18-01 | | CHARGE BACK | 194 | 45.21- | | | | |
| 12-18-01 | | COLLECTIONS | 196 | 2,212.40- | 606,431.15 | | 2,212.40 | 1,045,670.27- |
| 12-20-01 | | MISC CHG/CR | 190 | | | 5,030.00- | | |
| 12-20-01 | | MISC CHG/CR | 190 | | | 4,684.98- | | |
| 12-20-01 | | CHARGE BACK | 194 | 90,000.00 | 696,431.15 | | | 1,055,385.25- |
| BALANCE FORWARD | | | | | 696,431.15 | | | 1,055,385.25- |

CONTINUED ON NEXT PAGE

--- C L I E N T ---
SENECA SPORTS INC
C/O JOHN CROWLEY
GMACC COMMERCIAL CREDIT
151 MERRIMAC ST 6TH FL
BOSTON, MA.
02114

-NO-
1024-00

AS OF DATE
12-31-01

ACCOUNT EXECUTIVE

FITZGERALD, P

--- T Y P E ---
COLLECTION
CURRENCY - USD

OFFSET- 74666

| MONTH | RECEIVABLE ASSIGNED AMOUNT | AV.DUE DATE |
|---|---|---|
| 12-01 | | |
| 11-01 | 126,240 | 11-07-01 |
| 10-01 | 166,580 | 11-28-01 |
| 09-01 | 503,780 | 11-05-01 |

COLLS.NOT TRANSFERRED 910.00

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| BALANCE CARRIED FORWARD | | | | | 696,431.15 | | | |
| 12-21-01 | | COLLECTIONS | 196 | 4,012.49- | 692,418.66 | | | 1,055,385.25- |
| 12-26-01 | | CHARGE BACK | 194 | 15,633.50- | | | 4,012.49 | 1,051,372.76- |
| 12-26-01 | | COLLECTIONS | 196 | 464.08- | 676,321.08 | | | |
| 12-27-01 | 120101 | OVERADV CHGE | 190 | | | | 464.08 | 1,050,908.68- |
| 12-27-01 | | COLLECTIONS | 196 | 551.62- | 675,769.46 | 2,181.54- | | |
| 12-28-01 | | COLLECTIONS | 196 | 1,315.02- | 674,454.44 | | 551.62 | 1,052,538.60- |
| 12-31-01 | | WIRE CHARGES | 185 | | | | 1,315.02 | 1,051,223.58- |
| 12-31-01 | | D.A.B. 100800 | 185 | | | 15.00- | | |
| 12-31-01 | | COLLECTIONS | 196 | 1,689.60- | | 274.97- | | |
| 12-31-01 | 122801 | COLLECTIONS | 196 | 45.62 | 672,810.46 | 45.62- | 1,689.60 | |
| 12-31-01 | | INT ON AVG BAL | 001 | | 672,810.46 | 7,353.81- | | 1,049,869.57- |
| | | | | | | | | 1,057,223.38- |
| MONTH END BALANCE | | | | 144,240.63 | 672,810.46 | 190,278.14- | 142,111.46 | 1,057,223.38- |

| INTEREST ON AVERAGE ADVANCES | AVG.BALANCE | RATE | AMOUNT |
|---|---|---|---|
| | 1,055,743.39- @ | 8.089 % | 7,353.81- |

GLAN 01527

PAGE NO. 3

| - - - C L I E N T - - - | -NO- | - - - T Y P E - - - | MONTH | RECEIVABLE ASSIGNED AMOUNT | AV.DUE DATE |
|---|---|---|---|---|---|
| SENECA SPORTS INC | 1024-00 | COLLECTION | 12-01 | | |
| C/O JOHN CROWLEY | | CURRENCY - USD | 11-01 | 126,240 | 11-07-01 |
| GMACC COMMERCIAL CREDIT | AS OF DATE | | 10-01 | 166,580 | 11-28-01 |
| 151 MERRIMAC ST 6TH FL | 12-31-01 | | 09-01 | 503,780 | 11-05-01 |
| BOSTON, MA. 02114 | ACCOUNT EXECUTIVE | OFFSET- 74666 | | | |
| | FITZGERALD, F | | | | |

COLLS.NOT TRANSFERRED 910.00

MONTHLY SUMMARY

| | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | 528,569.83 | | | 1,009,056.70- |
| TOTAL WIRES | 140 | | | 42,182.00- | | 1,051,238.70- |
| TOTAL CASH RECEIVED | 175 | | | | 85,745.29 | 965,493.41- |
| TOTAL BANK CHARGES | 185 | | | 289.97- | | 965,783.38- |
| TOTAL MISC. CHARGE/CREDIT | 190 | | | 14,166.85- | | 979,950.23- |
| TOTAL CHARGE BACKS | 194 | 74,321.29 | 602,891.12 | | | |
| TOTAL COLLECTIONS | 196 | 69,919.34 | 672,810.46 | 126,285.51- | 56,366.17 | 1,049,869.57- |
| TOTAL INTEREST ON BALANCE | 001 | | | 7,353.81- | | 1,057,223.38- |
| MONTH END BALANCE | | | 672,810.46 | | | 1,057,223.38- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS; IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01528



GLAN 00012

| --- CLIENT --- | -NO- | CROSS REF. TO A/C | --- TYPE --- | | RECEIVABLE ASSIGNED | PAGE NO. 1 |
|---|---|---|---|---|---|---|
| SENECA SPORTS INC 770<br>C/O JOHN CHORLEY<br>GMACC COMMERCIAL CREDIT<br>131 MERRIMAC ST 6TH FL<br>BOSTON,MA. 02114 | 1008-00 | 1024-00 | COLLECTION<br>CURRENCY - USD | MONTH<br>01-02<br>12-01<br>11-01<br>10-01 | AMOUNT | AV.DUE DATE |
| | AS OF DATE<br>01-31-02 | | | | | |
| | ACCOUNT EXECUTIVE<br>FITZGERALD | | OFFSET- 74666 | | | |

COLLS.NOT TRANSFERRED

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- | COLLECTION ACCOUNT TRANSACTIONS CR | BALANCE DR- | BALANCE CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS CR | BALANCE DR- | BALANCE CR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | 4,012.74 | | | | | .00 |
| MONTH END BALANCE | | | | | | 4,012.74 | | | | | .00 |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS. IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

K 13

GLAN 01529

GLAN 00013

| --- CLIENT --- | -NO- | --- TYPE --- | | RECEIVABLE ASSIGNED | PAGE NO. 1 |
|---|---|---|---|---|---|
| SENECA SPORTS INC<br>C/O JOHN GROBLEY<br>GMACO COMMERCIAL CREDIT<br>151 NEWBURAD ST 6TH FL<br>BOSTON,MA. 02114 | 1024-00<br>AS OF DATE<br>01-31-02 | COLLECTION<br>CURRENCY - USD | MONTH<br>01-02<br>12-01<br>11-01<br>10-01 | AMOUNT<br><br><br>126,240<br>166,580 | AV.DUE DATE<br><br><br>11-07-01<br>11-28-01 |
| | ACCOUNT EXECUTIVE<br>FITZGERALD,F | OFFSET- 74666 | | | |

COLLS.NOT TRANSFERRED

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | 672,810.46 | | | |
| 01-02-02 | | | CHARGE BACK | 194 | 676.42- | | | | 1,057,223.38- |
| 01-02-02 | | | COLLECTIONS | 196 | 910.00- | 611,224.04 | | | |
| 01-07-02 | | | COLLECTIONS | 196 | 15,938.11- | 655,285.93 | | 910.00 | 1,056,313.38- |
| 01-09-02 | | | CHARGE BACK | 194 | [illegible]1,863.10- | | | 15,938.11 | 1,040,375.27- |
| 01-09-02 | | | COLLECTIONS | 196 | 34.13- | 623,388.70 | | | |
| 01-14-02 | | | MISC CHG/CR | 190 | | 623,388.70 | 37,777.79- | 34.13 | 1,040,341.14- |
| 01-15-02 | | | CHARGE BACK | 194 | | | | | |
| 01-15-02 | | 011402 | COLLECTIONS | 196 | 15,000.00 | | | | 1,078,118.93- |
| 01-16-02 | | | CASH ADVANCE | 140 | 2,543.40 | 740,332.10 | | | |
| 01-16-02 | | | CASH ADVANCE | 140 | | | 2,543.40- | | 1,080,662.33- |
| 01-16-02 | | | CHARGE BACK | 194 | | | 3,400.00- | | |
| 01-17-02 | | 012202 | RECEIPT | 175 | 3,553.03- | 737,379.07 | 175.00- | | |
| 01-17-02 | | 012202 | RECEIPT | 175 | | | | | 1,084,237.33- |
| 01-23-02 | | 010102 | MISC CHG/CR | 190 | | 737,379.07 | | 2,127.50 | |
| 01-23-02 | | | CHARGE BACK | 194 | | | 1,922.69- | 4,367.63 | 1,077,742.20- |
| 01-23-02 | | | COLLECTIONS | 196 | 200,002.27- | | | | |
| 01-24-02 | | 010102 | OVERADV CHGE | 190 | 183.31- | 537,193.49 | | | |
| 01-24-02 | | | COLLECTIONS | 196 | | | 2,045.50- | 183.31 | 1,079,481.58- |
| 01-25-02 | | | COLLECTIONS | 196 | 589.74- | 536,603.75 | | | |
| 01-28-02 | | | COLLECTIONS | 196 | 5,813.65- | 530,790.10 | | 589.74 | 1,080,937.34- |
| 01-30-02 | | 010102 | MIN COMM CHGE | 190 | 106.26- | 530,583.84 | | 5,813.65 | 1,075,123.69- |
| 01-30-02 | | | CHARGE BACK | 194 | | | | 106.26 | 1,075,017.43- |
| 01-31-02 | | | D.A.B. 100000 | 185 | 399.80- | 530,284.04 | 30,597.00- | | |
| 01-31-02 | | | COLLECTIONS | 196 | 32.49- | | | | 1,105,614.43- |
| 01-31-02 | | | INT ON AVG BAL 001 | | | 530,251.55 | 274.97- | 32.49 | 1,105,856.91- |
| MONTH END BALANCE | | | | | | 530,251.55 | 7,575.49- | | 1,113,432.40- |
| | | | | | 14[illegible],558.91- | 530,251.55 | 86,311.84- | 30,102.82 | 1,113,432.40- |

| INTEREST ON AVERAGE ADVANCES | AVG.BALANCE | RATE | AMOUNT |
|---|---|---|---|
| | 1,0[illegible]9,567.47- @ | 8.000 % | 7,575.49- |

L 13

GLAN 01530



GLAN 00014

| - - - CLIENT - - - | -NO- | - - - TYPE - - - | MONTH | RECEIVABLE AMOUNT | PAGE NO. 2 ASSIGNED AV.DUE DATE |
|---|---|---|---|---|---|
| SENECA SPORTS INC<br>C/O JOHN CROWLEY<br>GMACC COMMERCIAL CREDIT<br>151 MERRIMAC ST 6TH FL<br>BOSTON,MA. 02114 | 1024-00<br>AS OF DATE<br>01-31-02 | COLLECTION<br>CURRENCY - USD | 01-02<br>12-01<br>11-01<br>10-01 | 126,240<br>164,590 | 11-07-01<br>11-28-01 |
| | ACCOUNT EXECUTIVE<br>FITZGERALD,P | OFFSET- 74666 | | | |

COLLS NOT TRANSFERRED

MONTHLY SUMMARY.

| | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | 672,810.46 | | | 1,057,223.38- |
| TOTAL WIRES | 140 | | | 3,575.00- | | 1,060,798.38- |
| TOTAL CASH RECEIVED | 175 | | | | 6,495.13 | 1,054,303.25- |
| TOTAL BANK CHARGES | 185 | | | 274.97- | | 1,054,578.22- |
| TOTAL MISC. CHARGE/CREDIT | 190 | | | 72,342.98- | | 1,126,921.20- |
| TOTAL CHARGE BACKS | 194 | 121,494.62- | 551,315.84 | | | |
| TOTAL COLLECTIONS | 195 | 21,064.29- | 530,251.55 | 2,543.40- | 23,607.69 | 1,105,856.91- |
| TOTAL INTEREST ON BALANCE | .001 | | | 7,575.49- | | 1,113,432.40- |
| MONTH END BALANCE | | | 530,251.55 | | | 1,113,432.40- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS. IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

M 13

GLAN 01531

GMAC



GLAN 00015

--- CLIENT ---
SENECA SPORTS INC 170
C/O JOHN CROWLEY
GMACC COMMERCIAL CREDIT
151 HERRING ST 6TH FL
BOSTON,MA. 02114

-NO- 1008-00 CROSS REF.TO A/C 1024-00
AS OF DATE 02-28-02
ACCOUNT EXECUTIVE FITZGERALD,P

--- TYPE ---
COLLECTION
CURRENCY - USD
OFFSET- 74666

| MONTH | RECEIVABLE AMOUNT | ASSIGNED AV.DUE DATE |
|---|---|---|
| 02-02 | | |
| 01-02 | | |
| 12-01 | | |
| 11-01 | | |

PAGE NO. 1

COLLS NOT TRANSFERRED

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- | COLLECTION ACCOUNT TRANSACTIONS CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS CR | ADVANCE/MATURED FUNDS ACCOUNT BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | | 4,012.74 | | | .00 |
| 02-21-02 | | 022602 RECEIPT | 175 | | | 4,012.74 | | 759.00 | 2,755.50 |
| 02-21-02 | | 022602 RECEIPT | 175 | | | 4,012.74 | | 1,996.50 | |
| 02-28-02 | | INT ON AVG BAL | 001 | | | | 3.07- | | 2,752.43 |
| MONTH END BALANCE | | | | | | 4,012.74 | 3.07- | 2,755.50 | 2,752.43 |

| | AVG.BALANCE | RATE | AMOUNT |
|---|---|---|---|
| INTEREST ON AVERAGE ADVANCES | 492.05- @ | 9.000 % | 3.07- |
| INTEREST ON AVERAGE MATURED FUNDS | 787.29 @ | .000 % | .00 |

H03

GLAN 01532

03/30/2004 17:32 FAX 2123818775 COHEN TAUBER. 008/033

10/03/2002 16:11 FAX 2128 84 GMAC 008



GLAN 00016

--- CLIENT ---
SENECA SPORTS INC T/O
C/O JOHN CROWLEY
GMAC COMMERCIAL CREDIT
151 MERRIMAC ST 6TH FL
BOSTON, MA. 02114

-NO- 1008-00 | CROSS REF. TO A/C 1024-00 | --- TYPE --- COLLECTION CURRENCY - USD | MONTH 02-02 01-02 12-01 11-01 | RECEIVABLE AMOUNT | ASSIGNED AV. DUE DATE | PAGE NO. 2

AS OF DATE 02-28-02

ACCOUNT EXECUTIVE FITZGERALD, J

OFFSET- 74666

COLLS NOT TRANSFERRED

MONTHLY SUMMARY

| | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- | CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|
| ENDING MONTH BALANCE | | | | 4,012.74 | | | .00 |
| TOTAL CASH RECEIVED | 175 | | | | | 2,755.50 | 2,755.50 |
| TOTAL INTEREST ON BALANCE | 001 | | | | 3.07- | | 2,752.43 |
| MONTH END BALANCE | | | | 4,012.74 | | | 2,752.43 |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS. IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

1 03

GLAN 01533

GLAN 00017

| --- CLIENT --- | -NO- | --- TYPE --- | MONTH | RECEIVABLE ASSIGNED AMOUNT | PAGE NO. AV. DUE DATE |
|---|---|---|---|---|---|
| SENECA SPORTS INC C/O JOHN CROWLEY GMACC COMMERCIAL CREDIT 151 MERRIMAC ST 6TH FL BOSTON, MA. 02114 | 1024-00 AS OF DATE 02-28-02 | COLLECTION CURRENCY - USD | 02-02 01-02 12-01 11-01 | 126,240 | 11-07-01 |
| | ACCOUNT EXECUTIVE FITZGERALD,P | OFFSET- 74666 | | | |

COLLS NOT TRANSFERRED

| POSTING DATE | VALUE DATE | ASSIGNMENT OR REFERENCE | TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | COLLECTION ACCOUNT BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | CR | BALANCE DR- CR |
|---|---|---|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | | | | 530,251.55 | | | 1,113,432.40- |
| 02-01-02 | | CHARGE BACK | 194 | 11,366.50- | 485,885.05 | | | 1,113,432.40- |
| 02-04-02 | | MISC CHG/CR | 190 | | 485,885.05 | 12,968.67- | | 1,126,401.07- |
| 02-06-02 | | CASH ADVANCE | 140 | | 485,885.05 | 1,896.00- | | 1,128,297.07- |
| 02-08-02 | | CHARGE BACK | 194 | 11,022.00- | 474,863.05 | | | 1,128,297.07- |
| 02-11-02 | | CHARGE BACK | 194 | 1,349.60- | | | | |
| 02-13-02 | | COLLECTIONS | 196 | 422.46- | 465,090.79 | | 3,422.46 | 1,124,874.61- |
| 02-14-02 | | COLLECTIONS | 196 | 325.88- | 461,764.91 | | 3,325.88 | 1,121,548.73- |
| 02-15-02 | | MISC CHG/CR | 190 | | | 1,606.80- | | |
| 02-15-02 | | CHARGE BACK | 194 | 277,702.10- | | | | |
| 02-15-02 | | COLLECTIONS | 196 | 157.19- | 183,905.62 | | 157.19 | 1,123,000.34- |
| 02-20-02 | | CHARGE BACK | 194 | 718.75- | 183,186.87 | | | 1,123,000.34- |
| 02-22-02 | 020102 | MISC CHG/CR | 190 | | | 1,410.66- | | |
| 02-22-02 | 020102 | MISC CHG/CR | 190 | | | 1,916.66- | | |
| 02-25-02 | | OVERADV CHGE | 190 | | 183,186.87 | 2,130.60- | | 1,126,327.66- |
| 02-26-02 | | COLLECTIONS | 196 | 33.15- | 183,153.72 | | 33.15 | 1,128,425.11- |
| 02-28-02 | | COLLECTIONS | 196 | 92.06- | 183,061.66 | | 92.06 | 1,128,333.05- |
| | | D.A.B. 100000 | 185 | | 183,061.66 | 274.99- | | 1,128,608.04- |
| 02-28-02 | | INT ON AVG BAL | 001 | | | 7,018.38- | | 1,135,626.42- |
| MONTH END BALANCE | | | | 347,189.89- | 183,061.66 | 29,224.76- | 7,030.74 | 1,135,626.42- |

INTEREST ON AVERAGE ADVANCES

| AVG BALANCE | RATE | AMOUNT |
|---|---|---|
| 1,127,952.54- @ | 8.000 % | 7,018.38- |

J 03

GLAN 01534