

GLAN 00018

K 03

... C L I E N T ...
SERCA SPORTS INC
C/O JOHN CROWLEY
EMAC COMMERCIAL CREDIT
151 REDRIDGE ST 6TH FL
BOSTON MA   02114

... T Y P E ...
COLLECTION
CURRENCY - USD

PAGE NO   2
RECEIVABLE  ASSIGNED
AMOUNT  AV.DUE DATE
126.240   11-07-01

COLLS NOT TRANSFERRED

ACCOUNT EXECUTIVE
FITZGERALD.P

OFFSET - 74666

MONTH
02-02
01-02
12-01
11-01

MONTHLY SUMMARY

BALANCE
DR-    CR
                      CR
                  1,113,432.40-
                      -115,320.30-
                      -115,603.39-
                      -135,638.28-
                  1,128,608.04-
                  1,135,628.42-
                  1,125,676.62-

ADVANCE/MATURED FUNDS ACCOUNT
TRANSACTIONS
DR-
                                7,090.74
             896.00-
             274.95-
          20,035.33-
                                7,018.38-

BALANCE
DR-    CR
                  530,251.55
          90,032.40
        183,061.66
                  83,061.66

COLLECTION ACCOUNT
TRANSACTIONS
DR-    CR
          385,159.15-
            7,030.74-

TRANS
CODE
140
185
190
194
196
100

OPENING MONTH BALANCE

TOTAL FEES
TOTAL BANK CHARGES
TOTAL MISC. CHARGE CREDIT
TOTAL ADVANCE FUNDS
TOTAL COLLECTIONS

TOTAL INTEREST ON BALANCE

MONTH END BALANCE

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01535

GLAN 00019

GLAN 01536

GLAN 00020

GLAN 01537

GLAN 00021

--- CLIENT ---

PAGE NO   2

··· T Y P E ···
COLLECTION
CURRENT - USD

... RECEIVABLE ...
ASSIGNED
AMOUNT AT DUE DATE

MONTH
03-02
02-02
12-01

ACCOUNT EXECUTIVE
OFFSET - 24066

FITZGERALD ?
TERMINATION 12-31-01

BILLS NOT TRANSFERRED

MONTHLY REPORT

... COLLECTION ACCOUNT ...
TRANSACTIONS
DR-   CR

BALANCE
DR-   CR

... ADVANCE/MATURED FUNDS ACCOUNT ...
TRANSACTIONS
DR-   CR

BALANCE
DR-   CR

| TRANS CODE | | | |
|---|---|---|---|
| OPENING MONTH BALANCE | | 103,063.66 | 1,138,626.41- |
| TOTAL BANK CHARGES | 115 | | |
| TOTAL MISC. CHARGE/CREDIT | 190 | 211,973.13 | 144.37- | 1,135,371.37- |
| TOTAL CHARGE BACKS | 124 | 213,34- | 3,699.25- | 2,762.13 | 1,134,938.23- |
| TOTAL COLLECTIONS | 196 | | | | |
| TOTAL INTEREST ON BALANCE | D01 | | | 213.74 | 1,136,723.97- |
| MONTH END BALANCE | | 393,901.90 | 7,822.43- | 1,144,546.30- |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN DIRECTLY 1967 DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

03/30/2004 17:33 FAX 2123818775   COHEN TAUBER
10/03/2002 16:12 FAX 21284   184
@014/033



GLAN 00022

GLAN 01539



GLAN 00023

GLAN 01540



GLAN 00024

GLAN 01541

GLAN 00025

C 15

CLIENT
GENERAL MOTORS ACC T/A
C/O JOHN CROWE
GMAC COMMERCIAL CREDIT
151 TREMONT ST 8TH FL
BOSTON MA.    02111

CROSS REF TO C/A
1027-00

NO
1027-00

COLLECTION
CURRENCY - USD

AS OF DATE
05-31-02

RECEIVABLE
ASSIGNED
ACCOUNT AV. DUE DATE

MONTH
05-02
04-02
03-02
02-02

ACCOUNT EXECUTIVE

FITZPATRICK,J
TERMIN.DATE: 12-31-01

OFFSET- 24666

CALLS NOT TRANSFERRED

COLLECTION OR TRANS
RATE    REFERENCE

ADVANCES AGAINST ASSIGNED ACCOUNT
COLLECTION ACCOUNT
TRANSACTIONS    BALANCE
DR-    CR    DR-    CR

BALANCE
DR-    CR

PREVIOUS VALUE    ASSIGNMENT OR TRANS
DATE    CODE

OPENING MONTH BALANCE.

MONTH END BALANCE

4,012.74

4,012.74    .00

.00

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

10/03/2003 16:13 FAX 21286    84    GMAC    @018/033
COHEN TAUBER
21238181775



GLAN 00026

GLAN 01543

10/03/2003 18:13 FAX 2123818115

COHEN TAUBER

☒019/033

GLAN 00027

DT9

E 15

**PAGE NO  2**

CLIENT
SENECA SPORTS INC
C/O JOHN CROWLEY
SPACE COMMERCIAL CREDIT
75 FEDERAL ST 6TH FL
BOSTON MA
02114

- NO -
1024-00

AS OF DATE
05-31-02

TYPE
COLLECTION
CURRENCY - USD

RECEIVABLE ASSIGNED
ACCOUNT AT DUE DATE

ACCOUNT EXECUTIVE

FITZPATRICK,J
TERMIN.DATE: 12-31-01

OFFSET- 74666

| MONTH |
|---|
| 05-02 |
| 04-02 |
| 03-02 |
| 02-02 |

COLLS. NOT TRANSFERRED

MONTHLY SUMMARY

ADVANCE/MATURED FUNDS ACCOUNT
TRANSACTIONS
DR-

BALANCE
DR-    CR

CR

COLLECTION ACCOUNT
TRANSACTIONS
DR-    CR

| TRANS CODE | BALANCE DR-  CR | | BALANCE DR-  CR |
|---|---|---|---|
| OPENING MONTH BALANCE | 383,710.80 | | 1,211,773.80- |
| 185 | | | |
| 190 | 133.05- | | |
| 194 | 23,766.14-   35.94.05 | 2,791.67- | 1,212,106.85- |
| 196 | 4,926.21   156,869.27 | 5,033.03- | 1,214,898.52- |
| TOTAL BANK CHARGES | | 108782 | 1,219,822.75- |
| TOTAL MISC. CHARGE/CREDIT | | | |
| TOTAL CHARGE BACKS | | | |
| TOTAL COLLECTIONS | | 8,370.56- | 1,228,193.22- |
| TOTAL INTEREST ON BALANCE  BD1 | 359,868.27 | | 1,228,193.22- |
| MONTH END BALANCE | | | |

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS.
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

**GLAN 01544**

@017
@020/033
COHEN TAUBER.
CMAG
10/03/2002 16:13 FAX 2123801.   4
03/30/2004 17:34 FAX 2123818775



GLAN 00028

GLAN 01545



GLAN 00029

GLAN 01546

GLAN 00030

GLAN 01547

GLAN 00002

CLIENT
SENECA SPORTS INC T/B
C/O JOHN COOLEY
BRYCE COMMERCIAL CREDIT
151 TREMONT ST 6TH FL
BOSTON, MA. 02111

GROSS REF TO A/C   1074-00
-NO-   1008-00

TYPE
COLLECTION
CURRENCY - USD

AS OF DATE   07-31-02

PAGE NO.
RECEIVABLE ASSIGNED
AMOUNT AV. DUE DATE

MONTH
07-02
06-02
05-02
04-02

ACCOUNT DEBTOR/I/B

FITZPATRICK, J
TERMIN DATE: 12-31-01

OFFSET- 74666

CALLS NOT TRANSFERRED

COSTLINE VALUE  ASSIGNMENT OR TRANS
DATE       DATE      CODE

COLLECTIVE ACCOUNT
TRANSACTIONS
BALANCE     *
DR-    CR

ADVANCE/MATURED FUNDS ACCOUNT
TRANSACTIONS
DR-    CR

BALANCE
DR-    CR

OPENING MONTH BALANCE

MONTH END BALANCE

-3,329.21

3,329.21

CR

.00

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED
UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN THIRTY (30) DAYS
IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

**GLAN 01548**

03/30/2004 17:34 FAX 2123818775
10/03/2004 13:47 FAX 21288   14
COHEN TAUBER.
@002
@024/033



GLAN 00003

GLAN 01549



GLAN 00004

GLAN 01550

COHEN TAUBER

03/30/2004 17:34 FAX 2123818775



GLAN 00005

GLAN 01551

# Client Ledger Account

GMAC Commercial Credit LLC

GLAN 01552

GLAN 00007

# Client Ledger Account

GMAC
Commercial
Credit LLC

- - - CLIENT - - -
SENECA SPORTS INC
C/O JOHN CHURLEY
GMAC COMMERCIAL CREDIT
751 MERIDIAG ST 8TH FL
BOSTON, MA    02114

- - - T Y P E - - -
COLLECTION
CURRENCY - USD

- AC -
1024-00

AS OF DATE
09-31-02

ACCOUNT EXECUTIVE
FITZPATRICK, J

OFFSET- 74855

TRANSN DATE: 12-31-01

PAGE NO.   2

RECEIVABLE ASSIGNED
AMOUNT AV.DUE DATE

MONTH
03-02
07-02
08-02
08-02

CALLS NOT TRANSFERRED

MONTHLY SUMMARY

| TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | CR | BALANCE DR- CR |
|---|---|---|---|---|---|
| OPENING MONTH BALANCE | | 242,367.82 | | | 1,185,712.28- |
| 186 | | | 2,250.60- | | 1,187,842.88- |
| 144 | 75,212.15- | 226,499.47 | 25,081.13- | | 1,189,222.14- |
| 196 | 21,349.59 | 254,748.75 | 7,988.85- | 1,371.90 | 1,144,221.00- |
| 091 | | | | | |
| MONTH-END BALANCE | | 254,748.75 | | | 1,184,221.00- |

TOTAL ADDL. CHARGE/CREDIT
TOTAL CHARGE BACKS
TOTAL COLLECTIONS
TOTAL INTEREST ON BALANCE

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS. IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01553

03/30/2004 17:35 FAX 21238181775     COHEN TAUBER

10/03/2003 13:48 FAX 2128     184     GMAC

@029/033

@007



Client Ledger Account

GMAC Commercial Credit LLC

GLAN 01554
GLAN 00008