

GLAN 01555

GLAN 00010

# GMAC Commercial Credit LLC

## Client Ledger Account

```
--- CLIENT ---                              -NO-           ---TYPE---              PAGE NO.  2
SENECA SPORTS INC                          1024-00         COLLECTION              RECEIVABLE ASSIGNED
C/O JOHN CROWLEY                                           CURRENCY - USD          ACCOUNT AV.DUE DATE
GMAC COMMERCIAL CREDIT                     AS OF DATE
101 MERRIMAC ST 6TH FL                     09-30-02                                MONTH
BOSTON,MA. 02114                                                                   05-02
                                           ACCOUNT EXECUTIVE:                      06-02
                                           FITZPATRICK, J                          07-02
                                                                                   08-02
                                           TERMIN.DATE: 12-31-01    OFFSET- 74988
                                                                                   COLLS.NOT TRANSFERRED
```

### MONTHLY SUMMARY

| TRANS CODE | COLLECTION ACCOUNT TRANSACTIONS DR- CR | BALANCE DR- CR | ADVANCE/MATURED FUNDS ACCOUNT TRANSACTIONS DR- | BALANCE DR- CR |
|---|---|---|---|---|
| | | 254,743.75 | | 1,194,221.00- |
| 180 | | | | |
| 194 | 195,813.65- | 88,385.10 | 2,246.96- | 1,196,467.96- |
| 188 | 104.61 | 88,531.71 | 134.61- | 1,196,602.47- |
| 001 | | | 7,976.59- | 1,204,579.06- |
| | | | | |
| MONTH END BALANCE | | 84,599.71 | | 1,204,656.06- |

OPENING MONTH BALANCE

TOTAL MISC. CHARGE/CREDIT
TOTAL CHARGE BACKS
TOTAL COLLECTIONS
TOTAL INTEREST ON BALANCE

MONTH END BALANCE

THIS STATEMENT OF ACCOUNT SHALL BE FULLY BINDING UPON YOU AND SHALL CONSTITUTE AN ACCOUNT STATED UNLESS WE RECEIVE YOUR WRITTEN OBJECTION THERETO WITHIN NINETY (90) DAYS. IF YOU HAVE ANY QUESTIONS PLEASE CONTACT YOUR ACCOUNT OFFICER OR CLIENT ACCOUNTING.

GLAN 01556

COHEN TAUBER
03/30/2004 17:35 FAX 2123818775     184
10/03/2003 13:48 FAX 2128     GMAC     @032/033
@010