# EXHIBIT 1

# COHN, KELAKOS, KHOURY, MADOFF & WHITESELL LLP

### ATTORNEYS AT LAW

101 ARCH STREET
BOSTON, MASSACHUSETTS 02110
TELEPHONE: (617) 951-2505
TELECOPIER: (617) 951-0679

October 25, 2001

**By Fax** (917) 368-7109

Richard L. Stehl, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY  10169-0075

Re:    Seneca Sports, Inc.

Dear Richard:

I am in receipt of your October 22, 2001 letter acknowledging that GMACCC has taken possession of the premises and assets of Seneca Sports, Inc ("Seneca").

Although you stated to me that GMACCC would work with Seneca and David Landay to maximize the value of the assets, since taking possession, GMACCC has: (1) denied David Landay access to the books and records of Seneca, including essential payroll records; and (2) stopped the delivery of certain shipments of inventory to customers who were ready, willing and able to take delivery.  Please be advised that Seneca and Mr. Landay do not view as commercially reasonable GMACCC's refusal to ship existing orders, or its failure to follow through with orders that were nearing completion.  A large-scale liquidation of such inventory will not maximize its value.

In addition, Mr. Landay hereby requests access to all books and records of Seneca. Please call me to discuss a procedure for permitting such access.

Sincerely,

David Madoff

DBM:adh
Enclosure
G:\DATA\810c\stehl fax

CKMW0487

## Charlene M. Dobbins

**From:**    David Madoff [madoff@ckmw.com]

**Sent:**    Tuesday, December 11, 2001 6:18 PM

**To:**    rstehl@oshr.com

**Subject:** Seneca (801)

Richard — David Landay would like to get access to his records. He is available all day Thursday and Friday afternoon. Please let me know how to get that done. Also, since the liquidation of the inventory is now complete, we would like a accounting to date of all funds received from all sources. Please let me know how quickly we can get that. Thanks.

David B. Madoff
Cohn, Kelakos, Khoury, Madoff
& Whitesell LLP
101 Arch Street
Boston, MA 02110
(617) 951-2505

CKMW0174

01/13/2004