# EXHIBIT 3

# Edwards & Angell LLP

101 Federal Street   Boston, MA 02110   617.439.4444   *fax* 617.439.4170

Mark B. Dubnoff
617.517.5533
Direct Fax: 888.325.9149
mdubnoff@edwardsangell.com

September 22, 2005

**By Hand**

Alan R. Hoffman, Esq.
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110-1800

Re: David L. Landay v. GMAC Commercial Credit, LLC et al.
Civil Action No. 04-11955-WGY

Dear Mr. Hoffman:

I am writing in response to your letter of September 14, 2005 regarding David Landay's responses to GMACCF's interrogatories. At the outset, I object to your continuing effort to conflate this lawsuit with the New York Action. Your letter, for example, accuses GMACCF of "intransigence over the past two years," when you know very well that this case is less than one year old and that GMACCF has not been remotely intransigent in this case. Please refrain from further use of such inflammatory, inaccurate and unproductive rhetoric.

As for the substance of your letter, you have confused your client's obligation to respond to GMACCF's interrogatories with his duty to supplement those responses. In Landay's original response, he objected to several interrogatories on the grounds that he did not obtain access to documents relating to those interrogatories until August 23. Any merit to such an objection disappears on September 23, since at that time, he will have had 30 days to access the documents he believes are necessary to formulate his responses. While Mr. Landay may provide supplementation at a later date, GMACCF is entitled to rely on the responses in the record as of September 23 in preparing for Mr. Landay's deposition. Such preparation will begin shortly.

Sincerely,

*Mark B. Dubnoff*

Mark B. Dubnoff

cc: John A. Houlihan, Esq.

BOS_504807_1

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS, NJ | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON