# EXHIBIT 8

1

2    SUPREME COURT OF THE STATE OF NEW YORK

3    COUNTY OF NEW YORK

4    ---------------------------------------------x

5    GMAC COMMERCIAL FINANCE, LLC,

6                              Plaintiff,

7              -against-

8    DAVID L. LANDAY,

9                              Defendant.

10   ---------------------------------------------x

11   Index No. 602338/02

12                              November 4, 2005
                                60 Centre Street
13                              New York, New York 10007

14

     B E F O R E :  LOUIS CRESPO,  Special Referee,
15

16   A P P E A R A N C E S :

17        COHEN TAUBER SPIEGEL & WAGNER, LLP,
               Attorney for Plaintiff
18             420 Lexington Avenue
               New York, New York  10017
19        BY:  STEPHEN WAGNER, ESQ. of Counsel.

20

          LABATON SUCHAROW & RUDOFF, LLP,
21             Attorney for Defendant
               100 Park Avenue
22             New York, New York  10017
          BY:  JOSEPH H. EINSTEIN, ESQ. of Counsel.
23
                         ***
24

25

                                Heyward C. Davis,
26                              Official Court Reporter.

Mr. Landay - Defendant - redirect

1

2          MR. WAGNER:  You're talking about Exhibit Q?

3          THE REFEREE:  Exhibit Q.

4          MR. EINSTEIN:  Q.

5          THE REFEREE:  Do you have any objection to

6  Exhibit Q?

7          MR. WAGNER:  We can just go through the

8  document.  Sure.

9          MR. WAGNER:  The first package, I have no

10  problem.  This is a cover letter from Paul Fitzgerald

11  of GMAC to Mr. Landay.

12          THE REFEREE:  All right.

13          MR. WAGNER:  That's okay.  The second page is

14  from Lou Marcus to Paul Fitzgerald, which is the

15  trademark and patent list distributed by David Landay

16  at the closing as discussed.

17          Please let me know how we should proceed.

18  The third page is a letter from a lawyer named Timothy

19  A. French, who was not identified earlier.  Which is a

20  letter from Mr. French to Mr. Landay that says that at

21  Mr. Landay's request he is enclosing a schedule of the

22  patents and patent applications owned by Seneca Sports

23  as of September 14, 2000.  And then there is a list.  I

24  don't know if this list is accurate.  I don't know

25  who -- I don't know who performed the search.

26          I see that there are a lot of status where it

105

Mr. Landay - Defendant - redirect

says abandoned or expired. So, you know, I just don't know. I don't even know if GMAC had this particular list.

MR. EINSTEIN: Mr. Landay just testified.

THE REFEREE: He just testified, yeah.

MR. EINSTEIN: It was provided to him at the time of the loan.

MR. WAGNER: I understand that. But I don't know why GMAC is providing it to him if it was already proffered to Mr. Landay by Fische and Richardson. I mean, it seems Mr. Landay had the list. So maybe this is a different list that he's referring to. There is no way of showing this list that's attached is the list that Mr. Fitzgerald is referring to.

THE REFEREE: Go ahead.

MR. WAGNER: Because it's stapled together doesn't mean it's the same document.

THE REFEREE: It's Bates stamped. Whose Bates stamp is this. L 0 --

THE WITNESS: I believe it's mine. I produced it.

THE REFEREE: I want to know.

THE WITNESS: If I could clarify a little bit. I do recall after the closing I asked Mr. Fitzgerald for copies of all of the closing

1          Mr. Landay - Defendant - redirect

2      documents.

3      Q    And did you receive that?

4      A    And I received that.  That was a part of that.

5      Q    And who is Mr. Fitzgerald?

6      A    Mr. Fitzgerald was the man from the Boston office

7      of GMAC Commercial Credit.

8              MR. WAGNER:  Let me also ask whether the

9      document that appears --

10             THE REFEREE:  T M, right.

11             MR. WAGNER:  I don't see a Bates number.

12             MR. EINSTEIN:  I think it got obliterated in

13     the copy.  There are some Bates numbers that should go

14     later on.

15             MR. WAGNER:  Some of them are numbered.

16             MR. EINSTEIN:  You can count the pages.

17             THE REFEREE:  Yeah.

18             THE REFEREE:  No, the Bates stamped numbers

19     are there, they're just in the middle.  No, I see.

20     Okay, it's noted.  It's marked in.  The objection is

21     overruled, it's marked in as Q in evidence.

22             (Received and marked Defendant's Exhibit Q

23         in evidence.)

24     Q    Now, looking at Exhibit Q in evidence, Mr. Landay,

25     did you at my request make a determination of which of the

26     patents and trademarks were valid, effective and in use as