# EXHIBIT 9

Mr. Landay - Defendant - redirect

Q   Okay.  It's your testimony you had other patents as well?

A   Yes, there were two that I remember specifically which were for slumber bags where we patented a play surface where you open up the slumber bag and it had, like maps, games on the surface.

Q   And those patents together with the ones you've identified in Exhibit Q, being used by Seneca at the time of the liquidation?

A   Yes.

Q   And to the best of your knowledge, were those patents valid?

A   Yes.

Q   Okay.  Now let me direct your attention to what has been marked as Exhibit N in evidence, which is the Brookfield purchase agreement.  And I direct your attention to the last two pages Marked L563 and 564 which is a list of patent and trademarks.  And I would ask, you if you could, to identify any of the patents and trademarks listed there which were not in use as of October 21 -- October 22, 2001.

MR. WAGNER:  I'm just going to object to the term of, patents that were in use.  I don't know what that means.

MR. EINSTEIN:  Whether there is merchandise out there utilizing those patents as of that time.