UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-CV-11955-WGY

| | |
|---|---|
| DAVID L. LANDAY,            )<br>                             )<br>        Plaintiff,          )<br>                             )<br>v.                           )<br>                             )<br>GMAC COMMERCIAL CREDIT, LLC and )<br>GMAC COMMERCIAL FINANCE, LLC,   )<br>                             )<br>        Defendants.          )<br>_____) | **PLAINTIFF'S MOTION TO STRIKE GMAC'S REPLY ARGUMENT BASED ON GMAC'S PURPORTED FAILURE TO FILE WITH U.S. PATENT AND TRADEMARK OFFICE AND FOR SANCTIONS** |

Plaintiff David L. Landay ("Landay") moves to strike from consideration an argument concerning Landay's Junior Creditor Claim (Amended Complaint, Count VI) that is raised for the first time in the Reply Memorandum In Support of Defendants' Motion for Summary Judgment ("GMAC's Reply Memorandum"). Specifically, Landay moves to strike the argument on pages 15-16 of GMAC's Reply Memorandum where GMAC purports to place on Landay the burden of proving that GMAC recorded its liens on the Borrowers' intellectual property with the United States Patent and Trademark Office. As shown in the supporting Memorandum filed herewith, not only is GMAC's argument subject to striking because it is raised for the first time in its Reply, it is also so obviously specious and without support in fact or law that, in addition to striking the argument, the Court should award Landay his costs, including counsel fees, in prosecuting this Motion.

Respectfully submitted,
DAVID L. LANDAY,
By his attorney,


/s/ Alan R. Hoffman
Alan R. Hoffman, BBO# 236860
LYNCH, BREWER, HOFFMAN & FINK, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110
(617) 951-0800
arhoffman@lynchbrewer.com

## LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned hereby certifies, pursuant to Local Rule 7.1(a)(2), that he has conferred with counsel for the Defendants in a good faith attempt to resolve or narrow the issues in dispute on Tuesday, January 10, 2005, and that these efforts were not successful.

Mr. Houlihan specifically requested that the undersigned disclose that, during the aforementioned "meet and confer" conference, GMAC offered to consent to the filing of a Surreply as a resolution of this Motion, which offer was declined.


/s/ Alan R. Hoffman
Alan R. Hoffman

Dated:  January 12, 2006

233590_1

2