# EXHIBIT A

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

AUGUST 08, 2001

PTAS


*101732264A*

COWAN, LIEBOWITZ & LATMAN, P.C.
BAILA H. CELEDONIA
1133 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036-6799

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE.  A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE.  THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM.  IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723.
PLEASE SEND REQUEST FOR CORRECTION TO:  U.S. PATENT AND TRADEMARK OFFICE,
ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY,
SUITE 320, WASHINGTON, D.C. 20231.

RECORDATION DATE: 05/21/2001          REEL/FRAME: 011828/0049
                                      NUMBER OF PAGES: 5

BRIEF:   SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

ASSIGNOR:
    SENECA SPORTS, INC.               DOC DATE: 05/04/2001

ASSIGNEE:
    GMAC COMMERCIAL CREDIT LLC
    1290 AVENUE OF THE AMERICAS
    NEW YORK, NEW YORK 10104

SERIAL NUMBER: 09096235               FILING DATE: 06/11/1998
PATENT NUMBER: 6015156                ISSUE DATE: 01/18/2000

SERIAL NUMBER: 08356903               FILING DATE: 12/15/1994
PATENT NUMBER: 5536025                ISSUE DATE: 07/16/1996


SAUNDRA BALLENGER, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

GLAN 00731

FORM PTO-1619A
Expires 06/30/99
OMB 0651-0027

05-29-2001

101732264

U.S. Department of Commerce
Patent and Trademark Office
**PATENT**

MRD
5.21.01

MY 21

**RECORDATION FORM COVER SHEET
PATENTS ONLY**

TO: The Commissioner of Patents and Trademarks: Please record the attached original document(s) or copy(ies).

**Submission Type**
[X] New
[ ] Resubmission (Non-Recordation) Document ID#
[ ] Correction of PTO Error   Reel #   Frame #
[ ] Corrective Document   Reel #   Frame #

**Conveyance Type**
[ ] Assignment   [X] Security Agreement
[ ] License   [ ] Change of Name
[ ] Merger   [ ] Other
U.S. Government (For Use ONLY by U.S. Government Agencies)
[ ] Departmental File   [ ] Secret File

**Conveying Party(ies)**   [ ] Mark if additional names of conveying parties attached
Name (line 1): Seneca Sports, Inc.
Execution Date: 05/04/01
Name (line 2):

**Second Party**
Name (line 1):
Name (line 2):

**Receiving Party**   [ ] Mark if additional names of receiving parties attached
Name (line 1): GMAC Commercial Credit LLC
Name (line 2):
Address (line 1): 1290 Avenue Of The Americas
Address (line 2):
Address (line 3): New York    NY    10104
                  City        State/Country    Zip Code

[ ] If document to be recorded is an assignment and the receiving party is not domiciled in the United States, an appointment of a domestic representative is attached. (Designation must be a separate document from Assignment.)

**Domestic Representative Name and Address**   Enter for the first Receiving Party only.
Name:
Address (line 1):
Address (line 2):
Address (line 3):
Address (line 4):

FOR OFFICE USE ONLY

GLAN 00732

Public burden reporting for this collection of information is estimated to average approximately 30 minutes per Cover Sheet to be recorded, including time for reviewing the document and gathering the data needed to complete the Cover Sheet. Send comments regarding this burden estimate to the U.S. Patent and Trademark Office, Chief Information Officer, Washington, D.C. 20231 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Paperwork Reduction Project (0651-0027), Washington, D.C. 20503. See OMB Information Collection Budget Package 0651-0027, Patent and Trademark Assignment Practice. DO NOT SEND REQUESTS TO RECORD ASSIGNMENT DOCUMENTS TO THIS ADDRESS.

Mail documents to be recorded with required cover sheet(s) information to:
Commissioner of Patents and Trademarks, Box Assignments, Washington, D.C. 20231

| FORM PTO-1619B<br>Expires 06/30/99<br>OMB 0651-0027 | Page 2 | U.S. Department of Commerce<br>Patent and Trademark Office<br>**PATENT** |

**Correspondent Name and Address**  Area Code and Telephone Number: 212-790-9200

- Name: Baila H. Celedonia
- Address (line 1): Cowan, Liebowitz & Latman, P.C.
- Address (line 2): 1133 Avenue of the Americas
- Address (line 3): New York, NY 10036-6799
- Address (line 4):

**Pages**  Enter the total number of pages of the attached conveyance document including any attachments. # 10

**Application Number(s) or Patent Number(s)**  ☐ Mark if additional numbers attached

Enter either the Patent Application Number or the Patent Number (DO NOT ENTER BOTH numbers for the same property).

Patent Application Number(s): (blank)

Patent Number(s): 6,015,156   5,536,025

If this document is being filed together with a _new_ Patent Application, enter the date the patent application was signed by the first named executing inventor.  Month / Day / Year: (blank)

**Patent Cooperation Treaty (PCT)**  Enter PCT application number only if a U.S. Application Number has not been assigned.  PCT: (blank)

**Number of Properties**  Enter the total number of properties involved. # 2

**Fee Amount**  Fee Amount for Properties Listed (37 CFR 3.41): $ 80

Method of Payment:  Enclosed ☒   Deposit Account ☐

Deposit Account (Enter for payment by deposit account or if additional fees can be charged to the account.)
Deposit Account Number: # 03-3415
Authorization to charge additional fees: Yes ☒  No ☐

**Statement and Signature**

To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document. Charges to deposit account are authorized, as indicated herein.

Baila H. Celedonia — Name of Person Signing  
Signature: /Baila H. Celedonia/  
Date: 5/16/01

GLAN 00733

-1-

## PATENT SECURITY AGREEMENT

WHEREAS, Seneca Sports, Inc. a corporation formed under the laws of Delaware, located at 75 Fortune Boulevard, Granite Park, Milford, MA 01757 (the "Company"), is the owner of certain United States patents set out in Schedule A (the "Patents"); and

WHEREAS, the Company is obligated to GMAC COMMERCIAL CREDIT LLC ("GMAC") located at 1290 Avenue of the Americas, New York, NY 10104, pursuant to a certain Factoring Agreement, dated September 19, 2000, between GMAC and the Company, made by the Company in favor of GMAC (the "Agreement"); and

WHEREAS, pursuant to the Agreement, the Company is granting or has granted to GMAC a lien upon and a security interest in, *inter alia*, the Patents,

NOW, THEREFORE, for goods and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Company does hereby grant to GMAC a security interest in and to the Patents, which security interest shall secure all the Obligations (as defined in the Agreement) in accordance with the terms and provisions thereof.

The Company expressly acknowledges that the Agreements grant to GMAC a security interest in and to all after-acquired patents and patent applications for as long as the Agreement is in effect and any of the Obligations (as defined in the Agreement) remain unpaid, and therefore, the Company hereby grants to GMAC the right to re-file the Patent Security Agreement with an amended Schedule A listing any such after-acquired patents and patent applications in order to evidence GMAC's security interest in and to all of the Company's patents and patent applications.

GLAN 00734

S330/1

PSA

-2-

The parties expressly affirm that the rights and remedies of GMAC with respect to the security interest granted hereby are more fully set forth in the Agreement with respect to all of the collateral (including but not limited to all general intangibles).

Dated:

Witness: *Michelle Rivers*

SENECA SPORTS, INC.

By: *[signature]*
Name: Frederick R. Gregr
Title: V.P. Sales + Marketing

Witness: *[signature]*

GMAC COMMERCIAL CREDIT LLC

By: *[signature]*
Name: Frank Imperato
Title: Senior Vice President

GLAN 00735

PSA

S330/1

-3-

STATE OF MASSACHUSETTS     )
                           ) ss.:
COUNTY OF WORCESTER        )

On the 4th day of MAY, 2001 before me personally came FREDERICK R. GREER, to me known, who being by me duly sworn, did depose and say that s/he is the VP SALES + MARKETING of SENECA SPORTS, INC. the corporation described in and which executed the foregoing instrument; and that he signed his name thereto by order of the board of directors of said corporation.

_____
Notary Public
My Commission Expires September 2, 2005


STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

On the 7TH day of MAY, 2001 before me personally came FRANK IMPERATO, to me known, who being by me duly sworn, did depose and say that s/he is the SR. VICE PRESIDENT of GMAC COMMERCIAL CREDIT LLC, the corporation described in and which executed the foregoing instrument; and that he signed his name thereto by order of the board of directors of said corporation.

_____
Notary Public
ROSEANNE BENSEN
NOTARY PUBLIC, State of New York
No. 5007515
Qualified in Nassau County
Commission Expires Feb. 1, 2003

GLAN 00736

PSA

S330/1

SCHEDULE A
TO PATENT SECURITY AGREEMENT

US006015156A

## United States Patent [19]
### Pratt

[11] Patent Number: 6,015,156
[45] Date of Patent: Jan. 18, 2000

[54] SKATE WITH DETACHABLE BOOT

[75] Inventor: Michael K. Pratt, Worcester, Mass.

[73] Assignee: Seneca Sports, Inc., Milford, Mass.

[21] Appl. No.: 09/096,235

[22] Filed: Jun. 11, 1998

[51] Int. Cl.⁷ ...................................... A63C 17/02
[52] U.S. Cl. ......................... 280/11.22; 280/11.3
[58] Field of Search ........................ 280/7.13, 7.14, 280/8, 9, 10, 11.22, 11.23, 11.3, 11.3L, 11.32, 11.33

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 19,706 | 9/1935 | Johnson | 208/168 |
| 44,066 | 9/1861 | Bergner | |
| 2,244,719 | 6/1941 | Mansfield | 280/11.3 |
| 2,470,840 | 5/1949 | Anz | 280/11.3 |
| 2,998,260 | 8/1961 | Meyer | 280/7.13 |
| 4,150,499 | 4/1979 | Wing | 36/115 |
| 4,298,209 | 11/1981 | Peters | 280/11.2 |
| 4,351,536 | 9/1982 | Sandino | 280/7.13 |
| 4,570,955 | 2/1986 | Winkler et al. | 280/11.2 |
| 4,657,265 | 4/1987 | Ruth | 280/7.13 |
| 4,666,168 | 5/1987 | Hamill et al. | 280/11.2 |
| 4,928,982 | 5/1990 | Logan | 280/11.22 |
| 4,932,675 | 6/1990 | Olson et al. | 280/7.13 |
| 4,988,122 | 1/1991 | Saunders | 280/841 |
| 5,127,672 | 7/1992 | Horibata | 280/842 |
| 5,193,827 | 3/1993 | Olson | 280/7.13 |
| 5,232,231 | 8/1993 | Carlsmith | 280/11.2 |
| 5,314,199 | 5/1994 | Olson et al. | 280/7.13 |
| 5,331,752 | 7/1994 | Johnson et al. | 36/115 |
| 5,393,077 | 2/1995 | Wanous | 280/7.13 |
| 5,398,970 | 3/1995 | Tucky | 280/841 |
| 5,507,506 | 4/1996 | Shadroui | 280/11.22 |
| 5,524,912 | 6/1996 | Laub et al. | 280/7.13 |
| 5,549,310 | 8/1996 | Meibock et al. | 280/11.22 |
| 5,615,901 | 4/1997 | Piotrowski | 280/7.14 |

Primary Examiner—Richard M. Camby
Attorney, Agent, or Firm—Fish & Richardson P.C.

[57] ABSTRACT

An in-line skate has a wheeled chassis and a detachable boot for walking. The chassis has an elongated frame and a multiplicity of wheels mounted to the frame. The frame has a projection extending from it, the projection having a stem and an overhanging head at the distal end of the stem. The frame also includes an elongated rib, with a cantilevered extension, extending from the frame in spaced relation to the projection, along the length of the frame. The boot is adapted for releasable attachment to the chassis, and has an upper attached to a flexible sole with a tread for walking upon. The sole defines a slot adapted to receive the rib of the frame. The slot has an undercut at one end for retaining the cantilevered extension of the rib to resist separation of the attached boot and chassis. The sole also contains a movable clip positioned to receive and releasably engage the projection to resist separation of the attached boot and chassis. In another embodiment, the location of the projection and the clip are reversed. Methods of employing this structure to remove the wheeled chassis from the boot are also described.

14 Claims, 4 Drawing Sheets



GLAN 00737

PAGE: 1
ISSUE DATE: 01/18/00
FILING DATE: 06/11/98

PATENT NUMBER: 6015156
SERIAL NUMBER: 09/096235
TITLE: SKATE WITH DETACHABLE BOOT
APPLICANT: PRATT, MICHAEL K.

REEL: 009399  FRAME: 0759  DATE RECORDED: 08/21/98  NUMBER OF PAGES: 002
ASSIGNOR: PRATT, MICHAEL K.
                              EXC DATE: 07/31/98
ASSIGNEE: SENECA SPORTS, INC.
          P.O. BOX 719
          MILFORD, MASSACHUSETTS 01757
BRIEF: ASSIGNMENT OF ASSIGNOR'S INTEREST (SEE DOCUMENT FOR DETAILS).
RETURN ADDRESS: FISH & RICHARDSON P.C.
                JAMES W. BABINEAU
                225 FRANKLIN STREET
                BOSTON, MA 02110-2804

                                           12/08/00 08:40
NO MORE INFORMATION FOR THIS PATENT NUMBER

GLAN 00738

```
                                                    PAGE:  1

                                          ISSUE DATE: 07/16/96
PATENT NUMBER:   5536025                  FILING DATE: 12/15/94
SERIAL NUMBER: 08/356903
TITLE: IN-LINE WHEELED SKATE
APPLICANT: LANDAY, DAVID L.

REEL: 007290  FRAME: 0467  DATE RECORDED: 12/15/94  NUMBER OF PAGES: 002
ASSIGNOR: LANDAY, DAVID L.
                           EXC DATE:  12/13/94
ASSIGNEE: SENECA SPORTS, INC.
          GRANITE PARK, FORTUNE BLVD.
          MILFORD, MA  01757
BRIEF: ASSIGNMENT OF ASSIGNOR'S INTEREST (SEE DOCUMENT FOR DETAILS).
RETURN ADDRESS: TIMOTHY A. FRENCH
                FISH & RICHARDSON
                225 FRANKLIN STREET
                BOSTON, MA  02110-2804


O MORE INFORMATION FOR THIS PATENT NUMBER    12/08/00 08:40
```

GLAN 00739

Patent Maintenance Fees - Public Inquiry

Patent#: 5536025    Filed: 12/15/94    Issued: 07/16/96    Serial#: 08356903
Status: 8th Year Fee Window Opens: 07/16/03                Sml Entity: YES
Window Opens: 07/16/03    Surchg Due: 01/16/04    Expiration: 07/16/04
Fee Amt Due:$ 0975    Surchg Amt Due:$              Total Amt Due:$ 0975
Fee Code:    284      Surchg Code:
Title: IN-LINE WHEELED SKATE

Address For Fee Purposes:
FISH & RICHARDSON
225 FRANKLIN STREET
BOSTON MA 02110-2804

Most Recent Significant Events:
  11/08/99    Payor Number Assigned
  10/27/99    Payment of Maintenance Fee, 4th Yr, Small Entity
  10/27/99    Last Event On Maintenance History

GLAN 00740

US005536025A

# United States Patent [19]

## Landay

[11] Patent Number: 5,536,025
[45] Date of Patent: Jul. 16, 1996

[54] IN-LINE WHEELED SKATE

[75] Inventor: David L. Landay, Boston, Mass.

[73] Assignee: Seneca Sports, Inc., Milford, Mass.

[21] Appl. No.: 356,903

[22] Filed: Dec. 15, 1994

[51] Int. Cl.[6] .................................................. A63C 17/04
[52] U.S. Cl. ................................. 280/11.22; 280/11.27; 280/11.28
[58] Field of Search ................... 280/11.2, 11.22, 280/11.23, 11.27, 11.28, 87.041

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 2,726,873 | 12/1955 | Wooley | 280/11.28 |
| 3,087,739 | 4/1963 | Ware | 280/11.25 |
| 3,963,252 | 6/1976 | Carlson | 280/11.22 |
| 4,403,784 | 9/1983 | Gray | 280/11.28 |
| 4,666,168 | 5/1987 | Hamill et al. | 280/11.2 |
| 4,711,458 | 12/1987 | Shim | 280/11.22 |
| 4,909,523 | 3/1990 | Olson | 280/11.2 |
| 5,028,058 | 7/1991 | Olson | 280/11.22 |
| 5,048,848 | 9/1991 | Olson et al. | 280/11.22 |
| 5,068,956 | 12/1991 | Malewicz | 29/437 |
| 5,092,614 | 3/1992 | Malewicz | 280/11.22 |
| 5,190,301 | 3/1993 | Malewicz | 280/11.22 |
| 5,277,437 | 1/1994 | Moats | 280/11.23 |
| 5,330,208 | 7/1994 | Charron et al. | 280/11.22 |

Primary Examiner—Richard M. Camby
Attorney, Agent, or Firm—Fish & Richardson

[57] **ABSTRACT**

An in-line wheeled skate has a frame with opposed, parallel side rails and wheel arranged in tandem between the side rails, each wheel mounted on an axle. Each axle end is surrounded and supported by a resilient element in a cushioning aperture of the side rail. Each axle end also extends into a guiding aperture of the side rail overlapping the cushioning aperture. The guiding aperture has a first dimension selected relative to a corresponding first dimension of the axle end to limit movement of the axle end relative to the side rail in the direction of a first plane, and a second dimension selected relative to a corresponding second dimension of the axle end to permit resilient movement of the axle end relative to the side rail in the direction of a second plane transverse to the first plane.

**17 Claims, 4 Drawing Sheets**



GLAN 00741

```
                                            PAGE:  1

PATENT NUMBER:    5536025         ISSUE  DATE: 07/16/96
SERIAL NUMBER: 08/356903          FILING DATE: 12/15/94
TITLE: IN-LINE WHEELED SKATE
APPLICANT:  LANDAY, DAVID L.

REEL: 007290  FRAME: 0467  DATE RECORDED: 12/15/94  NUMBER OF PAGES: 002
ASSIGNOR: LANDAY, DAVID L.
                      EXC DATE:  12/13/94
ASSIGNEE: SENECA SPORTS, INC.
          GRANITE PARK, FORTUNE BLVD.
          MILFORD, MA  01757
BRIEF: ASSIGNMENT OF ASSIGNOR'S INTEREST (SEE DOCUMENT FOR DETAILS).
RETURN ADDRESS: TIMOTHY A. FRENCH
                FISH & RICHARDSON
                225 FRANKLIN STREET
                BOSTON, MA  02110-2804


NO MORE INFORMATION FOR THIS PATENT NUMBER    12/08/00 08:40
```

GLAN 00742

```
                    Patent Maintenance Fees - Public Inquiry
Patent#: 5536025   Filed: 12/15/94   Issued: 07/16/96    Serial#: 08356903
Status:  8th Year Fee Window Opens: 07/16/03             Sml Entity: YES
Window Opens: 07/16/03   Surchg Due: 01/16/04            Expiration: 07/16/04
Fee Amt Due:$ 0975       Surchg Amt Due:$                Total Amt Due:$ 0975
Fee Code:     284        Surchg Code:
Title: IN-LINE WHEELED SKATE


                    Address For Fee Purposes:
                    FISH & RICHARDSON
                    225 FRANKLIN STREET
                    BOSTON MA 02110-2804



Most Recent Significant Events:
    11/08/99       Payor Number Assigned
    10/27/99       Payment of Maintenance Fee, 4th Yr, Small Entity
    10/27/99       Last Event On Maintenance History
```

GLAN 00743