# EXHIBIT B

.



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

AUGUST 20, 2001

                    PTAS
COWAN, LIEBOWITZ & LATMAN, P.C.
BAILA H. CELEDONIA
1133 AVE OF THE AMERICAS
NEW YORK, NY  10036-6799



*101815494A*

**CORRECTED
NOTICE**

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE.  A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE.  THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM.  IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723.
PLEASE SEND REQUEST FOR CORRECTION TO:  U.S. PATENT AND TRADEMARK OFFICE,
ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY,
SUITE 320, WASHINGTON, D.C. 20231.


RECORDATION DATE: 05/14/2001        REEL/FRAME: 002300/0001
                                 NUMBER OF PAGES: 6


BRIEF:  SECURITY INTEREST

ASSIGNOR:
   SENECA SPORTS, INC.           DOC DATE: 05/02/2001
                                 CITIZENSHIP: DELAWARE
                                 ENTITY: CORPORATION


ASSIGNEE:
   GMAC COMMERCIAL CREDIT LLC      CITIZENSHIP: NEW YORK
   1290 AVENUE OF THE AMERICAS    ENTITY: CORPORATION
   NEW YORK, NEW YORK

APPLICATION NUMBER: 75557963      FILING DATE: 09/22/1998
REGISTRATION NUMBER:                ISSUE DATE:

MARK: IDEAL
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74305439      FILING DATE: 08/17/1992
REGISTRATION NUMBER:                ISSUE DATE:

MARK: BEACH BUM
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

002300/0001 PAGE 2

APPLICATION NUMBER: 75976164          FILING DATE: 08/17/1995
REGISTRATION NUMBER: 2136050          ISSUE DATE: 02/10/1998

MARK: ADRENALINE
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75500832          FILING DATE: 06/08/1998
REGISTRATION NUMBER: 2346087          ISSUE DATE: 04/25/2000

MARK: HUTCH
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75500830          FILING DATE: 06/08/1998
REGISTRATION NUMBER: 2409153          ISSUE DATE: 11/28/2000

MARK: FORSTER
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75490161          FILING DATE: 05/22/1998
REGISTRATION NUMBER: 2356024          ISSUE DATE: 06/06/2000

MARK: TALON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75370576          FILING DATE: 10/09/1997
REGISTRATION NUMBER: 2283883          ISSUE DATE: 10/05/1999

MARK: MAXIMUM INTENSITY
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75252185          FILING DATE: 03/05/1997
REGISTRATION NUMBER: 2209653          ISSUE DATE: 12/08/1998

MARK: ALPHA
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 75175822          FILING DATE: 10/02/1996
REGISTRATION NUMBER: 2207501          ISSUE DATE: 12/01/1998

MARK: ZERO
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75168003          FILING DATE: 09/18/1996
REGISTRATION NUMBER: 2162742          ISSUE DATE: 06/02/1998

MARK: INFERNO
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 75104003          FILING DATE: 05/14/1996
REGISTRATION NUMBER: 2055097          ISSUE DATE: 04/22/1997

MARK: AIR FOAM
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

GLAN 00720

002300/0001 PAGE 3

APPLICATION NUMBER: 75059239
REGISTRATION NUMBER: 2118363

FILING DATE: 02/16/1996
ISSUE DATE: 12/02/1997

MARK: MARAUDER
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74713314
REGISTRATION NUMBER: 2236969

FILING DATE: 08/09/1995
ISSUE DATE: 04/06/1999

MARK: SENECA SPORTS SENECA SPORTS
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74713299
REGISTRATION NUMBER: 2239118

FILING DATE: 08/09/1995
ISSUE DATE: 04/13/1999

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

APPLICATION NUMBER: 74702929
REGISTRATION NUMBER: 2166142

FILING DATE: 07/18/1995
ISSUE DATE: 06/16/1998

MARK: STREET BEAT
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74679498
REGISTRATION NUMBER: 2162344

FILING DATE: 05/23/1995
ISSUE DATE: 06/02/1998

MARK: EQUALIZER
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74679086
REGISTRATION NUMBER: 2213176

FILING DATE: 05/23/1995
ISSUE DATE: 12/22/1998

MARK: AVENGER
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74679074
REGISTRATION NUMBER: 2188039

FILING DATE: 05/23/1995
ISSUE DATE: 09/08/1998

MARK: TRITON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74611402
REGISTRATION NUMBER: 1976034

FILING DATE: 12/15/1994
ISSUE DATE: 05/28/1996

MARK: STREET FORCE
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74594523
REGISTRATION NUMBER: 1970597

FILING DATE: 11/03/1994
ISSUE DATE: 04/23/1996

MARK: I.T.S.C.
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

002300/0001 PAGE 4

APPLICATION NUMBER: 74594522       FILING DATE: 11/03/1994
REGISTRATION NUMBER: 1949786      ISSUE DATE: 01/16/1996

MARK: INTEGRATED TOE STOP CHASSIS
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74527998       FILING DATE: 05/20/1994
REGISTRATION NUMBER: 2021192      ISSUE DATE: 12/03/1996

MARK: STREET CRUISERS
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74527396       FILING DATE: 05/09/1994
REGISTRATION NUMBER: 2184303      ISSUE DATE: 08/25/1998

MARK: GENESIS
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74525575       FILING DATE: 05/17/1994
REGISTRATION NUMBER: 1922155      ISSUE DATE: 09/26/1995

MARK: HUTCH
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74511631       FILING DATE: 04/12/1994
REGISTRATION NUMBER: 1891217      ISSUE DATE: 04/25/1995

MARK: SENECA
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74493967       FILING DATE: 02/24/1994
REGISTRATION NUMBER: 1887281      ISSUE DATE: 04/04/1995

MARK: HUTCH
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

APPLICATION NUMBER: 74488482       FILING DATE: 02/09/1994
REGISTRATION NUMBER: 1993828      ISSUE DATE: 08/13/1996

MARK: STREET STYLE
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74484945       FILING DATE: 01/31/1994
REGISTRATION NUMBER: 1873990      ISSUE DATE: 01/17/1995

MARK: MAKES YOU FEEL LIKE A PRO
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74471755       FILING DATE: 12/16/1993
REGISTRATION NUMBER: 2136068      ISSUE DATE: 02/10/1998

MARK: FUTURA
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

GLAN 00722

002300/0001 PAGE 5

APPLICATION NUMBER: 74426684          FILING DATE: 08/20/1993
REGISTRATION NUMBER: 1861043          ISSUE DATE: 11/01/1994

MARK: STREET TALK
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74426682          FILING DATE: 08/20/1993
REGISTRATION NUMBER: 1839514          ISSUE DATE: 06/14/1994

MARK: JUNIOR JAM
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74408129          FILING DATE: 07/01/1993
REGISTRATION NUMBER: 2425958          ISSUE DATE: 02/06/2001

MARK: MARCH MADNESS
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74403692          FILING DATE: 06/21/1993
REGISTRATION NUMBER: 1877179          ISSUE DATE: 01/31/1995

MARK: RIM SHAKER
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74403691          FILING DATE: 06/21/1993
REGISTRATION NUMBER: 1873341          ISSUE DATE: 01/10/1995

MARK: MONSTER JAM
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74402799          FILING DATE: 06/18/1993
REGISTRATION NUMBER: 1852014          ISSUE DATE: 08/30/1994

MARK: KEEPS YOU AT THE TOP OF YOUR GAME
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74402792          FILING DATE: 06/18/1993
REGISTRATION NUMBER: 1854271          ISSUE DATE: 09/13/1994

MARK: NET-WORKS
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74391724          FILING DATE: 05/17/1993
REGISTRATION NUMBER: 1858704          ISSUE DATE: 10/18/1994

MARK: STICKY MITTS
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74367577          FILING DATE: 03/12/1993
REGISTRATION NUMBER: 1841422          ISSUE DATE: 06/21/1994

MARK: PSYCHLONE
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

GLAN 00723

002300/0001 PAGE 6

APPLICATION NUMBER: 74327179      FILING DATE: 10/30/1992
REGISTRATION NUMBER: 1926543     ISSUE DATE: 10/10/1995

MARK: THE HAMMER
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74327174      FILING DATE: 10/30/1992
REGISTRATION NUMBER: 1845179     ISSUE DATE: 07/12/1994

MARK: HYDROBICS
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74285664      FILING DATE: 06/17/1992
REGISTRATION NUMBER: 1813039     ISSUE DATE: 12/21/1993

MARK: STRIKE FORCE
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74238410      FILING DATE: 01/17/1992
REGISTRATION NUMBER: 1717560     ISSUE DATE: 09/22/1992

MARK: IDEAL
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74225496      FILING DATE: 11/26/1991
REGISTRATION NUMBER: 1775964     ISSUE DATE: 06/08/1993

MARK: STREETLITES
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74169058      FILING DATE: 05/22/1991
REGISTRATION NUMBER: 1704327     ISSUE DATE: 07/28/1992

MARK: COMFORT TOUCH
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74153082      FILING DATE: 03/29/1991
REGISTRATION NUMBER: 1709406     ISSUE DATE: 08/18/1992

MARK: STREET GLIDERS
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 74058119      FILING DATE: 05/11/1990
REGISTRATION NUMBER: 1675103     ISSUE DATE: 02/11/1992

MARK: WOODSIES
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

APPLICATION NUMBER: 73722614      FILING DATE: 04/15/1988
REGISTRATION NUMBER: 1513348     ISSUE DATE: 11/22/1988

MARK: FORSTER
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

GLAN 00724

002300/0001 PAGE 7

APPLICATION NUMBER: 72255626           FILING DATE: 10/03/1966
REGISTRATION NUMBER: 0845343           ISSUE DATE: 03/05/1968

MARK: HUTCH
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

MARGARET LASALLE, PARALEGAL
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

GLAN 00725

08/15/01  15:35 FAX 212 575 0671        COWAN LIEBOWITZ & LATMAN                    ☑001

# Cowan, Liebowitz & Latman, P.C.
### LAW OFFICES

1133 Avenue of the Americas  •  New York, NY 10036-6799

Telephone (212) 790-9200  •  Web www.cll.com  •  Fax (212) 575-0671

## Fax Cover Sheet

Writer's Direct Dial
(212) 790-9248
lmg@cll.com

**Our Ref:**     **19331.42**

**To:**     Ms. Regina White                    **Fax No:**     (703) 308-7124
            USPTO Assignment Division            **Tel No:**     (703) 308-9723

**From:**   Laura M. Greene                      **Date:**       August 15, 2001

**No Confirmation Copy**                         **No. of Pages (Incl. Cover):**        12

**Message:**    <u>Request for correction of assignment recordal</u>

**Confidentiality Notice**

This facsimile message is intended only for the addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this fax is strictly prohibited. If you have received this fax in error, please notify the writer directly by telephone and return the original fax to us by mail at the above address.

LMG/LMG/19331/42/484048.1

GLAN 00726

08/15/01  15:38 FAX 212 575 0671          COWAN LIEBOWITZ & LATMAN                    ☒011

08-17-2001

∥∥∥∥∥∥∥∥∥∥∥∥∥∥∥∥∥∥∥∥∥    ET
101815494

U.S. Department of Commerce
Patent and Trademark Office

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof.

| 1. Name of conveying party(ies): | 2. Name and Address of receiving party(ies) |
|---|---|
| Seneca Sports, Inc.   5-14-01 | Name: GMAC Commercial Credit LLC |
| ___ Individual(s)   ___ Association | Address:   1290 Avenue of the Americas |
| ___ General Partnership   ___ Limited Partnership | New York, New York |
| _x_ Corporation-State  Delaware | |
| ___ Other _____ | |
| Additional name(s) of conveying party(ies) attached? ___ Yes _x_ No | |

|  | ___ Individual(s) citizenship |
|---|---|
| 3. Nature of conveyance: | ___ Association |
| ___ Assignment          ___ Merger | ___ General Partnership |
| _x_ Security Agreement  ___ Change of Name | ___ Limited Partnership |
| ___ Other _____ | _x_ Corporation-State  New York |
| Execution Date: ___ May 2, 2001 | ___ Other __Limited Liability Company__ |
|  | If assignee is not domiciled in the United States, a domestic representative designation is attached: ___ Yes ___ No n/a |
|  | (Designations must be a separate document from assignment) |
|  | Additional name(s) & address(es) attached? ___ Yes _x_ No |

4. Application number(s) or registration number(s):

A. Trademark Application No.(s) 75/557,963, 74/305,439     B. Trademark Registration No.(s) 845,343 and
(SEE ATTACHED)

Additional numbers attached? _x_ Yes ___ No

| 5. Name and address of party to whom correspondence concerning document should be mailed: | 6. Total number of applications and registrations involved: |
|---|---|
| Baila H. Celedonia | 48 |
| Cowan, Liebowitz & Latman, P.C. | |
| 1133 Avenue of the Americas | |
| New York, NY 10036-6799 | |

| 7. Total fee (37 CFR 3.41)...... $__1,275 |
|---|
| _x_ Enclosed |
| ___ Any deficiency is authorized to be charged to Deposit Account No. 03-3415 |

8. Deposit Account No. 03-3415
(Attach duplicate copy of this page if paying by deposit account)

DO NOT USE THIS SPACE

9. Statement and signature.
   *To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.*

| Baila H. Celdonia | *Baila H. Celedonia* | 5/14/01 |
|---|---|---|
| Name of Person Signing | Signature | Date |

Total number of pages including cover sheet, attachments, and document: __6__

Mail to: U.S. Patent and Trademark Office, Office of Public Records, Crystal Gateway 4, Room 335, Washington, DC 20231

WMP/NMP/19331/42/469371.1

GLAN 00727

08/15/01  15:38 FAX 212 575 0671        COWAN LIEBOWITZ & LATMAN        @012

## ADDITIONAL REGISTRATION NUMBERS

| TRADEMARK | REGIST. NUMBER | DATE REG. |
|---|---|---|
| ADRENALINE | 2,136,050 | 19980210 |
| HUTCH | 2,346,087 | 20000425 |
| FORSTER | 2,409,153 | 20001128 |
| TALON | 2,356,024 | 20000606 |
| MAXIMUM INTENSITY | 2,283,883 | 19991005 |
| ALPHA | 2,209,653 | 19981208 |
| ZERO | 2,207,501 | 19981201 |
| INFERNO | 2,162,742 | 19980602 |
| AIR FOAM | 2,055,097 | 19970422 |
| MARAUDER | 2,118,363 | 19971202 |
| SENECA SPORTS SENECA SPORTS | 2,236,969 | 19990406 |
|  | 2,239,118 | 19990413 |
| STREET BEAT | 2,166,142 | 19980616 |
| EQUALIZER | 2,162,344 | 19980602 |
| AVENGER | 2,213,176 | 19981222 |
| TRITON | 2,188,039 | 19980908 |
| STREET FORCE | 1,976,034 | 19960528 |
| I.T.S.C. | 1,970,597 | 19960423 |
| INTEGRATED TOE STOP CHASSIS | 1,949,786 | 19960116 |
| STREET CRUISERS | 2,021,192 | 19961203 |
| GENESIS | 2,184,303 | 19980825 |
| HUTCH | 1,922,155 | 19950926 |
| SENECA | 1,891,217 | 19950425 |
| HUTCH | 1,887,281 | 19950404 |
| STREET STYLE | 1,993,828 | 19960813 |
| MAKES YOU FEEL LIKE A PRO | 1,873,990 | 19950117 |
| FUTURA | 2,136,068 | 19980210 |
| STREET TALK | 1,861,043 | 19941101 |
| JUNIOR JAM | 1,839,514 | 19941018 |
| MARCH MADNESS | 2,425,958 | 20010206 |
| RIM SHAKER | 1,877,179 | 19950131 |
| MONSTER JAM | 1,873,341 | 19950110 |
| KEEPS YOU AT THE TOP OF YOUR | 1,852,014 | 19940830 |
| NET-WORKS | 1,854,271 | 19940913 |
| STICKY MITTS | 1,858,704 | 19941018 |
| PSYCHLONE | 1,841,422 | 19940621 |
| THE HAMMER | 1,926,543 | 19951010 |
| HYDROBICS | 1,845,179 | 19940712 |
| STRIKE FORCE | 1,813,039 | 19931221 |
| IDEAL | 1,717,560 | 19920922 |
| STREETLITES | 1,775,964 | 19930608 |
| COMFORT TOUCH | 1,704,327 | 19920728 |
| STREET GLIDERS | 1,709,406 | 19920818 |
| WOODSIES | 1,675,103 | 19920211 |
| FORSTER | 1,513,348 | 19881122 |