UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID L. LANDAY<br>    Plaintiff,<br><br>    v.<br><br>GMAC COMMERCIAL CREDIT LLC<br>and GMAC COMMERCIAL FINANCE<br>LLC,<br>    Defendants. | Civil Action No. 04-cv-11955-WGY |

### DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S SUPPLEMENTAL ANSWERS TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Defendant GMAC Commercial Finance LLC ("GMAC CF")[1] moves to strike Plaintiff David L. Landay's Supplemental Answers to Defendants' First Set of Interrogatories, on the grounds that they were untimely. As set forth more fully in a supporting memorandum, Landay did not serve GMAC CF with his supplemental interrogatory responses until January 9, 2006, even though discovery closed in this case on November 11, 2005, and there is no justification for his delay. As a result, GMAC CF has been deprived of a full and fair opportunity to probe Landay's responses in advance of trial or in connection with the pending summary judgment motion.

WHEREFORE, this Court should strike Landay's Supplemental Responses to GMAC CF's First Set of Interrogatories and preclude Landay from presenting any evidence contained therein at trial or in connection with his summary judgment motion.[2]

---

[1] While the Amended Complaint names two defendants, GMAC Commercial Credit LLC and GMAC Commercial Finance LLC, GMAC Commercial Finance LLC is actually the successor by merger of GMAC Commercial Credit LLC and a third GMAC entity, GMAC Business Credit LLC. For ease of referernce, the term "GMAC CF" is used throughout this motion and supporting memorandum.

[2] A copy of these Supplemental Responses is attached as Exhibit 1.

- 2 -

|  |  |
|---|---|
| DATED: January 12, 2006 | Respectfully submitted,<br>GMAC COMMERCIAL FINANCE LLC<br><br>/s/ John A. Houlihan<br>/s/ Mark B. Dubnoff<br>John A. Houlihan (BBO # 542038)<br>Mark B. Dubnoff (BBO # 637212)<br>EDWARDS ANGELL PALMER & DODGE LLP<br>101 Federal Street<br>Boston, MA  02110<br>(617) 439-4444 |

## LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned hereby certifies, pursuant to Local Rule 7.1(a)(2), that he has conferred with counsel for the plaintiff in a good faith attempt to resolve or narrow the issues in dispute, and that these efforts were not successful.

/s/ Mark B. Dubnoff
Mark B. Dubnoff