UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID L. LANDAY<br>    Plaintiff,<br><br>v.<br><br>GMAC COMMERCIAL CREDIT LLC<br>and GMAC COMMERCIAL FINANCE<br>LLC,<br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 04-cv-11955-WGY<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that John A. Houlihan and Mark B. Dubnoff, counsel to Defendant GMAC Commercial Finance, LLC, have changed their address. Please cause all notices, pleadings and correspondence in this matter to be sent to the address below:

    John A. Houlihan, Esquire
    Mark B. Dubnoff, Esquire
    EDWARDS ANGELL PALMER & DODGE LLP
    111 Huntington Avenue
    Boston, Massachusetts 02199

    Respectfully submitted,
    GMAC COMMERCIAL FINANCE LLC

    /s/ John A. Houlihan
    /s/ Mark B. Dubnoff
    John A. Houlihan (BBO # 542038)
    Mark B. Dubnoff (BBO # 637212)
    EDWARDS ANGELL PALMER & DODGE LLP
    111 Huntington Avenue
    Boston, MA 02199
    Tel: (617) 239-0100
    Fax: (617) 227-4420

DATED: January 19, 2006

- 2 -

## CERTIFICATE OF SERVICE

     I, Mark B. Dubnoff, hereby certify that on this 19th day of January, 2006, I caused a copy of the foregoing document to be sent by first-class mail, postage prepaid, to Alan R. Hoffman, Lynch, Brewer, Hoffman & Fink, LLP, 101 Federal Street, 22nd Floor, Boston, MA 02110.

                            /s/ Mark B. Dubnoff
                            Mark B. Dubnoff

BOS_519771_1/