```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| DAVID L. LANDAY, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION |
|  | ) NO. 04-11955-WGY |
| GMAC COMMERCIAL CREDIT LLC, and | ) |
| GMAC COMMERCIAL FINANCE LLC, | ) |
| Defendants. | ) |

### ORDER

YOUNG, D.J.                                      January 27, 2006

The Motion for Summary Judgment of GMAC Commercial Finance LLC ("GMAC") [Doc. No. 52] is ALLOWED IN PART and DENIED IN PART. The Motion for Partial Summary Judgment of David L. Landay ("Landay") on Count II (usury) [Doc. No. 50] is DENIED. Specifically:

As to Count I (misrepresentation):

Landay's claim of "Seasonal Overadvance" misrepresentations, related to statements GMAC allegedly made after the 2000 loan agreements upon which Landay supposedly relied before the 2001 forbearance agreements, survive summary judgment.

GMAC's Motion for Summary Judgment as to the rest of Count I (misrepresentation) is GRANTED.

As to Count II (usury):

GMAC's Motion for Summary Judgment on Count II (usury) is GRANTED and Landay's Motion for Partial Summary Judgment on Count II is DENIED.

As to Count VI (violation of Landay's rights as a junior creditor):

GMAC's Motion for Summary Judgment on Count VI is DENIED.

As to Count VII (chapter 93A):

GMAC's Motion for Summary Judgment on Count VII is DENIED.

Accordingly, the portion of Count I detailed above, and Counts VI and VII stand for trial.

SO ORDERED.

/s/ William G. Young
WILLIAM G. YOUNG
DISTRICT JUDGE