UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11955-WGY

| | |
|---|---|
| DAVID L. LANDAY,　　　　　　　　　) <br> 　　　　　　　　　　　　　　　　　) <br> 　　　　　Plaintiff,　　　　　　　) <br> 　　　　　　　　　　　　　　　　　) <br> v.　　　　　　　　　　　　　　　　) <br> 　　　　　　　　　　　　　　　　　) <br> GMAC COMMERCIAL CREDIT, LLC and ) <br> GMAC COMMERCIAL FINANCE, LLC,　　) <br> 　　　　　　　　　　　　　　　　　) <br> 　　　　　Defendants.　　　　　　　) <br> 　　　　　　　　　　　　　　　　　) | **REVISED LOCAL RULE 7.1(a)(2) CERTIFICATE FOR PLAINTIFF LANDAY'S EMERGENCY MOTION TO CONTINUE PRE-TRIAL CONFERENCE TO A DATE NO EARLIER THAN FEBRUARY 20, 2006** |

On February 1, 2006 at 5:00PM, I spoke to Attorney Mark Dubnoff as to his position on this Motion. He informed me that he had to consult with his client and would try to get back to me on February 2, 2006 with GMAC's position. By e-mail which was received late morning, after the Motion had been filed, Mr. Dubnoff advised that GMAC opposes Landay's Motion. As I was at a mediation at JAMS all day on February 2, 2006, I did not review my e-mails until after 6:00 PM.

　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　DAVID L. LANDAY,
　　　　　　　　　　　　　　　　　By his attorney,


　　　　　　　　　　　　　　　　　/s/ Alan R. Hoffman
　　　　　　　　　　　　　　　　　Alan R. Hoffman, BBO# 236860
　　　　　　　　　　　　　　　　　LYNCH, BREWER, HOFFMAN & FINK, LLP
　　　　　　　　　　　　　　　　　101 Federal Street, 22nd Floor
　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　(617) 951-0800
　　　　　　　　　　　　　　　　　arhoffman@lynchbrewer.com

Dated: February 3, 2006

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 3rd day of February, 2006.

                                                   /s/ Alan R. Hoffman
                                                   Alan R. Hoffman

234762_1