**Plaintiff's Exhibits**

| Exhibit No. | Bates Stamp No. | Description | Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| A | | Uniform Commercial Code – Record of Filing | 113 | Relevance |
| B | | Security Agreement (2/28/91) | 112 | Relevance; Authenticity |
| C | LAN0383 – LAN0384 | Letter from GMAC Commercial Credit to David L. Landay regarding obligations and Factoring Agreement (9/19/00) | 68 | Relevance; Authenticity |
| D | GLAN00673-GLAN00674 | Letter from GMAC Commercial Credit to David L. Landay regarding obligations and Factoring Agreement (fully executed) (9/19/00) | | |
| E | L00481 – L00564 | Amended and Restated Asset Purchase Agreement (9/19/00) | | Relevance; Authenticity |
| F | L02100 – L02137 | Seneca Trademark and Patent Lists (10/6/00) | | Relevance |
| G | | Attorney letters regarding intellectual property (various dates) | Court Exhibit in NY case | Relevance; Hearsay; Authenticity |
| H | | Attorney letters regarding intellectual property (various dates) | 119 | Relevance; Hearsay; Authenticity |
| I | GMAC_Landay05631-GMAC_Landay05638 | Seneca Sports, Inc. – Balance Sheet as of 2/28/01 | | Relevance |
| J | L00809 – L00810 | Letter to Paul F. Fitzgerald from David L. Landay (8/8/00) | | Relevance |
| K | LAN0048 | Memorandum to Jane Frangos from David Landay regarding reimbursement | 78 | Relevance |
| L | L00070 | Fax cover sheet from Lou Marcus to Paul Fitzgerald and Gary Hoff, Esq. (8/14/00) | | Relevance |
| M | L00811 – L00813 | Memorandum from Gary Hoff to Paul Fitzgerald and Lou Marcus regarding Factoring arrangement with Seneca Sports, Inc. (8/15/00) | | Relevance; Hearsay |
| N | L01884 | Memorandum from David Landay to Paul Fitzgerald regarding documents (9/11/00) | | Relevance; Hearsay; Authenticity |
| O | L01885 | E-mail from Paul Fitzgerald to Neal Finklestein regarding various matters (9/11/00) | | Relevance |

61

| Exhibit No. | Bates Stamp No. | Description | Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| P | L00410 | Fax cover sheet from Lou Marcus to Paul Fitzgerald and Gary Hoff (9/12/00) | | Relevance |
| Q | L00861 – L00864 | Letter from David L. Landay to Paul Fitzgerald and Brant McDougall (9/14/00) | | Relevance; Hearsay; Authenticity |
| R | L00087 | Letter from Lou Marcus to Gary Hoff and Paul Fitzgerald (9/15/00) | | Relevance |
| S | L01918 – L01919 | Letter from David L. Landay to Paul Fitzgerald regarding various matters (10/12/00) | | Relevance; Hearsay |
| T | L00923 – L00924 | Fax from Paul Fitzgerald to David Landay regarding expiration of Standby Letter of Credits (4/12/01) | | |
| U | L00925 | Interoffice memorandum from Louis Marcus to Paul Fitzgerald regarding Patent Security Agreements (5/2/01) | | |
| V | GMAC_Landay02066 | List of checks written from 4/27/01-5/2/01 | | Relevance; Hearsay; Authenticity |
| W | GMAC_Landay02075 | List of checks written from 4/27/01-5/2/01 | | Relevance; Hearsay; Authenticity |
| X | L00927 | Memorandum from Paul Fitzgerald to David Landay and Neal Finklestein regarding open items (5/6/01) | | Relevance |
| Y | GLAN01004 | Interoffice Memorandum from Louis Marcus to Paul Fitzgerald regarding UCC Filings (5/11/01) | | |
| Z | LAN0303 | Fax cover sheet from David L. Landay to Louis Marcus regarding location of factory outlet (5/16/01) | | Relevance |
| AA | L00938 | Letter from David L. Landay to Paul Fitzgerald regarding various licensors (5/21/01) | | |
| AB | LAN0892 | E-mail from David Landay to Paul Fitzgerald and Neal Finklestein regarding accounts receivable (5/24/01) | | Relevance |
| AC | L00950 – L00951 | E-mail from David Landay to Paul Fitzgerald and Neal Finklestein regarding accounts receivable (5/31/01) | | Relevance; Hearsay |
| AD | L02326 | E-mail from David Landay to Paul Fitzgerald regarding verbal | | Relevance; Hearsay |

| Exhibit No. | Bates Stamp No. | Description | Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| | | agreement with Huffy (6/1/01) | | |
| AE | L00966 | May 2001 Lost Sales Due to Out of Stocks (6/8/01) | | Relevance; Hearsay; Authenticity |
| AF | L00954 – L00955 | E-mail from David Landay to Paul Fitzgerald and Jane Frangos regarding revised weekly projection for next 12 weeks (undated) | | |
| AG | L02442 | E-mail from Paul Fitzgerald to David Landay regarding e-mail sent to Jane Frangos (6/15/01) | | Relevance |
| AH | L02707 | E-mail from Jane Frangos to David Landay and Paul Fitzgerald regarding weekly projection (6/18/01) | | Relevance |
| AI | L02712 | E-mail from Jane Frangos to David Landay and Paul Fitzgerald regarding explanation of weekly projection number 4 (6/18/01) | | Relevance |
| AJ | L02713 | E-mail from Paul Fitzgerald to David Landay regarding cash requirements (6/18/01) | | Relevance |
| AK | L02715 – L02716 | E-mail from David Landay to Paul Fitzgerald and Jane Frangos regarding explanation of weekly projections (6/19/01) | | |
| AL | LAN0325 | E-mail from David Landay to Jane Frangos and Neal Finklestein regarding Disney and other matters (7/30/01) | | Relevance |
| AM | L02699 | E-mail from Doug Rainville to David Landay regarding proposed documents from GMAC (7/31/01) | | Relevance |
| AN | LAN0046 | E-mail from David Landay to Jane Frangos regarding update (7/31/01) | 76 | Relevance; Hearsay |
| AO | LAN0047 | E-mail from Jane Frangos to David Landay regarding update (7/31/01) | 77 | Relevance |
| AP | L01021 | E-mail from David Landay to Jane Frangos regarding wire instructions (8/6/01) | | Relevance; Hearsay |
| AQ | L01020 | E-mail from Jane Frangos to David Landay regarding wire instructions (8/6/01) | | Relevance |
| AR | L01034 | E-mail from David Landay to Doug Rainville and David Madoff regarding Financial Plan (8/7/01) | | Relevance; Hearsay |
| AS | L01032 | E-mail from David Landay to Doug | | Relevance; |

63

| Exhibit No. | Bates Stamp No. | Description | Deposition Exhibit No. | Objections |
|---|---|---|---|---|
|  |  | Rainville and David Madoff regarding Business Plan (8/7/01) |  | Hearsay |
| AT | L01035 | Memo to Files (8/7/01) |  | Relevance; Hearsay |
| AU | GMAC_Landay05626- GMAC_Landay05627 | E-mail from Doug Rainville to Jane Frangos and David Landay regarding Seneca Operating Plan (8/8/01) |  | Relevance; Hearsay |
| AV | L01081 | E-mail from David Landay to Jane Frangos, David Madoff and Doug Rainville regarding instructions (8/8/01) |  | Relevance; Hearsay |
| AW | L02445 | E-mail from Jane Frangos to David Landay regarding instructions (8/8/01) |  | Relevance |
| AX | L01437 – L01448 | E-mail from David Madoff to David Landay and Doug Rainville regarding final versions of the agreements (8/9/01) |  | Relevance; Hearsay |
| AY | L02444 | E-mail from David Landay to Doug Rainville regarding signed documents (8/10/01) |  | Relevance; Hearsay |
| AZ | L01087 | E-mail from Jane Frangos to David Landay regarding wiring instructions (8/13/01) |  |  |
| BA | L01083 | E-mail from David Madoff to David Landay regarding delivery of amendment of Letter of Credit (8/16/01) |  | Relevance |
| BB | LAN0049 | E-mail from Jane Frangos to David Landay regarding reimbursement (8/16/01) | 79 | Relevance |
| BC |  | Payment voucher for David Landay in the amount of $52,000 (8/28/01) | 80 | Relevance |
| BD | L01127 | E-mail from David Landay to Jane Frangos, Neal Finklestein and Doug Rainville regarding Walmart order (8/31/01) |  | Relevance; Hearsay |
| BE | L01128 | E-mail from Jane Frangos to David Landay and John Crowley regarding Walmart order (8/31/01) |  | Relevance |
| BF | L01129 | E-mail from Jane Frangos to David Landay and John Crowley regarding Walmart order (8/31/01) |  | Relevance |
| BG | L01130 | E-mail from David Landay to Jane Frangos, John Crowley and Doug Rainville regarding various matters (9/4/01) |  | Relevance; Hearsay |

64

| Exhibit No. | Bates Stamp No. | Description | Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| BH | L01131 | E-mail from Jane Frangos to David L. Landay regarding various matters (9/5/01) | | |
| BI | L01132 | E-mail from David Landay to Jane Frangos, Doug Rainville and John Crowley regarding status (9/5/01) | | Relevance; Hearsay |
| BJ | L01133 – L01134 | E-mail from Jane Frangos to David Landay regarding status (9/10/01) | | Relevance; Hearsay |
| BK | L01148 – L01149 | Fax cover sheet from David L. Landay to Jane Frangos regarding authorization to speak to Robert Schwartz and attached memorandum (10/2/01) | | Relevance; Hearsay |
| BL | L01143 | Fax cover sheet from David Landay to Jane Frangos regarding open orders (10/3/01) | | Relevance; Hearsay |
| BM | L01223 – L01225 | Letter to GMAC Commercial Credit LLC from David Landay regarding Peaceful Possession of Collateral (10/4/01) | | Relevance; Hearsay; Authenticity |
| BN | L01227 – L01232 | Letter from Seneca Sports, Inc. to GMAC Commercial Credit regarding Peaceful Possession of Collateral (10/4/01) | | Relevance; Hearsay; Authenticity |
| BO | L01221 – L01222 | Letter from GMAC Commercial Credit to David Landay regarding Letters of Credit (10/5/01) | | |
| BP | L01183 | E-mail from Jane Frangos to David Landay regarding Seneca and Peaceful Possession Letter (10/11/01) | | |
| BQ | LAN0164 – LAN0165 | Letter from GMAC Commercial Credit LLC to David Landay/Seneca Sports regarding defaults (10/11/01) | 91 | |
| BR | | Letter from David Landay/Seneca Sports to Ronnie Sussman regarding Platinum Funding Corp. Application (10/11/01) | 94 | |
| BS | L01243 | GMAC Commercial Credit Corp. Journal Voucher for 1,004,023.50 (10/17/01) | | |
| BT | L01259 | E-mail from Jane Frangos to David Landay regarding collateral reconciliation and inventory listings (10/19/01) | | Relevance; Authenticity |
| BU | LAN0154 – LAN0155 | Letter from Richard Stehl to David Madoff regarding surrender of | 95 | Relevance |

65

| Exhibit No. | Bates Stamp No. | Description | Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| | | possession of collateral (10/22/01) | | |
| BV | LAN0156 | Letter from GMAC Commercial Credit to David Landay/Seneca Sports, Inc., regarding Notice of Private Sale (10/24/01) | | Relevance |
| BW | CKMW0487 | Letter from David Madoff to Richard Stehl regarding possession of premises and assets of Seneca Sports, Inc. (10/25/01) | | Relevance; Hearsay |
| BX | CKMW0174 | E-mail from David Madoff to Richard Stehl regarding David's access to records (12/11/01) | | Relevance; Hearsay |
| BY | L01694 – L01695 | Letter from Stephen Rosenberg to Lorraine Fields regarding accounting of collateral (8/5/02) | 97 | Relevance; Hearsay |
| BZ | | Letter from Lorraine Fields to Stephen Rosenberg regarding access to damages information (8/6/02) | 98 | Relevance |
| CA | | Letter from Stephen Rosenberg to Lorraine Fields regarding access to damages information (8/7/02) | | Relevance; Hearsay |
| CB | GLAN00097 – GLAN00125 | GMAC Commercial Credit Corp. New Client Report for Seneca Sports, Inc. (7/5/00) | 60 | Relevance |
| CC | GLAN00340 | Client Contract Information for Seneca Sports, Inc. (9/19/00) | 17 | Relevance |
| CD | GLAN00432 – GLAN00466 | Report from Paul Fitzgerald to Loan Committee regarding Seneca Sports, Inc. (2/14/01) | 9 | |
| CE | GLAN00545 – GLAN00548 | GMAC Commercial Credit LLC Loan Committee Meeting of February 20, 2001 | 10 | Relevance; Authenticity |
| CF | GLAN00204 | Memorandum from Paul Fitzgerald to Frank Imperato regarding Investment Cap (3/10/01) | 11 | Relevance |
| CG | GLAN00203 | Memorandum from Paul Fitzgerald to Frank Imperato regarding $250M Letter of Credit (4/6/01) | 12 | |
| CH | GLAN00202 | Memorandum from Paul Fitzgerald to Frank Imperato regarding approval of extension of Standby Letter of Credit (4/17/01) | 13 | Relevance |
| CI | GLAN00538 – GLAN00544 | Report from Paul Fitzgerald to Loan Committee regarding Seneca Sports, Inc. (4/25/01) | 14 | |
| CJ | GLAN00529 – | GMAC Commercial Credit LLC | 15 | Relevance |

66

| Exhibit No. | Bates Stamp No. | Description | Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| | GLAN00537 | Loan Committee Minutes Meeting of April 30, 2001 | | |
| CK | GLAN00341 | GMAC Commercial Credit LLC Loan Committee Minutes Meeting of 5/14/01 | 16 | |
| CL | GLAN00335 – GLAN00339 | GMAC Commercial Credit LLC Loan Committee Minutes Meeting of 7/2/01 | 21 | |
| CM | | E-mail from David Landay to Neal Finklesteinj regarding Opening Balances (9/28/01) | | Relevance; Hearsay |
| CN | L01683 – L01684 | Analysis of Collateral for Borrowing Base (10/14/01) | | |
| CO | L01239 – L01240 | Analysis of Collateral for Borrowing Base Tied to Payoff Proposal to GMAC (10/17/01) | | |
| CP | L01341 – L01346 | From Anna Halloran to Undisclosed Recipient regarding pro forma financial statements for Seneca Sports, Inc. (10/17/01) | | Relevance; Hearsay; Authenticity |
| CQ | L02841 – L02854 | E-mail from James Bertie to David Landay regarding Funding Agreement (10/5/01) | | Relevance; Hearsay; Authenticity |
| CR | L02871 – L02882 | Letter to David Landay from Platinum Funding Corp. regarding providing import funding and accounts receivable factoring services (10/5/01) | | Relevance; Hearsay |
| CS | L01181 | E-mail from Dick Lamontagne to James Bertie, Robert Schwartz and David Landay regarding status update with Platinum application (10/10/01) | | |
| CT | L01182 | E-mail from Dick Lamontagne to Robert Schwartz and David Landay regarding meeting with GMAC (10/11/01) | | Relevance; Hearsay; Authenticity |
| CU | L02859 – L02864 | Letter from David Landay/Seneca Sports, Inc. to Ronnie Sussman enclosing completed application (10/11/01) | | Relevance; Hearsay; Authenticity |
| CV | L01562 – L01570 | Letter from David Madoff to Richard Stehl enclosing documents concerning Platinum Funding Corp. (10/17/01) | | Relevance; Hearsay; Authenticity |
| CW | L01571 – L01626 | E-mail from David Madoff to Gary Hoff and David Landay enclosing | | Relevance; Hearsay; |

67

| Exhibit No. | Bates Stamp No. | Description | Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| | | drafts of loan documents from Platinum Funding Corp. (10/17/01) | | Authenticity |
| CX | L01241 – L01242 | Analysis of Collateral for Borrowing Base (10/14/01) | | |
| CY | L02886 – L02890 | Analysis of Collateral for Borrowing Base (10/14/01) | | |
| CZ | GMAC_Landay03450-GMAC_Landay03864 | Hutch Journal | | Relevance; Authenticity |
| DA | | Notice from Town of Milford Collector of Taxes regarding delinquent personal property tax bills (8/15/05) | | Relevance |
| DB | GMAC_Landay00402-GMAC_Landay00458 | Weekly L/C Outstanding Reports | | Relevance; Authenticity; Incomplete, Prejudice, Confusion |
| DC | | Seneca Sports Damages Calculation (10/22/01 – 10/25/05) | NY Trial Exhibit 12-A | Relevance |
| DD | | Seneca Sports Damages Calculation with Legal Charges Excluded From Balance (10/22/01 – 10/25/05) | NY Trial Exhibit 12-B | |
| DE | GMAC_Landay05886-GMAC_Landay05933 | Stock Status Report for Seneca Sports, Inc. (10/22/01) | | Hearsay; Authenticity |
| DF | LAN0505 – LAN0552 | Stock Status Report for Seneca Sports, Inc. (10/22/01) | | Hearsay; Authenticity |
| DG | LAN0469 – LAN0504 | Open Orders by Customer – Detail for Seneca Sports, Inc. (10/22/01) | | Hearsay; Authenticity |
| DH | GMAC_Landay02485-GMAC_Landay02489 | Sales Analysis Report (7/10/00) | | Relevance; Hearsay; Authenticity |
| DI | GMAC_Landay02290-GMAC_Landay02313 | Stock Status Report for Seneca Sports, Inc. (7/14/00) | | Relevance; Hearsay; Authenticity |
| DJ | GMAC_Landay02474-GMAC_Landay02484 | Sales Analysis by Item for Seneca Sports, Inc. (7/10/00) | | Relevance; Hearsay; Authenticity |
| DK | GMAC_Landay02458-GMAC_Landay02472 | Sales Analysis by Product Category of Seneca Sports, Inc. (7/10/00) | | Relevance; Hearsay; Authenticity |
| DL | GLAN00375 | Memorandum from Paul Fitzgerald to Jane Frangos regarding Seneca Security Agreements for Patents and Trademarks (5/6/01) | | Relevance; Authenticity |
| DM | GLAN00719 – GLAN00743 | Corrected Notice from the U.S. Patent and Trademark Office – | | Relevance; Authenticity; |

68

| Exhibit No. | Bates Stamp No. | Description | Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| | | Notice of Recordation of Assignment Document (8/20/01) | | Cumulative |
| DN | GLAN00969 – GLAN00989 | Recordation Form Cover Sheet for Patent and Patent Security Agreement (5/4/01) | | Relevance; Authenticity; Cumulative |
| DO | GLAN00876 – GLAN00912 | Trademark Assignment of Security (5/2/01) | | Relevance; Authenticity; Cumulative |
| DP | GLAN00913 – GLAN00914 | Schedule B – Special Power of Attorney (5/2/01) | | Relevance; Authenticity |
| DQ | GLAN00916 – GLAN00917 | Recordation Form Cover Sheet for Trademarks Only (5/2/01) | | Relevance; Authenticity |
| DR | GLAN00922 – GLAN00967 | Trademark Security Agreement (5/2/01) | | Relevance |
| DS | L01743 – L01747 | Bills from Casner & Edwards to David Landay (2/27/01) | | Relevance; Authenticity |
| DT | GMAC_Landay06290 - GMAC_Landay06293 | Fax cover sheet from Richard G. Martin to David Landay regarding lists of Brookfield International patents and trademarks (3/14/01) | | Relevance; Hearsay; Authenticity |
| DU | GMAC_Landay06017 - GMAC_Landay06018 | Letter from MacMillan, Sobanski & Todd, LLC to David Landay regarding adjustable Inline Skate Mechanism, Patent Application (8/20/01) | | Relevance |
| DV | GMAC_Landay06294 - GMAC_Landay06325 | Fax from Richard G. Martin to David Landay enclosing U.S. Provisional Application, PCT Application and Demand for Preliminary Examination (3/13/01) | | Relevance; Hearsay; Prejudice, Confusion; Authenticity |
| DW | GMAC_Landay02841 - GMAC_Landay02843 | Letter from MacMillan, Sobanski & Todd, LLC to David Landay regarding final instructions for National Phase for patent protection (5/8/01) | | Relevance; Hearsay; Authenticity |
| DX | GMAC_Landay02846 | Letter from MacMillan, Sobanski & Todd, LLC to Karl Barnfather regarding PCT International Patent Application (8/1/01) | | Relevance; Hearsay; Authenticity |
| DY | GMAC_Landay02847 - GMAC_Landay02848 | Fax cover sheet from Donald R. Fraser to Nakamura & Partners regarding PCT International Patent Application (8/2/01) | | Relevance; Hearsay; Authenticity |
| DZ | GMAC_Landay02849 - GMAC_Landay02850 | Fax cover sheet from Donald R. Fraser to Panamericana de Patentes y Marcas, S.C. regarding PCT International Patent | | Relevance; Hearsay; Authenticity |

69

| Exhibit No. | Bates Stamp No. | Description | Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| | | Application (8/2/01) | | |
| EA | GMAC_Landay02851 - GMAC_Landay02852 | Fax cover sheet from Donald R. Fraser to Lesperance & Martineau regarding PCT International Patent Application (8/2/01) | | Relevance; Hearsay; Authenticity |
| EB | GMAC_Landay02824 - GMAC_Landay02835 | Fax cover sheet from Donald R. Fraser to Mark R. Tart regarding entering national stage in the member states of Ireland and United Kingdom (9/7/01) | | Relevance; Hearsay; Authenticity |
| EC | GMAC_Landay02838 - GMAC_Landay02840 | Fax from Irene Hill to David Landay regarding European Patent Office to enter PCT International Patent Application into the National Phase (9/5/01) | | Relevance; Hearsay; Authenticity |
| ED | GMAC_Landay02819 - GMAC_Landay02821 | Letter from Donald R. Fraser to Brookfield International regarding patent application number assigned by the Japanese Patent Office (9/11/01) | | Relevance; Hearsay; Authenticity |
| EE | GMAC_Landay06019 | Letter from Donald R. Fraser to Brookfield International regarding patent application number assigned by the Mexican Patent Office (9/13/01) | | Relevance; Hearsay; Authenticity |
| EF | GMAC_Landay02813 - GMAC_Landay02816 | Letter from Donald R. Fraser to Seneca Sports regarding filing of patent application in Canada (10/11/01) | | Relevance; Hearsay; Authenticity |
| EG | L02063 | Fax cover sheet from David Landay to Paul Fitzgerald and Brant McDougall regarding speaking with Peter Powell (8/24/00) | | Relevance; Hearsay |
| EH | L01738 | Letter from David Landay to Janice Williams regarding a new financing arrangement with GMAC Commercial Credit (9/11/00) | | Relevance; Hearsay; Authenticity |
| EI | L01739 | Letter from David Landay to Paul Powell regarding a new financing arrangement with GMAC Commercial Credit (9/11/00) | | Relevance; Hearsay; Authenticity |
| EJ | L01732 – L01733 | Fax from Bob Mares to David Landay and Neal Finklestein enclosing letter from Janice Williams regarding inventory for processing (9/18/00) | | Relevance; Hearsay; Authenticity |
| EK | L01740 – L01742 | Letters from Paul A. Powell to | | Relevance; |

70

| Exhibit No. | Bates Stamp No. | Description | Deposition Exhibit No. | Objections |
|---|---|---|---|---|
|  |  | GMAC Commercial Credit regarding inventory for processing (9/13/00) |  | Hearsay; Authenticity |
| EL | L01734 – L01735 | Fax from Bob Mares to David Landay and Neal Finklestein enclosing letter from Janice Williams regarding inventory for processing (9/18/00) |  | Relevance; Hearsay; Authenticity |
| EM | L01736 – L01737 | Fax cover sheet from David Landay to Bob Mares enclosing transmission report (9/18/00) |  | Relevance; Hearsay; Authenticity |
| EN | GLAN00773 – GLAN00774 | Landlord – Mortgagee Waiver (9/19/00) |  | Relevance; Hearsay; Authenticity |
| EO | L00042 – L00043 | Landlord – Mortgagee Waiver (9/18/00) |  | Relevance; Hearsay; Authenticity |
| EP | GLAN00787 – GLAN00788 | Inventory Security Agreement (9/19/00) |  |  |
| EQ | GLAN00776 – GLAN00777 | Letter from Neal Finklestein to Kellaway Terminal Services regarding inventory (5/7/01) |  | Relevance; Hearsay; Authenticity |
| ER |  | Expert Witness Report of Keith D. Lowey (10/10/05) | 101 |  |
| ES |  | First Supplement to Expert Witness Report of Keith D. Lowey, CPA (11/10/05) |  | Relevance; Stricken |
| ET |  | Document summarizing charges to loan on or after 10/22/01, Exhibit 3 to Affidavit of Keith D. Lowey dated November 16, 2005 |  | Relevance; Stricken |
| EU | GMAC_Landay05246 - GMAC_Landay05247 | Memo from David Landay to Paul Fitzgerald regarding status (undated) |  | Relevance; Hearsay; Authenticity |
| EV | LAN0842 | Dollars not able to ship (9/6/01) |  | Relevance; Hearsay; Authenticity |
| EW | LAN0841 | Dollars not able to ship (9/6/01) |  | Relevance; Hearsay; Authenticity |
| EX | L02627 | Memo from David Landay to Doug Rainville (undated) |  | Relevance; Hearsay; Authenticity; Undated |
| EY |  | Documentation of legal fees in the New York action |  | Relevance; Authenticity; FRCP 26-37 |

71

| Exhibit No. | Bates Stamp No. | Description | Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| EZ | | Patent and Trademark Office records regarding Seneca's Intellectual Property | | Relevance; Authenticity; FRCP 26-37 |
| FA | | Landay Bank Boston Account as of 6/30/00 | 105* | |
| FB | | Landay Fleet Bank Account as of 9/30/00 | 114* | |
| FC | | GMAC Commercial Finance LLC's Response to Landay's First Set of Interrogatories (8/10/05) | | |
| FD | | GMAC Commercial Finance LLC's Supplemental Response to Landay's First Set of Interrogatories (10/27/05) | | |

---

* These will be offered only if certain of GMAC's exhibits are admitted over Landay's objection.

## Defendant's Exhibits

| Exhibit No. | Bates No. | Description | Deposition Ex. No. | Objections |
|---|---|---|---|---|
| FE | LAN 0043 – LAN 0044 | 8/15/00 Memo from Gary Hoff to Paul Fitzgerald and Lou Marcus regarding the factoring arrangement with Seneca Sports | | Relevancy; authenticity |
| FF | GLAN 00226 - GLAN 00229 | Personal Financial Statement of David Landay (Undated) | 61 | Relevancy; unduly prejudicial |
| FG | RAS 00464 - RAS 00478 | 2/9/01 Personal Financial Statement of David Landay | 73 | Relevancy; unduly prejudicial |
| FH | LAN 0184 - LAN 0185 | 7/24/2001 Fax from David Landay to Jane Frangos regarding updated personal financial statement | 72 | Relevancy |
| FI | GLAN 01064 - GLAN 01065 | 4/30/01 Email from Jane Frangos to Bruce Tenzer regarding Seneca Sports | | Hearsay; relevancy |
| FJ | NONE | Seneca Sports Damages | 3 | Lack of foundation; hearsay; authenticity |
| FK | GLAN 00323 – GLAN 00329 | 11/8/01 Memo to Loan Committee from John Crowley regarding verbal update on Seneca Sports | 24 | Hearsay; relevancy |
| FL | GLAN 00314 – GLAN 00315 | 11/20/01 Memo to Loan Committee from John Crowley regarding verbal update on Seneca | 25 | Hearsay; relevancy |
| FM | GLAN 02421 | 10/31/01 GMAC – Reconciliation of Sales Current VS A/R Sales Summary | 56 | Relevancy |
| FN | GLAN 02420 | 11/30/01 GMAC – Reconciliation of Sales Current VS A/R Sales Summary | 57 | Relevancy |
| FO | GMAC_Landay 00013 - GMAC_Landay 00016 | 9/30/01 Client Ledger Account | 87 | Relevancy |
| FP | GMAC_Landay 06651 - GMAC_Landay 06714 | Bank of Boston correspondence, signature cards, federal express receipts and payment vouchers | 99 | Relevancy; unduly prejudicial; hearsay; authenticity |
| FQ | GMAC_Landay 06715 - GMAC_ Landay 06727 | Copies of Bank of Boston checks | 100 | Relevancy; unduly prejudicial; hearsay; authenticity |
| FR | NONE | Bank of Boston Statement of Assets and Account Activity for the period 4/1/00 – 6/30/00 (BankBoston Account No. 9073530) | 105 | Relevancy; hearsay; authenticity |
| FS | NONE | Seneca Sports, Inc.'s Actuals By Week | 111 | Lack of foundation; relevancy |
| FT | NONE | 10/28/05 Report of Asset Disposition Advisors, LLC | 115 | Hearsay; lack of qualifications; lack of foundation |

73

| Exhibit No. | Bates No. | Description | Deposition Ex. No. | Objections |
|---|---|---|---|---|
| FU | | Affidavit of David Landay in Opposition to Defendants' Motion to Strike Portions of Landay's 12/13/05 Affidavit | | Hearsay, relevancy, for impeachment only if inconsistent |
| FV | | David Landay's Answers to First Set of Interrogatories Propounded by Defendant Casner & Edwards, LLP | | Hearsay, relevancy, for impeachment only if inconsistent |
| FW | | 9/6/05 Plaintiff David L. Landay's Answers to Defendants' First Set of Interrogatories (USDC – Mass.) | | Hearsay, relevancy, for impeachment only if inconsistent |
| FX | | 1/6/06 Plaintiff's Supplemental Answers to Defendants' First Set of Interrogatories (USDC – Mass.) | | Hearsay, relevancy, for impeachment only if inconsistent |
| FY | | 10/24/03 Affidavit in Opposition to Plaintiff's Motion for Summary Judgment and in Support of Cross-Motion | | Hearsay, relevancy, for impeachment only if inconsistent |
| FZ | | 11/26/03 Reply Affidavit in Further Support of Cross Motion for Discovery | | Hearsay, relevancy, for impeachment only if inconsistent |
| GA | | Massachusetts UCC search request for Seneca Sports through 12/6/05 | | Authenticity |
| GB | | Massachusetts UCC search request for Brookfield International through 12/6/05 | | Authenticity |
| GC | | Seneca Sports Damages Calculation with Legal Charges Excluded From Balance (10/22/01 – 10/25/05) | NY Trial Exhibit 12-B | Lack of foundation; hearsay; authenticity |
| GD | GMAC_Landay00003 - GMAC_Landay00138 | Seneca Sports Client Statements 9/30/00 – 9/30/01 | 106 | Relevancy |

Respectfully submitted,
DAVID L. LANDAY,
By his attorney,

Respectfully submitted,
GMAC COMMERCIAL CREDIT, LLC
GMAC COMMERCIAL FINANCE, LLC,
By their attorneys,

/s/ Alan R. Hoffman
Alan R. Hoffman, BBO# 236860
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110
(617) 951-0800

/s/ John A. Houlihan
John A. Houlihan, BBO# 542038
Mark B. Dubnoff, BBO# 637212
Edwards, Angell, Palmer & Dodge, LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0100

Dated: February 24, 2006

234767_1