# SCHEDULE A

| Seneca Sports, Inc | | |
|---|---|---|
| Licenses | | |
| | | |
| License Name | Original Purchaser | Territory | Product |
| Mattel - Barbie | Brookfield International, Inc | USA and its territories | Wheeled Goods, Accessories, Winter Goods, Outdoor Games, Miscellaneous |
| Mattel Hot Wheels | Brookfield International, Inc | USA and its territories | Roller Skates, In-Line Skates, Accessories - Pads, Helmets, Skateboards |
| Disney Properties - Winnie the Pooh | Brookfield International, Inc | USA and its territories, and Canada | Roller Skates, In-Line Skates, Scooters, Skateboards, Pads, Accessories (bags), Helmets |
| Disney Properties - Mickey Standard Characters | Brookfield International, Inc | USA and its territories, and Canada | Roller Skates, In-Line Skates, Scooters, Skateboards, Pads, Accessories (bags), Helmets |
| Warner Brothers - Looney Tunes | Brookfield International, Inc | USA and its territories | Skateboards, Snowboards, Ice & Roller & In-Line Skates, Protective Accessories, Fingerboards, Scooterboards |
| Warner Brothers - Scooby Doo | Brookfield International, Inc | USA and its territories | Skateboards, Snowboards, Ice & Roller & In-Line Skates, Protective Accessories, Fingerboards, Scooterboards |
| | | | |
| Mattel Hot Wheels Slumber | Seneca Sports, Inc | USA and its territories, and Canada | Slumber Bags, Dome Tents, Structured Tents, Bean Bag Chair |
| Mattel - Barbie Aquatic | Seneca Sports, Inc | USA and its territories | 20" Beach Ball, 24" Beach Ball, Swim Rings, Inflatable Pools, Inflatable Chair Lounger, Other Inflatables |
| Fisher Price | Seneca Sports, Inc | USA and its territories, and Canada | Pwer Wheels, Non-Electric Accessories |
| Harley Davidson | Seneca Sports, Inc | USA and Canada | Skateboards, Snowboards, Accessories, Protective Gear |

**Seneca Sports Inc.**
**Patents**

| TITLE | Country | Ref # | Type | Filed | Serial # | Issued | Patent # | Status | SOURCE |
|---|---|---|---|---|---|---|---|---|---|
| REAR ENTRY IN-LINE SKATE | CANADA | 04288/054CA1 | CEQ | 11/9/1993 | 1005935 | 12/6/1994 | 75252 | ABANDONED | L02104 |
| PACKAGE FOR BALL, PUMP, AND CONES (AS AMENDED) | CANADA | 04288/004CA3 | CEQ | 05/15/1992 | 1505928 | | | ABANDONED | L02103 |
| SAFETY LAWN DART | CANADA | 04288/006CA1 | CEQ | 09/25/1992 | 2079149 | | | ABANDONED | L02103 |
| IN-LINE WHEELED SKATE AND TOE STOP | CANADA | 04288/067CAJ | DCA | 6/23/1994 | 2126593 | | | ABANDONED | L02104 |
| BALL TOSS AND CATCH TOY | CANADA | 04288/023CA1 | DCA | 4/13/1993 | 2132743 | | | ABANDONED | L02104 |
| WHEELED SKATE | CANADA | 04288/092CA1 | CEQ | 9/12/1996 | 2185388 | | | ABANDONED | L02105 |
| BALL TOSS AND CATCH TOY | CHINA | 04288/023CN1 | CEQ | 04/14/1993 | 93104333.6 | | | ABANDONED | L02104 |
| IN-LINE WHEELED SKATE AND TOE STOP | CHINA | 04288/067CN1 | CEQ | 7/7/1994 | 94108370.5 | | | ABANDONED | L02104 |
| IN-LINE WHEELED SKATE AND TOE STOP | FRANCE | 04288/067FR1 | DCA | 06/16/1994 | 94610034.4 | 3/25/1998 | 662330 | ABANDONED | L02105 |
| IN-LINE WHEELED SKATE AND TOE STOP | GERMANY | 04288/067DE1 | DCA | 6/16/1994 | 94610034.4 | 3/25/1996 | 69409219.3 | ABANDONED | L02104 |
| SAFETY LAWN DART | GERMANY | 04288/006DE1 | CEQ | 08/25/1992 | P4228224.1 | | | ABANDONED | L02103 |
| IN-LINE WHEELED SKATE BOOT TONGUE | IRELAND | 04288/097IE1 | CEQ | 4/12/1996 | D11/96 | 1/13/1997 | D11242 | ABANDONED | L02105 |
| PACKAGE FOR BALL, PUMP, AND CONES (AS AMENDED) | IRELAND | 04288/004IE1 | CEQ | 11/19/1990 | D146/91 | 10/21/1992 | D9415 | ABANDONED | L02103 |
| IN-LINE WHEELED SKATE CHASSIS | IRELAND | 04288/090IE 1 | CEQ | 04/12/1996 | D10/96 | 1/13/1997 | D1241 | ABANDONED | L02105 |
| WHEELED SKATE | IRELAND | 04288/092IE 1 | CEQ | 9/10/1996 | 960638 | | | ABANDONED | L02105 |
| BALL TOSS AND CATCH TOY | TAIWAN | 04288/023TW1 | CEQ | 01/09/1993 | 83208979 | 8/11/1995 | 103486 | ABANDONED | L02104 |
| IN-LINE WHEELED SKATE AND TOE STOP | TAIWAN | 04288/067TW1 | CEQ | 06/24/1994 | 84203385 | 3/7/1996 | 106701 | ABANDONED | L02105 |
| SAFETY LAWN DART | TAIWAN | 04288/006TW1 | CEQ | 10/15/1991 | 81206092 | 12/29/1992 | UM-75514 | ABANDONED | L02103 |
| DEFLATED BALL AND INFLATION PUMP PACKAGE | TAIWAN | 04288/020TWI | CEQ | 3/23/1992 | 81302005 | | | ABANDONED | L02104 |
| SAFETY LAWN DART | THAILAND | 04288/006TH1 | CEQ | 11/20/1991 | 14891 | | | ABANDONED | L02103 |
| DEFLATED BALL AND INFLATION PUMP PACKAGE | THAILAND | 04288/020TH1 | CEQ | 4/2/1992 | 15729 | | | ABANDONED | L02104 |
| IN-LINE WHEELED SKATE AND TOE STOP | UNITED KINGDOM | 04.288/067GB1 | DCA | 06/16/1994 | 94610034.4 | 3/25/1998 | 662330 | ABANDONED | L02105 |
| REAR ENTRY IN-LINE SKATE | UNITED KINGDOM | 04288/054GB1 | CEQ | 5/10/1993 | 2035096 | 4/21/1994 | 2035096 | ABANDONED | L02104 |
| IN-LINE WHEELED SKATE CHASSIS | UNITED KINGDOM | 04288/090GB 1 | CEQ | 11/09/1995 | 2055897 | 8/14/1996 | 2055897 | ABANDONED | L02105 |
| IN-LINE WHEELED SKATE BOOT TONGUE | UNITED KINGDOM | 04288/097GB1 | CEQ | 11/9/1995 | 2055898 | 8/14/1996 | 2055898 | ABANDONED | L02105 |
| SAFETY LAWN DART | UNITED KINGDOM | 04288/0066BI | CEQ | 09/28/1992 | 9220437.9 | 04/19/1995 | 2259967 | ABANDONED | L02103 |
| WHEELED SKATE | UNITED KINGDOM | 04288/092GB 1 | CEQ | 9/12/1996 | 9619095.4 | | | ABANDONED | L02105 |
| CATCHING GAME WITH REMOVABLE HITTING COVER | UNITED STATES | 04288/028001 | NEW | 3/16/1992 | 07/851,901 | 11/24/1992 | 5165684 | ABANDONED | L02104 |
| BALL TOSS AND CATCH TOY | UNITED STATES | 04288/023001 | NEW | 04/17/1992 | 07/870,687 | 12/29/1992 | 5174580 | ABANDONED | L02104 |
| TRAINING WHEEL FOR IN-LINE SKATES | UNITED STATES | 04288/011001 | NEW | 1/28/1992 | 07/827,421 | 2/2/1993 | 5183276 | ABANDONED | L02103 |
| WHEELED SKATES | UNITED STATES | 04288/037001 | NEW | 07/31/1992 | 07/922,805 | | | ABANDONED | L02104 |
| IN-LINE WHEELED SKATE WITH TOE STOP | UNITED STATES | 04288/083001 | CIP | 8/26/1995 | 08/494,939 | | | ABANDONED | L02105 |
| WHEELED SKATE | UNITED STATES | 04288/092001 | NEW | 7/3/1996 | 08/675,195 | | | ABANDONED | L02105 |
| WHEELED SKATE BOOT CLOSURE ASSEMBLY | UNITED STATES | 04288/118001 | NEW | 1/17/1997 | 08/783,926 | | | ABANDONED | L02106 |
| SKATEBRAKE | UNITED STATES | 04288/127001 | NEW | 3/3/1998 | 09/034,186 | | | ABANDONED | L02104 |
| DEFLATED BALL AND INFLATION PUMP PACKAGE | UNITED STATES | 04288/020001 | NEW | 7/20/1993 | 29/010,860 | | | ABANDONED | L02105 |
| SNOW SHOE WITH SELF-CENTERING BINDING | UNITED STATES | 04288/137001 | NEW | 1/30/1998 | 60/073,129 | | | ABANDONED | L02106 |
| N/A | UNITED STATES | 04288/070001 | NEW | N/A | | | | ABANDONED | L02105 |
| N/A | UNITED STATES | 04288/077001 | NEW | N/A | | | | ABANDONED | L02105 |
| N/A | UNITED STATES | 04288/084001 | NEW | N/A | | | | ABANDONED | L02105 |
| N/A | UNITED STATES | 04288/086001 | NEW | N/A | | | | ABANDONED | L02105 |
| N/A | UNITED STATES | 04288/087001 | NEW | N/A | | | | ABANDONED | L02105 |
| N/A | UNITED STATES | 04288/098001 | NEW | N/A | | | | ABANDONED | L02105 |
| N/A | UNITED STATES | 04288/099001 | NEW | N/A | | | | ABANDONED | L02105 |
| N/A | UNITED STATES | 04288/100001 | NEW | N/A | | | | ABANDONED | L02105 |
| N/A | UNITED STATES | 04288/117001 | NEW | N/A | | | | ABANDONED | L02104 |
| MULTI-TERRAIN IN-LINE SKATE CHASSIS | WIPO | 04288/056WO1 | CEQ | 7/12/1994 | US94/07818 | | | ALLOWED | L02106 |
| PROTECTIVE ATHLETIC PADS FOR JOINT SURFACES | UNITED STATES | 04288/167001 | NEW | 9/14/1999 | 09/395,818 | | | CLOSED | L02105 |
| N/A | UNITED STATES | 04288/074001 | NEW | | | | | CLOSED | L02106 |
| N/A | UNITED STATES | 04288/115001 | NEW | | | | | CLOSED | L02106 |
| N/A | UNITED STATES | 04288/124001 | NEW | | | | | CLOSED | L02106 |
| N/A | UNITED STATES | 04288/129001 | NEW | | | | | CLOSED | L02106 |
| N/A | UNITED STATES | 04288/132001 | NEW | | | | | CLOSED | L02106 |
| N/A | UNITED STATES | 04288/133001 | NEW | | | | | CLOSED | L02106 |
| N/A | UNITED STATES | 04288/135001 | NEW | | | | | CLOSED | L02106 |
| LASER SKATEBOARD DECORATION INVENTION | UNITED STATES | 04288/140001 | DCA | | | | | CLOSED | L02106 |
| COLLAPSABLE SAFETY CONE | UNITED STATES | 04288/163001 | NEW | | | | | CLOSED | L02105 |
| SLUMBER BAG | UNITED STATES | 04288/165001 | NEW | | | | | CLOSED | L02106 |
| SOFT SKATER'S CAP | UNITED STATES | 04288/166001 | NEW | | | | | CLOSED | L02106 |

Seneca Sports Inc.
Patents

| TITLE | Country | Ref # | Type | Filed | Serial # | Issued | Patent # | Status | SOURCE |
|---|---|---|---|---|---|---|---|---|---|
| KNEE PAD AND ELBOW PAD (DESIGN) | CHINA | 04288/019CN1 | CEQ | 02/26/1992 | 92300642.7 | 2/28/1993 | 92300642.7 | EXPIRED | L02103 |
| DEFLATED BALL AND INFLATION PUMP PACKAGE | CHINA | 04288/020CN1 | CEQ | 3/26/1992 | 92301065.3 | 7/24/1993 | 92301065.3 | EXPIRED | L02104 |
| SAFETY LAWN DART | FRANCE | 04288/006FR1 | CEQ | 09/21/1992 | 9211222 | 11/4/1994 | 9211222 | EXPIRED | L02103 |
| PACKAGE FOR BALL, PUMP, AND CONES (AS AMENDED) | GERMANY | 04288/004DE2 | CON | 04/13/1992 | M9203235.4 | 04/13/1992 | M9203235.4 | EXPIRED | L02103 |
| PACKAGE FOR BALL, PUMP, AND CONES (AS AMENDED) | GERMANY | 04288/004DE3 | CON | 04/28/1992 | M9203398.9 | 04/28/1992 | M9203398.9 | EXPIRED | L02103 |
| SAFETY LAWN DART | IRELAND | 04288/006iE1 | NEW | 09/25/1992 | 922688 | 02/07/1996 | 66756 | EXPIRED | L02103 |
| SAFETY LAWN DART | UNITED STATES | 04288/006001 | NEW | 9/27/1991 | 07/767,063 | 5/12/1992 | 5112062 | EXPIRED | L02103 |
| PACKAGE FOR BALL, PUMP, AND CONES (AS AMENDED) | BENELUX | 04288/004BX1 | CEQ | 05/16/1991 | 66562 | 1/21/1992 | 21683 | ISSUED | L02103 |
| KNEE PAD AND ELBOW PAD (DESIGN) | BENELUX | 04288/019BX2 | CON | 03/23/1992 | 67505-02 | | 22404-02 | ISSUED | L02103 |
| KNEE PAD AND ELBOW PAD (DESIGN) | BENELUX | 04288/019BX1 | CEQ | 3/23/1992 | 67505-01 | | 22404-01 | ISSUED | L02103 |
| KNEE PAD AND ELBOW PAD (DESIGN) | CANADA | 04288/019CA1 | CEQ | 02/28/1992 | 2802922 | 7/28/1992 | 71151 | ISSUED | L02103 |
| PACKAGE FOR BALL, PUMP, AND CONES (AS AMENDED) | CANADA | 04288/004CA2 | CON | 05/15/1992 | 1505927 | 01/28/1993 | 72147 | ISSUED | L02103 |
| PACKAGE FOR BALL, PUMP, AND CONES (AS AMENDED) | CANADA | 04288/090CA1 | CEQ | 05/08/1996 | 1996-1092 | 2/14/1997 | 79994 | ISSUED | L02105 |
| IN-LINE WHEELED SKATE AND TOE STOP | EUROPEAN PATENT CONVENT | 04288/067EP1 | CEQ | 06/16/1994 | 94610034.4 | 3/25/1998 | 662330 | ISSUED | L02103 |
| PACKAGE FOR BALL, PUMP, AND CONES (AS AMENDED) | FRANCE | 04288/004FR1 | CEQ | 05/17/1991 | 913066 | 05/17/1991 | 913066 | ISSUED | L02103 |
| KNEE PAD AND ELBOW PAD (DESIGN) | FRANCE | 04288/019FR1 | CEQ | 03/25/1992 | 921876 | 3/25/1992 | 921876 | ISSUED | L02103 |
| PACKAGE FOR BALL, PUMP, AND CONES (AS AMENDED) | FRANCE | 04288/004FR2 | CON | 04/13/1992 | 922355 | 04/13/1992 | 922355 | ISSUED | L02103 |
| PACKAGE FOR BALL, PUMP, AND CONES (AS AMENDED) | FRANCE | 04288/004FR3 | CON | 04/30/1992 | 922776 | 04/30/1992 | 922776 | ISSUED | L02103 |
| PACKAGE FOR BALL, PUMP, AND CONES (AS AMENDED) | GERMANY | 04288/004DE1 | CEQ | 05/21/1991 | M9103702.6 | 09/27/1991 | M9103702.6 | ISSUED | L02103 |
| KNEE PAD AND ELBOW PAD (DESIGN) | GERMANY | 04288/019DE1 | CEQ | 03/24/1992 | M9202522.6 | 8/17/1992 | M9202522.6 | ISSUED | L02103 |
| PACKAGE FOR BALL, PUMP, AND CONES (AS AMENDED) | IRELAND | 04288/004IE3 | CON | 11/18/1991 | D15/92 | 08/18/1993 | D9651 | ISSUED | L02103 |
| PACKAGE FOR BALL, PUMP, AND CONES (AS AMENDED) | IRELAND | 04288/004IE2 | CON | 11/18/1991 | D106/92 | 08/18/1993 | D9658 | ISSUED | L02103 |
| PACKAGE FOR BALL, PUMP, AND CONES (AS AMENDED) | ITALY | 04288/004IT1 | CEQ | 05/17/1991 | MI910000389 | 05/08/1995 | 62205 | ISSUED | L02103 |
| PACKAGE FOR BALL, PUMP, AND CONES (AS AMENDED) | SPAIN | 04288/004ES1 | CEQ | 05/17/1991 | 124939 | 02/07/1992 | 124939 | ISSUED | L02103 |
| KNEE PAD AND ELBOW PAD (DESIGN) | TAIWAN | 04288/019TW1 | CEQ | 3/7/1992 | 81301567 | 8/1/1992 | 33750 | ISSUED | L02104 |
| PACKAGE FOR BALL, PUMP, AND CONES (AS AMENDED) | UNITED KINGDOM | 04288/004GB1 | CEQ | 11/19/1990 | 2014781 | 11/19/1990 | 2014781 | ISSUED | L02103 |
| DEFLATED BALL AND INFLATION PUMP PACKAGE | UNITED KINGDOM | 04288/020GB1 | CEQ | 10/28/1991 | 2020773 | 7/6/1992 | 2020773 | ISSUED | L02104 |
| KNEE PAD AND ELBOW PAD (DESIGN) | UNITED KINGDOM | 04288/019GB1 | CEQ | 8/30/1991 | 2021363 | 10/14/1992 | 2021363 | ISSUED | L02104 |
| PACKAGE FOR BALL, PUMP, AND CONES (AS AMENDED) | UNITED KINGDOM | 04288/004GB2 | CON | 11/18/1991 | 2022545 | 11/17/1992 | 2022545 | ISSUED | L02103 |
| PACKAGE FOR BALL, PUMP, AND CONES (AS AMENDED) | UNITED KINGDOM | 04288/004GB3 | CEQ | 11/18/1991 | 2022936 | 10/12/1992 | 2022936 | ISSUED | L02103 |
| KNEE PAD AND ELBOW PAD (DESIGN) | UNITED KINGDOM | 04288/033GB1 | CEQ | 04/17/1992 | 2026497 | 1/5/1994 | 2026497 | ISSUED | L02104 |
| SKATE BOOT | UNITED STATES | 04288/056001 | NEW | 8/3/1993 | 08/102,476 | 5/2/1995 | 5411277 | ISSUED | L02104 |
| MULTI-TERRAIN IN-LINE SKATE CHASSIS | UNITED STATES | 04288/067001 | CIP | 04/06/1994 | 08/223,978 | 12/5/1995 | 5472218 | ISSUED | L02105 |
| IN-LINE WHEELED SKATE AND TOE STOP | UNITED STATES | 04288/078001 | NEW | 12/15/1994 | 08/356,903 | 7/16/1996 | 5536025 | ISSUED | L02105 |
| IN-LINE WHEELED SKATE | UNITED STATES | 04288/128001 | NEW | 6/11/1998 | 09/096,235 | 1/18/2000 | 6015156 | ISSUED | L02106 |
| SKATE WITH DETACHABLE BOOT | UNITED STATES | 04288/004001 | NEW | 11/19/1990 | 07/615,648 | 09/15/1992 | D329,377 | ISSUED | L02103 |
| PACKAGE FOR BALL, PUMP, AND CONES (AS AMENDED) | UNITED STATES | 04288/004003 | CIP | 11/18/1991 | 07/793,720 | 04/20/1993 | D334,886 | ISSUED | L02103 |
| PACKAGE FOR BALL, PUMP, AND CONES (AS AMENDED) | UNITED STATES | 04288/004002 | CON | 11/18/1991 | 07/793,717 | 09/07/1993 | D339,060 | ISSUED | L02103 |
| KNEE PAD AND ELBOW PAD (DESIGN) | UNITED STATES | 04288/019001 | NEW | 8/30/1991 | 07/753,627 | 11/2/1993 | D341,005 | ISSUED | L02104 |
| SKATE BOOT | UNITED STATES | 04288/033001 | NEW | 04/17/1992 | 07/870,712 | 11/30/1993 | D341,697 | ISSUED | L02104 |
| SKATE BOOT CHASSIS | UNITED STATES | 04288/034001 | NEW | 04/17/1992 | 07/870,699 | 1/25/1994 | D343,669 | ISSUED | L02104 |
| DEFLATED INFLATABLE FOOTBALL WITH VALVE AND INFLATION PUMP | UNITED STATES | 04288/035001 | NEW | 4/3/1992 | 07/863,701 | 2/8/1994 | D344,019 | ISSUED | L02104 |
| PACKAGE FOR BALLS AND PULP | UNITED STATES | 04288/036001 | NEW | 07/20/1993 | 29/010,868 | 09/20/1994 | D350,693 | ISSUED | L02104 |
| REAR ENTRY IN-LINE SKATE | UNITED STATES | 04288/054001 | DCA | 5/10/1993 | 29/008,185 | 12/13/1994 | D353,430 | ISSUED | L02104 |
| IN-LINE WHEELED SKATE CHASSIS | UNITED STATES | 04288/090001 | NEW | 11/09/1995 | 29/046,216 | 4/1/1997 | D378,691 | ISSUED | L02105 |
| IN-LINE WHEELED SKATE BOOT TONGUE | UNITED STATES | 04288/097001 | NEW | 11/9/1995 | 29/046,197 | 6/3/1997 | D379,557 | ISSUED | L02105 |
| TOE STOP FOR IN-LINE SKATE | UNITED STATES | 04288/066001 | CEQ | 1/10/1994 | 29/017,316 | 11/21/1995 | D364,437 | ISSUED | L02104 |
| BALL TOSS AND CATCH TOY | WIPO | 04288/023 WO 1 | CEQ | 04/13/1993 | US93/03495 | | | NAT PHASE | L02104 |
| INLINE WHEELED SKATE WITH ADJUSTABLE BOOT | WIPO | 04288/138 WO 1 | CEQ | 02/02/1999 | US99/02252 | | | NAT PHASE | L02106 |
| INLINE WHEELED SKATE BOOT TONGUE | CANADA | 04288/097CA1 | CEQ | 5/8/1996 | 1996-1091 | | | PENDING | L02105 |
| INLINE WHEELED SKATE WITH ADJUSTABLE BOOT | CANADA | 04288/138CA1 | R62 | 2/2/1999 | N/A | | | PENDING | L02106 |
| PROTECTIVE ATHLETIC PADS FOR JOINT SURFACES | CANADA | 04288/167CA1 | DCA | 8/24/2000 | N/A | | | PENDING | L02106 |
| PROTECTIVE ATHLETIC PADS FOR JOINT SURFACES | CHINA | 04288/167CN1 | NEW | 9/13/2000 | N/A | | | PENDING | L02106 |
| MULTI-TERRAIN IN-LINE SKATE CHASSIS | THAILAND | 04288/056TH1 | NEW | 8/1/1994 | 23312 | | | PENDING | L02105 |
| IN-LINE WHEELED SKATE AND TOE STOP | THAILAND | 04288/067TH1 | CEQ | 08/01/1994 | 23313 | | | PENDING | L02105 |
| INLINE WHEELED SKATE WITH ADJUSTABLE BOOT | THAILAND | 04288/138TH1 | CEQ | 02/26/1998 | 42481 | | | PENDING | L02106 |
| INLINE WHEELED SKATE WITH ADJUSTABLE BOOT | UNITED KINGDOM | 04288/138GB1 | DCA | 02/02/1999 | 18776.5 | | | PENDING | L02106 |
| INLINE WHEELED SKATE WITH ADJUSTABLE BOOT | UNITED STATES | 04288/138001 | NEW | 02/02/1998 | 09/017,420 | | | PENDING | L02106 |
| ADJUSTING THE SIZE OF A LINED SPORT BOOT | UNITED STATES | 04288/162001 | NEW | 2/4/1999 | 09/245,443 | | | PENDING | L02106 |

Seneca Sports Inc.
Patents

| TITLE | Country | Ref # | Type | Filed | Serial # | Issued | Patent # | Status | SOURCE |
|---|---|---|---|---|---|---|---|---|---|
| SKATE WITH IMPROVED CHASSIS SUSPENSION | UNITED STATES | 04288/126001 | NEW | 3/10/1999 | 09/265,644 | | | PENDING | L02106 |
| SKATE BOOT CHASSIS | UNITED KINGDOM | 04288/034GB 1 | CEQ | | | | | PROPOSED | L02104 |
| N/A | UNITED STATES | 04288/039001 | NEW | | | | | PROPOSED | L02104 |
| N/A | UNITED STATES | 04288/040001 | NEW | | | | | PROPOSED | L02104 |
| ADJUSTING THE SIZE OF A LINED SPORT BOOT | UNITED KINGDOM | 04288/162GB1 | CEQ | 2/1/2000 | 2338.2 | | | PUBLISHED | L02106 |

Seneca Sports, Inc
Trademarks

| Trademark Name | Mark ID | Countries |
|---|---|---|
| ADRENALINE | 228 | United States |
| ADRENALINE | 278 | United States |
| AIR FOAM | 229 | United States |
| ALPHA and Device | 209 | Germany |
| ALPHA and Device | 274 | United States |
| ALPHA and Device | 275 | United Kingdom |
| ALPHA and Device | 324 | Ireland |
| ALPHA and Device | 328 | Poland |
| AVENGER | 276 | United States |
| BEACH BUM | 290 | United States |
| COMFORT TOUCH | 212 | United States |
| EQUALIZER | 220 | United States |
| FORSTER | 231 | United States |
| FORSTER | 287 | United States |
| FORSTER | 299 | Taiwan |
| FUTURA | 184 | United States |
| GENESIS | 171 | China (PRC) |
| GENESIS | 172 | UK |
| GENESIS | 223 | Taiwan |
| GENESIS | 232 | Germany |
| GENESIS | 273 | US |
| HUTCH | 238 | Canada |
| HUTCH | 239 | US |
| HUTCH | 281 | Taiwan |
| HUTCH | 283 | China (PRC) |
| HUTCH | 293 | US |
| HUTCH | 294 | US |
| HUTCH and device | 240 | Canada |
| HUTCH and device | 241 | US |
| HUTCH and device | 243 | US |
| HUTCH and device | 282 | China (PRC) |
| HUTCH MAKES YOU FEEL LIKE A PRO and device | 244 | France |
| HUTCH MAKES YOU FEEL LIKE A PRO and device | 245 | Germany |
| HUTCH MAKES YOU FEEL LIKE A PRO and device | 246 | UK |
| HUTCH MAKES YOU FEEL LIKE A PRO and device | 247 | UK |
| HUTCH MAKES YOU FEEL LIKE A PRO and device | 249 | UK |

Page 1 of 5

Seneca Sports, Inc
Trademarks

| Trademark Name | Mark ID | Countries |
|---|---|---|
| I.T.S.C. | 185 | US |
| I.T.S.C. Integrated Toe Stop Chassis | 204 | UK |
| IDEAL | 250 | US |
| IDEAL | 286 | US |
| INFERNO | 206 | Germany |
| INFERNO | 207 | UK |
| INFERNO | 221 | US |
| INFERNO | 296 | Ireland |
| INFERNO | 297 | Poland |
| INTEGRATED TOE STOP CHASSIS | 186 | US |
| INTEGRATED TOE STOP CHASSIS | 187 | China (PRC) |
| INTEGRATED TOE STOP CHASSIS | 188 | Japan |
| JUNIOR JAM | 251 | US |
| MAKES YOU FEEL LIKE A PRO | 253 | US |
| MARAUDER | 205 | US |
| MAXIMUM INTENSITY | 279 | US |
| MONSTER JAM | 254 | US |
| RIM SHAKER | 259 | US |
| S DEVICE (Seneca) | 201 | Germany |
| S DEVICE (Seneca) | 202 | UK |
| S DEVICE (Seneca) | 203 | Ireland |
| S DEVICE (Seneca) | 226 | Turkey |
| SENECA | 313 | Thailand |
| SENECA | 322 | Pakistan |
| SENECA | 149 | US |
| SENECA | 160 | Austria |
| SENECA | 161 | Brazil |
| SENECA | 162 | Brazil |
| SENECA | 163 | Benelux |
| SENECA | 164 | Canada |
| SENECA | 165 | Switzerland |
| SENECA | 166 | Czech Republic |
| SENECA | 167 | France |
| SENECA | 168 | Italy |
| SENECA | 169 | New Zealand |
| SENECA | 170 | Poland |

| Seneca Sports, Inc | | |
|---|---|---|
| Trademarks | | |
| Trademark Name | Mark ID | Countries |
| SENECA | 195 | Spain |
| SENECA | 222 | Japan |
| SENECA | 224 | The Slovak Republic |
| SENECA | 236 | Mexico |
| SENECA | 292 | Romania |
| SENECA | 298 | Croatia |
| SENECA (stylized) | 150 | Chile |
| SENECA (stylized) | 151 | China (PRC) |
| SENECA (stylized) | 152 | Czech Republic |
| SENECA (stylized) | 153 | Germany |
| SENECA (stylized) | 154 | Spain |
| SENECA (stylized) | 156 | Hong Kong |
| SENECA (stylized) | 157 | Ireland |
| SENECA (stylized) | 158 | The Netherlands Antilles |
| SENECA (stylized) | 159 | Thailand |
| SENECA (stylized) | 218 | UK |
| SENECA (stylized) | 248 | China (PRC) |
| SENECA (stylized) | 302 | Malaysia |
| SENECA (stylized) | 314 | Singapore |
| SENECA and device | 136 | Australia |
| SENECA and device | 137 | Benelux |
| SENECA and device | 138 | China (PRC) |
| SENECA and device | 139 | Canada |
| SENECA and device | 140 | Germany |
| SENECA and device | 141 | France |
| SENECA and device | 142 | Hong Kong |
| SENECA and device | 143 | Indonesia |
| SENECA and device | 144 | Italy |
| SENECA and device | 225 | Turkey |
| SENECA and device | 262 | Japan |
| SENECA and device | 264 | Philippines |
| SENECA and device | 317 | South Korea |
| SENECA and device | 266 | Thailand |
| SENECA JUEGO DEL SABER | 197 | Spain |
| SENECA JUEGO DEL SABER with device | 196 | Spain |
| SENECA SPORTS and device | 323 | European Union |

Seneca Sports, Inc
Trademarks

| Trademark Name | Mark ID | Countries |
|---|---|---|
| SENECA SPORTS and device | 198 | Germany |
| SENECA SPORTS and device | 199 | UK |
| SENECA SPORTS and device | 200 | Ireland |
| SENECA SPORTS and device | 288 | US |
| STICKY MITTS | 133 | US |
| STREET BEAT | 219 | US |
| STREET CRUISERS | 173 | US |
| STREET CRUISERS | 174 | Benelux |
| STREET CRUISERS | 175 | Canada |
| STREET CRUISERS | 176 | China (PRC) |
| STREET CRUISERS | 177 | Germany |
| STREET CRUISERS | 178 | Denmark |
| STREET CRUISERS | 179 | France |
| STREET CRUISERS | 180 | UK |
| STREET CRUISERS | 181 | Ireland |
| STREET CRUISERS | 182 | Mexico |
| STREET CRUISERS | 183 | Taiwan |
| STREET FORCE | 189 | US |
| STREET FORCE | 190 | Canada |
| STREET FORCE | 191 | China (PRC) |
| STREET FORCE | 192 | UK |
| STREET FORCE | 193 | Mexico |
| STREET FORCE | 194 | Taiwan |
| STREET GLIDERS | 217 | US |
| STREET STYLE | 145 | US |
| STREET STYLE | 146 | Germany |
| STREET STYLE | 147 | UK |
| STREET STYLE | 148 | Ireland |
| STREET TALK | 269 | US |
| STREETLITES | 127 | US |
| STREETLITES | 128 | Canada |
| STREETLITES | 129 | Germany |
| STREETLITES | 130 | France |
| STREETLITES | 131 | UK |
| STRIKE FORCE | 270 | US |
| TALON | | US |

Seneca Sports, Inc
Trademarks

| Trademark Name | Mark ID | Countries |
|---|---|---|
| TALONS | 312 | China (PRC) |
| TALONS | 242 | Canada |
| THE HAMMER | 132 | US |
| TRITON | 237 | US |
| WAHOO | 210 | Mexico |
| WAHOO | 211 | Mexico |
| WAHOO | 213 | UK |
| WAHOO | 214 | Canada |
| WOODSIES | 271 | US |
| ZERO | 208 | Germany |
| ZERO | 325 | Poland |

| Seneca Sports, Inc | | | | |
|---|---|---|---|---|
| Intellectual Property | | | | |
| Brookfield Asset Purchase | | | | |
| Reg No./App. No. | Country | Name | Filed | Registered |
| Patents | | | | |
| 2362407 | Canada | Adjustable In-Line Skate Mechanism | | |
| PCT/US00/03610 | International | Adjustable In-Line Skate Mechanism - Santarsiero based on 60/119/860 dated 2/12/99 | | 02/13/03 |
| 2000-598243 | Japan | Adjustable In-Line Skate Mechanism | | |
| 395478 | US | Skate Boot Toe Vent - Santarsiero | | 06/23/98 |
| 2151672 | US | Miscellaneous Design (Chuck Logo) | 01/31/96 | 04/21/98 |
| 5400484 | US | Adjustable Roller Skate - H. Gay | | 03/28/95 |
| 5522609 | US | Adjustable Skate Brake - H. Gay | | 06/04/96 |
| 5845913 | US | Skate with Animated Figures or Features - Santarsiero | | 12/08/98 |
| 5954348 | US | Roller Skate Wheel Control Mechanism - Santarsiero et al | | 09/21/99 |
| 6128794 | US | Combined Sleeping Bag & Activity Surface | | |
| 6158068 | US | Combined Sleeping Bag & Activity Surface | | |
| 09/890,750 | US | Adjustable In-Line Skate Mechanism - Santarsiero | | |
| 60/119,860 | US | Child's In-Line Skate (Design) H. Gay et al | | |
| D353,429 | US | Roller Skate (Design) Santarsiero et al | | 12/13/94 |
| D373,609 | US | In-Line Skate - Santarsiero | | 09/10/96 |
| D394,890 | US | | | 06/02/98 |
| | | | | |
| Trademarks | | | | |
| 1960188 | Argentina | Brookfield | 02/07/95 | |
| 156058 | Austria | Brookfield | 10/14/94 | 12/29/94 |
| 559791 | Benelux | Brookfield | 10/17/94 | 10/17/94 |
| 447112 | Chile | Brookfield | | 06/23/95 |
| 174597 | Colombia | Brookfield | 10/31/94 | 03/15/95 |
| VR8604 | Denmark | Brookfield | | 12/09/94 |
| 94/540,559 | France | Brookfield | 10/17/94 | 10/17/94 |
| 2912066 | Germany | Brookfield | 10/11/94 | 10/11/94 |
| 39712416 | Germany | Zero | | |
| B1,587,586 | Great Britain | Brookfield | 10/10/94 | 04/25/94 |
| UK002126005 | Great Britain | Zero | | |
| 164202 | Ireland | Brookfield | 10/17/94 | 04/25/94 |
| 00/700,089 | Italy | Brookfield | 10/24/94 | 12/30/96 |
| 486478 | Mexico | Brookfield | 12/16/94 | 12/16/94 |
| 171328 | Norway | Brookfield | 10/07/94 | 02/28/96 |
| 74749 | Panama | Brookfield | | 03/10/95 |
| Unknown | Poland | Zero | | |
| 424047 | Switzerland | Brookfield | 10/20/94 | 10/20/94 |
| 359705 | US | PF Flyers | | |
| 1842444 | US | Easy Rollers | 02/02/93 | 06/28/94 |
| 1915174 | US | Brookfield | 04/25/94 | 08/29/95 |
| 2067917 | US | Cool Flo System | 10/27/95 | 06/03/97 |
| 2184303 | US | Genesis | | |
| 2207501 | US | Zero | | |
| 15088/94 | Venezuela | Brookfield | 11/11/94 | |

Page 1 of 1