UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-CV-11955-WGY

| | |
|---|---|
| DAVID L. LANDAY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GMAC COMMERCIAL CREDIT, LLC and )<br>GMAC COMMERCIAL FINANCE, LLC, )<br>)<br>Defendants. )<br>_____) | **LANDAY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF THE DEFENSE OF MITIGATION** |

Now comes the Plaintiff and moves this Honorable Court to exclude any evidence which Defendants may seek to offer regarding the defense of "mitigation of damages" for the following reasons:

1. Defendants did not assert the defense of mitigation of damages in their Answer to the First Amended Complaint;

2. Mitigation of damages is an affirmative defense which must be pleaded to be preserved for trial under Fed. R. Civ. P. 8(c) and the laws of both New York and Massachusetts;

3. Defendants asserted the defense of mitigation for the first time in the Joint Pre-Trial Memorandum;

4. Their failure to assert it in their Answer or, in any event, at any time prior to February 24, 2006 constitutes a waiver of the defense; and

5. Landay will be prejudiced by the late assertion of this defense.

In support of the Motion, the Court is respectfully directed to Section 3 of Landay's Trial Memorandum of Law in Response to GMAC's Contentions Contained In Joint Pre-Trial Memorandum.

Respectfully submitted,  
DAVID L. LANDAY,  
By his attorney,

/s/ Alan R. Hoffman  
Alan R. Hoffman, BBO# 236860  
Lynch, Brewer, Hoffman & Fink, LLP  
101 Federal Street, 22nd Floor  
Boston, MA 02110  
(617) 951-0800  
arhoffman@lynchbrewer.com

Dated: March 7, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 7th day of March, 2006.

/s/ Alan R. Hoffman  
Alan R. Hoffman

2

## LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned hereby certifies, pursuant to Local Rule 7.1(a)(2), that he has conferred with counsel for the Defendants in a good faith attempt to resolve or narrow the issues in dispute, and that theses efforts were not successful.

/s/ Alan R. Hoffman
Alan R. Hoffman

236212_1