# EXHIBIT 1

# Chronology relevant to GMAC's argument that Landay's valuation of Intellectual Property ("IP") has "ambushed" GMAC

**2001**

| | |
|---|---|
| October | GMAC confiscates all business records of Seneca, including all documents relating to patents and trademarks |

**2005**

| | |
|---|---|
| June 9 | Landay document requests served on GMAC |
| June 17 | Landay interrogatories served on GMAC by hand |
| July 29 | GMAC serves written response to document requests (no production yet) Overwhelming number of objections negotiated away over time |
| August 1 | Lowey (Landay's expert) begins his analysis even though GMAC has not responded to interrogatories or produced documents in the Boston action (Thereafter GMAC produces the very same documents it had produced in N.Y. Over the period of the next two months, additional GMAC documents trickle in as a result of negotiations between the attorneys). |
| Aug. 10 | GMAC belatedly answers Landay's interrogatories in which it reveals it has "found" the Seneca records it has kept away from Landay for four years. |
| Aug. 18 - 19 | Pappalardo deposed. Impossible for Lowey to understand GMAC records without this testimony |
| August 23 | Landay is first given access to Seneca's records after 4 years. He tags records for copying. |
| Sept. 6 | Landay's answers to interrogatories due. GMAC delivers the copied Seneca documents to Hoffman, Esq. in Boston just as Landay (in Florida) is reviewing and finalizing his answers to interrogatories. |
| Sept. 6 | Landay files motion to compel further answers to his interrogatories |
| Sept. 12 | Landay, in Boston, looks at more of the Seneca records in the custody of GMAC's Boston counsel. |

| | |
|---|---|
| Sept. 21 | Landay's motion to compel interrogatory answers granted in part (supplemental answers due Oct. 21) |
| Sept 28 | Landay identifies and requests documents missing from GMAC production |
| Sept. 29 | Landay identifies and requests additional missing documents |
| Oct 4 | Landay identifies and requests more missing documents required to be produced if GMAC wishes to avoid motion to compel |
| Oct. 10 | Lowey Report due and served. Due to slow discovery responses by GMAC, Lowey has had no time to make a full study of the IP. However, he says that the recent purchase price of $1.6 million for only part of the IP shows that the total value exceeds that number. |
| Oct. 18 | Landay deposed in Boston action. |
| Oct. 20 | Lowey deposed in Boston action |
| Oct. 27-28 | N.Y. hearing begins. |
| Oct. 28 | GMAC's expert report due in Boston action. |
| Nov. 1 | N.Y. hearing: Landay testifies as to IP value and is cross-examined with the Boston deposition transcript. This should be deemed to supplement Landay's answer to interrogatory 11 and his October 18 deposition testimony. |
| Nov. 4 | N.Y. hearing: Lowey and Landay testify. Boston action transcripts used on cross-examination of both Landay and Lowey. Landay's IP testimony should be deemed to supplement his Boston interrogatory answers and his Boston deposition. |
| Nov. 11 | Close of Boston discovery |
| Nov. 23 | GMAC's Motion to Strike Plaintiff's Supplemental Expert Report |
| Nov. 23 | GMAC's Summary Judgment Motion |
| Nov. 23 | GMAC's Motion in Limine re N.Y. discovery disputes |
| Nov. 23 | Landay's Partial Summary Judgment Motion |

| | |
|---|---|
| Dec. 7 | Landay's Opposition to Expert Motion and Motion in Limine |
| Dec. 13 | Decisions on Expert Report Motion and Motion in Limine re N.Y. discovery |
| Dec. 13 | GMAC's Motion in Limine to exclude Lowey testimony |
| Dec. 14 | Landay's Opposition to Summary Judgment Motion |
| Dec. 14 | GMAC's Opposition to Landay's Partial Summary Judgment |
| Dec. 17 | Landay's Opposition to Motion In Limine Re: Lowey |
| Dec. 23 | GMAC's Motion to Strike Portions of Landay's Dec. 13 Affidavit |

**2006**

| | |
|---|---|
| Jan 6 | Landay's Memorandum (including Jan. 5 Landay affidavit) in Opposition to Motion to Strike Portions of 12/13/05 affidavit |
| Jan. 6 | Landay's Supplemental Answers |
| Jan. 9 | GMAC's Motion to Strike Portions of Landay's Affidavit is denied |
| Jan. 12 | GMAC's Motion to Strike Plaintiff's Supplemental Answers to Interrogatories |
| Jan. 18 | GMAC's Motion to Strike Plaintiff's Supplemental Answers to Interrogatories is denied |

236303_1