# EXHIBIT 2



EXHIBIT DP

## SCHEDULE B

### SPECIAL POWER OF ATTORNEY

STATE OF NEW YORK     )
                                           ss.:
COUNTY OF NEW YORK )

    KNOW ALL MEN BY THESE PRESENTS, that SENECA SPORTS, INC., a corporation formed under the laws of Delaware, with its principal office at 75 Fortune Boulevard, Granite Park, Milford, MA 01757 (hereafter called "Company"), pursuant to a Trademark Security Agreement, dated on or about the date hereof (the "Security Agreement"), hereby appoints and constitutes GMAC COMMERCIAL CREDIT LLC, a New York limited liability company, with offices at 1290 Avenue of the Americas, New York, New York 10104 (hereafter called the "Lender"), its true and lawful attorney, with full power of substitution, and with full power and authority to perform the following acts on behalf of Company:

    1.    Assigning, selling or otherwise disposing of all right, title and interest of Company in and to the Trademarks listed on <u>Schedule A</u> of the Security Agreement, and including those trademarks which are added to the same subsequent hereto, and all registrations and recordings thereof, and all pending applications therefor, and for the purpose of the recording, registering and filing of, or accomplishing any other formality with respect to the foregoing, and to execute and deliver any and all agreements, documents, instruments of assignment or other papers necessary or advisable to effect such purpose;

    2.    To execute any and all documents, statements, certificates or other papers necessary or advisable in order to obtain the purposes described above as Lender may in its sole discretion determine.

    This power of attorney is made pursuant to the Trademark Security Agreement, dated on or about the date hereof, between Company and Lender and may not be revoked until the final payment in full of all Obligations as defined in such Trademark Security Agreement.

SENECA SPORTS, INC.

By: _Frederick R. Grace_ (signature)
Title: _V.P. Sales + Marketing_

S300/1

11

TrdmkSecAgr

STATE OF NEW YORK     )
                                       ss.:
COUNTY OF NEW YORK  )

On this _2_ day of ___MAY___, 2001, before me personally came _Diederich R Greek_, to me known, who, being by me duly sworn, did depose and say that (s)he is the _VP Sales/Mkt_ of SENECA SPORTS, INC., the corporation described in and which executed the foregoing instrument; and that (s)he signed his (her) name thereto by order of the Board of Directors of said corporation.

_Valerie D Rohrwasser_
Notary Public

S300/1

12

TrdmkSecAgr

GLAN 00914