UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-CV-11955-WGY

| | |
|---|---|
| DAVID L. LANDAY,              )<br>                                               )<br>         Plaintiff,                 )<br>                                               )<br>v.                                          )<br>                                               )<br>GMAC COMMERCIAL CREDIT, LLC and    )<br>GMAC COMMERCIAL FINANCE, LLC,          )<br>                                               )<br>         Defendants.              )<br>                                               ) | **PLAINTIFF, LANDAY'S OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO DISMISSED PORTIONS OF CHAPTER 93A CLAIM** |

Plaintiff David L. Landay ("Landay") submits this Opposition to Defendants' Motion in Limine to Exclude Evidence Relating to Dismissed Portions of Chapter 93A Claim. In support of his opposition, Landay relies on the "Joint Pre-Trial Memorandum", more specifically Plaintiff's Issues of Law, Numbers 5, 6 and 7.

                                                                Respectfully submitted,
                                                                DAVID L. LANDAY,
                                                                By his attorney,


                                                                /s/ Alan R. Hoffman
                                                                Alan R. Hoffman, BBO# 236860
                                                                Lynch, Brewer, Hoffman & Fink, LLP
                                                                101 Federal Street, 22nd Floor
                                                                Boston, MA 02110
                                                                (617) 951-0800
                                                                arhoffman@lynchbrewer.com

Dated: March 21, 2006

237144_1