UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-CV-11955-WGY

| | |
|---|---|
| DAVID L. LANDAY, )<br> )<br> Plaintiff, )<br> )<br>v. )<br> )<br>GMAC COMMERCIAL CREDIT, LLC and )<br>GMAC COMMERCIAL FINANCE, LLC, )<br> )<br> Defendants. )<br>_____ ) | **PLAINTIFF, LANDAY'S OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO ALLEGED ORAL MODIFICATIONS OF THE FACTORING AGREEMENT** |

Plaintiff David L. Landay ("Landay") submits this Opposition to Defendants' Motion in Limine to Exclude Evidence Relating to Alleged Oral Modifications of the Factoring Agreement. In support of his opposition, Landay relies on "Landay's Trial Memorandum of Law in Response to GMAC's Contentions Contained in Joint Pre-Trial Memorandum", more specifically, Section 1, The Oral Modification Argument is Inapplicable To The Facts Of This Case.

 Respectfully submitted,
 DAVID L. LANDAY,
 By his attorney,


 /s/ Alan R. Hoffman
 Alan R. Hoffman, BBO# 236860
 Lynch, Brewer, Hoffman & Fink, LLP
 101 Federal Street, 22nd Floor
 Boston, MA 02110
 (617) 951-0800
 arhoffman@lynchbrewer.com

Dated: March 21, 2006

237166_1