UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-CV-11955-WGY

| | |
|---|---|
| DAVID L. LANDAY,          )<br>                                          )<br>      Plaintiff,               )<br>                                          )<br>v.                                      )<br>                                          )<br>GMAC COMMERCIAL CREDIT, LLC and  )<br>GMAC COMMERCIAL FINANCE, LLC,    )<br>                                          )<br>      Defendants.          )<br>_____)  | **PLAINTIFF, LANDAY'S OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO PRECLUDE PLAINTIFF FROM OPINING AS TO THE VALUE OF INTELLECTUAL PROPERTY** |

Plaintiff David L. Landay ("Landay") submits this Opposition to Defendants' Motion in Limine to Preclude Plaintiff from Opining as to the Value of Intellectual Property. In support of his opposition, Landay relies on "Landay's Trial Memorandum of Law in Response to GMAC's Contentions Contained in Joint Pre-Trial Memorandum", more specifically, Section 5, The Value of the Borrowers Intellectual Property is Relevant; Section 6, Landay May Offer Lay Opinion Testimony Pursuant to Fed. R. Evid. 701; and Section 7, Landay's Testimony Should Be Admitted Since He Did Not "Ambush" GMAC With His Opinion of Value; and Section 8, The Borrowers Could Not Sell the Intellectual Property; as well as Plaintiff Issue of Law, Number 4, in the "Joint Pre-Trial Memorandum."

Respectfully submitted,
DAVID L. LANDAY,
By his attorney,

/s/ Alan R. Hoffman
Alan R. Hoffman, BBO# 236860
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110
(617) 951-0800
arhoffman@lynchbrewer.com

Dated:  March 21, 2006
237157_1