UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| David L. Landay<br><br>Plaintiff<br><br>v.<br><br>GMAC Commercial Credit LLC et al<br>Defendant | Civil Action<br>No:04cv11955-WGY |

# SETTLEMENT ORDER OF DISMISSAL

YOUNG, D.J.

    The Court having been advised on  that the above-entitled action has been settled:
    IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Matthew A. Paine
_____
**Deputy Clerk**

April 12, 2006

To: All Counsel