AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

_____ DISTRICT OF _____

Landay    v.    GMAC Financial

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: CA 04-11955-W6Y

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Young | Hoffman | Hochberg   Dubnoff |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 3/8/66 | | 1-76 | agreed to exhibits - |
| | | | GE | | Seneca Key balance sheet account |
| | | | EE GF | | ltr - 9/16/00 to Lau from Landes |
| | | | GG | | 11/2/01 email |
| | | | GH | | |
| | | | | | David Landay |
| | | | B | 77 | Security agreement 2/28/91 |
| | | | I | 78 | Seneca balance sheet 2/28/01 |
| | | | A | | UCC record of filing |
| | | | D | 79 | Ltr from GMAC 9/19/00 |
| | | | E | 80 | 9/19/00 Amended & Restated Asset Purchase Agr. |
| | | | F | 81 | Seneca Trademark & Patent Lists |
| | | | J | 82 | fax from Fitzgerald to Landay 4/12/01 |
| | | | N | 83 | 9/11/00 ltr from Landay to Fitzgerald |
| | | | O | 84 | email from Fitzgerald in reply to EJ |
| | | | V | | |
| | | | W | | |
| | | | DM | F5 | Corrected Notice from US Patent Office |
| | | | DD | F6 | Trademark assignment of Security |
| | | | DC | F6 | Trademark assignment of Security |
| | | | DP | F7 | Schedule B |
| | | | DR | F8 | Trademark Security Agreements |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87) ⊕                    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | CASE NO. |
|---|---|---|---|---|---|
| *Landay* | | | VS. | *GMAC* | *CA 04-11955-W6Y* |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 3/8/06 | DN | 89 | Recordation form Cover sheet |
| | | | AF | 90 | email from Landay to Fitzgerald & Frenzer |
| | | | AN | | email from Landay to Frenzer 7/31/01 |
| | | 3/9/06 | | | Neil Finklestein |
| | | | FF | 91 | Personal Financial Statement of Landay |
| | | | F6 | 92 | " " " " 2/9/01 |
| | | | | | David Landay |
| | | | EJ | 93 | fax 9/18/00 |
| | | | En | 94 | Mrs AnnPowell to GMAC 9/13/00 |
| | | | EN | 95 | Landlord Mortgagee waiver 9-19-00 |
| | | | EO | 96 | Landlord Mortgagee Waiver 9-18-00 |
| | | | EQ | 97 | Ltr 5/7/01 from Finklestein to Kallaway |
| | | | BM | | ltr to GMAC from Landay 10/4/01 |
| | | | BN | | ltr from Seneca to GMAC 10/4/01 |
| | | | BQ | 98 | ltr from GMAC to Landay re default 10/11/01 |
| | | | BU | 99 | ltr from Stehl to Madoff 10/22/01 |
| | | | BV | 100 | ltr from GMAC 10/24/01 |
| | | | BW | 101 | ltr from Madoff to Stehl 10/25/01 |
| | | | BX | 102 | email from Madoff to Stehl 12/11/01 |
| | | | BY | | ltr from Rosenberg to Fradd 8/5/02 |
| | | | CZ | | Hutch Journal |
| | | | DI | | Stock status rpt Seneca 7/14/00 |
| | | | DG | 103 | open orders detail 10/22/01 |
| | | | DE | 104 | Stock Status rpt Seneca 10/22/01 |
| | | | H | | attorney letters re ip (various dates) |
| | | | | | |

## XI.   Proposed Exhibits

### Agreed Exhibits

| Exhibit No. | Bates No. | Description | Deposition Ex. No. |
|---|---|---|---|
| 1. | LAN 0263 - LAN 0272 | 7/31/00 Approval letter to Landay from GMAC with attached Term Sheet | 59 |
| 2. | GLAN 00603 - GLAN 00616 | Factoring Agreement (9/19/00) | 63 |
| 3. | GLAN 00647 - GLAN 00648 | Guaranty (9/19/00) | 64 |
| 4. | GLAN 00641 - GLAN 00642 | Subordination Agreement (9/19/00) | 65 |
| 5. | LAN 0409 - LAN 0410 | Promissory Note (9/19/00) | 66 |
| 6. | GLAN 00663 – GLAN 0665 | Standby Letter of Credit (9/19/00) | |
| 7. | GLAN 00630 - GLAN 00633 | Letter of Credit Financing Supplement (9/19/00) | 67 |
| 8. | | Uniform Commercial Code Financing Statement – Seneca Sports (9/26/00) | |
| 9. | | Uniform Commercial Code Financing Statement – Brookfield International, Inc. (9/26/00) | M (NY case) |
| 10. | GLAN 00656 – GLAN 0661 | Standby Letter of Credit for (various dates) $250,000 | |
| 11. | L00949 | E-mail from Paul Fitzgerald to David Landay regarding memo he sent to Jane Frangos (5/29/01) | |
| 12. | LAN0065 – LAN0067 | Landay's Chronology (6/17/01) | |
| 13. | GLAN 00342 - GLAN 00348 | Memo from Fitzgerald to Loan Committee attaching meeting minutes (6/27/01) | 18 |
| 14. | LAN 0148 - LAN 0153 | Email from Neal Finklestein to Jane Frangos regarding collateral reconciliation and inventory listings (Undated) | 92 |
| 15. | RAS 00445 - RAS 00446 | 5/9/01 Memo from Paul Fitzgerald to Loan Committee regarding Seneca Sports | 20 |
| 16. | LAN 0031 - LAN 0042 | Forbearance Agreement (8/9/01) | 71 |
| 17. | LAN 0027 – LAN 0028 | Ratification and Amendment of Guaranty (8/9/01) | 74 |
| 18. | LAN 0029 – LAN 0030 | Cash Deposit (8/9/01) | 75 |
| 19. | LAN 0162 – LAN 0163 | Letter from GMAC Commercial Credit LLC to David Landay regarding notification of defaults (9/24/01) | 89 |
| 20. | L 02588 | Letter from GMAC Commercial Credit LLC to the Borrowers regarding outstanding obligations (9/25/01) | 90 |
| 21. | RAS 01507 – RAS 01565 | Seneca Sports Accounts Receivable Aging Report, run date Oct. 23, 2001. | 53 |

| Exhibit No. | Bates No. | Description | Deposition Ex. No. |
|---|---|---|---|
| 22. | GLAN 01516 - GLAN 01556 | Seneca Sports Client Statements 10/31/01 – 9/30/02 | 4 |
| 23. | LAN 0167 - LAN 0168 | Seneca's Export Status report for 10/22/01 (dated 10/22/01) | 6 |
| 24. | LAN 0172 - LAN 0173 | Seneca's Export Status report for 10/22/01 (dated 10/29/01) | 7 |
| 25. | LAN 0169 - LAN 0171 | GMAC memo to David Landay attaching Factor Status report for 12/13/01 | 8 |
| 26. | GLAN 02156 - GLAN 02165 GLAN 02170 - GLAN 02173 | GMAC – Seneca Sports – schedule of client charges and charge backs – various run dates | 51 |
| 27. | GLAN 01963 - GLAN 01964 GLAN 01986 - GLAN 01992 | Notices of Miscellaneous Credit or Debit Advice for various dates | 51 |
| 28. | GLAN 02427 - GLAN 02454 | 10/31/02 - 12/31/03 Monthly client reports for Seneca Sports GMAC – Reconciliation of Sales Current VS A/R Sales Summary | 58 |
| 29. | NONE | Spreadsheet - Landay's Lending Activity with GMAC through 12/03 (Combined Activity) | 102 |
| 30. | NONE | GMAC Notice of Customer Deductions dated 10/17/01 - 10/18/01; GMAC Notice of Miscellaneous Debit or Credit dated 10/18/01 | 109 |
| 31. | NONE | Seneca Sports, Inc.'s Pro Forma Balance Sheets | 110 |
| 32. | LAN 0290 - LAN 0297 | 10/5/01 letter from Platinum Funding Corp. to David Landay regarding import funding and accounts receivable factoring services | 93 |
| 33. | GLAN 00184 - GLAN 00195 | Seneca Sports, Inc. inventory appraisal report dated May 2000 | 117 |
| 34. | GMAC_LANDAY 05121 - GMAC_LANDAY 05223 | GMAC Client Procedural Manual | 120 |
| 35. | GLAN 01987 - GLAN 01992 | Notices of Customer Deductions dated 6/25/02 regarding Toys R Us | 121 |
| 36. | RAS 00090 - RAS 00114 | 6/30/01 Liquidation Analysis | 121, 26 |
| 37. | RAS 00115 - RAS 00128 | 7/20/01 Rijo Report | 122, 27 |
| 38. | RAS 00129 - RAS 00130 | 8/17/01 Rijo Report | 123 |
| 39. | RAS 00131 - RAS 00143 | 8/27/01 Rijo Report for week ending 8/17/01 | 124, 81 |
| 40. | RAS 00144 - RAS 00155 | 8/27/01 Rijo Report for week ending 8/24/01 | 125, 82 |
| 41. | RAS 00156 - RAS 00169 | 8/27/01 Rijo Report for week ending 8/31/01 | 126, 83 |
| 42. | RAS 00170 - RAS 00183 | 9/14/01 Rijo Report for week ending | 127, 84 |

| Exhibit No. | Bates No. | Description | Deposition Ex. No. |
|---|---|---|---|
| | | 9/7/01 | |
| 43. | RAS 00184 - RAS 00201 | 9/21/01 Rijo Report for week ending 9/14/01 | 128, 85 |
| 44. | RAS 00202 - RAS 00219 | 9/28/01 Rijo Report for week ending 9/21/01 | 129 |
| 45. | RAS 00220 - RAS 00233 | 10/5/01 Rijo Report for week ending 9/28/01 | 130 |
| 46. | RAS 00234 - RAS 00255 | 10/5/01 Liquidation Analysis | 131 |
| 47. | RAS 00256 - RAS 00265 | 10/12/01 Rijo Report for week ending 10/5/01 | 132 |
| 48. | RAS 00266 - RAS 00279 | 10/19/01 Rijo Report | 133, 28 |
| 49. | RAS 00801 | 10/22/01 Rijo Report | 134, 29 |
| 50. | GLAN 00090 - GLAN 00091 | 10/23/01 Rijo Report (Seneca Update) | 135, 30 |
| 51. | GLAN 00087 - GLAN 00089 | 10/24/01 Rijo Report (Seneca Update) | 136, 31 |
| 52. | GLAN 00810 - GLAN 00813 | 10/25/01 Rijo Report (Seneca Update) | 138 |
| 53. | GLAN 00084 - GLAN 00086 | 10/25/01 Rijo Report (Seneca Update) | 137, 32 |
| 54. | GLAN 00082 - GLAN 00083 | 10/29/01 Rijo Report (Seneca Update) | 139, 33 |
| 55. | GLAN 00079 - GLAN 00081 | 10/30/01 Rijo Report (Seneca Update) | 140, 35 |
| 56. | GLAN 00077 - GLAN 00078 | 10/30/01 Rijo Report (Seneca Update) | 141, 34 |
| 57. | RAS 00818 - RAS 00824 | 10/31/01 Rijo Report (Seneca Update) | 142 |
| 58. | RAS 00825 - RAS 00831 | 11/1/01 Rijo Report (Seneca Update) | 143 |
| 59. | GLAN 00071 - GLAN 00073 | 11/2/01 Rijo Report (Seneca Update) | 144, 37 |
| 60. | RAS 00835 - RAS 00842 | 11/4/01 Rijo Report (Seneca Update) | 145 |
| 61. | RAS 00843 - RAS 00848 | 11/6/01 Rijo Report (Seneca Update) | 146 |
| 62. | GLAN 00060 - GLAN 00062 | 11/7/01 Rijo Report (Seneca Update) | 147, 40 |
| 63. | RAS 00852 - RAS 00858 | 11/8/01 Rijo Report (Seneca Update) | 148 |
| 64. | GLAN 00052 - GLAN 00055 | 11/9/01 Rijo Report (Seneca Update) | 149, 42 |
| 65. | GLAN 00049 - GLAN 00051 | 11/15/01 Rijo Report (Seneca Update) | 150, 43 |
| 66. | GLAN 00045 - GLAN 00048 | 11/19/01 Rijo Report (Seneca Update) | 151, 44 |
| 67. | GLAN 00041 - GLAN 00044 | 11/20/01 Rijo Report (Seneca Update) | 152, 45 |
| 68. | RAS 00874 - RAS 00876 | 11/21/01 Rijo Report (Seneca Update) | 153 |
| 69. | GLAN 00037 - GLAN 00040 | 11/26/01 Rijo Report (Seneca Update) | 154, 48 |
| 70. | | Liquidation Summary for Seneca Sports, Deals by Location | 162 |
| 71. | GLAN01708 – GLAN01709 GLAN01790 GLAN01793 GLAN01811 GLAN01846 GLAN01865 GLAN01873 GLAN01915 – GLAN01916 GLAN01926 – GLAN01927 GLAN01965 GLAN01978 | Documents Reflecting Overadvance Charges and Commission Charges After 10/22/01 | |

| Exhibit No. | Bates No. | Description | Deposition Ex. No. |
|---|---|---|---|
| | GLAN02001 | | |
| 72. | GLAN01704 – GLAN01707<br>GLAN01775 – GLAN01778<br>GLAN01786 – GLAN01789<br>GLAN01794 – GLAN01795<br>GLAN01797 – GLAN01810<br>GLAN01812 – GLAN01830<br>GLAN01844 – GLAN01845<br>GLAN01859 – GLAN01861<br>GLAN01874 – GLAN01881<br>GLAN01891 – GLAN01911<br>GLAN01928 – GLAN01940<br>GLAN01942 – GLAN01948<br>GLAN01950 – GLAN01958<br>GLAN01960 – GLAN01961<br>GLAN01963 – GLAN01964<br>GLAN01966 – GLAN01971<br>GLAN01979 – GLAN01984 | GMAC Notice of Miscellaneous Deductions | |
| 73. | GLAN02213 – GLAN02230<br>GLAN02237 – GLAN02239<br>GLAN02251 – GLAN02257<br>GLAN02273 – GLAN02274<br>GLAN02277 – GLAN02281 | GMAC Notices Relating to Unidentified Cash | |
| 74. | GLAN02166 – GLAN02169<br>GLAN02231 – GLAN02232<br>GLAN02234 – GLAN02236<br>GLAN02240 – GLAN02250<br>GLAN02261 – GLAN02272<br>GLAN02275 – GLAN02276<br>GLAN02282 – GLAN02295 | GMAC Chargeback Notices | |
| 75. | GLAN01687 – GLAN01703<br>GLAN01710 – GLAN01774<br>GLAN01779 – GLAN01785<br>GLAN01882 – GLAN01889<br>GLAN01917 – GLAN01924<br>GLAN01972 – GLAN01977<br>GLAN01987 – GLAN02000<br>GMAC_Landay01210-<br>GMAC_Landay01213<br>GMAC_Landay01236-<br>GMAC_Landay01248<br>GMAC_Landay01255-<br>GMAC_Landay01256<br>GMAC_Landay01387<br>GMAC_Landay01389<br>GMAC_Landay01393<br>GMAC_Landay01396<br>GMAC_Landay01673 | GMAC Notices of Customer Deductions | |

| Exhibit No. | Bates No. | Description | Deposition Ex. No. |
|---|---|---|---|
| 76. | GLAN02078 – GLAN02138<br>GLAN02249 – GLAN02250<br>GMAC_Landay00419 –<br>GMAC_Landay00420<br>GMAC_Landay00422<br>GMAC_Landay00424 –<br>GMAC_Landay00427<br>GMAC_Landay00860<br>GMAC_Landay01196<br>GMAC_Landay01198<br>GMAC_Landay06025 –<br>GMAC_Landay06028 | Daily Cash Journals | |

## Plaintiff's Exhibits

| Exhibit No. | Bates Stamp No. | Description | Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| A | | Uniform Commercial Code – Record of Filing | 113 | Relevance |
| B | | Security Agreement (2/28/91) | 112 | Relevance; Authenticity |
| C | LAN0383 – LAN0384 | Letter from GMAC Commercial Credit to David L. Landay regarding obligations and Factoring Agreement (9/19/00) | 68 | Relevance; Authenticity |
| D | GLAN00673- GLAN00674 | Letter from GMAC Commercial Credit to David L. Landay regarding obligations and Factoring Agreement (fully executed) (9/19/00) | | |
| E | L00481 – L00564 | Amended and Restated Asset Purchase Agreement (9/19/00) | | Relevance; Authenticity |
| F | L02100 – L02137 | Seneca Trademark and Patent Lists (10/6/00) | | Relevance |
| G | | Attorney letters regarding intellectual property (various dates) | Court Exhibit in NY case | Relevance; Hearsay; Authenticity |
| H | | Attorney letters regarding intellectual property (various dates) | 119 | Relevance; Hearsay; Authenticity |
| I | GMAC_Landay05631- GMAC_Landay05638 | Seneca Sports, Inc. – Balance Sheet as of 2/28/01 | | Relevance |
| J | L00809 – L00810 | Letter to Paul F. Fitzgerald from David L. Landay (8/8/00) | | Relevance |
| K | LAN0048 | Memorandum to Jane Frangos from David Landay regarding reimbursement | 78 | Relevance |
| L | L00070 | Fax cover sheet from Lou Marcus to Paul Fitzgerald and Gary Hoff, Esq. (8/14/00) | | Relevance |
| M | L00811 – L00813 | Memorandum from Gary Hoff to Paul Fitzgerald and Lou Marcus regarding Factoring arrangement with Seneca Sports, Inc. (8/15/00) | | Relevance; Hearsay |
| N | L01884 | Memorandum from David Landay to Paul Fitzgerald regarding documents (9/11/00) | | Relevance; Hearsay; Authenticity |
| O | L01885 | E-mail from Paul Fitzgerald to Neal Finklestein regarding various matters (9/11/00) | | Relevance |

| Exhibit No. | Bates Stamp No. | Description | Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| P | L00410 | Fax cover sheet from Lou Marcus to Paul Fitzgerald and Gary Hoff (9/12/00) | | Relevance |
| Q | L00861 – L00864 | Letter from David L. Landay to Paul Fitzgerald and Brant McDougall (9/14/00) | | Relevance; Hearsay; Authenticity |
| R | L00087 | Letter from Lou Marcus to Gary Hoff and Paul Fitzgerald (9/15/00) | | Relevance |
| S | L01918 – L01919 | Letter from David L. Landay to Paul Fitzgerald regarding various matters (10/12/00) | | Relevance; Hearsay |
| T | L00923 – L00924 | Fax from Paul Fitzgerald to David Landay regarding expiration of Standby Letter of Credits (4/12/01) | | |
| U | L00925 | Interoffice memorandum from Louis Marcus to Paul Fitzgerald regarding Patent Security Agreements (5/2/01) | | |
| V | GMAC_Landay02066 | List of checks written from 4/27/01-5/2/01 | | Relevance; Hearsay; Authenticity |
| W | GMAC_Landay02075 | List of checks written from 4/27/01-5/2/01 | | Relevance; Hearsay; Authenticity |
| X | L00927 | Memorandum from Paul Fitzgerald to David Landay and Neal Finklestein regarding open items (5/6/01) | | Relevance |
| Y | GLAN01004 | Interoffice Memorandum from Louis Marcus to Paul Fitzgerald regarding UCC Filings (5/11/01) | | |
| Z | LAN0303 | Fax cover sheet from David L. Landay to Louis Marcus regarding location of factory outlet (5/16/01) | | Relevance |
| AA | L00938 | Letter from David L. Landay to Paul Fitzgerald regarding various licensors (5/21/01) | | |
| AB | LAN0892 | E-mail from David Landay to Paul Fitzgerald and Neal Finklestein regarding accounts receivable (5/24/01) | | Relevance |
| AC | L00950 – L00951 | E-mail from David Landay to Paul Fitzgerald and Neal Finklestein regarding accounts receivable (5/31/01) | | Relevance; Hearsay |
| AD | L02326 | E-mail from David Landay to Paul Fitzgerald regarding verbal | | Relevance; Hearsay |

| Exhibit No. | Bates Stamp No. | Description | ~~Deposition~~ Trial Exhibit No. | Objections |
|---|---|---|---|---|
| | | agreement with Huffy (6/1/01) | | |
| AE | L00966 | May 2001 Lost Sales Due to Out of Stocks (6/8/01) | | Relevance; Hearsay; Authenticity |
| AF | L00954 – L00955 | E-mail from David Landay to Paul Fitzgerald and Jane Frangos regarding revised weekly projection for next 12 weeks (undated) | 90 | |
| AG | L02442 | E-mail from Paul Fitzgerald to David Landay regarding e-mail sent to Jane Frangos (6/15/01) | | Relevance |
| AH | L02707 | E-mail from Jane Frangos to David Landay and Paul Fitzgerald regarding weekly projection (6/18/01) | | Relevance |
| AI | L02712 | E-mail from Jane Frangos to David Landay and Paul Fitzgerald regarding explanation of weekly projection number 4 (6/18/01) | | Relevance |
| AJ | L02713 | E-mail from Paul Fitzgerald to David Landay regarding cash requirements (6/18/01) | | Relevance |
| AK | L02715 – L02716 | E-mail from David Landay to Paul Fitzgerald and Jane Frangos regarding explanation of weekly projections (6/19/01) | | |
| AL | LAN0325 | E-mail from David Landay to Jane Frangos and Neal Finklestein regarding Disney and other matters (7/30/01) | | Relevance |
| AM | L02699 | E-mail from Doug Rainville to David Landay regarding proposed documents from GMAC (7/31/01) | | Relevance |
| AN | LAN0046 | E-mail from David Landay to Jane Frangos regarding update (7/31/01) | 76 | Relevance; Hearsay |
| AO | LAN0047 | E-mail from Jane Frangos to David Landay regarding update (7/31/01) | 77 | Relevance |
| AP | L01021 | E-mail from David Landay to Jane Frangos regarding wire instructions (8/6/01) | | Relevance; Hearsay |
| AQ | L01020 | E-mail from Jane Frangos to David Landay regarding wire instructions (8/6/01) | | Relevance |
| AR | L01034 | E-mail from David Landay to Doug Rainville and David Madoff regarding Financial Plan (8/7/01) | | Relevance; Hearsay |
| AS | L01032 | E-mail from David Landay to Doug | | Relevance; |

| Exhibit No. | Bates Stamp No. | Description | Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| | | Rainville and David Madoff regarding Business Plan (8/7/01) | | Hearsay |
| AT | L01035 | Memo to Files (8/7/01) | | Relevance; Hearsay |
| AU | GMAC_Landay05626-GMAC_Landay05627 | E-mail from Doug Rainville to Jane Frangos and David Landay regarding Seneca Operating Plan (8/8/01) | | Relevance; Hearsay |
| AV | L01081 | E-mail from David Landay to Jane Frangos, David Madoff and Doug Rainville regarding instructions (8/8/01) | | Relevance; Hearsay |
| AW | L02445 | E-mail from Jane Frangos to David Landay regarding instructions (8/8/01) | | Relevance |
| AX | L01437 – L01448 | E-mail from David Madoff to David Landay and Doug Rainville regarding final versions of the agreements (8/9/01) | | Relevance; Hearsay |
| AY | L02444 | E-mail from David Landay to Doug Rainville regarding signed documents (8/10/01) | | Relevance; Hearsay |
| AZ | L01087 | E-mail from Jane Frangos to David Landay regarding wiring instructions (8/13/01) | | |
| BA | L01083 | E-mail from David Madoff to David Landay regarding delivery of amendment of Letter of Credit (8/16/01) | | Relevance |
| BB | LAN0049 | E-mail from Jane Frangos to David Landay regarding reimbursement (8/16/01) | 79 | Relevance |
| BC | | Payment voucher for David Landay in the amount of $52,000 (8/28/01) | 80 | Relevance |
| BD | L01127 | E-mail from David Landay to Jane Frangos, Neal Finklestein and Doug Rainville regarding Walmart order (8/31/01) | | Relevance; Hearsay |
| BE | L01128 | E-mail from Jane Frangos to David Landay and John Crowley regarding Walmart order (8/31/01) | | Relevance |
| BF | L01129 | E-mail from Jane Frangos to David Landay and John Crowley regarding Walmart order (8/31/01) | | Relevance |
| BG | L01130 | E-mail from David Landay to Jane Frangos, John Crowley and Doug Rainville regarding various matters (9/4/01) | | Relevance; Hearsay |

| Exhibit No. | Bates Stamp No. | Description | Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| BH | L01131 | E-mail from Jane Frangos to David L. Landay regarding various matters (9/5/01) | | |
| BI | L01132 | E-mail from David Landay to Jane Frangos, Doug Rainville and John Crowley regarding status (9/5/01) | | Relevance; Hearsay |
| BJ | L01133 – L01134 | E-mail from Jane Frangos to David Landay regarding status (9/10/01) | | Relevance; Hearsay |
| BK | L01148 – L01149 | Fax cover sheet from David L. Landay to Jane Frangos regarding authorization to speak to Robert Schwartz and attached memorandum (10/2/01) | | Relevance; Hearsay |
| BL | L01143 | Fax cover sheet from David Landay to Jane Frangos regarding open orders (10/3/01) | | Relevance; Hearsay |
| BM | L01223 – L01225 | Letter to GMAC Commercial Credit LLC from David Landay regarding Peaceful Possession of Collateral (10/4/01) | | Relevance; Hearsay; Authenticity |
| BN | L01227 – L01232 | Letter from Seneca Sports, Inc. to GMAC Commercial Credit regarding Peaceful Possession of Collateral (10/4/01) | | Relevance; Hearsay; Authenticity |
| BO | L01221 – L01222 | Letter from GMAC Commercial Credit to David Landay regarding Letters of Credit (10/5/01) | | |
| BP | L01183 | E-mail from Jane Frangos to David Landay regarding Seneca and Peaceful Possession Letter (10/11/01) | | |
| BQ | LAN0164 – LAN0165 | Letter from GMAC Commercial Credit LLC to David Landay/Seneca Sports regarding defaults (10/11/01) | 91 | |
| BR | | Letter from David Landay/Seneca Sports to Ronnie Sussman regarding Platinum Funding Corp. Application (10/11/01) | 94 | |
| BS | L01243 | GMAC Commercial Credit Corp. Journal Voucher for 1,004,023.50 (10/17/01) | | |
| BT | L01259 | E-mail from Jane Frangos to David Landay regarding collateral reconciliation and inventory listings (10/19/01) | | Relevance; Authenticity |
| BU | LAN0154 – LAN0155 | Letter from Richard Stehl to David Madoff regarding surrender of | 95 | Relevance |

65

| Exhibit No. | Bates Stamp No. | Description | Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| | | possession of collateral (10/22/01) | | |
| BV | LAN0156 | Letter from GMAC Commercial Credit to David Landay/Seneca Sports, Inc., regarding Notice of Private Sale (10/24/01) | | Relevance |
| BW | CKMW0487 | Letter from David Madoff to Richard Stehl regarding possession of premises and assets of Seneca Sports, Inc. (10/25/01) | | Relevance; Hearsay |
| BX | CKMW0174 | E-mail from David Madoff to Richard Stehl regarding David's access to records (12/11/01) | | Relevance; Hearsay |
| BY | L01694 – L01695 | Letter from Stephen Rosenberg to Lorraine Fields regarding accounting of collateral (8/5/02) | 97 | Relevance; Hearsay |
| BZ | | Letter from Lorraine Fields to Stephen Rosenberg regarding access to damages information (8/6/02) | 98 | Relevance |
| CA | | Letter from Stephen Rosenberg to Lorraine Fields regarding access to damages information (8/7/02) | | Relevance; Hearsay |
| CB | GLAN00097 – GLAN00125 | GMAC Commercial Credit Corp. New Client Report for Seneca Sports, Inc. (7/5/00) | 60 | Relevance |
| CC | GLAN00340 | Client Contract Information for Seneca Sports, Inc. (9/19/00) | 17 | Relevance |
| CD | GLAN00432 – GLAN00466 | Report from Paul Fitzgerald to Loan Committee regarding Seneca Sports, Inc. (2/14/01) | 9 | |
| CE | GLAN00545 – GLAN00548 | GMAC Commercial Credit LLC Loan Committee Meeting of February 20, 2001 | 10 | Relevance; Authenticity |
| CF | GLAN00204 | Memorandum from Paul Fitzgerald to Frank Imperato regarding Investment Cap (3/10/01) | 11 | Relevance |
| CG | GLAN00203 | Memorandum from Paul Fitzgerald to Frank Imperato regarding $250M Letter of Credit (4/6/01) | 12 | |
| CH | GLAN00202 | Memorandum from Paul Fitzgerald to Frank Imperato regarding approval of extension of Standby Letter of Credit (4/17/01) | 13 | Relevance |
| CI | GLAN00538 – GLAN00544 | Report from Paul Fitzgerald to Loan Committee regarding Seneca Sports, Inc. (4/25/01) | 14 | |
| CJ | GLAN00529 – | GMAC Commercial Credit LLC | 15 | Relevance |

| Exhibit No. | Bates Stamp No. | Description | Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| | GLAN00537 | Loan Committee Minutes Meeting of April 30, 2001 | | |
| CK | GLAN00341 | GMAC Commercial Credit LLC Loan Committee Minutes Meeting of 5/14/01 | 16 | |
| CL | GLAN00335 – GLAN00339 | GMAC Commercial Credit LLC Loan Committee Minutes Meeting of 7/2/01 | 21 | |
| CM | | E-mail from David Landay to Neal Finklesteinj regarding Opening Balances (9/28/01) | | Relevance; Hearsay |
| CN | L01683 – L01684 | Analysis of Collateral for Borrowing Base (10/14/01) | | |
| CO | L01239 – L01240 | Analysis of Collateral for Borrowing Base Tied to Payoff Proposal to GMAC (10/17/01) | | |
| CP | L01341 – L01346 | From Anna Halloran to Undisclosed Recipient regarding pro forma financial statements for Seneca Sports, Inc. (10/17/01) | | Relevance; Hearsay; Authenticity |
| CQ | L02841 – L02854 | E-mail from James Bertie to David Landay regarding Funding Agreement (10/5/01) | | Relevance; Hearsay; Authenticity |
| CR | L02871 – L02882 | Letter to David Landay from Platinum Funding Corp. regarding providing import funding and accounts receivable factoring services (10/5/01) | | Relevance; Hearsay |
| CS | L01181 | E-mail from Dick Lamontagne to James Bertie, Robert Schwartz and David Landay regarding status update with Platinum application (10/10/01) | | |
| CT | L01182 | E-mail from Dick Lamontagne to Robert Schwartz and David Landay regarding meeting with GMAC (10/11/01) | | Relevance; Hearsay; Authenticity |
| CU | L02859 – L02864 | Letter from David Landay/Seneca Sports, Inc. to Ronnie Sussman enclosing completed application (10/11/01) | | Relevance; Hearsay; Authenticity |
| CV | L01562 – L01570 | Letter from David Madoff to Richard Stehl enclosing documents concerning Platinum Funding Corp. (10/17/01) | | Relevance; Hearsay; Authenticity |
| CW | L01571 – L01626 | E-mail from David Madoff to Gary Hoff and David Landay enclosing | | Relevance; Hearsay; |

| Exhibit No. | Bates Stamp No. | Description | Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| | | drafts of loan documents from Platinum Funding Corp. (10/17/01) | | Authenticity |
| CX | L01241 – L01242 | Analysis of Collateral for Borrowing Base (10/14/01) | | |
| CY | L02886 – L02890 | Analysis of Collateral for Borrowing Base (10/14/01) | | |
| CZ | GMAC_Landay03450-GMAC_Landay03864 | Hutch Journal | | Relevance; Authenticity |
| DA | | Notice from Town of Milford Collector of Taxes regarding delinquent personal property tax bills (8/15/05) | | Relevance |
| DB | GMAC_Landay00402-GMAC_Landay00458 | Weekly L/C Outstanding Reports | | Relevance; Authenticity; Incomplete, Prejudice, Confusion |
| DC | | Seneca Sports Damages Calculation (10/22/01 – 10/25/05) | NY Trial Exhibit 12-A | Relevance |
| DD | | Seneca Sports Damages Calculation with Legal Charges Excluded From Balance (10/22/01 – 10/25/05) | NY Trial Exhibit 12-B | |
| DE | GMAC_Landay05886-GMAC_Landay05933 | Stock Status Report for Seneca Sports, Inc. (10/22/01) | | Hearsay; Authenticity |
| DF | LAN0505 – LAN0552 | Stock Status Report for Seneca Sports, Inc. (10/22/01) | | Hearsay; Authenticity |
| DG | LAN0469 – LAN0504 | Open Orders by Customer – Detail for Seneca Sports, Inc. (10/22/01) | | Hearsay; Authenticity |
| DH | GMAC_Landay02485-GMAC_Landay02489 | Sales Analysis Report (7/10/00) | | Relevance; Hearsay; Authenticity |
| DI | GMAC_Landay02290-GMAC_Landay02313 | Stock Status Report for Seneca Sports, Inc. (7/14/00) | | Relevance; Hearsay; Authenticity |
| DJ | GMAC_Landay02474-GMAC_Landay02484 | Sales Analysis by Item for Seneca Sports, Inc. (7/10/00) | | Relevance; Hearsay; Authenticity |
| DK | GMAC_Landay02458-GMAC_Landay02472 | Sales Analysis by Product Category of Seneca Sports, Inc. (7/10/00) | | Relevance; Hearsay; Authenticity |
| DL | GLAN00375 | Memorandum from Paul Fitzgerald to Jane Frangos regarding Seneca Security Agreements for Patents and Trademarks (5/6/01) | | Relevance; Authenticity |
| DM | GLAN00719 – GLAN00743 | Corrected Notice from the U.S. Patent and Trademark Office – | | Relevance; Authenticity; |

68

Trial

| Exhibit No. | Bates Stamp No. | Description | Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| | | Notice of Recordation of Assignment Document (8/20/01) | | Cumulative |
| DN | GLAN00969 – GLAN00989 | Recordation Form Cover Sheet for Patent and Patent Security Agreement (5/4/01) | $\mathcal{D}\gamma$ | Relevance; Authenticity; Cumulative |
| DO | GLAN00876 – GLAN00912 | Trademark Assignment of Security (5/2/01) | $\mathcal{J}\varphi$ | Relevance; Authenticity; Cumulative |
| DP | GLAN00913 – GLAN00914 | Schedule B – Special Power of Attorney (5/2/01) | $\mathcal{F}7$ | Relevance; Authenticity |
| DQ | GLAN00916 – GLAN00917 | Recordation Form Cover Sheet for Trademarks Only (5/2/01) | | Relevance; Authenticity |
| DR | GLAN00922 – GLAN00967 | Trademark Security Agreement (5/2/01) | $\mathcal{H}$ | Relevance |
| DS | L01743 – L01747 | Bills from Casner & Edwards to David Landay (2/27/01) | | Relevance; Authenticity |
| DT | GMAC_Landay06290 - GMAC_Landay06293 | Fax cover sheet from Richard G. Martin to David Landay regarding lists of Brookfield International patents and trademarks (3/14/01) | | Relevance; Hearsay; Authenticity |
| DU | GMAC_Landay06017 - GMAC_Landay06018 | Letter from MacMillan, Sobanski & Todd, LLC to David Landay regarding adjustable Inline Skate Mechanism, Patent Application (8/20/01) | | Relevance |
| DV | GMAC_Landay06294 - GMAC_Landay06325 | Fax from Richard G. Martin to David Landay enclosing U.S. Provisional Application, PCT Application and Demand for Preliminary Examination (3/13/01) | | Relevance; Hearsay; Prejudice, Confusion; Authenticity |
| DW | GMAC_Landay02841 - GMAC_Landay02843 | Letter from MacMillan, Sobanski & Todd, LLC to David Landay regarding final instructions for National Phase for patent protection (5/8/01) | | Relevance; Hearsay; Authenticity |
| DX | GMAC_Landay02846 | Letter from MacMillan, Sobanski & Todd, LLC to Karl Barnfather regarding PCT International Patent Application (8/1/01) | | Relevance; Hearsay; Authenticity |
| DY | GMAC_Landay02847 - GMAC_Landay02848 | Fax cover sheet from Donald R. Fraser to Nakamura & Partners regarding PCT International Patent Application (8/2/01) | | Relevance; Hearsay; Authenticity |
| DZ | GMAC_Landay02849 - GMAC_Landay02850 | Fax cover sheet from Donald R. Fraser to Panamericana de Patentes y Marcas, S.C. regarding PCT International Patent | | Relevance; Hearsay; Authenticity |

| Exhibit No. | Bates Stamp No. | Description | Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| | | Application (8/2/01) | | |
| EA | GMAC_Landay02851 - GMAC_Landay02852 | Fax cover sheet from Donald R. Fraser to Lesperance & Martineau regarding PCT International Patent Application (8/2/01) | | Relevance; Hearsay; Authenticity |
| EB | GMAC_Landay02824 - GMAC_Landay02835 | Fax cover sheet from Donald R. Fraser to Mark R. Tart regarding entering national stage in the member states of Ireland and United Kingdom (9/7/01) | | Relevance; Hearsay; Authenticity |
| EC | GMAC_Landay02838 - GMAC_Landay02840 | Fax from Irene Hill to David Landay regarding European Patent Office to enter PCT International Patent Application into the National Phase (9/5/01) | | Relevance; Hearsay; Authenticity |
| ED | GMAC_Landay02819 - GMAC_Landay02821 | Letter from Donald R. Fraser to Brookfield International regarding patent application number assigned by the Japanese Patent Office (9/11/01) | | Relevance; Hearsay; Authenticity |
| EE | GMAC_Landay06019 | Letter from Donald R. Fraser to Brookfield International regarding patent application number assigned by the Mexican Patent Office (9/13/01) | | Relevance; Hearsay; Authenticity |
| EF | GMAC_Landay02813 - GMAC_Landay02816 | Letter from Donald R. Fraser to Seneca Sports regarding filing of patent application in Canada (10/11/01) | | Relevance; Hearsay; Authenticity |
| EG | L02063 | Fax cover sheet from David Landay to Paul Fitzgerald and Brant McDougall regarding speaking with Peter Powell (8/24/00) | | Relevance; Hearsay |
| EH | L01738 | Letter from David Landay to Janice Williams regarding a new financing arrangement with GMAC Commercial Credit (9/11/00) | | Relevance; Hearsay; Authenticity |
| EI | L01739 | Letter from David Landay to Paul Powell regarding a new financing arrangement with GMAC Commercial Credit (9/11/00) | | Relevance; Hearsay; Authenticity |
| EJ | L01732 – L01733 | Fax from Bob Mares to David Landay and Neal Finklestein enclosing letter from Janice Williams regarding inventory for processing (9/18/00) | | Relevance; Hearsay; Authenticity |
| EK | L01740 – L01742 | Letters from Paul A. Powell to | | Relevance; |

| Exhibit No. | Bates Stamp No. | Description | Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| | | GMAC Commercial Credit regarding inventory for processing (9/13/00) | | Hearsay; Authenticity |
| EL | L01734 – L01735 | Fax from Bob Mares to David Landay and Neal Finklestein enclosing letter from Janice Williams regarding inventory for processing (9/18/00) | | Relevance; Hearsay; Authenticity |
| EM | L01736 – L01737 | Fax cover sheet from David Landay to Bob Mares enclosing transmission report (9/18/00) | | Relevance; Hearsay; Authenticity |
| EN | GLAN00773 – GLAN00774 | Landlord – Mortgagee Waiver (9/19/00) | | Relevance; Hearsay; Authenticity |
| EO | L00042 – L00043 | Landlord – Mortgagee Waiver (9/18/00) | | Relevance; Hearsay; Authenticity |
| EP | GLAN00787 – GLAN00788 | Inventory Security Agreement (9/19/00) | | |
| EQ | GLAN00776 – GLAN00777 | Letter from Neal Finklestein to Kellaway Terminal Services regarding inventory (5/7/01) | | Relevance; Hearsay; Authenticity |
| ER | | Expert Witness Report of Keith D. Lowey (10/10/05) | 101 | |
| ES | | First Supplement to Expert Witness Report of Keith D. Lowey, CPA (11/10/05) | | Relevance; Stricken |
| ET | | Document summarizing charges to loan on or after 10/22/01, Exhibit 3 to Affidavit of Keith D. Lowey dated November 16, 2005 | | Relevance; Stricken |
| EU | GMAC_Landay05246 - GMAC_Landay05247 | Memo from David Landay to Paul Fitzgerald regarding status (undated) | | Relevance; Hearsay; Authenticity |
| EV | LAN0842 | Dollars not able to ship (9/6/01) | | Relevance; Hearsay; Authenticity |
| EW | LAN0841 | Dollars not able to ship (9/6/01) | | Relevance; Hearsay; Authenticity |
| EX | L02627 | Memo from David Landay to Doug Rainville (undated) | | Relevance; Hearsay; Authenticity; Undated |
| EY | | Documentation of legal fees in the New York action | | Relevance; Authenticity; FRCP 26-37 |

| Exhibit No. | Bates Stamp No. | Description | Deposition Exhibit No. | Objections |
|---|---|---|---|---|
| EZ | | Patent and Trademark Office records regarding Seneca's Intellectual Property | | Relevance; Authenticity; FRCP 26-37 |
| FA | | Landay Bank Boston Account as of 6/30/00 | 105* | |
| FB | | Landay Fleet Bank Account as of 9/30/00 | 114* | |
| FC | | GMAC Commercial Finance LLC's Response to Landay's First Set of Interrogatories (8/10/05) | | |
| FD | | GMAC Commercial Finance LLC's Supplemental Response to Landay's First Set of Interrogatories (10/27/05) | | |

---

* These will be offered only if certain of GMAC's exhibits are admitted over Landay's objection.

## Defendant's Exhibits

| Exhibit No. | Bates No. | Description | Deposition Ex. No. | Objections |
|---|---|---|---|---|
| FE | LAN 0043 – LAN 0044 | 8/15/00 Memo from Gary Hoff to Paul Fitzgerald and Lou Marcus regarding the factoring arrangement with Seneca Sports | | Relevancy; authenticity |
| FF | GLAN 00226 - GLAN 00229 | Personal Financial Statement of David Landay (Undated) | 61 | Relevancy; unduly prejudicial |
| FG | RAS 00464 - RAS 00478 | 2/9/01 Personal Financial Statement of David Landay | 73 | Relevancy; unduly prejudicial |
| FH | LAN 0184 - LAN 0185 | 7/24/2001 Fax from David Landay to Jane Frangos regarding personal financial statement | 72 | Relevancy |
| FI | GLAN 01064 - GLAN 01065 | 4/30/01 Email from Jane Frangos to Bruce Tenzer regarding Seneca Sports | | Hearsay; relevancy |
| FJ | NONE | Seneca Sports Damages | 3 | Lack of foundation; hearsay; authenticity |
| FK | GLAN 00323 – GLAN 00329 | 11/8/01 Memo to Loan Committee from John Crowley regarding verbal update on Seneca Sports | 24 | Hearsay; relevancy |
| FL | GLAN 00314 – GLAN 00315 | 11/20/01 Memo to Loan Committee from John Crowley regarding verbal update on Seneca | 25 | Hearsay; relevancy |
| FM | GLAN 02421 | 10/31/01 GMAC – Reconciliation of Sales Current VS A/R Sales Summary | 56 | Relevancy |
| FN | GLAN 02420 | 11/30/01 GMAC – Reconciliation of Sales Current VS A/R Sales Summary | 57 | Relevancy |
| FO | GMAC_Landay 00013 - GMAC_Landay 00016 | 9/30/01 Client Ledger Account | 87 | Relevancy |
| FP | GMAC_Landay 06651 - GMAC_Landay 06714 | Bank of Boston correspondence, signature cards, federal express receipts and payment vouchers | 99 | Relevancy; unduly prejudicial; hearsay; authenticity |
| FQ | GMAC_Landay 06715 - GMAC_ Landay 06727 | Copies of Bank of Boston checks | 100 | Relevancy; unduly prejudicial; hearsay; authenticity |
| FR | NONE | Bank of Boston Statement of Assets and Account Activity for the period 4/1/00 – 6/30/00 (BankBoston Account No. 9073530) | 105 | Relevancy; hearsay; authenticity |
| FS | NONE | Seneca Sports, Inc.'s Actuals By Week | 111 | Lack of foundation; relevancy |
| FT | NONE | 10/28/05 Report of Asset Disposition Advisors, LLC | 115 | Hearsay; lack of qualifications; lack of foundation |

| Exhibit No. | Bates No. | Description | Deposition Ex. No. | Objections |
|---|---|---|---|---|
| FU | | Affidavit of David Landay in Opposition to Defendants' Motion to Strike Portions of Landay's 12/13/05 Affidavit | | Hearsay, relevancy, for impeachment only if inconsistent |
| FV | | David Landay's Answers to First Set of Interrogatories Propounded by Defendant Casner & Edwards, LLP | | Hearsay, relevancy, for impeachment only if inconsistent |
| FW | | 9/6/05 Plaintiff David L. Landay's Answers to Defendants' First Set of Interrogatories (USDC – Mass.) | | Hearsay, relevancy, for impeachment only if inconsistent |
| FX | | 1/6/06 Plaintiff's Supplemental Answers to Defendants' First Set of Interrogatories (USDC – Mass.) | | Hearsay, relevancy, for impeachment only if inconsistent |
| FY | | 10/24/03 Affidavit in Opposition to Plaintiff's Motion for Summary Judgment and in Support of Cross-Motion | | Hearsay, relevancy, for impeachment only if inconsistent |
| FZ | | 11/26/03 Reply Affidavit in Further Support of Cross Motion for Discovery | | Hearsay, relevancy, for impeachment only if inconsistent |
| GA | | Massachusetts UCC search request for Seneca Sports through 12/6/05 | | Authenticity |
| GB | | Massachusetts UCC search request for Brookfield International through 12/6/05 | | Authenticity |
| GC | | Seneca Sports Damages Calculation with Legal Charges Excluded From Balance (10/22/01 – 10/25/05) | NY Trial Exhibit 12-B | Lack of foundation; hearsay; authenticity |
| GD | GMAC_Landay00003 - GMAC_Landay00138 | Seneca Sports Client Statements 9/30/00 – 9/30/01 | 106 | Relevancy |

Respectfully submitted,
DAVID L. LANDAY,
By his attorney,

Respectfully submitted,
GMAC COMMERCIAL CREDIT, LLC
GMAC COMMERCIAL FINANCE, LLC,
By their attorneys,

/s/ Alan R. Hoffman
Alan R. Hoffman, BBO# 236860
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110
(617) 951-0800

/s/ John A. Houlihan
John A. Houlihan, BBO# 542038
Mark B. Dubnoff, BBO# 637212
Edwards, Angell, Palmer & Dodge, LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0100

Dated: February 24, 2006

234767_1