UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID L. LANDAY,<br>    Plaintiff,<br><br>    v.<br><br>GMAC COMMERCIAL CREDIT LLC<br>and GMAC COMMERCIAL FINANCE LLC,<br>    Defendants. | Civil Action No. 04-cv-11955-WGY |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), all parties to the above-captioned action, acting by and through their respective counsel, stipulate and agree that the above-captioned action and all claims, counterclaims and cross-claims that have been or may be asserted in the above-captioned action, are hereby dismissed, with prejudice and without right of appeal, each party to bear its own costs.

| | |
|---|---|
| DAVID L. LANDAY,<br>By his attorney, | GMAC COMMERCIAL CREDIT LLC<br>and GMAC COMMERCIAL FINANCE LLC,<br>By its attorneys, |
| /s/ Alan R. Hoffman<br>Alan R. Hoffman, (BBO# 236860)<br>Lynch, Brewer, Hoffman & Fink, LLP<br>101 Federal Street, 22nd Floor<br>Boston, MA 02110<br>(617) 951-0800 | /s/ Mark B. Dubnoff<br>John A. Houlihan (BBO# 542038)<br>Mark B. Dubnoff (BBO# 637212)<br>Edwards Angell Palmer & Dodge LLP<br>111 Huntington Avenue<br>Boston, MA 02199<br>(617) 239-0100 |

DATED: May 11, 2006