# ORIGINAL

1

PAGES 1 - 125

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| David L. Landay                              * | |
| v.                                           * | Civil Action |
| GMAC Commercial Credit, LLC and              * | No. 04-CV-11955-WGY |
| GMAC Commercial Finance, LLC                 * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BEFORE:  Honorable William G. Young,

U.S. District Court Judge

TRIAL DAY 1

Wednesday, March 8, 2006

John J. Moakley Courthouse

Courtroom No. 18 - Fifth Floor

One Courthouse Way

Boston, Massachusetts 02210

----------  J. EDWARD VARALLO, RMR, CRR  --------------
COURT REPORTER
FARMER ARSENAULT BROCK LLC          BOSTON, MASSACHUSETTS
617.728.4404
evarallo@fabreporters.com

*FARMER ARSENAULT BROCK LLC*
*617.728.4404*