ORIGINAL

PAGES 126 - 262

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * *

David L. Landay                    *

v.                                 *          Civil Action

GMAC Commercial Credit, LLC and    *   No. 04-CV-11955-WGY

GMAC Commercial Finance, LLC       *

* * * * * * * * * * * * * * * * * *


BEFORE:   Honorable William G. Young,

          U.S. District Court Judge


TRIAL DAY 2


Thursday, March 9, 2006

John J. Moakley Courthouse

Courtroom No. 18 - Fifth Floor

One Courthouse Way

Boston, Massachusetts 02210


----------- *JANIS T. YOUNG, RDR, CRR* ---------------
*COURT REPORTER*
*FARMER ARSENAULT BROCK LLC        BOSTON, MASSACHUSETTS*
*617.728.4404*
*jyoung@fabreporters.com*